UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br>Plaintiffs; | * * * | CIVIL CLASS ACTION<br>DEMAND FOR JURY |
| v. | * * | |
| ST. TAMMANY PARISH GOVERNMENT, et al.,<br>Defendants. | * * * * * * * * * * * | No.: 2:20-cv-00980-WBV-JCW<br>DISTRICT JUDGE:<br>WENDY B. VITTER<br>SECTION "D"<br>MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON, JR.<br>SECTION "2" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' EX PARTE MOTION FOR EXPEDITED HEARING
ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MAY IT PLEASE THE COURT:**

A hearing on Plaintiffs' Motion for Preliminary Injunction is currently set for April 22, 2020, at 11:00 AM CST. Plaintiff is respectfully requesting that the Motion be placed on an expedited hearing schedule – to be heard immediately. As discussed in the Brief filed in support of Plaintiffs' Motion for Preliminary Injunction, the Plaintiffs are in grave danger of contracting a deadly virus – COVID-19. The Motion for Preliminary Injunction seeks to enjoin the Defendants from exposing Plaintiffs to prison conditions that will likely result in some of the Plaintiffs becoming seriously ill and dying. This deadly virus continues to spread throughout the world, killing people, by the hour. As such, Plaintiffs cannot receive an effective remedy unless this Motion is heard immediately.

As such, Plaintiffs hereby request an expedited hearing on this matter.

**Respectfully Submitted,**

**Date: April 3, 2020**         /s/   *Maria B. Glorioso*
                               **Attorney for Plaintiffs**

                               Maria B. Glorioso (#24435), T.A.
                               THE GLORIOSO LAW FIRM
                               2716 Athania Parkway
                               Metairi, LA 70002
                               Tel: (504) 569-9999
                               Fax: (504) 569-9022
                               maria@gtorts.com

**Date: April 3, 2020**         /s/   *Devon M. Jacob*
                               **Attorney for Plaintiffs**

                               Devon M. Jacob (PA89182)
                               JACOB LITIGATION, INC.
                               P.O. Box 837
                               Mechanicsburg, PA 17055-0837
                               Tel: (717) 796-7733
                               djacob@jacoblitigation.com

                               Antonio M. Romanucci
                               Bhavani K. Raveendran (*pro hac vice* to be filed)
                               Nicolette A. Ward
                               Ian P. Fallon (*pro hac vice* to be filed)
                               ROMANUCCI & BLANDIN, LLC
                               321 N. Clark Street, Suite 900
                               Chicago, IL 60654
                               Tel: (312) 458-1000
                               Fax: (312) 458-1004
                               aromanucci@rblaw.net
                               b.raveendran@rblaw.net
                               nward@rblaw.net
                               ifallon@rblaw.net