UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER ET AL | CIVIL ACTION |
| VERSUS | NO. 20-980 |
| ST. TAMMANY PARISH GOVERNMENT ET AL. | SECTION "D" (2) |

**ORDER**

Plaintiffs' motion for expedited hearing, Record Doc. No. 14, of their motion for preliminary injunction is GRANTED as follows. Because of the circumstances presented by the Covid-19 situation, the motion will be heard BY TELEPHONE RECORDED REMOTELY on the court's electronic recording system on April 7, 2020, at 10:00 a.m. Although defendants have not yet made an appearance, the court has been advised by plaintiff's counsel that defendants will probably be represented by counsel who ordinarily represents the St. Tammany Parish Sheriff and his deputies in these matters, Chadwick Collings of the Milling firm. Counsel for both sides must as soon as possible provide my office by e-file response to this order with the names and telephone numbers of all whom they wish to participate. IT staff of our Clerk of Court will contact all participants, including myself and my law clerk, by telephone shortly before 10:00 a.m. on April 7th and make arrangements to record and monitor the conference call to insure that it is recorded.

Counsel are hereby instructed that, although this matter has been automatically referred to a United States Magistrate Judge pursuant to Local Rule 73.2(A), a magistrate judge has no authority to determine a motion for preliminary injunction, unless all parties consent in writing to proceed before a United States Magistrate Judge. 28 U.S.C. §

636(b)(1)(A) and (c). Accordingly, counsel are directed to confer with each other before the conference and advise the court whether or not all parties consent.

New Orleans, Louisiana, this \_\_3rd\_\_ day of April, 2020.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. WENDY B. VITTER,
PLAINTIFFS' COUNSEL OF RECORD, and
CHADWICK COLLINGS, ccollings@millinglaw.com