# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-JCW** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

# ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction (R. Doc. 12). The Magistrate Judge previously granted Plaintiffs' Ex Parte Motion for Expedited Hearing on Plaintiffs' Motion for Preliminary Injunction (R. Doc. 14), and set the matter for a hearing by telephone on April 7, 2020, at 10:00 a.m. (R. Doc. 16).

After reviewing the Motion for Preliminary Injunction and learning that all parties have not consented to proceed before the Magistrate Judge, the Court finds that this matter should be determined by the undersigned District Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the automatic referral issued in this matter pursuant to Local Rule 73.2 is **VACATED**. All further proceedings will be held before the District Judge.

**IT IS FURTHER ORDERED** that the hearing previously set for Tuesday, April 7, 2020, at 10:00 a.m., is hereby **converted** to a telephone status conference

with counsel.  The Court will set a new hearing date, on an expedited basis,  on the Motion for Preliminary Injunction during the telephone status conference.

New Orleans, Louisiana, April 6, 2020.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**