

Chadwick W. Collings
A Professional Law Corporation
(985) 292-2000
ccollings@millinglaw.com

April 6, 2020

**Via Facsimile – (504) 589-7633 & Email – Sherry_Adams@laed.uscourts.gov**

The Honorable Joseph C. Wilkinson, Jr.
U.S. Magistrate Judge
500 Poydras Street, B409
New Orleans, Louisiana 70130

> *Re:*    ***Ahmed Baqer et al v. St. Tammany Parish Government et al***
> ***Civil Action No. 20-980;  U.S.D.C. – Eastern District of Louisiana***

Dear Judge Wilkinson:

Please be advised that, per your order, counsel has conferred and there is not an agreement to having this matter heard by you in lieu of the District Court.

Thank you in advance for you attention in this matter, and should you have any questions regarding the foregoing, please do not hesitate to call.

Sincerely,

Chadwick W. Collings

CWC/mcb

cc:    Antonio M. Romanucci, Esq.  – (Via Email – aromanucci@rblaw.net)
Devon M. Jacob, Esq.  – (Via Email – djacob@jacoblitigation.com)
Maria B. Glorioso, Esq. – (Via Email – maria@gtorts.com)
Nicolette Ward, Esq.  – (Via Email – nward@rblaw.net)

90948/464750