MINUTE ENTRY
VITTER, J.
April 7, 2020
JS10, 0:60

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-JCW** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

### TELEPHONE STATUS CONFERENCE REPORT AND ORDER

On April 7, 2020, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Maria B. Glorioso, Antonio M. Romanucci, Devon M. Jacob, Nicolette Ward**
Counsel for Plaintiffs, Ahmed Baqer, Klabert Joseph Guillot, Jr., and Klabert Joseph Guillot, Sr.

**Chadwick W. Collings, Cody J. Acosta**
Counsel for Defendants, Randy Smith, in his individual and official capacity; Greg Longino, in his individual and official capacity; Lacey Kelly, in her individual and official capacity; and Rodney R. Strain, in his individual and official capacity.

During the conference, the Court discussed with counsel the status of the case and Plaintiffs' Motion for Preliminary Injunction (R. Doc. 12). After a discussion with counsel, the Court issued an **oral ORDER** requiring Defendants to respond to the pending Motion for Preliminary Injunction by 12:00 p.m. (CST) on Thursday, April 9, 2020. Defense counsel orally moved for leave to file an opposition brief in excess of the 25-page limit, which the Court **orally GRANTED in part**, allowing Defendants to file a 30-page opposition brief.

The Court also issued an **oral ORDER** setting a hearing by telephone on the Motion for Preliminary Injunction for Friday, April 10, 2020, at 10:00 a.m. (CST).

After further discussion with counsel, the Court issued an **oral ORDER** requiring counsel for both parties to file a witness and exhibit list, detailing the witnesses and/or exhibits they intend to introduce at the April 10, 2020 hearing, by 5:00 p.m. (CST) on Wednesday, April 8, 2020. The Court also issued an **oral ORDER** requiring counsel to file any objections to opposing counsel's witness and exhibit list by 12:00 p.m. (CST) on Thursday, April 9, 2020. The Court then issued an **oral ORDER** setting another telephone status conference for Thursday, April 9, 2020, at 1:30 p.m. (CST).

Accordingly,

**IT IS HEREBY ORDERED** that Defendants shall have until **12:00 p.m. (CST) on Thursday, April 9, 2020,** to respond to the Plaintiffs' Motion for Preliminary Injunction (R. Doc. 12).

**IT IS FURTHER ORDERED** that Defendants are granted leave to file an opposition brief in excess of the 25-page limit set forth in the Local Rules, but may not file an opposition brief in excess of 30 pages.

**IT IS FURTHER ORDERED** that a hearing on Plaintiffs' Motion for Preliminary Injunction (R. Doc. 12) is hereby set for **Friday, April 10, 2020, at 10:00 a.m. (CST).** The hearing shall be by telephone and the Court will email counsel the dial-in information. Members of the media may attend the hearing by telephone, but will not be allowed to participate in the hearing. All parties and members of the

media are reminded that the April 10, 2020 hearing constitutes a judicial proceeding and, as such, may not be recorded, broadcast or transmitted by any means, including any type of sound recording. *See* Local Rule 83.3.9.

**IT IS FURTHER ORDERED** that the parties must file a proposed witness and exhibit list by **5:00 p.m. (CST) Wednesday, April 8, 2020,** detailing the witnesses and/or exhibits that each party intends to introduce at the April 10, 2020 hearing. Any objection to a witness or exhibit included in another party's witness and exhibit list must be filed by **12:00 p.m. (CST) Thursday, April 9, 2020.** The memorandum containing the party's objections to any witness or exhibit shall be limited to two (2) pages.

**IT IS FURTHER ORDERED** that the parties are to consult with each other in good faith to attempt to narrow and/or resolve any issues prior to the hearing.

**IT IS FURTHER ORDERED** that a telephone status conference is hereby set for **Thursday, April 9, 2020, at 1:30 p.m. (CST).**

New Orleans, Louisiana, April 7, 2020.

_____
**WENDY B. VITTER**
**United States District Judge**