**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, et al.,**<br>**Plaintiffs;**<br><br>**v.**<br><br>**ST. TAMMANY PARISH GOVERNMENT, et al.,**<br>**Defendants.** | * * * * * * * * * * * * * * * * | **CIVIL CLASS ACTION**<br><br>**DEMAND FOR JURY**<br><br>**No.: 2:20-cv-00980-WBV-JCW**<br><br>**DISTRICT JUDGE:**<br>**WENDY B. VITTER**<br>**SECTION "D"**<br><br>**MAGISTRATE JUDGE:**<br>**JOSEPH C. WILKINSON, JR.**<br>**SECTION "2"** |

******************************************************************************

**PLAINTIFFS' EXHIBIT AND WITNESS LIST**
**FOR USE AT THE HEARING ON**
**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

******************************************************************************

AND NOW come the Plaintiffs, AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., individually and on behalf of a class of all others similarly situated, appearing through counsel, THE GLORIOSO LAW FIRM; JACOB LITIGATION, INC.; and ROMANUCCI & BLANDIN, LLC; to file the attached Exhibit and Witness List for use at the hearing on Plaintiffs' Motion for Preliminary Injunction, which is currently scheduled for April 10, 2020, at 10:00 AM CST.

**Respectfully Submitted,**

**Date: April 8, 2020**

_/s/ *Maria B. Glorioso*_
**Attorney for Plaintiffs**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

**Date: April 8, 2020**

_/s/ *Devon M. Jacob*_
**Attorney for Plaintiffs**

Devon M. Jacob (PA89182)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci
Nicolette A. Ward
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
nward@rblaw.net

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, et al.,**<br>**Plaintiffs;**<br><br>**v.**<br><br>**ST. TAMMANY PARISH GOVERNMENT, et al.,**<br>**Defendants.** | * * * * * * * * * * * * * * * * | **CIVIL CLASS ACTION**<br><br>**DEMAND FOR JURY**<br><br>**No.: 2:20-cv-00980-WBV-JCW**<br><br>**DISTRICT JUDGE:**<br>**WENDY B. VITTER**<br>**SECTION "D"**<br><br>**MAGISTRATE JUDGE:**<br>**JOSEPH C. WILKINSON, JR.**<br>**SECTION "2"** |

*******************************************************************************

**CERTIFICATE OF SERVICE**

*******************************************************************************

The undersigned hereby certify that on the below-referenced date, a true and correct copy of this document with attachment, is being served on CHADWICK W. COLLINGS, ESQUIRE, of the law firm of MILLING, BENSON, & WOODWARD, via email: ccollings@millinglaw.com.

**Respectfully Submitted,**

**Date: April 8, 2020**

/s/ ***Maria B. Glorioso***
**Attorney for Plaintiffs**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

**Date: April 8, 2020**

**/s/ *Devon M. Jacob***
**Attorney for Plaintiffs**

Devon M. Jacob (PA89182)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci
Nicolette A. Ward
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
nward@rblaw.net