AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

AHMED BAQER, et al.,

V.

ST. TAMMANY PARISH GOV, et al.

**PLAINTIFFS' EXHIBIT AND WITNESS LIST**

Case Number: 2:20-cv-00980

| PRESIDING JUDGE<br>WENDY B. VITTER | PLAINTIFF'S ATTORNEY<br>DEVON M. JACOB | DEFENDANT'S ATTORNEY<br>CHADWICK W. COLLINGS |
|---|---|---|
| TRIAL DATE (S)<br>04/10/2020 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Public Report Issued on July 7, 2012, by U.S. DOJ RE St. Tammany Jail Investigation |
| | | | | | Proclamation JBE-2020-32 Issued by the Governor of the State of Louisiana |
| | | | | | Executive Order Issued by St. Tammany Parish Government |
| | | | | | Declaration of a State of Emergency Issued by City of Covington |
| | | | | | CDC Guidelines for Management of COVID-19 in Correctional and Detention Facilities |
| | | | | | Title 22, Part III, Subpart 2 of the Louisiana Administrative Code |
| | | | | | February 26, 2020, Fox8 News Story by Investigative Reporter, Lee Zurik |
| | | | | | March 5, 2020, Fox8 News Story by Investigative Reporter, Lee Zurik |
| | | | | | Johns Hopkins Coronavirus Resource Center data: https://coronavirus.jhu.edu/map.html |
| | | | | | March 9, 2020, Press Release: https://gov.louisiana.gov/index.cfm/newsroom/detail/2392 |
| | | | | | March 14, 2020 KATC3 News Story: (See Next Line) |
| | | | | | https://www.katc.com/news/covering-louisiana/louisiana-reports-first-covid-19-related-death |
| | | | | | LA Department of Health data: http://ldh.la.gov/coronavirus/ |
| | | | | | LA Department of Corrections data: https://doc.louisiana.gov/doc-covid-19-testing/ |
| | | | | | St. Tammany Parish Government Website: http://www.stpgov.org/ |
| | | | | | St. Tammany Parish Sheriff's Office's Website: https://www.stpso.com/ |
| | | | | | St. Tammany Parish Sheriff's Office's Inmate Rosters and Counts |
| | | | | | Witness: Ahmed Anwar Ali Taqi Baqer |
| | | | | | Witness: Klabert Joseph Guillot, Jr. |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages