UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., <br><br> Plaintiffs; <br><br> v. <br><br> ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; <br><br> Defendants. | CIVIL CLASS ACTION <br><br> DEMAND FOR JURY <br><br> No.: 2:20 cv 00980 <br><br> DISTRICT JUDGE: WENDY B. VITTER, SECTION "D" <br><br> MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR., SECTION "2" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF ADMISSION *PRO HAC VICE*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ian P. Fallon, being first duly sworn under oath, states as follows:

1. That your affiant is an attorney with the law firm of Romanucci & Blandin, LLC

2. That your affiant is an attorney in good standing and licensed to practice in the State of Illinois and the United States District Court for the Northern District of Illinois.

3. That no disciplinary proceedings or criminal charges have been instituted against him.

4. That your affiant has never resigned, been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law

FURTHER AFFIANT SAYETH NOT.

Sworn to and subscribed before me
This 8th day of April, 2020

_____
Notary Public

MIRENA F FONTANA
Official Seal
Notary Public - State of Illinois
My Commission Expires Jun 27, 2023

By: /s/ Ian Fallon

[X]  Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

Ian P. Fallon
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Fax: (312) 458-1004
Attorney No.: 6332303
ifallon@rblaw.net