UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER,** *ET AL* | § | **CIVIL ACTION NO.:   20-980** |
|         *Plaintiffs* | § | |
| | § | **JUDGE VITTER** |
| **VERSUS** | § | |
| | § | **MAG. JUDGE WILKINSON** |
| **ST. TAMMANY PARISH GOVERNMENT,** | § | |
| *ET AL* | § | **JURY TRIAL** |
|         *Defendants* | § | |
| | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' EXHIBIT AND WITNESS LIST

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Sheriff Randy Smith, Major Lacey Kelly, Rodney J. "Jack" Strain, and Greg Longino, and respectfully submit the following list of exhibits that they may introduce at trial on Plaintiffs' motion for preliminary injunction. Sheriff Smith does not intend to call any witnesses for live testimony:

1.  Affidavit of Major Lacey Kelly, Warden of the St. Tammany Parish Jail;

2.  January 31, 2017 Correspondence from United States Department of Justice regarding dissolution of Memorandum of Agreement between DOJ and St. Tammany Parish Jail regarding jail conditions, attached to Affidavit of Major Kelly (To be offered as rebuttal evidence to the extent the Court admits the 2012 DOJ findings letter);

3.  Relevant excerpts of jail rule book related to administrative remedy procedures, attached to Affidavit of Major Kelly;

4.  Photographs of signage placed throughout the St. Tammany Parish Jail warning inmates and employees of dangers posed by COVID-19, attached as Exhibit to Affidavit of Major Kelly;

90948/464865

Page **1** of **2**

5.  Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities by the Centers for Disease Control ("CDC") attached to the Affidavit of Major Kelly.

6.  Inmate ARP packet attached to the Affidavit of Major Kelly.

7.  Video footage from inside the St. Tammany Parish Jail.

**Respectfully submitted:**

**MILLING BENSON WOODWARD, L.L.P.**

*/s Chadwick W. Collings*_____
**CHADWICK W. COLLINGS, T.A.      # 25373**
**CODY J. ACOSTA                           # 37005**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone:   (985) 292-2000**
**Facsimile:    (985) 292-2001**
**Email:          ccollings@millinglaw.com**
*Attorneys for Defendant, St. Tammany Parish Sheriff Randy Smith, Major Lacey Kelly, Former Sheriff Jack Strain and former Deputy Chief Greg Longino*

**Dated: April 8, 2020**