UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER,** *ET AL* | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| | * | |
| **VERSUS** | * | **JUDGE VITTER** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT,** | * | |
| *ET AL* | * | **MAGISTRATE WILKINSON** |
| **Defendants** | * | |
| | * | |
| | * | **JURY DEMAND** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' OBJECTIONS TO PLAINTIFFS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come defendants, St. Tammany Sheriff Randy Smith, Major Lacey Kelly, Rodney J. "Jack" Strain, and Greg Longino and pursuant to this Honorable Court's Order dated April 7, 2020 (Rec. Doc. 25), herewith provides the following objections to the Plaintiffs' Witness and Exhibit List (Rec. Doc. 30-1):

- Witness: Ahmed Baqer – Lack of foundation and relevancy - Mr. Baqer was released from the St. Tammany Parish Jail on December 18, 2019, and thus he has no first-hand knowledge regarding the issues at hand on the pending motion for preliminary injunction (i.e. Covid – 19 and the Sheriff's response to same).

- Exhibit: Public Report Issued on July 7, 2012, by DOJ Re STPJ – Lack of foundation and relevancy - this report is 8 years old, and the conditions in the jail that may have been at issue at that time have since been resolved – (see Affidavit of Lacey Kelly)

- Exhibit: Title 22 of the Louisiana Administrative Code – Relevancy – this Louisiana administrative code has no relevancy to the issues at hand on the pending motion for preliminary injunction.

- Exhibit: February 26, 2020 Fox8 News Story – Lack of foundation and relevancy – this report has no relevancy to the issues at hand on the pending motion for preliminary injunction.

- Exhibit: March 5, 2020 Fox8 News Story – Lack of foundation and relevancy – this report has no relevancy to the issues at hand on the pending motion for preliminary injunction.

- Exhibit: March 14, 2020 KATC3 News Story – Lack of foundation and relevancy – this report has no relevancy to the issues at hand on the pending motion for preliminary injunction.

**WHEREFORE**, defendants, St. Tammany Sheriff Randy Smith, Major Lacey Kelly, Rodney J. "Jack" Strain, and Greg Longino, pray that the foregoing witness and exhibits be stricken from plaintiffs' witness and exhibit list regarding their motion for preliminary injunction.

       **Respectfully submitted,**

       **MILLING BENSON WOODWARD L.L.P.**

       */s/ Chadwick W. Collings*
       **Chadwick W. Collings, T.A.**   **# 25373**
       **Cody J. Acosta**   **# 37005**
       **68031 Capital Trace Row**
       **Mandeville, Louisiana 70471**
       **Telephone:** (985) 292-2000
       **Facsimile:** (985) 292-2001
       **E-mail:** cccollings@millinglaw.com
       *Counsel for St. Tammany Parish Sheriff Office*

**Dated: April 9, 2020**