MINUTE ENTRY
VITTER, J.
April 9, 2020
JS10, 1:10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

AHMED BAQER, ET AL.                    CIVIL ACTION

VERSUS                                 NO. 20-980-WBV-JCW

ST. TAMMANY PARISH                     SECTION: D (1)
GOVERNMENT, ET AL.


### TELEPHONE STATUS CONFERENCE REPORT AND ORDER

On April 9, 2020, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

>    **Maria B. Glorioso, Antonio M. Romanucci, Devon M. Jacob,
>    Nicolette Ward, Bhavani Raveendran, Ian P. Fallon**
>    Counsel for Plaintiffs, Ahmed Baqer, Klabert Joseph Guillot, Jr.,
>    Klabert Joseph Guillot, Sr.

>    **Chadwick W. Collings, Cody J. Acosta**
>    Counsel for Randy Smith, in his individual and official capacity; Greg
>    Longino, in his individual and official capacity; Lacey Kelly, in her
>    individual and official capacity; and Rodney R. Strain, in his individual
>    and official capacity.

During the conference, the Court discussed with counsel the Plaintiffs' Motion

for Preliminary Injunction,[1] and the Defendants' opposition thereto.[2]  The Court also

discussed with counsel the parties' witness and exhibit lists for the April 10, 2020

hearing on the Motion,[3] and the objections filed thereto.[4]  After a discussion with

---

[1] R. Doc. 12.
[2] R. Doc. 37.
[3] R. Docs. 30, 33.
[4] R. Doc. 36.

counsel, the Court issued an **oral ORDER** that all exhibits not objected to will be entered into the record at the time of the hearing. The Court informed counsel that it will rule upon the remaining exhibits during the hearing. The Court also informed counsel that each side would be allowed ten minutes for opening statements and fifteen minutes for closing arguments.

The Court further discussed with counsel the Defendants' Motion to File Exhibit Under Seal.[5] When questioned by the Court, Plaintiffs' counsel voiced no objection to the Motion. As such, the Court issued an **oral ORDER** granting the Motion. The Court further **ORDERED** that the sealed exhibit shall not be disseminated to anyone other than counsel of record in this case.

Accordingly,

**IT IS HEREBY ORDERED** that all of the exhibits listed in the parties' witness and exhibit lists,[6] except for those to which objections have been filed,[7] shall be entered into the record at the beginning of the April 10, 2020 hearing on Plaintiffs' Motion For Preliminary Injunction.[8]

**IT IS FURTHER ORDERED** that each side shall have ten (10) minutes for opening statements and fifteen (15) minutes for closing arguments at the April 10, 2020 hearing.

**IT IS FURTHER ORDERED** that, after considering the requirements of Local Rule 5.6 and the competing interests in allowing documents containing

---

[5] R. Doc. 35.
[6] R. Docs. 30, 33.
[7] R. Doc. 36.
[8] R. Doc. 12.

sensitive information to be filed into the public record, Defendants' unopposed Motion to File Exhibit Under Seal[9] is **GRANTED.**  The Exhibit shall be filed into the record as Exhibit 2 to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction[10] **UNDER SEAL**.  The Exhibit shall remain under seal for the duration of this litigation.

**IT IS FURTHER ORDERED** that the sealed Exhibit shall not be disseminated to anyone other than counsel of record for the parties.  This Order is intended to remain in effect until further Order by the Court .

New Orleans, Louisiana, April 9, 2020.

**WENDY B. VITTER**
**United States District Judge**

---

[9] R. Doc. 35.
[10] R. Doc. 37.