✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | LOUISIANA |
|---|---|---|

| AHMED BAQER, ET AL | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| ST. TAMMANY PARISH GOVERNMENT, ET AL | Case Number: 20-cv-980 |

| PRESIDING JUDGE<br>WENDY B. VITTER | PLAINTIFF'S ATTORNEY<br>SEE MINUTE ENTRY | DEFENDANT'S ATTORNEY<br>SEE MINUTE ENTRY |
|---|---|---|
| TRIAL DATE(S)  4/10/2020<br>PRELIM INJUNCTION HEARING | COURT REPORTER<br>ALEXIS VICE | COURTROOM DEPUTY<br>MELISSA VERDUN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | X | Public Report Issued on July 7, 2012, by U.S. DOJ RE St. Tammany Jail Investigation |
| 2 | | | | X | Proclamation JBE-2020-32 Issued by the Governor of the State of Louisiana |
| 3 | | | | X | Executive Order Issued by St. Tammany Parish Government |
| 4 | | | | X | Declaration of a State of Emergency Issued by City of Covington |
| 5 | | | | X | CDC Guidelines for Management of COVID-19 in Correctional and Detention Facilities |
| 6 | | | | X | Title 22, Part III, Subpart 2 of the Louisiana Administrative Code |
| 7 | | | | X | February 26, 2020, Fox8 News Story by Investigative Reporter, Lee Zurik |
| 8 | | | | X | March 5, 2020, Fox8 News Story by Investigative Reporter, Lee Zurik |
| 9 | | | | X | Johns Hopkins Coronavirus Resource Center data: https://coronavirus.jhu.edu/map.html |
| 10 | | | | X | March 9, 2020, Press Release: https://gov.louisiana.gov/index.cfm/newsroom/detail/2392 |
| 11 | | | | X | LA Department of Health data: http://ldh.la.gov/coronavirus/ |
| 12 | | | | X | LA Department of Corrections data |
| 13 | | | | x | St. Tammany Parish Government website |
| 14 | | | | x | St. Tammany Parish Sheriff's Office website |
| 15 | | | | x | St. Tammany Parish Sheriffs office Inmate rosters and count |
| | 1 | | | x | Affidavit of Major Lacey Kelly, Warden of the St. Tammany Parish Jail w/attachments |
| | 2 | | | x | January 31, 2017 Correspondence from United States Department of Justice |
| | 3 | | | x | Relevant excerpts of jail rule book related to administrative remedy procedures |
| | 4 | | | x | Photographs of signage placed throughout the St. Tammany Parish Jail |
| | 5 | | | x | Guidance on Management of Coronavirus Disease 2019 (COVID-19) |
| | 6 | | | x | Inmate ARP packet attached to the Affidavit of Major Kelly |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages