# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., | |
| Plaintiffs; | **CIVIL ACTION NO.: 20-980** |
| v. | JUDGE VITTER |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; | MAGISTRATE JUDGE WILKINSON JURY TRIAL |
| Defendants. | |

***

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT ST. TAMMANY PARISH SHERIFF'S OFFICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Jr., and Klabert Joseph Guillot, Sr. and Defendant, St. Tammany Parish Sheriff's Office, by and through undersigned counsel, stipulate to a dismissal with prejudice, as to all claims asserted by Plaintiffs, **against St. Tammany Parish Sheriff's Office only**, with each party to bear its own costs and attorney's fees.

Dated this 14th day of April 2020.

By: ___/s/ Maria B. Glorioso_____
     Attorney for Plaintiffs

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net


By: /s/ *Chadwick W. Collings*_____
Attorneys for St. Tammany Parish Sheriff's Office

Chadwick W. Collings (#25373) (T.A.)
Cody J. Acosta (#37005)
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone: 985-292-2000
Facsimile: 985-292-2001
ccollings@millinglaw.com, cacosta@millinglaw.com
*Counsel for Defendant St. Tammany Parish Sheriff's Office*

2