UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-JCW** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

## ORDER OF DISMISSAL

Before the Court is a Motion to Dismiss Pursuant to Rule 12(b)(6), filed by defendant, St. Tammany Parish Sheriff's Office. (R. Doc. 21). St. Tammany Parish Sheriff's Office seeks dismissal, with prejudice, of Plaintiffs' Complaint. Also before the Court is a Joint Stipulation for Dismissal with Prejudice of Defendant St. Tammany Parish Sheriff's Office, filed by Plaintiffs and St. Tammany Parish Sheriff's Office. (R. Doc. 42).

Accordingly,

**IT IS HEREBY ORDERED** that all of the Plaintiffs' claims against St. Tammany Parish Sheriff's Office are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that St. Tammany Parish Sheriff's Office's Motion to Dismiss (R. Doc. 21) is **DENIED as moot.**

New Orleans, Louisiana, April 15, 2020.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**