**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., Plaintiffs; | * | **CIVIL ACTION NO.: 20-980-WBV-JCW** |
| v. | * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; Defendants. | * | JUDGE VITTER<br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br>JURY TRIAL |

*******************************************************************

**PLAINTIFFS' UNOPPOSED EMERGENCY MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS RODNEY J. STRAIN AND GREG LONGINO'S MOTION TO DISMISS AND TO FILE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR; and KLABERT JOSEPH GUILLOT, SR., individually and on behalf of a class of all others similarly situated, by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, and to file this Motion for an Extension of Time to File Response in Opposition to Defendants Rodney J. Strain and Greg Longino's Motion to Dismiss and File Plaintiffs' Motion for Class Certification.

In support thereof, Plaintiffs rely on the authority and arguments discussed in the accompanying memorandum and exhibits.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion. Plaintiffs are seeking the following relief:

- An extension of time until June 12, 2020 to file response in opposition to Defendants Strain and Longino's Motion to Dismiss
- An extension of time until September 22, 2020 to file Plaintiff's Motion for Class Certification.

Respectfully Submitted,

**Dated: June 8, 2020**

By: __*/s/ Maria B. Glorioso*___________
Attorney for Plaintiffs

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

By: __*/s/ Ian P. Fallon*___________
Attorney for Plaintiffs

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000

Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net, nward@rblaw.net, ifallon@rblaw.net