**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.,<br><br>Plaintiffs;<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity;<br><br>Defendants. | * * * * * * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-980-WBV-JCW**<br><br>JUDGE VITTER<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*******************************************************************************

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED EMERGENCY MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS RODNEY J. STRAIN AND GREG LONGINO'S MOTION TO DISMISS AND TO FILE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR; and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, and in support of their Motion for an Extension of Time to File Response in Opposition to Defendants' Rodney J. Strain and Greg Longino's Motion to Dismiss and Plaintiffs' Motion for Class Certification, state as follows:

## I. FACTUAL BACKGROUND

1. On March 22, 2020, Plaintiffs filed their Complaint at Law, seeking relief for Defendants' violation of their rights, privileges, and immunities secured by 42 U.S.C. § 1983, the Fourteenth Amendment to the United States Constitution, and the laws of the State of Louisiana. [Dkt. No. 1]
2. On Tuesday, May 26, 2020, Defendants Strain and Longino filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). [Dkt. No. 45]. Defendants motion was noticed to be submitted on June 16, 2020. Id.
3. Pursuant to Local Rule 7.5, Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss is due on June 8, 2020.
4. Pursuant to Local Rule 23.1, Plaintiff's Motion for Class Certification is due on June 21, 2020.

## II. <u>ARGUMENT</u>

### a. Extensions should be granted where they are sought in good faith and not for improper purpose, such as delay.

5. Plaintiffs seek an extension of time to file response in opposition to Defendant Strain and Longino's Motion to Dismiss.
6. Pursuant to Local Rule 23.1(B), a plaintiff is required to move for class certification under Federal Rule of Civil Procedure 23(c)(1) within 91 days of filing a complaint in a class action, or in this case, June 21, 2020.
7. Pursuant to Local Rule 7.5, parties opposing motions must file and serve a memorandum in opposition to the motion no later than eight days before the noticed submission date. Consequently, Plaintiffs' response in opposition to Defendants' motion to dismiss must currently be filed by June 8, 2020.

8. Due to the filing of the aforementioned Motion to Dismiss, Plaintiffs have by necessity diverted attention from the motion for class certification to respond to the Motion to Dismiss.

9. In addition, Counsel for Plaintiffs had pending matters in other cases to attend to at the time the Motion to Dismiss was filed, including an arbitration, two appeals, three motions for summary judgment, and two *Daubert* motions.

10. In order to devote appropriate care and attention to both the forthcoming Motion for Class Certification and to file a response in opposition to the pending Motion to Dismiss, Plaintiffs respectfully request an extension of time until June 12, 2020 to file response in opposition to Defendants' motion to dismiss.

## III. <u>**PRAYER FOR RELIEF**</u>

11. Plaintiffs respectfully request an extension until June 12, 2020 to file a response in opposition to Defendants' Motion to Dismiss.

12. Plaintiffs respectfully request an extension until September 22, 2020 to file Plaintiffs' Motion for Class Certification.

13. Counsel for Defendants have indicated no opposition to the proposed extensions. (See Exhibit A).

14. This motion is made in good faith, and is not intended to delay adjudication of this matter.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant Plaintiff an extension of time until June 12, 2020 to file a response in opposition to Defendant's Motion to Dismiss, until September 22, 2020 to file Plaintiff's Motion for Class Certification, and for any further relief this Court deems appropriate and just.

**Dated: June 8, 2020**

Respectfully Submitted,

By: __*/s/ Maria B. Glorioso*___________
Attorney for Plaintiffs

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

By: __*/s/ Ian P. Fallon*___________
Attorney for Plaintiffs

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net