## Ian Fallon

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Friday, June 5, 2020 11:17 AM
**To:** Ian Fallon
**Cc:** Acosta, Cody; Collings, Chadwick; Maria Glorioso; Devon M. Jacob; Bhavani Raveendran; Antonio Romanucci; Nicolette Ward
**Subject:** RE: St. Tammany Jail: Seeking Concurrence: Draft Motion Attached

No objection.


**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☏ **firm:** 985-292-2000
☏ **fax:** 985-292-2001
☏ **cell:** 985-285-8779
✉ **email:** ccollings@millinglaw.com


This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

>>> Ian Fallon <ifallon@rblaw.net> 6/4/2020 10:57 PM >>>
Chadwick:

We understand and appreciate your desire to maintain the June 16, 2020 submission date for the motions to dismiss for Defendants Strain and Longino. In acknowledgment of that, we are prepared to amend our motion to seek an extension to file a response to the motions to dismiss until next Friday, June 12.

If you are in agreement, I will send you a revised motion reflecting these changes and Defendants' non-opposition to the extensions first thing tomorrow morning.

Sincerely,

Ian Fallon


Ian P. Fallon
Attorney at Law
Romanucci & Blandin, LLC
321 N Clark St., Suite 900
Chicago, IL 60654
Phone: (312) 253-8588
Fax: (312) 458-1004
Email: ifallon@rblaw.net
http://www.rblaw.net/




Exhibit A

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Thursday, June 4, 2020 1:59 PM
**To:** Devon M. Jacob <djacob@jacoblitigation.com>
**Cc:** Maria Glorioso <maria@gtorts.com>; Cody Acosta <cacosta@millinglaw.com>; Chadwick Collings <ccollings@millinglaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Bhavani Raveendran <b.raveendran@rblaw.net>; Ian Fallon <ifallon@rblaw.net>; Nicolette Ward <nward@rblaw.net>
**Subject:** Re: St. Tammany Jail: Seeking Concurrence: Draft Motion Attached

Devon

My clients will not oppose your clients' request for an extension of time within which to move for class certification **on the condition** that the current submission date of the pending motions to dismiss regarding Jack Strain and Greg Longino remain on June 16, 2020.

We frankly see no viable claims against these two individuals and thus we see no need for a delay in their motions to dismiss being heard.

If your clients cannot agree to this condition, please note our clients objection to your clients' requested motion for extension of time on all issues.

Chad

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
**firm:** 985-292-2000
**fax:** 985-292-2001
**cell:** 985-285-8779
**email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution

or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

>>> Devon Jacob <djacob@jacoblitigation.com> 6/4/2020 12:25 PM >>>
Hi Chadwick:

I hope that this email finds you doing well. Attached is a motion to extend the MTD and Class cert response/filing deadlines that Plaintiffs intend to file today. I am seeking your concurrence in same. Thank you.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

Jacob Litigation
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
djacob@jacoblitigation.com
www.JacobLitigation.com

“The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy.” *Martin Luther King, Jr. (1929-1968).*Supporting the profession of law enforcement by holding it accountable to the people.

---

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.