**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., Plaintiffs; | * | **CIVIL ACTION NO.: 20-980-WBV-JCW** |
| v. | * | JUDGE VITTER |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; | * | MAGISTRATE JUDGE PHILLIPS CURRAULT<br>JURY TRIAL |
| Defendants. | * | |

*************************************************************************

**ORDER**

Considering the Motion for an Extension of Time to File Response in Opposition to Defendants Rodney J. Strain and Greg Longino's Motion to Dismiss and to File Plaintiffs' Motion for Class Certification,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this 8th day of June, 2020

____________________________________
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**

Exhibit B