UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

### ORDER

Considering Plaintiffs' Unopposed Emergency Motion for An Extension of Time to File Response in Opposition to Defendants Rodney J. Strain and Greg Longino's Motion to Dismiss and to File Plaintiffs' Motion for Class Certification (R. Doc. 49);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED as modified.** To the extent Plaintiffs seek a three-month extension of their deadline to file a motion for class certification, the Motion is **GRANTED,** and Plaintiffs shall have until September 22, 2020 to seek class certification. To the extent Plaintiffs seek a four-day extension of their June 8, 2020 deadline to file an opposition to the Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) (R. Doc. 45), the Motion is **GRANTED in part**, and Plaintiffs shall have until June 10, 2020 to file their opposition brief. The Court notes that on June 9, 2020, Plaintiffs filed an untimely Response in Opposition to Defendants Strain and Longino's Motion to Dismiss (R. Doc. 51).

The Court further notes that Plaintiffs' Opposition brief was untimely

despite the fact that it could have been timely-filed by any one of Plaintiffs' six counsel of record.

New Orleans, Louisiana, June 10, 2020.

_____
**WENDY B. VITTER**
**United States District Judge**