UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER ET AL. | CIVIL ACTION |
| VERSUS | NO. 20-980 |
| ST. TAMMANY PARISH GOVERNMENT ET AL. | SECTION "D" (2) |

**ORDER**

  Defendants' counsel has advised my office that defendants do not oppose plaintiffs' Ex Parte/Consent First Motion for Discovery, R. Doc. 50, but have concerns about the breadth of discovery sought in plaintiffs' motion. Defendants' counsel requested a telephone conference to discuss potential discovery parameters. Accordingly,

  IT IS ORDERED that a discovery conference by telephone is hereby SCHEDULED on JUNE 17, 2020, at 4:00 p.m. Five minutes before the scheduled conference, counsel must phone in to (888) 363- 4734 and enter the access code: 7434218.

  New Orleans, Louisiana, this __10th__ day of June, 2020.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE