UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., <br><br> Plaintiffs; <br><br> v. <br><br> ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; <br><br> Defendants. | **CIVIL ACTION NO.: 20-00980-WBV-JCW** <br><br> JUDGE VITTER <br><br> MAGISTRATE JUDGE PHILLIPS CURRAULT <br><br> JURY TRIAL |

***

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS STRAIN AND LONGINO'S <u>CONTESTED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM</u>

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR; and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, to respectfully file this Memorandum in opposition to Defendants' Rodney J. Strain and Greg Longino's *Contested* Motion for Leave to File a Reply Memorandum, stating the following:

The Defendants filed a Motion to Dismiss, which is pending and scheduled for submission on June 16, 2020, at 9:30 AM. On June 15, 2020, at 5:46 PM, the Defendants filed a Motion seeking leave to file an already drafted 10 page Reply Memorandum, which Defendants attached to their Motion. The Defendants incorrectly indicated on the docket that the Motion is a Consent

Motion. It is not. The Defendants never sought consent before filing the Motion. Regardless, assuming that the above resulted from miscommunication and/or inadvertence, the Defendants' Motion should be denied for the simple fact that the Reply Memorandum largely just reasserts arguments that were previously stated.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court deny Defendants Strain and Longino's *Contested* Motion for Leave to File a Reply Memorandum.

**Respectfully Submitted,**

Dated: June 15, 2020        By:    */s/ Devon M. Jacob*
                                   **Attorney for Plaintiffs**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net