MINUTE ENTRY
CURRAULT, M. J.
JUNE 17, 2020

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER ET AL. | CIVIL ACTION |
| VERSUS | NO. 20-980 |
| ST. TAMMANY PARISH GOVERNMENT ET AL. | SECTION "D" (2) |

I conducted a discovery telephone conference in this matter on this date concerning plaintiffs' First Ex Parte/Consent Motion for Discovery. R. Doc. 50, due to the absence of a certification of consent.

Participating were:  Maria Glorioso, Bhavani Raveendran, Ian Fallon, Devon Jacob, and Nicolette Ward, counsel for plaintiffs;

Chad Collings, counsel for defendants.

After considering the oral representations of counsel, IT IS ORDERED that plaintiffs' motion is DENIED WITHOUT PREJUDICE. Counsel are directed to confer by telephone pursuant to Fed. R. Civ. P. 26(f) and form a discovery plan that addresses discovery parameters tailored to the class certification issue. Thereafter, counsel may refile a motion for discovery, either on an ex parte/consent basis if all parties agree to the plan or on a contradictory basis should the parties not agree, as necessary.

New Orleans, Louisiana, this __17th__ day of June, 2020.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:10