UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AHMED BAQER, ET AL                                        CIVIL ACTION

VERSUS                                                    NO: 20-980

ST. TAMMANY PARISH GOVERNMENT, ET AL           SECTION: D (2)

## ORDER TO SHOW CAUSE

This case was filed on March 22, 2020. The record does <u>not</u> reflect that service was made upon defendant, St. Tammany Parish Government.

Federal Rule of Civil Procedure 4(m) provides:

If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Accordingly, **IT IS ORDERED** that, absent an appearance by defendant, St. Tammany Parish Government, that plaintiffs show cause on or before **July 17, 2020**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why defendant, St. Tammany Parish Government should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this __22nd__ day of June 2020.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE