UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, ET AL | CIVIL ACTION |
| VERSUS | NO. 20-980 |
| ST. TAMMANY PARISH GOVERNMENT, ET AL | SECTION "D" (2) |

**O R D E R**

On June 22, 2020, the plaintiff was ordered to file proof of service on defendant, St. Tammany Parish Government, record document no. 62. A review of the record indicates that a return of service, record document 63, has been filed into the record with an answer due of 7/2/2020. Thereafter, Defendant, St. Tammany Parish Government filed a Motion for Extension of Time to Answer, record document no. 64, which was granted, rec. doc. 65. Defendant, St. Tammany Parish Government's answer is now due on 7/23/2020.

Accordingly,

IT IS ORDERED that the call docket set for July 17, 2020, is hereby satisfied.

New Orleans, Louisiana, this 7th day of July 2020.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE