UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | NO. 2020-CV-980 |
| **Plaintiffs** | * | |
| **VERSUS** | * | JUDGE VITTER |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH,** in his official and individual capacity, **RODNEY J. STRAIN,** in his official and individual capacity, **GREG LONGINO,** in his official and individual capacity, and **LACEY KELLY,** in her official and individual capacity | * * * * * * * * * * | MAGISTRATE CURRAULT<br><br>JURY DEMAND |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

**Considering the Foregoing:**

**IT IS HEREBY ORDERED** that Defendants' *Motion for Leave to File Reply Memorandum* be and is hereby GRANTED; and

**IT IS FURTHER ORDERED** that Defendants' *Reply Memorandum in Support of Motion for Protective Order* be filed into the record of these proceedings.

New Orleans, Louisiana this  5th  day of  August , 2020

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE