## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * | **JUDGE VITTER** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT,** a/k/a **ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH,** in his official and individual capacity, **RODNEY J. STRAIN,** in his official and individual capacity, **GREG LONGINO,** in his official and individual capacity, and **LACEY KELLY,** in her official and individual capacity | * * * * * * * * * | **MAGISTRATE CURRAULT**   **JURY DEMAND** |
| **Defendants** | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **REQUEST FOR ORAL ARGUMENT**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sheriff Randy Smith, Warden Lacey Kelly, Mr. Rodney J. Strain, and Mr. Greg Longino, each in their official and individual capacities, who respectfully request that there be oral argument on the Motion to Compel filed by Plaintiffs (R. Doc. 71), which motion is currently noticed for submission before the Honorable Donna Phillips Currault, Magistrate Judge for the United States District Court for the Eastern District of Louisiana, on the 19th day of August, 2020, at 11:00 a.m. Counsel for Defendants believe oral argument will aid the Court in its consideration of the issues raised.

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
_____
| | |
|---|---|
| **Chadwick W. Collings, T.A.** | **# 25373** |
| **Cody J. Acosta** | **# 37005** |

**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:	(985) 292-2000**
**Facsimile:	(985) 292-2001**
**E-mail:	cccollings@millinglaw.com**
*Attorneys for Sheriff Jack Strain, Warden Lacey Kelly, Rodney J. Strain and Greg Longino*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on August 11, 2020, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**