**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ST. TAMMANY PARISH GOVERNMENT, et al.,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>**Case No. 2:20-cv-00980-WBV-DPC**<br><br>**DISTRICT JUDGE:**<br>**WENDY B. VITTER**<br>**SECTION "D"**<br><br>**MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT**<br>**DIVISION "2"** |

**PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

NOW COME the Plaintiffs, by and through their counsel of record, JACOB LITIGATION, INC., ROMANUCCI & BLANDIN, and the GLORIOSO LAW FIRM, and respectfully request that this Court grant them leave to file a reply memorandum in further support of their Motion to Compel Class Discovery. ECF Doc. 71. Attached hereto are Plaintiff's proposed reply memorandum (Exhibit A) and a proposed order granting Plaintiff leave to file a reply (Exhibit B). The attached reply memorandum is responsive to the arguments raised by Defendants in their response brief and will assist the Court in its determination of the issues raised therein. The instant motion is currently set for submission on August 19, 2020 at 11:00 a.m.

**Respectfully Submitted,**

**Date: August 14, 2020**

/s/ *Ian Fallon*
**Attorney for Plaintiffs**

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
nward@rblaw.net
ifallon@rblaw.net

Devon M. Jacob (*pro hac vice*)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com