**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, et al.,** | **CIVIL ACTION** |
| **Plaintiffs,** | **Case No. 2:20-cv-00980-WBV-DPC** |
| **v.** | **DISTRICT JUDGE: WENDY B. VITTER SECTION "D"** |
| **ST. TAMMANY PARISH GOVERNMENT, et al.,** | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT DIVISION "2"** |
| **Defendants.** | |

**PROPOSED ORDER**

**Considering the Foregoing:**

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Reply Memorandum be and is hereby GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs' Reply Memorandum in Support of Motion to Compel Class Discovery be filed into the record of these proceedings.

New Orleans, Louisiana, this ____ day of __________________, 2020.

______________________________

Donna Phillips Currault
United States Magistrate Judge