# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| AHMED BAQER, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>ST. TAMMANY PARISH GOVERNMENT, et al., <br><br>    Defendants. | CIVIL ACTION <br><br>Case No. 2:20-cv-00980-WBV-DPC <br><br>DISTRICT JUDGE: <br>WENDY B. VITTER <br>SECTION "D" <br><br>MAGISTRATE JUDGE: <br>DONNA PHILLIPS CURRAULT <br>DIVISION "2" |

## PROPOSED ORDER

**Considering the Foregoing:**

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Reply Memorandum be and is hereby GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs' Reply Memorandum in Support of Motion to Compel Class Discovery be filed into the record of these proceedings.

New Orleans, Louisiana, this 17th day of August, 2020.

_____
Donna Phillips Currault
United States Magistrate Judge