MINUTE ENTRY
CURRAULT, M. J.
AUGUST 19, 2020

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, ET AL | CIVIL ACTION |
| VERSUS | NO. 20-980 |
| ST. TAMMANY PARISH GOVERNMENT, ET AL. | SECTION "D" (2) |

The Court held oral argument via video conference to address (1) Defendants' Motion for Protective Order (ECF No. 68) and (2) Plaintiffs' Motion to Compel Class Discovery (ECF No. 71).

APPEARANCES:   For Plaintiffs:  Ian Fallon; Nicolette Ward; and Devon Jacob

For Defendants:  Chadwick Collings; Lauren Williams; and Emily Couvillon

After hearing oral argument, the Court requested supplemental briefing on the proportionality issue (i.e. whether the proposed discovery on the class certification issue is outweighed by the burden or expense that responding to such discovery will place on the Defendants). Defendants must file a supplemental memorandum addressing proportionality no later than August 28, 2020, and Plaintiffs may file a supplemental memorandum within two days of Defendants' filing.

The Court took the matter under submission.  Order and Reasons will follow.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 01:02