**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * | **JUDGE VITTER** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT** |
| | * | **JURY DEMAND** |
| **Defendants** | * | |

**************************************************************************

**MOTION TO WITHDRAW AND ENROLL ADDITIONAL COUNSEL**

**NOW INTO COURT**, comes Cody J. Acosta, attorney of record for Defendants Sheriff Randy Smith, Warden Lacey Kelly, Mr. Rodney J. Strain, and Mr. Greg Longino, to respectfully request that he be allowed to withdraw from his representation of Defendants Sheriff Randy Smith, Warden Lacey Kelly, Mr. Rodney J. Strain, and Mr. Greg Longino in this matter. Mr. Acosta has accepted a position with another law firm. Chadwick W. Collings of the law firm Milling Benson Woodward L.L.P. will remain as counsel of record for Defendants, and as such, no prejudice or delay shall result from this withdrawal. Defendants Sheriff Randy Smith, Warden Lacey Kelly, Mr. Rodney J. Strain, and Mr. Greg Longino additionally ask that Ms. Lauren A. Williams (#37917) be enrolled as additional counsel of record on their behalf in this matter.

90277

**WHEREFORE,** Cody J. Acosta prays for an order withdrawing his as counsel of record for Defendants Sheriff Randy Smith, Warden Lacey Kelly, Mr. Rodney J. Strain, and Mr. Greg Longino. Defendants further pray that Lauren A. Williams (#37917) be enrolled as additional counsel of record.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

s/ Chadwick W. Collings

**CHADWICK W. COLLINGS, T.A. # 25373**
**LAUREN A. WILLIAMS #37917**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
ccollings@millinglaw.com
***Counsel for Defendants***

**Dated: August 31, 2020**