**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * | **JUDGE VITTER** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT** <br> **JURY DEMAND** |
| **Defendants** | * | |

**************************************************************************

*Considering the Motion to Withdraw filed by Cody J. Acosta;*

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Cody J. Acosta is hereby withdrawn as counsel of record for defendants, Sheriff Randy Smith, Lacey Kelly, Greg Longino and Rodney J. Strain. Chadwick W. Collings of the law firm Milling Benson Woodward L.L.P. shall remain as lead counsel of record for Defendants, Sheriff Randy Smith, Lacey Kelly, Greg Longino and Rodney J. Strain.

**IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED** that Lauren A. Williams (#37917) is hereby enrolled as additional counsel of record for Defendants, Sheriff Randy Smith, Lacey Kelly, Greg Longino and Rodney J. Strain.

New Orleans, Louisiana, this _____ day of September, 2020.

______________________________

**JUDGE**