IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., | CIVIL ACTION |
| Plaintiffs, | Case No. 2:20-cv-00980-WBV-DPC |
| v. | DISTRICT JUDGE: |
| ST. TAMMANY PARISH GOVERNMENT, et al., | WENDY B. VITTER SECTION "D" |
| Defendants. | MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT DIVISION "2" |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

NOW COME the Plaintiffs, by and through their counsel of record, JACOB LITIGATION, INC., ROMANUCCI & BLANDIN, and the GLORIOSO LAW FIRM, and in response to Defendants' supplemental memorandum in support of Defendants' Motion for Protective Order, state as follows:

**I.    INMATE MOVEMENT REPORTS AND GRIEVANCES RELATED TO THE HOLDING CELLS**

Defendants' supplemental memorandum and responses to request for production relating to inmate movement reports and grievances from the holding cells provide a substantially more compliant response to Plaintiffs' Class Request for Production of these items. Defendants have now produced all inmate movement reports for March 2019 through the present, which identified the specific holding cell in which specific inmates were held. Further, Defendants have produced all grievances from inmates in the holding cells from March 2019 to the present.

## II. VIDEO RECORDING OF THE ST. TAMMANY PARISH HOLDING CELLS

Defendants have informed the Plaintiffs and the Court that recordings are maintained on STPSO servers for approximately two weeks before they are written over and no longer available for copying purposes. Further, Defendants contend there is no central housing location or listing of all videos that have been copied and preserved. Videos are copied on a case by case basis if an incident or unusual occurrence takes place within the facility. The video footage is stored in boxes in the jail administration or the facility's disciplinary office and categorized by year and incident type. There are approximately 450 disks located in the jail administration and several hundred maintained in the disciplinary office of the facility for March 2019 through the present

Although Defendants' supplemental memorandum provides Plaintiffs with a better understanding of the amount of video footage in Defendants' possession, it is still unclear what qualifies as an "incident type" by which the videos are organized. For example, it is unclear whether video footage was saved by Parish staff as a result of the numerous grievances that were filed by inmates while they were being held in the holding cells. If there are any videos that were copied and stored as a result of a complaint or grievance into the crowding conditions at the St. Tammany Parish Jail holding cells, those videos should be produced. If there are any videos from a time period that overlap in time with grievances related to the conditions of the holding cells, those videos should be produced. Specifically, those time periods include, based on review of the grievances provided on August 28, 2020:

- March 15, 2019-March 30, 2019
- April 30, 2019-May 15, 2019
- June 21, 2019
- July 9, 2019-July 18, 2019
- February 1, 2020-February 3, 2020
- February 18, 2020- March 3, 2020

Plaintiff respectfully request that Defendants produce those videos, categorized by date, that overlap with these grievances. Further, Plaintiff requests any videos depicting any of the named Plaintiffs from March 2019 to the present.

### III. JAIL MEDICAL FILES

Defendants have appropriately supplemented their response to production with updated records from Plaintiff Guillot, Jr., and has represented that production is complete for Plaintiffs Baqer and Guillot, Sr.

**Respectfully Submitted,**

**Date: August 31, 2020**

/s/ *Ian Fallon*
**Attorney for Plaintiffs**

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
nward@rblaw.net
ifallon@rblaw.net

Devon M. Jacob (*pro hac vice*)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway

Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com