# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC** |
| **ST TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

## ORDER

Considering the Motion to Withdraw and Enroll Additional Counsel, filed by defendants, Sheriff Randy Smith, Warden Lacey Kelly, Rodney J. Strain and Greg Longino (collectively, "Defendants") (R. Doc. 89);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Cody J. Acosta shall be withdrawn as counsel of record for Defendants, and Lauren A. Williams (La. Bar No. 37917), shall be enrolled as additional counsel of record for Defendants.

New Orleans Louisiana, September 1, 2020.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**