**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| Plaintiffs; | * | **CIVIL ACTION NO.: 20-00980-WBV-JCW** |
| | * | |
| v. | * | |
| | * | JUDGE VITTER |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; | * | |
| | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| | * | |
| | * | JURY TRIAL |
| | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**PLAINTIFFS' MOTION TO SEVER AND CONSOLIDATE**</u>

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR.; and

KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record ROMANUCCI &

BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, and Pursuant to

Rules 21 and 42 of the Federal Rules of Civil Procedure, Plaintiffs file their Motion to Sever and

Consolidate. In support thereof, Plaintiffs rely on the arguments and authority discussed in the

accompanying memorandum and exhibits.

1. This Court has broad discretion pursuant to F.R.C.P. 21 to sever individual claims.

2. This Court likewise enjoys broad discretion pursuant to F.R.C.P. 42 to consolidate claims
   presenting similar questions of law and fact.

3. Plaintiffs submit this matter would be appropriately consolidated with the matter *Louviere et.*
   *al. v. St. Tammany Parish Government*, 2:20-cv-01840-WBV-DPC, currently pending before

the Court against defendants identical to those in the instant actions and bringing identical

claims based on the conditions of the St. Tammany Parish Jail holding cells.

4.  Plaintiff Klabert Guillot, Jr. intends to seek individual relief different from the relief requested

by his co-Plaintiffs.  Severance of his individual claims is therefore appropriate.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant their motion in

its entirety, and thereby:

1)  Sever the claims of Plaintiff Klabert Joseph Guillot, Jr. from the instant action;

2)  Consolidate this matter with the case *Louviere et. al. v. St. Tammany Parish Government,*

2:20-cv-01840-WBV-DPC; and

3)   For any other relief this Court deems just and proper.


Respectfully Submitted,


By: __/s/ Nicolette A. Ward_____
         Attorney for Plaintiffs

**Dated: September 16th, 2020**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**

321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net