**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.,

Plaintiffs;

v.

ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity;

Defendants.

* * * * * * * * * * * * * * * * * *

**CIVIL ACTION NO.: 20-00980-WBV-JCW**

JUDGE VITTER

MAGISTRATE JUDGE PHILLIPS CURRAULT

JURY TRIAL

******************************************************************************

ORDER

Considering the foregoing Motion to Sever and Consolidate:

Said Motion is HEREBY GRANTED and the claims of Plaintiff KLABERT JOSEPH GUILLOT, JR. are hereby severed. This matter is hereby consolidated with the case *Louviere et. al. v. St. Tammany Parish Government,* 2:20-cv-01840-WBV-DPC.

NEW ORLEANS, LOUISIANA, this _____ day of ______________________, 2020.

______________________________
UNITED STATES DISTRICT JUDGE