**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.,<br><br>Plaintiffs;<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity;<br><br>Defendants. | * * * * * * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-WBV-JCW**<br><br>JUDGE VITTER<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR.; and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, and Pursuant to Rule 7.7 of the Local Rules of Civil Procedure, Plaintiffs file their Motion for Leave to File Excess Pages. In support thereof, Plaintiffs state as follows:

1. Local Rule of Civil Procedure 7.7 for this Court indicates that a memorandum of law supporting or opposing a motion may not exceed 25 pages, excluding exhibits, without leave of court.

2. Plaintiffs' memorandum in support of its Motion for Class Certification is thirty-nine (39) pages long.

3. This class certification motion, brought pursuant to F.R.C.P. 23(b)(3) and (c)(4), concerns numerous complex issues of fact and law, and Plaintiffs respectfully submit these issues require thorough exploration.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests leave to file its Motion for Class Certification consisting of thirty-nine (39) pages Instanter, and for such other relief that this Court deems just.

Respectfully Submitted,

By: __*/s/ Nicolette A. Ward*___________
Attorney for Plaintiffs

**Dated: September 22, 2020**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654

Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net

**CERTIFICATE OF SERVICE**

This is to certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system this 22nd day of September 2020.

**Date: September 22, 2020** **/s/ *Nicolette A. Ward***