# CORRECTIONS - SAFETY

## PROTECTION FROM INJURY AND ILLNESS

**SOP.0700:01.100.**

## I. SAFETY/SANITATION/INSPECTIONS

The St. Tammany Parish Jail facility complies with all applicable laws and regulations of the State Sanitation Officer and the State Fire Marshal. The following inspections shall be implemented:

A. Weekly sanitation inspections of all facility areas shall be made by a qualified departmental staff member.

B. Weekly inspections shall be made of all food service areas, including dining and food preparation areas and equipment.

C. Water temperature in housing areas shall be checked and recorded daily.

D. Comprehensive and thorough monthly inspections shall be made by a safety/sanitation specialist for compliance with sanitation, safety and fire prevention standards.

E. Annual inspections shall be made by the State Sanitation Officer and the State Fire Marshal.

## II. DISPOSAL OF MATERIALS

Disposal of liquid, solid, and hazardous material complies with applicable government regulations.

## III. VERMIN AND PESTS

The STPSO Jail shall have a written and implemented plan for the control of vermin and pests.

# CORRECTIONS - SAFETY

## PROTECTION FROM INJURY AND ILLNESS continued

**SOP.0700:01.100.**

### IV. HOUSEKEEPING

The STPSO Jail facility shall be kept clean and in good repair. The STPSO staff shall follow the written housekeeping plan for the ongoing cleanliness and sanitation of the facility.

### V. WATER SUPPLY

A. The STPSO Jail facility's potable water source and supply shall be certified at least annually by an independent, outside source to be in compliance with the State Sanitary Code.

B. The STPSO facility shall comply with the requirements of the state health officer.

C. The STPSO Jail staff shall adhere to the Agency's plan for addressing deficiencies. This plan shall be approved by the state health officer.

## VEHICLE SAFETY

**SOP.0700:01.110.**

### OFFENDER TRANSPORT

Escorted and unescorted absences of state offenders are governed by R.S. 15:811 and 933 and DPS&C Department Regulation No. C-03-003 "Escorted Absences".



P/P STPSO 000597