# CORRECTIONS - CARE

## HYGIENE

**SOP.0700:03.120.**

### I. PLUMBING FIXTURES

A. Offenders shall have access to toilets and washbasins with temperature-controlled hot and cold running water twenty-four (24) hours per day. Offenders shall be able to use toilet facilities without staff assistance when they are confined in their cells/sleeping areas.

B. Offenders, including those in medical housing units or infirmaries, shall have access to operable showers with temperature-controlled hot and cold running water twenty-four (24) hours per day, on a reasonable schedule, (a minimum of three times per week). Water for showers shall be thermostatically controlled to temperatures ranging from 100 degrees to 120 degrees Fahrenheit.

### II. CLOTHING

The STPSO Jail facility shall provide adequate institutional clothing appropriate to the season and the offender's work status, including adequate changes of clothing to allow for regular laundering.

The facility may fulfill this obligation by furnishing clothing or permitting the offender to secure and wear his own clothing, except that when the offender does not provide adequate clothing for himself, the facility shall furnish same.

### III. HYGIENE/BEDDING ISSUE

The STPSO Jail facility shall provide adequate bedding and linen, including a clean mattress, sheets, pillow and blanket, not to exclude a mattress with integrated pillow.

Provisions shall be made for linen and towel exchange at least weekly; blanket exchange at least monthly.

# CORRECTIONS - CARE

## HYGIENE continued

**SOP.0700:03.120.**

### IV. PERSONAL HYGIENE

Articles and services necessary for maintaining personal hygiene shall be available to all offenders including items specifically needed for females.

Each offender shall be provided soap, toilet paper, toothbrush, and toothpaste.

## CONTINUUM OF HEALTH CARE SERVICES

**SOP.0700:03.130.**

### I. ACCESS TO CARE/CLINICAL SERVICES

A. At the time of admission/intake, all offenders shall be informed about procedures to access health services, including any copay requirements, as well as procedures for submitting grievances.

B. Medical care shall not be denied based on an offender's ability to pay.

C. The STPSO Jail facility shall designate a health authority with responsibility for health care services. When the health authority is other than a physician, final clinical judgments rest with a single, designated, responsible physician.

D. The STPSO Jail facility shall provide for the delivery of health care services, including medical, dental and mental health services under the control of a designated health care authority who shall be a physician or a licensed or registered health care provider or health agency.

Access to these services shall be unimpeded in the sense that correctional staff should not approve or disapprove offender requests for services in accordance with the facility's health care plan.