# CORRECTIONS - CARE

## HYGIENE continued

**SOP.0700:03.120.**

### IV. PERSONAL HYGIENE

Articles and services necessary for maintaining personal hygiene shall be available to all offenders including items specifically needed for females.

Each offender shall be provided soap, toilet paper, toothbrush, and toothpaste.

## CONTINUUM OF HEALTH CARE SERVICES

**SOP.0700:03.130.**

### I. ACCESS TO CARE/CLINICAL SERVICES

A. At the time of admission/intake, all offenders shall be informed about procedures to access health services, including any copay requirements, as well as procedures for submitting grievances.

B. Medical care shall not be denied based on an offender's ability to pay.

C. The STPSO Jail facility shall designate a health authority with responsibility for health care services. When the health authority is other than a physician, final clinical judgments rest with a single, designated, responsible physician.

D. The STPSO Jail facility shall provide for the delivery of health care services, including medical, dental and mental health services under the control of a designated health care authority who shall be a physician or a licensed or registered health care provider or health agency.

Access to these services shall be unimpeded in the sense that correctional staff should not approve or disapprove offender requests for services in accordance with the facility's health care plan.

Oral health services shall include access to diagnostic x-rays, treatment of dental pain, development of individual treatment plans, extractions of non-restorable teeth, and referral to a dental specialist, including an oral surgeon.

E. State offenders may be assessed a co-payment for receiving medical or dental treatment, including prescription or nonprescription drugs. The co-payment fee schedule shall be approved by the DPS&C. Such fee schedule for DPS&C offenders housed on local jail facilities shall not exceed that which is assessed for non-state offenders also housed in the facility, unless prior approval has been granted by the Secretary of the DPS&C.

## II. ADEQUATE EQUIPMENT AND SUPPLIES

Adequate equipment and supplies for medical services shall be provided as determined by the health care authority and are in working order.

## III. PROVISION OF TREATMENT

The STPSO Jail facility shall have a designated health authority responsible for health care services. Requests for health services are triaged by health trained persons to ensure that needs are addressed in a timely manner in accordance with the severity of the illness.

Anyone who provides health care services to offenders shall be licensed, registered, or certified as appropriate to their respective professional disciplines. Such personnel shall only practice as authorized by their license, registration, or certification.

Standing orders shall be used only in the treatment of offenders when authorized in writing by a physician or dentist. Standing orders shall be used in the treatment of identified conditions and for the on-sight emergency treatment of an offender.

# CORRECTIONS - CARE

## CONTINUUM OF HEALTH CARE SERVICES continued

**SOP.0700:03.130.**

## IV. PERSONNEL QUALIFICATIONS/CREDENTIALS

Correctional or other personnel who do not have health care licenses shall only provide limited health care services as authorized by the responsible health care authority and in accordance with appropriate training. This would typically involve the administration of medication, the following of standing orders as authorized by the responsible health care authority and the administration of first aid/CPR in accordance with P.O.S.T. training.

Only qualified personnel shall dispense and administer prescribed medications.

## V. TWENTY-FOUR HOUR CARE

The STPSO Jail staff shall ensure that offenders have access to twenty-four (24) hour emergency medical, dental, and mental health services, including on-site first aid, basic life support, and transfer to community based services. This requirement may be met by agreement with one of the following:

1. Local state hospital
2. Local private hospital
3. On-call qualified health care personnel
4. On-duty qualified health care personnel

Decisions regarding access to emergency medical services shall not be the sole source of correctional or other non-health personnel except those as described under the PERSONNEL QUALIFICATIONS/CREDENTIALS section of this policy.

# CORRECTIONS - CARE

## CONTINUUM OF HEALTH CARE SERVICES continued

**SOP.0700:03.130.**

## VI. HEALTH SCREENS

All state offenders shall receive a health screening by health trained or qualified health care personnel upon intake into the STPSO Jail facility unless there is documentation of a medical screening within the previous ninety (90) days.

Screening shall be conducted in accordance with protocols established by the health authority.

The purpose of the health screening is to protect newly admitted offenders who pose a health safety threat to themselves or others from not receiving adequate medical attention. This shall include inquiry to:

1. Current medical, dental, or mental health problems and communicable diseases

2. Current treatment plan

3. Current medications, including psychotropic

4. History of hospitalization

5. Suicidal risk assessment

6. Use of alcohol or other drugs including need for possible detoxification

7. Possibility of pregnancy

8. Observation of the following:
   a. Appearance and behavior
   b. Body deformities and other physical abnormalities
   c. Ease of movement
   d. Current physical traumas or characteristics and a determination of whether or not the offender should be recommended for immediate transfer to the DPS&C for appropriate care
   e. Any physical impairment (hearing, vision, mobility) or other disability which would impede the offender's access to programs or services. Offenders identified with such impairment or disability shall be transferred to the DPS&C for further evaluation and determination of appropriate housing placement. (Reference 2008 Resolution Agreement: U.S. Department of Justice and Louisiana Department of Public Safety and Corrections.)

9. Current health insurance.

## VII. COMMUNICABLE DISEASE AND INFECTION CONTROL PROGRAM

Communicable diseases shall be managed in accordance with a written plan approved by the health authority in consultation with local public health officials. The plan includes for the screening, surveillance, treatment, containment, and reporting of infectious diseases. The plan shall comprise of testing to detect communicable diseases, including TB testing within fourteen (14) days of arrival at the facility. If there is documented evidence of TB testing within the last twelve (12) months, new testing is not required. The STPSO Jail Medical staff shall be qualified to evaluate for signs and symptoms of TB.

Infection control measures shall include the availability of personal protective equipment for staff and hand hygiene promotion throughout the facility.

Procedures for handling bio hazardous waste and decontaminating medical and dental equipment shall comply with applicable local, state, and federal regulations.

# CORRECTIONS - CARE

## CONTINUUM OF HEALTH CARE SERVICES continued

**SOP.0700:03.130.**

### VIII. ANNUAL TB TESTING

The STPSO Jail Medical shall conduct annual testing or medical evaluations for signs and/or symptoms of tuberculosis on all offenders.

Annual TB testing shall be provided at no cost to the offender.

The Jail Medical Director shall contact the DPS&C Medical Director when an offender's test for medical signs and/or symptoms of tuberculosis is reported positive. The DPS&C Medical Director will determine if the offender requires physician or mid-level evaluation, based on the reported positive signs or symptoms.

### IX. CHRONIC CARE PROGRAM

Offenders with chronic conditions, such as but not limited to, diabetes, hypertension, and mental illness shall receive periodic care by a qualified health care provider in accordance with individual treatment plans, inclusive as deemed appropriate by the respective health care provider.

### X. PHARMACEUTICALS

The Jail Medical Staff shall provide for the proper management of pharmaceuticals. Offenders shall be provided medication as prescribed.

### XI. FIRST AID KITS

First aid kits shall be available in areas of the jail facility as designated by the responsible health care authority and shall be immediately accessible to housing units.

# CORRECTIONS - CARE

## CONTINUUM OF HEALTH CARE SERVICES continued

**SOP.0700:03.130**.

## XII. ACCESS TO SICK CALL

The STPSO Jail Staff shall provide a process for all offenders to initiate requests for health services on a daily basis.

Sick Call shall be conducted by a physician and/or other qualified health care personnel who is licensed, registered, or certified as appropriate to his/her respective professional discipline and who practices only as authorized by his/her license, registration, or certification.

Sick Call shall be available to all offenders as follows:
Facilities with fewer than 100 offenders – 1 time per week
Facilities with 100 to 300 offenders – 3 times per week
Facilities with more than 300 offenders – 4 times per week

If an offender's custody status precludes attendance at sick call, then arrangements shall be made to provide such services in the place of the offender's detention.

## XIII. INFIRMARY CARE

Infirmary care that is provided onsite shall comply with applicable state regulations and local licensing requirements.

Provisions shall include twenty-four (24) hour emergency on-call consultation with a physician, dentist and mental health professional.

Any offender who is identified as requiring a medical, dental, or mental health need for which care is not readily available from the STPSO Jail facility shall be immediately transferred to DPS&C.

**CONTINUUM OF HEALTH CARE SERVICES continued**
**SOP.0700:03.130**.

## XIV. SUICIDE PREVENTION AND INTERVENTION

The STPSO Jail Staff shall maintain a suicide prevention and intervention program that is approved by a mental health professional who meets the educational and license/certification criteria specified by his/her respective professional discipline.

The program shall include specific procedures for handling intake, screening, identifying and continually supervising the suicide-prone offender.

All STPSO Jail personnel with responsibility for offender supervision shall be trained annually in the implementation of the program.

## XV. OFFENDER DEATHS

If a death occurs within the St. Tammany Parish Jail, personnel shall notify the coroner. All attempts to contact the coroner regarding any death shall be thoroughly documented.

A written report of all deaths shall be submitted to the proper authorities.

Individuals designated by the offender shall be notified in case of death.