# CORRECTIONS - OFFENDER PROGRAMS AND ACTIVITY

## OFFENDER OPPORTUNITIES FOR IMPROVEMENT

**SOP.0700:04.100.**

### I. VOLUNTEERS/REGISTRATION

The STPSO Jail shall have an official registration and identification system for volunteers.

A current schedule of volunteer services shall be available to all offenders and shall be posted in appropriate areas of the jail facility.

The STPSO Jail shall provide for the availability of offender programs, services, and counseling. Such programming may be obtained from acceptable internal or external sources which shall include, at a minimum, assistance in obtaining individualized educational program instruction at a variety of levels.

## PROGRAMS

**SOP.0700:04.110.**

### I. RELEASING OFFENDERS

Procedures for releasing offenders from the STPSO Jail facility shall include, but are not limited to the following:

1. Return of personal property, to include any government issued identification card (i.e., driver's license) that may have been collected from the offender during the intake process.

2. Provision of a listing of available community resources

3. Provision of a twenty-four (24) hour supply of current maintenance medication (medication prescribed to stabilize an illness or symptoms of illness) upon discharge, along with a prescription for a five (5) day supply of current medications.

# CORRECTIONS - OFFENDER PROGRAMS AND ACTIVITY

## PROGRAMS continued

**SOP.0700:04.110.**

## II. VISITING

The number of visitors an offender may receive and the length of the visits may be limited only by the jail facility's schedule, space, and personnel constraints or when the Warden can present clear and convincing evidence that such visitation jeopardizes the safety and security of the jail facility.

Conditions under which visits may be denied and visitors may be searched shall be defined in writing. Provisions shall be made for special visits.

## III. LIBRARY SERVICES

Reading materials shall be available to offenders on a reasonable basis.

## IV. RELIGIOUS PROGRAMS

Offenders shall be provided reasonable opportunity for religious practice.

## V. EXERCISE AND RECREATION ACCESS

Offenders shall have access to exercise and recreation opportunities. The STPSO Jail facility shall provide for exercise opportunities adequate to ensure major muscle activity. Outdoor exercise shall be available on a regular basis (at least three times per week- weather permitting) for state inmates.

If a state offender requires special management or has security supervision needs which preclude the opportunity for outdoor exercise, then he shall be transferred to the DPS&C.

# CORRECTIONS - OFFENDER PROGRAMS AND ACTIVITY

**PROGRAMS** continued

**SOP.0700:04.110.**

If the jail facility based on location, or other legitimate concern, does not make provision for outdoor exercise, then compensating, dedicated exercise facilities of adequate size to provide three exercise opportunities per week shall be available.

## VI. TRANSITIONAL WORK PROGRAM/STANDARD OPERATING PROCEDURES

Transitional Work programs shall be operated in accordance with the Standard Operating Procedures for Offender Work Release Programs established by the DPS&C.

## VII. PARTICIPATION IN TRANSITIONAL WORK PROGRAMS

Participation in Transitional Work Programs by state offenders shall comply with R.S. 15:711 and DPS&C Department Regulation No. B-02-001 “Assignment and Transfer of Offenders”.

Specific approval by the Secretary of DPS&C shall be required prior to program assignment of state offenders. Refer to Standard Operating Procedures for Offender Transitional Work Programs.

## VIII. OFFENDER WORK PROGRAMS

Participation in offender work programs by state offenders shall comply with the provisions of R.S. 15:708 (parish jails) or R.S. 15:832 (police maintenance).

**SOP.0700:04.110.**

## IX. APPROVAL FOR TRANSITIONAL WORK PROGRAMS

Any sheriff interested in operation of a transitional work program facility shall obtain prior approval from the Chief of Operations. Refer to Standard Operating Procedures for Offender Transitional Work Programs.

## X. PROPOSED EXPANSIONS

Any planned or proposed expansions for transitional work program or jail facilities that house DPS&C offenders shall be submitted to the Secretary of the DPS&C and the Executive Director of the LSA for consideration and approval by the Prisons and Jails Committee.

## XI. MAIL AND CORRESPONDENCE

Offenders may send and receive mail. Indigent offenders shall receive a specified postage allowance.

Offenders shall be notified in writing when incoming or outgoing letters are withheld in part or in full.

Written policy, procedure, and practice govern offender correspondence. Such policy shall include the following provisions:

1. Both incoming and outgoing offender mail (except privileged mail) may be opened and inspected for contraband. Mail may be read or rejected only when the Warden or his designee determines through relevant information that the correspondence contains material that interferes with legitimate penological objectives, including but not limited to deterrence of crime, rehabilitation of offenders, or maintenance of internal/external security of a facility.

# CORRECTIONS - OFFENDER PROGRAMS AND ACTIVITY

## PROGRAMS continued

**SOP.0700:04.110.**

2. Privileged correspondence is defined as mail to or from:

   a. Identifiable courts;
   b. Identifiable prosecuting attorneys;
   c. Identifiable probation and parole officers, parole board, and pardon board;
   d. State and local chief executive officers;
   e. Identifiable attorneys;
   f. Secretary, Deputy Secretary, Chief of Operations, Undersecretary, Assistant Secretary and other officials and administrators of the grievance system of the DPS&C;
   g. Local, state, or federal law enforcement agencies and officials.

"Identifiable" means that the official or legal capacity of the addressee is listed on the envelope and is verifiable. If not, then the letter is to be treated as general correspondence.

3. Incoming privileged correspondence shall not be opened or inspected except in the presence of the offender to verify that the correspondence does not contain material that is not entitled to privilege.

4. Outgoing privileged mail may be posted sealed.

5. Incoming and outgoing privileged mail may be opened and inspected outside the offender's presence in the following circumstances:

   a. Letters that are unusual in appearance or appear different from mail normally received or sent by the individual or public entity;
   b. Letters that are of a size or shape not customarily received or sent by the individual or public entity;
   c. Letters that have a city and/or state postmark that is different from the return address.

# CORRECTIONS - OFFENDER PROGRAMS AND ACTIVITY

## PROGRAMS continued

**SOP.0700:04.110.**

d. Letters that are leaking, stained, or emitting a strange or unusual odor or have a powdery residue;
e. When reasonable suspicion of illicit activity has resulted in a formal investigation and such inspection has been authorized by the Secretary or designee.

### XII. PACKAGES AND PUBLICATIONS

Written policy, procedure, and practice govern offender access to publications and packages from outside sources.

## REENTRY

**SOP.0700:04.120.**

### SUBSTANCE ABUSE PROGRAMS

The STPSO Jail facility shall encourage offender participation in substance abuse programs when available.

### REENTRY PROGRAMS

The DPS&C and the STPSO Jail facility shall encourage re-entry programming which includes:

1. Employment opportunities through work release;
2. At least two forms of valid identification upon release;
3. The development of a residential plan prior to release;
4. Referral to community based service providers upon release.
5. When health care is transferred to providers in the community, appropriate information shall be shared with the new providers in accordance with consent requirements. Prior to release, offenders with serious health conditions shall be referred to available community services.

# CORRECTIONS - OFFENDER PROGRAMS AND ACTIVITY

**REENTRY** continued

**SOP.0700:04.120.**

## XIII. PRE-PAROLE PREPARATION

The STPSO Jail facility shall complete Form B-01-004-C, Pre-Parole LARNA II Questionnaire for Local Jail Facilities, at least thirty (30) days prior to an offender's scheduled Parole Board hearing date.