# St. Tammany Parish Sheriff's Office

**RANDY SMITH,** *Sheriff*

**PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST**

## SHERIFF'S REVIEW DECISION

June 26, 2019

Inmate Michael Vanderslice
Cell Location: C501
GRIEVANCE: FOUNDED ___ UNFOUNDED: √

Mr. Vanderslice,

I am In-House Counsel for the St. Tammany Parish Sheriff, Randy Smith ("Sheriff"), and in receipt of your Request for Sheriff's Review dated June 4, 2019. Although I am of the position that the matters stated in your most recent Inmate Grievance of May 21, 2019 were previously addressed, with unfounded findings by the Warden on May 1, 2019, and the Sheriff on May 15, 2019, this communication shall serve as a formal response to the two specific grievances noted on your request for a Warden's Review Decision dated May 23, 2019.

With respect to you not being provided a mattress while being detained in holding, as discussed with the Warden on April 30, 2019, jail policy and procedure do not provide that an inmate will be supplied a mattress while in a holding cell awaiting an assignment to an available bed. Only a blanket is provided in the evening and that is what you were supplied.

Regarding your allegation that on March 15, 2019, while being escorted to jail medical following the use of force incident, you were struck in the back of the head by correctional deputies, as previously advised on March 27, 2019, in response to your Grievance dated March 19, 2019, the events and circumstances surrounding the use of force incident were thoroughly investigated by Sergeant Arthur Meyers. On April 3, 2019, you were notified that the investigation by Sergeant Meyers determined your grievance as unfounded. As was previously advised, the findings of Sergeant Meyers are supported by the evidence obtained during his investigation, which included surveillance video. Surveillance video from March 15, 2019, does not support the allegations you were struck in the back of the head by correctional deputies at any point while being transported to medical.

Based on the above factors, your Grievance submitted on May 21, 2019, is deemed unfounded and the matter is closed.

06/26/2019
Date

Sheriff's Designee
Michael Sevante, Attorney and Designee for Randy Smith, Sheriff of St. Tammany Parish

**INMATE RECEIPT**

06/28/2019
Date

Michael Vanderslice