**Ian Padraic Fallon, Esq.**

924 West Cornelia Avenue, (402) 506-2909
Apartment 4N, Chicago, Illinois 60657 ifallon@luc.edu

## EDUCATION

**LOYOLA UNIVERSITY CHICAGO, SCHOOL OF LAW** **August 2016-May 2019**
*Juris Doctor, GPA: 3:45, Class Rank: 77 of 185*
*Certificate: Advocacy*
William J. Campbell Public Interest Scholar; Dean's List, 4-Semester Member; Public Interest Law Society, Vice President; Criminal Law Mock Trial Team, Member (CACJ 2018 Competition: Third Place)

**CREIGHTON UNIVERSITY, COLLEGE OF ARTS & SCIENCES** **August 2011-May 2015**
*Bachelor of Arts, Cum Laude*
*Major: Justice and Society*
*Minors: Theology & Spanish*
Dean's List, 5-Semester Member; William Jennings Bryan Speech & Debate Scholar

## PROFESSIONAL EXPERIENCE

**ROMANUCCI & BLANDIN, LLC – Chicago, IL** **October 2018-Present**
*Associate Attorney*
*(Law Clerk from October 2018-November 2019)*
- Authored appellate briefs, developed trial strategy in civil rights, medical malpractice, and personal injury matters; drafted pleadings; issued and answered written discovery; dispositive motion practice; and conducted legal research at preeminent plaintiff civil rights and medical malpractice law firm

**THE AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS – Chicago, IL** **January-May 2018**
*Legal Extern*
- Conducted legal research, writing and document review at national nonprofit organization
- Issues: Appellate procedure, LGBTQ rights litigation, criminal justice reform legislation, police reform, and federal First Amendment law

**HEARTLAND WORKERS CENTER – Omaha, NE** **May 2014-May 2016**
*Community Organizer*
- Facilitated civic engagement and democratic participation in underrepresented/low voter turnout populations
- Researched bills and lead successful advocacy efforts for 501(c)(3) nonprofit organizations in state legislature

## JURISDICTIONS

**Illinois** **November 2019**
**Northern District of Illinois** **November 2019**
**Eastern District of Louisiana (*pro hac vice*)** **April 2020**
**Northern District of Indiana** **May 2020**

## SKILLS & HONORS

Legal Research & Writing | Spanish Proficiency
Mock Trial Advocacy | Boy Scouts of America-Eagle Scout Rank