# St. Tammany Parish Sheriff's Office
## Randy Smith, Sheriff

RECEIVED
MAR 20 2020
BY:

## INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME Brian Emile Gitz CELL LOCATION D-319

INMATE DATE OF BIRTH 6-21-75 DATE OF INCIDENT Feb. 18, 2020 - March 3, 2020

NAME & LOCATION OF WITNESSES HOLDING TANK 3

NAME OF STAFF INVOLVED ST. Tammany Parish Jail

SUMMARY OF COMPLAINT I was arrested on Febuary 18, 2020 and was transported to St. Tammany Parish Jail. I was held in your Holding Tanks from Febuary 18, 2020 till March 3 2020. Appoximatly 15 days which is unlawful

IS THIS AN EMERGENCY GRIEVANCE? YES ______ NO ______

SPECIFIC RELIEF DESIRED AcKnowledgement of how this is breaking the Law

INMATE SIGNATURE Brian E. Gitz

************************************************************

### FOR WARDEN'S USE

Grievance # ______

Type Grievance ______

Date Received 3/20/2020

Screened by Sgt Smith

REJECTED: (return & obtain receipt)
- ______ Outside the scope of this procedure because
- ______ Does not personally affect this inmate
- ______ Disciplinary Review Board Decision
- ______ Refusal of mail
- ______ Court Decision / Pardon - Parole Board
- ______ Filed more than 90 days after the incident
- ______ Duplicate grievance by same inmate
- ______ Other: (specify)

RETURNED: (return & obtain inmate receipt)
- ______ Multiple complaints; file separate grievances
- ______ Vague complaint: state more facts / clarify
- ✓ Summarize complaint
- ______ Other: (specify) Lt Chatelain

______ Accepted & referred to ______

Policy / procedure challenge: yes ______ no ______

************************************************************

### INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

______ (Date) ______ (Inmate Signature)