# St. Tammany Parish Sheriff's Office

RANDY SMITH, *Sheriff*

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

## INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME James Michael Stickley CELL LOCATION C-700 # 08 (C708)

INMATE DATE OF BIRTH 04/24/1965 DATE OF INCIDENT From July 9, 2019 thru July 18, 2019

NAME & LOCATION OF WITNESSES Men's Holding #2, all Jailers working that area and all inmates in Holding

NAME OF STAFF INVOLVED All Staff assigned to said area, including Sheriff and jail administrator

SUMMARY OF COMPLAINT Cruel & unusual Punishment by being forced to sleep on bare Concrete floor & slab without mattress while being crammed into an approx 22'x12' with anywhere from 16 to 24 other men

IS THIS AN EMERGENCY GRIEVANCE? YES Yes NO ____

SPECIFIC RELIEF DESIRED Practice to Stop and for monetary relief for pain I suffer from it to day even after I'm out.

INMATE SIGNATURE J.M. Stickley

**********************************************************************************************

### FOR WARDEN'S USE

Grievance # ____

Type Grievance ____

REJECTED: (return & obtain receipt)

- ____ Outside the scope of this procedure because
- ____ Does not personally affect this inmate
- ____ Disciplinary Review Board Decision
- ____ Refusal of mail
- ____ Court Decision / Pardon - Parole Board
- ____ Filed more than 90 days after the incident
- ____ Duplicate grievance by same inmate
- ____ Classification Decision
- ____ Other: (specify)

Date Received 7/22/19

Screened by Cpl. Smith

RETURNED: (return & obtain inmate receipt)

- ____ Multiple complaints; file separate grievances
- ____ Vague complaint: state more facts / clarify
- ____ Summarize complaint
- ✓ Other: (specify) Lt Weary

____ Accepted & referred to ____

Policy / procedure challenge: yes____ no____

**********************************************************************************************

### INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

____ (Date) ____ (Inmate Signature)

P.O. BOX 1120
COVINGTON, LA 70434
1-985-809-8200

P.O. BOX 1229
SLIDELL, LA 70459
1-985-726-8000