UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * * | **JUDGE VITTER** |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * * * * * * * * * * * | **MAGISTRATE CURRAULT** **JURY DEMAND** |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sheriff Randy Smith, Lacey Kelly, Rodney J. Strain, and Greg Longino, to respectfully request that this Honorable Court continue the submission date for the Plaintiffs' currently pending Motion for Class Certification that was filed yesterday evening (Rec. Doc. 101). The current submission date for the Plaintiffs' Motion for Class Certification is October 7, 2020 (Rec. Doc. 101-2). Defendants herein respectfully request that the submission date for Plaintiffs' Motion for Class Certification be continued to December 1, 2020. Defendants would respectfully note that the Plaintiffs were previously granted an unopposed motion to extend by three months the deadline to file their motion for class certification (Rec. Doc. 52). Finally, Defendants further note that

90948

undersigned counsel has contacted counsel for plaintiffs and has confirmed that plaintiffs have no objection to this request to continue the submission date to December 1, 2020.

**WHEREFORE,** Defendants, Sheriff Randy Smith, Lacey Kelly, Rodney J. Strain, and Greg Longino, pray for an order continuing the submission date for Plaintiffs' Motion for Class Certification from October 7, 2020 to December 1, 2020.

> **Respectfully submitted,**
>
> **MILLING BENSON WOODWARD L.L.P.**
>
> *s/ Chadwick W. Collings*
> **CHADWICK W. COLLINGS, T.A.     # 25373**
> **LAUREN A. WILLIAMS               # 37917**
> **68031 Capital Trace Row**
> **Mandeville, Louisiana 70471**
> **Telephone:   (985) 292-2000**
> **Facsimile:    (985) 292-2001**
> ccollings@millinglaw.com
> *Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on September 23, 2020, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

> *s/ Chadwick W. Collings*
> **Chadwick W. Collings**

90948