UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC** |
| **ST TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

## ORDER

Before the Court is a Motion for Leave to File Excess Pages, filed by plaintiffs, Ahmed Baqer, Klabert Joseph Guillot, Jr., and Klabert Joseph Guillot, Sr. (R. Doc. 100). In the Motion, Plaintiffs seek leave to file a memorandum in support of their Motion for Class Certification (R. Doc. 101) that is 39 pages long. Plaintiffs assert that their Motion for Class Certification "concerns numerous complex issues of fact and law" and requires briefing beyond the 25-page limit set forth in Local Rule 7.7. Plaintiffs offer no other explanation for the need to exceed the page limit, and provide no details whatsoever. The Court is aware of the facts of the case and, without specific information to the contrary, does not see that it involves numerous complex issues of fact or law. Nonetheless, the Court will allow five extra pages.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED as modified** and Plaintiffs may file a memorandum in support of their Motion for Class Certification that does not exceed 30 pages.

**IT IS FURTHER ORDERED** that Plaintiffs shall have **seven (7) days** from the date of this Order to file a motion to substitute Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification (R. Doc. 101-1) with a memorandum that does not exceed 30 pages.

New Orleans Louisiana, September 23, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**