**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, *et. al.*,<br><br>Plaintiffs;<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, *et. al.*<br><br>Defendants. | * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-WBV-JCW**<br><br>JUDGE VITTER<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*****************************************************************************

**MOTION TO SUBSTITUTE DOCUMENT *INSTANTER***

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR.; and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, and pursuant to Order of the Court, Plaintiffs file their Motion to Substitute Document. In support thereof, Plaintiffs state as follows:

1. On September 22nd, Plaintiffs filed their Motion for Class Certification [ECF Doc., 101], along with their supporting memorandum of law [ECF Doc. 101-1].

2. As Plaintiffs' proposed memorandum was 39 pages and exceeded the 25 pages permitted by Local Rule of Civil Procedure 7.7, Plaintiffs filed a motion for leave to file excess pages. ECF Doc. 100.

3. On September 23rd, 2020, this Court entered an Order permitting Plaintiffs to file a memorandum of 30 pages, and ordering Plaintiffs to file a motion requesting leave to substitute

the prior memorandum, ECF Doc. 101-1, with a new memorandum not to exceed 30 pages. ECF Doc. 105.

4. Plaintiffs' proposed memorandum of law is attached hereto as Exhibit A.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court substitute ECF Doc.101-1 with the memorandum filed *instanter*, and for such other relief that this Court deems just.

Respectfully Submitted,

By: __*/s/ Nicolette A. Ward*___________
Attorney for Plaintiffs

**Dated: September 30, 2020**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system this 30th day of September 2020.

**Date: September 30, 2020** ***/s/ Nicolette A. Ward***