**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, *et. al*., | * | |
| Plaintiffs; | * | **CIVIL ACTION NO.: 20-00980-WBV-JCW** |
| v. | * | JUDGE VITTER |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, *et. al.* | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * | JURY TRIAL |

## ORDER

Considering the foregoing Motion to Substitute *Instanter:*

Said Motion is HEREBY GRANTED and Plaintiff's memorandum of law filed at ECF Doc. 101-1 is hereby substituted with Plaintiff's memorandum submitted at ECF Doc 109-1.

NEW ORLEANS, LOUISIANA, this _____ day of ______________________, 2020.

______________________________
UNITED STATES DISTRICT JUDGE