## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * * | **JUDGE VITTER** |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * * * * * * * * * * | **MAGISTRATE CURRAULT**  **JURY DEMAND** |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

Defendants, Sheriff Randy Smith, Lacey Kelly, Rodney J. Strain, and Greg Longino, each in their official and individual capacities, will submit their Motion for Summary Judgment, Statement of Uncontested Material Facts, and Memorandum in Support of their Motion for Summary Judgment, before the Honorable Wendy Vitter of the United States District Court for the Eastern District of Louisiana, on the 3rd day of November, 2020, at 9:30 a.m.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/Chadwick W. Collings*
**Chadwick W. Collings, T.A.            # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:    (985) 292-2000**
**Facsimile:     (985) 292-2001**
ccollings@millinglaw.com
*Attorneys for Sheriff Jack Strain, Lacey Kelly, Rodney J. Strain and Greg Longino*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on October 7, 2020, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/Chadwick W. Collings*
Chadwick W. Collings