**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, et al.,** | **CIVIL ACTION** |
| **Plaintiffs,** | **Case No. 2:20-cv-00980-WBV-DPC** |
| **v.** | **DISTRICT JUDGE: WENDY B. VITTER SECTION "D"** |
| **ST. TAMMANY PARISH GOVERNMENT, et al.,** | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT DIVISION "2"** |
| **Defendants.** | |

**PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

NOW COME the Plaintiffs, by and through their counsel of record, JACOB LITIGATION, INC., ROMANUCCI & BLANDIN, and the GLORIOSO LAW FIRM, and respectfully request that this Court grant them leave to file a reply memorandum in further support of their Motion to Sever and Consolidate. ECF Doc. 94. Attached hereto are Plaintiffs' proposed reply memorandum (Exhibit A) and a proposed order granting Plaintiff leave to file a reply (Exhibit B). The attached reply memorandum is responsive to the arguments raised by Defendants in their response brief and will assist the Court in its determination of the issues raised therein. The instant motion is currently set for submission on October 13, 2020.

**Respectfully Submitted,**

**Date: October 13, 2020**

/s/ *Ian Fallon*
**Attorney for Plaintiffs**

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)

Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
nward@rblaw.net
ifallon@rblaw.net

Devon M. Jacob (*pro hac vice*)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com