**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * | **JUDGE VITTER** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT** **JURY DEMAND** |
| **Defendants** | * | |

**************************************************************************

**EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Sheriff Randy Smith, Warden Lacey Kelly, Rodney J. Strain and Greg Longino, each in their official and individual capacities, who consistent with LR 83.2.12, move that Henry M. Weber (#35374) of the law firm Milling Benson Woodward L.L.P. be enrolled as additional counsel of record on their behalf in the above-captioned matter.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*

**Chadwick W. Collings, T.A. # 25373**
**Henry M. Weber # 35374**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**

**Telephone:** **(985) 292-2000**
**Facsimile:** **(985) 292-2001**
**E-mail:** **cccollings@millinglaw.com**
***Attorneys for Sheriff Randy Smith, Warden Lacey Kelly, Rodney J. Strain and Greg Longino***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on November 2, 2020, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

__s/ Chadwick W. Collings__
**Chadwick W. Collings**