**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * * | **JUDGE VITTER** |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * * * * * * * * * * | **MAGISTRATE CURRAULT** **JURY DEMAND** |
| **Defendants** | * | |

**********************************************************************************

**ORDER**

Considering the foregoing *Ex Parte Motion to Enroll Additional Counsel of Record;*

**IT IS ORDERED** that Henry M. Weber (#35374), of the law firm Milling Benson Woodward L.L.P., be enrolled as additional counsel of record in the above-captioned matter on behalf of defendants, Sheriff Randy Smith, Warden Lacey Kelly, Rodney J. Strain and Greg Longino, each in their official and individual capacities.

New Orleans, Louisiana this _____ day of ____________________, 2020.

______________________________
JUDGE