UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC** |
| **ST TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

### ORDER

Considering the Ex Parte Motion to Enroll Additional Counsel of Record, filed by defendants, Sheriff Randy Smith, Warden Lacey Kelly, Rodney J. Strain and Greg Longino (collectively, "Defendants") (R. Doc. 118);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Henry M. Weber (La. Bar No. 35374), of the law firm Milling Benson Woodward L.L.P., shall be enrolled as additional counsel of record for Defendants.

New Orleans Louisiana, November 3, 2020.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**