**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.,** | * | |
| **Plaintiffs** | * | |
| **versus** | * | **CIVIL ACTION** |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity,** | * | **NO. 2:20-cv-00980** <br> **JUDGE WENDY B. VITTER** <br> **MAG. DONNA PHILLIPS CURRAULT** |
| **Defendants** | * | |

*** * * * * * * * * * * * * * * * * * * * * ***

**EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes St. Tammany Parish Government, and moves, pursuant to Local Rule 83.2.12(A), to enroll James J. Bolner, Jr., an Assistant District Attorney for the 22nd Judicial District, duly licensed to practice law in the State of Louisiana, admitted to practice law before this Honorable Court, and familiar with the substance of all documents and court orders filed in the case, as additional counsel of record in the above captioned matter.

Respectfully submitted:

By: **s/ Emily G. Couvillon**

**EMILY G. COUVILLON (LA BAR ROLL #31114)**
**JAMES J. BOLNER, JR. (LA BAR ROLL #21485)**
22nd Judicial District Attorney, Civil Division
21454 Koop Drive, Suite 2G

Mandeville, Louisiana 70471
Telephone: (985) 898-3427
ecouvillon@22da.com
jjbolner@22da.com
*Counsel for St. Tammany Parish Government*

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that I have on this 1st day of December 2020, served a copy of the foregoing pleading upon known counsel for all parties to this proceeding via electronic transmission with the Clerk of Court through the CM/ECF filing system.

s/Emily G. Couvillon_____
**EMILY G. COUVILLON**