**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., Plaintiffs** | * * * * * | |
| **versus** | * | **CIVIL ACTION** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL;** | * * | **NO. 2:20-cv-00980** |
| **ST. TAMMANY PARISH SHERIFF'S OFFICE;** | * | **JUDGE WENDY B. VITTER** |
| **RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity, Defendants** | * * * * * * | **MAG. DONNA PHILLIPS CURRAULT** |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel of Record;

IT IS ORDERED that James J. Bolner, Jr., be and is hereby enrolled as additional counsel of record for Defendant, St. Tammany Parish Government.

New Orleans, Louisiana, this ______ day of _________________________, 2020.

_____________________________________

**HONORABLE WENDY B. VITTER**