**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.,

Plaintiffs;

v.

ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity;

Defendants.

**CIVIL ACTION NO.: 20-00980-WBV-JCW**

JUDGE VITTER

MAGISTRATE JUDGE PHILLIPS CURRAULT

JURY TRIAL

****************************************************************************

**ORDER**

Considering the foregoing Motion to for Leave to File:

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to File Reply Memorandum be and is hereby GRANTED; and IT IS FURTHER ORDERED that Plaintiffs' Reply Memorandum in Support of Motion for Class Certification be filed into the record of these proceedings.

NEW ORLEANS, LOUISIANA, this _____ day of ______________________, 2020.

______________________________
UNITED STATES DISTRICT JUDGE