**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., | * | |
| Plaintiffs; | * | **CIVIL ACTION NO.: 20-00980-WBV-JCW** |
| v. | * | JUDGE VITTER |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; | * | MAGISTRATE JUDGE PHILLIPS CURRAULT<br>JURY TRIAL |
| Defendants. | * | |

******************************************************************************

**ORDER**

CONSIDERING the Motion to File Exhibit Under Seal, filed by Plaintiffs, and Local Civil Rule 5.6;

IT IS HEREBY ORDERED that the Motion to File Exhibit Under Seal is GRANTED.

IT IS FURTHER ORDERED that the exhibit submitted to the Clerk of Court by Plaintiffs, consisting of one "Exhibit to Be Filed Under Seal- Inmate Movement Reports", be filed into the record in this matter under seal.

IT IS FURTHER ORDERED that the exhibit shall remain sealed pending this Court's decision on Plaintiffs' motion for class certification.

NEW ORLEANS, LOUISIANA, this _____ day of ______________________, 2020.

______________________________________

UNITED STATES DISTRICT JUDGE