UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, KLABERT JOSEPH** * | |
| **GUILLOT, JR., and KLABERT** * | |
| **JOSEPH GUILLOT, SR.,** * | |
| Plaintiffs * | |
| * | |
| versus * | CIVIL ACTION |
| * | |
| **ST. TAMMANY PARISH GOVERNMENT,** * | NO. 2:20-cv-00980 |
| a/k/a ST. TAMMANY PARISH COUNCIL; * | |
| **ST. TAMMANY PARISH SHERIFF'S OFFICE;*** | JUDGE WENDY B. VITTER |
| **RANDY SMITH,** in his official and individual * | |
| capacity; **RODNEY J. STRAIN,** in his official * | MAG. DONNA PHILLIPS CURRAULT |
| and individual capacity; **GREG LONGINO,** in * | |
| his official and individual capacity; and **LACEY** * | |
| **KELLY,** in her official and individual capacity, * | |
| Defendants * | |

* * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT, ST. TAMMANY PARISH GOVERNMENT'S, MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**NOW INTO COURT**, through undersigned counsel, comes St. Tammany Parish Government, who opposes the Motion for Class Certification by Plaintiffs (Rec. Doc. 101), and hereby adopts the arguments in opposition to class certification made by Defendants Sheriff Randy Smith, Warden Lacey Kelley, Rodney J. Strain, and Greg Longino, each in their official and individual capacities ("the St. Tammany Parish Sheriff's Office Defendants"), in Defendants' Opposition to Plaintiffs' Motion for Class Certification filed on November 23, 2020 (Rec. Doc. 124).

For all of the reasons set forth in St. Tammany Parish Sheriff's Office Defendants' Opposition to Plaintiffs' Motion for Class Certification, Defendant, St. Tammany Parish

Government, respectfully submits that Plaintiffs' Motion for Class Certification should be denied.

                        Respectfully submitted:

By:    **s/ Emily G. Couvillon**
         **EMILY G. COUVILLON (LA BAR ROLL #31114)**
         **JAMES J. BOLNER, JR. (LA BAR ROLL #21485)**
         22nd Judicial District Attorney, Civil Division
         21454 Koop Drive, Suite 2G
         Mandeville, Louisiana 70471
         Telephone: (985) 898-3427
         ecouvillon@22da.com
         jjbolner@22da.com
         *Counsel for St. Tammany Parish Government*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have on this 1st day of December 2020, served a copy of the foregoing pleading upon known counsel for all parties to this proceeding via electronic transmission with the Clerk of Court through the CM/ECF filing system.

                                                     s/Emily G. Couvillon
                                                     **EMILY G. COUVILLON**