UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**AHMED BAQER, ET AL.**  CIVIL ACTION

**VERSUS**  NO. 20-980-WBV-DPC

**ST TAMMANY PARISH GOVERNMENT, ET AL.**  SECTION: D (2)

## ORDER

Considering the Ex Parte Motion to Enroll Additional Counsel of Record, filed by defendant, St. Tammany Parish Government (R. Doc. 125);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Assistant District Attorney for the 22nd Judicial District Court James J. Bolner, Jr. shall be enrolled as additional counsel of record for defendant, St. Tammany Parish Government.

New Orleans Louisiana, December 2, 2020.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**