**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., Plaintiffs** | * | |
| **versus** | * | **CIVIL ACTION** |
| | * | **NO. 2:20-cv-00980** |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity, Defendants** | * | **JUDGE WENDY B. VITTER** <br> **MAG. DONNA PHILLIPS CURRAULT** |

* * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT ST. TAMMANY PARISH GOVERNMENT'S**
**<u>MOTION TO QUASH SUBPOENA</u>**

NOW INTO COURT, through undersigned counsel, comes Defendant, St. Tammany Parish Government (hereinafter "STPG") and moves to quash the January 11, 2021, subpoena that Plaintiffs' counsel mailed to St. Tammany Parish Government seeking to compel former Assistant District Attorney for the 22nd Judicial District, Kelly Rabalais, to appear and testify at a deposition scheduled for February 10, 2021. STPG submits that this Court should quash the subpoena because, as set forth more fully in the memorandum filed in support of this motion, Plaintiffs did not comply with the personal service requirement mandated in Federal Rule of Civil Procedure 45(b).

The Movant reserves the right to seek to limit the scope of Ms. Rabalais's deposition should the Plaintiffs make valid personal service on her at a later date.

**WHEREFORE**, for the reasons set forth above, and more fully in its Memorandum in Support of this Motion, St. Tammany Parish Government prays that this Court grant its Motion to Quash.

Respectfully submitted,

s/James J. Bolner, Jr.

**EMILY G. COUVILLON (LA BAR ROLL #31114)**
**CARY J. MENARD (LA BAR ROLL #09426)**
**JAMES J. BOLNER, JR. (LA BAR ROLL #21485)**
Assistant District Attorneys – 22nd Judicial District
Civil Division
21454 Koop Drive, Suite 2G, Mandeville, LA 70471
Telephone : (985) 898-3427
Email : ecouvillon@22da.com
cmenard@22da.com
jjbolner@22da.com

*Counsel for St. Tammany Parish Government*

## CERTIFICATE

This is to certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system this ____ day of January, 2021.

s/James J. Bolner, Jr.
**JAMES J. BOLNER JR.**