**From:** Emily G. Couvillon
**To:** Ian Fallon; ccollings@millinglaw.com
**Cc:** Antonio Romanucci; djacob; maria; Bhavani Raveendran; Nicolette Ward; Mirena Fontana; Claribel Puello; Cary Menard; hweber@millinglaw.com; lwilliams@millinglaw.com; James J. Bolner Jr.
**Subject:** RE: Louviere v. St. Tammany Parish Gov., et al. - 11/16/20 Status Conference
**Date:** Friday, November 13, 2020 1:06:38 PM

Mr. Fallon:

Please be advised that none of the below listed individuals are under the control of St. Tammany Parish Government. Please note that former Parish President Pat Brister passed away in February 2020 (https://www.nola.com/news/article_212b1c88-43ad-11ea-9f78-bf2781904e82.html). Further note that Kelly Rabalais is no longer an employee of St. Tammany Parish Government.

Thank you,
Emily Couvillon

**Emily G. Couvillon**
Deputy Chief/Assistant District Attorney
Civil Division
District Attorney - 22nd Judicial District
21454 Koop Drive, Suite 2G, Mandeville, LA 70471
Office: 985.898.3427
Fax: 985.867.5124
ecouvillon@22da.com

Any e-mail may be construed as a public document, and may be subject to a public records request. The contents of this e-mail reflect the opinion of the writer, and are not necessarily the opinion or policy of the 22nd Judicial District Attorney's Office or St. Tammany Parish Government.

CONFIDENTIALITY NOTICE – This transmission originates from the 22nd Judicial District Attorney's Office Civil Division- St. Tammany Parish. If there are any problems regarding reception of this transmission or any attachments indicated above, please call the signatory listed above. This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and delete this transmission with any attachments and destroy all copies in any form. Thank you.

---

**From:** Ian Fallon <ifallon@rblaw.net>
**Sent:** Friday, November 13, 2020 11:58 AM
**To:** ccollings@millinglaw.com; Emily G. Couvillon <ecouvillon@22da.com>
**Cc:** Antonio Romanucci <aromanucci@rblaw.net>; djacob <djacob@jacoblitigation.com>; maria <maria@gtorts.com>; Bhavani Raveendran <b.raveendran@rblaw.net>; Nicolette Ward <nward@rblaw.net>; Mirena Fontana <MFontana@rblaw.net>; Claribel Puello <cpuello@rblaw.net>; Cary Menard <cmenard@22da.com>; hweber@millinglaw.com; lwilliams@millinglaw.com; James J. Bolner Jr. <jjbolner@22da.com>
**Subject:** Re: Louviere v. St. Tammany Parish Gov., et al. - 11/16/20 Status Conference

**Exhibit "A"**

Counsel:

In advance of Monday's status conference, Plaintiffs' counsel will advise the court that we will be issuing subpoenas for the depositions of the following witnesses who we believe are under the control of no party:

- Dr. Richard Ingelese – Former Physician at St. Tammany Parish Jail
- Dr. Reena Kapoor – MD, Independent Monitor for U.S. Department of Justice
- U.S. Department of Justice Attorneys – Roy Austin, Jonathan Smith, Shelley Jackson, Corey Sanders
- U.S. Assistant Attorney General Thomas E. Perez
- Patricia Brister – former president of the St. Tammany Parish Government

In addition, we will be seeking the depositions of the following individuals under the control of the Sheriff's office/STPG:

- Fmr. Sheriff Rodney Strain
- Sheriff Randy Smith
- Fmr. Warden Greg Longino
- Warden Lacey Kelly
- Deputy Chief Jeff Boehm
- Captain Scott Lee
- Deputy Chief Doug Sharp
- Dr. Jose Ham
- Dr. Samuel Gore
- Major Daniel Culpeper
- Captain Richard O'Keefe
- Captain Scotty Payne
- Deputy Donna Landrum
- Kelly Rabalais

Do either of you have a position on these depositions proceeding? If either of you wish to discuss, let me know if either or both of you are available for a phone call this afternoon after 3pm CST or on Monday morning before the hearing between 8-11 am CST.

Sincerely,

Ian Fallon

Ian P. Fallon
Attorney at Law
Romanucci & Blandin, LLC
321 N Clark St., Suite 900
Chicago, IL 60654
Phone: (312) 253-8588
Fax: (312) 458-1004

Email: ifallon@rblaw.net
http://www.rblaw.net/

20 YEARS R&B LAW Romanucci&Blandin LLC

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.