**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.,** | * | |
| **Plaintiffs** | * | |
| | * | |
| **versus** | * | **CIVIL ACTION** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT,** | * | **NO. 2:20-cv-00980** |
| **a/k/a ST. TAMMANY PARISH COUNCIL;** | * | |
| **ST. TAMMANY PARISH SHERIFF'S OFFICE;** | * | **JUDGE WENDY B. VITTER** |
| **RANDY SMITH, in his official and individual** | * | |
| **capacity; RODNEY J. STRAIN, in his official** | * | **MAG. DONNA PHILLIPS CURRAULT** |
| **and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity,** | * | |
| **Defendants** | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

THIS MATTER, having been brought before the court by counsel for Defendant, St. Tammany Parish Government and the Court having reviewed the moving papers and any opposition submitted thereto, and for good cause shown;

IT IS, on this ________ day of ____________________ ORDERED that the subpoena issued by Plaintiffs' counsel on or about January 11, 2021, seeking to compel the February 10, 2021, deposition of Kelly Rabalais be and hereby is quashed.

Respectfully submitted,

____________________________
HONORABLE, DONNA PHILLIPS CURRAULT
MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF LOUISIANA