# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH** | * | **NO. 2020-CV-980** |
| **GUILLOT, JR., and KLABERT JOSEPH** | * | |
| **GUILLOT, SR.** | * | |
| **Plaintiffs** | * | |
| **VERSUS** | * | **JUDGE VITTER** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT,** | * | |
| **a/k/a ST. TAMMANY PARISH COUNCIL,** | * | |
| **ST. TAMMANY PARISH SHERIFF'S** | * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official** | * | |
| **and individual capacity, RODNEY J.** | * | |
| **STRAIN, in his official and individual** | * | |
| **capacity, GREG LONGINO, in his official** | * | **JURY DEMAND** |
| **and individual capacity, and LACEY** | * | |
| **KELLY, in her official and individual** | * | |
| **capacity** | * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## WITNESS AND EXHIBIT LIST SUBMITTED ON BEHALF OF DEFENDANTS, SHERIFF RANDY SMITH, LACEY KELLY, RODNEY J. STRAIN AND GREG LONGINO, EACH IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES

**NOW INTO COURT,** through undersigned counsel, come Defendants, Sheriff Randy Smith, Lacey Kelly, Rodney J. Strain and Greg Longino, each in their official and individual capacities, who respectfully submit the following list of witnesses and exhibits:

## WITNESSES

1.  Plaintiff, Ahmed Baqer

2.  Plaintiff, Klabert Joseph Guillot, Jr.

3.  Plaintiff, Kalbert Joseph Guillot, Sr.

4.  Defendant, Sheriff Randy Smith

5.  Defendant, Rodney J. Strain

6.  Defendant, Greg Longino

7.  Defendant, Lacey Kelly

8.  Deputy Chief Doug Sharp, may testify about Plaintiffs' alleged claims

9.  Dr. Jose Ham, may testify about Plaintiffs' alleged claims

10. Dr. Samuel Gore, may testify about Plaintiffs' alleged claims

11. Major Daniel Culpeper, may testify about Plaintiffs' alleged claims

12. Captain Richard O'Keefe, Jr., may testify about Plaintiffs' alleged claims

13. Captain Scotty Payne, may testify about Plaintiffs' alleged claims

14. Deputy Donna Landrum, may testify about Plaintiffs' alleged claims

15. Any witness necessary to authenticate any document(s) and/or exhibit(s) offered into evidence

16. Any witnesses listed by any other party

17. Impeachment witness(es)

18. Any witnesses identified in any discovery responses or documents produced or obtained in discovery

19. Defendants reserve the right to supplement this witness list with reasonable notification to opposing counsel

## **EXHIBITS**

1.  Jail records for Ahmed Baqer

2.  Medical records for Ahmed Baqer

3.  Criminal records for Klabert Joseph Guillot, Jr.

4.  Jail records for Klabert Joseph Guillot, Jr.

5.  Medical records for Klabert Joseph Guillot, Jr.

6.  Jail records for Klabert Joseph Guillot, Sr.

7.  Medical records for Klabert Joseph Guillot, Sr.

8.  St. Tammany Parish Sheriff's Office's Policies and Procedures Manual

9.  St. Tammany Parish Sheriff's Office New Hire Orientation

10. St. Tammany Parish Jail Training Curriculum

11. St. Tammany Parish Jail Policies and Standardized Operational Procedures

12. St. Tammany Parish Sheriff's Office Holding Cell Specifications

13. St. Tammany Parish Sheriff's Office Holding Cell – Restrictive Housing

14. St. Tammany Parish Jail Logbook Records

15. 2019 Jail Counts

16. 2020 Jail Counts

17. Inmate Cell Movement Report

18. Fire Marshal Reports

19. Any other records from the St. Tammany Parish Sheriff's Office in any way relevant to the events made the basis of this litigation

20. Any notes, diaries, letters, social media posts, memorandum or writings of any kind or nature maintained by any witness or current/former party to this litigation in any way relevant to the events made the basis of this lawsuit

21. Any newspaper articles or press releases in any way relevant to the events made the basis of this lawsuit

22. Photographs taken by, produced by, or in the possession of any witness or current/former party to this litigation in any way relevant to the events made the basis of this lawsuit

23. Any and all depositions, and exhibits thereto, taken in connection with this litigation

24. Any and all written or videotaped statements taken in connection with this matter

25. The record of this proceeding, including all responsive pleadings, stipulations, depositions, and discovery attached thereto

26. Any and all reports prepared in connection with this matter, including expert reports and/or investigative reports and attachments or exhibits thereto

27. Any demonstrative evidence that may aid in the presentation of the case

28. Any other exhibits of which Defendants are presently unaware and/or which may be obtained through additional discovery or identified in a deposition

29. Any exhibit listed or used by any party

30. Discovery responses and responsive documents provided by any current/former party in this proceeding

31. Any and all other documents obtained through discovery in this matter

32. Defendants reserve the right to supplement this exhibit list with reasonable notification to opposing counsel

Respectfully submitted,

MILLING BENSON WOODWARD L.L.P.

*s/ Chadwick W. Collings*

| Chadwick W. Collings, T.A. | # 25373 |
| Henry M. Weber | # 35374 |

68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone:    (985) 292-2000
Facsimile:    (985) 292-2001
E-mail:        cccollings@millinglaw.com
*Attorneys for Sheriff Randy Smith, Lacey Kelly, Rodney J. Strain and Greg Longino*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on January 29, 2021, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
Chadwick W. Collings