UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., <br> Plaintiffs <br><br> versus <br><br> ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity, <br> Defendants | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION <br><br> NO. 2:20-cv-00980 <br><br> JUDGE WENDY B. VITTER <br><br> MAG. DONNA PHILLIPS CURRAULT |

### WITNESS AND EXHIBIT LIST SUBMITTED ON BEHALF OF DEFENDANT ST. TAMMANY PARISH GOVERNMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, St. Tammany Parish Government ("STPG"), who respectfully submits the following list of witnesses and exhibits:

### WITNESSES

1. Plaintiff, Ahmed Baqer

2. Plaintiff, Klabert Joseph Guillot, Jr.

3. Plaintiff, Klabert Joseph Guillot, Sr.

4. Defendant, Sheriff Randy Smith

5. Defendant, Rodney J. Strain

6. Defendant, Greg Longino

7. Defendant, Lacey Kelly

8. Deputy Chief Doug Sharp, may testify about Plaintiffs' alleged claims

9. Dr. Jose Ham, may testify about Plaintiffs' alleged claims

10. Dr. Samuel Gore, may testify about Plaintiffs' alleged claims

11. Major Daniel Culpeper, may testify about Plaintiffs' alleged claims

12. Captain Richard O'Keefe, Jr., may testify about Plaintiffs' alleged claims

13. Captain Scotty Payne, may testify about Plaintiffs' alleged claims

14. Deputy Donna Landrum, may testify about Plaintiffs' alleged claims

15. A representative of St. Tammany Parish Government, may testify about Plaintiffs' alleged claims

16. Any witness necessary to authenticate any document(s) and/or exhibit(s) offered into evidence

17. Any witnesses listed by any other party

18. Impeachment witness(es)

19. Any witnesses identified in any discovery responses or documents produced or obtained in discovery

20. Defendants reserve the right to supplement this witness list with reasonable notification to opposing counsel

**EXHIBITS**

1. Jail records for Ahmed Baqer

2. Medical records for Ahmed Baqer

3. Criminal records for Klabert Joseph Guillot, Jr.

4. Jail records for Klabert Joseph Guillot, Jr.

5. Medical records for Klabert Joseph Guillot, Jr.

6. Jail records for Klabert Joseph Guillot, Sr.

7. Medical records for Klabert Joseph Guillot, Sr.

8. St. Tammany Parish Sheriff's Office's Policies and Procedures Manual

9. St. Tammany Parish Sheriff's Office New Hire Orientation

10. St. Tammany Parish Jail Training Curriculum

11. St. Tammany Parish Jail Policies and Standardized Operational Procedures

12. St. Tammany Parish Sheriff's Office Holding Cell Specifications

13. St. Tammany Parish Sheriff's Office Holding Cell – Restrictive Housing

14. St. Tammany Parish Jail Logbook Records

15. 2019 Jail Counts

16. 2020 Jail Counts

17. Inmate Cell Movement Report

18. Fire Marshal Reports

19. Any other records from the St. Tammany Parish Sheriff's Office in any way relevant to the events made the basis of this litigation

20. Any notes, diaries, letters, social media posts, memorandum or writings of any kind or nature maintained by any witness or current/former party to this litigation in any way relevant to the events made the basis of this lawsuit

21. Any newspaper articles or press releases in any way relevant to the events made the basis of this lawsuit

22. Photographs taken by, produced by, or in the possession of any witness or current/former party to this litigation in any way relevant to the events made the basis of this lawsuit

23. Any and all depositions, and exhibits thereto, taken in connection with this litigation

24. Any and all written or videotaped statements taken in connection with this matter

25. The record of this proceeding, including all responsive pleadings, stipulations, depositions, and discovery attached thereto

26. Any and all reports prepared in connection with this matter, including expert reports and/or investigative reports and attachments or exhibits thereto

27. Any demonstrative evidence that may aid in the presentation of the case

28. Any other exhibits of which Defendants are presently unaware and/or which may be obtained through additional discovery or identified in a deposition

29. Any exhibit listed or used by any party

30. Discovery responses and responsive documents provided by any current/former party in this proceeding

31. Any and all other documents obtained through discovery in this matter

32. Defendants reserve the right to supplement this exhibit list with reasonable notification to opposing counsel.

33. Any records in any way relevant to the events made the basis of this litigation including, but not limited to, the relevant portions of the St. Tammany Parish Government operating and capital improvement budgets; and, documents pertaining to the St. Tammany Parish Sheriff's management and operation budgets for the St. Tammany Parish Jail.

34. Any records or documents relating to St. Tammany Parish Government's legal obligations to provide funding to the St. Tammany Parish Sheriff.

Respectfully submitted,

s/James J. Bolner, Jr.
**EMILY G. COUVILLON (LA BAR ROLL #31114)**
**CARY J. MENARD (LA BAR ROLL #09426)**
**JAMES J. BOLNER, JR. (LA BAR ROLL #21485)**
Assistant District Attorneys – 22nd Judicial District
Civil Division
21454 Koop Drive, Suite 2G, Mandeville, LA 70471
Telephone :   (985) 898-3427
Email :        ecouvillon@22da.com
                cmenard@22da.com
                jjbolner@22da.com
*Counsel for St. Tammany Parish Government*

## **CERTIFICATE**

This is to certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system this 29th day of January, 2021.

                                                               s/James J. Bolner, Jr.
                                                               **JAMES J. BOLNER, JR.**