## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., | * * * * | |
| Plaintiffs; | * * | **CIVIL ACTION NO.: 20-00980-WBV-JCW** |
| v. | * * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; | * * * * * * * * * | JUDGE VITTER MAGISTRATE JUDGE PHILLIPS CURRAULT JURY TRIAL |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PLAINTIFFS' WITNESS AND EXHIBIT LIST**

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR.; and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, and submit the following witness and exhibit lists:

### **WITNESSES**

1. Defendant, Greg Longino

2. Defendant, Rodney J. Strain

3. Defendant, Sheriff Randy Smith

4. Defendant, Warden Lacey Kelly

5. Ahmed Baqer, Plaintiff

6. Klabert Joseph Guillot, Jr., Plaintiff

7. Klabert Joseph Guillot, Sr., Plaintiff

8. Kevin Louviere, *Louviere v. St. Tammany,* 2:20-cv-01840, Plaintiff

9. Terry Matthew Hall, Jr., *Louviere v. St. Tammany,* 2:20-cv-01840, Plaintiff

10. Floyd Williams, *Louviere v. St. Tammany,* 2:20-cv-01840, Plaintiff

11. Michael Brady, Plaintiff's Expert Witness

12. Charles Andrew McManus, Former Detainee

13. Frank Beckendorf, Former Detainee

14. Mark Abney, Former Detainee

15. Jermel Minor, Former Detainee

16. Aaron McGehee, Former Detainee

17. Gary Keyser, Former Detainee

18. Angus Broderick Williams, Former Detainee

19. Brandon Miller, Former Detainee

20. Jason Terito, Former Detainee

21. Luis Rojas, Former Detainee

22. Cory Kendrick, Former Detainee

23. Jarquen Axel, Former Detainee

24. David Brown, Former Detainee

25. Christopher Kiefer, Former Detainee

26. Dr. Richard Inglese, Former doctor, St. Tammany Parish Jail

27. Deputy Chief Jeff Boehm, Deputy Chief Sheriff over Corrections

28. Captain Scott Lee, Sheriff's Office

29. Deputy Chief Doug Sharp, Sheriff's Office – Deputy over Corrections

30. Dr. Jose Ham, St. Tammany Parish Jail, Medical Division

31. Dr. Samuel Gore, St. Tammany Parish Jail, Medical Division

32. Major Daniel Culpeper, previous Deputy Chief over Corrections

33. Captain Richard O'Keefe, Jr., St. Tammany Intake Process, Booking and Bonding

34. Captain Scotty Payne, Jail Security Division

35. Deputy Donna Landrum, Code 6 Liaison, St. Tammany Jail

36. Reena Kapoor, MD, Independent Monitor for Department of Justice

37. Roy L. Austin Jr., Department of Justice Consent Decree

38. Jonathan M. Smith, Department of Justice Consent Decree

39. Shelley Jackson, Department of Justice Consent Decree

40. Corey M. Sanders, Department of Justice Consent Decree

41. Patricia Brister, signatory of the Department of Justice Consent Decree.

42. Kelly Rabalais, signatory of the Department of Justice Consent Decree.

43. Thomas E. Perez, Assistant Attorney General.

44. Shaniqueka Weary, Captain, St. Tammany Parish Government.

45. Brian Beech, Captain, St. Tammany Parish Government.

46. Joseph P. Lopinto, III, Jefferson Parish Sheriff

47. Marlin N. Gusman, Orleans Parish Sheriff

48. Joel Friedman, Professor and Master of Jurisprudence, Tulane Law School

49. Records Custodian for the St. Tammany Parish Government.

50. Records Custodian for the St. Tammany Parish Council.

51. Records Custodian for the St. Tammany Parish Prison and Jail.

52. St. Tammany Parish Council Members

53. Unknown Correctional Officers employed by St. Tammany Parish Jail including but not limited to officers assigned to monitor, clean, supervise, administer medication, feed, monitor temperatures, provide bedding and blankets, break up fights, protect, transfer, and assist detainees in Holding Cell 1-4.

54. Unknown Correctional Officers, Sergeants, Lieutenants, Captains, Deputy Wardens, Wardens, and/or staff, employees, or agents of St. Tammany Parish with decision-making authority or information regarding where detainees in Holding Cells 1-4 are held, when they are processed, the intake procedure, cell placement, transfer into general population, hygiene and sanitary procedures, medication administration procedures, disciplinary procedures, temperature regulation procedures, and procedures including distribution of bedding.

55. Unknown inmates or detainees held in Holding Cells 1-4 in St. Tammany Parish Jail from March 22, 2019 to present with information regarding conditions and time of confinement within Holding Cells 1-4.

56. Unknown Correctional Officers, Sergeants, Lieutenants, Captains, Deputy Wardens, Wardens, and/or staff, employees, or agents of St. Tammany Parish with information regarding conditions and time of confinement within Holding Cells 1-4.

57. Policymakers for the St. Tammany Parish Jail, St. Tammany Parish Council and St. Tammany Parish Prison and Jail.

58. Any witnesses listed by any other party.

59. Impeachment witnesses.

60. Any and all witnesses necessary to authenticate any documents and exhibits offered into evidence.

61. Any witnesses identified in any depositions or obtained in discovery.

62. Any witnesses identified in any discovery responses or documents produced or obtained in discovery.

63. Plaintiffs reserve the right to supplement this witness list with reasonable notification to opposing counsel.

## **EXHIBITS**

1. St. Tammany Parish One Beacon Policy 7-1-18
2. St. Tammany Parish One Beacon Policy 7-1-19
3. St. Tammany Parish Jail Inmate movement reports
4. St. Tammany Parish Jail Inmate rosters
5. St. Tammany Parish Jail Housing Records
6. CDC Guidelines
7. One Beacon Policy
8. Louisiana Administrative Code Title 22
9. Zee Zurik Fox8 News Story Videos
10. St. Tammany Parish Sheriff's Office Budgets for 2017-Present
11. St. Tammany Parish Sheriff's Office Staffing Totals
12. Jail and medical records for Ahmed Baqer
13. Jail and medical records for Klabert Joseph Guillot, Jr.
14. Jail and medical records for Klabert Joseph Guillot, Sr.
15. Jail and medical records for Kevin Louviere

16. Jail and medical records for Terry Matthew Hall

17. Jail and medical records for Floyd Alan Williams

18. Policies and Procedures Manual for the St. Tammany Parish Jail

19. New Hire Orientation for the St. Tammany Parish Jail

20. Training Curriculum for the St. Tammany Parish Jail

21. Policies and Standardized Operational Procedures for the St. Tammany Parish Jail

22. Holding Cell Dimensions and Blueprints for the St. Tammany Parish Jail

23. St. Tammany Parish Sheriff's Office Holding Cell – Restrictive Housing

24. St. Tammany Parish Jail Logbook Records

25. St. Tammany Parish Jail 2019 Jail Counts

26. St. Tammany Parish Jail 2020 Jail Counts

27. St. Tammany Parish Jail Fire Marshal Reports

28. Any other records from the St. Tammany Parish Sheriff's Office in any way relevant to the occurrence underlying the instant litigation

29. Any other records from the St. Tammany Parish Government in any way relevant to the occurrence underlying the instant litigation

30. Any and all notes diaries, letters, social media posts, memorandum or writings of any kind or nature maintained by any witness or current/former party to this litigation in any way relevant to the events made the basis of this lawsuit

31. Any and all newspaper articles or press releases in any way relevant to the events made the basis of this lawsuit

32. All photographs in any way relevant to the occurrence underlying the instant litigation

33. Any and all depositions testimony given in the instant matter

34. Any and all prior statements and sworn testimony to be used for purposes of impeaching any witness

35. The pleadings of any

36. Any and all written or videotaped statements taken in connection with this matter.

37. Any and all reports prepared in connection with this matter, including expert reports, and/or investigative reports and attachments or exhibits thereto

38. Any demonstrative exhibits to be used in the trial of this matter.

39. Any other exhibits of which Plaintiffs are presently unaware and/or which may be obtained through additional discovery or identified in a deposition

40. Any exhibits listed or used by any party

41. Discovery responses and responsive documents provided by any current/former party in this proceeding

42. Any and all other documents obtained through discovery in this matter

43. Plaintiffs reserve the right to supplement this exhibit list with reasonable notification to opposing counsel.

                                              Respectfully Submitted,

                                        By: __/s/ Ian P. Fallon_____
                                                Attorney for Plaintiffs

**Dated: January 29, 2021**

                                        Maria B. Glorioso (#24435), T.A.
                                        Vincent J. Glorioso, Jr. (#6064)
                                        **THE GLORIOSO LAW FIRM**
                                        2716 Athania Parkway
                                        Metairi, LA 70002
                                        Tel: (504) 569-9999
                                        Fax: (504) 569-9022
                                        maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net