UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., <br><br> Plaintiffs; <br><br> v. <br><br> ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; <br><br> Defendants. | **CIVIL ACTION NO.: 20-00980-WBV-JCW** <br><br> JUDGE VITTER <br><br> MAGISTRATE JUDGE PHILLIPS CURRAULT <br><br> JURY TRIAL |

****************************************************************************

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **January 29, 2021** Plaintiffs Ahmed Baqer, Klabert Guillot, Jr., and Klabert Guillot, Sr., file their witness and exhibits, copies of which are attached hereto.

Ian Fallon
ROMANUCCI & BLANDIN, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
Tel: 312-458-1000
Fax: 312-458-1004
Attorney No.: 6332303

## PROOF OF SERVICE

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing the foregoing *Notice* and *Motion for Extension* with the Clerk of Court on January 29, 2021 using the CM/ECF system which will send notification of such filing to the above-mentioned parties.

_____/s/ *Ian Fallon*_____