# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

## ORDER

Before the Court is Plaintiffs' Motion to Sever and Consolidate.[1] In the Motion, Plaintiffs seek to sever the claims of Klabert Joseph Guillot, Jr. from this case under Fed. R. Civ. P. 21 and, upon severance, seek to consolidate this case under Fed. R. Civ. P. 42 with Civil Action No. 20-1840-WBV-DPC, *Kevin Louviere, et al. v. St. Tammany Parish Government, et al.*, which is also pending before the Court.[2] The remaining defendants in this action, Randy Smith and Lacey Kelly, oppose severance, but do not oppose consolidation.[3] Plaintiffs have filed a Reply, noting that their request for consolidation is unopposed and offering further arguments in support of their request to sever Klabert Joseph Guillot, Jr.'s claims.[4]

On April 23, 2021, this Court issued an Order and Reasons, dismissing with prejudice Klabert Joseph Guillot, Jr.'s claims for failing to exhaust his administrative remedies prior to filing suit.[5] Thus, Plaintiffs' request to sever Klabert Joseph

---

[1] R. Doc. 94.
[2] R. Doc. 94-1.
[3] R. Doc. 112. *See*, R. Doc. 149 (order dismissing defendants, Rodney J. Strain and Greg Longino, from the case); R. Doc. 150 (order dismissing St. Tammany Parish Government from the case).
[4] R. Doc. 116.
[5] R. Doc. 151.

Guillot, Jr.'s claims from this suit is now moot. However, the Court finds that the subject matter of the above-captioned case is related to that of Civil Action No. 20-1840-WBV-DPC, *Kevin Louviere, et al. v. St. Tammany Parish Government, et al.*, which is pending before this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Sever and Consolidate[6] is **GRANTED in part** and **DENIED as moot in part**. To the extent Plaintiffs seek to sever the claims of Klabert Joseph Guillot, Jr., which have since been dismissed with prejudice by this Court, the Motion is **DENIED as moot.** To the extent Plaintiffs seek consolidation, the Motion is **GRANTED** and this matter is **CONSOLIDATED** with Civil Action No. 20-1840-WBV-DPC, *Kevin Louviere, et al. v. St. Tammany Parish Government, et al.*. Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record

---

[6] R. Doc. 94.

of the individual case. In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case to file such designation and copies of the documents.

**IT IS FURTHER ORDERED** that, in light of the consolidation, Plaintiffs' Motion for Class Certification[7] filed in this case, and Plaintiffs' Motion for Class Certification filed in the *Louviere* matter[8] are both **DENIED without prejudice**. Now that the cases are consolidated, the consolidated plaintiffs shall have **ten (10) days** from the date of this Order to file a motion for class certification in the consolidated matter.

**IT IS FURTHER ORDERED** that any remaining pretrial deadlines set forth in the Scheduling Order issued in this case[9] and in the Scheduling Order issued in the *Louviere* matter[10] are hereby **continued**, and a Scheduling Conference with the Court's Case Manager is scheduled for May 20, 2021 at 11:30 a.m.

New Orleans, Louisiana, April 26, 2021.

                                                      *Wendy B Vitter*
                                                      **WENDY B. VITTER**
                                                      **UNITED STATES DISTRICT JUDGE**

---

[7] R. Doc. 101.
[8] *See,* R. Doc. 37 in Civ. A. No. 20-1840-WBV-DPC, *Kevin Louviere, et al. v. St. Tammany Parish Government, et al.* (E.D. La.).
[9] *See*, R. Docs. 74, 148.
[10] *See*, R. Docs. 29 & 53 in Civ. A. No. 20-1840-WBV-DPC, *Kevin Louviere, et al. v. St. Tammany Parish Government, et al.* (E.D. La.).