**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, *et. al.*,<br><br>Plaintiffs;<br><br>v.<br><br>RANDY SMITH, in his official and individual capacity, *et. al.*,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-WBV-JCW**<br><br>JUDGE VITTER<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>COMBINED WITH *Louviere v. St. Tammany Parish Government,* #: 2:20-cv-01840-WBV-DPC |

## **MOTION FOR LEAVE TO FILE EXCESS PAGES**

NOW COME the Plaintiffs, AHMED BAQER, *et. al.*, by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, and Pursuant to Rule 7.7 of the Local Rules of Civil Procedure, Plaintiffs file their Motion for Leave to File Excess Pages. In support thereof, Plaintiffs state as follows:

1. Local Rule of Civil Procedure 7.7 for this Court indicates that a memorandum of law supporting or opposing a motion may not exceed 25 pages, excluding exhibits, without leave of court.

2. Plaintiffs' memorandum in support of its Motion for Class Certification is thirty (30) pages long.

3. This class certification motion, brought pursuant to F.R.C.P. 23(b)(3) and (c)(4), concerns numerous complex issues of fact and law, and Plaintiffs respectfully submit these issues require thorough exploration.

4. Plaintiffs have previously requested the filing of the requested memorandum of law in connection with the *Baqer v. St. Tammany Parish Government* and *Louviere v. St. Tammany Parish Government* matters.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests leave to file its Motion for Class Certification consisting of thirty-nine (30) pages *instante*r, and for such other relief that this Court deems just.

Respectfully Submitted,

By: __*/s/ _Nicolette A. Ward*__________
Attorney for Plaintiffs

**Dated: May 6th, 2020**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net