**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, *et. al.*,<br>Plaintiffs;<br>v.<br>RANDY SMITH, in his official and individual capacity, *et. al.*,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-WBV-JCW**<br>JUDGE VITTER<br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br>COMBINED WITH *Louviere v. St. Tammany Parish Government,* #: 2:20-cv-01840-WBV-DPC |

*****************************************************************************

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Plaintiffs, AHMED BAQER *et. al.*., by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, will submit their Motion for Class Certification before the Honorable Judge Vitter, District Court Judge for the United States District Court for the Eastern District of Louisiana, on May 28th 2021, at 11:00 am.

Respectfully Submitted,

By: __*/s/ _Nicolette A. Ward*__________
Attorney for Plaintiffs

**Dated: May 6th, 2020**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)

**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net