**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, *et. al*., | * | |
| Plaintiffs; | * | **CIVIL ACTION NO.: 20-00980-WBV-JCW** |
| v. | * | JUDGE VITTER |
| RANDY SMITH, in his official and individual capacity, *et. al.*, | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * | COMBINED WITH *Louviere v. St. Tammany Parish Government,* #: 2:20-cv-01840-WBV-DPC |

**ORDER**

Considering the foregoing Motion for Leave to File Excess Pages:

Said Motion is HEREBY GRANTED and Plaintiffs are granted leave to file a memorandum of law in support of their Motion for Class Certification of thirty (30) pages.

NEW ORLEANS, LOUISIANA, this _____ day of ______________________, 2021.

__________________________________

__________________________________
UNITED STATES DISTRICT JUDGE