# Corrections Division

## CORRECTIONS DIVISION

**DR.02:05.120.01**

The Corrections Division of the St. Tammany Parish Sheriff's Office shall be administered by the Warden, who is appointed by the Sheriff of St. Tammany Parish.

The Warden will ensure that the day-to-day administrative practices of the jail comply with;

a. The Constitutions of Louisiana and the United States

b. The Laws of the State of Louisiana, the United States and St. Tammany Parish.

c. State and Federal detention and Corrections standards.

d. All Court Rulings.