HOME

# CORRECTIONS - CARE

## FOOD SERVICE

**SOP.0700:03.100.**

### I. FOOD FACILITIES

The STPSO Jail facility shall provide sanitary facilities for the storage of all foods that comply with applicable state and/or federal guidelines.

Toilet and hand basin facilities shall be available to food service personnel in the food preparation area.

### II. MEALS/DIETARY ALLOWANCES

A. The facility's dietary allowances shall be reviewed at least annually by a qualified nutritionist or dietician to ensure they meet the national recommended dietary allowances for basic nutrition for appropriate age groups.

B. Menu evaluations shall be conducted at least quarterly by the food service supervisor.

C. Food Service staff shall plan menus and substantially follow the plan. The planning and preparation of all meals shall take into consideration nutritional characteristics and caloric adequacy.

D. The facility shall provide a tray/plate and utensil(s) for each hot meal.

E. Accurate records shall be maintained of all meals served.

F. The denial of food as a disciplinary measure shall not be allowed.

G. Three meals shall be provided under staff supervision at regular meal times during each twenty-four (24) hour period, with no more than fourteen (14) hours between the evening meal and breakfast. Variations may be allowed based on weekend and holiday food service demands provided basic nutritional goals are met. Offenders shall be provided an ample opportunity to eat.

## CORRECTIONS - CARE

**FOOD SERVICE** continued

**SOP.0700:03.100.**

H. Therapeutic and/or special diets shall be provided as prescribed by appropriate clinicians or when religious beliefs require adherence to religious dietary laws.

### III. HEALTH PROTECTION FOR FOOD SERVICE

A. The STPSO Jail facility shall provide adequate protection for all offenders and staff in the facility and for offenders and other persons working in food service.

B. All persons involved in the preparation of the food shall receive a pre-assignment inspection to ensure freedom from diarrhea, skin infections, and other illnesses transmissible for food or utensils.

C. Offenders working in food services shall be monitored each day for health and cleanliness by the food services manager.

D. All food handlers shall be instructed to wash their hands upon reporting to duty and after using toilet facilities.



P/P STPSO 000610