St. Tammany Parish Sheriff's Office

Corrections Procedures – Section 07004 – BJG V-B-005

# JAIL OFFENDER PROGRAMS – EXERCISE AND RECREATION ACCESS

## BJG V-B-005 EXERCISE AND RECREATION ACCESS

## OFFENDER RECREATION - POLICY

**SOP.07004: V-B-005.900.**

1. The St. Tammany Parish Jail will provide recreational activities for offenders to ensure their physical and mental health.

2. Offender recreational activities will include, at a minimum:

    a. leisure time activities

    b. out-door recreation weather permitting

3. Recreational activities provide offenders with an outlet through which physical energy and tensions are relieved in a non-destructive way.

## OUTDOOR RECREATION PROCEDURE

**SOP.07004: V-B-005.920.**

1. The Captain of Operations or his Designee will ensure that offenders are allowed, weather permitting, at least (3) periods of recreation weekly.

2. Duty Correctional Officers will escort offenders to the outdoor recreation yard for exercise.

3. Duty Correctional Officers will provide offenders with equipment necessary to play basketball.

4. Duty Correctional Officers will supervise offenders at all times while in the recreation yard.

# JAIL OFFENDER PROGRAMS – EXERCISE AND RECREATION ACCESS

## OUTDOOR RECREATION PROCEDURE

**SOP.07004: V-B-005.920.**

5. Duty Correctional Officers will record in the jail log the time offenders are taken out for outdoor recreation and the time they return.

6. Duty Correctional Officers will implement head count procedures before and after taking offenders outdoors for recreation.

7. Offenders in segregation or isolation will be afforded outdoor recreation, separate from the general population, as described above.