**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ST. TAMMANY PARISH GOVERNMENT, et al.,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>**Case No. 2:20-cv-00980-WBV-DPC**<br><br>**DISTRICT JUDGE:**<br>**WENDY B. VITTER**<br>**SECTION "D"**<br><br>**MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT**<br>**DIVISION "2"** |

**Declaration of Kevin James Louviere, Jr.**

I, Kevin James Louviere, Jr., state under penalty of perjury, based upon my personal knowledge, that the following facts are true and correct to the best of my knowledge:

1. My name is Kevin James Louviere, Jr.

2. I was arrested for non-violent felony financial crimes.

3. I was incarcerated in the St. Tammany Parish Jail on a probation hold.

4. Starting on or about June 17, 2019, I was housed in one of the jail's holding cells.

5. I believe that I remained in the holding cell for 12 days.

6. Sentenced inmates would only stay in the holding cells for a few days.

7. The holding cell was approximately 10 feet by 20 feet, had two benches and no beds, and had one exposed toilet.

8. I believe that I was housed with approximately 22 to 30 other inmates.

9. The specific inmates who were housed with me, however, changed during the period of time that I was incarcerated; due to the fact that inmates were regularly being admitted and released from the jail.

10. As a result, during the period of time that I was incarcerated, I was exposed to/housed with significantly more than 30 inmates.

11. The one thing that did not change, however, was the unhealthy living conditions in the holding cell.

12. The temperature in the cell was freezing.

13. All of the inmates were forced to share the same dirty sink and toilet.

14. I could see available clean toilet paper just outside of the cell.

15. The guards never provided us with a sufficient amount of toilet paper.

16. As a result, when the toilet paper was provided, conflicts and physical confrontations between inmates occurred regarding who would be allowed to use the toilet and toilet paper.

17. As such, I was afraid to use the toilet.

18. After about five days, however, I needed to defecate, and asked for toilet paper.

19. The guards acknowledged by request but then ignored it.

20. Finally, after about three hours, an inmate started banging on the cell door demanding toilet paper and a guard finally provided it.

21. After that incident, I was too afraid to use the toilet again to defecate, so I held it in until I was released from the holding cell.

22. The guards did not provide soap to inmates in the holding cell.

23. As a result, I was unable to wash my hands after using the bathroom or before eating.

24. The guards did not provide deodorant.

25. The cell had toilet paper hanging from the ceiling and air conditioning vents that was in plain view of the guards.

26. Guards provided the cell with a single paper bag to use for trash, however, the trash was always overflowing and often just left in the cell.

27. The cell had old food, urine, feces, dirty toilet paper, vomit, used bandages, trash, and water on the floor.

28. The bandages were from an inmate who said that he had contracted a staph infection while being housed in the holding cell.

29. He would remove his used bandages, leave the used bandages on the floor, and use pieces of his shirt as a new bandage.

30. The cell was never cleaned; rather, on two occasions, the cell was swept, and a disinfectant spray was sprayed into the air.

31. As a result, the cell floor remained dirty and smelled horrible.

32. I was forced to sleep on the dirty cold bare concrete floor.

33. Inmates were only provided with a thin blanket, and only for a few hours.

34. The blankets were always still damp, and the blankets were heavily worn.

35. The guards threatened us that if we did not stay quiet, they would not provide us with blankets and/or permit us to shower.

36. I recall a couple of nights when we were not provided with a blanket; instead, we were provided with just a damp sheet.

37. I recall not being permitted to shower until the fourth day of my incarceration.

38. Inmates were provided with clean clothes only after their shower.

39. While I was housed in the holding cell, I was not provided with a toothbrush.

40. The only meals provided were cold, and sometimes spoiled and inedible.

41. On one occasion, I was physically assaulted by inmates after I was questioned by guards about a private medical condition in the inmates' presence.

42. After informing jail personnel of my need for necessary prescription medication, the medication was not provided.

43. I was advised by inmates that they were sick with staph infections and hepatitis, and that they, too, were not receiving necessary medication despite their request for same.

44. With the exception of shower time, none of the inmates, including me, were permitted to leave the holding cells.

45. None of the inmates, including me, were provided with an opportunity for recreational or other physical activity.

46. As a result of being exposed to the aforementioned living conditions, I suffered physical and emotional injuries.

47. Inmates and I complained to guards about the unhealthy living conditions.

48. Most of the time, the guards would simply ignore us.

49. Sometimes, the guard would say something to the effect of, "you're not in Kansas anymore, you're in St. Slamitty," "this ain't a federal facility," or "well, if you don't act stupid, you won't have to deal with this kind of stuff."

50. Guards intentionally engaged in conduct in an attempt to provoke a violent response from inmates.

51. For example, on two occasions, guards called me a “faggot” in front of inmates, and on one occasion, a white guard called inmates “niggers.”

52. The guards would make fun of us when we complained about the living conditions by rubbing their eyes like they were pretend crying.

53. On approximately three occasions, once we fell asleep, guards would bang on the cell doors to scare us and to wake us up for no reason.

54. The water in the cell sink was only hot.

55. One several occasions, guards would leave ice water in view of the cell and refuse to provide it to us.

56. I have conferred with my counsel regarding the responsibilities associated with being a class representative.

57. I am only seeking the same relief that the class is seeking.

58. I am able and willing to represent the class’ best interests.

59. I am competent to testify to the foregoing facts, and will so testify if called to do so at any related civil or criminal court proceeding related to this matter.

60. Further, I sayeth not.

DocuSigned by:
7BBE834A7157478... 9/19/2020

**KEVIN JAMES LOUVIERE, JR.**