**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ST. TAMMANY PARISH GOVERNMENT, et al.,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>**Case No. 2:20-cv-00980-WBV-DPC**<br><br>**DISTRICT JUDGE:**<br>**WENDY B. VITTER**<br>**SECTION "D"**<br><br>**MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT**<br>**DIVISION "2"** |

**Declaration of Terry Matthew Hall, Jr.**

I, Terry Matthew Hall, Jr., state under penalty of perjury, based upon my personal knowledge, that the following facts are true and correct to the best of my knowledge:

1. My name is Terry Matthew Hall, Jr.

2. In October of 2019, I was brought to the St. Tammany Parish Jail for a 15 day administrative sanction as a result of a probation violation.

3. Starting on or about October 18, 2019, I was housed in one of the jail's holding cells.

4. I believe that I remained in the holding cell for 15 days.

5. The holding cell was approximately 10 feet by 20 feet, had two benches and no beds, and had one exposed toilet.

6. I believe that I was housed with approximately 15 other inmates.

7. The specific inmates who were housed with me, however, changed during the period of time that I was incarcerated; due to the fact that inmates were regularly being admitted and released from the jail.

8. As a result, during the period of time that I was incarcerated, I was exposed to/house with significantly more than 15 inmates.

9. The one thing that did not change, however, was the inhumane living conditions in the holding cell.

10. The temperature in the cell was uncomfortably cold – freezing.

11. All of the inmates were forced to share the same dirty sink and toilet.

12. I could see available clean toilet paper just outside of the cell.

13. Some of the guards would provide a roll of toilet paper to be shared by everyone who was housed in the cell.

14. Other guards, however, would make us beg for toilet paper.

15. When inmates and I asked guards to provide it to us, they refused to do so, and instead would make us wait hours to receive it.

16. As a result, when the toilet paper was provided, conflicts and physical confrontations occurred regarding who would be allowed to use the toilet and toilet paper.

17. The refusal to provide me with regular access to clean toilet paper resulted in my not being able to defecate when I needed to do so.

18. The guards did not provide soap or deodorant, even when requested.

19. As a result, I was unable to wash my hands after using the bathroom.

20. The cell had toilet paper hanging from the ceilings and air conditioning vents that was in plain view of the guards.

21. The cell had old food, urine, feces, dirty toilet paper, and water on the floor.

22. The cell was never cleaned with water or soap.

23. Instead, approximately every two or three days, the cell was swept and the floor sprayed with bleach and dry mopped.

24. As a result, the cell floor remained dirty and smelled very bad.

25. I was forced to sleep on the dirty cold bare concrete floor.

26. The guards threatened us that if we did not stay quiet, they would not provide us with blankets.

27. And, in fact, I recall several nights when I was not provided with a blanket.

28. When I did receive a blanket, it was a thin blanket, and only provided to me for a few hours.

29. I recall being permitted to shower twice during the first week, and only once the second week.

30. The guards reduced the number of showers due to the number of inmates.

31. Inmates in the holding cells were provided with clean clothes only after showers.

32. Inmates and I complained to guards about the unhealthy living conditions.

33. Most of the time, the guards would simply ignore us.

34. Sometimes, the guard would say something to the effect of, “this is jail, what did you expect?” or “then don’t get arrested.”

35. The guards would make fun of us being stuck in the disgusting living conditions and tease us that they were going home and we were not.

36. With the exception of shower time, none of the inmates, including me, were permitted to leave the holding cells.

37. None of the inmates, including me, were provided with an opportunity for recreational or other physical activity.

38. I have conferred with my counsel regarding the responsibilities associated with being a class representative.

39. I am only seeking the same relief that the class is seeking.

40. I am able and willing to represent the class' best interests in this litigation.

41. I am competent to testify to the foregoing facts, and will so testify if called to do so at any related civil or criminal court proceeding related to this matter.

42. Further, I sayeth not.

DocuSigned by:
84ED0DE76D864F1... 9/18/2020

**TERRY MATTHEW HALL, JR.**