**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, et al.,** | **CIVIL ACTION** |
| **Plaintiffs,** | **Case No. 2:20-cv-00980-WBV-DPC** |
| **v.** | **DISTRICT JUDGE: WENDY B. VITTER SECTION "D"** |
| **ST. TAMMANY PARISH GOVERNMENT, et al.,** | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT DIVISION "2"** |
| **Defendants.** | |

## Declaration of Klabert Joseph Guillot

I, Klabert Joseph Guillot, state under penalty of perjury, based upon my personal knowledge, that the following facts are true and correct to the best of my knowledge:

1. My Name is Klabert Joseph Guillot.

2. In December of 2019, I was arrested for a non-violent drug crime.

3. I was incarcerated in the St. Tammany Parish Jail on a parole hold.

4. When the parole hold was lifted, I remained incarcerated in the St. Tammany Parish Jail because I could not post my $5,000 bail.

5. Sometime after December 25, 2019, but before January 1, 2020, I was housed in one of the jail's holding cells.

6. I believe that I remained in the holding cell for 14 days.

7. The holding cell was 10 feet by 20 feet, held two benches and no beds, and had one exposed toilet.

8. I believe that I was housed with approximately 26 other inmates.

9. The specific inmates who were housed with me, however, changed during the period of time that I was incarcerated; due to the fact that inmates were regularly being admitted and released from the jail.

10. As a result, during the period of time that I was incarcerated, I was exposed to/house with significantly more than 26 inmates.

11. The one thing that did not change, however, were the horrific living conditions in the holding cell.

12. It is my belief that based on observed behavior that several of the persons with whom I was housed were suffering from a mental illness.

13. It was clear to me that the guards saw the behavior and simply ignored it, instead of providing those inmates with medical care.

14. The temperature in the cell was uncomfortably cold.

15. All of the inmates were forced to share the same dirty sink and toilet.

16. The guards would only provide two rolls of toilet paper a day to be shared by everyone who was housed in the cell.

17. At times, other inmates and I could see available clean toilet paper just outside of the cell, and ask guards to provide it to us.

18. The guards refused to do so.

19. As a result, during the few times that toilet paper was provided, inmates would hide it and not share it.

20. The refusal to provide me with clean toilet paper when needed resulted in my not being able to defecate when I needed to do so.

21. The guards rarely provided soap even when requested.

22. As a result, I was unable to wash my hands after using the bathroom.

23. The cell had old food, blood, urine, dirty toilet paper, vomit, and water on the floor.

24. The cell was never cleaned; rather, the cell was only periodically wet-mopped with a dirty mop.

25. I was forced to sleep on that filthy cold bare concrete floor.

26. Inmates and I complained to guards about the unhealthy living conditions.

27. Instead of trying to improve the living conditions, the guards simply stated something to the effect of, “if you don’t like the conditions, don’t get arrest.”

28. I have conferred with my counsel regarding the responsibilities associated with being a class representative.

29. I am only seeking the same relief that the class is seeking.

30. I am able and willing to represent the class' best interests in this litigation.

31. I am competent to testify to the foregoing facts, and will so testify if called to do so at any related civil or criminal court proceeding related to this matter.

32. Further, I sayeth not.

DocuSigned by:
45ADA42EB2624E4... 9/18/2020

**KLABERT JOSEPH GUILLOT**