# ANTONIO M. ROMANUCCI, ESQ.

321 North Clark Street, 9th Floor • Chicago, IL 60654
312.253.8600 • Fax 312.253.8601• aromanucci@rblaw.net • Web: rblaw.net


## Romanucci & Blandin, LLC

Founding partner providing clients with experienced and technically advanced legal representation and trial preparation in catastrophic personal injury, wrongful death and workers' compensation cases. Specific emphasis is placed on cases involving traumatic brain injury, police misconduct, aviation disaster, medical negligence, vehicular negligence and product liability.

**Romanucci & Blandin LLC** – Chicago, IL 1998 to Present

## PROFESSIONAL LEGAL EXPERIENCE

- THE LAW OFFICES OF DONALD J. NOLAN; Responsible for litigating major personal injury and workers compensation claims -- 1990-1998
- THE LAW OFFICES OF RICHARD F. PELLEGRINO; General trial practice with particular concentration in Workers' Compensation-Personal Injury- Criminal -- 1987-1990
- THE COOK COUNTY PUBLIC DEFENDER; Representation of indigent defendants. Experience – jury trials, bench trials and preliminary hearing -- 1984-1987

## LEGAL ACTIVITIES

- Chicago Bar Association Board of Managers, 2020-2021
- ITLA President, 2019-2020
- Chairperson, State of Illinois Supreme Court Rules Committee, 2020
- State of Illinois Supreme Court Rules Committee, 2012-2020
- American Board of Trial Advocates, 2020
- Vice President, Judicial Accountability PAC, 2018-2020
- Chair, AAJ National Finance Council, 2020-2021
- AAJ National Finance Council, 2011-2021
- AAJ Judiciary Liaison for the state of Illinois, 2020
- Chair, AAJ Ethylene Oxide Litigation Group, 2020
- Co-Chair, AAJ National Finance Council, 2019-2020
- AAJ Exchange Advisory Committee, 2011-2020
- AAJ Evergreen Advisory Board, 2018-2019
- AAJ PAC Trustee, 2005-2007, 2014-2019
- Chair, AAJ Police Misconduct Litigation Group, 2014-2018
- Chair, AAJ Traumatic Brain Injury Litigation Group, 2016-2017
- Public Justice Board of Directors, 2008 - 2017
- Chair, Lawyers Call to Action: A Summit hosted by the CBA, 2017
- Chair, A Path Towards Solutions: A Summit on Curbing the Violence in Chicago for CBA, 2017
- AAJ Board of Governors, 2010-2016
- AAJ Section Leaders Council
- ITLA Board of Managers, 2003-present
- ITLA Nominating Committee, 2013
- Legal Counsel, Italian American Chamber of Commerce, 2010-2014
- AAJ Motor Vehicle Collision, Highway and Premises Liability Chair, 2011-2012
- AAJ Journal Peer Reviewer for *TRIAL*
- Illinois Bar Foundation Raffle Chair, 2005-2008
- Illinois Bar Foundation Chicago Fellows Committee, 2007
- ISBA Standing Committee Law Related Education for the Public
- ISBA Assembly, May 1998-2004, 2006-2009
- ISBA Torts Sections Council Member, 2005-2009
- WCLA Board of Directors, 2005-2008

**LEGAL ACTIVITIES CONT.**

- Suburban Bar Coalition Judicial Screener, November 2006
- Law School Facilitator, appointed by the Professionalism Commission of the Illinois Supreme Court, 2004
- AAJ National Host Student Trial Advocacy Competition, 2001, 2002, 2005, 2006, 2007, 2008, 2009, 2010
- Treasurer, National Italian-American Bar Association, 2001-2005
- President, Justinian Society of Lawyers, 2002-2003
- Executive Committee, Justinian Society of Lawyers, 1996-2006
- Accipiter Award Committee, Fenwick Bar Association, 2000-2003
- ISBA Agenda and Programs Committee on Hearings, June 1999
- ISBA appointment to the Task Force on Certification, 1997-1999
- Delegate to Board of Directors National Italian-American Bar Association, 1996-1997
- Lawyers for Workers' Rights Organization, 1995

## EDUCATION

**J.D., UIC John Marshall Law School**
Chicago, IL (1985)

**B.A., Psychology, University of Wisconsin**
Madison, WI (1982)

**BAR ADMISSIONS**: Illinois, 1985; United States Court of Appeals for the Seventh Circuit; United States Court of Appeals for the Eleventh Circuit; United States District Court for the Northern District of Illinois; United States District Court for the Southern District of Illinois; United States District Court for the Southern District of Indiana; United States District Court for the Western District of Michigan; United States District Court for the Southern District of New Jersey; United States District Court for the Northern District of New York; United States District Court for the Eastern District of Wisconsin; *Pro Hac Vice* Admissions, Multiple State and Federal Jurisdictions.

**AWARDS/HONORS**

- 2020 - Joint Civic Committee of Italian Americans inaugural Dominic Di Frisco Award
- 2019 - Illinois Top 10 Leading Plaintiff Lawyer, Top 10 Medical Malpractice Lawyer, Top 10 Consumer Lawyer and a Top 10 Nursing Home Negligence Lawyer by the Illinois Leading Lawyer's Network
- 2019 - Judicial Accountability PAC Barbara Jordan Award for Excellence in Judicial Advocacy and Education
- 2019 - Italian American Political Coalition PACA Award
- 2019 - American Association for Justice Above & Beyond Award
- 2018 - American Association for Justice Above & Beyond Award
- 2016 - Justinian Society of Lawyers Award of Excellence
- 2016 - The Order Sons of Italy, Leonardo DaVinci Award of Excellence
- 2014 - Fenwick Bar Association Accipiter Award
- 2003-2019 - Illinois Leading Lawyer's Network Top Lawyer
- 2013-2021 by U.S. News and World Report - Named "Best Lawyer in Chicago"
- 2014 - Top 8 Aviation Lawyer in State of Illinois
- 2012 - Present - Top 100 Trial Lawyer as certified by the National Trial Lawyers
- 2013 - The Cardinal Joseph Bernardin Humanitarian Award
- 2013 - International Legal Award for Practice Excellence for Aviation Law Firm in Illinois
- 2009 thru present - AVVO Top Rating 10/10
- 2005-2019 - AV Rated Attorney by Martindale-Hubbell™
- 2016 - Top Rated Lawyer in Personal Injury Law by American Lawyer Media and Martindale-Hubbell™
- 2005, 2006, 2008, 2009, 2011 -2021 - Top 100 Super Lawyer in Illinois
- 2013 - Justinian Society of Lawyers Gerald Sbarbaro Mentoring Award
- 2010 - Justinian Society of Lawyers, Moses W. Harrison Recognition Award
- 2010 - Clerk of the Circuit Court of Cook County, Excellence in Leadership Award
- 2007 - Certificate of Appreciation for Civic Contributions from the City of Chicago
- 2003 – UIC John Marshall Law School Distinguished Service Award
- 1998 - David Award

**AWARDS/HONORS CONT.**

- 1995 - Certificate of Merit for outstanding service in the program of Continuing Legal Education-WCLA Seminar
- 1989 - Constitutional Rights Foundation Lawyer of the Year
- 1986 - City of Chicago Citizen's Bravery Award

**SPEAKING ENGAGEMENTS**

- Colorado State Bar Association, Annual Meeting – Virtual Presenter, August 6, 2020.
- AAJ, Webinar Panelist, Town Hall: Police Brutality, July 13, 2020.
- AAJ, Webinar Moderator, Creating Change: An Introductory Primer for Police Misconduct and Civil Rights Cases, June 16, 2020
- UIC John Marshall Law School, Webinar Q&A with Dean Darby Dickerson and Students, June 15, 2020
- Crain's Chicago Business Live Webcast, Panelist, Crisis Relief for Businesses, April 29, 2020
- Loyola University Chicago School of Law, Civil Rights Class Guest Lecturer, Chicago, IL, April 22, 2020
- North American Brain Injury Society Conference, Defense Vocational Experts, New Orleans, LA, February 26, 2020
- Exigent Medical Litigation Summit, Panelist, The Intersection of Technology, Medical Expertise, and Legal Innovation, Chicago, IL, February 20, 2020
- AAJ, Traumatic Brain Injury: Proving the Invisible and Other Unique Challenges, New Orleans, LA, February 10, 2020
- Chicago Bar Association, Event Chair, Curbing Gun Violence: Are we Making Progress? Issues Impacting Gun Violence in Chicago's Neighborhoods, Chicago, IL, January 29, 2020
- HUB, Panelist, Addressing the Opioid Epidemic, Chicago, IL, July 24, 2019
- Cassidy Schade, LLP, Panel Moderator, Client Seminar on Social Media, Chicago, IL, May 9, 2019
- ITLA, Damages Seminar Moderator, Grief and Sorrow, Chicago, IL, February 18, 2019
- AAJ, Implicit Bias and its Direct Relationship with the Unlikable Plaintiff, Miami, FL, February 2, 2019
- Law Bulletin Seminars, Discussion Leader, 9th Annual Symposium With the Judges, Chicago, IL, November 14, 2018
- Attorneys Information Exchange Group, Mock Trial Plaintiffs' Team Member, Taking It to Trial: Death by Bad Design, November 8 & 9, 2018
- Chicago Bar Association, Premises and Municipal Liability: Avoiding, Mitigating, Preparing, and Litigating Panel, Chicago, IL, October 25, 2018
- Chicago Bar Association, Sterigenics-Willowbrook Environmental Litigation, Chicago, IL, October 11, 2018
- AAJ, Webinar Moderator, Ethical Considerations for Representing Individuals with Diminished Cognitive Capacity, June 13, 2018
- AAJ, Boardwalk Seminar 2018, Atlantic City, NJ, May 10, 2018
- AAJ, The Noncredible or Unlikable Client, How to Turn the Loser into a Winner, Nashville, TN, May 6, 2018
- AAJ, Ethics Session: Ethical Considerations for Representing Individuals with Diminished Cognitive Capacity, New Orleans, LA, May 4, 2018
- AAJ, Phonathon Host, Chicago, IL, April 2018
- Law Bulletin Seminars, Discussion Leader, 8th Annual Symposium With the Judges, Chicago, IL, November 20, 2017
- Chicago Bar Association, Event Chair, Lawyers Call for Action Program, Chicago, IL, November 3, 2017
- American Society of Trial Consultants, Legal Challenges in Police Shooting Cases, Rosemont, IL, June 9, 2017
- Chicago Bar Association, Moderator & Event Chair – A Path Towards Solutions: A Summit on Curbing the Violence in Chicago, Chicago, IL, May 19, 2017
- Ohio Association for Justice, Excessive Police Force Against the Emotionally Impaired, Columbus, OH, May 4, 2017
- UIC John Marshall Law School, Q & A with students, Chicago, IL, April 2017
- Chicago Bar Association, Civil Rights and Police Liability Litigation Panel, Chicago, IL, April 19, 2017
- Law Bulletin Seminars, Discussion Leader, 7th Annual Symposium With the Judges, Chicago, IL, November 17, 2016
- UIC John Marshall Law School, Police Misconduct Case Analysis, Chicago, IL, March 2016
- AAJ, Settlement and Negotiation Techniques, Boca Raton, FL, February 2016
- AAJ, Multigenerational Workforce Diversity and Law Firm Management, Boca Raton, FL, February 2016
- AAJ, Overcoming Juror Bias in Police Misconduct Cases, Montreal, Canada, July 13, 2015
- AAJ, Litigating Excessive Police Force Cases: The Misuse of Tasers and Guns, June 2015
- ITLA, Preparing Your Client to Testify at Trial, Chicago, IL, March 2015
- AAJ, US Supreme Court Analysis of Police Misconduct Cases, Palm Springs, CA, February 2015
- Chicago Bar Association, Update on Disappearance of Malaysia Flight $370 and Damages Suspected, Chicago, IL, November 2014
- AAJ, Police Misconduct, New Orleans, LA, February 2014

**SPEAKING ENGAGEMENTS CONT.**

- AAJ, Priming the Plaintiff's Medical Expert, Chicago, IL, February 2014
- UIC John Marshall Law School, Legal Implications of Concussions for Sports and the Military in the Future, October 2012
- AAJ, Police Misconduct, Chicago, IL, January 2014
- AAJ, Guest Lecturer, Police Misconduct, San Francisco, CA, July 2013
- Illinois Trial Lawyers Association, Jury Selection, Chicago, IL, October 2012
- Law Bulletin Seminars, Rule 243 Examination – Questions from Jurors, Chicago, IL, November 2012
- Law Bulletin Seminars, Case Examination, Chicago, IL, November 17, 2011
- AAJ, Program Moderator – 21st Century Discovery and Litigation Techniques, Chicago, IL, July 2012
- AAJ, Program Moderator – Litigation at Sunrise, Chicago, IL, July 2012
- Law Bulletin Seminars, Jury Deliberations, Chicago, IL, June 7, 2011
- Litigation Skills Conference, *Hudson v. City of Chicago, et al.,* November 2010
- UIC John Marshall Law School, Starting your own Law Firm, Chicago, IL, October 2010
- Chicago Bar Association, Anticipating Objections During Discovery and Motions in Limine, Chicago, IL, October 2010
- Illinois Trial Lawyers Association, Proving Damages in the Traumatic Brain Injury Case, Chicago, IL, October 2010
- American Association for Justice, Cross Examination of the Defense Neuropsychologist, Vancouver, BC, July 2010
- Litigation Skills Conference, Courtroom Visuals, April 2010
- Traumatic Brain Injury Litigation Group, Ethical Considerations in Representing the Client with Traumatic Brain Injury, May 2010
- Litigation Skills Conference, Juror Deselection and Jury Management Strategies, March 2010
- Chicago Bar Association, Anticipating Objections During Discovery and Motions in Limine, Chicago, IL, October 2009,
- Illinois State Bar Association, Trial Primer, Chicago, IL, May 2009
- American Association for Justice, Reconstructing the Complex Motor Vehicle Case, New Orleans, LA, May 2009
- Litigation Skills Conference, Jury Selection and Strategies, March 2009
- Chicago Bar Association, Anticipating Objections During Discovery and Motions in Limine, Chicago, IL, October 2008
- North American Brain Injury Society, Voir Dire, New Orleans, LA, October 2008
- Chicago Bar Association, Using Exhibits at Trial, Chicago, IL, May 2008
- Illinois Trial Lawyers Association, Confidential Settlements, Chicago, IL, April 2008
- Litigation Skills Conference, Moderator, Chicago, IL, March 2008
- Litigation Skills Conference, Panelist, Chicago, IL, October 2007
- Chicago Bar Association, Anticipating Objections During Discovery and Motions in Limine, Chicago, IL, October 2007
- Illinois State Bar Association, Moderator for 2 day MCLE Seminar-Governmental Tort Immunity, Collinsville and Lombard, IL, November 2006
- Illinois Trial Lawyers Association, Governmental Tort Immunity, Chicago, IL, October 2005
- Association of Trial Lawyers of America, Using Reconstruction Animations in Complex Transportation Litigation, Boston, MA, July 2004
- Illinois State Bar Association, Training for Lawyers Participating in Mediation of Major Cases, Chicago, IL, February 2004
- Chicago Bar Association, Anticipating Objections During Discovery and Motions in Limine, Chicago, IL, November 2003
- Illinois Trial Lawyers Association, Litigating the Complex Case; Section 41 Claims Against the Chicago Transit Authority, Chicago, IL, October 14, 2002
- Chicago Bar Association, Anticipating Objections During Discovery and Motions in Limine, Chicago, IL, September 2001
- Illinois Trial Lawyers Association, Premises Liability, Chicago, IL, September 15, 2001
- Knapp Burn Foundation Survivor Wellness Forum, Maximizing Damages at Trial, Willowbrook, IL, May 2000
- National Business Institute, Workers' Compensation In Illinois, Willowbrook, IL, May 1999,
- Chicago Bar Association, Chicago, Il., April 1997, New Cases and Recent Developments
- Illinois Trial Lawyers Association, Oak Brook, IL, November 9, 1996, Notice and Statute of Limitations
- UIC John Marshall Law School, March 1996, Obtaining Successful Employment and Maintaining Success in Practice
- Union Local #134 IBEW, Workers' Compensation Remedies
- Union Local #134 IBEW, Structural Work Act Overview
- Union Local #134, Workers' Comp overview

**PUBLICATIONS**

- *Toxic Exposure – Poison in the Air,* TRIAL, May 2020
- *School Bullying Cases: Holding School Districts and Officials Accountable in Illinois*, Trial Journal, Vol. 21, Num. 1, Winter 2019
- *Excessive Police Force Against the Emotionally Disturbed*, TRIAL, October 2016

**PUBLICATIONS CONT.**

- *Police Misconduct: Section 1983 Violations, Proving Claims Against the Government*, Trial Journal, Vol. 17, Winter 2015
- *Defeating Immunities Defenses in Police Misconduct Cases*, TRIAL, December 2014
- *The Invisible Injury of PTSD*, TRIAL, June 2014
- *Current State of Police Misconduct*, AAJ Civil Rights Newsletter, Winter 2014
- US Supreme Court Analysis of Police Misconduct Cases, AAJ, Winter Conference 2014
- Letter to the Editor, Chicago Tribune, September 2014, Personal Cameras on Police Officers
- *The Invisible Injury of PTSD*, TRIAL, June 2014, Volume 50, No. 6, Protecting Those Who Serve (Peer Reviewed)
- *Juror Selection,* Illinois Trial Lawyers Association, October 2012
- *Head Trauma Requires More*, Crain's Chicago Business, June 2007
- *Employees Should Know Workers Compensation Rights,* Star Newspapers Business Section, March 2007
- *Using Reconstruction Animations in Complex Transportation Litigation*, December 2003, ATLA's Motor Vehicle and Premises Litigation Section Newsletter
- *Born to Lead*, July 2003, Fra Noi
- *Litigating the Complex Case Section 41 claims Against the Chicago Transit Authority*, October 2002, ITLA Lawyer's Notebook
- *Premises Liability*, 2001, ITLA Lawyer's Notebook
- *Ignoring the Injured*, March 19,2001, The Chicago Tribune
- *The Pegram Decision*, June 23, 2000, The Chicago Sun-Times
- *And Now, a Good Word About Lawyers*, December 29, 1998, Chicago Tribune, Voice of the People
- *Sound the Alarm*, March 5,1998, Chicago Tribune, Voice of the People
- *Litigation Techniques For The Difficult Injured Employee's Case*, 1997 NBI Advanced Workers' Compensation In Illinois
- *Medical Issues In The Complex Workers' Compensation Claim* 1997 NBI Advanced Workers' Compensation In Illinois
- *Injudicious,* May 2, 1997, Chicago Tribune, Voice Of The People
- *New Cases and Recent Developments,* 1997 CBA Worker's Compensation Handbook
- *Statute of Limitations,* 1996-2007, ITLA Worker's Compensation Lawyer's Notebook

**CIVIC ACTIVITIES**

- Honorary Chair, 26th Annual St. Jude Four Stars Gala, 2020
- Board of Trustees, John Marshall Law School, 2017 to present
- Board of Directors, Synapse House, 2014 - 2015
- Chicago 2016 Host Committee Member and Sprint Through the Finish Dinner Committee
- Chairman, Cameron Can Foundation Fundraiser, 2013
- First Vice-President, Italian American Chamber of Commerce, 2012-2014
- DCCC Fundraiser, 2006 to present
- Finance chairman, Lisa Marino for Judge, 2011-2012
- Finance Chairman, Robert Fioretti, 2nd Ward Alderman, 2011
- Founder of the Adopt-A-Veteran program, Chicago, 2010
- Chairman JCCIA Cardinal Bernardin Award Gala 2008-2009
- Chairman IACC Gala 2009, 2010, 2011, 2012
- Honorary Board member, Giant Steps, 2005 - 2013
- President, Joint Civic Committee, 2010 - 2012
- Board of Directors, Italian American Chamber of Commerce, 2007
- Finance Co-Chair, Robert Fioretti, 2nd Ward Alderman Candidate
- Board of Directors, Giant Steps, Inc., 2003-2005
- President and Founder, Justinian Society's Children Endowment Fund, 2002
- Board of Directors and Advisors, Illinois Fatherhood Initiative, 2002-present
- Invited Delegate by the Chinese Ministry of Health, People to People Ambassador
- Board of Directors, Barrington Area Arts Council, 2000-2003
- President, Midwest Brain Injury Clubhouse, 2001-2006
- President, Knapp Burn Foundation, 2000-2002
- Vice-president, River Park Athletic and Dining Club
- Make-A-Wish Foundation Volunteer, 1994
- The Greater Barrington Area Lawyer's Guild, founder and President, 1996-1998
- Wisconsin Alumni Association Career Connections Counselor
- Constitutional Rights Foundation, seventh and eighth grade student instructor, 1988-1994

**PROFESSIONAL ORGANIZATIONAL PARTICIPATION**

- American Association for Justice (AAJ)
- American Board of Trial Advocates
- Workers' Compensation Lawyer's Association (WCLA)
- Illinois Trial Lawyers' Association (ITLA)
- Illinois State Bar Association (ISBA)
- Chicago Bar Association (CBA)
- Justinian Society of Lawyers
- National Italian-American Foundation (NIAF)
- Fenwick Bar Association
- American Bar Association (ABA)
- Northwest Suburban Bar Association (NWSBA)
- Women's Bar Association of Illinois (WBAI)
- Melvin M. Bell Society
- Public Justice

**SIGNIFICANT LITIGATION INVOLVEMENT**

- *Victims of the Route 91/Las Vegas Shooting v. MGM, Live Nation, Slide Fire Solutions, etc*., mass tort, $800M settlement
- *LaPorta v. City of Chicago*, October 2017, civil rights, $44.7M verdict
- *Class Action Red Light Camera Case v. City of Chicago*, August 2017, civil rights, $38.75M settlement
- *Chavez v. Dr. Mark Holterman*, medical malpractice, $30M settlement
- *Carreon v. City of Chicago*, April 2019, police chase, $21.3M verdict
- *Tinman v. Christ Hospital*, medical malpractice, $22.3M verdict
- *Hudson v. City of Chicago*, civil rights, $17.6M verdict
- *Marion Misiak*, 45-year-old laborer, work injury, $7.5M settlement
- *Alaska Airlines Flight 261,* aviation, $6.5M settlement
- *Chmielewski v. CTA,* March 1999, motor vehicle, $5.33M verdict
- *Briefman v. City of Chicago*, work injury, $5M settlement
- *Milnamow v. Shedd Aquarium*, work injury, $4.85M settlement
- *Private Bank and Trust Company v. City of Chicago, et al*., 2014, civil rights, $4.5M settlement
- *Cabay v. Loyola University*, medical malpractice, $4M settlement
- *Lane v. Confidential*, premises liability, $4M settlement
- *Domenick v. Dominick's* (Roof collapse; $4M+ settlement sets record in Illinois for octogenarian), premises liability
- *Tews v. Stoxen Chiropractic,* malpractice, $3.71M verdict
- *Bonnie Bobo* v. Chicago Housing Authority, premises liability, $3.65M settlement
- *Pietras v. Biddle Corporation*, work injury, $3.6M verdict
- *Kuprianczyk v. CTA*, January 2002, pedestrian, $3.6M verdict
- *Estate of Joshua Salvato, deceased, Vincent Salvato v. Marion County Sheriff's Office, Norman Brown, et al*., May 2014, civil rights, $2.28M verdict
- *Buhle v. Associated British Foods*, motor vehicle, $2.25M settlement
- *Jane Doe v. Archdiocese of Chicago*, April 2020, Church abuse, $2.1M settlement
- *Victims of the Pulse Nightclub Shooting v. Pulse Nightclub*, mass tort, $2M settlement
- *Wdzieonski v. S Saft & Company*, January 2019 motor vehicle accident, $1.75M settlement
- *Wszolek v. Chicago Bus Co.*, pedestrian, $1.75M settlement
- *Talley v. Barrington School District 220*, bicyclist, $1.5M+ settlement
- *Dell'Oglio v. Concord Homes*, work injury, $1.45M settlement
- *Balzano v. Takaghi*, motor vehicle, $1.45M settlement
- *Doe v. Doe*, June 2002, $1.125M settlement
- *Brown v. Wayne Blanchard and Walworth County Wisconsin, February 2017,* civil rights, $1.1M settlement
- *Larios v. Chadron State College*, April 2020, Title IX wrongful death, $900,000 settlement
- *Norton v. Vestel County,* civil rights, $900,000 settlement
- *Yanakiev v. Confidential*, motor vehicle, $800,000 settlement
- *Confidential - Minor Special Needs Student v. Bus Company and School District*, November 2019, sexual abuse, $700,000 settlement

**SIGNIFICANT LITIGATION INVOLVEMENT CONT.**

- *Krumrei v. City of Dallas,* civil rights, $625,000 settlement
- *Livingston v. Earman*, medical malpractice, $525,000 verdict
- Depasquale v. Confidential, motorcycle, $495,000 settlement
- *Southwest Airlines Flight 1248,* aviation, $450,000 settlement
- *Poull v. Courtney* (Cicero fire tragedy -- Six wrongful deaths), premises liability, $300,000 settlement
- *Severin v. American Airlines* 4184, aviation
- *TWA Flight 800,* aviation
- *American Airlines Flight 587,* aviation
- *Doe v. Grand Prairie Transit,* July 2016, sexual assault, Confidential
- *Deig v. Polaris*, products liability, Confidential
- *Does v. Northwest Suburban HS District,* educational abuse, Confidential
- *Does v. North Suburban HS District,* educational abuse, Confidential
- *Miller v. Southwest Airlines,* class action, pending
- *Smith v. City of Chicago,* civil rights class action, pending
- *Plaintiffs v. Sterigenics International, Inc.,* mass tort, pending
- *Estate of George Floyd v. City of Minneapolis, Minnesota,* civil rights, pending
- *Lopez-Lewis v. The Boeing Company,* aviation, pending

**INTERESTS**

Racquetball, reading, computers, fluent Italian, travel, philanthropy, political fundraising, duathlon athlete, marathoner