BHAVANI RAVEENDRAN, ESQ.
321 NORTH CLARK STREET, SUITE 900 · CHICAGO, IL 60654
(312) 458-1000 · b.raveendran@rblaw.net

---

**LEGAL EXPERIENCE**

**Romanucci & Blandin, LLC ~ Senior Associate, April 2018-Present**
**~ Associate Attorney, December 2015-April 2018**

- Handling attorney, with primary responsibility ranging from pre-suit through jury trial, in varied personal injury caseload, including wrongful death, catastrophic injuries, hazing, excessive force, and sexual abuse and assault.
- Practicing primarily in civil rights, constitutional law, and police misconduct.
- Preparing for and trying as first chair, state and federal trials in 5 different jurisdictions
- Handling and second-chairing high-profile cases alongside named Partner Antonio M. Romanucci.
- Drafting, writing and arguing appellate briefs, including successfully overturning lower court decisions.
- Taking and defending over 200+ depositions, including defendants, police officers, Chiefs of police, state employees, doctors, expert witnesses, and 30(b)(6) witnesses.
- Developing and implementing litigation, discovery, settlement and trial strategies.
- Responding to extensive pretrial motions, motions to dismiss and summary judgment motions, including qualified immunity, *Monell* claims, and Section 1983 claims.
- Managing practice group of attorneys and paralegals.

**Diamond & LeSueur PC, McHenry, IL ~ Associate Attorney, May 2013- Dec 2015**

- Client-centered case management, trial preparation, negotiation and court coverage in foreclosure defense, personal injury, small claims, family matters and misdemeanor criminal defense.
- Acted as the municipal prosecutor for petty and misdemeanor traffic crimes from plea to trial, including DUI's
- Handled briefing of dispositive motions and contested hearings, including Motions for Summary Judgment, Motions to Suppress, and Motions to Dismiss.

**International Rights Advocates, Conrad & Scherer LLP, Washington DC ~ JD Distinguished Fellow, Aug–Dec 2012**

- Collaborated with senior attorneys in large class action suits using the Alien Torts Claims Statute
- Researched major changes in the law creating obstacles to hold corporations accountable for human rights abuses, using state and federal law
- Wrote and edited arguments for complaints and briefs for trial and appellate level courts
- Implemented discovery review organization system and streamlined process for complex medical tort suit

**International Human Rights Clinic, American University, Washington, DC ~ Student Attorney, Aug 2011-May 2012**

- Represented clients throughout asylum interview process, including preparation of application
- Laid groundwork for and participated in fact-finding mission with stateless Haitian migrants in the Bahamas through drafting of a practice manual, establishing intake procedure, and creating avenues for future advocacy

**EDUCATION**
American University Washington College of Law, Washington, DC, J.D., May 2012, *cum laude*
Case Western Reserve University, Cleveland, OH, B.A., Political Science, May 2009, *magna cum laude*

**ADMISSIONS**
Illinois Bar, 2012.
U.S. Court of Appeals for the 7th Circuit, 2020.
USDC Northern District of Illinois, 2016
USDC Central District of Illinois, 2017
USDC Southern District of Illinois, 2016
USDC Western District of Wisconsin, 2016
USDC District of North Dakota, 2016
USDC District of Colorado, 2017
USDC Northern District of Indiana, 2016
USDC Southern District of Indiana, 2016

**LEGAL ACTIVITIES**
- Co-Chair and Founding Member of the Diversity and Inclusion Committee, Illinois Trial Lawyers Association, December 2019-Present
- Board of Managers for the Illinois Trial Lawyers Association, June 2019-Present
- Current Chair of the Police Misconduct Ligation Group, American Association of Justice, July 2019-Present
- Current Member and Newsletter Co-Editor for the Human Rights Section Council, Illinois State Bar Association 2018-Present
- Former Board Member with the South Asian Bar Association Chicago Foundation 2016-2018
- American Association of Justice (AAJ)
- Illinois Trial Lawyers' Association (ITLA)
- Illinois State Bar Association (ISBA)
- South Asian Bar Association- Chicago (SABA)
- National Police Accountability Project – Chicago (NPAP)

**COMMUNITY SERVICE**

- Attorney and Advisor to the Sai Spiritual Foundation, August 2019 - present.
- Former Host Committee Member for Polished Pebbles Annual Fundraiser 2017
- Former Board Member for Chinmaya Yuva Kendra spiritual retreats for Hindu young adults
- Volunteered with New American Initiative & CARPLS
- Volunteered with TASSC International on legal projects such as an "Asylum Guide"
- Former intern with Council on American Islamic Relations- Chicago
- Former intern with the American Civil Liberties Union- Chicago
- Worked as an after-school Drama Teacher for elementary schools with CreativeKids

**HONORS AND AWARDS**
- Emerging Lawyers, Chicago Metro Area, 2018-2020, Law Bulletin Media

- Top Women Lawyers, Chicago Metro Area, 2020, Law Bulletin Media
- Super Lawyers, Rising Stars, 2018-2020
- 2012 American University Washington College of Law Distinguished Fellow Recipient
- 2011 American University Equal Justice Fund Scholarship Recipient
- 2007 Recipient of the Case Western Reserve University Women's Club Prize
- 2006 Recipient of the Case Western Reserve University Provost Scholarship
- 2006 Recipient of the Distinguished Service Award by Hoffman Estates High School

**SPEAKING ENGAGEMENTS AND PUBLICATIONS**

- *USCIS Revised Fee Waiver Requirements Impact on Pathways to Legal Immigration*, ISBA Human Rights Section Newsletter, Dec. 2019
- *Profile on Honorable Judge Sheila Murphy*, ISBA Human Rights Section Newsletter, ISBA Human Rights Section Newsletter, Dec. 2019
- *The Census Citizenship Question, ISBA Human Rights Section Newsletter*, ISBA Human Rights Section Newsletter, June 2019
- *The United States left the Human Rights Council…. So what?*, ISBA Human Rights Section Newsletter, September 2018
- "School and Police Misconduct Intake – Best Methods for Case Intake and Evaluation", continuing legal education Presenter
- *I am Jane Doe* Screening and Panel at the Park Hyatt, Panelist on Sex-Trafficking Litigation
- Building Resumes and Interview Skills, Legal Prep Charter School, Presenter

**REPRESENTATIVE CASES**

- *Carreon v. City of Chicago*, April 2019, police chase, $22.3M verdict
- Does v. Northwest Suburban HS District, educational abuse, Confidential
- Does v. North Suburban HS District, educational abuse, Confidential
- *Doe v. Bridgeforth*, December 2018, $3.2M verdict
- *Doe v. Confidential Bus Company and School District*, 2019, Confidential
- *Van v. Ford*, multi-plaintiff mass sexual harassment action, pending
- *Ambrose v. Backpage, et al*, anti-sex trafficking litigation vs. internet company, pending