

# St. Tammany Parish Sheriff's Office
## *Randy Smith, Sheriff*

RECEIVED
MAR 2 0 2020
BY:

## INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME **Brian Emile Gitz**   CELL LOCATION **D-319**

INMATE DATE OF BIRTH **6-21-75**   DATE OF INCIDENT **Feb. 18, 2020 - March 3, 2020**

NAME & LOCATION OF WITNESSES **HOLDING TANK 3**

NAME OF STAFF INVOLVED **ST. Tammany Parish Jail**

SUMMARY OF COMPLAINT **I was arrested on Febuary 18, 2020 and was transported to St. Tammany Parish Jail. I was held in your Holding Tanks from Febuary 18, 2020 till March 3, 2020. Apporimatly 15 days which is unlawful!**

IS THIS AN EMERGENCY GRIEVANCE? YES _____ NO _____

SPECIFIC RELIEF DESIRED **Acknowledgement of how this is breaking the Law**

INMATE SIGNATURE **Brian E. Gitz**

*****************************************

### FOR WARDEN'S USE

Grievance # _____

Type Grievance _____

REJECTED: (return & obtain receipt)
_____ Outside the scope of this procedure because
_____ Does not personally affect this inmate
_____ Disciplinary Review Board Decision
_____ Refusal of mail
_____ Court Decision / Pardon - Parole Board
_____ Filed more than 90 days after the incident
_____ Duplicate grievance by same inmate
_____ Other: (specify)

Date Received **3/20/2020**

Screened by **Sgt. Smith**

RETURNED: (return & obtain inmate receipt)
_____ Multiple complaints; file separate grievances
_____ Vague complaint; state more facts / clarify
_____ Summarize complaint **Lt Chatelain**
✓ Other: (specify)

_____ Accepted & referred to _____
Policy / procedure challenge:   yes _____ no _____

*****************************************

### INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

_____   _____
(Date)                                  (Inmate Signature)