Grievance through the (ARP)

# St. Tammany Parish Sheriff's Office

RANDY SMITH, *Sheriff*

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

RECEIVED MAY 20 2019 BY:

need a copy and give original to propper person

## INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME Michael Vanderslice CELL LOCATION C-507

INMATE DATE OF BIRTH 07-12 1983 DATE OF INCIDENT 4/30/19

NAME & LOCATION OF WITNESSES Warden Kelly office Me and the warden

NAME OF STAFF INVOLVED Warden Kelly

SUMMARY OF COMPLAINT I spoke of being on concrete in the holding tank with no mattress for 15 days and a man an ol man that was there 13 days and was craping his pants cause of the hemroids and mainly about how I was hit in the back of the head while in handcuffs to the way to medical on the incident that I filed (ARP) on and nothing has been mentioned or done about it. Only incriminating me on my Review saying See Back →

IS THIS AN EMERGENCY GRIEVANCE? YES ______ NO ______

SPECIFIC RELIEF DESIRED (That the matters on me gettin punched in the back of the head while in cuffs on the way to medical be addressed propperly.)

INMATE SIGNATURE Michael Vanderslice

********************************************************************************

### FOR WARDEN'S USE

Grievance # ______

Date Received 5/21/19

Type Grievance ______

Screened by DJ Singletary

REJECTED: (return & obtain receipt)
- ______ Outside the scope of this procedure because
- ______ Does not personally affect this inmate
- ______ Disciplinary Review Board Decision
- ______ Refusal of mail
- ______ Court Decision / Pardon - Parole Board
- ______ Filed more than 90 days after the incident
- X Duplicate grievance by same inmate
- ______ Classification Decision
- ______ Other: (specify)

RETURNED: (return & obtain inmate receipt)
- ______ Multiple complaints; file separate grievances
- ______ Vague complaint: state more facts / clarify
- ______ Summarize complaint
- ______ Other: (specify)

______ Accepted & referred to ______

Policy / procedure challenge: yes ______ no ______

See attached copy of your original Grievance and the Warden Review Decision DJ Singletary

********************************************************************************

### INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

______ (Date) ______ (Inmate Signature)

P.O. BOX 1120
COVINGTON, LA 70434
1-985-809-8200

P.O. BOX 1229
SLIDELL, LA 70459
1-985-726-8000

that I was stress cause I Lost my Job
and started in a rage, smh. I told her
how the night before deputy Smith walked by
and told people in holding tank 1 stop looking at
my fine ass and inmate and her got into a
yelling aurgument cursing each other, then he
got rolled to the back and she was punishing
the whole holding tank #1 over the incedent
that happened the night before and have already
been sleeping on concreate with no mattress
for 15 days in the same holding tank and
yes was already stressing about my circumstances
and concerns of a good job loss and kicked on
door to get deputy attention to get ahold
of rank and when deputy dole came to holding
tank 1 he was yelling and cursing at me calling me
a p•••y b•tch!!! Thats when I responded back
I surrendered before he opened door with my hands
behind my back and was shoved out the door against
the wall but the main complaint I have is
I told Warden Kelly how [redacted] deputy punched me in
the back of the head on the way to medical while
in cuffs behind my back and I havent got
a response or nothing. I didnt want the tape or
video tampered with is why I waited to tell her
that part to her face and all I got in response was
making me look like an aggressor.

[redacted]