**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, et al.,** | **CIVIL ACTION** |
| **Plaintiffs,** | **Case No. 2:20-cv-00980-WBV-DPC** |
| **v.** | **DISTRICT JUDGE: WENDY B. VITTER SECTION "D"** |
| **ST. TAMMANY PARISH GOVERNMENT, et al.,** | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT DIVISION "2"** |
| **Defendants.** | |

**Declaration of Floyd Alan Williams**

I, Floyd Alan Williams, state under penalty of perjury, based upon my personal knowledge, that the following facts are true and correct to the best of my knowledge:

1. My name is Floyd Alan Williams.

2. When Randy Smith was a police chief, he stated to me during an unrelated matter that he "did not care about anyone's constitutional rights. We have laws in Louisiana. We make our own laws."

3. In September of 2019, I was arrested for non-violent misdemeanors.

4. I was incarcerated in the St. Tammany Parish Jail until such time that I was permitted to bond out.

5. Starting on or about September 28, 2019, I was housed in one of the jail's holding cells.

6. I believe that I remained in the holding cell for 5 days.

7. The holding cell was approximately 10 feet by 20 feet, had two benches and no beds, and had one exposed toilet.

8. I believe that I was housed with approximately 30 other inmates.

9. The specific inmates who were housed with me, however, changed during the period of time that I was incarcerated; due to the fact that inmates were regularly being admitted and released from the jail.

10. As a result, during the period of time that I was incarcerated, I was exposed to/housed with significantly more than 30 inmates.

11. The one thing that did not change, however, was the unsanitary living conditions in the holding cell.

12. The temperature in the cell was uncomfortably cold.

13. All of the inmates were forced to share the same dirty sink and toilet.

14. I could see available clean toilet paper just outside of the cell.

15. The guards would provide the cell with one or two rolls of toilet paper each day to be shared by everyone who was housed in the cell.

16. If we needed more toilet paper, the guards would make us beg for it.

17. When inmates and I asked guards to provide us with more toilet paper, they often simply refused to do so.

18. I even recall times when inmates were sitting on the toilet begging for toilet paper.

19. As a result, when the toilet paper was provided, conflicts and physical confrontations between inmates occurred regarding who would be allowed to use the toilet and toilet paper.

20. The refusal to provide me with regular access to clean toilet paper resulted in my not being able to defecate when I needed to do so.

21. The guards did not provide soap until the fourth day.

22. As a result, I was unable to wash my hands after using the bathroom.

23. The guards did not provide deodorant.

24. The cell had toilet paper hanging from the ceiling and air conditioning vents that was in plain view of the guards.

25. The cell had old food, urine, feces, dirty toilet paper, blood, old Band-aids, trash, and water on the floor.

26. The cell was never cleaned; rather, on the fourth day, it was wet-mopped with a dirty mop.

27. As a result, the cell floor remained dirty and smelled very bad.

28. I was forced to sleep on the dirty cold bare concrete floor.

29. Inmates were only provided with either a sheet or a thin blanket.

30. The guards threatened us that if we did not stay quiet, they would not provide us with the sheets or blankets.

31. I recall a couple of nights when I was not provided with a blanket.

32. I recall being permitted to shower only on the fourth day.

33. Inmates were provided with clean clothes only after their shower.

34. I did not receive a toothbrush until the fourth day.

35. Inmates, including me, begged for necessary medical attention but we did not receive it.

36. I was not provided with a medical or mental health screening until my last day in the holding cell; despite having told jail staff that I needed medication for my heart and breathing.

37. On the fifth day, I was provided with an inhaler to share with other inmates.

38. With the exception of shower time, none of the inmates, including me, were permitted to leave the holding cells.

39. None of the inmates, including me, were provided with an opportunity for recreational or other physical activity.

40. As a result of being exposed to the aforementioned living conditions, I was ill for two weeks following my release.

41. Inmates and I complained to guards about the unhealthy living conditions.

42. Most of the time, the guards would simply ignore us.

43. Sometimes, the guard would say something to the effect of, "they don't call this St. Slamitty for nothing" or "don't get arrested and you won't have this problem."

44. The guards would make fun of us when we complained about any of the aforementioned living conditions by rubbing their eyes like they were pretend crying.

45. Guards admitted to me that the conditions of confinement were in place to teach inmates a lesson.

46. I have conferred with my counsel regarding the responsibilities associated with being a class representative.

47. I am only seeking the same relief that the class is seeking.

48. I am able and willing to represent the class' best interests.

49. I am competent to testify to the foregoing facts, and will so testify if called to do so at any related civil or criminal court proceeding related to this matter.

50. Further, I sayeth not.

DocuSigned by:
5E6E0C11CB38486...

9/18/2020

**FLOYD ALAN WILLIAMS**