# St. Tammany Parish Sheriff's Office

RANDY SMITH, *Sheriff*

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

## WARDEN'S REVIEW DECISION

To: Joshua Cavanaugh CELL LOCATION: D210

From: **WARDEN KELLY**

**GRIEVANCE:**

**FOUNDED** ☐ **UNFOUNDED** ☑

ACTION TAKEN:

You have requested a Warden's review on 4/2/20, for the grievance you filed with regard to the time you spent in the holding cell.

In your grievance you state that your complaint is, that you were "kept in holding tank over the 48 hour maximum holding hours in the booking holding tank". You go on to state that your specific relief desired is "to be contemplated for the unhumane time spent over the 48 hours max".

As stated in Lt. Chatelain's response, dated 3/31/20, you and all others in holding were provided with the necessities until an available bed could be assigned to you.

The "48 hours" from the Louisiana Administrative Code that you are referencing, provides guidelines for jails. These guidelines are not laws, but recommended standards for the use of jail administrators for inmate management. There are occasions when inmate population, the number of detainees in processing, and jail capacity affect strict adherence to these guidelines. Under such circumstances, assignment to a housing unit can be delayed. Once the situation causing the delay is remedied, normal processes can resume.

Again, you were provided with the necessities until you could be assigned to the next available bed. Outside of your statement that your time in holding was "unhumane" you failed to identify how you were allegedly grieved in any way, other than a delay in receiving your housing assignment.

Based upon the above, this grievance is considered unfounded and the matter closed.

4/13/2020
(date)

Warden Kelly

P.O. Box 1120
Covington, LA 70434
Phone: 1-985-809-8200

P.O. BOX 1229
SLIDELL,LA 70459
PHONE: 1-985-726-8000