# NICOLETTE WARD

## EDUCATION

**Chicago-Kent College of Law**, Chicago, IL - *Juris Doctor,* May 2016
**GPA: 3.74 Top 7% Class Rank: 17/243**

- Dean's List, Fall 2013- Spring 2016
- Order of the Coif, awarded Spring 2016
- Trial Advocacy Team, April 2014-May 2016 (*Captain*, 2015-2016)
  - Stetson University National Pretrial Competition- *National Finalist,* October 2014
  - TYLA National Trial Competition- *National Champion*, March 2015
  - Georgetown University National White Collar Crime Competition- *National Finalist*, November 2015
- Chicago-Kent Law Review, Member 2015-2016

## EXPERIENCE

**Romanucci & Blandin, LLC,** Chicago, IL
*Associate Attorney*, November 2016-present

- Litigated police misconduct and other personal injury cases in state and federal courts, specializing in 42 U.S.C. §1983 matters
- Obtained $800,000 verdict at jury trial in motor vehicle collision case
- Obtained $21,300,00 verdict at jury trial against City of Chicago in police pursuit case

**Romanucci & Blandin, LLC,** Chicago, IL
*Law Clerk*, November 2015-November 2016

- Researched, drafted, and edited legal documents from throughout the litigation process of medical malpractice, police misconduct, and other personal injury cases

**The Law Offices of Lane & Lane, LLC,** Chicago, IL
*Law Clerk*, September 2014-November 2015

- Researched, drafted, and edited complaints at law, discovery documents, and legal memoranda in personal injury, medical malpractice, and institutional sex abuse cases

**Honorable Ronald Bartkowicz**, Circuit Court of Cook County, Law Division
*Judicial Extern*, May 2014-August 2014

- Drafted and edited bench memoranda and judicial orders on motions to dismiss, specializing in promissory and consumer fraud
- Researched First District commercial case law to revise judicial bench book

## HONORS

- Emerging Lawyer by Law Bulletin Publishing Company, 2021
- Rising Star by Illinois Super Lawyers, 2018 – 2021

## SPEAKING ENGAGEMENTS

- National Police Accountability Project- January 11, 2018 -"Anatomy of a $44.7 Million Verdict"
- American Association for Justice- June 16, 2019- "Proving Police Misconduct- Key Takeaways from a High-Speed Chase"