# St. Tammany Parish Sheriff's Office

**RANDY SMITH,** *Sheriff*

***PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST***

## INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME Joshua Cavanaugh CELL LOCATION C - 532

INMATE DATE OF BIRTH 6-12-76 DATE OF INCIDENT 2-3-2020

NAME & LOCATION OF WITNESSES other inmates in holding tank 3 on 2-1-2020 to 2-3-2020

NAME OF STAFF INVOLVED Booking Staff on 2-1-2020 to 2-3-2020

SUMMARY OF COMPLAINT I was kept in holding tank over the 48 hour maximum holding hours in the Booking holding tank.

IS THIS AN EMERGENCY GRIEVANCE? YES ______ NO X

SPECIFIC RELIEF DESIRED to Be Contemplated for the unhumane time spent over the 48 hours max

INMATE SIGNATURE Joshua Cavanaugh

*************************************************************************************

**FOR WARDEN'S USE**

Grievance # ______ Date Received 3/2/2020

Type Grievance ______ Screened by Sgt. Smith

REJECTED: (return & obtain receipt)
- ____ Outside the scope of this procedure because
- ____ Does not personally affect this inmate
- ____ Disciplinary Review Board Decision
- ____ Refusal of mail
- ____ Court Decision / Pardon - Parole Board
- ____ Filed more than 90 days after the incident
- ____ Duplicate grievance by same inmate
- ____ Classification Decision
- ____ Other: (specify)

RETURNED: (return & obtain inmate receipt)
- ____ Multiple complaints; file separate grievances
- ____ Vague complaint: state more facts / clarify
- ✓ Summarize complaint
- ____ Other: (specify) Lt. Chatelain

____ Accepted & referred to ______

Policy / procedure challenge: yes____ no____

*************************************************************************************

**INMATE RECEIPT OF RESPONSE TO GRIEVANCE**

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

__________ (Date) __________ (Inmate Signature)

P.O. BOX 1120
COVINGTON, LA 70434
1-985-809-8200

P.O. BOX 1229
SLIDELL, LA 70459
1-985-726-8000