# St. Tammany Parish Sheriff's Office
## *Randy Smith, Sheriff*

RECEIVED
MAR 2 0 2020
BY:

## INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME Brian Emile Gitz CELL LOCATION D-319

INMATE DATE OF BIRTH 6-21-75 DATE OF INCIDENT Feb. 18, 2020 - March 3, 2020

NAME & LOCATION OF WITNESSES HOLDING TANK 3

NAME OF STAFF INVOLVED ST. Tammany Parish Jail

SUMMARY OF COMPLAINT I was arrested on Febuary 18, 2020 and was transported to St. Tammany Parish Jail. I was held in your Holding Tanks from Febuary 18, 2020 till March 3 2020. Appoximetly 15 days which is unlawful.

IS THIS AN EMERGENCY GRIEVANCE? YES ____ NO ____

SPECIFIC RELIEF DESIRED AcKnowledgement of how this is breaking the Law

INMATE SIGNATURE Brian E. Gitz

******************************************************************************

## FOR WARDEN'S USE

Grievance #____

Type Grievance____

Date Received 3/20/2020

Screened by Sgt. Smith

REJECTED: (return & obtain receipt)
- ____ Outside the scope of this procedure because
- ____ Does not personally affect this inmate
- ____ Disciplinary Review Board Decision
- ____ Refusal of mail
- ____ Court Decision / Pardon - Parole Board
- ____ Filed more than 90 days after the incident
- ____ Duplicate grievance by same inmate
- ____ Other: (specify)

RETURNED: (return & obtain inmate receipt)
- ____ Multiple complaints; file separate grievances
- ____ Vague complaint: state more facts / clarify
- ✓ Summarize complaint
- ____ Other: (specify) Lt Chatelain

____ Accepted & referred to ____

Policy / procedure challenge: yes____ no____

******************************************************************************

## INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

____ (Date) ____ (Inmate Signature)