Grievance through the (ARP)

# St. Tammany Parish Sheriff's Office

## RANDY SMITH, *Sheriff*

RECEIVED MAY 20 2019 BY:

*PROFESSIONALISM • INTEGRITY • ACCOUNTABILITY • PUBLIC TRUST*

need a copy and give original to propper person

## INMATE GRIEVANCE

(You must send this to the Warden within 90 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy, and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME Michael Vanderslice CELL LOCATION C-507

INMATE DATE OF BIRTH 07-12 1983 DATE OF INCIDENT 4/30/19

NAME & LOCATION OF WITNESSES Warden Kelly office Me and the warden

NAME OF STAFF INVOLVED Warden Kelly

SUMMARY OF COMPLAINT I spoke of being on concrete in the holding tank with no mattress for 15 days and a man on ol man that was there 13 days and was craping his pants cause of the hemroids and mainly about how I was hit in the back of the head while in han cuffs to the way to medical on the incident that I filed (ARP) on and nothing has been mentioned or done about it. Only incriminating me on my Review saying See Back →

IS THIS AN EMERGENCY GRIEVANCE?YES__________ NO__________

SPECIFIC RELIEF DESIRED (That the matters on me gettin punched in the back of the head while in cuffs on the way to medical be addressed propperly)

INMATE SIGNATURE Michael Vanderslice

************************************************************************

### FOR WARDEN'S USE

Grievance #__________ Date Received 5/21/19

Type Grievance__________ Screened by DJ Singletary

REJECTED: (return & obtain receipt)
- ____ Outside the scope of this procedure because
- ____ Does not personally affect this inmate
- ____ Disciplinary Review Board Decision
- ____ Refusal of mail
- ____ Court Decision / Pardon - Parole Board
- ____ Filed more than 90 days after the incident
- X Duplicate grievance by same inmate
- ____ Classification Decision
- ____ Other: (specify)

RETURNED: (return & obtain inmate receipt)
- ____ Multiple complaints; file separate grievances
- ____ Vague complaint: state more facts / clarify
- ____ Summarize complaint
- ____ Other: (specify)

____ Accepted & referred to __________

Policy / procedure challenge: yes______ no______

See attached Copy of your Original Grievance and the Warden Review Decision DJ Singletary

************************************************************************

### INMATE RECEIPT OF RESPONSE TO GRIEVANCE

(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

__________ (Date) __________ (Inmate Signature)

that I was stress cause I Lost my Job and started in arage, smh.. I told her how the night befor deputy Smith walked by and told people in holding tank 1 stop looking at my fine ass and inmate and her got into a yelling aurgument cursing each other, then he got rolled to the back and she was punishing the whole holding tank #1 over the incedent that happened the night before and have already been sleeping on concreate with no mattress for 15 days in the same holding tank and yes was already stressing about my circumstance and concerns of a good job loss and kicked on door to get deputy attention to get ahold of rank and when deputy dole came to holding tank 1 he was yelling and cursing at me calling me a p•••y bi•ch!!! Thats when I responded back I surrendered before he opened door with my hands behind my back and was shoved out the door against the wall but the main complaint I have is I told Warden Kelly how [redacted] deputy punched me in the back of the head on the way to medical while in cuffs behind my back and I havent got a response or nothing. I didnt want the tape or video tampered with is why I waited to tell her that part to her face and all I got in response was making me look like an aggressor.