UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AHMED BAQER, ET AL.                                CIVIL ACTION

VERSUS                                             NO: 20-980

ST. TAMMANY GOVERNMENT, ET AL                      SECTION: D(2)

NOTICE OF SEALED MANUAL ATTACHMENT

ATTACHMENTS TO DOCUMENT NO. 158

    DESCRIPTION:  Exhibit 19, Sealed Manual Attachment on paper

    FILED BY:   Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Sr, Terry Matthew Hall, Jr, Kevin Louviere, Floyd Williams

    FILE DATE:   1/14/2022

ARE LOCATED IN JUDGE VITTER'S CHAMBERS.