**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980-WBV-DPC** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br><br>**JURY DEMAND**<br><br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **Defendants** | * | **ALL CASES** |

******************************************************************************

**ORDER**

Considering the foregoing;

**IT IS HEREBY ORDERED** that Defendants' *Ex Parte Motion for Leave to File Opposition to Plaintiffs' Motion for Class Certification* be and is hereby GRANTED; and

**IT IS FURTHER ORDERED** that Defendants' *Opposition to Plaintiffs' Motion for Class Certification* be filed into the record of these proceedings.

New Orleans, Louisiana this _____ day of _____________, 2021.

_________________________________
UNITED STATES DISTRICT JUDGE