**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.<br><br>Plaintiffs;<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE, et al.<br><br>Defendants. | * * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-WBV-JCW c/w 20-001840-WBV-JCW**<br><br>JUDGE VITTER<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE EXHIBIT UNDER SEAL**

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, SR., KEVIN LOUVIERE; TERRY MATTHEW HALL, JR.; and FLOYD WILLIAMS, by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, who respectfully move this Honorable Court pursuant to Local Civil Rule 5.6 to file an exhibit in support of Plaintiffs' Motion for Class Certification under seal. The proposed exhibit contains movement reports for the St. Tammany Parish Jail, which set out the movements of individual inmates within the St. Tammany Parish Jail, including booking dates, dates of transfer, and locations of transfer. Plaintiffs would like to file these reports under seal as that information contains sensitive operational security details related to the St. Tammany Parish Jail.

WHEREFORE, Plaintiffs pray that their Motion to File Exhibit Under Seal be granted, and that referenced exhibits submitted to the Clerk of Court for the Eastern District of Louisiana be sealed and remain under seal during the pendency of this litigation.

Respectfully Submitted,

By: __*/s/ Nicolette A. Ward*___________
Attorney for Plaintiffs

**Dated: January 6, 2021**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com