**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.<br><br>Plaintiffs;<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE, et al.<br><br>Defendants. | * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-WBV-JCW c/w 20-001840-WBV-JCW**<br><br>JUDGE VITTER<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

**ORDER**

**ORDER CONSIDERING** the Motion to File Exhibit Under Seal, filed by Plaintiffs, Ahmed Baqer; Klabert Joseph Guillot, Sr., Kevin Louviere; Terry Matthew Hall, Jr.; and Floyd Williams, and Local Civil Rule 5.6;

**IT IS HEREBY ORDERED** that the Motion to File Exhibit Under Seal is GRANTED.

**IT IS FURTHER ORDERED** that the exhibit submitted to the Clerk of Court by Defendant, consisting of Inmate Movement Reports be filed into the record in this matter under seal.

**IT IS FURTHER ORDERED** that the exhibits shall remain sealed during the pendency of this matter.

New Orleans, Louisiana, this_____ day of ________________________, 2022.

________________________________________

**HON. WENDY B. VITTER**
**UNITED STATES DISTRICT COURT JUDGE**