# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR. | * | NO. 2020-CV-980 |
| | * | |
| | * | |
| **Plaintiffs** | * | |
| VERSUS | * | **JUDGE VITTER** |
| | * | |
| ST. TAMMANY PARISH GOVERNMENT, | * | |
| a/k/a ST. TAMMANY PARISH COUNCIL, | * | |
| ST. TAMMANY PARISH SHERIFF'S | * | **MAGISTRATE CURRAULT** |
| OFFICE, RANDY SMITH, in his official | * | |
| and individual capacity, RODNEY J. | * | |
| STRAIN, in his official and individual | * | |
| capacity, GREG LONGINO, in his official | * | **JURY DEMAND** |
| and individual capacity, and LACEY | * | |
| KELLY, in her official and individual | * | |
| capacity | * | |
| **Defendants** | * | |

**********************************************************************************

*Considering the Unopposed Motion to Lift Protective Order and Incorporated Memorandum in Support of Same filed by St. Tammany Parish Sheriff Randy Smith, Lacey Kelly, and Greg Longino;*

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the previously issued Protective Order (Rec. Doc. 93) is HEREBY VACATED as it pertains to limiting discovery to class certification issues only.

**IT IS FURTHER HEREBY ORDERED ADJUDGED AND DECREED** that the parties are hereby permitted to conduct any and all discovery permissible under Rule 26 of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this ___16th___ day of February, 2022.

**U.S. MAGISTRATE JUDGE**