UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.<br><br>Plaintiffs;<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE, et al.<br><br>Defendants. | **CIVIL ACTION NO.: 20-00980-WBV-JCW c/w 20-001840-WBV-JCW**<br><br>JUDGE VITTER<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

---

## **MOTION TO WITHDRAW AS COUNSEL**

I, Ian Fallon, hereby move this Honorable Court, for leave to withdraw as counsel for Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Jr., Klabert Joseph Guillot, Sr., Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams, in this matter for the reasons stated below:

1. The undersigned represents Plaintiffs in this matter.

2. The undersigned will no longer be working for Romanucci & Blandin, LLC as of April 8, 2022.

3. Additional attorneys currently represent Plaintiffs in this matter and will continue to diligently and ably represent Plaintiffs going forward.

4. Attorneys Antonio Romanucci, Bhavani Raveendran, and Nicolette Ward of Romanucci & Blandin, LLC; Devon Jacob of Jacob Litigation, Inc.; and Maria Glorioso of the Glorioso Law Firm, will remain as counsel of record for Plaintiffs

5. This motion will not prejudice the representation of Plaintiffs nor cause any undue delay in this proceeding.

WHEREFORE, I respectfully request entry of an order granting me leave to withdraw as an attorney for Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Jr., Klabert Joseph Guillot, Sr., Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams in this matter, and for any such other relief as this Court deems just and proper.

Respectfully Submitted,

*/s/ Ian Fallon*

Ian Fallon
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
ifallon@rblaw.net