**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.<br><br>Plaintiffs;<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE, et al.<br><br>Defendants. | * * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-WBV-JCW c/w 20-001840-WBV-JCW**<br><br>JUDGE VITTER<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Considering the Motion to Withdraw filed by Ian Fallon*

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Ian Fallon is hereby withdrawn as counsel of record for Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Jr., Klabert Joseph Guillot, Sr., Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams. Antonio Romanucci, Bhavani Raveendran, Nicolette Ward of Romanucci & Blandin, LLC; Devon Jacob of Jacob Litigation, Inc.; and Maria Glorioso of the Glorioso Law Firm shall remain as counsel of record for Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Jr., Klabert Joseph Guillot, Sr., Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams.

New Orleans, Louisiana, this _____ day of April, 2022

____________________________________
**JUDGE**