**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980-WBV-DPC** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT** <br> **JURY DEMAND** <br> **COMBINED WITH *Louviere v St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **Defendants** | * | **ALL CASES** |

******************************************************************************

---

***EX PARTE* MOTION TO SUBSTITUTE COUNSEL OF RECORD**

---

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, who consistent with LR 83.2.12, respectfully suggest that Henry M. Weber (#35374) and Lauren A. Williams (#37917) are no longer employed by Milling Benson Woodward L.L.P., and that Defendants herein request that Henry M. Weber and Lauren A. Williams be withdrawn as counsel of record in this matter. Defendants further request that Sarah A. Fisher (#39881) and Kenneth R. Whittle (#38640) be enrolled as additional co-counsel of record on their behalf in the above-captioned matter to serve as co-counsel along with Chadwick W. Collings (#25373), who shall remain as primary counsel for all defendants.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*

**CHADWICK W. COLLINGS, T.A. # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on April 8, 2022, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**