**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980-WBV-DPC** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH** ***Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **Defendants** | * | **ALL CASES** |

**************************************************************************

**ORDER**

Considering the foregoing *Ex Parte Motion to Substitute Counsel of Record;*

**IT IS ORDERED** that Henry M. Weber (#35374) and Lauren A. Williams (#37917) be withdrawn as counsel of record for the Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, in this matter.

**IT IS FURTHER ORDERED** that Sarah A. Fisher (#39881) and Kenneth R. Whittle (#38640) be enrolled as additional co-counsel of record for the Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, to serve as co-counsel along with Chadwick W. Collings (#25373) who shall remain as primary counsel for all Defendants in this matter.

New Orleans, Louisiana this _____ day of April, 2022.

______________________________

**U.S. DISTRICT COURT JUDGE**