**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC**<br>**c/w 20-1840-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

# ORDER

Considering the *Ex Parte* Motion to Substitute Counsel of Record (R. Doc. 177);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Henry M. Weber and Lauren A. Williams shall be withdrawn as counsel of record and Sarah A. Fisher (La. Bar No. 39881) and Kenneth R. Whittle (La. Bar No. 38640), of Milling Benson Woodward LLP, shall be enrolled as additional counsel of record for defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly.

New Orleans Louisiana, April 12, 2022.

Wendy B. Vitter

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**