**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br><br>**JURY DEMAND**<br><br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br><br>**ALL CASES** |
| **Defendants** | * | |

******************************************************************************

## MOTION FOR PROTECTIVE ORDER

**NOW COMES** Defendants, Sheriff Randy Smith and Lacey Kelly, to respectfully move this Honorable Court for a protective order, stating that they are not required to respond to Plaintiffs' Rule 30(b)(6) Notice.

Undersigned counsel certifies that he has conferred with plaintiffs' counsel in a good faith effort to address the issues raised in this motion, but counsel was unable to agree on a resolution.[1]

**WHEREFORE**, Defendants, Sheriff Randy Smith and Lacey Kelly pray that this motion for protective order be granted and that an order be issued stating that Defendants, Sheriff Randy Smith and Lacey Kelly are not required to respond to Plaintiffs' Rule 30(b)(6) Notice seeking information regarding the irrelevant timeframes of 2015, 2016, 2017, 2018, 2021 or 2022, and

[1] *See* Rule 37 Certification, attached herein as Exhibit "1".

limiting Plaintiffs' questions to the years of 2019 and 2020, the timeframe relevant to Plaintiffs' claims.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

**s/ Chadwick W. Collings**
**CHADWICK W. COLLINGS, T.A. # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
***Counsel for defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Tuesday, November 15, 2022, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

**s/ Chadwick W. Collings**
**Chadwick W. Collings**