**Kenneth Whittle**

| | |
|---|---|
| **From:** | Chadwick Collings |
| **Sent:** | Monday, November 14, 2022 9:38 AM |
| **To:** | Devon M. Jacob |
| **Cc:** | Michaela Boudreaux; Bhavani Raveendran (b.raveendran@rblaw.net); Maria Glorioso; Antonio M. Romanucci (aromanucci@rblaw.net); Kenneth Whittle; Chadwick Collings |
| **Subject:** | RE: ST. TAMMANY: Deposition Notices Attached |
| **Attachments:** | 2022.11.14 - Memo ISO Mtn Protective Order.docx; 2022.11.14 - Mtn for Protective Order.docx |

Devon

Per our conversation last week, attached please find the motion for protective order and memorandum in support of same that we plan to file tomorrow.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
**firm:** (985) 292-2000
**fax:** (985) 292-2001
**cell:** (985) 285-8779
**email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Thursday, November 10, 2022 11:17 AM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Since we are down to the single issue, that sounds like a good idea. This delay is causing a need to extend the expert deadline again. Since we moved the trial date, I am going to assume that we can agree to do so?

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Thursday, November 10, 2022 12:14 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

I am not refusing, I just don't waste our time.

Tell you what, we will send you a copy of the motion for protective order a day prior to filing.

This will allow you time to decide whether you want to revise the notice.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
**firm:** (985) 292-2000
**fax:** (985) 292-2001
**cell:** (985) 285-8779
**email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Thursday, November 10, 2022 11:07 AM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Chad,

So you are now refusing to confer as requested and agreed below?

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Thursday, November 10, 2022 11:39 AM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Devon

We are going to file a motion for protective order and seek an order limiting the scope of the 30(b)(6) deposition per our prior discussion.

I anticipate filing it before next Wednesday.

Let me know if you want to proceed with the individual witness depositions while we await some guidance from the Court on the 30(b)(6) and I will work on getting those set up.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** **ccollings@millinglaw.com**

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Monday, November 7, 2022 1:45 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Following up. Thank you.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Devon M. Jacob
**Sent:** Monday, October 24, 2022 5:42 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Then we can reschedule our call at that time if needed.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Monday, October 24, 2022 4:54 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

OK, we will send you something in the next few days.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
**firm:** (985) 292-2000
**fax:** (985) 292-2001
**cell:** (985) 285-8779
**email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Monday, October 24, 2022 3:40 PM

**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

I disagree. I would like to continue to try to resolve this matter in good-faith before wasting the Court's time. Please provide me with the legal authority to support your position, so that I can review it. Maybe you will convince me. Maybe you won't. But at least then we can tell the court that we examined the issue before burdening the court.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Monday, October 24, 2022 4:26 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Counsel

Thank you for your response.

Given your position with respect to # 3, and the fact that we simply do not agree with your position, I don't think we need to waste each other's time discussing it any further, so we will therefore cancel our telephone conference scheduled for tomorrow morning.

We will go forward with filing of our motion for protective order.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
**firm:** (985) 292-2000
**fax:** (985) 292-2001
**cell:** (985) 285-8779
**email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the

taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Monday, October 24, 2022 3:16 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Regarding 1 and 2, I will agree to limit to 2019 and 2020.

Regarding 3, I won't limit. Complaints during the 4 years prior to incarceration would serve as notice of an unlawful policy/practice. The failure to remedy would constitute reckless/malicious conduct that would support the punitive damage claims against the individuals. Post incarceration complaints are relevant to establishing a policy/practice existed as opposed to a one-off. Moreover, complaints can lead to witnesses who can expound on the unlawful policies/practices, and importantly, admissions regarding the reasons provided for the conduct in response to the complaints.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Monday, October 24, 2022 4:05 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Devon,

The following Topics of Examination, included in Exhibit A to your 30(b)(6) Notice of Deposition, seeking information from 2015 through 2022, are overly broad, not relevant, and not proportional to the needs of the case:

> "1. **From 2015 through the present**, the job descriptions for the employment positions held by RANDY SMITH, GREG LONGINO, and LACEY KELLEY, with respect to their employment by ST. TAMMANY PARISH SHERIFF, ST. TAMMANY SHERIFF'S OFFICE, ST. TAMMANY PARISH, and/or ST. TAMMANY PARISH JAIL.

2. **<u>From 2015 through the present</u>**, whether RANDY SMITH, GREG LONGINO, and LACEY KELLEY had policymaking authority with respect to conditions of confinement at the ST. TAMMANY PARISH JAIL, and the scope of such policymaking authority.

15. **<u>From 2015 through the present date</u>**, identification of any complaints or concerns from any source (including but not limited to guards, corrections officers, inmates, oversight agencies, accrediting agencies, certification agencies, government agencies, or government officials), regarding the conditions of confinement in the holding cells or the treatment of inmates in the holding cells." (emphasis added)

Your clients were held in holding cells at the St. Tammany Parish Jail between June 17, 2019 – January 4, 2020. Accordingly, the only time periods relevant to your clients' claims are at most the years 2019 and 2020. We therefore believe that the proper scope of a 30(b)(6) on conditions of confinement within the holding cells should be 2019 and 2020. There is nothing germane, relevant or proportional to the needs of your clients' case with regard to the years of 2015, 2016, 2017, 2018, 2021 or 2022.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
**firm:** (985) 292-2000
**fax:** (985) 292-2001
**cell:** (985) 285-8779
**email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Thursday, October 20, 2022 6:27 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Chad,

Thank you for your email. As you know, Fed.R.Civ.P. 30(b)(6) required me to "describe with reasonable particularity the matters for examination," which I did.

The Sheriff's objection is "that the scope of your clients' 30(b)(6) notice is far too broad, and is thus not relevant not relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." As such, so that I can review and better

understand the Sheriff's objection and be prepared to discuss the issue with you, please provide me with specific information instead of just the boilerplate language:

1. Which specific matters for examination are too broad?
2. Which specific matters for examination are not relevant to any party's claim or defense?
3. Which specific matters for examination are not proportional to the needs of the case considering the importance of the issues at stake in the action?
4. Which specific matters for examination are not proportional to the needs of the case considering the amount in controversy?
5. Which specific matters for examination are not proportional to the needs of the case considering the parties' relative access to relevant information?
6. Which specific matters for examination are not proportional to the needs of the case considering the parties' resources?
7. Which specific matters for examination are not proportional to the needs of the case considering the importance of the discovery in resolving the issues?
8. Which specific matters for examination impose a burden that outweighs its likely benefit, and what is the specific burden?
9. Which specific matters for examination impose an expense that outweighs its likely benefit, and what is the expense that would be incurred?

I look forward to reviewing your anticipated detailed response so that we can resolve this matter in the most efficient way possible and assist the Court in its future analysis.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Thursday, October 20, 2022 4:55 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>; Kenneth Whittle <kwhittle@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Devon

It is the custom and practice in the Eastern District for counsel to attempt to resolve discovery disputes with a telephone conference prior to filing any motions with the court, such conferences are called Rule 37 conferences.

That is why I suggest that we talk, so that we can attempt to resolve this issue.

Specifically, I would like to discuss the Sheriff's belief that the scope of your clients' 30(b)(6) notice is far too broad, and is thus not relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

Given the dates you provided below, let's plan on talking on October 25, 2022, at 10:30 a.m. (central time)/11:30 a.m. (eastern time). I will call you.

We would of course welcome you to narrow the scope of the Notice of 30(b)(6) Deposition before then, which may make our discussion unnecessary.

In any event, if we are unable to agree to the proper scope of this 30(b)(6) deposition, we will be compelled to file a motion for protective order with the Court.

Since you have indicated that you wish to take the 30(b)(6) deposition before taking any other depositions, I suppose we will need to resolve this issue before addressing any other depositions.

If, however, you would like to go forward with the deposition of any other individuals, let me know.

Thank you in advance, I look forward to talking with you next week.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** **ccollings@millinglaw.com**

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Wednesday, October 19, 2022 12:39 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Hi Chad:

Thank you for your email.

I did not serve a "proposed" 30(b)(6) notice of deposition. Rather, I served a 30(b)(6) notice of deposition. Regarding your request "that we get a notice of 30(b)(6) that all the parties can agree to," there is no such requirement. Rather, Fed.R.Civ.P. 26, not the parties collectively, set the scope of discovery.

I am not sure what you mean by a "Rule 37 Conference," as there is no such conference referenced in Fed.R.Civ.P. 37. However, based on your statement that my notice of deposition was merely a "proposed" notice of deposition, and since Rule 37 discusses discovery issues, i.e., the failure of a party to attend a properly noticed deposition, I am going to assume that you would like to discuss something about the notice of deposition.

As to unilaterally scheduling a conference with me for Monday at 3 PM CST, while I would be more than happy to discuss anything with you that you might want to discuss related to this case, the accepted practice is to request opposing counsel's availability for same. Of course, I will always extend you the same courtesy. I am presently available on October 20, 21, 25 or 26.

As to the scheduling of depositions, while I appreciate Lacey Kelley's immediate availability, as I indicated in my email, I will be attending and conducting these depositions in person. As such, in accordance with Fed.R.Civ.P. 1's directive that the Federal Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and <u>inexpensive</u> determination of every action and proceeding," I will again request that we work together to set a deposition schedule of consecutive dates to keep the costs in check. In this regard, <u>Day 1</u> will be the 30(b)(6) deposition. <u>Day 2</u> will be the individuals who I would like to question in the following order: O'Keefe, Longino, Lacey, and then Smith.

Regarding your apparent objection to the notice of deposition to Greg Longino, pursuant to Fed.R.Civ.P. 30(a)(1), "A party may, by oral questions, depose any person, including a party, without leave of court except[.]" As such, whether or not claims remain pending against the deponent is not relevant.

Regarding the notice of deposition for Richard O'Keefe, Jr., thank you for catching my oversight. Attached is a notice of deposition for Mr. O'Keefe.

Regarding your speculation that Randy Smith "is very unlikely to have very first-hand knowledge about any of the plaintiffs' claims," respectfully, that is one of the purposes of a deposition – to find out what he knows. Moreover, "very first-hand knowledge" is neither the legal standard nor the burden of proof that Plaintiffs need to meet in order to establish liability against Smith. As Smith was not dismissed from the lawsuit and remains a defendant, he is subject to discovery just like any other party. Moreover, Smith is a defendant in both his <u>individual</u> and official capacities. A 30(b)(6) deposition, however, is largely focused on Monell issues. Having said this, I would be willing to consider not conducting Smith's deposition if Smith will agree to stipulate to his personal involvement in all of the alleged unconstitutional conduct.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Tuesday, October 18, 2022 8:04 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Deposition Notices Attached

Devon

After having reviewed your proposed notice of 30(B)(6) deposition for the STPSO, I am scheduling a Rule 37 Conference with you on Monday, October 24, 2022 at 3 pm (Central Time).

Please feel free to attend by telephone, and if this time is not convenient, please provide a good time to reschedule.

With respect to the Notice of Deposition for Lacey Kelly, of the dates I originally provided on October 7, 2022, the following dates are still good on our end:

October 27, 2022
October 31, 2022
November 4, 2022

Do you no longer wish to depose Maj. O'Keefe?

Regarding Greg Longino, please recall that all claims against him were dismissed, so I must ask, why are you asking to take his deposition?

Finally, regarding your desire to depose the Sheriff, I would suggest that he is very unlikely to have very first-hand knowledge about any of the plaintiffs' claims, and thus I would suggest that we get a notice of 30(b)(6) that all the parties can agree to, get that deposition taken, and then re-visit if there is in fact a need for the Sheriff's deposition.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** **ccollings@millinglaw.com**

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the

taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Tuesday, October 18, 2022 12:42 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>
**Subject:** ST. TAMMANY: Deposition Notices Attached
**Importance:** High

Hi Chad:

Attached are Notices of Deposition for Randy Smith, Greg Longino, Lacey Kelley, and the St. Tammany Parish Sheriff's Office. I left the dates/times blank so that we can discuss and agree on same. I will conduct these depositions in person in your office. I would like to conduct them on two consecutive dates with the Sheriff's Office on day one, and then Greg Longino, Lacey Kelley, and Randy Smith on day two in that order. Thank you.

Sincerely,

Devon


**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**Jacob Litigation**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com


"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).* Supporting the profession of law enforcement by holding it accountable to the people.

---

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.