**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * * * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual** | * * * | **JURY DEMAND** |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual** | * * * * * | **COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **capacity** | * | **ALL CASES** |
| **Defendants** | * | |

**************************************************************************

---

***JOINT* MOTION TO AMEND SCHEDULING ORDER**

---

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Ahmed Baqer, Klabert Joseph Guillot, Sr., Kevin Louviere, Terry M. Hall, Jr. and Floyd Williams, and Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, who respectfully request that this Court amend the scheduling order.

**I.**

At the request of Plaintiffs, this Honorable Court recently continued the trial date of this matter to June 5, 2022, and re-set the pre-trial conference to May 11, 2023.[1]

**II.**

The Parties respectfully request that certain pre-trial deadlines be re-set. Specifically, the parties request the following new deadlines be set by this Honorable Court in this matter:

1. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **January 30, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

2. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiffs as soon as possible, but in no event later than **February 27, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

3. Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **February 27, 2023.**

4. Depositions for trial use shall be taken and all discovery shall be completed no later than **March 15, 2023.**

5. All non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, shall be filed in sufficient time to permit a submission date of **April 4, 2023**.

**WHEREFORE,** considering the foregoing, Plaintiffs, Ahmed Baqer, Klabert Joseph Guillot, Sr., Kevin Louviere, Terry M. Hall, Jr. and Floyd Williams, and Defendants, St. Tammany

[1] *See* R. Doc. 186.

Parish Sheriff Randy Smith and Lacey Kelly, respectfully request that this Honorable Court re-set the pre-trial deadlines as set forth above.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

s/ Chadwick W. Collings

**CHADWICK W. COLLINGS, T.A. # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
***Counsel for defendants***

***– And –***

s/ Devon M. Jacob

**DEVON M. JACOB, T.A. PA Bar: 89182**
**Jacob Litigation, Inc.**
**P.O. Box 837**
**Mechanicsburg, PA 17055-0837**
**(717) 796-7733**
**djacob@jacoblitigation.com**
***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Monday, November 28, 2022, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**