**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.**<br>**Plaintiffs** | * | **NO. 2020-CV-980** |
| **VERSUS** | * | **JUDGE VITTER** |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity**<br>**Defendants** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND** |

******************************************************************************

*Considering the Joint Motion to Amend Scheduling Order;*

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the following pre-trial deadlines in this matter are re-set as follows:

1. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **January 30, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

2. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiffs as soon as possible, but in no event later than **February 27, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

3. Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **February 27, 2023.**

4. Depositions for trial use shall be taken and all discovery shall be completed no later than **March 15, 2023.**

5. All non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, shall be filed in sufficient time to permit a submission date of **April 4, 2023**.

6. All other deadlines remain in effect.

New Orleans, Louisiana, this _____ day of November, 2022.

________________________________
**U.S. DISTRICT COURT JUDGE**