**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br>**ALL CASES** |
| **Defendants** | * | |

*******************************************************************************

**ORDER**

**CONSIDERING**, the *Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Protective Order* filed by Defendants, Sheriff Randy Smith and Lacey Kelly;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Defendants *Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Protective Order* is **HEREBY GRANTED**, and that Defendants' Reply Memorandum in Support of their Motion for Protective Order shall be filed into the record.

New Orleans, Louisiana, this _____ day of November, 2022.

______________________________________

**UNITED STATES MAGISTRATE JUDGE**