**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

***Consolidated with***

| | |
|---|---|
| **KEVIN LOUVIERE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1840-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

**ORDER**

Considering the *Joint* Motion to Amend Scheduling Order (R. Doc. 189) and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Amended Scheduling Order (R. Doc. 175);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED as modified.** The Amended Scheduling Order (R. Doc. 175) is hereby **AMENDED** with respect to the following deadlines:

1. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **January 30, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).
2. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and

delivered to counsel for Plaintiffs as soon as possible, but in no event later than **February 27, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

3. Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff, shall be obtained and delivered to counsel for Defendant no later than **March 13, 2023.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.
4. Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **February 27, 2023.**
5. Depositions for trial use shall be taken and all discovery shall be completed no later than **March 15, 2023**.
6. All non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, shall be filed in sufficient time to permit a submission date of **April 4, 2023.**

New Orleans, Louisiana, November 29, 2022.

Wendy B. Vitter

**WENDY B. VITTER**
**United States District Judge**