**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual** | * | **JURY DEMAND** |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual** | * | **COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **capacity** | * | **ALL CASES** |
| **Defendants** | * | |

**************************************************************************

**ORDER**

**CONSIDERING**, the *Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Protective Order* filed by Defendants, Sheriff Randy Smith and Lacey Kelly;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Defendants *Motion for Leave to File Reply Memorandum in Support of Defendants' Motion for Protective Order* is **HEREBY GRANTED**, and that Defendants' Reply Memorandum in Support of their Motion for Protective Order shall be filed into the record.

New Orleans, Louisiana, this 30th day of November, 2022.

**UNITED STATES MAGISTRATE JUDGE**