**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., KLABERT JOSEPH GUILLOT, SR.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ST. TAMMYANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNSIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity**<br><br>**Defendants.** | **Case No. 2:20 cv 00980-WBV-DPC**<br><br>**Section: D(2)**<br><br>**Judge Vitter**<br><br>**Magistrate Currault**<br><br>**Consolidated with *Louviere v. St. Tammany Parish Government,***<br>**No.: 20-01840-WBV-DPC, Section: D(2)** |

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned counsel hereby moves this Court pursuant to Local Rule 83.2.5 for the admittance *pro hac vice* of Samantha A. Harton to appear on behalf of Plaintiffs AHMED BAQER, KLABERT JOSEPH GUILLOT, JR.; and KLABERT JOSEPH GUILLOT, SR. In support thereof, the undersigned states as follows:

1. Samantha A. Harton (Illinois ARDC No. 6332303) is an associate attorney at Romanucci & Blandin, LLC, 321 N. Clark Street, Suite 900, Chicago IL 60654.

2. Ms. Harton is a licensed attorney and a member in good standing of the Supreme

Court of the State of Illinois. *See Letter of Good Standing, attached hereto as Exhibit "A."*

3. Ms. Harton has never been subject to disciplinary proceedings, including suspension or disbarment, in any of the aforementioned courts, nor are there pending grievances or other criminal matters pending against her.

4. Ms. Harton has familiarized herself with all applicable rules of conduct, including the Local Rules for the United States District Court for the Eastern District of Louisiana

5. Ms. Harton consents to electronic filing in the Eastern District of Louisiana's Electronic Case Filing System. *See EDLA Consent to Electronic Filing, attached hereto as Exhibit "B.*

6. Ms. Harton has requested e-filing privileges through PACER in conjunction with the instant request to appear *pro hac vice*.

7. Ms. Harton will litigate the instant matter with Maria B. Glorioso, member in good standing of the bar of the United States District Court for the Eastern District of Louisiana, serving as co-counsel.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court enter an Order granting admission *pro hac vice* to the bar of the Eastern District of Louisiana to appear on behalf of Plaintiffs AHMED BAQER, KLABERT JOSEPH GUILLOT, JR.; and KLABERT JOSEPH GUILLOT, SR., and for any other relief this Court deems just and proper.

Respectfully submitted,

/s/ Maria B. Glorioso___
Attorneys for Plaintiffs

Maria B. Glorioso (#24435) T.A.
**The Glorioso Law Firm**
2716 Athania Parkway
Metairie, LA 70002
Telephone: (504) 569-9999
Facsimile: (504) 569-9022
maria@gtorts.com

Samantha A. Harton (#6342112)
**Romanucci & Blandin, LLC**
321 N. Clark, Suite #900
Chicago, IL 60654
312-253-1000 telephone
(312) 450-1004 facsimile
sharton@rblaw.net

## CERTIFICATE OF SERVICE

I certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Maria B. Glorioso _
Maria B. Glorioso