**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., KLABERT JOSEPH GUILLOT, SR.** | * * * * | **CIVIL CLASS ACTION** |
| **Plaintiffs,** | * * | **No.: 2:20 cv 00980** |
| **v.** | * * | **Section: D(2)** |
| **ST. TAMMYANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNSIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity** | * * * * * * * * | **Judge Vitter**<br><br>**Magistrate Currault**<br><br>**Consolidated with *Louviere v. St. Tammany Parish Government,* No.: 20-01840-WBV-DPC, Section: D(2)** |
| **Defendants.** | * * | |

******************************************************************************

**ORDER**

Considering the foregoing Motion to Appear *Pro Hac Vice:*

Said Motion is HEREBY GRANTED and Samantha A. Harton of Romanucci & Blandin, LLC,. is admitted *pro hac vice* to practice in the United States District Court for the Eastern District of Louisiana on behalf of plaintiffs AHMED BAQER, KLABERT JOSEPH GUILLIOT, JR. AND KLABERT JOSEPH GUILLOT, SR.

**New Orleans, Louisiana**, this _____ day of ______ , 2022.

______________________________
**JUDGE**