**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., KLABERT JOSEPH GUILLOT, SR.**<br><br>**Plaintiffs,**<br>**v.**<br><br>**ST. TAMMYANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNSIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity**<br><br>**Defendants.** | **Case No. 2:20 cv 00980-WBV-DPC**<br><br>**Section: D(2)**<br><br>**Judge Vitter**<br><br>**Magistrate Currault**<br><br>**Consolidated with *Louviere v. St. Tammany Parish Government,* No.: 20-01840-WBV-DPC, Section: D(2)** |

**AFFIDAVIT IN SUPPORT OF *PRO HAC VICE* ADMISSION**

The undersigned counsel hereby provides this Court with an affidavit pursuant to Local Rule 83.2.5 supporting the admittance *pro hac vice* of Samantha A. Harton, by which Ms. Harton states the following under oath and penalty of perjury:

1. I, Samantha A. Harton (Illinois ARDC No. 6342112), am an associate attorney at Romanucci & Blandin, LLC, 321 N. Clark Street, Suite 900, Chicago IL 60654.

2. I am a licensed attorney and a member in good standing of the bar of the United States District Courts for the Northern District of Illinois. *See Letter of Good Standing, attached hereto as Exhibit "A."* I am also a member in good standing of the bars of the United States District

Courts for the Central District of Illinois, Eastern District of Wisconsin, and Northern District of Illinois.

3. I have never been subject to disciplinary proceedings, including suspension or disbarment, in any of the aforementioned courts, nor are there pending grievances or other criminal matters pending against her.

4. I make these statements voluntarily, under oath, and under penalty of perjury.

Samantha A. Harton

12 — 16 — 22