**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br>**ALL CASES** |
| **Defendants** | * | |

******************************************************************************

**MOTION FOR PROTECTIVE ORDER**

**NOW COME** Defendants, Sheriff Randy Smith and Lacey Kelly, to respectfully move this Honorable Court for a protective order, stating that they are not required to respond to Plaintiffs' Rule 30(b)(6) Notice. Additionally, Defendants seek an order quashing the depositions of Sheriff Randy Smith, Lacey Kelly, Greg Longino and Richard O'Keefe, Jr. The grounds for this motion are set forth in the attached memorandum in support.

Undersigned counsel certifies that he has conferred with plaintiffs' counsel in a good faith effort to address the issues raised in this motion, but counsel was unable to agree on a resolution.[1]

**WHEREFORE**, Defendants, Sheriff Randy Smith and Lacey Kelly pray that this motion for protective order be granted and that this Honorable Court issue an order stating that Defendants,

[1] *See* Rule 37 Certification, attached herein as Exhibit "1".

Sheriff Randy Smith and Lacey Kelly are not required to respond to Plaintiffs' Rule 30(b)(6) Notice seeking information regarding individuals who are not parties to this action as well as any and all requests for irrelevant and overly burdensome information. Defendants pray that this Honorable Court grant the order and quash the arbitrarily noticed depositions of Sheriff Randy Smith, Lacey Kelly, Greg Longino and Richard O'Keefe, Jr. Defendants further pray that Plaintiffs be awarded attorney fees and costs associated with the filing of this Motion.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

**s/ Chadwick W. Collings**
**CHADWICK W. COLLINGS, T.A. # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
***Counsel for defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Wednesday, December 28, 2022, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

**s/ Chadwick W. Collings**
**Chadwick W. Collings**