**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br>**ALL CASES** |
| **Defendants** | * | |

******************************************************************************

**<u>RULE 37 CERTIFICATION</u>**

Undersigned counsel for Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, in compliance with Rule 37 of the Federal Rules of Civil Procedure, certifies that he has conferred with opposing counsel in an attempt to resolve the discovery dispute regarding Defendants' objections to Plaintiffs' arbitrarily scheduled 30(b)(6) deposition of the STPSO, along with the arbitrarily scheduled depositions of Greg Longino, Lacey Kelly, Sheriff Randy Smith and Richard O'Keefe, Jr., as well as certain topics covered by Plaintiffs' 30(b)(6) notice. Notwithstanding undersigned counsel's efforts to resolve this discovery issue, they remain in dispute.

**Respectfully submitted,**


**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*________________
**CHADWICK W. COLLINGS, T.A. # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
***Counsel for defendants***


**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Wednesday, December 28, 2022, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**