**Kenneth Whittle**

---

| | |
|---|---|
| **From:** | Devon M. Jacob <DJacob@jacoblitigation.com> |
| **Sent:** | Tuesday, December 6, 2022 8:59 AM |
| **To:** | Chadwick Collings |
| **Cc:** | Michaela Boudreaux; Bhavani Raveendran (b.raveendran@rblaw.net); Maria Glorioso; Antonio M. Romanucci (aromanucci@rblaw.net); Kenneth Whittle; Sam Harton |
| **Subject:** | RE: 2:20-cv-00980-WBV-DPC Baqer et al v. St. Tammany Parish Government et al |

Hi Chad,

Thank you for your email. I will confer with my litigation team regarding a revised NOD and then reissue it shortly. Please stay tuned.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Monday, December 5, 2022 7:46 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** 2:20-cv-00980-WBV-DPC Baqer et al v. St. Tammany Parish Government et al

Devon

I trust by now you have seen the Court's ruling on our clients' motion for protective order (a copy of which attached for your convenience).

With this ruling now in hand, I would ask that you please re-issue your clients' notice of 30(b)(6) deposition in accordance with the court's ruling so that we can begin to identify the witness(es) who will testify on behalf of the STPSO.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.