## Kenneth Whittle

**From:** Chadwick Collings
**Sent:** Thursday, December 15, 2022 6:22 PM
**To:** Devon M. Jacob
**Cc:** Michaela Boudreaux; Bhavani Raveendran (b.raveendran@rblaw.net); Maria Glorioso; Antonio M. Romanucci (aromanucci@rblaw.net); Kenneth Whittle; Sam Harton; Chadwick Collings
**Subject:** RE: 2:20-cv-00980-WBV-DPC Baqer et al v. St. Tammany Parish Government et al
**Attachments:** ATTACHMENT A to NOD 12-13-2022.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Counsel

I am somewhat surprised that rather than narrow the scope of the 30(b)(6) notice as we requested, you have in fact expanded it.

We are going to have to study this in more detail to determine if this information is even available and even assuming that it is, whether this discovery is proportional to the needs of the case. This analysis may of course compel us to file another motion for protective order.

Let me know if you would like to proceed with some of the other fact witnesses in the interim.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☏ **firm:** (985) 292-2000
☏ **fax:** (985) 292-2001
☏ **cell:** (985) 285-8779
✉ **email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Tuesday, December 13, 2022 3:28 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>
**Subject:** RE: 2:20-cv-00980-WBV-DPC Baqer et al v. St. Tammany Parish Government et al

Hi Chad,

Thank you for your patience while I revised the Topics for Examination in accordance with the Court order, and while I added several additional topics for examination that your prior scrutiny led me to think of. Attached is the amended document.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Monday, December 5, 2022 7:46 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** 2:20-cv-00980-WBV-DPC Baqer et al v. St. Tammany Parish Government et al

Devon

I trust by now you have seen the Court's ruling on our clients' motion for protective order (a copy of which attached for your convenience).

With this ruling now in hand, I would ask that you please re-issue your clients' notice of 30(b)(6) deposition in accordance with the court's ruling so that we can begin to identify the witness(es) who will testify on behalf of the STPSO.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** **ccollings@millinglaw.com**

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in

Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.