**Kenneth Whittle**

---

| | |
|---|---|
| **From:** | Devon M. Jacob <DJacob@jacoblitigation.com> |
| **Sent:** | Monday, December 19, 2022 9:43 PM |
| **To:** | Chadwick Collings |
| **Cc:** | Michaela Boudreaux; Bhavani Raveendran (b.raveendran@rblaw.net); Maria Glorioso; Antonio M. Romanucci (aromanucci@rblaw.net); Kenneth Whittle; Sam Harton; Chadwick Collings |
| **Subject:** | Re: ST. TAMMANY: Notices of Deposition: Depositions Scheduled |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Chad:

Please stop with your attempts to obstruct discovery, i.e., threats of frivolous motions, attempts to force Interrogatories on me, attempts to prevent the 30(b)(6) deposition from occurring before the individuals, and attempts to impose an alternative witness order on me. You had two full months to prepare for the 30(b)(6) and will have an additional month to do so (meaning a full quarter of a year in total). Your clients have a full month to adjust their schedules. The depositions will be conducted in the order that I set.

As I have repeated numerous times, however, I would be more than happy to reschedule the depositions to any two consecutive days, even right up to the discovery deadline (as long as you provide sufficient time for me to obtain the transcripts and have them reviewed by my expert). Since it looks like you are focusing on January 11th and 12th, I will hold those dates on my calendar. Of course, I will wait to hear back from you confirming that the scheduled depositions can be shifted to those dates before I will withdraw and reissue notices.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**Jacob Litigation**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com

"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).* Supporting the profession of law enforcement by holding it accountable to the people.

---

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Monday, December 19, 2022 5:31:08 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Counsel

I have confirmed that Greg Longino is available to be deposed here in my office on January 11, 2023.

I have confirmed that the Sheriff is available to be deposed here in my office on January 12, 2023 at 9:30 a.m.

I have confirmed that Lacey Kelley and Sammy O'Keefe are available to be deposed here in my office on January 11, 2023 and/or January 12, 2023.

I have **not**, however, confirmed that (a) my client has all of the information requested in your most recently revised notice of 30(b)(6) deposition; and (b) assuming that the STPSO does have all of the information requested in your most recently revised notice of 30(b)(6) deposition, who would be the most knowledgeable witness(es) to testify as to those topics and their availability for same.

We therefore cannot give you available dates for the 30(b)(6) deposition at present. We hope to be able to answer these two questions within the next few days.

In the interim, I would again request that you withdraw the arbitrarily issued notice of 30(b)(6) deposition and the notices of depositions for the four individuals (Sheriff, Longino, Kelley and O'Keefe) and reissue the notices for the four individual witnesses (Sheriff, Longino, Kelley and O'Keefe) on the dates provided above, if you have not done so by tomorrow, we will be forced to file the motions to quash/motions for protective order as to all five depositions as we discussed last week.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Friday, December 16, 2022 1:34 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** Re: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Chad, I literally offered to reschedule the depositions to any dates that you want but you have yet to tell me what dates you want or even when you will be able to commit to dates.

If you want to burden an already busy Court with a motion arguing that "Plaintiffs have offered to reschedule depositions to literally any date that the Defendants request, but Plaintiffs are being unreasonable because they are only willing to reschedule if Defendants agree to provide them with sufficient time to obtain the transcripts and have them reviewed by their expert," I can't stop you.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**Jacob Litigation**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com

"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).* Supporting the profession of law enforcement by holding it accountable to the people.

---

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under

the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Friday, December 16, 2022 1:54:58 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Devon

I am done debating this issue with you.

The facts are very clear, you have arbitrarily noticed depositions in this case for dates that you did not clear with me in advance and which I have I have now informed you are not available.

Further, you have not agreed to reschedule them to dates that I have informed you that I am available.

I find your conduct to be unprofessional and contrary to your obligations as an officer of the court.

You have until close of business on Monday, December 19, 2022, to reconsider.

If you have not confirmed by then that you have withdrawn the notices for these depositions that you unilaterally scheduled for January 5 and 6, we will move forward with our motion to quash/motion for protective order.

Until then, there is nothing further for us to discuss.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** **ccollings@millinglaw.com**

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Friday, December 16, 2022 12:42 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick

Collings <ccollings@millinglaw.com>
**Subject:** Re: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Chad,

As I have said, I can't question the individuals until we do the 30(b)(6). It's simply commonsense that you can't confront someone about a policy that they were supposed to follow if you haven't discovered the policy or practice yet.

Getting dates from your clients has historically taken weeks/months. If you will recall, when I asked to schedule depositions, you refused to provide dates until after plaintiffs' depositions were scheduled. Then you drug your feet again.

While I set dates merely because the litigation deadlines are approaching, I said that I will happily reschedule. So, the unilateral scheduling is not the issue. The issue is that you have not proposed two alternative dates. I await your proposed alternative dates.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**Jacob Litigation**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com

"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).* Supporting the profession of law enforcement by holding it accountable to the people.

---

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Friday, December 16, 2022 1:21:12 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net)

<aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Devon

I honestly don't know why this has to be so difficult.

I would begin by reminding you that we provided available dates for Kelley and O'Keefe's depositions two months ago (see attached), and you decided that you did not wish to proceed with their individual depositions at that time. Therefore it is difficult for us to understand how you can seek to justify your conduct by arguing that you are now somehow prejudiced by the discovery cut-off next month, a date that has been re-set multiple times at your request.

It is very simple, you have arbitrarily noticed five depositions in this matter without clearing the dates with me in advance and are now making demands upon me before your agree to reschedule them to dates that are available.

That is simply not how I practice law, nor do I suspect will the Court permit it.

As you have left us with no alternative, we will move forward with our motion to quash/motion for protective order regarding these arbitrarily noticed depositions and we will be seeking costs and fees for having to do so.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** **ccollings@millinglaw.com**

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Friday, December 16, 2022 12:01 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>
**Subject:** RE: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Chad,

As I have repeatedly stated, in light of the pending litigation deadlines, the depositions are scheduled, but to avoid any burden or inconvenience, I would be more than happy to work in good faith, both professionally and diligently, to reschedule the depositions to two other consecutive dates – the three dates that you provided or other dates that you might provide (as long as you agree to extend the expert deadline to accommodate your request).

As to the topics, you already had 2 months to prep on the original topics. So, you might want to first verify that with an additional month, you cannot prep a witness on 8 topics. I suspect that the Court will agree that 3 months to prep for a 30(b)(6) deposition is more than reasonable. And, it will not be lost on the Court that Interrogatory responses would take the same research, and be due in the same amount of time. So, there is that issue.

But, unfortunately, I cannot stop you from filing frivolous motions to obstruct discovery.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Friday, December 16, 2022 12:44 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Devon

If you are taking the position that, despite the fact that we have given you three alternative dates and asked if you needed more, you are indeed arbitrarily noticing these depositions for January 5 and 6th, we will file a motion to quash and we will seek attorney fees and costs,

Please confirm that this is in fact your position.

Further, I do not see much point in continuing to debate whether the changes you made in your client's most recent notice are "significant."

We take the position that they are significant and require additional time on our end to run down.

If you insist upon moving forward with a 30(b)(6) deposition per this most recent notice on January 5 or 6th, we will seek a motion to quash and/or a motion for protective order and seek attorney fees and costs.

In lieu of this motion practice, I would again propose that you either convert many of the topics in your most recent notice of 30(b)(6) deposition to interrogatories and/or go back to your original notice of 30(b)(6) deposition (as modified by the Court's ruling on our motion for protective order) in order to move this process along more expeditiously.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row

Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** **ccollings@millinglaw.com**

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Friday, December 16, 2022 11:34 AM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>
**Subject:** RE: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Chad,

Regarding the scheduling of the depositions and whether I will agree to reschedule, please see my prior emails. The dates are 3-4 weeks out. You have three reasonable options. Your clients will need to make one of the three options work or seek a protective order because we need to comply with the present litigation deadlines.

Regarding the few additional topics, respectfully, they are hardly "significant" additions:

1. Whether the holding cells were designed for short-term confinement or long-term confinement, how they differ from other cells, and why; **[Sheriff doesn't know the purpose of a holding cell and how they differ from other cells??]**
2. any policy, standard, or inmate handbook noting how the holding cells would be used; **[Sheriff doesn't know his own policies??]**
3. any policy, standard, or inmate handbook noting the physical requirements of the holding cells such as the amount of floor space per inmate; **[Sheriff doesn't know his own policies??]**
4. the occupancy numbers for the holding cells; **[Should be posted on the wall and would not change]**
5. knowledge in 2019-2020 that overcrowded facilities increase the risk to safety and security for prisoners and/or guards; **[Commonsense, no??]**
6. policy, practice, or standard of care in place to ensure that inmates in holding cells are provided with clean water, and the opportunity to clean their bodies prior to eating or after using the bathroom; **[Sheriff doesn't know his own policies??]**
7. In 2019-2020, any required weekly, monthly or annual sanitation inspections; **[If they were required, the Sheriff would already know and have the records.]**
8. For 2019-2020, the administrative process or procedure used to track and document complaints or concerns. **[directly relevant to the court ordered revision.]**

Of course, you are always free to argue to the Court that despite the preparation and investigation that should have taken place during the past two months (for the original notice), the above represents an undue burden.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Friday, December 16, 2022 11:58 AM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Devon

As I said, I am not available on January 5th, so that date is not available.

Further, I am not **choosing** January 11, 12 and/or 13th, I am simply letting you know that those dates are available on my calendar and I am going to confirm that they are available for the individual witnesses and get back to you. If you need additional alternative dates, let me know.

As to the notice of 30(b)(6) deposition, you made the conscious decision to make significant additions to your original notice which will require significant effort on our end to ascertain if the newly requested information is available and if so, who should be the proper designee.

If you would like to simply go back to the original notice of 30(b)(6) deposition (as modified by the Court's ruling on our motion for protective order), I suspect we can secure a date much sooner.

Let me know.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the

taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Friday, December 16, 2022 10:41 AM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>
**Subject:** RE: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Chad,

Respectfully, you have had the list of the non-objectionable topics since October 18th, nearly 2 months. I only added a few very specific topics. My clients will not be penalized for your clients' failure to diligently prepare for the deposition. Regardless, you have several additional weeks in which to do so.

On or before 12/19, I will let you decide on which two dates the depositions will be conducted. After that date, the depositions will remain as scheduled. If you select the 11th, 12, and 13th, I will only agree to reschedule the depositions to those dates if you agree to extend Plaintiffs' expert disclosure deadline by one week to permit sufficient time to obtain the transcript and for my expert to review same. The three options are:

January 5th and 6th
January 11th and 12th
January 12th and 13th

Thank you.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Sent:** Friday, December 16, 2022 11:21 AM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>; Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Devon

I am not available on January 5.

I am available on January 11, 12, and 13.

I will check with Longino, Kelly, O'Keefe and the Sheriff as to their availability on those three dates and get back to you.

As I do not yet know who will be the designee for the 30(b)(6) deposition, I cannot commit to any day for this deposition at this point.

The first thing we have to do with respect to your new is to try and determine if all of the information you are now requesting a corporate representative to testify on is even available.

Once that is done, then we can determine who the designee will be.

We will try to get that done as soon as possible.

I would propose an alternative to you, perhaps you can remove much of what you have in the 30(b)(6) deposition notice by converting many of your topics into interrogatories. You will get the same information either way.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☏ **firm:** (985) 292-2000
☏ **fax:** (985) 292-2001
☏ **cell:** (985) 285-8779
✉ **email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Devon M. Jacob <DJacob@jacoblitigation.com>
**Sent:** Friday, December 16, 2022 10:09 AM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Maria Glorioso <maria@gtorts.com>; Antonio M. Romanucci (aromanucci@rblaw.net) <aromanucci@rblaw.net>; Kenneth Whittle <kwhittle@millinglaw.com>; Sam Harton <sharton@rblaw.net>
**Subject:** ST. TAMMANY: Notices of Deposition: Depositions Scheduled

Hi Chad:

In light of how difficult it has been to get depositions scheduled, and more importantly, with a discovery deadline of January 19th, and Plaintiffs' expert disclosures due January 30th, I am noticing the depositions for January 5th and 6th, 2023, as indicated in the attached notices of deposition. As these dates are a few weeks out, schedules should be able to be adjusted to

accommodate. Moreover, as you have had the majority of the 30(b)(6) topics for several weeks now and knew that you only had a single objection to be decided, I am going to assume that you have been working diligently to both locate and prepare an appropriate representative. As to the few additional topics, they are specific, closely related to other topics, and certainly not objectionable. I would assume that the representative for the other topics will likely cover those as well.

I always do my best to avoid having to unilaterally notice depositions. As such, if there are two consecutive alternative dates that you would like me to consider, please provide the dates to me on or before December 19th, and I would be happy to consider rescheduling the depositions accordingly. Otherwise, after December 19th, I will be finalizing my travel plans and related logistics.

Thank you.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**Jacob Litigation**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com

"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).*Supporting the profession of law enforcement by holding it accountable to the people.

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in

Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.