**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, et al.,** | * | |
| **Plaintiffs;** | * | |
| | * | **DEMAND FOR JURY** |
| **v.** | * | |
| | * | **No.: 2:20-cv-00980-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT,** | * | **DISTRICT JUDGE:** |
| **et al.,** | * | **WENDY B. VITTER** |
| **Defendants.** | * | **SECTION "D"** |
| | * | |
| | * | **MAGISTRATE JUDGE:** |
| | * | **DONNA PHILLIPS CURRAULT** |
| | * | **SECTION "2"** |
| | * | |

**************************************************************************

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KEVIN LOUVIERE, et al.,** | * | |
| **Plaintiffs;** | * | |
| | * | **DEMAND FOR JURY** |
| **v.** | * | |
| | * | **No.: 2:20-cv-01840-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT,** | * | **DISTRICT JUDGE:** |
| **et al.,** | * | **WENDY B. VITTER** |
| **Defendants.** | * | **SECTION "D"** |
| | * | |
| | * | **MAGISTRATE JUDGE:** |
| | * | **DONNA PHILLIPS CURRAULT** |
| | * | **SECTION "2"** |
| | * | |

**************************************************************************

# NOTICE OF VIDEO DEPOSITION

**************************************************************************

**TO: GREG LONGINO**

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs' counsel will conduct your deposition in the above-captioned matter. The deposition will be conducted on **Friday, January 6, 2023, starting at 11:30 AM CDT, at Milling, Benson & Woodward, LLP, 68031 Capital Trace Row, Mandeville, LA 70471.**

The deposition will be conducted upon oral examination for use in accordance with Rule 32 of the Federal Rules of Civil Procedure, and the Court's Local Rules and Orders. The name of the court reporter company will be provided a few days prior to the deposition. A person authorized pursuant to Rule 28 of the Federal Rules of Civil Procedure will administer the oath; will record the deposition by stenotype machine, electronic or digital equipment, and/or voice writing; and will create a certified transcript. In addition, the deposition will be simultaneously audio and video recorded by Devon M. Jacob, Esquire, of Jacob Litigation, Inc., P.O. Box 837, Mechanicsburg, PA 17055-0837.

The deposition will be conducted in accordance with the Federal Rules of Civil Procedure and case law interpreting same. In this regard, your counsel and you should be aware of the following rules that will be enforced during the deposition:

**Speaking Objections Prohibited.** Pursuant to FED.R.CIV.P. 30(c)(2), objections must be stated concisely, and in a non-argumentative and non-suggestive manner. Speaking objections, or any other type of strategic interruption meant to undermine the purpose of the deposition, are prohibited. See, e.g., Hall v. Clifton Precision, 150 F.R.D. 525, 530 (E.D. Pa. 1993) ("Since most objections, such as those grounded on relevance or materiality, are preserved for trial, they need not be made. As for those few objections which would be waived if not made immediately, they should be stated pithily.")

**The Deponent (Not Counsel) May Seek Clarification of a Question.** As the Court in Hall held, "If the witness does not understand the question, or needs some language further defined or some documents further explained, the witness can ask the deposing lawyer to clarify or further explain the question. After all, the lawyer who asked the question is in a better position to explain the question than is the witness's own lawyer." See Hall, 150 F.R.D. at 528-30.

**The Deponent (Not Counsel) May Seek Clarification of a Document.** As the Court in Hall held, "If the witness does not recall having seen the document before or does not understand the document, the witness may ask the deposing lawyer for some additional information, or the witness may simply testify to the lack of knowledge or understanding. But there need not be an off-the-record conference between witness and lawyer in order to ascertain whether the witness understands the document or a pending question about the document." See Hall, 150 F.R.D. at 528-30.

**<u>Instructions not to Answer</u>.** Pursuant to FED.R.CIV.P. 30(c)(2), a person may instruct a deponent not to answer a question only when necessary to (1) preserve a privilege, (2) enforce a limitation ordered by the court, or (3) present a motion under Rule 30(d)(3). Otherwise, all questions must be answered.

**<u>Sanctions</u>.** Pursuant to FED.R.CIV.P. 30(d)(2), the court may impose an appropriate sanction—including the reasonable expenses and attorney's fees incurred by any party—on a person who impedes, delays, or frustrates the fair examination of the deponent.

**<u>Read and Sign</u>.** Pursuant to FED.R.CIV.P. 30(e)(1), I am requesting that you read and sign the transcript of your deposition that will be prepared. In this regard, thirty (30) days after being notified by the officer that the transcript or recording is available, you will be provided with an opportunity (1) to review the transcript or recording; and, (2) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them. If you do not timely and properly submit any changes in form or substance, it will be presumed that you agree that the transcript, both in form and in substance, is true and correct.

**<u>Objections to this Notice of Deposition</u>.** Pursuant to FED.R.CIV.P. 32(d)(1), any objection to a perceived error or irregularity related to this notice of deposition is waived unless it is promptly served in writing on undersigned counsel.

**<u>Objections to Officer</u>.** Pursuant to FED.R.CIV.P. 32(d)(2), any objection regarding the disqualification of the officer before whom the deposition will be taken is waived if not made (1) before the deposition begins, or (2) as soon as the disqualifying issue is discovered.

**Respectfully Submitted,**

***<u>/s/ Devon M. Jacob</u>*** **Date: December 16, 2022**

**DEVON M. JACOB, ESQUIRE**
PA Bar: 89182
Jacob Litigation, Inc., P.O. Box 837, Mechanicsburg, PA 17055-0837
(717) 796-7733 | djacob@jacoblitigation.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I served a copy of the First Amended Notice of Video Deposition to GREG LONGINO, to all counsel of record, via their email address of record.

***/s/ Devon M. Jacob*** **Date: December 16, 2022**
**DEVON M. JACOB, ESQUIRE**