## Kenneth Whittle

**From:** Chadwick Collings
**Sent:** Friday, October 7, 2022 11:48 AM
**To:** Devon M. Jacob; Maria Glorioso; Bhavani Raveendran (b.raveendran@rblaw.net)
**Cc:** Michaela Boudreaux; Chadwick Collings
**Subject:** 20-cv-00980-WBV-DPC Baqer et al v. St. Tammany Parish Government et al

Counsel

Lacey Kelly and Sammy O'Keefe are available on the following days for their depositions:

October 21, 24, 25, 27 or 31

November 1, 2, 3, or 4

Their depositions will take place here in my office in Mandeville.

Please let me know as soon as possible which of these dates work for you so that we can make sure they are put on the calendar before something else pops up.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.