**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br><br>**JURY DEMAND**<br><br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br><br>**ALL CASES** |
| **Defendants** | * | |

******************************************************************************

## ***EX-PARTE* MOTION FOR EXPEDITED CONSIDERATION ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sheriff Randy Smith and Lacey Kelly, who respectfully request that this Honorable Court consider, on an expedited basis, the Motion for Protective Order (R. Doc. 200), filed by Defendants.

Defendants have a compelling need for this Honorable Court's expedited consideration of their Motion for Protective Order (R. Doc. 200), which is currently scheduled for submission on January 18, 2023. Specifically, Plaintiffs in this matter have arbitrarily scheduled the 30(b)(6) deposition of the STPSO, as well as the depositions of Greg Longino, Lacey Kelly, Sheriff Randy Smith and Richard O'Keefe, Jr. for January 5, 2023, and January 6, 2023, over two (2) weeks

**before** the submission date for Defendants' Motion for Protective Order. Accordingly, Defendants pray that this Court should consider their Motion for Protective Order on an expedited basis.

**WHEREFORE,** Defendants respectfully request that this Honorable Court grant this motion, expediting its consideration of Defendants' Motion for Protective Order.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

**s/ Chadwick W. Collings**
**CHADWICK W. COLLINGS, T.A. # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
***Counsel for defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Wednesday, December 28, 2022, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

**s/ Chadwick W. Collings**
**Chadwick W. Collings**