UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 20-980 c/w 20-1840 |
| ST. TAMMANY PARISH GOVERNMENT, ET AL | * | SECTION "D" (2) |

**ORDER**

Considering the Motion for Expedited Consideration (ECF No. 201) of the Motion for Protective Order filed by Defendants Sheriff Randy Smith and Lacey Kelly (ECF No. 200),

IT IS ORDERED that Defendants' Motion for Expedited Consideration (ECF No. 201) is GRANTED.

IT IS FURTHER ORDERED that oral argument on the Motion for Protective Order (ECF No. 200) is hereby scheduled on WEDNESDAY, JANUARY 4, 2023, at 11:00 a.m. before Magistrate Judge Donna Phillips Currault, 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana. The hearing will be conducted in person, unless otherwise notified by the court.

IT IS FURTHER ORDERED that any Opposition Memorandum to the Motion for Protective Order must be filed on or before 12:00 NOON on TUESDAY, JANUARY 3, 2023.

New Orleans, Louisiana, this 29th day of December, 2022.

Donna Phillips Currault

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE