UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 20-980 c/w 20-1840 |
| ST. TAMMANY PARISH GOVERNMENT, ET AL | * | SECTION "D" (2) |

**ORDER**

Counsel for Defendants Randy Smith and Lacey Kelly has advised via the attached letter that Defendants' Motion for Protective Order and to Quash Depositions (ECF No. 200) has been resolved. Accordingly,

IT IS ORDERED that Defendant's Motion for Protective Order and to Quash Depositions (ECF No. 200) is DISMISSED AS MOOT and the hearing on same previously scheduled for January 4, 2023 is CANCELLED.

New Orleans, Louisiana, this 3rd day of January, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE