MILLING
BENSON WOODWARD L.L.P.
ATTORNEYS AT LAW | WWW.MILLINGLAW.COM

**Chadwick W. Collings**
A Professional Law Corporation
(985) 292-2000
ccollings@millinglaw.com

January 3, 2023

**Via Email – efile-currault@laed.uscourts.gov**

Honorable Donna Phillips Currault
Magistrate Judge
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room B409
New Orleans, LA 70130

***Re:*** ***Ahmed Baqer et al v. St. Tammany Parish Government, et al***
***Civil Action No.: 20-980; USDC- Eastern District of Louisiana***

*c/w*

***Kevin Louviere et al v. St. Tammany Parish Government, et al***
***Civil Action No. 20-1840; USDC – Eastern District of Louisiana***

Dear Judge Currault:

Please be advised that the parties have resolved their dispute as to the scope and the timing of the depositions which were the subject of my clients' pending Motion for Protective Order which is set for hearing tomorrow in the above captioned matters (R.Doc. # 200). I would therefore respectfully request that this motion be withdrawn/dismissed as moot. Thank you in advance for your consideration of this request.

Sincerely

Chadwick W. Collings

CWC/mcb

cc: All counsel – Via Email