**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

***Consolidated with***

| | |
|---|---|
| **KEVIN LOUVIERE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1840-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

**PLAINTIFFS' UNOPPOSED MOTION**
**TO EXTEND LITIGATION DEADLINES**

NOW COME the Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record, ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC., and THE GLORIOSO LAW FIRM, pursuant to Federal Rule of Civil Procedure 16(b)(4), to respectfully request that this Court continue the trial in this matter that is slated to commence on June 5, 2023, including any (pending) litigation deadlines attendant thereto. In support thereof, Plaintiffs state the following:

1. On November 29, 2022, this Court entered the following schedule:

    a. Plaintiff's written reports of experts to be disclosed by January 30, 2023.
    b. Defendant's written reports of experts disclosed by February 27, 2023.
    c. Written rebuttal reports of experts disclosed by March 13 2023.
    d. Parties to serve a list of all witnesses and exhibits by February 27, 2023.
    e. Parties complete all depositions and discovery by March 15, 2023.
    f. All non-evidentiary pretrial motions to be filed by April 4, 2023.

2. The Defendants conducted the Plaintiffs' depositions in October of 2022.

3. The depositions that Plaintiff subsequently noticed were delayed by discovery disputes related to the scope of a deposition to be conducted pursuant to FED.R.CIV.P. 30(b)(6) and the scheduling of depositions.

4. The first dispute was the subject of a Motion and Order (Doc. 196).

5. The second dispute was the subject of a Motion that was subsequently withdrawn.

6. It was ultimately agreed that the Plaintiffs would conduct in-person depositions on January 17 and 18, 2023, which occurred.

7. During the Rule 30(b)(6) deposition, the Defendants produced two binders containing 2,430 pages of documents to assist with the deposition.

8. Defense counsel advised that he was unsure which documents had been previously produced.

9. Due to illness, Defendant, Randy Smith, was unable to present for his deposition as noticed.

10. Defendant Smith's in-person deposition has been rescheduled to February 20, 2023.

11. In addition, an inspection of the holding cells in question is scheduled to be conducted on the same date.

12. The Parties agree that Plaintiffs' expert will require additional time to review the deposition transcripts, voluminous documents recently produced, and to prepare his report.

13. The parties submit that they have made good faith efforts to comply with the current litigation deadlines but despite diligent efforts to do so, have been unable to do so.

14. As such, the Parties believe that good cause exists to extend the litigation deadlines, and respectfully request that the deadlines be extended as follows:

a. Plaintiffs' Expert Disclosures: March 31, 2023
b. Defendants' Expert Disclosures: May 31, 2023
c. Plaintiff's Expert Rebuttal: June 16, 2023
d. Witness/Exhibit Lists: June 30, 2023
e. Depositions/Discovery Cut-Off: July 21, 2023
f. All Dispositive Motions and Motions in Limine regarding Expert testimony must be filed in time to have a submission date no later than August 22, 2023
g. Trial: A conference call will be scheduled to reset the trial date.

15. The requested extension of the litigation deadlines would be beneficial and not prejudicial to any of the remaining parties.

16. The burden on the Court of this request has been considered, and the Parties certify that this Motion is not brought for an improper purpose or delay.

17. The Parties concur in the relief requested herein.

**WHEREFORE**, for the foregoing reasons, Plaintiffs respectfully request that this Honorable Court continue the trial and its attendant litigation deadlines according to the parties' agreed upon schedule.

**Dated: February 1, 2023**

Respectfully submitted,

/s/ Devon M. Jacob
Devon M. Jacob (*Pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, Pennsylvania 17055-0837
+1 (717) 796-7733, *Main*
djacob@jacoblitigation.com
Attorney for Plaintiffs

Maria B. Glorioso (Attorney No.: 24435), T.A.
Vincent J. Glorioso, Jr. (Attorney No.: 6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, Louisiana 70002
+1 (504) 569-9999, *Main*
+1 (504) 569-9022, *Facsimile*
maria@gtorts.com

Antonio M. Romanucci (*Pro hac vice*)
Bhavani K. Raveendran (*Pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, Illinois 60654
+1 (312) 458-1000, *Main*
+1 (312) 458-1004, *Facsimile*
aromanucci@rblaw.net
b.raveendran@rblaw.net

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system this 1st Day of February, 2023 which will send a notice of electronic filing to appearing parties.

**Dated: February 1, 2023**

/s/ Devon M. Jacob
Devon M. Jacob