**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

***Consolidated with***

| | |
|---|---|
| **KEVIN LOUVIERE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1840-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

*********************************************************************************

*Considering the Plaintiffs' Unopposed Motion to Extend Litigation Deadlines;*

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Unopposed Motion to Extend Litigation Deadlines is **HEREBY GRANTED** as follows:

1. The trial of this matter currently scheduled to begin on June 5, 2023, is hereby continued and will be re-set at telephone conference to be scheduled at a later date by the Clerk of Court.

2. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **March 31, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

2. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiffs as soon as possible, but in no event later than **May 31, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

3. Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff, shall be obtained and delivered to counsel for Defendant no later than **June 16, 2023.**

Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

4 Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **June 30, 2023.**

4. Depositions for trial use shall be taken and all discovery shall be completed no later than **July 21, 2023.**

5. All non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, shall be filed in sufficient time to permit a submission date of **August 22, 2023**.

6. All other deadlines remain in effect.

New Orleans, Louisiana, this _____ day of February, 2023.

________________________________

**U.S. DISTRICT COURT JUDGE**