**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

***Consolidated with***

| | |
|---|---|
| **KEVIN LOUVIERE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1840-WBV-DPC** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: D (2)** |

**ORDER**

Considering Plaintiffs' Unopposed Motion to Extend Litigation Deadlines (R. Doc. 204), and finding that good cause exists under Fed. R. Civ. P. 16 to amend the Court's Amended Scheduling Order (R. Doc. 175), as amended (R. Doc. 191);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Amended Scheduling Order (R. Doc. 175), as amended (R. Doc. 191), is further **AMENDED** with respect to the following deadlines:

1. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **March 31, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).
2. Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and

delivered to counsel for Plaintiffs as soon as possible, but in no event later than **May 31, 2023.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

3. Written rebuttal reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiff, shall be obtained and delivered to counsel for Defendant no later than **June 16, 2023.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.
4. Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **June 30, 2023.**
5. Depositions for trial use shall be taken and all discovery shall be completed no later than **July 21, 2023**.
6. All non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, shall be filed in sufficient time to permit a submission date of **August 22, 2023.**

**IT IS FURTHER ORDERED** that the jury trial scheduled for June 5, 2023 and the Final Pretrial Conference scheduled for May 11, 2023 are **CONTINUED.**

**IT IS FURTHER ORDERED** that a telephone scheduling conference is set

for the 16th day of February, 2023, at 9:00 a.m. with the Case Manager to select new dates for the Final Pretrial Conference and trial in this matter.

New Orleans, Louisiana, February 2, 2023.

Wendy B. Vitter

**WENDY B. VITTER**
**United States District Judge**