**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official *and individual capacity, and LACEY* KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br><br>**JURY DEMAND**<br><br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br><br>**ALL CASES** |
| **Defendants** | * | |

**********************************************************************

**MOTION TO COMPEL**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sheriff Randy Smith and Lacey Kelly, and respectfully move to compel responses from Plaintiffs, Terry Matthew Hall, Jr, Kevin Louviere, Ahmed Baqer, Floyd Williams and Klabert Joseph Guillot, Sr., to Defendants' Interrogatories and Requests for Production of Documents, with all objections thereto deemed waived and with an award of expenses and fees for this motion.

Consistent with Federal Rule of Civil Procedure 37(a)(1), Defendants certify that, on June 19, 2021, counsel attempted to confer in good faith with Plaintiffs' counsel in an effort to obtain

the discovery without court action.[1] Despite reaching an agreement that Plaintiffs' counsel would provide sufficient supplemental discovery responses, Plaintiffs have failed to do so.

**WHEREFORE**, Defendants pray that plaintiffs, Terry Matthew Hall, Jr, Kevin Louviere, Ahmed Baqer, Floyd Williams and Klabert Joseph Guillot, Sr., be compelled to provide responses to Defendants' Interrogatories and Requests for Production of Documents, that any objections thereto be deemed waived and that Plaintiff be ordered to pay Defendants' reasonable attorneys fees and costs associated with this motion.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

**_s/ Chadwick W. Collings______________________**
**CHADWICK W. COLLINGS, T.A. # 25373**
**KENNETH R. WHITTLE # 38640**
**SARAH A. FISHER # 39881**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
**kwhittle@millinglaw.com**
**sfisher@millinglaw.com**
***Counsel for Defendants***

[1] *See* Rule 37 Certification, attached herein as Exhibit "1."

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Tuesday, July 11, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

**_s/ Chadwick W. Collings_**
**Chadwick W. Collings**