MILLING
BENSON WOODWARD L.L.P.
ATTORNEYS AT LAW | WWW.MILLINGLAW.COM

**Chadwick W. Collings**
A Professional Law Corporation
(985) 292-2000
**ccollings@millinglaw.com**

July 21, 2022

***Via Email & U.S. Certified Mail – Return Receipt Requested***

Maria B. Glorioso
Glorioso Law Firm
2716 Athania Parkway
Metairie, LA 70002

Devon M Jacob
Jacob Litigation
P.O. Box 837
Mechanicsburg, PA 17055-0837

Antonio Maurizio Romanucci
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

Bhavani Raveendran
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654

Nicolette Ward
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

***Re:*** ***Ahmed Baqer et al v. St. Tammany Parish Government, et al***
***Civil Action No.: 20-980; USDC- Eastern District of Louisiana***

***Kevin Louviere et al v. St. Tammany Parish Government, et al***
***Civil Action No. 20-1840; U.S.D.C. – Eastern District of Louisiana***

Dear Counsel:

Enclosed please find Sheriff Smith's *Interrogatories and Requests for Production* directed to your clients in the above captioned matters. Please have your clients provide verified responses to these discovery requests within the delays allowed by the Federal Rules of Civil Procedure. Thank you in advance, and should you have any questions regarding the foregoing, please do not hesitate to call.

Sincerely,

Chadwick W. Collings
Kenneth R. Whittle

CWC/mcb
Enclosures