**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Antonio Maurizio Romanucci,
Bhavani Raveendran, & Nicolette Ward,
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654

9590 9402 6536 1028 3103 93

2. Article Number *(Transfer from service label)*

7020 0640 0000 4359 4752

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X B. Turbeville ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* B. Turbeville

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type

- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

90948

USPS TRACKING #

9590 9402 6536 1028 3103 93

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MILLING
BENSON WOODWARD L.L.P.
ATTORNEYS AT LAW | WWW.MILLINGLAW.COM
68031 Capital Trace Row
Mandeville, LA 70471 CWC

90948