## Kenneth Whittle

| | |
|---|---|
| **From:** | Sam Harton <sharton@rblaw.net> |
| **Sent:** | Thursday, January 5, 2023 3:30 PM |
| **To:** | Chadwick Collings |
| **Cc:** | djacob; Mirena Fontana |
| **Subject:** | Regarding: St. Tammany Jail Inmates Discovery |
| **Attachments:** | Plaintiff Discovery Answers (Hall, Louviere, Williams, Baqer).pdf |

Counsel:

Please see the Plaintiffs Hall, Williams, Louviere, and Baqer's answers to Defendants' discovery requests and interrogatories. They are attached.

We have not been able to obtain answers for Plaintiff Guillot Sr. because he is currently incarcerated at St. Tammany. It is my understanding that you are able to coordinate legal calls there. Would you be able to do so for me to talk with Guillot and complete written discovery?

**Sam Harton**
*Attorney*
**Office:** 312.253.8590
**Email:** SHarton@rblaw.net
www.rblaw.net

ROMANUCCI BLANDIN LAW

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.