**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| KEVIN LOUVIERE, et al., | CIVIL ACTION |
| Plaintiffs, | Case No. 2:20-cv-00980-WBV-DPC |
| v. | DISTRICT JUDGE: WENDY B. VITTER SECTION "D" |
| ST. TAMMANY PARISH GOVERNMENT, et al., | |
| Defendants. | MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT DIVISION "2" |

**PLAINTIFF TERRY MATTHEW HALL JR'S ANSWERS TO DEFENDANT'S INTERROGATORIES**

NOW COMES the Plaintiff, TERRY MATTHEW HALL, JR., individually and on behalf of a class of all others similarly situated, appearing through counsel, THE GLORIOSO LAW FIRM; JACOB LITIGATION, INC.; and ROMANUCCI & BLANDIN, LLC; for his answers to interrogatories from Defendants, state as follows:

**INTERROGATORIES**

**Interrogatory No. 1**

Please state your full name, date of birth, marital status, current spouse's name (if applicable), all prior spouse's name (if applicable), social security number, current physical address (no P.O. Boxes), prior addresses in the last (10) years, current telephone number, and priortelephone numbers in last ten years.

**ANSWER: Objection. Plaintiff's social security number is not "relevant to any party's claim or defense," and therefore, is not discoverable. See Fed.R.Civ.P. 26(b)(1).**

**Terry Matthew Hall Jr.**

**Date of Birth**: [redacted]
**Married/Separated**: No
**Current Address**: [redacted]
**Previous Addresses**: [redacted]
**Current Phone Number**: [redacted]
**Previous Phone Numbers**: None.

**Interrogatory No. 2**

Please state your entire educational background, including, but not limited to, all secondary and post-secondary education and any and all training you received as part of any current or former employment. Please state the name of the institution(s) attended, the address(es), the year(s) attended, the date(s) of graduation (if applicable), and the degree or certificate awarded upon completion.

**ANSWER: Plaintiff objects that this is beyond the scope of litigation. Subject thereto and without waiving, see the following:**

**Mcmain High School**
**5712 S Claiborne Ave, New Orleans, LA 70125**
**Years Attended: 2004-2008: Graduated with HS Diploma**

**Summer Delgado Community College**
**615 City Park Ave, New Orleans, LA 70119**
**Years Attended: Took classes on and off between 2008-2014, did not graduate**

**Interrogatory No. 3**
Please state the full name and address of your current employer, the date you began your employment.

**ANSWER: Plaintiff objects that this is beyond the scope of litigation. Subject thereto and without waiving, see the following:**

**Self-employed Truck Driver**
**Up In Rank LLC**
**5708 Wilder Dr. New Orleans, LA 70122**
**December 2021.**

**Freelance Truck Driver.**
**Leases trucks from Ace Doran Bennett Motors, LLC**
**276 State Rte 130, Valparaiso, IN 46385**

**<u>Interrogatory No. 4</u>**

Please state the full name and address of all of your prior employers and the years you wereemployed there.

**<u>ANSWER</u>: Plaintiff objects that this is beyond the scope of litigation. Subject thereto and without waiving, see the following:**

**Wyndham Garden Baronne Plaza**
**201 Baronne St, New Orleans, LA 70112**
**<u>Employed</u>: 2014-2020**

**Crescent Guardian Inc Security**
**4640 S Carrollton Ave, New Orleans, LA 70119**
**<u>Employed</u>: 2011-2013**

**Papa Johns**
**3117 Calhoun St, New Orleans, LA 70125**
**<u>Employed</u>: 2006-2011**

**<u>Interrogatory No. 5</u>**

Please state whether you have ever been investigated, disciplined and/or reprimanded by any employer. If so, please state the reason for the investigation, the date(s) of the investigation,the result of the investigation, and the name of the employer who conducted the investigation.

**<u>ANSWER</u>: Plaintiff objects that this is beyond the scope of litigation. Subject thereto and without waiving, see the following:**

**Plaintiff was laid off for being late to work at the Wyndham Garden Baronne Plaza during COVID-19. Investigation continues and Plaintiff reserves the right to seasonably supplement.**

**<u>Interrogatory No. 6</u>**

State what injuries and/or damages you sustained as a result of the alleged violation(s) ofyour rights upon which this suit is based.

**<u>ANSWER</u>: Plaintiff objects to this interrogatory as premature; damages will ultimately be determined by a jury. Subject to and without waiving, Plaintiff has suffered the following injuries as a result of the violations at issue, including but not limited to: gangrene on feet resulting from bacteria and moisture exposure from sleeping on the floor for 15 days with as**

**many as 30 other inmates; staff only cleaned the holding cell once a week resulting in Plaintiff having to sleep amid urine, feces, vomit, and other bodily fluids; staff only let inmates shower once every three days; staff would withhold blankets and/or take them from the inmates in the middle of the night; severe anxiety, flashbacks, talking in his sleep; lower back pain.**

**Plaintiff's treatment is ongoing. Investigation continues and Plaintiff reserves the right to seasonably supplement.**

**Interrogatory No. 7**

Have you recovered from the injuries and/or damages sustained as a result of the alleged incident upon which this suit is based? If not, then state in what respects you have not recovered.

**ANSWER: Plaintiff continues to experience severe stress, anxiety, flashbacks from the occurrence. He also has lower back pain. Investigation continues and Plaintiff reserves the right to seasonably supplement.**

**Interrogatory No. 8**

Do you claim that you have lost any salary or other earnings as a result of the alleged incident upon which this suit is based? If so, then state the amount of your loss, the name and location of your employer, and identify the period of time for which you have been or will be unable to work.

**ANSWER: Plaintiff lost two weeks of work while in St. Tammany, and one week of work while healing from his foot injuries. He was working at the Wyndham Garden Baronne Plaza at the time making $13 per hour.**

**Interrogatory No. 9**

Have you ever been involved in any prior litigation or made any other claims against any person, firm or corporation?

If so, then state:

(a) The nature of such injury forming the basis of each such claim;

(b) The name and address of every person, firm or corporation against whom each claim was made; and
(c) Whether or not suit was filed by you or on your behalf in connection with such

injury, and if so, then state the date each suit was filed, the court in which each suit was filed, the title and record number of each suit, and the final disposition thereof.

**ANSWER: None.**

**Interrogatory No. 10**

Please list all persons, including, but not limited to any experts, contacted, interviewed and/or consulted by you or anyone acting on your behalf in connection to this litigation, including the date(s) of the interview(s), and the addresses and phone numbers of the person(s) interviewed.

**ANSWER: Plaintiff objects to this interrogatory to the extent it is unduly burdensome, premature, and seeks information protected by the attorney-client privilege. Trial litigation strategy and the identification of consulting experts are protected work-product. The identity of expert witnesses, expert disclosures, and the selection of witnesses and exhibits for trial, will be disclosed in accordance with the applicable civil rules and Court's Orders. See Fed.R.Civ.P. 26(a)(2)(D); Fed.R.Civ.P. 26(a)(3)(B); and Fed.R.Civ.P.(b)(4)(D). Subject thereto and without waiving, Plaintiff refers Defendants to all previous disclosures and all discovery in this case. Investigation continues and Plaintiff reserves the right to supplement.**

**Interrogatory No. 11**

Please identify by name, address, and telephone number, each witness whom you may call on your behalf in this matter, and provide a detailed account of any knowledge they have regarding this matter and each individual's anticipated testimony at trial.

**ANSWER: Plaintiff objects to this interrogatory to the extent it is premature and unduly burdensome. Trial litigation strategy and the identification of consulting experts are protected work-product. The identity of expert witnesses, expert disclosures, and the selection of witnesses and exhibits for trial, will be disclosed in accordance with the applicable civil rules and Court's Orders. See Fed.R.Civ.P. 26(a)(2)(D); Fed.R.Civ.P. 26(a)(3)(B); and Fed.R.Civ.P.(b)(4)(D). Subject thereto and without waiving, Plaintiff refers Defendants to all previous disclosures and all discovery in this case. Investigation continues and Plaintiff reserves the right to supplement.**

**Interrogatory No. 12**

Please describe with reasonable specificity every document and/or any other exhibit whichyou intend to offer into evidence in this matter.

**<u>ANSWER</u>: Plaintiff objects to this interrogatory to the extent it is premature and unduly burdensome. Trial litigation strategy and the identification of consulting experts are protected work-product. The identity of expert witnesses, expert disclosures, and the selection of witnesses and exhibits for trial, will be disclosed in accordance with the applicable civil rules and Court's Orders. See Fed.R.Civ.P. 26(a)(2)(D); Fed.R.Civ.P. 26(a)(3)(B); and Fed.R.Civ.P.(b)(4)(D). Subject thereto and without waiving, Plaintiff refers Defendants to all previous disclosures and all discovery in this case. Investigation continues and Plaintiff reserves the right to supplement.**

**<u>Interrogatory No. 13</u>**

Please state whether you have ever been arrested at any time other than the arrest related to the incarceration that is the subject of the above captioned matter. If yes, please state when youwere arrested, on what charges, in what jurisdiction, and the final disposition of those charges.

**<u>ANSWER</u>: Plaintiff objects to this interrogatory as beyond the scope of this litigation.**

> **Orleans Parish 2007, possession of marijuana, pled guilty to misdemeanor, paid a fine.**
>
> **Orleans Parish 2014 possession of marijuana and possession of firearm in Orleans Parish, pled guilty, received probation.**
>
> **Greenville, Tennessee 2021, possession of marijuana, paid the ticket in 2022, charges dismissed.**

**<u>Interrogatory No. 14</u>**

State the name and address of every doctor, hospital or healthcare provider, from whom or at which you have received treatment, whether physical or mental, for the injuries sustained as a result of the alleged incident upon which this suit is based.

**<u>ANSWER</u>:**

**Urgent Care West End New Orleans**
**101 W. Robert E. Lee Blvd. Suite 100**
**New Orleans, LA 70124.**

**Interrogatory No. 15**

State the name and address of every doctor, hospital or healthcare provider, from whom orat which you have received treatment, whether physical or mental, for any reason in the prior ten (10) years.

**ANSWER: Plaintiff objects to this request as unduly burdensome and overbroad. Subject thereto and without waiving, Plaintiff lists the following:**

**Vision Optique**
**3242 Severn Ave**
**Metairie, LA 70002**

**Urgent Care West End New Orleans**
**101 W. Robert E. Lee Blvd. Suite 100**
**New Orleans, LA 70124.**

By: */s/ Sam Harton*

**Attorney for Plaintiffs**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)

**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 2:20-cv-00980-WBV-DPC<br><br>DISTRICT JUDGE:<br>WENDY B. VITTER<br>SECTION "D"<br><br>MAGISTRATE JUDGE:<br>DONNA PHILLIPS CURRAULT<br>DIVISION "2" |

**PLAINTIFF TERRY HALL'S RESPONSES TO DEFENDANT'S REQUESTS TO PRODUCE**

NOW COMES Plaintiff, TERRY HALL, appearing through counsel, THE GLORIOSO LAW FIRM; JACOB LITIGATION, INC.; and ROMANUCCI & BLANDIN, LLC; for his responses to Defendants' requests to produce, state as follows:

**Request for Production No. 1**

Please sign the attached HIPAA compliant authorization. (See attached)

**RESPONSE: If the Defendants wish to subpoena/request protected health information, the Defendants should present Plaintiff with an addressed authorization that provides specifically what documents are being requested, so that Plaintiff can evaluate whether the scope of the authorization is such that it only seeks documents "relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, . . . the importance of the discovery in resolving the issues, [.]" See Fed.R.Civ.P. 26(b)(1).**

**Request for Production No. 2**

Please sign the attached employment records authorization. (See attached)

**RESPONSE: If the Defendants wish to subpoena/request private employment information,**

**the Defendants should present Plaintiff with an addressed authorization that provides specifically what documents are being requested, so that Plaintiff can evaluate whether the scope of the authorization is such that it only seeks documents "relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, . . . the importance of the discovery in resolving the issues, [.]" See Fed.R.Civ.P. 26(b)(1).**

**Request for Production No. 3**

Please provide a copy of any and all medical records, invoices, audio/video records, prescription records, receipts, x-rays and/or any other record, in your possession related to the alleged incident or to the damages claimed by you in this matter.

**RESPONSE:**

**None at this time. Plaintiffs' investigation is ongoing; Plaintiffs reserve the right to supplement.**

**Request for Production No. 4**

Please produce any and all documents which support your claim for economic damages, if any.

**RESPONSE:**

**See RFP Response No. 3.**

**Request for Production No. 5**

Please produce any and all documents which evidence, support or relate to the injuries you claim as a result of the alleged incident upon which this suit is based.

**RESPONSE:**

**See Previous Disclosures:**
**St. Tammany Policies and Procedures, P/P STPSO 000001-001014**
**St. Tammany Jail Policies, STPSO BAQER 000549-001074**
**Fire Marshal Reports, STPSO BAQER 001075-001086**
**Holding Cell Photograph, STPSO 001096**
**New Hire Documents, STPSO_BAQER_SUPPLEMENTAL_000001-808**
**Louisiana Post Jail & Corrections Training Curriculum, STPSO_BAQER_SUPPLEMENTAL_000143-809**
**Corrections FTO Manual, STPSO_BAQER_SUPPLEMENTAL_000810-964**
**Corrections Guard Tower SOP, STPSO_BAQER_SUPPLEMENTAL_000965-1050**

**Grievances, STPSO_BAQER_SUPPLEMENTAL_001051-1122**
**Movement Report, STPSO_BAQER_SUPPLEMENTAL_001123**
**2019 Jail Counts (Excel Spreadsheet)**
**2020 Jail Counts (Excel Spreadsheet)**
**Holding Cell Dates Spreadsheet**
**Jail Videos**
**Hall Declaration**
**Inmate Cell Assignment Report**

**Plaintiffs' investigation is ongoing; Plaintiffs reserve the right to supplement.**

**Request for Production No. 6**

Please produce any and all documents that evidence, support, or relate to the actions and/oromissions you allege caused you any damage.

**RESPONSE:**

**See Previous Disclosures:**
**St. Tammany Policies and Procedures, P/P STPSO 000001-001014**
**St. Tammany Jail Policies, STPSO BAQER 000549-001074**
**Fire Marshal Reports, STPSO BAQER 001075-001086**
**Holding Cell Photograph, STPSO 001096**
**New Hire Documents, STPSO_BAQER_SUPPLEMENTAL_000001-808**
**Louisiana Post Jail & Corrections Training Curriculum, STPSO_BAQER_SUPPLEMENTAL_000143-809**
**Corrections FTO Manual, STPSO_BAQER_SUPPLEMENTAL_000810-964**
**Corrections Guard Tower SOP, STPSO_BAQER_SUPPLEMENTAL_000965-1050**
**Grievances, STPSO_BAQER_SUPPLEMENTAL_001051-1122**
**Movement Report, STPSO_BAQER_SUPPLEMENTAL_001123**
**2019 Jail Counts (Excel Spreadsheet)**
**2020 Jail Counts (Excel Spreadsheet)**
**Holding Cell Dates Spreadsheet**
**Seventy-Four Jail Videos**
**Hall Declaration**
**Inmate Cell Assignment Report**

**Plaintiffs' investigation is ongoing; Plaintiffs reserve the right to supplement.**

**Request for Production No. 7**

Please produce any and all documents that evidence, support or relate in any way to thedamages alleged in this matter.

**RESPONSE:**

**Please see Previous Disclosures:**

**St. Tammany Policies and Procedures, P/P STPSO 000001-001014**
**St. Tammany Jail Policies, STPSO BAQER 000549-001074**
**Fire Marshal Reports, STPSO BAQER 001075-001086**
**Holding Cell Photograph, STPSO 001096**
**New Hire Documents, STPSO_BAQER_SUPPLEMENTAL_000001-808**
**Louisiana Post Jail & Corrections Training Curriculum, STPSO_BAQER_SUPPLEMENTAL_000143-809**
**Corrections FTO Manual, STPSO_BAQER_SUPPLEMENTAL_000810-964**
**Corrections Guard Tower SOP, STPSO_BAQER_SUPPLEMENTAL_000965-1050**
**Grievances, STPSO_BAQER_SUPPLEMENTAL_001051-1122**
**Movement Report, STPSO_BAQER_SUPPLEMENTAL_001123**
**2019 Jail Counts (Excel Spreadsheet)**
**2020 Jail Counts (Excel Spreadsheet)**
**Holding Cell Dates Spreadsheet**
**Jail Videos**
**Hall Declaration**
**Inmate Cell Assignment Report**

**Plaintiffs' investigation is ongoing; Plaintiffs reserve the right to supplement.**

**Request for Production No. 8**

Please produce copies of all witness statements in your possession pertaining to the subjectmatter of the above captioned matter.

**RESPONSE:**

**Please see previously disclosed declarations:**

**Declaration-Guillot Sr**
**Declaration-Hall**
**Declaration-Louviere**
**Declaration-Hall**
**Major Lacey Kelly Affidavit [Kelly Aff FILED UNDER SEAL]**

**Plaintiffs' investigation is ongoing; Plaintiffs reserve the right to supplement.**

**Request for Production No. 9**

Please produce copies of any and all videos, recordings or other statements in your possession

related to this matter, to the damages alleged in this matter, or to your allegations in this matter.

**RESPONSE:**

**Please see previously disclosed video evidence:**

**Seventy-four Jail Surveillance Videos.**

**Plaintiffs' investigation is ongoing; Plaintiffs reserve the right to supplement.**

**Request for Production No. 10**

Please produce copies of all resumes or curricula vitae pertaining to the persons, including,but not limited to any experts, whom you intend to call or in any other way utilize as expert witnesses in this matter.

**RESPONSE:**

**Plaintiff objects because this request is premature and trial litigation strategy and the identification of consulting experts are protected work-product. The identity of expert witnesses, expert disclosures, and the selection of witnesses and exhibits for trial, will be disclosed in accordance with the applicable civil rules and Court's Orders. See Fed.R.Civ.P. 26(a)(2)(D); Fed.R.Civ.P. 26(a)(3)(B); and Fed.R.Civ.P.(b)(4)(D). Subject thereto and without waiving, Plaintiff will make any expert disclosures in accordance with Court orders and Rule 26(a)(2).**

**Request for Production No. 11**

Please produce copies of all resumes or curricula vitae pertaining to the persons, including,but not limited to any experts, whom you interviewed and/or consulted with in connection with this matter.

**RESPONSE:**

**Plaintiff objects because this request is premature and trial litigation strategy and the identification of consulting experts are protected work-product. The identity of expert witnesses, expert disclosures, and the selection of witnesses and exhibits for trial, will be disclosed in accordance with the applicable civil rules and Court's Orders. See Fed.R.Civ.P. 26(a)(2)(D); Fed.R.Civ.P. 26(a)(3)(B); and Fed.R.Civ.P.(b)(4)(D). Subject thereto and without waiving, Plaintiff will make any expert disclosures in accordance with Court orders and Rule 26(a)(2).**

**Request for Production No.12**

Please produce copies of any and all documents sent by you to any expert retained,interviewed, and/or consulted in this matter.

**RESPONSE:**

**Plaintiff objects because this request is premature and trial litigation strategy and the identification of consulting experts are protected work-product. The identity of expert witnesses, expert disclosures, and the selection of witnesses and exhibits for trial, will be disclosed in accordance with the applicable civil rules and Court's Orders. See Fed.R.Civ.P. 26(a)(2)(D); Fed.R.Civ.P. 26(a)(3)(B); and Fed.R.Civ.P.(b)(4)(D). Subject thereto and without waiving, Plaintiff will make any expert disclosures in accordance with Court orders and Rule 26(a)(2).**

**Request for Production No. 13**

Please produce copies of all exhibits, photographs (including negatives), videos, and/or other documentary or demonstrative evidence which you, yom attorney or experts intend to introduce and/or utilize in any manner at the trial of this matter.

**RESPONSE:**

**Plaintiff objects to this request as premature and because trial litigation strategy and the identification of consulting experts are protected work-product. The identity of expert witnesses, expert disclosures, and the selection of witnesses and exhibits for trial, will be disclosed in accordance with the applicable civil rules and Court's Orders. See Fed.R.Civ.P. 26(a)(2)(D); Fed.R.Civ.P. 26(a)(3)(B); and Fed.R.Civ.P.(b)(4)(D). Subject thereto and without waiving, please see disclosed video/photograph evidence:**

**Seventy-four Jail Surveillance Videos**
**Holding Cell Photograph STPSO 001096**

**Plaintiffs' investigation is ongoing; Plaintiffs reserve the right to supplement.**

**Request for Production No. 14**

Please produce copies of all documents and/or other evidence produced in discovery byyou to any other party and/or received by you from any other source in this matter.

**<u>RESPONSE</u>:**

**None at this time. Plaintiffs' investigation is ongoing; Plaintiffs reserve the right to supplement.**

**<u>Request for Production No. 15</u>**

Please provide a copy of any and all documents, recordings and/or other tangible thingsreceived by you and/or your attorney from any State or Federal investigative agency regarding any of the facts and/or allegations related to your lawsuit.

**<u>RESPONSE</u>:**

**None at this time. Plaintiffs' investigation is ongoing; Plaintiffs reserve the right to supplement.**

**<u>Request for Production No. 16</u>**

Please provide a copy of any and all documents, recordings and/or other tangible thingsprovided by you and/or your attorney from any State or Federal investigative agency regarding any of the facts and/or allegations related to your lawsuit.

**<u>RESPONSE</u>:**

**This Request is duplicative; please see response to Request for Production No. 15.**

**By:** ***/s/ Sam A. Harton***

**Attorney for Plaintiffs**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022

maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam A. Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**VERIFICATION FOR PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION**

I, Terry Hall, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the answers contained in the above Responses and Objections to Defendant's Interrogatories and Requests For Production are true and correct in substance and in fact to the best of my belief and knowledge.

DocuSigned by:
Terry Hall
84ED0DE76D864F1...

11/24/2022

Terry Hall