**Kenneth Whittle**

| | |
|---|---|
| **From:** | Devon M. Jacob <DJacob@jacoblitigation.com> |
| **Sent:** | Monday, June 12, 2023 1:35 PM |
| **To:** | Kenneth Whittle |
| **Cc:** | Chadwick Collings; Michaela Boudreaux; b.raveendran@rblaw.net; maria@gtorts.com; aromanucci@rblaw.net; sharton@rblaw.net |
| **Subject:** | Re: Baqer et al v. STPSO, Rule 37 Conference |

It's Jacob, not Jacobs.

You guys are really billing the hell out of this file. It's unfortunate because the aggressive defense is causing our attorney's fees and costs to skyrocket.

Since Sam took the lead on the responses, I will defer to Sam regarding availability.

Sincerely,

Devon

**DEVON M. JACOB, ESQUIRE**
Attorney/Owner

**Jacob Litigation**
P.O. Box 837
Mechanicsburg, Pa. 17055-0837

717.796.7733
information@jacoblitigation.com
www.JacobLitigation.com

"The ultimate measure of a man is not where he stands in moments of comfort and convenience, but where he stands at times of challenge and controversy." *Martin Luther King, Jr. (1929-1968).*Supporting the profession of law enforcement by holding it accountable to the people.

---

Disclaimer: No attorney-client relationship exists without a written and signed retainer agreement.

Notice: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return email and delete this email and all copies and attachments.

IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Kenneth Whittle <kwhittle@millinglaw.com>
**Sent:** Monday, June 12, 2023 2:11:30 PM
**To:** Devon M. Jacob <DJacob@jacoblitigation.com>

**Cc:** Chadwick Collings <ccollings@millinglaw.com>; Michaela Boudreaux <mboudreaux@millinglaw.com>; b.raveendran@rblaw.net <b.raveendran@rblaw.net>; maria@gtorts.com <maria@gtorts.com>; aromanucci@rblaw.net <aromanucci@rblaw.net>; sharton@rblaw.net <sharton@rblaw.net>
**Subject:** RE: Baqer et al v. STPSO, Rule 37 Conference

Mr. Jacobs,

Please see the attached correspondence regarding the setting of a Rule 37 conference for Monday, June 19, 2023, at 10:00 a.m. Central Time.

Sincerely,

MILLING
BENSON WOODWARD L.L.P.
ATTORNEYS AT LAW | WWW.MILLINGLAW.COM

**Kenneth R. Whittle**
68031 Capital Trace Row
Mandeville, LA 70471
(985) 871-3924
(985) 292-2042 (direct)
kwhittle@millinglaw.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.