## Kenneth Whittle

**From:** Chadwick Collings
**Sent:** Tuesday, July 11, 2023 9:18 AM
**To:** Sam Harton
**Cc:** Bhavani Raveendran; djacob; maria; Chadwick Collings; Kenneth Whittle
**Subject:** Baqer v. STPSO

Counsel

Scanning of mail is standard protocol at the STPJ, it is done as a security measure to ensure no contraband enters the facility via the mail.

Let me get with the warden, we will come up with a solution, and I will get back to you asap.

I will also look at what you sent me yesterday afternoon to determine if all of the other issues we identified in our prior correspondence have been resolved.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Friday, July 7, 2023 11:29 AM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Bhavani Raveendran <b.raveendran@rblaw.net>; djacob <djacob@jacoblitigation.com>; maria <maria@gtorts.com>
**Subject:** Client Legal Mail

Hi Chad,

It has come to my attention that my client, Klabert Guillot, received his written discovery to sign yesterday. Despite it being marked "Confidential Legal Mail," the staff at St. Tammany Parish Jail opened it and scanned it into the system. Not only have staff viewed this confidential document, but they have not provided a copy of it for my client to sign. I will have to send another copy. In the meantime, would you please advise your client to please be mindful of confidential legal mail en route to Mr. Guillot?

**Sam Harton**
*Civil Rights Attorney*
**Office:** 312.253.8590
**Email:** SHarton@rblaw.net

www.rblaw.net

ROMANUCCI BLANDIN | LAW
25 YEARS

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.