**Kenneth Whittle**

---

| | |
|---|---|
| **From:** | Chadwick Collings |
| **Sent:** | Tuesday, July 11, 2023 9:15 AM |
| **To:** | Kenneth Whittle |
| **Subject:** | FW: Supplemental Disclosures |
| **Attachments:** | Baqer v. St. Tammany Supplemental Disclosures 7.10.23.pdf |

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☏ **firm:** (985) 292-2000
☏ **fax:** (985) 292-2001
☏ **cell:** (985) 285-8779
✉ **email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Monday, July 10, 2023 7:03 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Bhavani Raveendran <b.raveendran@rblaw.net>; djacob <djacob@jacoblitigation.com>; Mirena Fontana <MFontana@rblaw.net>; maria <maria@gtorts.com>
**Subject:** Supplemental Disclosures

Counsel:

Please see the attached supplemental disclosures. Due to the mishap with St. Tammany's legal mail, described in a separate email last week, we will not be able to produce Mr. Guillot's discovery answers at this time. We will provide them to you at the earliest opportunity.

Sam

**Sam Harton**

*Civil Rights Attorney*

**Office:** 312.253.8590

**Email:** SHarton@rblaw.net

www.rblaw.net

ROMANUCCI BLANDIN LAW
25 YEARS

*Go Green - Please don't print this e-mail unnecessarily.*

**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.