# Authorization for Use and Disclosure of Protected Health Information (PHI)

| | | | |
|---|---|---|---|
| PATIENT NAME (Last, First, Middle) | Terry Hall | DATE OF BIRTH | [redacted] |
| ADDRESS | [redacted] | SSN | [redacted] |
| CITY [redacted] | STATE [redacted] | ZIP CODE | [redacted] |

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| Urgent Care West End New Orleans<br>101 W. Robert E. lee Bldvd. Suite 100<br>New Orleans, LA 70124 | Milling, Benson & Woodward, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471<br>985-871-3924 |

This authorization shall expire on the following date or event: ____________

*If I fail to specify an expiration date or event, this authorization will expire (12) months from the date in which it was signed.

PURPOSE OF DISCLOSURE: ☐ Medical ☐ Insurance ☒ Legal ☐ Other: ____________

DESCRIPTION OF INFORMATION TO BE DISCLOSED: Start Date: ____________ End Date: ____________

| | |
|---|---|
| ☑ ALL PHI IN THE MEDICAL RECORDS | ☐ CONSULTATION REPORTS |
| ☐ HISTORY & PHYSICAL REPORTS | ☐ DISCHARGE SUMMARY |
| ☐ PROGRESS NOTES | ☐ ITEMIZED BILLING STATEMENT |
| ☐ IMAGING TESTS/REPORTS | ☐ PATIENT INFORMATION SHEET |
| ☐ LABORATORY REPORTS | ☐ OTHER: |

The Protected Health Information Listed Below **WILL BE** Released When Included in the Above Medical Information Unless Specifically Indicated Otherwise

Psychiatric/Mental Health Information
Alcohol/Drug/Substance Abuse Information

AIDS/HIV/Genetic Information
OTHER: ____________

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I understand that I have the right to revoke this authorization at any time inwriting and must present the written revocation to the provider authorized to release the protected health information. I understand if I do revoke this authorization it will not apply to information that has already been released to this authorization.
4. If the requester or receiver is not a health plan or healthcare provider, the released information may no bnger be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy of the information described in this form, for a reasonable copy fee, if I ask for it.

***I have read the above and authorized the disclosure of the protected health Information as stated:***

Patient Signature: DocuSigned by: Terry Hall 84FD0DE76D864F1... Date: 7/5/2023

Patient Representative Signature: ____________ Date: ____________
(IF APPLICABLE)

Relationship to Patient: ____________

**AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS**

TO the PROVIDER: Wyndham Garden Baronne Plaza

You are hereby requested to permit any representative of the firm of ____________________ (hereafter the "Bearer") to examine, reproduce, or otherwise copy in any manner, the following records in your possession. This authorization requires only the production of documents.

1. Documents and/or materials relating to the application process including resumes, curricula vitae, applications, resumes, lists and/or letters of references and/or notes of interviews.
2. Documents and/or materials relating to the hiring processing including letters of offer/acceptance, new hire and employee forms, wage/salary forms, benefit forms, notification forms, and/or insurance forms.
3. Documents and/or materials relating to evaluation or appraisal including evaluations, appraisals, praise, criticism, commendations, reprimands, notices, notes, self-appraisals, letters, grades, salary or wage changes, promotions, demotions, pass-overs, reassignments, disciplinary actions, and comments relating to employee's evaluation or appraisal.
4. Documents and/or materials relating to employee's health including reports relating to accidents and injuries occurring during the term of employment, sick day records, medical records, doctor's notes, correspondence, health insurance claims, health insurance payments, workers' compensation claims, workers' compensation payments, hospital records and notes relating to employee's health.
5. Documents and/or materials relating to employee's attendance including attendance records, punch cards, calendars and/or notes related to employee's attendance.
6. Documents and/or materials relating to compensation including ledgers, W-2's, tax forms, deductions, checks, salary statements, wage statements and/or notes related to compensation.
7. Documents and/or materials relating to discharge including resignations, terminations, lay-offs, firings, departures, failure-to-return-to-works and/or notes related to discharge.
8. Personnel files having to do with the employee.

I understand that I may revoke this consent at any time and that upon fulfillment of the above-stated purpose(s), this consent will automatically expire without my express revocation. This authorization shall remain effective for **one year** from the date hereof. A photocopy of this authorization will be treated in the same manner as the original.

A photocopy of this authorization is to be treated in the same manner as the original copy.

Dated: 7/5/2023

Signed: DocuSigned by: Terry Hall 8AEDDDE76D964F1...

Employee: Terry Hall

Social Security Number: [redacted]

Date of Birth: [redacted]

# Authorization for Use and Disclosure of Protected Health Information (PHI)

PATIENT NAME (Last, First, Middle) [redacted]    DATE OF BIRTH [redacted]

ADDRESS [redacted]    SS [redacted]

CITY [redacted]    STATE [redacted]    ZIP CODE [redacted]

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| University Medical Center<br>2000 Canal St.<br>New Orleans LA 70112<br>Edgefield Recovery Center<br>Dr. John Wells<br>10627 US Highway 71<br>Cheneyville LA<br>71325 | Milling, Benson & Woodward, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471<br>985-871-3924 |

This authorization shall expire on the following date or event: ____________

*If I fail to specify an expiration date or event, this authorization will expire (12) months from the date in which it was signed.

PURPOSE OF DISCLOSURE: ☐ Medical ☐ Insurance ☒ Legal ☐ Other: ____________

DESCRIPTION OF INFORMATION TO BE DISCLOSED: Start Date: ____________ End Date: ____________

| | |
|---|---|
| ☑ ALL PHI IN THE MEDICAL RECORDS | ☐ CONSULTATION REPORTS |
| ☐ HISTORY & PHYSICAL REPORTS | ☐ DISCHARGE SUMMARY |
| ☐ PROGRESS NOTES | ☐ ITEMIZED BILLING STATEMENT |
| ☐ IMAGING TESTS/REPORTS | ☐ PATIENT INFORMATION SHEET |
| ☐ LABORATORY REPORTS | ☐ OTHER: |

The Protected Health Information Listed Below <u>WILL BE</u> Released When Included in the Above Medical Information Unless Specifically Indicated Otherwise

Psychiatric/Mental Health Information
Alcohol/Drug/Substance Abuse Information

AIDS/HIV/Genetic Information
OTHER: ____________

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I understand that I have the right to revoke this authorization at any time inwriting and must present the written revocation to the provider authorized to release the protected health information. I understand if I do revoke this authorization it will not apply to information that has already been released to this authorization.
4. If the requester or receiver is not a health plan or healthcare provider, the released information may no bnger be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy of the information described in this form, for a reasonable copy fee, if I ask for it.

***I have read the above and authorized the disclosure of the protected health Information as stated:***

Patient Signature: DocuSigned by: [signature] 2992176D53494A1 ____________ Date: 7/10/2023

Patient Representative Signature: ____________ Date: ____________
(IF APPLICABLE)

Relationship to Patient: ____________

# Authorization for Use and Disclosure of Protected Health Information (PHI)

PATIENT NAME (Last, First, Middle) [redacted]

DATE OF BIRTH [redacted]

ADDRESS [redacted]

SS [redacted]

CITY [redacted] STATE [redacted] ZIP CODE [redacted]

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| University Medical Center<br>Edgefield Recovery Center<br>Dr John Wells<br>10627 US Highway 71<br>2000 Canal St<br>Chenevville LA<br>New Orleans LA 70112<br>71325 | Milling, Benson & Woodward, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471<br>985-871-3924 |

This authorization shall expire on the following date or event: ____________

*If I fail to specify an expiration date or event, this authorization will expire (12) months from the date in which it was signed.

PURPOSE OF DISCLOSURE: ☐ Medical ☐ Insurance ☒ Legal ☐ Other: ____________

DESCRIPTION OF INFORMATION TO BE DISCLOSED: Start Date: ____________ End Date: ____________

| | |
|---|---|
| ☑ ALL PHI IN THE MEDICAL RECORDS | ☐ CONSULTATION REPORTS |
| ☐ HISTORY & PHYSICAL REPORTS | ☐ DISCHARGE SUMMARY |
| ☐ PROGRESS NOTES | ☐ ITEMIZED BILLING STATEMENT |
| ☐ IMAGING TESTS/REPORTS | ☐ PATIENT INFORMATION SHEET |
| ☐ LABORATORY REPORTS | ☐ OTHER: |

The Protected Health Information Listed Below <u>WILL BE</u> Released When Included in the Above Medical Information Unless Specifically Indicated Otherwise

Psychiatric/Mental Health Information
Alcohol/Drug/Substance Abuse Information

AIDS/HIV/Genetic Information
OTHER: ____________

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I understand that I have the right to revoke this authorization at any time inwriting and must present the written revocation to the provider authorized to release the protected health information. I understand if I do revoke this authorization it will not apply to information that has already been released to this authorization.
4. If the requester or receiver is not a health plan or healthcare provider, the released information may no bnger be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy of the information described in this form, for a reasonable copy fee, if I ask for it.

***I have read the above and authorized the disclosure of the protected health Information as stated:***

Patient Signature: DocuSigned by: 2992176D53494A1... Date: 7/10/2023

Patient Representative Signature: ____________ Date: ____________

(IF APPLICABLE)

Relationship to Patient: ____________

# Authorization for Use and Disclosure of Protected Health Information (PHI)

| | |
|---|---|
| PATIENT NAME (Last, First, Middle) [redacted] | DATE OF BIRTH [redacted] |
| ADDRESS [redacted] | SSN [redacted] |
| CITY [redacted] STATE [redacted] | ZIP CODE [redacted] |

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| Mercy Hospital St. Charles<br>300 Winding Woods Dr.<br>O'Fallon, Missouri63366 | Milling, Benson & Woodward, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471<br>985-871-3924 |

This authorization shall expire on the following date or event: ____________________

*If I fail to specify an expiration date or event, this authorization will expire (12) months from the date in which it was signed.

PURPOSE OF DISCLOSURE: ☐ Medical ☐ Insurance ☒ Legal ☐ Other: ____________________

DESCRIPTION OF INFORMATION TO BE DISCLOSED: Start Date: ____________ End Date: ____________

| | |
|---|---|
| ☑ ALL PHI IN THE MEDICAL RECORDS | ☐ CONSULTATION REPORTS |
| ☐ HISTORY & PHYSICAL REPORTS | ☐ DISCHARGE SUMMARY |
| ☐ PROGRESS NOTES | ☐ ITEMIZED BILLING STATEMENT |
| ☐ IMAGING TESTS/REPORTS | ☐ PATIENT INFORMATION SHEET |
| ☐ LABORATORY REPORTS | ☐ OTHER: |

The Protected Health Information Listed Below <u>WILL BE</u> Released When Included in the Above Medical Information Unless Specifically Indicated Otherwise

Psychiatric/Mental Health Information
Alcohol/Drug/Substance Abuse Information

AIDS/HIV/Genetic Information
OTHER: ____________________

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I understand that I have the right to revoke this authorization at any time inwriting and must present the written revocation to the provider authorized to release the protected health information. I understand if I do revoke this authorization it will not apply to information that has already been released to this authorization.
4. If the requester or receiver is not a health plan or healthcare provider, the released information may no bnger be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy of the information described in this form, for a reasonable copy fee, if I ask for it.

***I have read the above and authorized the disclosure of the protected health Information as stated:***

Patient Signature: DocuSigned by: [signature] 5E6E0C11CB38486... Date: 7/10/2023

Patient Representative Signature: ____________________ Date: ____________
(IF APPLICABLE)

Relationship to Patient: ____________________

# Authorization for Use and Disclosure of Protected Health Information (PHI)

PATIENT NAME (Last, First, Middle) [redacted] DATE OF BIRTH [redacted]

ADDRESS [redacted] SSN [redacted]

CITY [redacted] STATE [redacted] ZIP CODE [redacted]

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| Jordan Valley Community Health Center | Milling, Benson & Woodward, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471<br>985-871-3924 |

This authorization shall expire on the following date or event: ______________

*If I fail to specify an expiration date or event, this authorization will expire (12) months from the date in which it was signed.

PURPOSE OF DISCLOSURE: ☐ Medical ☐ Insurance ☒ Legal ☐ Other: ______________

DESCRIPTION OF INFORMATION TO BE DISCLOSED: Start Date: ______________ End Date: ______________

| | |
|---|---|
| ☑ ALL PHI IN THE MEDICAL RECORDS | ☐ CONSULTATION REPORTS |
| ☐ HISTORY & PHYSICAL REPORTS | ☐ DISCHARGE SUMMARY |
| ☐ PROGRESS NOTES | ☐ ITEMIZED BILLING STATEMENT |
| ☐ IMAGING TESTS/REPORTS | ☐ PATIENT INFORMATION SHEET |
| ☐ LABORATORY REPORTS | ☐ OTHER: |

The Protected Health Information Listed Below **WILL BE** Released When Included in the Above Medical Information Unless Specifically Indicated Otherwise

Psychiatric/Mental Health Information
Alcohol/Drug/Substance Abuse Information

AIDS/HIV/Genetic Information
OTHER: ______________

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I understand that I have the right to revoke this authorization at any time inwriting and must present the written revocation to the provider authorized to release the protected health information. I understand if I do revoke this authorization it will not apply to information that has already been released to this authorization.
4. If the requester or receiver is not a health plan or healthcare provider, the released information may no bnger be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy of the information described in this form, for a reasonable copy fee, if I ask for it.

*I have read the above and authorized the disclosure of the protected health Information as stated:*

Patient Signature: DocuSigned by: [signature] 5E6E0C11CB38486... Date: 7/10/2023

Patient Representative Signature: ______________ Date: ______________
(IF APPLICABLE)

Relationship to Patient: ______________

# Authorization for Use and Disclosure of Protected Health Information (PHI)

PATIENT NAME (Last, First, Middle) [redacted] DATE OF BIRTH [redacted]

ADDRESS [redacted] SSN [redacted]

CITY [redacted] STATE [redacted] ZIP CODE [redacted]

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| Dr. Edward Madison<br>2765 Third Street<br>Slidell, LA 70458<br>504-458-7580. | Milling, Benson & Woodward, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471<br>985-871-3924 |

This authorization shall expire on the following date or event: ____________

*If I fail to specify an expiration date or event, this authorization will expire (12) months from the date in which it was signed.

PURPOSE OF DISCLOSURE: ☐ Medical ☐ Insurance ☒ Legal ☐ Other: ____________

DESCRIPTION OF INFORMATION TO BE DISCLOSED: Start Date: ____________ End Date: ____________

| | |
|---|---|
| ☑ ALL PHI IN THE MEDICAL RECORDS | ☐ CONSULTATION REPORTS |
| ☐ HISTORY & PHYSICAL REPORTS | ☐ DISCHARGE SUMMARY |
| ☐ PROGRESS NOTES | ☐ ITEMIZED BILLING STATEMENT |
| ☐ IMAGING TESTS/REPORTS | ☐ PATIENT INFORMATION SHEET |
| ☐ LABORATORY REPORTS | ☐ OTHER: |

The Protected Health Information Listed Below <u>WILL BE</u> Released When Included in the Above Medical Information Unless Specifically Indicated Otherwise

Psychiatric/Mental Health Information
Alcohol/Drug/Substance Abuse Information

AIDS/HIV/Genetic Information
OTHER: ____________

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I understand that I have the right to revoke this authorization at any time inwriting and must present the written revocation to the provider authorized to release the protected health information. I understand if I do revoke this authorization it will not apply to information that has already been released to this authorization.
4. If the requester or receiver is not a health plan or healthcare provider, the released information may no longer be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy of the information described in this form, for a reasonable copy fee, if I ask for it.

***I have read the above and authorized the disclosure of the protected health Information as stated:***

DocuSigned by:

Patient Signature: [signature] ____________ Date: 7/5/2023

5E6ED011CB38490...

Patient Representative Signature: ____________ Date: ____________

(IF APPLICABLE)

Relationship to Patient: ____________

# Authorization for Use and Disclosure of Protected Health Information (PHI)

| | |
|---|---|
| PATIENT NAME (Last, First, Middle) [redacted] | DATE OF BIRTH [redacted] |
| ADDRESS [redacted] | SSN [redacted] |
| CITY [redacted] STATE [redacted] | ZIP CODE [redacted] |

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| Cox Health Medical Center South<br>3801 S National Ave<br>Springfield, MO 65807 | Milling, Benson & Woodward, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471<br>985-871-3924 |

This authorization shall expire on the following date or event: ______________

*If I fail to specify an expiration date or event, this authorization will expire (12) months from the date in which it was signed.

PURPOSE OF DISCLOSURE: ☐ Medical ☐ Insurance ☒ Legal ☐ Other: ______________

DESCRIPTION OF INFORMATION TO BE DISCLOSED: Start Date: ______ End Date: ______

| | |
|---|---|
| ☑ ALL PHI IN THE MEDICAL RECORDS | ☐ CONSULTATION REPORTS |
| ☐ HISTORY & PHYSICAL REPORTS | ☐ DISCHARGE SUMMARY |
| ☐ PROGRESS NOTES | ☐ ITEMIZED BILLING STATEMENT |
| ☐ IMAGING TESTS/REPORTS | ☐ PATIENT INFORMATION SHEET |
| ☐ LABORATORY REPORTS | ☐ OTHER: |

The Protected Health Information Listed Below **WILL BE** Released When Included in the Above Medical Information Unless Specifically Indicated Otherwise

Psychiatric/Mental Health Information
Alcohol/Drug/Substance Abuse Information

AIDS/HIV/Genetic Information
OTHER: ______________

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I understand that I have the right to revoke this authorization at any time inwriting and must present the written revocation to the provider authorized to release the protected health information. I understand if I do revoke this authorization it will not apply to information that has already been released to this authorization.
4. If the requester or receiver is not a health plan or healthcare provider, the released information may no longer be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy of the information described in this form, for a reasonable copy fee, if I ask for it.

*I have read the above and authorized the disclosure of the protected health Information as stated:*

Patient Signature: DocuSigned by: [signature] 5E6E0C11CB38486... Date: 7/5/2023

Patient Representative Signature: ______________ Date: ______________
(IF APPLICABLE)

Relationship to Patient: ______________