**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official *and individual capacity, and LACEY* KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br>**ALL CASES** |
| **Defendants** | * | |

*******************************************************************

---

**DEFENDANTS' UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE**

---

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sheriff Randy Smith and Lacey Kelly, and respectfully move this Court as follows:

1.

This above-captioned matter was previously assigned to Judge Wendy B. Vitter of Section "A."

2.

On February 2, 2023, this Honorable Court entered an Order granting Plaintiffs' Unopposed Motion to Extend Litigation Deadlines, whereby it was ordered that all non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, shall be filed in sufficient time to permit a submission date of August 22, 2023, at 9:30 a.m., in accordance with Judge Vitter's Motion Submission and Oral Argument Dates for Civil Cases.[1]

3.

On June 8, 2023, the above captioned matter, which was then assigned to Section "A," before Judge Wendy B. Vitter, was reallotted to Judge Darrel J. Papillion of Section "P."[2]

4.

Judge Papillion's Motion Submission and Oral Argument Dates for Civil Cases, however, are scheduled for August 23, 2023, at 10:00 a.m.[3]

5.

Accordingly, Defendants submit this motion to extend the deadlines to file all non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, by one (1) day, in order to permit a submission date of August 23, 2023, at 10:00 a.m., in accordance with Judge Papillion's Motion Submission and Oral Argument Dates for Civil Cases.

6.

The requested extension of this deadline would be beneficial to all parties and has no prejudicial effect on any of the parties.

7.

---

[1] *See* R. Doc. 205, Order granting Plaintiffs' Unopposed Motion to Extend Litigation Deadlines; *See also* R. Doc. 207, Amended Scheduling Order.
[2] *See* R. Doc. 208, Transfer Order.
[3] *See* https://www.laed.uscourts.gov/judges-info/hearing-dates/judge-darrel-james-papillion

Undersigned counsel certifies that this motion is not brought for any improper purpose or to delay, and further notes that Plaintiffs' counsel has indicated that they do not oppose this motion.

**WHEREFORE**, for the foregoing reasons, Defendants, Sheriff Randy Smith and Lacey Kelly, respectfully request that this Honorable Court extend the deadlines to file all non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, by one (1) day, in order to permit a submission date of August 23, 2023, at 10:00 a.m., in accordance with Judge Papillion's Motion Submission and Oral Argument Dates for Civil Cases.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

s/ Chadwick W. Collings

**CHADWICK W. COLLINGS, T.A. # 25373**
**KENNETH R. WHITTLE # 38640**
**SARAH A. FISHER # 39881**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Monday, July 24, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

s/ Chadwick W. Collings
**Chadwick W. Collings**