**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE VITTER** |
| **VERSUS** | * * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * * * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual** | * * * | **JURY DEMAND** |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual** | * * * * * | **COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **capacity** | * | **ALL CASES** |
| **Defendants** | * | |

**************************************************************************

---

**ORDER**

---

**CONSIDERING**, the *Unopposed Motion and Incorporated Memorandum in Support of Motion to Extend Deadlines* filed by Defendants, Sheriff Randy Smith and Lacey Kelly;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Defendants' *Unopposed Motion and Incorporated Memorandum in Support of Motion to Extend Deadlines* is **HEREBY GRANTED**, and that the deadlines to file all non-evidentiary pretrial motions, including motions for summary judgment and motions *in limine*, is extended by one (1) day, in order to permit a submission date of August 23, 2023, at 10:00 a.m.

New Orleans, Louisiana, this _____ day of July, 2023.

______________________________________

**UNITED STATES DISTRICT COURT JUDGE**