**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*************************************************************************

**PLAINTIFFS' FIRST AMENDED WITNESS AND EXHIBIT LIST**

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR.; and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, and submit the following witness and exhibit lists:

**WITNESSES**

*A. Defendants*

1. Defendant, Greg Longino, to be contacted via Defendant's Counsel.
2. Defendant, Rodney J. Strain, to be contacted via Defendant's Counsel.
3. Defendant, Sheriff Randy Smith, to be contacted via Defendant's Counsel.
4. Defendant, Warden Lacey Kelly (both individually and on behalf of St. Tammany Parish as a Fed. R. Civ. P. 30(b)(6) representative witness), to be contacted via Defendant's Counsel.

*B. Plaintiffs*

5. Ahmed Baqer, Plaintiff, to be contacted via Plaintiff's counsel.
6. Klabert Joseph Guillot, Jr., Former Plaintiff, to be contacted via Defendant's Counsel.

7. Klabert Joseph Guillot, Sr., Plaintiff, to be contacted via Plaintiff's counsel.
8. Kevin Louviere, Plaintiff, to be contacted via Plaintiff's counsel.
9. Terry Matthew Hall, Jr., Plaintiff, to be contacted via Plaintiff's counsel.
10. Floyd Alan Williams, Plaintiff, to be contacted via Plaintiff's counsel.

*C. Fed. R. Civ. P. 26(a)(2) witnesses.*

11. Jeff Eiser, Plaintiff's Expert Witness, to be contacted via Plaintiff's counsel.
12. Dr. Edward Madison, III, 2765 Sgt. Alfred Drive, Slidell, LA 70458, (504) 241-0861
13. Dr. Keith Hickey, Slidell Memorial Hospital, 901 Gause Boulevard, Suite 201, Slidell, LA 70458

*D. Other employees of the St. Tammany Parish Jail*

14. Dr. Richard Inglese, Former doctor, St. Tammany Parish Jail
15. Deputy Chief Jeff Boehm, Deputy Chief Sheriff over Corrections
16. Captain Scott Lee, Sheriff's Office
17. Deputy Chief Doug Sharp, Sheriff's Office – Deputy over Corrections
18. Dr. Jose Ham, St. Tammany Parish Jail, Medical Division
19. Dr. Samuel Gore, St. Tammany Parish Jail, Medical Division
20. Major Daniel Culpeper, previous Deputy Chief over Corrections
21. Captain Scotty Payne, Jail Security Division
22. Shaniqueka Weary, Captain, St. Tammany Parish Government
23. Brian Beech, Captain, St. Tammany Parish Government
24. Scott Lee, Captain, St. Tammany Parish Government
25. Major Richard O'Keefe
26. Deputy Donna Landrum, Code 6 Liaison, St. Tammany Jail
27. Records Custodian for the St. Tammany Parish Government.
28. Records Custodian for the St. Tammany Parish Council.
29. Records Custodian for the St. Tammany Parish Prison and Jail.

*E. Additional Witnesses*

30. Joel Friedman, Professor and Master of Jurisprudence, Tulane Law School
31. Reena Kapoor, MD, Independent Monitor for Department of Justice, Civil Rights Division, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Office of the Assistant Attorney General, Washington D.C. 20530
32. Any witnesses listed by any other party.
33. Impeachment witnesses.
34. Any and all witnesses necessary to authenticate any documents and exhibits offered into evidence.
35. Any witnesses identified in any depositions or obtained in discovery.
36. Any witnesses identified in any discovery responses or documents produced or obtained in discovery.

Plaintiffs reserve the right to supplement or amend this witness list with reasonable notification to opposing counsel.

**EXHIBITS**

1. STPSO Complete Policy and Procedures as of March 16, 2018
2. Basic Jail Guidelines
3. St. Tammany Parish Sheriff's Office Holding Specs
4. 2019 Jail Counts
5. 2020 Jail Counts
6. Inmate Cell Movement Report from 3/1/19 –8/21/20
7. Holding Cell Dates Spreadsheet
8. Cell Assignment Report, Generated January 23, 2020
9. U.S. Department of Justice – Civil Rights Division report of the findings of their investigation concerning the conditions of confinement in the STPJ dated July 12, 2012
10. Affidavit of Major Lacey Kelly
11. Photographs taken on 2/20/2023 of the STPJ holding cells
12. December 21, 2019, holding cell video, 103f mh3 mh4 12-21-2019
13. December 25, 2019, holding cell videos
    a. 103f 12-25-19
    b. 103f mh3 12-25-2019
14. January 1, 2020, holding cell video, 103f mh3 1-1-20
15. April 2, 2020, videos
    a. 103f c800 040220 p1
    b. 103f c800 040220 p2
16. March 13, 2020 Videos
    a. 2020-06-10/HYGEINE-Disk 1/03-13-20 h2 teethbr
    b. 2020-06-10/HYGEINE-Disk 1/03-13-20 h4 brteeth
    c. 2020-06-10/HYGEINE-Disk 1/03-13-2020 Holding 2
    d. 2020-06-10/HYGEINE-Disk 1/03-13-2020 Holding 4
    e. 2020-06-10/THUMBDRIVE 1/001
    f. 2020-06-10/THUMBDRIVE 1/002
    g. 2020-06-10/THUMBDRIVE 1/003
    h. 2020-06-10/THUMBDRIVE 2/001
    i. 2020-06-10/THUMBDRIVE 2/002
    j. 2020-06-10/THUMBDRIVE 2/003
    k. 2020-06-10/THUMBDRIVE 2/011
    l. 2020-06-10/THUMBDRIVE 2/012
    m. 2020-06-10/THUMBDRIVE 2/016
    n. 2020-06-10/THUMBDRIVE 2/017
    o. 2020-06-10/THUMBDRIVE 2/018
    p. 2020-06-10/THUMBDRIVE 2/019
17. March 16, 2020 Videos
    a. 2020-06-10/HYGEINE-Disk 2/03-16-20 h2 deot
    b. 2020-06-10/HYGEINE-Disk 2/03-16-2020 Holding 2
    c. 2020-06-10/HYGEINE-Disk 3/03-16-20 h3 deot
    d. 2020-06-10/HYGEINE-Disk 3/0316-20 h4 deot
    e. 2020-06-10/HYGEINE-Disk 3/03-16-2020 Holding 3
    f. 2020-06-10/HYGEINE-Disk 3/03-16-2020 Holding 4

18. St. Tammany Parish Sheriff's Office New Hire Orientation
19. St. Tammany Parish Sheriff's Office Louisiana POST Corrections Course Curriculum
    a. Functions of the Jail
    b. LSA-DOC Guidelines
    c. Principles & Skills of Supervision
    d. Staff-Inmate Relations
    e. Supervision of Inmate Activities
    f. Inmate Rights
    g. Booking, Classification, & Release
    h. Principles of Jail Security
    i. Transporting Inmates
    j. Health, Sanitation, Food Service
    k. Inmate Services
20. St. Tammany Parish Jail Field Training Officer's Program Manual
21. St. Tammany Parish Jail Guard Tower SOP's
22. Louisiana Administrative Code Title 22
23. Lee Zurik Fox8 News Story Coverage
24. St. Tammany Parish Sheriff's Office Budgets for 2017-Present
25. St. Tammany Parish Sheriff's Office Staffing Totals
26. Deposition of Captain Greg Longino
27. Deposition of Major Richard O'Keefe
28. Deposition of Sheriff Randy Smith
29. Deposition of St. Tammany Parish Sheriff's Office, through its representative, Sgt. Lacey Joi Kelly Robertson
30. December 2018 Medical Records, Floyd Alan Williams
31. November 2019 Medical Records, Floyd Alan Williams
32. February 18, 2020, Unusual Occurrences Report
33. December 21, 2019, Unusual Occurrence Report
34. December 30, 2019, Unusual Occurrence Report
35. February 3, 2020, Cavanaugh Grievance
36. March 31, 2020, Chatelain Response to Cavanaugh Grievance
37. April 13, 2020, Warden Kelly Review of Cavanaugh Grievance
38. March 20, 2020, Glitz Grievance
39. March 15, 2019 Vanderslice Grievance Reviewed by Smith
40. May 21, 2019 Vanderslice Grievance
41. May 24, 2019, Singletary Response to Vanderslice Grievance
42. June 4, 2019, Kelly Response to Vanderslice Grievance
43. June 26, 2019, Sheriff Review of Vanderslice Grievance
44. June 21, 2019, Alexander Grievance
45. July 22, 2019, Stickley Grievance
46. All documents produced by Defendant in relation to the Deposition of St. Tammany Parish's 30(b)(6) witness.
47. Documents produced by the Plaintiffs as part of their 26(a)(2) expert disclosures, including Jeff Eiser's expert report and curriculum vitae.
48. Defendants' Answers to Written Discovery
49. Defendants' Answers to Requests for Production

50. Any and all impeachment material.
51. Any and all discovery responses provided by any party in this matter.
52. Any and all other exhibits that are not listed here but have been disclosed and become of use at trial.
53. Any and all demonstrative evidence that may be of use in presenting Plaintiff's case at trial.
54. Any other exhibit listed or used by another party.
55. Any other exhibits disclosed or discovered at a later date which Plaintiff's are unaware at the time of this filing.

Plaintiff reserves the right to supplement or amend this list in a timely manner.

Respectfully Submitted,

By: */s/ Sam Harton, PHV*
Attorney for Plaintiffs

**Dated: August 1, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net