**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION NO: 20-CV-980** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

# ORDER

Before the Court are the following motions filed by Defendants Lacey Kelly and Randy Smith:

(1) Motion for Leave to Exceed Page Limitation re Motion for Summary Judgment as to the Claims of Ahmed Baqer (Record Document 225);
(2) Motion for Leave to Exceed Page Limitation re Motion for Summary Judgment as to the Claims of Klabert Joseph Guillot, Sr. (Record Document 226);
(3) Motion for Leave to Exceed Page Limitation re Motion for Summary Judgment as to the Claims of Terry Matthew Hall Jr. (Record Document 227);
(4) Motion for Leave to Exceed Page Limitation re Motion for Summary Judgment as to the Claims of Floyd Williams (Record Document 229); and
(5) Motion for Leave to Exceed Page Limitation re Motion for Summary Judgment as to the Claims of Kevin Louviere (Record Document 231).

**IT IS ORDERED** the aforementioned motions are **GRANTED**. The Clerk's Office is directed to file the motions into the record.

New Orleans, Louisiana, this 10th day of August, 2023.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**