

# Louisiana 22nd Judicial District Court, Parish of St. Tammany
## Minutes, 07/16/2019

### STATE OF LOUISIANA VS. BAQER, AHMED AL

**Case #:** 615862/615863   **Citation #:**

| | | | |
|---|---|---|---|
| **Hearing Type:** | Jury Trial*<br>*ATTACHMENT* | | |
| **Hearing Date:** | July 16, 2019 at 8:00 AM | **Location:** | Division C |
| **Heard by:** | Hon. Richard A. Swartz | **Minute/Deputy Clerk:** | Amy Novotny |
| **Court Reporter:** | Mary Gressaffa | **Court Interpreter:** | N/A |
| **Bailiff:** | Tasso Taylor | **ADA:** | Luke M. Lancaster<br>Roy K. Burns |

---

### CHARGES:

1. AGGRAVATED FLIGHT FROM OFFICER
March 21, 2019 (Felony) 14:108.1C (141081C)
2. AGGRAVATED OBSTRUCT OF HIGHWAY
March 21, 2019 (Felony) 14:96 (1496)

---

### APPEARANCES:

AHMED BAQER, Defendant, not present

State of Louisiana, State, present

---

### PROCEEDINGS:

The Defendant being called and failing to appear for Felony and Misdemeanor Trial. On motion of the Assistant District Attorney, Court ordered an ATTACHMENT be issued for the arrest of the accused.
AJN

---

### CALENDAR SETTINGS:

---

### EXHIBITS:

---

### PLEA/DISPOSITION:

Plea Date: May 22, 2019
  1. AGGRAVATED FLIGHT FROM OFFICER
  Plea: Not Guilty
  2. AGGRAVATED OBSTRUCT OF HIGHWAY
  Plea: Not Guilty

# Louisiana 22nd Judicial District Court, Parish of St. Tammany
## Minutes, 07/16/2019

**Case Number: 615862**     Page 2 of 2

---

**SENTENCE:**

---

A TRUE EXTRACT OF THE MINUTES OF THIS COURT

_____

DEPUTY CLERK

22ND JUDICIAL DISTRICT COURT

ST. TAMMANY PARISH, LOUISIANA