## INMATE CELL MOVEMENT REPORT
### Sorted By Booked Date

Entered Search Criteria:
From Prisoner ID: 208849    To Prisoner ID: 208849
Level 1: ANY    Level 2: ANY    Level 3: ANY    Level 4: ANY
Level 5: ANY    Level 6: ANY    Level 7: ANY
From Date: ANY    To Date: ANY
Min. Sentence Length: ANY

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 208849 | BAQER, Ahmed AL. | 03/21/19 | NO | 03/21/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 208849 | BAQER, Ahmed AL. | 12/02/19 | NO | 12/02/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 208849 | BAQER, Ahmed AL. | 12/02/19 | NO | 12/03/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 208849 | BAQER, Ahmed AL. | 12/02/19 | NO | 12/17/19 | C BUILDING-DORM C100-BED C111- | NO |

**Total Items Matching Search Criteria: 2**