Klabert Guillot, Sr.

Jail Record

12/27/19 → Release 3/27/2020

| | | |
|---|---|---|
| Agency ORI # LA05200T1<br>Phone 9858982320 | **ST TAMMANY PARISH SHERIFF'S OFFICE**<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING RECEIPT** | INMATE NUMBER 214543<br>Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | | SLIDELL | | 12/27/2019 | 15:44 |

## INMATE

| Name (First Middle Last +Family) | Maiden Name | Social Security Number | Juvenile |
|---|---|---|---|
| KLABERT GUILLOT | | [redacted] | NO |

| Classification Score | Billing Code | Division | Place of Birth | Residence Phone |
|---|---|---|---|---|
| 10/10 | Parish Prisoner | | NEW ORLEANS | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | La | 70467- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| LABORER | | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | State ID# |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 53 | Single | 511 | 230 | Hazel | Black | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Medium | Large | Beard | Good | Soft/pol | Straight |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | POSSESSION OF SCHEDULE I | COMMITTED | 1 | 40:966C |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 12/26/2019 | HEROIN | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | 0.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 2 | FELONY | POSSESSION OF SCHEDULE II | COMMITTED | 1 | 40:967C |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 12/26/2019 | CRYSTAL METHAMPHETAMINE | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | 0.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 3 | FELONY | POSSESSION OF SCHEDULE II | COMMITTED | 1 | 40:967C |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 12/26/2019 | METHAMPHETAMINE SYRINGE | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | 0.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 27th day of December, 2019.

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)

| ID Number | Unit | Date |
|---|---|---|
| 3827 | | 12/27/2019 |

| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING RECEIPT** | INMATE NUMBER 214543<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | ? | SLIDELL | | 12/27/2019 | 15:44 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 4 | FELONY | POSSESSION OF SCHEDULE II | COMMITTED | 1 | 40:967C |

| Original Off Ind | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 12/26/2019 | HYDROCODONE | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | 0.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 5 | MISDEMEANOR | POSS OF DRUG PARAPHERNALIA | COMMITTED | 1 | 40:1023 |

| Original Off Ind | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 12/26/2019 | | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | PERSONAL SURETY | 1,000.00 | | 0.00 |

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER 214543<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|
| KLABERT GUILLOT | | |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | | SLIDELL | 0 | 12/27/2019 | 15:44 |

1. Are you able to obtain classification information?

Yes/No Answer: YES — Text Answer: Yes
Notes: — Score 0

2. Present Charge

Yes/No Answer: YES — Text Answer: Non-violent felony
Notes: — Score 1

3. Prior criminal record

Yes/No Answer: YES — Text Answer: One or more felony convictions
Notes: — Score 4

4. Pending court action

Yes/No Answer: YES — Text Answer: No pending court action
Notes: — Score 0

5. Flight risk

Yes/No Answer: YES — Text Answer: None
Notes: — Score 0

6. Age (based on Rand Study)

Yes/No Answer: YES — Text Answer: 28+
Notes: — Score 0

7. Residence

Yes/No Answer: YES — Text Answer: Residence in St. Tammany Parish
Notes: — Score 0

8. Family ties

Yes/No Answer: YES — Text Answer: lives alone
Notes: — Score 2

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER 214543 |
|---|---|---|
| KLABERT GUILLOT | | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|---|
| LA05200T1 | | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 3827 | |
| **Arrested Date** | **Arrested Time** | **Arrested By ID** | **Arrested By Agency / Other** | **Inmate Phone Number** | **Booked Date** | **Booked Time** |
| 12/26/2019 | 23:55 | | SLIDELL | 0 | 12/27/2019 | 15:44 |

9. Education

Yes/No Answer: YES — Text Answer: High School graduate or GED
Notes:
Score 0

10. Employment

Yes/No Answer: YES — Text Answer: Unemployed (not drawing unemployment)
Notes:
Score 3

11. Drug dependency

Yes/No Answer: YES — Text Answer: drug screen not required
Notes:
Score 0

12. Escape Risk

Yes/No Answer: YES — Text Answer: No Escapes or attempted escapes
Notes:
Score 0

13. Any dependancy

Yes/No Answer: YES — Text Answer: No dependancy problems
Notes:
Score 0

14. Special job Skills

Yes/No Answer: NO — Text Answer: Other
Notes:
Score 0

15. Any enemies in our jail

Yes/No Answer: NO — Text Answer:
Notes:
Score 0

16. Who should we notify in case of emergency (next of Kin)

Yes/No Answer: YES — Text Answer:
Notes: BARBARA, MOTHER, 5049156216
Score 0

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>INITIAL BOOKING CLASSIFICATION | INMATE NUMBER 214543 |
|---|---|---|
| KLABERT GUILLOT | | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|---|
| LA05200T1 | | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 3827 | |
| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
| 12/26/2019 | 23:55 | | SLIDELL | 0 | 12/27/2019 | 15:44 |

17. Are you a Veteran?

Yes/No Answer: NO

Text Answer:

Notes:

Score 0

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER 214543 |
|---|---|---|
| KLABERT GUILLOT | | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | | SLIDELL | 0 | 12/27/2019 | 15:44 |

**Conditions/Comments:**

| | |
|---|---|
| **Proxy Score** | 10 |
| **S/A** | |
| **M/H** | |
| **R/A Score** | 10 |

**Total Score: 10/10**

ADMINISTRATIVE

Sworn to and subscribed before me,
this 27th day of December, 2019.

Refused
INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

[signature]
OFFICER'S SIGNATURE

[signature]
OFFICER'S PRINTED NAME (L,F)

ID Number 3827 Unit Date 12/27/19

| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING MEDICAL** | INMATE NUMBER 214543<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | | SLIDELL | | 12/27/2019 | 15:44 |

1. ARE YOU ABLE TO OBTAIN MEDICAL INFORMATION?
   Yes/No Answer: YES Text Answer:
   Notes:

2. HAVE YOU BEEN IN A MOTOR VEHICLE ACCIDENT IN THE LAST 24 HOURS
   Yes/No Answer: NO Text Answer:
   Notes:

3. HAVE YOU THOUGHT ABOUT HURTING OR KILLING YOURSELF OR ANYONE ELSE
   Yes/No Answer: NO Text Answer:
   Notes:

4. ANY ILLNESS OR INJURY
   Yes/No Answer: NO Text Answer:
   Notes:

5. ARE YOU CURRRENTLY TAKING MEDICATION
   Yes/No Answer: YES Text Answer:
   Notes:

6. ARE YOU PREGNANT OR THINK YOU MAY BE
   Yes/No Answer: NO Text Answer:
   Notes:

**DISCLAIMER**

I, the undersigned, an inmate in this jail facility hereby authorize the responsible corrections Physician or Designee to administer medical examination or treatment while I am incarcerated in this facility as deemed necessary.

I hereby certify that I have read and/or fully undestand the above authorization for medical examination and/or treatment. I further certify that I have had the procedure explained to me and undestand the procedure for obtaining medical treatment while I am incarcerated.

**ADMINISTRATIVE**

Sworn to and subscribed before me,
this 27th day of December, 2019.

[signature]
INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

[signature]
OFFICER'S SIGNATURE
ID Number 3827 Unit

[signature]
OFFICER'S PRINTED NAME (L,F)
Date 12/27/2019

# ST. TAMMANY PARISH JAIL
## INCOMING PROPERTY REPORT

MH3

Date: 12/27/19 Time: 15 : 35 Property Bag #: 4955

INMATE

LAST NAME: GUILLOT FIRST NAME: ROBERT MI: J

SEARCHED BY: DEPUTY: [illegible] RADIO#: 6514

PERSONAL PROPERTY

WALLET/PURSE: Black wallet

CONTENTS: VAR. CARDS

PHONE/KEYS: X5 KEYS

BLACK PHONE W/ CRACKS ON SCREEN

WATCH/JEWELRY:

DRIVER'S LICENSE/ID: LA DL OTHER PROPERTY:

BLACK BELT, TABLET W/ CRACKS

BLACK BACK PACK W/ VAR CONTENTS

DESCRIBE INMATES CLOTHING AND SHOES: BROWN SHOES

I CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

PRISONER'S SIGNATURE [signature]

RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

SIGNED ______ DATED ______

PROPERTY RELEASED BY: DEPUTY ______

* Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.
* Max liability of property is $50.00.

No. 190392

# St. Tammany Parish Jail
## Incoming Property Report

Date: 12 / 27 / 19 Time: 15 : 35 Property Bag #: ——

INMATE

Last Name: Guillot First Name: Klabert MI:

Searched by: Deputy: Kl Miguez Radio#: 6514

### PERSONAL PROPERTY

Wallet/Purse

Contents

x 2 Knives

Phone/Keys x 1 Flashlight

x 1 Knife [illegible] Sharpener

Watch/Jewelry

Driver's License/ID

Other Property

~~Describe inmates clothing and shoes:~~

I certify the above is a correct list of items removed from my possession at the time I was placed in jail.

Prisoner's signature X [signature]

### RELEASE

I have received all of the property described herein:

Signed ______ Dated ______

Property released by: Deputy ______

* Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.
* Max liability of property is $50.00.

No. 190393

# ST. TAMMANY PARISH JAIL
# INCOMING PROPERTY REPORT

Date: 7 /27 /19 Time: 15 : 35 Property Bag #: #9955

INMATE

LAST NAME: Guillot FIRST NAME: Robert MI: J

SEARCHED BY: DEPUTY: W. Williams RADIO#: 6514

## PERSONAL PROPERTY

WALLET/PURSE Black wallet

CONTENTS Misc. cards

PHONE/KEYS x5 keys

Black phone w/ charger cord [illegible]

WATCH/JEWELRY

DRIVER'S LICENSE/ID LA DL OTHER PROPERTY

Black belt, 1 shirt w/ [illegible]

Black back pack w/ misc contents

DESCRIBE INMATES CLOTHING AND SHOES: Brown shoes

I, CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

PRISONER'S SIGNATURE [signature]

## RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

SIGNED [signature] DATED 3-27-20

PROPERTY RELEASED BY: DEPUTY Bourgeois #6547

** Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.

** Max liability of property is $50.00.

No. 190392

PROBABLE CAUSE DETERMINATION
STATE OF LOUISIANA

22ND JUDICIAL DISTRICT COURT PARISH OF ST. TAMMANY

Before me, the undersigned Notary Public, personally came and appeared: Officer Zachary Starks Slidell Police Department who having been by me duly sworn did depose and say: That he prepared and signed the attached arrest report, item number 1912-2243 and that it is a true and correct statement and that said report is to be submitted to a Judge of the 22nd Judicial Court as per La.C.Cr.Pr. Art. 230.2. Consisting of the following summarized facts:

On Thursday, December 26, 2019 at approximately 2355 hours, Officer Zachary Starks was dispatched to the parking lot of 727 Fremaux Avenue (Texaco) in Slidell, Louisiana in reference to a suspicious persons complaint. Slidell Communications advised that two white males who were approaching females in the parking lot attempting to engage in illegal narcotic sales. Slidell Communications further advised the two male subjects were last seen sitting in a white or silver SUV in the parking lot. Upon arrival, Officer Starks observed two white males seated in a 2004 Saturn Vue, silver in color, bearing Louisiana license plate 259DGN.

As Officer Starks entered the parking lot of 727 Fremaux Avenue, Officer Starks observed a white male, later identified as Klabert Guillot, exit the front passenger seat of the vehicle and enter the store. A short time later, as Officer Starks was making contact with the driver, identified as Thurlow Mayer, who remained in the vehicle, Officer Starks observed Klabert Guillot reenter the vehicle and sit in the front passenger seat. Officer Starks ordered Thurlow Mayer and Klabert Guillot out of the vehicle.

Upon conducting a name scan of Thurlow Mayer, Officer Starks learned that Thurlow Mayer had an outstanding attachment (Want #56581) for his arrest through the Slidell Police Department. Officer Starks advised Thurlow Mayer of his outstanding attachment and advised him he was being placed under arrest. Officer Starks conducted a Search Incidental to Arrest of Thurlow Mayer's clothing and pockets. In the left front pant pocket, Officer Starks located one small clear plastic bag containing a crystalized substance suspected to be Crystal Methamphetamine. Officer Starks advised Thurlow Mayer of his Miranda Rights verbally, to which he acknowledged he understood. Thurlow Mayer then stated that the crystalized substance was in fact Crystal Methamphetamine. Furthermore, Thurlow Mayer stated that when Klabert Guillot observed Officer Starks entering the parking lot, he "threw" the small plastic bag of Crystal Methamphetamine on Thurlow Mayer's lap and exited the vehicle.

Officer Starks then asked Thurlow Mayer for consent to conduct an interior search of the vehicle for any further illegal narcotics, to which he granted in the presence of Lieutenant Michael Rice and Officer Jacob Morris. Upon conducting the search, Officer Starks located one black school bag sitting on the front passenger floorboard where Klabert Guillot was seated. Prior to removing the school bag, Officer Starks asked Klabert Guillot directly if he was the owner of the bag, to which he stated "yes". Officer Starks then removed the bag and placed it on the ground next to the vehicle. Officer Starks then asked Klabert Guillot if their was anything illegal inside of the school bag, at which time Klabert Guillot stated, "Im not sure. I don't own the bag, I just use it." Prior to conducting a search of the school bag, Officer Starks advised Klabert Guillot of his Miranda Rights verbally, to which he acknowledged he understood.

As Officer Starks began removing items from the school bag, Klabert Guillot was making statements to further prove ownership of the school bag. For example, Officer Starks removed a green toothbrush case, which Klabert Guillot

immediately stated "that's my toothbrush." During a search of the school bag, Officer Starks located one small clear plastic bag containing a brown rock-like substance suspected to be Heroin, one clear plastic bag containing a crystalized substance suspected to be Crystal Methamphetamine, one loaded Hypodermic Needle containing suspected Methamphetamine, one clear glass pipe containing Methamphetamine residue, one black digital scale, and one open package containing several unused Hypodermic Needles. As Officer Starks removed the bag of Hypodermic Needles, Klabert Guillot excitedly and immediately stated to Officer Starks that he was a diabetic. Also inside of the school bag was a prescription bottle containing Eight Acetaminophen/Hydrocodone tablets. While Officer Starks was removing the prescription bottle, Klabert Guillot immediately stated to Officer Starks that the bottle was given to him earlier in the night by Thurlow Mayer's mother due to having back pain.

#125

Officer Signature

Sworn to and subscribed before me this 27 day of December, 2019

NOTARY PUBLIC

MICHAEL J. RICE #132470
Ex-Officio Notary, Slidell Police Dept.

WHEREAS, the above and foregoing affidavit having been submitted to me, upon oath of arresting officer detailing the warrant less arrest of Klabert Guillot for the charge(s) of: 40:966C Possession of a Schedule I Narcotic (Heroin), 40:967C Possession of a Schedule II Narcotic (Crystal Methamphetamine), 40:967C Possession of a Schedule II Narcotic (Methamphetamine Syringe), 40:967C Possession of a Schedule II Narcotic (Hydrocodone), 40:1023 Possession of Drug Paraphernalia

and after having reviewed the above affidavit for the arrest, as per La.C.Cr.Pr. Art. 230.2; I, the undersigned Judge, have determined that probable cause did / did not exist for the warrant less arrest of the aforementioned individual.

Given under my official signature this ______ day of ____________________, 20___

JUDGE

# *SLIDELL POLICE DEPARTMENT*
## *Nationally Accredited*

**Item No.:** 1912-2243

Guillot, Klabert | [redacted] | M
(Print Perpetrators Last, First name by filling Officer) | (Date of Birth) | (Male or Female)

## STATEMENT OF MIRANDA RIGHTS

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.
5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

I understand these rights

[signature] — Print Name

Klabert Guillot — Signature

## WAIVER OF RIGHTS

I have read the above statement of my rights and I understand each of those rights, and having these rights in mind I waive them and willingly make a statement.

Klabert Guillot — Print Name

[signature] — Signature

Witnessed by:

C. Savin #136

Officer's Name

Date: Ø 12/21/2019

Time: 00:34 AM: ☑ PM: ☐

*2112 Sgt. Alfred Drive, Slidell, Louisiana 70458 * Phone (985)643-3131*

SPD-53 Rev June 6, 2016

SID 0002469543 FBI 273689NA6 DOC ________ DNA ON FILE no

First Name: KLAVERT Middle Name: ________ Last Name: GUILLOT

Race: W Social Security #: [redacted] Age: 53 Date of Birth: [redacted]

Phone Number : Home: ________ Cell: [redacted]

Home Address: [redacted]

City: [redacted] State: LA Zip: 70407

Mailing Address (if different than Home) ________ F

Where were you born? City: New Orleans State: LA

Prop 7-420

Job / Trade / Skill: ________

Employer Name & Address: ________

How long have you been at your job?: ________

V Ftapost

Highest Grade of School Completed? : College

Driver's License # & State : ________

Marital Status: Married / Single / Divorced / Separated / Widowed

Number of Children: 2 Religion: ________

Shoe Size: 11 Height : 5'11" Weight : 230 Hair Color: Black Eye Color : Hazel

Build (Circle One): Small / Medium / Stocky / Thin / Large / Obese / Slender

Hair Style (Circle One): Bald / Crew / Afro / Straight / Wavy / Curly / Braided

Hair Length (Circle One): Bald / Short / Medium / Long

Facial Hair: None / Beard / Goatee / Mustache / Fu Manchu / Sideburns / Unshaven

Teeth: Bad / Braces / False or Dentures / Gold / Good / Missing / Protruding / Rotten

Are you left or right handed?: Right

Gang Affiliations: No If yes, which one: ________

Do you wear glasses or contacts?: No

Tattoos / Scars (Include where and a description tattoo is): No



Updated 12/30/2017

Have you been in a car accident in the past 24 hours? N

Thoughts of killing anyone or yourself ? N

Any serious injuries or illnesses? N

Are you currently taking medication? Y

Are you pregnant? (females only) N

Any pending court action? : N

If yes (Circle One): Felony / Misdemeanor / Probation /Parole/ Traffic

If yes to probation/parole is it: (Circle One) Misdemeanor/Felony? Who is your probation/parole officer?

Who do you live with?: (Circle One): Self / Spouse / Victim / Parents / Other

Any current drug or alcohol dependency problems? (Circle One):

No Problems / Current Dependency Problem / Occasional Abuser / Prior Problems

Any enemies in jail? (List names): N

~~Are You a Veteran?~~ No If yes, which branch?

Emergency Contact Information:

Name: [redacted] Phone #: [redacted]

Relation: Mother

FOR DEPUTY'S USE ONLY BELOW THIS LINE

Interviewed by: Dy. M. Manns

PREA filled out properly by: Dy. M. Manns

# P.R.E.A. SCREENING CHECKLIST

I Identifying Date

Inmate Name ______________________ DOC Number ______________

Reason for screening: __✓__ New Admission ____ Regular Review ____ Special Referral

## II Possible Victim Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | Former victim of prison rape or sexual assault, past ten years | N | |
| 2. | Youthful Age (Under 25) | N | |
| 3. | Elder (65 or older) | N | |
| 4. | Small physical stature (5'6" or less and/or less than 140 lbs.) | N | |
| 5. | Developmental disability/mental health LOC 1, 1A, 2, 2A | N | |
| 6. | First incarceration less than 30 days (juvenile, parish, state, fed) | N | |
| 7. | Homosexual/bi-sexual overly effeminate<br>Overly Masculine (Females Only) | N | |
| 8. | History of any sexual abuse-past ten years | N | |
| 9. | History of correctional facility consensual sex-past 10 years | N | |
| 10. | Protective Custody-past five years (adult/juvenile) | N | |

Victim Designation Process
If "Yes" to item 1 enter "Known Victim" code
IF "Yes" to two or more items other than item 1, enter offender as "Potential Victim"
Otherwise designate offender as "Non-Victim"

Scored Designation ____ Known Victim ____ Potential Victim __S__ Non-Victim

Victim Over-Ride:

____ No ____ Yes (Cannot over-ride a known victim, ONLY a Potential Victim and Non-Victim)

If "Yes" indicate change ____ "Potential Victim" to Non-Victim" ____ "Non-Victim" to Potential Victim"

Basis (Why Changed) ______________________

## III Possible Predatory Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | History of institutional predatory sexual behavior-past 5 years | N | |
| 2. | Current or Prior Conviction for rape. Child abuse or neglect past ten years. | N | |
| 3. | Sexual abuse or sexual assault toward others or domestic Violence-past ten years (Please circle behavior noted) | N | |
| 4. | Current gang affiliation | N | |
| 5. | Strong-arming/assaults in prison –past ten years | N | |
| 6. | Consensual sex in Correctional facility- past ten years | N | |
| 7. | In-prison Sexual taunting toward staff or offenders | N | |

Predator Designation Process
If "Yes" to item 1 enter "Known Predator" code
IF "Yes" to two or more items other than item 1, enter offender as "Potential Predator"

Scored Designation ____ Known Predator ____ Potential Predator __✓__ Non- Predator

Predator Over-Ride:

____ No ____ Yes (Cannot over-ride a known Predator, ONLY a Potential Predator and Non- Predator)

If "Yes" indicate change ____ "Potential Predator" to "Non- Predator" ____ "Non- Predator" to "Potential Predator"

Basis (Why Changed) ______________________

Completed by: Dy. N. Manuel Facility: STPSO Date Completed: 12/27/19

# P.R.E.A OFFENDER ORIENTATION

**PRISON RAPE ELIMINATION ACT-P.R.E.A.-** At St. Tammany Parish Jail the guidelines concerning P.R.E.A. are made aware to you during Intake/Orientation.

**PREVENTION-** Do not engage in activities that could lead to sexual assault, sexual misconduct or sexual coercion.

**PREVENTION-** Again protect yourself by not engaging in any activities that could lead to sexual assault, sexual misconduct, or sexual coercion. Do not horse play: maintain a code of standards at all times.

**REPORTING SEXUAL ASSAULT, SEXUAL MISCONDUCT AND SEXUAL COERCION-** If sexually assaulted or any type of misconduct occurs or someone is trying to coerce you sexually you should report this to security as soon as possible.

**PROTECTION FROM RETALIATION-** St. Tammany Parish Jail will respond appropriately to prevent retaliation for reporting sexual assault, sexual misconduct, or sexual coercion.

**TREATMENT AND COUNSELING-** If sexually assaulted, we will take proper steps in regards to treatment and/or counseling. Appropriate measures including but not limited to, transfer to another facility and/or the Department of Corrections if deemed necessary.

**S.T.P.S.O. ZERO TOLERANCE FOR SEXUAL ASSAULT, SEXUAL MISCONDUCT AND SEXUAL COERCION-** Investigation involving any type of sexual assault, sexual misconduct, or sexual coercion will be thorough with appropriate action taken.

As an inmate offender housed at the St. Tammany Parish Jail, I have been read and am fully aware of the guidelines concerning Prison Rape Elimination Act – P.R.E.A.

x [signature]
**OFFENDER**

[signature]
**OFFICER**

JOHN BEL EDWARDS
Governor

JAMES M. Le BLANC
Secretary

State of Louisiana
Department of Public Safety and Corrections
Division of Probation and Parole

12/30/2019

Sheriff Randy Smith
St. Tammany Parish Sheriff's Office
Covington, LA

RE: Klabert Joseph Guillot Sr
White/Male
DOB: [redacted]
DOC # 330985
Docket:

---

Dear Sheriff Randy Smith:

Would you please accept this letter as your authority to hold the above named subject who was placed in St. Tammany Parish Jail on 12/27/2019.

Please show this subject as being detained for this Division as a parole violator for Covington.

As per Act 280 of 2017 Regular Legislative Session, we are advising that regardless of the bond on new charge(s), the Division of Probation & Parole requests this detainer be maintained.

Sincerely yours,

Kevin Hidalgo
District Administrator

Fr Lindsey Maggio
Probation & Parole Officer

1712 North Columbia St., Post Office Box 3610, Covington, LA 70435 (985) 871-8351 Fax (985) 871-8357
www.doc.la.gov
An Equal Opportunity Employer

12-30-19 SCW

**Hearn, Allyna M.**

**From:** Lindsey Maggio <LindseyMaggio@corrections.state.la.us>
**Sent:** Monday, February 3, 2020 11:27 AM
**To:** Bond Office
**Cc:** Cline Jenkins
**Subject:** Cancellation of Detainer DOC 330985

**This email is from an external sender not from the St. Tammany Sheriff's Office email system.**
**Do you trust this email? If you are unsure DO NOT click any links and NEVER input your username and password!!**
*- IS Department*

Lindsey Maggio
Probation & Parole Officer
Covington District Office
----- Forwarded by Lindsey Maggio/CVD/PNP/CORRECTIONS on 02/03/2020 11:28 AM -----

JOHN BEL EDWARDS
Governor

JAMES M. Le BLANC
Secretary

State of Louisiana
Department of Public Safety and Corrections
Division of Probation and Parole

## CANCELLATION OF DETAINER

02/03/2020

[ ]OFFENDER HAS BEEN REVOKED TO DOC - ONLY CANCEL PROBATION/PAROLE DETAINER

Sheriff Randy Smith
St. Tammany Parish Sheriff's Office

RE: Klabert Joseph Guillot White/Male
DOB: [redacted]
DOC # 330985
Docket: El Paso TX 2018D03757

Dear Randy Smith:

Please accept this letter as your authority to release the detainer on the above named subject who was placed in Jail by Slidell Police Department on 12/27/2019.

Please show this subject as being released for the Division of Probation & Parole as a Parole violator.

This release of our detainer **DOES NOT** lift the detainer placed by other law enforcement/Corrections agencies or other sections within the Department of Public Safety & Corrections. Further, this does not release the inmate from any hard labor commitment imposed via revocation and/or sentencing for a new offense.

Entered
2/3/20

Sincerely yours,

Kevin Hidalgo
District Administrator

Lindsey Maggio
Probation & Parole Officer

Change supervision level from detained to Minimum.

1712 North Columbia St., Post Office Box 3610, Covington, LA 70435 (985) 871-8351 Fax (985) 871-8357
www.doc.la.gov
An Equal Opportunity Employer

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

FBI's acquisition, preservation, and exchange of identification information is generally authorized under 28 USC 534. This FD-249 is to be used for criminal justice purposes, such as incident to arrests and cerations. The Applicant form (FD-258) contains applicable Paperwork Reduction Act and Privacy Act notices and should be used for noncriminal justice purposes. "A Social Security Account Number (SSAN) lpful to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), any Federal, State, or local government agency which ests an individual to disclose his/her SSAN is responsible for informing the person whether disclosure is mandatory or voluntary, by what statutory or other authority the SSAN is solicited, and uses will be made of it.." FD-249 (Rev. 3-1-10)

LA0520200

| | | | |
|---|---|---|---|
| ENILE FINGERPRINT<br>MISSION YES ☐<br>AT AS ADULT YES ☐ | DATE OF ARREST<br>MM DD YY<br>12/27/2019 | ORI<br>CONTRIBUTOR LA0520200<br>ADDRESS PD<br>SLIDELL LA<br>REPLY DESIRED? YES ☐ | |
| D COPY TO:<br>TER ORI) | DATE OF OFFENSE<br>MM DD YY | PLACE OF BIRTH (STATE OR COUNTRY)<br>LA | COUNTRY OF CITIZENSHIP |
| CELLANEOUS NUMBERS<br>LA | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | |
| | RESIDENCE/COMPLETE ADDRESS<br>[redacted] | CITY<br>[redacted]<br>70460 | STATE<br>LA |
| ICIAL TAKING FINGERPRINTS<br>ME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE<br>520211901816 | PHOTO AVAILABLE? YES ☐<br>PALM PRINTS TAKEN? YES ☐ | |

'LOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

| RGE/CITATION | | DISPOSITION |
|---|---|---|
| 40:966 (FELONY) | MANUF./DISTRIBUTION/POSSESS. OF A SCH. 1; POSSESS. MARIJUANA | 1. |
| 40:967C | UNLAWFUL TO KNOWINGLY/INTENTIONALLY POSSESS SCH.II UNLESS RX | |
| 40:967C | UNLAWFUL TO KNOWINGLY/INTENTIONALLY POSSESS SCH.II UNLESS RX | 2. |
| 40:967C | UNLAWFUL TO KNOWINGLY/INTENTIONALLY POSSESS SCH.II UNLESS RX | |
| 40:1023 FIRST(MISD) | PROHIBITED ACTS/ DRUG PARAPHERNALIA | 3. |

ITIONAL

ADDITIONAL

ITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

U.S. GOVERNMENT PRINTING OFFICE: 09/02/2014 08:30:39

# Suspect Rap Sheet

SID: 002469543 ATN: 520211901816
LBN: 520211901816

Last Name: GUILLOT Initial:

First Name: KLABERT Suffix:

Ad[redacted]

Race: W Sex: M Height: 602 Weight: 235

DOB: [redacted] Birth Place: LA

Booking Date: 12/27/2019

SSN: [redacted]

FBI No.:

DLN: State: LA

Charge Agency: LA0520200

Gang Affiliations:

Mustache:

Beard:

Glasses:

Skin Tone: FAR

Body Build: HEAVY

Nickname:

Hair Color: BRO

Hair Length:

Eye Color: GRN

**Scars:**
Type: Location:

**Tattoos:**
Type: Location: Litteral:

**Marks:**
Location:

**Notes:**

# FELONY ALLOTMENT RESEARCH FORM

DEFENDANT'S NAME: GUILLOT, KLABERT

D.O.B. [redacted]

BOOKING #: 234204

ARREST DATE: 12/26/2019

CURRENT CHARGES: POSSESSION OF SCHEDULE I
POSSESSION OF SCHEDULE II 3X

OFFENSE DATE: 12/26/2019
(USE EARLIEST)

PENDING FELONY CASE INFORMATION? NO <==Yes or No

DOCKET#

DIVISION

CHARGE

DATE 12/27/2019

SYSTEM USED: ODYSSEY

DEPUTY: ACKER

COURT DATE: 2/6/2020

DIVISION: C

ADDITIONAL COMMENTS/INFORMATION:

REVISED JUNE 2011

| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**FIRST APPEARANCE BOOKING REPORT** | INMATE NUMBER 214543<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | | SLIDELL | 50353482 | 12/27/2019 | 15:44 |

## INMATE

| Name (First Middle Last +Family) | Maiden Name | Social Security Number | Juvenile |
|---|---|---|---|
| KLABERT GUILLOT | | [redacted] | NO |

| Classification Score | Billing Code | Division | Place of Birth | Residence Phone |
|---|---|---|---|---|
| 10/10 | Parish Prisoner | | NEW ORLEANS | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | La | 70467- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| LABORER | | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 53 | Single | 511 | 230 | Hazel | Black | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Medium | Large | Beard | Good | Soft/pol | Straight |

Current Cell
HOLDING CELL-MALE HOLDING-MALE HOLD3

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | POSSESSION OF SCHEDULE I | COMMITTED | 1 | 40:966C |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | HEROIN | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | 0.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 2 | FELONY | POSSESSION OF SCHEDULE II | COMMITTED | 1 | 40:967C |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | CRYSTAL METHAMPHETAMINE | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | 0.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 3 | FELONY | POSSESSION OF SCHEDULE II | COMMITTED | 1 | 40:967C |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | METHAMPHETAMINE SYRINGE | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | 0.00 | | 0.00 |

COMM FOIL

DEC 2 _ 2019

## ADMINISTRATIVE

**Comments:**

On Prob/Parole (1-5) 5,000 CPS

POD



| | | |
|---|---|---|
| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**FIRST APPEARANCE BOOKING REPORT** | INMATE NUMBER 214543<br>Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | ? | SLIDELL | 50353482 | 12/27/2019 | 15:44 |

**OFFENSE(S) / CHARGE(S)**

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 4 | FELONY | POSSESSION OF SCHEDULE II | COMMITTED | 1 | 40:967C |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | HYDROCODONE | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | 0.00 | | 0.00 |

**OFFENSE(S) / CHARGE(S)**

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 5 | MISDEMEANOR | POSS OF DRUG PARAPHERNALIA | COMMITTED | 1 | 40:1023 |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | PERSONAL SURETY | 1,000.00 | | 0.00 |

DEC 3 0 2019

72 HR HEARING

# DISTRICT ATTORNEY'S CHARGING DISPOSITION

DEFENDANT: Klabert Joseph Guillot, Sr. D.A.#: 399786

SID#: 2469543 FBI#: 273689NA6 AFIS#: LID#:

DOB: [redacted] Age: 53 RACE/SEX: W/M SSN: [redacted]

AGENCY: Slidell Police Department REPORT #: 1912-2243

ARREST DATE: 12/26/2019 REPORT RECEIVED:

**ACCEPTED CHARGES:**

| COUNT | ITEM # | BOOKED CHARGE | ACCEPTED |
|---|---|---|---|
| 1 | 1912-2243 | R.S. 40:966.C(4)(a) poss heroin < 2 g, Possession of heroin - less than two grams | R.S. 40:966.C(4)(a), Possession of heroin - less than two grams, a Felony, Class 3 |
| 2 | 1912-2243 | R.S. 40:967.C(1) poss Sch II < 2 grams, Possession of a Schedule II controlled dangerous substance less than 2 grams | R.S. 40:967.C(1), Possession of a Schedule II controlled dangerous substance less than 2 grams, a Felony, Class 3 |
| 3 | 1912-2243 | R.S. 40:967.C(1) poss Sch II < 2 grams, Possession of a Schedule II controlled dangerous substance less than 2 grams | R.S. 40:967.C(1), Possession of a Schedule II controlled dangerous substance less than 2 grams, a Felony, Class 3 |
| 4 | 1912-2243 | R.S. 40:1023.C, Drug Paraphernalia | R.S. 40:1023.C, Drug Paraphernalia, a Misdemeanor, Class 4 |

**BOOKED CHARGES and REFUSED CHARGES:**

| COUNT | ITEM # | BOOKED CHARGE(S) | | BOND(S) | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1912-2243 | R.S. 40:966.C(4)(a), Possession of heroin - less than two grams, Felony, Class 3 | See Accepted Charges Table. | | |
| 2 | 1912-2243 | R.S. 40:967.C(1), Possession of a Schedule II controlled dangerous substance less than 2 grams, Felony, Class 3 | See Accepted Charges Table. | | |



EMW2
1/27/20

| | | | | | |
|---|---|---|---|---|---|
| 3 | 1912-2243 | R.S. 40:967.C(1), Possession of a Schedule II controlled dangerous substance less than 2 grams, Felony, Class 3 | See Accepted Charges Table. | | |
| 4 | 1912-2243 | R.S. 40:1023.C, Drug Paraphernalia, Misdemeanor, Class 4 | See Accepted Charges Table. | | |
| 5 | 1912-2243 | R.S. 40:967.C(1), Possession of a Schedule II controlled dangerous substance less than 2 grams, Felony, Class 3 | RF Duplicate Charges | | |

**CURRENT CASE STATUS IN D. A. OFFICE (STAGE): Charges Filed**

DATE: **January 27, 2020** ADA: **LL**

Take This To The Sheriff's Office

Name: Klabert Guilliot, Sr. Race/Sex: W/M DK#: 457-F-2020 ❑ 72's

Charge: 1. poss. sched I: heroin Fine: ____ Cost: ____ or ____ Days
2. poss. sched II Fine: ____ Cost: ____ or ____ Days
3. poss. sched II Fine: ____ Cost: ____ or ____ Days
4. ____ Fine: ____ Cost: ____ or ____ Days
5. ____ Fine: ____ Cost: ____ or ____ Days
6. ____ Fine: ____ Cost: ____ or ____ Days

Sentence: As to Count #2 & #3
❑ Parish Jail: Days ____ Mon. ____ Yrs. ____ ☒ DOC: Days ____ Mon. ____ Yrs. 2
❑ Report To Jail ____ ❑ Exec. Of Sent. ____ ☒ CTS. ❑ Revocation Hearing
❑ Consecutive ❑ Concurrent ❑ 894 ❑ Deferred Sentence ____ ☒ Suspended Sentence
☒ Supervised Probation For Mon. ____ Yrs. 3 ❑ Unsupervised Probation For Mon. ____ Yrs. ____

Special Conditions: ❑ 1. Pay Fine and Cost ❑ 2. ____ 8 Hrs. Day C/S ❑ 3. Substance Abuse Program
❑ 4. Driver Improvement Program ❑ 5. Drug Screening ❑ 6. Refrain From Criminal Conduct
❑ 7. Pay IDF ____ ❑ 8. ____ Supervision Fee ❑ 9. Attend Mental Health Clinic
❑ 10. Make Restitution To ____ In The Amount Of ____ By ____
❑ 11. JEF ____ ☒ 12. Drug Court ❑ 13. MADD

Remarks: Count #1: 3 yrs DOC / 3 yrs sup. prob.

Court Date: 3/27/2020 Judge: Swartz

Deputy / Clerk Amy Nantz Received By / Radio Number ____

❑ White-STPSO Front Desk ❑ Canary-Jail: Booking Desk ❑ Blue-Jail: Transport ❑ Goldenrod-Probation & Parole ❑ Pink-Clerk

III-5

CW

CM 3/27/20

457-F-2020

# State of Louisiana - Parish of St. Tammany

Covington, La., 3/27/2020

TO: Jail SURETY

See that principal receives this summons.

TO: Klebert Guillot Sr DEFENDANT

**YOU ARE HEREBY SUMMONED** to appear at the Justice Center, in the City of Covington, on 6-4-2020 at the hour of 8:30 o'clock A.M., for Eligib. for Drug Court in the Twenty-second Judicial District Court, and there continue from day to day until discharged by the Court.

Failure to appear in Court will result in bond forfeiture and an attachment issued for your arrest.

Melissa R. Henry, Clerk of Court

Per [signature], DEPUTY CLERK

K-113

Take This To The Sheriff's Office

Name: Klabert Guilliott Sr  Race/Sex: B/M  DK#: 0459-M-2020 ❑ 72's

Charge: 1. poss. drug parap.  Fine: ______ Cost: ______ or ______ Days
2. ______ Fine: ______ Cost: ______ or ______ Days
3. ______ Fine: ______ Cost: ______ or ______ Days
4. ______ Fine: ______ Cost: ______ or ______ Days
5. ______ Fine: ______ Cost: ______ or ______ Days
6. ______ Fine: ______ Cost: ______ or ______ Days

Sentence: ☒ Parish Jail: Days 15 Mon. ______ Yrs. ______ ❑ DOC: Days ______ Mon. ______ Yrs. ______
❑ Report To Jail ______ ❑ Exec. Of Sent. ______ ☒ CTS. ❑ Revocation Hearing
❑ Consecutive ❑ Concurrent ❑ 894 ❑ Deferred Sentence ______ ❑ Suspended Sentence
❑ Supervised Probation For Mon. ______ Yrs. ______ ❑ Unsupervised Probation For Mon. ______ Yrs. ______

Special Conditions: ❑ 1. Pay Fine and Cost ❑ 2. ______ 8 Hrs. Day C/S ❑ 3. Substance Abuse Program
❑ 4. Driver Improvement Program ❑ 5. Drug Screening ❑ 6. Refrain From Criminal Conduct
❑ 7. Pay IDF ______ ❑ 8. ______ Supervision Fee ❑ 9. Attend Mental Health Clinic
❑ 10. Make Restitution To ______ In The Amount Of ______ By ______
❑ 11. JEF ______ ❑ 12. Drug Court ❑ 13. MADD

Remarks: Court deems this satisfied

Court Date: 3/27/2020  Judge: Swartz
Deputy / Clerk Amy Novotny  Received By / Radio Number ______

❑ White-STPSO Front Desk ❑ Canary-Jail: Booking Desk ❑ Blue-Jail: Transport ❑ Goldenrod-Probation & Parole ❑ Pink-Clerk

III-5

[signature] 3/27/20

457-F 1459-M C

C504

# State of Louisiana - Parish of St. Tammany

Covington, La., 2/6/2020

TO: Jail SURETY

See that principal receives this summons.

TO: Klebert Guillot, Sr. DEFENDANT

YOU ARE HEREBY SUMMONED to appear at the Justice Center, in the City of Covington, on 4-6-2020 at the hour of 9:00 o'clock A.M., for **Felony Jury Trial** in the Twenty-second Judicial District Court, and there continue from day to day until discharged by the Court.

FURTHER, YOU ARE HEREBY SUMMONED to appear for **PRE-TRIAL CONFERENCE** on 3-26-2020 at the hour of 9:00 o'clock A.M., at the Justice Center, in the City of Covington.

**Failure to appear in Court will result in bond forfeiture and an attachment issued for your arrest.**

Melissa R. Henry, **Clerk of Court**

Per [signature], DEPUTY CLERK

K-105

**ST. TAMMANY PARISH JAIL**
Covington, LA 70433
985-276-1000

**Acknowledement Receipt of MasterCard Prepaid Release Card**

| | |
|---|---|
| Date | Friday, March 27, 2020 |
| Inmate ID | 214543 |
| Booking# | 234204 |
| Amount | $2.19 |

Name: KLABERT GUILLOT

Address: [redacted]

Phone: 0

"I understand and agree that I have received my funds on a Mastercard prepaid Card and have also received the Cardholder Agreement. I understand that the use of the Card is optional and that I can immediately remove my funds from the Card without charge as written in the Cardholder Agreement."

Sign Here

KLABERT GUILLOT

SID # 002469943 BOOK DATE 12/27/19 BAG#/BED # /C504

# Release Checklist

(to be placed in inmate file)

Inmate's Name Klabert Guillot Date of Birth [redacted]

Booking Number 234204/214543 Race W Sex: (M) F

*Verifying deputy will initial next to each field they clear. If line does not apply, mark N/A and initial.*

N/A Is there a closing disposition for each charge?

N/A Is the closing disposition correct for each item? (cross ref. item #, docket # and offense dates)

N/A If the inmate is DOC, is there a Diminution of Sentence or a Full Term Certificate for each hard labor docket?

___ If the inmate has P/J time, has the sentence been satisfied? (8-4, time served, fine paid)

___ Is the proper documentation to close each release restriction?

N/A Have victim(s) been contacted?

N/A If inmate is being released to the custody of another agency/officer, has proper documentation been done in JMS and in the inmate's file?

---

___ Has the inmate been given a check/debit card for any remaining funds in his/her inmate account?

CB *Has all state issued property been returned to the property deputy?*

CB *Has the inmate's identity been verified via AFIS, AFIS/DNA and/or IRIS Scanner?*

CB *Has the inmate signed and been given all necessary documents?*

*(bond papers, subpoena, bond condition slip)*

CB *Has the AFIS been Descriptor Completed and the DNA queue checked?*

*This section is for the deputy to fill out. This must be filled out prior to the inmate being released.*

___ NCIC N/A AFIS (rap sheet) ___ DNA Check Queue ___ DNA On file (not needed)

N/A Warrants N/A Drug Screen N/A Inmate Attachments (Documents) N/A Cloud Gavel

Additional Comments:

_______________________________________________

_______________________________________________

Supervisor verifying release Cpl [signature] 654 Date 3/27/20 Time 1852

| | | |
|---|---|---|
| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INMATE RELEASE** | INMATE NUMBER 214543<br>Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | ? | SLIDELL | | 12/27/2019 | 15:44 |

| Release Date | Release Time | Released By ID | Release Reason | Release Bond Type | Release Bond Amount |
|---|---|---|---|---|---|
| 03/27/2020 | 20:35 | 3017 | RELEASED ON PROBATIO | NO BOND | |

## INMATE

| Defendant Code | Offense Indicator | Juvenile | Name (First Middle Last +Family) | Social Security Number |
|---|---|---|---|---|
| | | NO | Klabert GUILLOT | [redacted] |

| Maiden Name | Nickname / Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | NEW ORLEANS | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | La | 70467- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| LABORER | | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 53 | Single | 511 | 230 | HAZEL | BLACK | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Medium | Large | Beard | Good | Soft/pol | Straight |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | POSSESSION OF SCHEDULE I | COMMITTED | 1 | 40:966C |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | POSSESSION OF SCHEDULE I | 40:966C | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Cash Propert Surety | 5,000.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 2 | FELONY | POSSESSION OF SCHEDULE II | COMMITTED | 1 | 40:967C |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | POSSESSION OF SCHEDULE II | 40:967C | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Cash Propert Surety | 5,000.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 3 | FELONY | POSSESSION OF SCHEDULE II | COMMITTED | 1 | 40:967C |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | POSSESSION OF SCHEDULE II | 40:967C | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Cash Propert Surety | 5,000.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 27th day of March2020, .

[signature]

IMMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

[signature] Bourgeois, Corey

OFFICER'S SIGNATURE OFFICER'S PRINTED NAME (L,F)



| ID Number | Unit | Date |
|---|---|---|
| 3827 | | 03/27/2020 |

| Agency ORI # LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | INMATE NUMBER 214543 |
|---|---|---|
| Phone 9858982320 | 1200 CHAMPAGNE ST , COVINGTON,LA,70433 | Juvenile ☐ Prior Agency Inmate ☐ |

# INMATE RELEASE

| Agency ORI Number | Boooking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 234204 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | ? | SLIDELL | | 12/27/2019 | 15:44 |

| Release Date | Release Time | Released By ID | Release Reason | Release Detail |
|---|---|---|---|---|
| 03/27/2020 | 20:35 | 3017 | RELEASED ON PROBATIO | COURT 3YRS DOC/3YRS SUP. PROBATION |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 4 | FELONY | POSSESSION OF SCHEDULE II | COMMITTED | 1 | 40:967C |

| Original Offlnd. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 12/26/2019 | POSSESSION OF SCHEDULE II | 40:967C | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Cash Propert Surety | 5,000.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 5 | MISDEMEANOR | POSS OF DRUG PARAPHERNALIA | COMMITTED | 1 | 40:1023 |

| Original Offlnd. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 12/26/2019 | POSS OF DRUG PARAPHERNALIA | 40:1023 | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Cash Propert Surety | 5,000.00 | | 0.00 |

# IMMATE RELEASE - PROPERTY(S)

| Agency ORI Number | Inmate Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 214543 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3827 |

| Arrested Date | Arrested Time | Arrested By ID | Arresteed By Agency \ Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 12/26/2019 | 23:55 | | SLIDELL | | 12/27/2019 | 15:44 |

## PROPERTY

| Item # | Status | Property Type | Quantity |
|---|---|---|---|
| 1 | | CASH | 0 |

| Name | Brand | Model Name/Number | Serial Number |
|---|---|---|---|
| | | | |

| Owner Applied Number | Value | Damage | Estimated Damage |
|---|---|---|---|
| | $142.00 | | 0 |

## COMMENTS

Description

## ADMINISTRATIVE

Sworn to and subscribed before me,
this 27th day of March, 2020.

INMATES SIGNATURE

GUILLOT Klabert,
INMATES PRINTED NAME (L,F,M)

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)

ID Number 3827 Unit ? Date 03/27/2020