## INMATE CELL MOVEMENT REPORT
Sorted By Booked Date

Entered Search Criteria:
From Prisoner ID: 214543   To Prisoner ID: 214543
Level 1: ANY   Level 2: ANY   Level 3: ANY   Level 4: ANY
Level 5: ANY   Level 6: ANY   Level 7: ANY
From Date: ANY   To Date: ANY
Min. Sentence Length: ANY

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 214543 | GUILLOT, Klabert | 12/27/19 | NO | 12/27/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 214543 | GUILLOT, Klabert | 12/27/19 | NO | 12/29/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 214543 | GUILLOT, Klabert | 12/27/19 | NO | 01/02/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 214543 | GUILLOT, Klabert | 12/27/19 | NO | 01/03/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 214543 | GUILLOT, Klabert | 12/27/19 | NO | 01/10/20 | C BUILDING-DORM C500-BED C504- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 12/08/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 12/09/20 | A BUILDING-TIER A200-CELL A217-BUNK- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 12/24/20 | C BUILDING-DORM C600-BED C602- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 02/01/21 | C BUILDING-DORM C200-BED C237- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 02/09/21 | D BUILDING-DORM D400-BED D404- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 02/24/21 | C BUILDING-DORM C300-BED C308- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 04/22/21 | A BUILDING-TIER A100-CELL A120-BUNK- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 05/21/21 | A BUILDING-DORM A900a-BED A928a- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 05/24/21 | D BUILDING-DORM D700-BED D727- | NO |
| 214543 | GUILLOT, Klabert | 12/08/20 | NO | 05/31/21 | D BUILDING-DORM D700-BED D734- | NO |
| 214543 | GUILLOT, Klabert | 04/21/22 | NO | 04/21/22 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 214543 | GUILLOT, Klabert | 04/21/22 | NO | 04/27/22 | D BUILDING-DORM D400-BED D415- | NO |
| 214543 | GUILLOT, Klabert | 04/21/22 | NO | 04/27/22 | D BUILDING-DORM D400-BED D430- | NO |
| 214543 | GUILLOT, Klabert | 04/21/22 | NO | 06/08/22 | C BUILDING-DORM C400-BED C408- | NO |
| 214543 | GUILLOT, Klabert | 04/21/22 | NO | 06/18/22 | C BUILDING-DORM C500-BED C524- | YES |

**Total Items Matching Search Criteria: 3**