Klabert Guillot, Sr.

Medical

12/27/19 → Release 3/27/2020

GUILLOT, KLABERT

[redacted]

St. Tammany Parish, LA
1200 Champagne St.
Covington, LA 70433
985-276-1000
985-276-1000

# Patient Profile - Summary

wellpath

| Patient Name | Patient Number | DOB | Age | Gender |
|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | [redacted] | 53 | M |

## Allergies

| Type | Allergy | Reaction | Observed Date | Active | Last Note |
|---|---|---|---|---|---|
| Allergy Items | No Known Allergies | N/A | 12/27/2019 | Yes | Added via dynamic document submission |

## Appliances

| Medical Appliance | Observed Date | Start Date | End Date | Associated Diagnosis | Status |
|---|---|---|---|---|---|

No Active Appliances

## Problems

| Type | Category | Problem | Code | Observed Date | Confirmed | Active |
|---|---|---|---|---|---|---|
| Chronic | Endocrine | Other specified hypothyroidism | E03.8 | 12/28/2019 | No | Yes |
| Chronic | Endocrine | Type 2 diabetes mellitus without complications | E11.9 | 12/28/2019 | No | Yes |
| Acute | No Known Problems | Patient Reports No Problems | NPR | 12/27/2019 | No | Yes |

## Classifications

| Type | Classification | Exception | Start Date | End Date | Last Note |
|---|---|---|---|---|---|

No Active Classifications

## Immunizations

| OrderDate | Immunization | ItemDescription | AdministeredDate |
|---|---|---|---|

No Active Immunizations

## Dental

| Date/Time | Teeth w/ Issues | Overall Notes | Dental Provider |
|---|---|---|---|

No Active Dental

## Diets

| Diet Type | Start Date | End Date | Chart | Associated Diagnosis | Comments |
|---|---|---|---|---|---|

No Active Diets

## Orders

| Order Date | Instructions | Start Date | End Date | KOP |
|---|---|---|---|---|
| 3/23/2020 | Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 24 weeks | 3/28/2020 | 9/12/2020 | False |
| 1/30/2020 | lisinopril 10 mg tablet: give 1 tablet by mouth Q AM for 90 days | 1/30/2020 | 4/29/2020 | False |
| 1/30/2020 | Triamcinolone Acetonide 0.1 % Topical Cream: give 1 cream Topical BID AM & PM for 90 days. KOP | 1/30/2020 | 4/29/2020 | True |
| 1/30/2020 | (Pantoprazole) Protonix 40 mg tablet,delayed release: give 1 tablet by mouth Q AM for 90 days | 1/30/2020 | 4/29/2020 | False |
| 1/30/2020 | (Levothyroxine) Synthroid 50 mcg tablet: give 1 tablet by mouth Q AM for 90 days | 1/30/2020 | 4/29/2020 | False |
| 1/30/2020 | metformin 1,000 mg tablet: give 1 tablet by mouth Diabetic BID AM & PM for 90 days | 1/30/2020 | 4/29/2020 | False |
| 12/28/2019 | Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 13 weeks | 12/28/2019 | 3/28/2020 | False |

## PPDs

| Stay | Date Given | Date Read | Results (mm) | Refused PPD | Past + PPD | X-Ray Info |
|---|---|---|---|---|---|---|
| 12/27/2019 | 1/10/2020 11:00 PM | 1/12/2020 11:00 PM | 0 | No | No | No |

© 2011 Correct Care Solutions, LLC

GUILLOT, KLABERT

[redacted]

St. Tammany Parish, LA
1200 Champagne St.
Covington, LA 70433
985-276-1000
985-276-1000

# Patient Profile - Summary

wellpath

| Patient Name | Patient Number | DOB | Age | Gender |
|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | [redacted] | 53 | M |

## Allergies

| Type | Allergy | Reaction | Observed Date | Active | Last Note |
|---|---|---|---|---|---|
| Allergy Items | No Known Allergies | N/A | 12/27/2019 | Yes | Added via dynamic document submission |

## Appliances

| Medical Appliance | Observed Date | Start Date | End Date | Associated Diagnosis | Status |
|---|---|---|---|---|---|
| No Active Appliances | | | | | |

## Problems

| Type | Category | Problem | Code | Observed Date | Confirmed | Active |
|---|---|---|---|---|---|---|
| Chronic | Endocrine | Other specified hypothyroidism | E03.8 | 12/28/2019 | No | Yes |
| Chronic | Endocrine | Type 2 diabetes mellitus without complications | E11.9 | 12/28/2019 | No | Yes |
| Acute | No Known Problems | Patient Reports No Problems | NPR | 12/27/2019 | No | Yes |

## Classifications

| Type | Classification | Exception | Start Date | End Date | Last Note |
|---|---|---|---|---|---|
| No Active Classifications | | | | | |

## Immunizations

| OrderDate | Immunization | ItemDescription | AdministeredDate |
|---|---|---|---|
| No Active Immunizations | | | |

## Dental

| Date/Time | Teeth w/ Issues | Overall Notes | Dental Provider |
|---|---|---|---|
| No Active Dental | | | |

## Diets

| Diet Type | Start Date | End Date | Chart | Associated Diagnosis | Comments |
|---|---|---|---|---|---|
| No Active Diets | | | | | |

## Orders

| Order Date | Instructions | Start Date | End Date | KOP |
|---|---|---|---|---|
| 3/23/2020 | Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 24 weeks. | 3/28/2020 | 9/12/2020 | False |
| 1/30/2020 | lisinopril 10 mg tablet: give 1 tablet by mouth Q AM for 90 days. | 1/30/2020 | 4/29/2020 | False |
| 1/30/2020 | Triamcinolone Acetonide 0.1 % Topical Cream: give 1 cream Topical BID AM & PM for 90 days. KOP | 1/30/2020 | 4/29/2020 | True |
| 1/30/2020 | (Pantoprazole) Protonix 40 mg tablet,delayed release: give 1 tablet by mouth Q AM for 90 days | 1/30/2020 | 4/29/2020 | False |
| 1/30/2020 | (Levothyroxine) Synthroid 50 mcg tablet: give 1 tablet by mouth Q AM for 90 days | 1/30/2020 | 4/29/2020 | False |
| 1/30/2020 | metformin 1,000 mg tablet: give 1 tablet by mouth Diabetic BID AM & PM for 90 days. | 1/30/2020 | 4/29/2020 | False |
| 12/28/2019 | Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 13 weeks. | 12/28/2019 | 3/28/2020 | False |

## PPDs

| Stay | Date Given | Date Read | Results (mm) | Refused PPD | Past + PPD | X-Ray Info |
|---|---|---|---|---|---|---|
| 12/27/2019 | 1/10/2020 11:00 PM | 1/12/2020 11:00 PM | 0 | No | No | No |

© 2011 Correct Care Solutions, LLC

## PPDs cont'd

| Stay | Date Given | Date Read | Results (mm) | Refused PPD | Past + PPD | X-Ray Info |
|---|---|---|---|---|---|---|

## Special Needs

| Type | Special Need | Observed Date | Start Date | End Date | Associated Diagnosis | Status |
|---|---|---|---|---|---|---|
| Special Need | High Fall Risk | 1/31/2020 | 1/31/2020 | N/A | Endocrine E11.9 Type 2 diabetes mellitus without complications | Active |

## Vitals

| Date | Pulse | Resp. | Temp. | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | A1C | Fasting | POx | O2 | Amt. | P.F. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/25/2020 4:24 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 170 | N/A | No | N/A | N/A | N/A | N/A |
| 3/25/2020 7:23 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 124 | N/A | Yes | N/A | N/A | N/A | N/A |
| 3/23/2020 6:07 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 138 | N/A | No | N/A | N/A | N/A | N/A |
| 3/23/2020 8:05 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 103 | N/A | No | N/A | N/A | N/A | N/A |
| 3/18/2020 3:45 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 152 | N/A | No | N/A | N/A | N/A | N/A |
| 3/18/2020 7:27 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 104 | N/A | No | N/A | N/A | N/A | N/A |
| 3/16/2020 5:15 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 140 | N/A | No | N/A | N/A | N/A | N/A |
| 3/16/2020 7:34 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 133 | N/A | Yes | N/A | N/A | N/A | N/A |
| 3/14/2020 4:03 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 170 | N/A | No | N/A | N/A | N/A | N/A |
| 3/14/2020 8:17 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 160 | N/A | Yes | N/A | N/A | N/A | N/A |
| 3/9/2020 4:24 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 116 | N/A | No | N/A | N/A | N/A | N/A |
| 3/9/2020 5:00 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 107 | N/A | No | N/A | N/A | N/A | N/A |
| 3/7/2020 5:13 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 158 | N/A | No | N/A | N/A | N/A | N/A |
| 3/7/2020 7:26 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 115 | N/A | No | N/A | N/A | N/A | N/A |
| 3/4/2020 4:19 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 190 | N/A | No | N/A | N/A | N/A | N/A |
| 3/4/2020 7:27 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 99 | N/A | Yes | N/A | N/A | N/A | N/A |
| 3/2/2020 5:57 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 111 | N/A | No | N/A | N/A | N/A | N/A |
| 3/2/2020 5:30 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 99 | N/A | Yes | N/A | N/A | N/A | N/A |
| 2/29/2020 4:33 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 148 | N/A | No | N/A | N/A | N/A | N/A |
| 2/29/2020 11:36 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 110 | N/A | No | N/A | N/A | N/A | N/A |
| 2/26/2020 5:09 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 163 | N/A | No | N/A | N/A | N/A | N/A |
| 2/26/2020 6:43 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 108 | N/A | No | N/A | N/A | N/A | N/A |
| 2/24/2020 4:12 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 168 | N/A | No | N/A | N/A | N/A | N/A |
| 2/24/2020 8:04 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 90 | N/A | Yes | N/A | N/A | N/A | N/A |

**Vitals cont'd**

| Date | Pulse | Resp. | Temp. | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | A1C | Fasting | POx | O2 | Amt. | P.F. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/19/2020 4:30 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 148 | N/A | No | N/A | N/A | N/A | N/A |
| 2/19/2020 7:16 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 95 | N/A | No | N/A | N/A | N/A | N/A |
| 2/17/2020 11:33 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 113 | N/A | Yes | N/A | N/A | N/A | N/A |
| 2/15/2020 4:06 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 176 | N/A | No | N/A | N/A | N/A | N/A |
| 2/12/2020 11:58 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 105 | N/A | Yes | N/A | N/A | N/A | N/A |
| 2/10/2020 3:45 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 206 | N/A | No | N/A | N/A | N/A | N/A |
| 2/10/2020 7:01 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 104 | N/A | No | N/A | N/A | N/A | N/A |
| 2/8/2020 7:25 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 104 | N/A | Yes | N/A | N/A | N/A | N/A |
| 2/5/2020 4:33 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 158 | N/A | No | N/A | N/A | N/A | N/A |
| 2/5/2020 7:12 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 111 | N/A | No | N/A | N/A | N/A | N/A |
| 2/3/2020 5:02 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 193 | N/A | No | N/A | N/A | N/A | N/A |
| 2/1/2020 4:30 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 132 | N/A | No | N/A | N/A | N/A | N/A |
| 2/1/2020 7:23 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 72 | N/A | No | N/A | N/A | N/A | N/A |
| 1/29/2020 6:54 PM | 94 | N/A | N/A | 226.00 | N/A | 140/81 | N/A | N/A | N/A | N/A | No | N/A | N/A | N/A | N/A |
| 1/27/2020 4:21 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 238 | N/A | No | N/A | N/A | N/A | N/A |
| 1/27/2020 5:30 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 128 | N/A | No | N/A | N/A | N/A | N/A |
| 1/25/2020 7:11 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 172 | N/A | No | N/A | N/A | N/A | N/A |
| 1/22/2020 4:52 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 170 | N/A | No | N/A | N/A | N/A | N/A |
| 1/22/2020 5:00 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 136 | N/A | No | N/A | N/A | N/A | N/A |
| 1/21/2020 4:10 PM | N/A | 18 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | No | N/A | N/A | N/A | N/A |
| 1/21/2020 4:05 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 192 | N/A | No | N/A | N/A | N/A | N/A |
| 1/20/2020 5:13 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 220 | N/A | No | N/A | N/A | N/A | N/A |
| 1/20/2020 9:57 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 139 | N/A | No | N/A | N/A | N/A | N/A |
| 1/18/2020 4:19 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 194 | N/A | No | N/A | N/A | N/A | N/A |
| 1/15/2020 7:30 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 101 | N/A | No | N/A | N/A | N/A | N/A |
| 1/13/2020 4:22 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 198 | N/A | No | N/A | N/A | N/A | N/A |
| 1/11/2020 5:00 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 177 | N/A | No | N/A | N/A | N/A | N/A |
| 1/11/2020 6:37 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 88 | N/A | No | N/A | N/A | N/A | N/A |
| 1/8/2020 7:00 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 158 | N/A | No | N/A | N/A | N/A | N/A |

## Vitals cont'd

| Date | Pulse | Resp. | Temp. | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | A1C | Fasting | POx | O2 | Amt. | P.F. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/6/2020 7:35 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 133 | N/A | No | N/A | N/A | N/A | N/A |
| 1/4/2020 3:32 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 187 | N/A | No | N/A | N/A | N/A | N/A |
| 1/4/2020 7:10 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156 | N/A | No | N/A | N/A | N/A | N/A |
| 1/1/2020 10:51 PM | 0 | 18 | 0.00 | N/A | N/A | 0/0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 1/1/2020 4:42 PM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 223 | N/A | No | N/A | N/A | N/A | N/A |
| 1/1/2020 11:33 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 81 | N/A | Yes | N/A | N/A | N/A | N/A |
| 1/1/2020 10:03 AM | 103 | 18 | 0.00 | N/A | N/A | 145/93 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 12/31/2019 3:11 PM | 94 | 18 | 0.00 | N/A | N/A | 77/42 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 12/31/2019 8:23 AM | 0 | 18 | 0.00 | N/A | N/A | 118/78 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 12/30/2019 2:53 PM | 114 | 20 | 0.00 | N/A | N/A | 141/98 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 12/29/2019 11:43 PM | 0 | 18 | 0.00 | N/A | N/A | 0/0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 12/29/2019 9:52 AM | 71 | 19 | 0.00 | N/A | N/A | 0/0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 12/28/2019 10:54 PM | 0 | 18 | 0.00 | N/A | N/A | 0/0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 12/28/2019 8:49 AM | 101 | 18 | 0.00 | N/A | N/A | 154/92 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 12/28/2019 7:02 AM | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 208 | N/A | No | N/A | N/A | N/A | N/A |
| 12/27/2019 8:50 PM | 97 | 17 | 98.70 | N/A | N/A | 140/89 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 12/27/2019 6:41 PM | 97 | 17 | 98.70 | 232.00 | 71.00 | 140/89 | N/A | 32.4 | 319 | N/A | No | 98 | N/A | N/A | N/A |

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

# Behavioral Health Initial Evaluation

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/17/2020 |

Status ● Adult ○ Juvenile

## Reason for Referral

Referral is based on *Admission Screening*

Reviewed Receiving Screening ● Yes ○ No

Reviewed Initial Health Assessment ○ Yes ○ No

Other

*polysubstance abuse, cow detox*

*Patient Problems*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-28-2019 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | Kathryn Moore |
| 12-28-2019 | Chronic | Endocrine | Other specified hypothyroidism | Kathryn Moore |
| 12-27-2019 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-27-2019 | Allergy Items | No Known Allergies | |

## Mental Health Treatment

Mental Health Outpatient Treatment? ○ Yes ● No

Psychiatric Hospitalizations? ○ Yes ● No

Current psychotropic medications: ○ Yes ● No

Prior Psychotropic Medications? ○ Yes ● No

Prior Diagnosis ○ Yes ● No ○ Unknown

Prior Mental Health Court Services ○ Yes ● No

Prior SSDI ○ Yes ● No

Prior Guardianship ○ Yes ● No

Past Self-Harm/Suicide Attempts ○ Yes ● No ○ Refuses to Answer

Current Self-Harm Thoughts? ○ Yes ● No ○ Refuses to Answer

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Behavioral Health Initial Evaluation**

wellpath

| Patient Name | Patient Number | Booking Number | [redacted] | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | | 1/17/2020 |

Current Self-Harm Thoughts? ( ) Yes (•) No ( ) Refuses to Answer

Concerns about ability to cope while incarcerated (•) Yes ( ) No ( ) Refuses to Answer

*diabetes concerns; feels ashamed to talk to family about being back in here but mom knows and he does have support of family and using coping skills*

## Substance Use History

Substance Use (•) Yes ( ) No

Type *cocaine*
Last Used *5 or 6 years*

[✓] check for add'l entry

Type *meth*
Last Used *couple years*

[✓] check for add'l entry

Type *THC*
Last Used *15 years ago*

[✓] check for add'l entry

Type *alcohol socially*
Last Used *1 year ago*

[ ] check for add'l entry

History of Inpatient Treatment? ( ) Yes (•) No

History of Outpatient Treatment? ( ) Yes (•) No

## History

Educational History (including special education):
*Holy Cross then 1 year college*
Employment History:
*utility underground work; fiber optic cables, water, sewer, gas*
Military History:
*None*
Legal History:
*poss meth on parole; 1992 Ecstasy charge, now in car was meth, heroin, pills from kid driving's mom*
Housing Status prior to arrest:

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Behavioral Health Initial Evaluation**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/17/2020 |

*poss meth on parole; 1992 Ecstasy charge; now in car was meth, heroin, pills from kid driving's mom*

Housing Status prior to arrest

*lives in Slidell with mom*

Family/Social Support:

*mom, 2 sister, brother and 2 children 28, 26*

History of Violent Behavior — ○ Yes ● No

History of Sexual Offense (perpetrating) — ○ Yes ● No

History of Victimization — ● Yes ○ No

*molested as a child in 8th grade by science teacher at Holy Cross, when reported time ran out to convict her, pt reports being exposed to gun lining when peers masturbating when a female comes by the dorm*

History of Head Injury — ○ Yes ● No

Patient strengths

*good at drilling underground*

**Current Status**

Medication Compliant? — ● N/A ○ Yes ○ No

Suicidal Ideations noted? — ○ Yes ● No ○ Refuses to Answer

Homicidal Ideations noted? — ○ Yes ● No ○ Refuses to Answer

**Risk Level**

*low no si/hi/avh*

- [ ] *Hopelessness, feelings of guilt or worthlessness*
- [ ] *Impulsive*
- [ ] *Major Depressive/manic episode*
- [ ] *1st incarceration or arrest*
- [ ] *Prior suicide attempts or suicide note found*
- [x] *New legal issues (new charges, newly sentenced, lengthy sentence, denied parole)*
- [ ] *Bad news (loss of loved one, visit cancelled or no show, privileges revoked, serious illness, recent rejection or loss)*
- [ ] *Placement in segregation / isolation*
- [ ] *Family history of suicide attempts*
- [x] *Intoxicated or detoxing from alcohol / other drugs*
- [ ] *Humiliating events / rejection (sexual assault)*
- [ ] *High profile crime (media attention)*

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Behavioral Health Initial Evaluation**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/17/2020 |

- ☐ Humiliating events / rejection (sexual assault)
- ☐ High profile crime (media attention)
- ☐ Anniversary of important loss
- ☐ Prior suicide watch placement in jail
- ☐ Recent release from psychiatric hospital
- ☐ Reports of giving items away
- ☐ Other (describe)

**List Protective Factors**

- ☑ Identifies reason for living
- ☐ Fear of death or dying due to pain and suffering
- ☑ Responsibility to family or others; living with family
- ☐ Belief that suicide is immoral; high spirituality
- ☑ Supportive social network of family
- ☐ Engaged in work or school
- ☐ Other (describe)

**Additional Information**

plan to cope by laughing, Catholic rosary prayer, reading

**Mental Status Exam**

**Appearance:**

☐ Appropriate ☐ Meticulous ☐ Unclean ☑ Disheveled ☐ Bizarre ☐ Other

**Speech:**

☐ Appropriate ☑ Expressive ☐ Loud ☐ Slowed ☐ Pressured ☐ Slurred ☐ Other

**Mood:**

☐ Appropriate ☐ Depressed ☐ Euphoric ☑ Anxious ☐ Angry ☐ Irritable ☐ Other

**Affect:**

☐ Appropriate ☐ Tearful ☑ Blunted ☐ Flat ☐ Labile ☐ Hostile ☐ Other

**Thought Form:**

☐ Coherent ☐ Circumstantial ☑ Tangential ☐ Loose Assoc.

☐ Poverty of Thought ☐ Flight of Ideas ☐ Other

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Behavioral Health Initial Evaluation**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/17/2020 |

☐ Poverty of Thought ☐ Flight of Ideas ☐ Other

**Thought Content:**

☑ Appropriate ☐ Hallucinations ☐ Comp/obsess. ☐ Thought insertion

☐ Broadcasting ☐ Delusional ☐ Suicidal ☐ Homicidal ☐ Other

**Orientation:**

☑ Person ☑ Place ☑ Purpose ☑ Time

**Intelligence:**

☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled

**Memory:**

☑ Intact ☐ Immediate Impaired ☐ Recent Impaired ☐ Remote Impaired

**Insight:**

☑ Intact ☐ Good ☐ Fair ☐ Poor

**Judgment:**

☑ Intact ☐ Good ☐ Fair ☐ Poor

**Behavior:**

☑ Appropriate ☐ Belligerent ☐ Agitated ☐ Withdrawn

**Comments**

*Pt observed tangential, anxious, talkative, blunted, good eye contact, open to sharing. Pt presents as anxious about his medical and legal issues. Pt denies mental health needs at this time and educated to put a s/c in if he changes his mind.*

**Plan (Please check all that apply)**

☑ Treatment not indicated at this time, educated on how to further access services. Behavioral Health to follow up PRN

☐ Complete Suicide Watch Initial Assessment and start suicide precautions

☐ Behavioral Health will follow up within ___ days/date:

☐ Consult with:

☐ Homework given on:

☐ Other

☐ Refer to:

☐ Psychiatric Provider ☐ Medical ☐ Special Needs ☐ Discharge Planner ☐ Other

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Behavioral Health Initial Evaluation**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/17/2020 |

*BH220UN0000ACCEN081516*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Staff Referral Form**
Mental Health

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

Type: ○ *Emergent* ○ *Urgent* ● *Routine*

Mental Health: ☐ *Psychiatric Provider* ☑ *MH Professional* ☐ *MH Nurse* ☐ *Other*

Other:

Reason for Referral:

*polysubstance abuse, cow detox*

Additional Information (including interim actions taken)

--

E-Signed by Kathryn Moore, RN on 12/27/2019 08:54 PM CST

E-Signed by Jonathan K. Porter, Mental Health Professional on 01/16/2020 04:55 PM CST

# State of Louisiana

## Department of Public Safety and Corrections

### Offender Status Verification Form for Hospital Admissions

This form is to be completed by the officer transporting/accompanying the offender at this time of hospital admission (inpatient/observation).

Upon completion and signature, this form will serve as proof that the offender was indeed in the custody of a law enforcement agency when he/she was admitted to the health care facility. ** DOC-HQ MUST BE NOTIFIED IMMEDIATELY IF THIS OFFENDER IS RELEASED FROM CUSTODY AT ANY TIME DURING THIS HOSPITAL ADMISSION. (If released, submit a new/updated form with release date/time.)

**Please fax this form to (225)342-2622 upon admission.**

For any questions call (225)342-8712

**Date of Admission:** 3/13/20 **Health Care Facility Name:** UHC

Patient Name: Guillot, Klabert

Date of Birt[redacted] Social Security Numbe[redacted]

*DOC Number: ______ *SID Number: 0002825962l6

*AFIS Booking ATN Number: ______

***At least one of the above numbers must be entered to verify offender status.**

*****Booked in jail** (Booking Date: 12/18/19 Time: 2324 )

**Please check one of the following boxes:**

- ☐ Arrestee not booked
- ☒ Pre-trial
- ☐ ELMS Forensic patient
- ☐ ELMS Civil patient
- ☐ Federal offender
- ☐ Other: ______
- ☐ **Released from custody** (Release Date: ______ Time: ______ )
- ☐ Youth offender
- ☐ DOC offender
- ☐ Immigration Customs Enforcement (ICE)/Detainee

List any insurance / health care coverage: ______

Name of Agency transporting offender: STPSO

Name/Address of housing facility: 1200 Champagne Street

Comments: ______

D. McKnight, LPN
Print Name / Title

D. McKnight, LPN
Signature

Revised 1/12/16

St. Tammany Parish Sheriff's Office
# Pre-Intake Screening

Arrestee: Guillot, Klabert Sr. D.O.B: [redacted]

Date: 12/27/19 Time: 1523 Drug Allergies: NKDA

**Reason for Evaluation:**

- ☐ Reports a serious medical problem:
- ☐ Inmate coming from the hospital; treated for:
- ☐ Recent MVA (24 hours)
- ☒ Diabetes Mellitus
- ☐ Suicidal Ideation
- ☐ Possible Pregnancy
- ☐ Abnormal Behavior or Altered LOC
- ☒ Other: Hep C - Ø treatment

**Home Medications:**

Novalin when he can afford

does not check BS on a reg. basis

denies, Alcohol
Drugs
Smoke

**Limited Examination:** (Only complete the pertinent items.)

BP- 129 / 94 P- 114 R- 20 Pox- 97.4

**General Appearance:**

- ☐ NAD; speaks in full sentences easily w/o tachypnea
- ☐ Alert and oriented to person, place, and day
- ☐ Other:

CBG: 240 Preg. Test: ______

Drug Screen: ______

**Disposition:** ☒ Accepted ☐ Refused; referred to hospital for further evaluation/treatment

**Preliminary Orders:**

Medical Staff: [signature]

**Refuse:** any inmate too intoxicated to walk on his own, stay awake during evaluation, or answer questions with reliability.

Call MD for any patient with:
(1) Diabetes
(2) HTN w/ SBP >180 a/o DBP >105
(3) Active Suicidal Ideation
(4) Bizarre Behavior
(5) Pregnancy and opiate-positive drug screen
(6) Other Worrisome Problem

CCS CORRECT CARE SOLUTIONS

# Medication Verification / Medical Release Form
## Authorization for Release of Medical Information

Status: ☐ Adult ☐ Juvenile
SSN:

| Patient Name | Patient Number | Booking Number | [redacted] | Today's Date: |
|---|---|---|---|---|
| Guillot, Robert Sr. | | | | 12/27/19 |

I Authorize:
Name of organization or individual: Walmart
Address:
Fax #: 1(479) 204-9696

To Release Information To:
Facility: Correct Care Solutions
Address:
Fax #: 985-276-1058

For the following purpose (state reason for request): Continued care

Covering dates: 12/27/18

Including the following portions of the record(s): (check all that apply)

☐ All Records (Todas las historias clínicas)
☐ Medical Records (Historias clínicas médicas) ☐ Mental Health Records (Historias clínicas de salud mental)
☐ Lab Tests (Análisis de laboratorio) ☐ Medications (Medicamentos) ☐ Other (Otros) ____

I authorize this release knowing that the confidentiality of the information may be protected by Federal or State laws or regulations. This includes any and all alcohol and/or drug abuse treatment records or psychiatric records. This also includes any information related to HIV testing, results or treatment. The above named person or agency _and its representatives are released and discharged on any liability, and the undersigned will hold the company, its employees, agents and contractors harmless for complying with this information request.

Autorizo esta divulgación con conocimiento de que la legislación o normativa Estatall o Federal pueden velar por el carácter confidencial de dicha información. Esto abarca todos los registros de tratamiento contra el abuso de alcohol y/o droga o registros psiquiátricos. Asimismo, esto comprende toda información relacionada con los análisis de VIH, sus resultados y tratamientos. Queda exenta de responsabilidad alguna la persona o institución que se nombra arriba junto con sus representantes; además, el abajo firmante exime de responsabilidad a la sociedad, sus empleados, agentes y contratistas que den cumplimiento a la presente solicitud de información.

This authorization expires 12/27/20

[signature] Signature of Resident or Legal Guardian (Proof is required for legal guardian)

[signature: Moore] Witness

NOTICE TO PERSON OR AGENCY RECEIVING INFORMATION: Federal laws and regulations prohibit further disclosure of the information whose confidentiality is protected in the absence of specific consent of the patient or person authorized to consent for the patient.

The following medications have been verified for the above patient:

| | Medication | Dosing, Frequency and Directions | Date Last Filled | Date Last Picked Up | Qty. Disp. | Refills Remain | Date Refills Expire | Prescribing Provider |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |

Pharmacist's name: ____

Nurse Signature: ____ Date: ____

Physician Signature: ____ Date: ____

102UN000ACCBI1030114

*0178542DP27228P*

FAX

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Staff Referral Form - Medical**

wellpath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/31/2020 |

Type: ○ *Emergent* ○ *Urgent* ● *Routine*

Medical: ● *Physician* ○ *Mid-level Provider* ○ *Nurse* ○ *Chronic Care* ○ *Other*

Other:

Reason for Referral:

*F/U MD S/C 6-8 WEEKS*

Additional Information (including interim actions taken):

*DM/THY/LABS*

E-Signed by Florence E Eberts, LPN on 01/31/2020 01:42 AM CST

E-Signed by Brandie Sanders, Administrative Assistant on 01/31/2020 07:14 PM CST

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Staff Referral Form**
Medical

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

Type: ○ Emergent ○ Urgent ● Routine

Medical: ☑ Physician ☐ Mid-level Provider ☐ Nurse ☐ Chronic Care ☐ Other

Other:

Reason for Referral:

*f/u md sc 2-3 weeks: DM/thyroid*

Additional Information (including interim actions taken):

-

E-Signed by Kathryn Moore, RN on 12/27/2019 11:59 PM CST

E-Signed by Brandie Sanders, Administrative Assistant on 12/30/2019 03:59 PM CST

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

# TB Record

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/11/2020 |

**PPD TEST** ● Initial ○ Annual

**Complete Symptom Screen** ○ Current symptoms ● No current symptoms

**Past Positive** ○ Yes ● No

**PPD Skin Test Refused** ○ Yes ● No

☑ ***Test Planted***

Planted Date: 1/10/2020

Planted Time: 2300

***Military time required for time entry (e.g. 6:05am is 0605, 6:00pm is 1800)**

Initials: km

Location: ● LFA ○ RFA

Lot #: 338407

Expiration: 2/21/2020

☐ *Refusal Form Signed (perform action in accordance with your facility policy)*

☑ *PPD Education given*

☐ *PPD Skin Test NOT APPLIED due to*

☑ ***Test Read***

Date Read: 1/12/2020

Time Read: 2300

***Military time required for time entry (e.g. 6:05am is 0605, 6:00pm is 1800)**

Results (mm) 0

Initials: ag

Is PPD Skin Test positive? ○ Yes ● No

Did the patient answer YES to any of the TB symptom questions on the Receiving Screening or the Periodic Health Assessment? ○ Yes ○ No

**If Yes, place the patient in a mask and contact the charge nurse for instructions.**

**If No, schedule the patient for CXR.**

☐ ***CXR***

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

TB Record

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/11/2020 |

**PAST POSITIVE (Complete for Patients Past Positive Only)**

**Notes**

IN109UN0000ACCEN120517

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

## Admissions / Screening

(•) *Complete the screening* ( ) *Patient refused admission until medically cleared* ( ) *Patient refused screening*

***if patient refused screening, refer to "refusal monitoring process"***

## AVPU

Select one most appropriate for patient (•) *Alert* ( ) *Responds to VOICE* ( ) *Responds to PAIN* ( ) *UNRESPONSIVE*

***If patient is UNRESPONSIVE or ONLY responds to PAIN, notify HCP and/or activate EMS.***

## Contact HCP if Vital Signs outside of parameters

| | |
|---|---|
| **Blood Pressure** | ***SBP ≥ 180 or ≤ 90*** |
| | ***DBP ≥ 110 or ≤ 60*** |
| **Pulse** | ***remains in range*** |
| | ***≥ 110 or ≤ 60*** |
| **Respirations** | ***persistently ≤ 10 or ≥ 20*** |
| **Temp** | ***> 101°F*** |
| **O2 Sat** | ***< 90%*** |

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-27-2019 06:41 PM CST | 140/89 | 97 | 17 | 98.70 | 98 | 232 | 32.4 | - | - | - | - |

[ ] ***Patient refuses Vital Signs. Appropriate "Refusal of Treatment" paperwork completed.***

## Visual Observation

1. Patient appearance

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

1. Patient appearance

☑ anxious ☐ disheveled ☐ evidence of abuse or trauma ☐ sweating ☐ tearful ☐ tremors ☐ visibly depressed

☐ other ☐ unremarkable

Describe:

2. Patient behavior

☐ acting or talking in strange manner ☐ aggressive ☐ not appropriate for situation ☐ uncooperative

☐ appears under the influence/intoxicated/withdrawing from substances

☐ Individual is incoherent or showing signs of withdrawal or mental illness

☐ other ☑ unremarkable

Describe:

3. Patient movement (Add appliances to Patient Profile using cog below)

☐ ** No Items Selected **

☐ ambulatory aid ☐ cast or splint ☐ deformity ☑ unsteady gait ☐ unremarkable

☐ brace ☐ crutches ☐ walker ☐ wheelchair ☐ unremarkable

☐ arm ☐ back ☐ leg ☐ neck

Describe deformity

4. Patient's breathing pattern

☐ hyperventilation ☐ persistent cough ☐ shortness of breath ☐ other ☑ unremarkable

Describe

5. Skin appearance

☐ bruises ☐ draining wounds ☐ edema ☐ jaundice ☐ lesions ☐ lice / scabies

☐ needle marks or other indications of drug use ☐ rash ☑ scars ☐ tattoos ☐ unremarkable

eyebrow

**Patient Questionnaire (Enter patient problems in the problems data grid)**

*Patient Problems*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-28-2019 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | Kathryn Moore |
| 12-28-2019 | Chronic | Endocrine | Other specified hypothyroidism | Kathryn Moore |
| 12-27-2019 | Acute | No Known Problems | Patient Reports No Problems | |

1. Currently or in the past being treated for medical condition

Asthma ○ Yes ● No

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

| | |
|---|---|
| Asthma | Yes ● No |
| Bleeding Disorder | Yes ● No |
| Blood clots (PE, DVT, artificial heart valves) | Yes ● No |
| Cancer | Yes ● No |
| Chlamydia | Yes ● No |
| COPD | Yes ● No |
| Diabetes | ● Yes No |
| Age of onset? | 50 |
| Diet controlled? | Yes ● No |
| Medications used? | ● Yes No |
| | *Document Medication details below Medical Condition list* |
| H/O DKA? | Yes ● No |
| **Action** | *Document FSBS* |
| Endocarditis | Yes ● No |
| Gonorrhea | Yes ● No |
| Heart Condition | Yes ● No |
| Hepatitis A | Yes ● No |
| Hepatitis B | Yes ● No |
| Hepatitis C | ● Yes No |
| When? | 5 years ago |
| On Medications? | Yes ● No |
| **Which Medications?** | *Document Medication details below Medical Condition list* |
| Last Dose? | |
| Expected number of weeks on therapy? | |
| Herpes | Yes ● No |
| High Blood Pressure | Yes ● No |
| High Cholesterol or Triglycerides | Yes ● No |
| HIV | Yes ● No |
| Kidney disease | Yes ● No |
| Organ Transplant(s) | Yes ● No |

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

Organ Transplant(s) ○ Yes ● No

Seizure disorder ○ Yes ● No

Syphilis ○ Yes ● No

Thyroid disease ● Yes ○ No

Medications used? ● Yes ○ No

***Document Medication details below Medical Condition list***

Other ● Yes ○ No

What? *pain when walking rib cage down left side- no dr visit or tx*

Medications used? ○ Yes ● No

***Document Medication details below Medical Condition list***

**Document all Medications identified for each positive Medical Condition above** ☐ ***None identified***

1. Name and dose: *unknown thyroid rx*

○ Active ● Inactive

Reason for taking *thyroid*

Dosage / frequency *? mg qam- only took 1 month*

Date last dose taken *1/1/2014*

Time/Hour *08*

Last Date Filled: *1/1/2014*

Prescriber *na*

☑ check for another entry

2. Name and dose: *metformin*

○ Active ● Inactive

Reason for taking *diabetes*

Dosage / frequency *? mg bid*

Date last dose taken *1/1/2014*

Time/Hour *08*

Last Date Filled:

Prescriber *1/1/2014*

☑ check for another entry

3. Name and dose: *sliding scale insulin*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

3. Name and dose: *sliding scale insulin*

○ *Active* ● *Inactive*

Reason for taking *diabetes*

Dosage / frequency *ss*

Date last dose taken *8/1/2019*

Time/Hour *08*

Last Date Filled: *7/1/2019*

Prescriber *na*

☐ *check for another entry*

2. Hospitalized for a major surgical procedure within the past five years? ● *Yes* ○ *No*

Explain *mrsa- cut out- in hospital 20 days. 3 yrs ago in tx. bleeding ulcer cauterized 5 yrs ago*

3. Are you taking, supposed to take or ever been prescribed any medication by a physician for any active acute or chronic MEDICAL condition THAT HAS NOT ALREADY BEEN DISCUSSED ABOVE? ○ *Yes* ● *No*

**(Enter Behavioral Health medications in the Behavioral Health / Suicide Risk Screening section)**

*Patient Allergies:*

| *Observed Date* | *Type* | *Allergy* | *Reaction* |
|---|---|---|---|
| *12-27-2019* | *Allergy Items* | *No Known Allergies* | |

4. Allergic to any medications? ○ *Yes* ● *No*

**List and describe reaction in the Allergies Data Grid**

5. Any other life-threatening allergies? ○ *Yes* ● *No*

**List and describe reaction in the Allergies Data Grid**

6. Current painful dental condition / complaint? ○ *Yes* ● *No*

Describe:

7. Current or past history of smoking? ○ *Yes* ● *No*

8. Currently on specific prescribed diet? (Add diet to Patient Profile using the cog below) ○ *Yes* ● *No*

☐ *** No Items Selected ***

☐ *Coumadin* ☐ *Diabetic* ☐ *Heart healthy / cardiac* ☐ *Renal* ☐ *Other*

**Remarks:**

..

**Behavioral Health and Suicide Risk Screening**

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

## Behavioral Health and Suicide Risk Screening

1. Have you wished you were dead or wished you could go to sleep and not wake up? ○ Yes ● No

2. Have you had any actual thoughts of killing yourself? ○ Yes ● No

6. Have you ever done anything, started to do anything, or prepared to do anything to end your life? ○ Yes ● No

When ○ Over a year ago ○ Between three months and a year ago ○ Within the last three months

7. Does patient have any visible signs of recent self-harm (cuts or ligature marks)? ○ Yes ● No

8. Transporting / Arresting Officer communicated believing patient may be a suicide risk? ○ Yes ● No

9. Does patient have feelings that there is nothing to look forward to or feels hopelessness / helpless? ○ Yes ● No

10. Patient holds position of respect in community AND/OR crime is shocking in nature? ○ Yes ● No

11. Is patient acting or talking in a strange manner and/or appears to be responding to voices? ○ Yes ● No

12. Has the patient attempted suicide in the past? (Have you tried to hurt or kill yourself before?) ○ Yes ● No

Explain:

13. Is the patient worried about losing a job, spouse, significant other, custody of children, or housing due to arrest? ○ Yes ● No

14. Does the patient have family or friend who has attempted suicide or died from suicide? ○ Yes ● No

15. Patient expresses concern about ability to cope emotionally / manage stress while in facility? ○ Yes ● No

16. Do the patient's current charges include murder, kidnapping, robbery, or domestic violence? ● Unknown ○ Yes ○ No

17. Current or past mental health diagnosis? ○ Yes ● No

18. Current or past outpatient treatment for mental health or psychiatric issues? (Have you ever seen a counselor, therapist or has someone prescribed medications for MH issues like depression or worries in the past?) ○ Yes ● No

Explain:

19. Ever been in a hospital for emotional, mental health and/or psychiatric problems? ○ Yes ● No

STAT Action: *A "Yes" response to any Question 3, 4, 5, 7, 8, 9 place on Suicide Watch STAT and STAT referral to Mental Health Professional*

NOTE: *If patient has a suicide attempt in past 12 months AND will start CIWA or COWS - place on Suicide Watch*

*A "Yes" response to any Question 1, 2, 6, 10, 11, 12 →URGENT Referral to*

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

**URGENT Referral:** ***A "Yes" response to any Question 1, 2, 6, 10, 11, 12 →URGENT Referral to Mental Health Professional***

**Routine Referral:** ***A "Yes" response to any Question 13, 14, 15, 16, 17, 18, 19 →Routine Referral to Mental Health Professional***

## Substance Abuse Screening

1. Do you use alcohol? ○ Yes ● No

Explain

2. Do you use benzodiazepines, such as Ativan or valium? ○ Yes ● No

3. Do you use opiates? ● Yes ○ No

a) How often ○ *2 days a week or less* ● *Daily* ○ *Every other day* ○ *3 days a week* ○ *4+days a week*

b) For how long ○ *1 month or less* ○ *2 - 6 months* ○ *6 - 12 months* ● *greater than one year*

c) Route ☑ *IV* ☐ *Oral* ☑ *Inhaled* ☐ *Other*

Describe

d) Type and Strength *heroin*

e) Amount -

f) Last use *yesterday*

g) Have you ever withdrawn? ● *Yes* ○ *No*

☑ *Nausea* ☐ *Vomiting* ☐ *Diarrhea*

Date of last occurrence *10/1/2019*

h) Do you use medication assisted treatment medications? ○ *Yes* ● *No*

i) FSBS -

4. Do you use synthetic substances? (bath salts, Spice, K2 Flocka, Serenity, etc.) ● *Yes* ○ *No*

a) How often ○ *2 days a week or less* ● *Daily* ○ *Every other day* ○ *3 days a week* ○ *4+days a week*

b) For how long ○ *1 month or less* ○ *2 - 6 months* ○ *6 - 12 months* ● *greater than one year*

c) Route ☐ *IV* ☐ *Oral* ☑ *Inhaled* ☐ *Other*

Describe

d) Type *meth, cocaine*

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

d) Type *meth, cocaine*
e) Amount -
f) Last use *yesterday*
g) Have you ever withdrawn? ○ Yes ● No
h) FSBS -

5. Do you use medication assisted treatment medications? ○ Yes ● No

5. Urine pregnancy test completed and results documented? ○ Yes ○ No ● Male patient
Is patient pregnant? ○ Yes ○ No
Refused? ○ Yes ○ No
Explain -
5b) Are you enrolled in a maintenance program? ○ Yes ○ No

**Notify HCP if pregnant female reports any substance use/abuse**

## Tuberculosis Screening

1. Ever tested positive for tuberculosis? ○ Yes ● No
2. Currently experiencing any of the following symptoms? ○ Yes ● No

☐ *Persistent cough* ☐ *Coughing up blood* ☐ *Night sweats* ☐ *Fever / chills* ☐ *Shortness of breath*
☐ *Shortness of breath* ☐ *Loss of appetite* ☐ *Unexplained weight loss* ☐ *Fatigue*

ALERT *Two positive findings OR if Yes for Coughing up blood or Night sweats response*

**Is patient female?** ○ Yes ● No

## Juvenile Specific Screening

☑ *Patient is Adult*

## PREA Screening

1. Has the patient been a victim of sexual abuse? ○ Yes ● No
2. Any history of sexual offense against another person? ○ Yes ● No
3. Has the patient ever been arrested for a sex offense? ○ Yes ● No
4. Is this the patient's first arrest? ○ Yes ● No
5. Does the patient have a mental disability or an apparent developmental delay? ○ Yes ● No
6. Does the patient identify and/or present as transgender, intersex or gender non-conforming? ○ Yes ● No

○ Transgender ○ Intersex ○ Gender non-conforming

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

conforming / - -

◯ Transgender ◯ Intersex ◯ Gender non-conforming

7. Does the patient identify and / or present as gay, lesbian or bisexual? ◯ Yes ● No

◯ Gay ◯ Lesbian ◯ Bisexual

8. Does the patient feel vulnerable in terms of personal safety? ◯ Yes ● No

9. Is the patient of small stature / physical build? ◯ Yes ● No

10. Is the patient detained solely for civil immigration purposes? ◯ Yes ● No

***If any "Yes" response notify Classifications.***
***If "Yes" to any of questions 1 - 6 refer to MH to be seen within 7 days***

**Patient Education**

Education provided orally and in writing on Access to Healthcare ● Yes ◯ No
Explain:

Education provided orally and in writing on Sexual Assault Awareness ● Yes ◯ No
Explain:

Education provided orally and in writing on Dental Hygiene ● Yes ◯ No
Explain:

Opioid Overdose Brochure Given? ◯ Yes ● No
Explain: *na*

Coping in Facility Brochure Given? ◯ Yes ● No
Explain: *na*

**Referrals and Disposition Summary -Referrals are not automatically created**

Per site policy, create appropriate referrals separate from this form for each discipline specific follow up care required.

**Per site policy, enter Special Needs, as appropriate, via the Special Needs cog (checking the boxes will NOT populate to Patient Profile)**

**Disposition (Add Special Needs to Patient Profile using the cog below)**

☐ ** No Items Selected **

**Monitoring**

☐ CIWA ☑ COWS ☐ CIWA and COWS ☐ Suicide Watch ☐ Synthetics

**Placement / Housing Recommendation**

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

## Placement / Housing Recommendation

- [x] General Population (GP)
- [ ] Medical Observation Housing
- [ ] Medical Isolation
- [ ] Emergency Room for evaluation / treatment
- [ ] Mental Health Lockdown (if Mental Health not on-site)
- [ ] STAT placement on Suicide Precautions

**Does patient need a referral?** (●) Yes ( ) No

- [x] Medical

Medical ( ) Emergent ( ) Urgent (●) Routine

- [x] Mental Health

Mental Health ( ) Emergent ( ) Urgent (●) Routine

- [ ] Dental

Dental ( ) Emergent ( ) Urgent ( ) Routine

- [ ] Chronic Care

Chronic Care ( ) Emergent ( ) Urgent ( ) Routine

## Insurance and Discharge Planning Information

| Question | Answer |
|---|---|
| Are you currently homeless? | ( ) Yes (●) No |
| Are you a veteran? | ( ) Yes (●) No |
| Do you have VA benefits? | ( ) Yes ( ) No |
| Do you currently have health insurance? | ( ) Yes (●) No |

*I have answered all questions fully. I have been instructed on and received information on how to obtain/access medical services. I have been instructed on and received information on sexual assault awareness. I hereby give my consent for the facility medical provider to provide health care services and share information with health information exchanges which allows medical records, including certain alcohol and substance abuse treatment information; child abuse and neglect reports and records; sexual assault evidence and information; veterans' homes resident records; and any other health information that requires individual consent in order to be disclosed under Federal or State law.*

- [ ] I do NOT consent to sharing data with external sources.

*Patient Signature*

- [x] Sign Form KLABERT GUILLOT Date 12/27/2019 6:58:52 PM

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## Receiving Screening

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

Sign Form ***KLABERT GUILLOT Date 12/27/2019 6:58:52 PM***



E-Signed by Kathryn Moore, RN on 12/27/2019 07:01 PM CST
E-Signed by Manicia Liddell, Nurse Practitioner on 01/02/2020 11:29 AM CST

St. Tammany Parish, LA
1200 Champagne St.
Covington, LA 70433
985-276-1000
Ordered By:

# Lab Results

Report Status: Unknown

CCS CORRECT CARE SOLUTIONS

| Patient Name | | Patient Number | [redacted]OB | Age | Gender |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | | 214543 | | 53 | M |
| LAB I.D. No. | Date/Time Collected | Date/Time Received | Date/Time of Report | Lab Vendor | |
| 00961351010^LAB | 1/9/2020 11:55:00 AM | 1/9/2020 12:00:00 AM | 1/10/2020 8:13:00 AM | LABCORP | |

Signed Electronically By Samuel P Gore Provider On 1/13/2020 10:57:13 AM

| Description | Results | Abnormal | Range | Units |
|---|---|---|---|---|
| | CMP13+LP+TP+TSH+2AC+CBC/D/P... | | | |
| *Lab: Director: Not Provided | | | | |
| **Glucose** | **166** | **H** | **65-99** | **mg/dL** |
| BUN | 13 | | 6-24 | mg/dL |
| Creatinine | 1.19 | | 0.76-1.27 | mg/dL |
| eGFR If NonAfricn Am | 69 | | >59 | mL/min/1.73 |
| eGFR If Africn Am | 80 | | >59 | mL/min/1.73 |
| BUN/Creatinine Ratio | 11 | | 9-20 | |
| Sodium | 142 | | 134-144 | mmol/L |
| Potassium | 4.0 | | 3.5-5.2 | mmol/L |
| Chloride | 99 | | 96-106 | mmol/L |
| Carbon Dioxide, Total | 21 | | 20-29 | mmol/L |
| Calcium | 9.6 | | 8.7-10.2 | mg/dL |
| Protein, Total | 7.6 | | 6.0-8.5 | g/dL |
| Albumin | 4.9 | | 3.5-5.5 | g/dL |

```
**Effective January 20, 2020 Albumin reference**
  interval will be changing to:
        Age                    Male          Female
        0 -  7 days          3.6 - 4.9     3.6 - 4.9
        8 - 30 days          3.4 - 4.7     3.4 - 4.7
        1 -  6 month         3.7 - 4.8     3.7 - 4.8
 7 months -  2 years         3.9 - 5.0     3.9 - 5.0
        3 -  5 years         4.0 - 5.0     4.0 - 5.0
        6 - 12 years         4.1 - 5.0     4.0 - 5.0
       13 - 30 years         4.1 - 5.2     3.9 - 5.0
       31 - 50 years         4.0 - 5.0     3.8 - 4.8
       51 - 60 years         3.8 - 4.9     3.8 - 4.9
       61 - 70 years         3.8 - 4.8     3.8 - 4.8
       71 - 80 years         3.7 - 4.7     3.7 - 4.7
       81 - 89 years         3.6 - 4.6     3.6 - 4.6
           >89 years         3.5 - 4.6     3.5 - 4.6
```

| Description | Results | Abnormal | Range | Units |
|---|---|---|---|---|
| Globulin, Total | 2.7 | | 1.5-4.5 | g/dL |
| A/G Ratio | 1.8 | | 1.2-2.2 | |
| Bilirubin, Total | 0.8 | | 0.0-1.2 | mg/dL |
| Bilirubin, Direct | 0.26 | | 0.00-0.40 | mg/dL |
| **Alkaline Phosphatase** | **120** | **H** | **39-117** | **IU/L** |
| **AST (SGOT)** | **72** | **H** | **0-40** | **IU/L** |
| **ALT (SGPT)** | **122** | **H** | **0-44** | **IU/L** |
| Cholesterol, Total | 110 | | 100-199 | mg/dl |

© 2007 Correct Care Solutions, LLC
Ccs-TX02

| Description | Results | Abnormal | Range | Units |
|---|---|---|---|---|
| Triglycerides | 113 | | 0-149 | mg/dL |
| **HDL Cholesterol** | **34** | **L** | **>39** | **mg/dL** |
| VLDL Cholesterol Cal | 23 | | 5-40 | mg/dL |
| LDL Cholesterol Calc | 53 | | 0-99 | mg/dL |
| LDL/HDL Ratio | 1.6 | | 0.0-3.6 | ratio |

```
LDL/HDL Ratio
              Men   Women
1/2 Avg.Risk  1.0    1.5
    Avg.Risk  3.6    3.2
 2X Avg.Risk  6.2    5.0
 3X Avg.Risk  8.0    6.1
```

| Description | Results | Abnormal | Range | Units |
|---|---|---|---|---|
| **TSH** | **128.000** | **H** | **0.450-4.500** | **uIU/mL** |
| Results confirmed on dilution. | | | | |
| Thyroxine (T4) | 11.2 | | 4.5-12.0 | ug/dL |
| **T3 Uptake** | **18** | **L** | **24-39** | **%** |
| Free Thyroxine Index | 2.0 | | 1.2-4.9 | |
| WBC | 7.3 | | 3.4-10.8 | x10E3/uL |
| RBC | 5.52 | | 4.14-5.80 | x10E6/uL |
| Hemoglobin | 15.5 | | 13.0-17.7 | g/dL |
| Hematocrit | 44.9 | | 37.5-51.0 | % |
| MCV | 81 | | 79-97 | fL |
| MCH | 28.1 | | 26.6-33.0 | pg |
| MCHC | 34.5 | | 31.5-35.7 | g/dL |
| RDW | 14.1 | | 11.6-15.4 | % |
| **Please note reference interval change** | | | | |
| Platelets | 183 | | 150-450 | x10E3/uL |
| Neutrophils | 57 | | Not Estab. | % |
| Lymphs | 35 | | Not Estab. | % |
| Monocytes | 4 | | Not Estab. | % |
| Eos | 3 | | Not Estab. | % |
| Basos | 1 | | Not Estab. | % |
| Neutrophils (Absolute) | 4.1 | | 1.4-7.0 | x10E3/uL |
| Lymphs (Absolute) | 2.5 | | 0.7-3.1 | x10E3/uL |
| Monocytes(Absolute) | 0.3 | | 0.1-0.9 | x10E3/uL |
| Eos (Absolute) | 0.2 | | 0.0-0.4 | x10E3/uL |
| Baso (Absolute) | 0.1 | | 0.0-0.2 | x10E3/uL |
| Immature Granulocytes | 0 | | Not Estab. | % |

| Description | Results | Abnormal | Range | Units |
|---|---|---|---|---|
| Immature Grans (Abs) | 0.0 | | 0.0-0.1 | x10E3/uL |
| Hemoglobin A1c | | | | |
| *Lab: Director: Not Provided | | | | |
| **Hemoglobin A1c** | **9.0** | **H** | **4.8-5.6** | **%** |

Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0

**St. Tammany Parish, LA** **March 2020** **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Medication Orders

Order No: 13630471 | Order Status: Submitted | VerbalPhc | Last Administered: 03/25/2020 14:30 | Submit Date: 12/27/2019 23:59 | Start Date: 12/28/2019 05:30 | End Date: 03/28/2020 05:29

Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 13 weeks. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:30 | Init | | CLT | | SMT | | | NH | | JMP | | * DM | | | DM | | CLT | | JMP | | | * KC | | SMT | | KEY | | | | | | |
| 14:30 | Init | | KC | | LND | | | KC | | SMT | | * CLT | | | SMT | | KC | | DM | | | * JW | | DM | | TS | | | | | | |

Order No: 13921298 | Order Status: Submitted | Written | Last Administered: 03/27/2020 05:30 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 05:30 | End Date: 04/29/2020 05:29

metformin 1,000 mg tablet: give 1 tablet by mouth Diabetic BID AM & PM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:30 | Init | HB | CLT | DM | SMT | * SMT | CLT | NH | LND | JMP | JMP | * DM | JMP | NH | DM | DM | CLT | JMP | JMP | JMP | NH | KC | KEY | SMT | SMT | KEY | CLT | SMT | | | | |
| 14:30 | Init | LND | KC | CLT | LND | LND | KC | KC | KC | SMT | SMT | CLT | CLT | SMT | SMT | SMT | KC | CLT | DM | DM | CLT | JW | KC | DM | TS | TS | JW | | | | | |

Order No: 13921300 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

(Levothyroxine) Synthroid 50 mcg tablet: give 1 tablet by mouth Q AM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | JMP | DM | JMP | DM | HB | JW | JW | JW | | LND | BA | JW | * LND | LND | LND | JW | JW | * LND | LND | JW | JW | JW | JMP | JMP | * LND | LND | JMP | | | | |

Order No: 13921302 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/30/2020 07:51 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

(Pantoprazole) Protonix 40 mg tablet,delayed release: give 1 tablet by mouth Q AM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | JMP | DM | JMP | DM | HB | JW | JW | JW | | LND | BA | JW | * LND | LND | LND | JW | JW | * LND | LND | JW | JW | JW | JMP | JMP | * LND | LND | JMP | | | | |

Order No: 13921299 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

lisinopril 10 mg tablet: give 1 tablet by mouth Q AM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | JMP | DM | JMP | DM | HB | JW | JW | JW | | LND | BA | JW | * LND | LND | LND | JW | JW | * LND | LND | JW | JW | JW | JMP | JMP | * LND | LND | JMP | | | | |

Order No: 13921301 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

Triamcinolone Acetonide 0.1 % Topical Cream: give 1 cream Topical BID AM & PM for 90 days. KOP. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | | | | |
| 19:00 | Init | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | *KOP* | | | | | |

**St. Tammany Parish, LA** **March 2020** **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

Order No: 14388053 | Order Status: Submitted | VerbalPhc | Submit Date: 03/23/2020 10:47 | Start Date: 03/28/2020 05:30 | End Date: 09/12/2020 05:29

Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 24 weeks. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:30 | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | | | |
| 14:30 | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Order: | | | | | | | | | |

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| Order: | | | | |

St. Tammany Parish, LA

March 2020

Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 13921299 | LND | General | 03/25/2020 07:00 | lisinopril 10 mg tablet | Refused | pt did not get up for AM med call |
| 13921302 | LND | General | 03/25/2020 07:00 | (Pantoprazole) Protonix 40 mg tablet,delayed release | Refused | pt did not get up for AM med call |
| 13921300 | LND | General | 03/25/2020 07:00 | (Levothyroxine) Synthroid 50 mcg tablet | Refused | pt did not get up for AM med call |
| 13630471 | JW | Administration | 03/21/2020 14:30 | Vitals: Blood Sugar | Refused | Refused |
| 13630471 | KC | Administration | 03/21/2020 05:30 | Vitals: Blood Sugar | Refused | Refused |
| 13921298 | KC | Administration | 03/21/2020 05:30 | metformin 1,000 mg tablet | Administered | Refused |
| 13921299 | LND | Administration | 03/18/2020 07:00 | lisinopril 10 mg tablet | Refused | Refused |
| 13921302 | LND | Administration | 03/18/2020 07:00 | (Pantoprazole) Protonix 40 mg tablet,delayed release | Refused | Refused |
| 13921300 | LND | Administration | 03/18/2020 07:00 | (Levothyroxine) Synthroid 50 mcg tablet | Refused | Refused |
| 13921299 | LND | Administration | 03/13/2020 07:00 | lisinopril 10 mg tablet | Refused | Refused |
| 13921302 | LND | Administration | 03/13/2020 07:00 | (Pantoprazole) Protonix 40 mg tablet,delayed release | Refused | Refused |
| 13921300 | LND | Administration | 03/13/2020 07:00 | (Levothyroxine) Synthroid 50 mcg tablet | Refused | Refused |
| 13630471 | CLT | Administration | 03/11/2020 14:30 | Vitals: Blood Sugar | Refused | Refused |
| 13630471 | DM | General | 03/11/2020 05:30 | Vitals: Blood Sugar | Out Of Unit | |
| 13921298 | DM | General | 03/11/2020 05:30 | metformin 1,000 mg tablet | Out Of Unit | |
| 13921298 | LND | Administration | 03/08/2020 05:30 | metformin 1,000 mg tablet | Administered | |

St. Tammany Parish, LA | March 2020 | **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

| | | | | | | |
|---|---|---|---|---|---|---|
| 13921298 | SMT | General | 03/05/2020 05:30 | metformin 1,000 mg tablet | Out Of Unit | court |

## Initials Legend

| Initials | User |
|---|---|
| -- | Process, Elements |
| BA | Albarado, Brenda, LPN |
| CLT | Todd, Christopher, LPN |
| DM | Mcknight, Deirdre, LPN |
| HB | Bono, Hollie, LPN |
| JMP | Peters, Jasmine, LPN |
| JW | Watts, Juanita, LPN |
| KC | Craft, Kiera, LPN |
| KEY | Young, Kathleen, RN |
| LND | Delaune, Lindsey, LPN |
| NH | Holliday, Nikole, LPN |
| SMT | Taylor, Sharonda, LPN |
| TS | Smith, Todd, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

**St. Tammany Parish, LA** **February 2020** **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Medication Orders

Order No: 13630471 | Order Status: Submitted | VerbalPh | Last Administered: 03/25/2020 14:30 | Submit Date: 12/27/2019 23:59 | Start Date: 12/28/2019 05:30 | End Date: 03/28/2020 05:29

Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 13 weeks. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:30 | Init | SMT | | * JW | | SMT | | | KEY | | SMT | | CLT | | | SMT | | CLT | | SMT | | | * CLT | | DM | | LND | | | NH | -- | -- |
| 14:30 | Init | LND | | SMT | | LND | | | JW | | LND | | JW | | | LND | | JW | | JMP | | | JW | | LND | | LLR | | | LND | -- | -- |

Order No: 13921298 | Order Status: Submitted | Written | Last Administered: 03/27/2020 05:30 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 05:30 | End Date: 04/29/2020 05:29

metformin 1,000 mg tablet: give 1 tablet by mouth Diabetic BID AM & PM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:30 | Init | SMT | TEF | JW | CLT | SMT | * SMT | CLT | KEY | CLT | SMT | SMT | CLT | KEY | SMT | SMT | SMT | CLT | LND | SMT | SMT | NH | CLT | CLT | DM | JMP | LND | CLT | NH | NH | -- | -- |
| 14:30 | Init | LND | LND | SMT | JW | LND | LND | JW | JW | JW | LND | LND | JW | JW | LND | LND | LND | JW | JW | JMP | LND | JW | JW | JW | LND | LND | LLR | DM | LND | LND | -- | -- |

Order No: 13921300 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

(Levothyroxine) Synthroid 50 mcg tablet: give 1 tablet by mouth Q AM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | JMP | KC | LND | * DM | JMP | HB | JW | JW | JW | JMP | JMP | JW | JW | KC | JMP | KC | * LND | JW | JMP | JMP | CLT | NH | LLR | KC | KC | LLR | KC | JMP | JMP | -- | -- |

Order No: 13921302 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/30/2020 07:51 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

(Pantoprazole) Protonix 40 mg tablet,delayed release: give 1 tablet by mouth Q AM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | JMP | KC | LND | * DM | JMP | HB | JW | JW | JW | JMP | JMP | JW | JW | KC | JMP | KC | * LND | JW | JMP | JMP | CLT | NH | LLR | KC | KC | LLR | KC | JMP | JMP | -- | -- |

Order No: 13921299 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

lisinopril 10 mg tablet: give 1 tablet by mouth Q AM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | JMP | KC | LND | * DM | JMP | HB | JW | JW | JW | JMP | JMP | JW | JW | KC | JMP | KC | * LND | JW | JMP | JMP | CLT | NH | LLR | KC | KC | LLR | KC | JMP | JMP | -- | -- |

Order No: 13921301 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

Triamcinolone Acetonide 0.1 % Topical Cream: give 1 cream Topical BID AM & PM for 90 days. KOP. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | sa- JMP | sa- KC | sa- LND | sa- DM | sa- JMP | sa- HB | sa- JW | sa- JW | sa- JW | sa- JMP | sa- JMP | sa- JW | sa- JW | sa- KC | sa- JMP | sa- KC | * LND | sa- JW | sa- JMP | sa- JMP | sa- CLT | sa- NH | sa- LLR | sa- KC | sa- KC | sa- LLR | *KOP* | *KOP* | *KOP* | -- | -- |
| 07:00 | Site | | | AFAR | | | | AFAR | AFAR | AFAR | | | ABD | | | | | | AFAR | | | | | | | | | | | | -- | -- |
| 19:00 | Init | sa- FEE | sa- FEE | sa- AJG | sa- AJG | sa- FEE | sa- FEE | sa- JCN | sa- AJG | sa- AJG | sa- FEE | sa- FEE | sa- AJG | sa- LLR | sa- FEE | sa- FEE | sa- FEE | sa- AJG | sa- FEE | sa- FEE | sa- FEE | sa- JCN | sa- KC | sa- AJG | sa- FEE | sa- FEE | sa- BA | *KOP* | *KOP* | *KOP* | -- | -- |

**St. Tammany Parish, LA** **February 2020** **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Discontinued

### Medication Orders

Order No: 13921303 | Order Status: Completed 02/29/2020 06:59 Written | Last Administered: 02/28/2020 07:00 | Submit Date: 01/30/2020 07:48 | Start Date: 01/30/2020 07:00 | End Date: 02/29/2020 06:59

(Ammonium Lactate) AmLactin 12 % Lotion: give 1 lotion Topical Q AM for 30 days. KOP. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | sa-JMP | sa-KC | LND | sa-DM | sa-JMP | sa-HB | sa-JW | sa-JW | sa-JW | sa-JMP | sa-JMP | sa-JW | sa-JW | sa-KC | sa-JMP | sa-KC | * LND | sa-JW | sa-JMP | sa-JMP | sa-CLT | sa-NH | sa-LLR | sa-KC | sa-KC | sa-LLR | sa-KC | sa-JMP | -- | -- | -- |
| 07:00 | Site | | | AFAR | | | | AFAR | AFAR | AFAR | | | AFAR | AFAR | | | | | AFAR | | | | | | | | | | | -- | -- | -- |

### Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|

### Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

### PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

Order:

St. Tammany Parish, LA February 2020 **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 13630471 | CLT | Administration | 02/22/2020 05:30 | Vitals: Blood Sugar | Refused | Refused |
| 13921301 | LND | Administration | 02/17/2020 07:00 | Triamcinolone Acetonide 0.1 % Topical Cream | Refused | Refused |
| 13921299 | LND | Administration | 02/17/2020 07:00 | lisinopril 10 mg tablet | Refused | Refused |
| 13921300 | LND | Administration | 02/17/2020 07:00 | (Levothyroxine) Synthroid 50 mcg tablet | Refused | Refused |
| 13921302 | LND | Administration | 02/17/2020 07:00 | (Pantoprazole) Protonix 40 mg tablet,delayed release | Refused | Refused |
| 13921303 | LND | Administration | 02/17/2020 07:00 | (Ammonium Lactate ) AmLactin 12 % Lotion | Refused | Refused |
| 13921298 | SMT | General | 02/06/2020 05:30 | metformin 1,000 mg tablet | Out Of Unit | court |
| 13921299 | DM | Administration | 02/04/2020 07:00 | lisinopril 10 mg tablet | Refused | Refused |
| 13921300 | DM | Administration | 02/04/2020 07:00 | (Levothyroxine) Synthroid 50 mcg tablet | Refused | Refused |
| 13921302 | DM | Administration | 02/04/2020 07:00 | (Pantoprazole) Protonix 40 mg tablet,delayed release | Refused | Refused |
| 13630471 | JW | Administration | 02/03/2020 05:30 | Vitals: Blood Sugar | Refused | Refused |

St. Tammany Parish, LA | February 2020 | Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Initials Legend

| Initials | User |
|---|---|
| -- | Process. Elements |
| AJG | Griffin, Amy, LPN |
| BA | Albarado, Brenda, LPN |
| CLT | Todd, Christopher, LPN |
| DM | Mcknight, Deirdre, LPN |
| FEE | Eberts, Florence, LPN |
| HB | Bono, Hollie, LPN |
| JCN | Nata, Julie, LPN |
| JMP | Peters, Jasmine, LPN |
| JW | Watts, Juanita, LPN |
| KC | Craft, Kiera, LPN |
| KEY | Young, Kathleen, RN |
| LLR | Rogers, Lakendra, LPN |
| LND | Delaune, Lindsey, LPN |
| NH | Holliday, Nikole, LPN |
| SMT | Taylor, Sharonda, LPN |
| TEF | Freeman, Tamara, RN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|
| ABD | Abdomen |
| AFAR | Affected Areas |

**St. Tammany Parish, LA** **January 2020** **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Medication Orders

Order No: 13630471 | Order Status: Submitted | VerbalPhc | Last Administered: 03/25/2020 14:30 | Submit Date: 12/27/2019 23:59 | Start Date: 12/28/2019 05:30 | End Date: 03/28/2020 05:29

Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 13 weeks. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:30 | Init | SMT | | | LND | | KSH | | JMP | | | SMT | | LND | | SMT | | | * DM | | FEE | | JMP | | | NH | | JMP | | JW | | |
| 14:30 | Init | KSH | | | JMP | | JW | | LND | | | LLR | | JMP | | * NH | | | LND | | JW | | LND | | | JW | | LND | | | | |

Order No: 13921298 | Order Status: Submitted | Written | Last Administered: 03/27/2020 05:30 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 05:30 | End Date: 04/29/2020 05:29

metformin 1,000 mg tablet: give 1 tablet by mouth Diabetic BID AM & PM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:30 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | JW | JMP |
| 14:30 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | KAL | LND |

Order No: 13921300 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

(Levothyroxine) Synthroid 50 mcg tablet: give 1 tablet by mouth Q AM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | KAL | * LND |

Order No: 13921302 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/30/2020 07:51 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

(Pantoprazole) Protonix 40 mg tablet,delayed release: give 1 tablet by mouth Q AM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | * LND |

Order No: 13921299 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

lisinopril 10 mg tablet: give 1 tablet by mouth Q AM for 90 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | KAL | * LND |

Order No: 13921301 | Order Status: Submitted | Written | Last Administered: 03/27/2020 07:00 | Submit Date: 01/29/2020 19:14 | Start Date: 01/30/2020 07:00 | End Date: 04/29/2020 06:59

Triamcinolone Acetonide 0.1 % Topical Cream: give 1 cream Topical BID AM & PM for 90 days. KOP. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | sa-KAL | * LND |
| 19:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | sa-FEE | sa-FEE |

## Discontinued

**St. Tammany Parish, LA** — **January 2020** — **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Medication Orders

Order No: 13629746 | Order Status: Completed 01/03/2020 23:09 | Written | Last Administered: 01/03/2020 15:10 | Submit Date: 12/27/2019 20:52 | Start Date: 12/27/2019 23:10 | End Date: 01/03/2020 23:09

acetaminophen 325 mg tablet: give 2 tablet by mouth Detox TID for 7 days. For muscle pain or spasm. No Reorders. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:10 | Init | SMT | SMT | NH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 15:10 | Init | SMT | KSH | * NH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 23:10 | Init | CLT | CLT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

Order No: 13629747 | Order Status: Completed 01/03/2020 23:09 | Written | Last Administered: 01/03/2020 15:10 | Submit Date: 12/27/2019 20:52 | Start Date: 12/27/2019 23:10 | End Date: 01/03/2020 23:09

loperamide 2 mg tablet: give 1 tablet by mouth Detox TID for 7 days. Additional 2mg dose Q2H with each loose stool as needed, not to exceed 16mg in 24 hours x 7 days No Reorders. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:10 | Init | SMT | SMT | H | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 15:10 | Init | SMT | KSH | * NH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 23:10 | Init | CLT | CLT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

Order No: 13629748 | Order Status: Completed 01/03/2020 23:09 | Written | Last Administered: 01/03/2020 15:10 | Submit Date: 12/27/2019 20:52 | Start Date: 12/27/2019 23:10 | End Date: 01/03/2020 23:09

meclizine 25 mg tablet: give 1 tablet by mouth Detox TID for 7 days. For nausea / vomiting No Reorders. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:10 | Init | SMT | SMT | H | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 15:10 | Init | SMT | KSH | * NH | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 23:10 | Init | CLT | CLT | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

Order No: 13630472 | Order Status: Discontinued 01/29/2020 19:14 | VerbalPh( | Last Administered: 06/24/2020 19:00 | Submit Date: 12/27/2019 23:59 | Start Date: 12/28/2019 07:00 | End Date: 06/25/2020 06:59

metformin 500 mg tablet: give 1 tablet by mouth BID AM & PM for 180 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | * NH | KC | * LND | KC | KC | * NH | * KEY | KC | * KC | LLR | | LLR | JMP | JMP | NH | * LLR | LLR | LND | LND | JW | FEE | LND | * SMT | JW | JW | JW | LND | | DM | * -- | * -- |
| 19:00 | Init | CLT | CLT | HB | HB | HB | CLT | CLT | HB | HB | CLT | AMC | AJG | FEE | FEE | BA | PH | * FEE | FEE | FEE | AJG | FEE | FEE | FEE | LLR | JCN | KW | FEE | FEE | FEE | * -- | * -- |

Order No: 13921303 | Order Status: Completed 02/29/2020 06:59 | Written | Last Administered: 02/28/2020 07:00 | Submit Date: 01/30/2020 07:48 | Start Date: 01/30/2020 07:00 | End Date: 02/29/2020 06:59

(Ammonium Lactate) AmLactin 12 % Lotion: give 1 lotion Topical Q AM for 30 days. KOP. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | * LND |

St. Tammany Parish, LA

January 2020

Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 01/02/2020 18:40 |
| Active | Admitted to Facility | | 01/03/2020 06:10 |
| Active | Admitted to Facility | | 01/10/2020 21:40 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

Order:

St. Tammany Parish, LA

January 2020

Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 13921301 | LND | Administration | 01/31/2020 07:00 | Triamcinolone Acetonide 0.1 % Topical Cream | Refused | Refused |
| 13921299 | LND | Administration | 01/31/2020 07:00 | lisinopril 10 mg tablet | Refused | Refused |
| 13921300 | LND | Administration | 01/31/2020 07:00 | (Levothyroxine) Synthroid 50 mcg tablet | Refused | Refused |
| 13921302 | LND | Administration | 01/31/2020 07:00 | (Pantoprazole) Protonix 40 mg tablet,delayed release | Refused | Refused |
| 13921303 | LND | Administration | 01/31/2020 07:00 | (Ammonium Lactate ) AmLactin 12 % Lotion | Refused | Refused |
| 13630472 | SMT | General | 01/23/2020 07:00 | metformin 500 mg tablet | Refused | wouldn't get out of bed for pill call |
| 13630471 | DM | Administration | 01/18/2020 05:30 | Vitals: Blood Sugar | Refused | Refused |
| 13630472 | FEE | Administration | 01/17/2020 19:00 | metformin 500 mg tablet | Refused | Refused |
| 13630472 | LLR | General | 01/16/2020 07:00 | metformin 500 mg tablet | Refused | would not get oob |
| 13630471 | NH | Administration | 01/15/2020 14:30 | Vitals: Blood Sugar | Refused | Refused |
| 13630472 | KC | General | 01/09/2020 07:00 | metformin 500 mg tablet | Out Of Unit | |
| 13630472 | KEY | Administration | 01/07/2020 07:00 | metformin 500 mg tablet | Refused | Refused |
| 13629748 | NH | General | 01/03/2020 15:10 | meclizine 25 mg tablet | Refused | Refused |
| 13629747 | NH | General | 01/03/2020 15:10 | loperamide 2 mg tablet | Refused | Refused |
| 13629746 | NH | General | 01/03/2020 15:10 | acetaminophen 325 mg tablet | Refused | Refused |
| 13630472 | LND | Administration | 01/03/2020 07:00 | metformin 500 mg tablet | Refused | Refused |
| 13629748 | NH | General | 01/03/2020 07:10 | meclizine 25 mg tablet | Hold One Medpa | |

St. Tammany Parish, LA

January 2020

Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

| | | | | | |
|---|---|---|---|---|---|
| 13629747 | NH | General | 01/03/2020 07:10 | loperamide 2 mg tablet | Hold One Medpa |
| 13630472 | NH | Administration | 01/01/2020 07:00 | metformin 500 mg tablet | Out Of Unit |

## Initials Legend

| Initials | User |
|---|---|
| -- | Process, Elements |
| AJG | Griffin, Amy, LPN |
| AMC | Caillouet, Alexis, LPN |
| BA | Albarado, Brenda, LPN |
| CLT | Todd, Christopher, LPN |
| DM | Mcknight, Deirdre, LPN |
| FEE | Eberts, Florence, LPN |
| HB | Bono, Hollie, LPN |
| JCN | Nata, Julie, LPN |
| JMP | Peters, Jasmine, LPN |
| JW | Watts, Juanita, LPN |
| KAL | Lewis, Kayla, LPN |
| KC | Craft, Kiera, LPN |
| KEY | Young, Kathleen, RN |
| KSH | Heagle, Kimberly, LPN |
| KW | Watkins, Kayla, LPN |
| LLR | Rogers, Lakendra, LPN |
| LND | Delaune, Lindsey, LPN |
| NH | Holliday, Nikole, LPN |
| PH | Hebert, Pauline, RN |
| SMT | Taylor, Sharonda, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

**St. Tammany Parish, LA** **December 2019** **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

### Medication Orders

Order No: 13630471 | Order Status: Submitted VerbalPh | Last Administered: 03/25/2020 14:30 | Submit Date: 12/27/2019 23:59 | Start Date: 12/28/2019 05:30 | End Date: 03/28/2020 05:29

Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 13 weeks. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05:30 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | SMT | | NH | |
| 14:30 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | KC | | JMP | |

## Discontinued

### Medication Orders

Order No: 13629746 | Order Status: Completed 01/03/2020 23:09 Written | Last Administered: 01/03/2020 15:10 | Submit Date: 12/27/2019 20:52 | Start Date: 12/27/2019 23:10 | End Date: 01/03/2020 23:09

acetaminophen 325 mg tablet: give 2 tablet by mouth Detox TID for 7 days. For muscle pain or spasm. No Reorders. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:10 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | SMT | SMT | * NH | LND |
| 15:10 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | SMT | SMT | LLR | LND |
| 23:10 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | CLT | CLT | CLT | HB | * HB |

Order No: 13629747 | Order Status: Completed 01/03/2020 23:09 Written | Last Administered: 01/03/2020 15:10 | Submit Date: 12/27/2019 20:52 | Start Date: 12/27/2019 23:10 | End Date: 01/03/2020 23:09

loperamide 2 mg tablet: give 1 tablet by mouth Detox TID for 7 days. Additional 2mg dose Q2H with each loose stool as needed, not to exceed 16mg in 24 hours x 7 days No Reorders. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:10 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | SMT | SMT | * NH | LND |
| 15:10 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | SMT | SMT | LLR | LND |
| 23:10 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | CLT | CLT | CLT | * HB | * HB |

Order No: 13629748 | Order Status: Completed 01/03/2020 23:09 Written | Last Administered: 01/03/2020 15:10 | Submit Date: 12/27/2019 20:52 | Start Date: 12/27/2019 23:10 | End Date: 01/03/2020 23:09

meclizine 25 mg tablet: give 1 tablet by mouth Detox TID for 7 days. For nausea / vomiting No Reorders. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:10 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | SMT | SMT | * NH | LND |
| 15:10 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | SMT | SMT | LLR | LND |
| 23:10 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | CLT | CLT | CLT | HB | * HB |

**St. Tammany Parish, LA** | **December 2019** | **Order Record History**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

| Order No: 13630472 | Order Status: Discontinued 01/29/2020 19:14 VerbalPh( | Last Administered: 06/24/2020 19:00 | Submit Date: 12/27/2019 23:59 | Start Date: 12/28/2019 07:00 | End Date: 06/25/2020 06:59 |
|---|---|---|---|---|---|

metformin 500 mg tablet: give 1 tablet by mouth BID AM & PM for 180 days. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | * KC | KW | FEE |
| 19:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | CLT | CLT | HB | * HB |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 12/27/2019 18:25 |
| Active | Admitted to Facility | | 12/29/2019 06:26 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

Order:

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

Order:

St. Tammany Parish, LA

December 2019

Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|
| 13629748 | HB | Administration | 12/31/2019 23:10 | meclizine 25 mg tablet | Refused | Refused |
| 13629746 | HB | Administration | 12/31/2019 23:10 | acetaminophen 325 mg tablet | Refused | Refused |
| 13629747 | HB | Administration | 12/31/2019 23:10 | loperamide 2 mg tablet | Refused | Refused |
| 13630472 | HB | Administration | 12/31/2019 19:00 | metformin 500 mg tablet | Refused | Refused |
| 13629747 | HB | Administration | 12/30/2019 23:10 | loperamide 2 mg tablet | Refused | Refused |
| 13629747 | NH | Administration | 12/30/2019 07:10 | loperamide 2 mg tablet | Refused | Refused |
| 13629748 | NH | Administration | 12/30/2019 07:10 | meclizine 25 mg tablet | Refused | Refused |
| 13629746 | NH | Administration | 12/30/2019 07:10 | acetaminophen 325 mg tablet | Refused | Refused |
| 13630472 | KC | Administration | 12/29/2019 07:00 | metformin 500 mg tablet | Refused | Refused |

## Initials Legend

| Initials | User |
|---|---|
| CLT | Todd, Christopher, LPN |
| FEE | Eberts, Florence, LPN |
| HB | Bono, Hollie, LPN |
| JMP | Peters, Jasmine, LPN |
| KC | Craft, Kiera, LPN |
| KW | Watkins, Kayla, LPN |
| LLR | Rogers, Lakendra, LPN |
| LND | Delaune, Lindsey, LPN |
| NH | Holliday, Nikole, LPN |
| SMT | Taylor, Sharonda, LPN |

St. Tammany Parish, LA

December 2019

Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | | 12/27/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis: Other specified hypothyroidism, Type 2 diabetes mellitus without complications

## Order Administration Sites

| Abbreviation | Site |
|---|---|

# Wal-Mart Stores Inc.

## Fax Coversheet

**Date:** 12/31/19
**From:** Brynita Greene
**Email:** Brynita.Green@walmart.com

**To:**
**Fax:** 19852761058
**Subject:** KLABERT GUILLOT
No records found.

Thank You,
Brynita Greene
Client Service Rep 1

**Notes:** CiOX HEALTH

***Phone*:** 479-204-6788 ***Fax*:** 479-204-9655
***Email:*** hportreq@wal-mart.com
***Address:*** Wal-Mart Pharmacy
702 SW 8th Street, Mail Stop #215
Bentonville, AR 72716-0215

**This fax and any files transmitted with it are CONFIDENTIAL and intended solely for the individual or entity to whom they are addressed. If you have received this in error please destroy it immediately.**

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

## Provider Treatment Order - Verbal/Telephone

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/27/2019 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-28-2019 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | Kathryn Moore |
| 12-28-2019 | Chronic | Endocrine | Other specified hypothyroidism | Kathryn Moore |
| 12-27-2019 | Acute | No Known Problems | Patient Reports No Problems | |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-27-2019 | Allergy Items | No Known Allergies | |

### Orders

☐ Verbal

☑ Telephone Order

Added 12/28/2019 12:01 AM CST by KatMoore RN

12/27/19 2230 diabetic diet without snack

accucheck tiw am and pm x 90 days

metformin 500 mg po bidx 180 days

labs 2 weeks: dp3, hemo A1c

md s/c 2-3 weeks: DM/thyroid

E-Signed by Kathryn Moore, RN on 12/28/2019 12:01 AM CST

E-Signed by Samuel P Gore, Provider on 12/30/2019 12:24 PM CST

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

# Provider Treatment Order

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/29/2020 |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-28-2019 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | Kathryn Moore |
| 12-28-2019 | Chronic | Endocrine | Other specified hypothyroidism | Kathryn Moore |
| 12-27-2019 | Acute | No Known Problems | Patient Reports No Problems | |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-27-2019 | Allergy Items | No Known Allergies | |

**Orders**

Added 01/29/2020 07:16 PM CST by SPGore Provider

meds modified

Okay for jail type tennis shoes (diabetic foot disease)

Labs (6 weeks): DP-3, H. pylori titers, HgbA1c, UA (dip) and baseline EKG

f/u MD s/c 6-8 weeks: DM/thy/lab

E-Signed by Samuel P Gore, Provider on 01/29/2020 07:16 PM CST
E-Signed by Florence E Eberts, LPN on 01/31/2020 02:35 AM CST

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington, LA 70433*

# Medication Order

WellPath

| *Patient Name* | *Patient Number* | *Booking Number* | [redacted] | *Date Of Service* |
|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | 234204 | [redacted] | 3/23/2020 |

## Order Overview

**Ordered By:** Gore, Samuel on 03/23/2020 10:47AM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 3/28/2020 | Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 24 weeks. | 1 | misc | Diabetic 3 X Wk BID | 168 | No | No |

*Noted By: Gore, Samuel Provider 03/23/2020 10:47AM*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington, LA 70433*

# Medication Order

WellPath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | 234204 | [redacted] | 1/29/2020 |

## Order Overview

**Ordered By:** Gore, Samuel on 01/29/2020 07:14PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/30/2020 | metformin 1,000 mg tablet: give 1 tablet by mouth Diabetic BID AM & PM for 90 days. | 1 | tablet | Diabetic BID AM & PM | 90 | No | No |

*Noted By: Gore, Samuel Provider 01/29/2020 07:14PM*

*Override Reason: Duplicate Therapy- Reorder of same medication, different Rx*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/30/2020 | lisinopril 10 mg tablet: give 1 tablet by mouth Q AM for 90 days. | 1 | tablet | Q AM | 90 | No | No |

*Noted By: Gore, Samuel Provider 01/29/2020 07:14PM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/30/2020 | Triamcinolone Acetonide 0.1 % Topical Cream: give 1 cream Topical BID AM & PM for 90 days. KOP. | 1 | cream | BID AM & PM | 90 | No | Yes |

*Noted By: Gore, Samuel Provider 01/29/2020 07:14PM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/30/2020 | (Pantoprazole) Protonix 40 mg tablet,delayed release: give 1 tablet by mouth Q AM for 90 days. | 1 | tablet | Q AM | 90 | No | No |

*Noted By: Gore, Samuel Provider 01/29/2020 07:14PM*
**Do not Crush or Chew the Medicine**

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/30/2020 | (Levothyroxine) Synthroid 50 mcg tablet: give 1 tablet by mouth Q AM for 90 days. | 1 | tablet | Q AM | 90 | No | No |

*Noted By: Gore, Samuel Provider 01/29/2020 07:14PM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 1/30/2020 | (Ammonium Lactate) AmLactin 12 % Lotion: give 1 lotion Topical Q AM for 30 days. KOP. | 1 | lotion | Q AM | 30 | No | Yes |

*Noted By: Gore, Samuel Provider 01/29/2020 07:14PM*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington, LA 70433*

## Medication Order

WellPath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | 234204 | [redacted] | 1/29/2020 |

### Order Overview

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/28/2019 | Discontinued - metformin 500 mg tablet: give 1 tablet by mouth BID AM & PM for 180 days. | 1 | tablet | BID AM & PM | 180 | No | No |

*Noted By: Gore, Samuel Provider 01/29/2020 07:14PM*

*Override Reason: Duplicate Therapy- Reorder of same medication, different Rx*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington, LA 70433*

**Medication Order**

wellpath

| Patient Name | Patient Number | Booking Number | [redacted] | Date Of Service |
|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | 234204 | | 12/27/2019 |

## Order Overview

**Ordered By:** Gore, Samuel on 12/27/2019 11:59PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/28/2019 | Vitals: Blood Sugar: give 1 misc Miscellaneous Diabetic 3 X Wk BID for 13 weeks. | 1 | misc | Diabetic 3 X Wk BID | 91 | No | No |

*Noted By: Moore, Kathryn RN 12/27/2019 11:59PM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/28/2019 | metformin 500 mg tablet: give 1 tablet by mouth BID AM & PM for 180 days. | 1 | tablet | BID AM & PM | 180 | No | No |

*Noted By: Moore, Kathryn RN 12/27/2019 11:59PM*

E-Signed by Kathryn Moore n 12 27 2019 11 59 PM CST

E-Signed by Samuel P Gore, Provider on 12 30 2019 03 43 PM CST

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington, LA 70433*

## Medication Order

wellpath

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| GUILLOT, KLABERT | 214543 | 234204 | [redacted] | 12/27/2019 |

### Order Overview

**Ordered By:** Gore, Samuel on 12/27/2019 08:52PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/27/2019 | acetaminophen 325 mg tablet: give 2 tablet by mouth Detox TID for 7 days. For muscle pain or spasm. No Reorders. | 2 | tablet | Detox TID | 7 | No | No |

*Noted By: Moore, Kathryn RN 12/27/2019 08:52PM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/27/2019 | loperamide 2 mg tablet: give 1 tablet by mouth Detox TID for 7 days. Additional 2mg dose Q2H with each loose stool as needed, not to exceed 16mg in 24 hours x 7 days No Reorders. | 1 | tablet | Detox TID | 7 | No | No |

*Noted By: Moore, Kathryn RN 12/27/2019 08:52PM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 12/27/2019 | meclizine 25 mg tablet: give 1 tablet by mouth Detox TID for 7 days. For nausea / vomiting No Reorders. | 1 | tablet | Detox TID | 7 | No | No |

*Noted By: Moore, Kathryn RN 12/27/2019 08:52PM*

| Start Date | Treatment | Frequency | Durations (Days) |
|---|---|---|---|
| 12/27/2019 | Cows Assessment: Now | Now | 0 |

*Noted By: Moore, Kathryn RN 12/27/2019 08:52PM*

| Start Date | Treatment | Frequency | Durations (Days) |
|---|---|---|---|
| 12/27/2019 | Cows Assessment: Detox TID for 5 days | Detox TID | 5 |

*Noted By: Moore, Kathryn RN 12/27/2019 08:52PM*

E-Signed by Kathryn Moore n 12/27/2019 08:52 PM CST

E-Signed by Samuel P Gore, Provider on 12/30/2019 03:43 PM CST

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Provider Progress Notes**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/29/2020 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Vitals: Blood Sugar | 1.00 misc | St. Tammany Facility: Diabetic 3 x Week BID | 12/28/2019 5:30:00 AM | 3/28/2020 5:29:00 AM |
| metformin 500 mg tablet | 1.00 tablet | St. Tammany Facility: BID AM & PM | 12/28/2019 7:00:00 AM | 6/25/2020 6:59:00 AM |

*Patient Problems:*

| *Observed Date* | *Category* | *Type* | *Problem* | *Confirmed By* |
|---|---|---|---|---|
| *12-28-2019* | *Chronic* | *Endocrine* | *Type 2 diabetes mellitus without complications* | *Kathryn Moore* |
| *12-28-2019* | *Chronic* | *Endocrine* | *Other specified hypothyroidism* | *Kathryn Moore* |
| *12-27-2019* | *Acute* | *No Known Problems* | *Patient Reports No Problems* | |

*Patient Allergies:*

| *Observed Date* | *Type* | *Allergy* | *Reaction* |
|---|---|---|---|
| *12-27-2019* | *Allergy Items* | *No Known Allergies* | |

☑ ***Vital Signs Taken***

*Patient Vitals:*

| *Observed Date* | *BP* | *Pulse* | *Resp* | *Temp* | *Pulse Ox* | *Weight* | *BMI* | *PF#1* | *PF#2* | *PF#3* | *Waist* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *01-29-2020 06:54 PM CST* | *140/81* | *94* | -- | -- | -- | *226* | -- | -- | -- | -- | -- |

☑ ***Current Med List Reviewed*** ☐ ***Psychiatrists Notes Reviewed*** ☐ ***Caseworker Notes Reviewed***

**Notes / History:** ○ ***Free Text*** ○ ***SOAPE***

*Added 01/29/2020 07:10 PM CST by SPGore Provider*

*cc: DM/thyroid*

*FBS:*
*am: 88 - 172 avg 150*

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Provider Progress Notes**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/29/2020 |

Orders:
FBS
am: 88 - 172. avg 150
pm: 177 - 238. avg 200

Labs (1/9)
Scr: 1.19
TA: 72/122
LDL: 53
plt: 183 (APRI: 1.0)
TSH: 128.00 (HIGH)
FT4: 11.2 (nl)
A1c: 9.0

Hx/ROS:
- DM x 3 years. Initially metformin ("didn't work"), then Insulin: lantus, then NPH 35 bid.
A1c ?? FBS usu 100-200's
- Tob: quit 7 yrs. prev 5 pk/day x 25 years
- Psoriasis: knees. uses TAC
- Thyroid: not taking meds for a few months. no wt. changes. energy "okay". sl. constipation. + cold intol.
- Hep C: no Tx
- PUD/bleed: 1st: 80's. UGI/Zantac. 2nd: 3 yrs ago. transfused. EGD/sclerosis. no surgery. + Hpylori Tx.
no F/U EGD. No further Sx/melena. on/off PPI

PE: NAD. talkative
HEENT: no obvious funduscopic lesions
Lungs: CTA
CV: RRR w/o MRG
Abd: soft, non-tender
Extr: no edema. brisk pp. No ulcers. Dry skin. Filament: decr big toe only.
psoriatic plaques knees/elbows, with satellites legs/arms. No nail pitting.

1) DM2:
Discussed DM1 vs 2.
Fair FBS, but A1c shows poor control at home.
Willing to take/increase metformin (nurses report he'd been hoarding it, demanding insulin), titrate per A1c
Lac Hydrin for feet
etc: - BP: suboptimal, but no Dx. start empiric ACE. Goal < 130/80
- LDL: good w/o meds. goal < 70
- ASA: hold for now, with PUD/GIB

2) PUD:
s/p Hpylori Tx. check titers to confirm clearance. Lifelong PPI, esp as will eventually start ASA w/ DM.

3) Hypothyroid:
minimal Sx despite TSH. Start low dose Synthroid, titrate per TSH q 6 weeks

4) Psoriasis: start home TAC
5) HCV: Fair APRI. Discussed monitoring/Tx criteria here/DOC/Medicaid. Recheck 6 mos

Long education. "no one ever told me any of this..."

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Provider Progress Notes**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/29/2020 |

Orders:

*Long education. "no one ever told me any of this..."*

*f/u 6-8 wks*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Provider Progress Notes**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/28/2020 |

Orders

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Vitals: Blood Sugar | 1.00 misc | St. Tammany Facility: Diabetic 3 x Week BID | 12/28/2019 5:30:00 AM | 3/28/2020 5:29:00 AM |
| metformin 500 mg tablet | 1.00 tablet | St. Tammany Facility: BID AM & PM | 12/28/2019 7:00:00 AM | 6/25/2020 6:59:00 AM |

*Patient Problems*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-28-2019 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | Kathryn Moore |
| 12-28-2019 | Chronic | Endocrine | Other specified hypothyroidism | Kathryn Moore |
| 12-27-2019 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-27-2019 | Allergy Items | No Known Allergies | |

☐ ***Vital Signs Taken***

*Patient Vitals*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

☐ ***Current Med List Reviewed*** ☐ ***Psychiatrists Notes Reviewed*** ☐ ***Caseworker Notes Reviewed***

**Notes / History:** ◉ ***Free Text*** ○ ***SOAPE***

*Added 01/29/2020 04:18 AM CST by FEEberts LPN*

*On 1/27/20 during PM medication pass, pt. was given his medication by the nurse (metformin 500mg). Pt proceed to walk off and palm his medication and when told to come back and take the medication in front of the nurse, the pt. said it doesn't matter I'm going to take my medication along with the others I all ready have and continued to walk away. Pt. has attempted to walk off with medication without taking in front of the nurse before at which point he is told to return and take the medication. Pt. will continuously tell the nurse how the medication we are giving him is not working for is diabetes. Pt. appears to be non compliant.*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Progress Notes**

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/21/2020 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Vitals: Blood Sugar | 1.00 misc | St. Tammany Facility: Diabetic 3 x Week BID | 12/28/2019 5:30:00 AM | 3/28/2020 5:29:00 AM |
| metformin 500 mg tablet | 1.00 tablet | St. Tammany Facility: BID AM & PM | 12/28/2019 7:00:00 AM | 6/25/2020 6:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-28-2019 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | Kathryn Moore |
| 12-28-2019 | Chronic | Endocrine | Other specified hypothyroidism | Kathryn Moore |
| 12-27-2019 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-27-2019 | Allergy Items | No Known Allergies | |

☑ ***Vital Signs Taken***

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-21-2020 04:10 PM CST | - | - | 18 | - | - | - | - | - | - | - | - |

**Notes / History:** ● ***Free Text*** ○ ***SOAPE***

*Added 01/21/2020 04:13 PM CST by JuWatts LPN*

*Mr. Klaibert is voicing a concern that he was on insulin prior to being transferred here and it kept his diabetic checks under control. His vitals do show a array of upper values that may need to be looked at. This progress note was written at the request or the patient.*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## Progress Notes

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 1/13/2020 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Vitals: Blood Sugar | 1.00 misc | St. Tammany Facility: Diabetic 3 x Week BID | 12/28/2019 5:30:00 AM | 3/28/2020 5:29:00 AM |
| metformin 500 mg tablet | 1.00 tablet | St. Tammany Facility: BID AM & PM | 12/28/2019 7:00:00 AM | 6/25/2020 6:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-28-2019 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | Kathryn Moore |
| 12-28-2019 | Chronic | Endocrine | Other specified hypothyroidism | Kathryn Moore |
| 12-27-2019 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-27-2019 | Allergy Items | No Known Allergies | |

☐ ***Vital Signs Taken***

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:** (•) ***Free Text*** ( ) ***SOAPE***

*Added 01/13/2020 09:51 PM CST by FEEberts LPN*

*During medication med pass, the nurse screamed last call 3 times. No one was walking or yelling they were coming to the door. Nurse closed the hatch and walked away. On the way out of the Big C building pt. was banging on the door in which he said he needed his medication. I explained to the pt. I no longer had the keys and therefore was not able to give him his medications. Nurse explained to the pt. that she had yelled for everyone to get their medications and yelled not once but 3 times loudly last call. Pt. was informed it was his responsibility to be at the door for all medications. It was explained that the nurse once she or he leaves that ends the med pass for that dorm. Pt. was irritate and yelled I will turn you in. Again the pt. was told it was his responsibility to make sure he was up there to get his medications each night.*

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

# Progress Notes

wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | [redacted] | 12/31/2019 |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| acetaminophen 325 mg tablet | 2.00 tablet | St. Tammany Facility: Detox TID | 12/27/2019 11:10:00 PM | 1/3/2020 11:09:00 PM |
| loperamide 2 mg tablet | 1.00 tablet | St. Tammany Facility: Detox TID | 12/27/2019 11:10:00 PM | 1/3/2020 11:09:00 PM |
| meclizine 25 mg tablet | 1.00 tablet | St. Tammany Facility: Detox TID | 12/27/2019 11:10:00 PM | 1/3/2020 11:09:00 PM |
| Vitals: Blood Sugar | 1.00 misc | St. Tammany Facility: Diabetic 3 x Week BID | 12/28/2019 5:30:00 AM | 3/28/2020 5:29:00 AM |
| metformin 500 mg tablet | 1.00 tablet | St. Tammany Facility: BID AM & PM | 12/28/2019 7:00:00 AM | 6/25/2020 6:59:00 AM |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 12-28-2019 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | Kathryn Moore |
| 12-28-2019 | Chronic | Endocrine | Other specified hypothyroidism | Kathryn Moore |
| 12-27-2019 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 12-27-2019 | Allergy Items | No Known Allergies | |

☐ ***Vital Signs Taken***

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:** ○ ***Free Text*** ○ ***SOAPE***

*Added 12/31/2019 04:50 PM CST by LDelaune LPN*

*1600 PT BP 77/42 MANUALLY. PULSE 94. PT WAS HYDRATED WITH 4 CUPS OF ELECTROLYTE REPLACEMENT FLUID. BEFORE PTS BP WAS TAKEN PT HAD JUST AWAKEN AND JUMPED UP OFF THE BENCH. WILL RECHECK IN ONE HOUR.*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## Identification of Special Needs

wellpath

| Patient Name | Patient Number | Booking Number | [redacted] | Date Of Service |
|---|---|---|---|---|
| KLABERT GUILLOT | 214543 | 234204 | | 12/27/2019 |

**Appliances**

☐ *** No Items Selected ***

Comments and Special Instructions

**Special Needs**

☑ *Special Need: Bottom Level / Bottom Bunk*

Comments and Special Instructions

*x 7 days*

**Restrictions due to physical limitations (i.e. restraints, etc.):**

Special Instructions

**Additional Precautions suggested** ☐ ***Mask*** ☐ ***Gown*** ☐ ***Goggles*** ☐ ***Gloves*** ☐ ***Other***

Other (explain):

*Medical suggests use of universal precautions with all offenders*

**ALERT:**

☐ *Offender identified has exhibited characteristics of being a potential target for victimization*

☐ *Offender identified has exhibited characteristics of predatory behavior*

**Reason for the above:**

***detox***

**If this condition is temporary** ☐ ***Review date*** ☐ ***Expiration date***

Review

Expiration

☐ ***Correctional Staff Notified***

SP102UN0000ACCEN071513

E-Signed by Kathryn Moore, RN on 12/27/2019 08:54 PM CST

**St. Tammany Parish, LA** **January 2020** **Treatment Administration Record**

| Patient Name | Inmate Number | Booking Number | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| **KLABERT GUILLOT** | 214543 | 234204 | 12/27/2019 15:44 | [redacted] | M |

| | |
|---|---|
| Allergies | No Known Allergies, |
| Problems | |

**Treatment Orders**

| Order No | Order Status | Submit Date | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| 316954 | Submitted | 12/27/2019 20:52 | 12/27/2019 23:10 | 01/01/2020 23:09 | Samuel Gore |

Cows Assessment: Detox TID for 5 days

| Per Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SMT 10:03 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | SMT 16:15 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Notes**

| Order No | Initials | Note Category | Note Date | Order Item | Status | Note |
|---|---|---|---|---|---|---|

**Initials Legend**

| Initials | Name |
|---|---|
| SMT | Sharonda Taylor |

**St. Tammany Parish, LA** **December 2019** **Treatment Administration Record**

| Patient Name | Inmate Number | Booking Number | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| **KLABERT GUILLOT** | 214543 | 234204 | 12/27/2019 15:44 | [redacted] | M |

| | |
|---|---|
| Allergies | No Known Allergies. |
| Problems | |

**Treatment Orders**

| Order No | Order Status | Submit Date | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| 316953 | Completed | 12/27/2019 20:52 | 12/27/2019 20:52 | 12/27/2019 20:52 | Samuel Gore |

Cows Assessment: Now

| Per Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | *KM 20:52 | | | | |

| Order No | Order Status | Submit Date | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| 316954 | Submitted | 12/27/2019 20:52 | 12/27/2019 23:10 | 01/01/2020 23:09 | Samuel Gore |

Cows Assessment: Detox TID for 5 days

| Per Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | SMT 08:49 | SMT 09:52 | *NH 09:04 | LND 08:23 |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | SMT 14:58 | SMT 16:33 | LLR 14:53 | LND 15:11 |
| 3 | CLT 22:51 | | | | | | | | | | | | | | | | | | | | | | | | | | *CLT 22:47 | CLT 22:54 | CLT 23:43 | *HB 23:34 | |

**Notes**

| Order No | Initials | Note Category | Note Date | Order Item | Status | Note |
|---|---|---|---|---|---|---|
| 316954 | CLT | General | 12/27/2019 22:47 | Cows Assessment | Refused | Refused |
| 316954 | NH | Administration | 12/30/2019 09:04 | Cows Assessment | Refused | Refused |
| 316954 | HB | Administration | 12/30/2019 23:34 | Cows Assessment | Refused | Refused |

**St. Tammany Parish, LA** **December 2019** **Treatment Administration Record**

| Patient Name | Inmate Number | Booking Number | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| **KLABERT GUILLOT** | 214543 | 234204 | 12/27/2019 15:44 | [redacted] | M |

**Initials Legend**

| **Initials** | **Name** |
|---|---|
| KM | Kathryn Moore |
| SMT | Sharonda Taylor |
| NH | Nikole Holliday |
| LND | Lindsey Delaune |
| LLR | Lakendra Rogers |
| CLT | Christopher Todd |
| HB | Hollie Bono |