| Agency ORI # LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>PHOTO | |
|---|---|---|
| Phone 9858982320 | | Juvenile ☐ |

## PHOTO



## PERSON

| Classification | Sub-Type | Juvenile | Name (First Middle Last +Family) | Social Security Number |
|---|---|---|---|---|
| Prisoner | | NO | TERRY MATTHEW HALL | [redacted] |

| Maiden Name | Nickname / Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | UNITED STATES | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | | | ( 0) |

| Occupation | Employer / School | Address | City | State | Zip |
|---|---|---|---|---|---|
| | | | | | - |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| - | | 0 | | 409348HD0 |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| Black | None | [redacted] | 29 | Single | 5'7" | 170 | Brown | Black | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice |
|---|---|---|---|---|---|
| Male | Average | Medium | Beard | Good | Soft/polite |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers | Hair Style |
|---|---|---|
| | | Crew |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

Entered Search Criteria:

From Prisoner ID: 174647 To Prisoner ID: 174647
Level 1: ANY Level 2: ANY Level 3: ANY Level 4: ANY
Level 5: ANY Level 6: ANY Level 7: ANY
From Date: 10/18/19 To Date: 11/01/19
Min. Sentence Length: ANY

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 174647 | HALL, TERRY MATTHEW. | 10/18/19 | NO | 10/18/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |

**Total Items Matching Search Criteria: 1**

| | | |
|---|---|---|
| Agency ORI # LA05200T1<br>Phone 9858982320 | **ST TAMMANY PARISH SHERIFF'S OFFICE**<br>**1200 CHAMPAGNE ST , COVINGTON,LA,70433**<br>**INITIAL BOOKING RECEIPT** | INMATE NUMBER 174647<br>Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232685 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3894 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 10/18/2019 | 21:25 | | PROBATIO | | 10/18/2019 | 21:25 |

## INMATE

| Name (First Middle Last +Family) | Maiden Name | Social Security Number | Juvenile |
|---|---|---|---|
| TERRY MATTHEW HALL | | [redacted] | NO |

| Classification Score | Billing Code | Division | Place of Birth | Residence Phone |
|---|---|---|---|---|
| 30/157 | Parish Prisoner | | NEW ORLEANS | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | | | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| BELLMAN | | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | State ID# |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| Black | None | [redacted] | 29 | Single | 5'7" | 170 | Brown | Black | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Dark | Medium | Beard | Good | Soft/pol | Crew |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | PROBATION VIOLATION | COMMITTED | 1 | 14:0899 |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 10/18/2019 | PROBATION VIOLATION 15 day Sanc Rel on 11/1/19 | 14:0899 | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | NO BOND | 0.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,
this 19th day of October, 2019.

Need NCIC

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)

| ID Number | Unit | Date |
|---|---|---|
| 3894 | | 10/19/2019 |

| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING RECEIPT** | INMATE NUMBER 174647<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232685 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3894 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 10/18/2019 | 21:25 | | PROBATIO | | 10/18/2019 | 21:25 |

## INMATE

| Name (First Middle Last +Family) | Maiden Name | Social Security Number | Juvenile |
|---|---|---|---|
| TERRY MATTHEW HALL | | [redacted] | NO |

| Classification Score | Billing Code | Division | Place of Birth | Residence Phone |
|---|---|---|---|---|
| 30/157 | Parish Prisoner | | NEW ORLEANS | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | | | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| BELLMAN | | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | State ID# |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| Black | None | [redacted] | 29 | Single | 5'7" | 170 | Brown | Black | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Dark | Medium | Beard | Good | Soft/pol | Crew |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | PROBATION VIOLATION | COMMITTED | 1 | 14:0899 |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 10/18/2019 | PROBATION VIOLATION 15day Sanc Rel 11/1/19 | 14:0899 | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | NO BOND | 0.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 19th day of October, 2019.

[signature]

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

[signature] Cpl Flemings

OFFICER'S SIGNATURE OFFICER'S PRINTED NAME (L,F)

| ID Number | Unit | Date |
|---|---|---|
| 3894 | | 10/19/2019 |

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE | INMATE NUMBER 174647 |
|---|---|---|
| TERRY MATTHEW HALL | 1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|---|
| LA05200T1 | | 232685 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 3894 | |
| **Arrested Date** | **Arrested Time** | **Arrested By ID** | **Arrested By Agency / Other** | **Inmate Phone Number** | **Booked Date** | **Booked Time** |
| 10/18/2019 | 21:25 | | PROBATIO | 0 | 10/18/2019 | 21:25 |

1. Are you able to obtain classification information?

Yes/No Answer: YES Text Answer:
Notes: Score 0

2. Present Charge

Yes/No Answer: YES Text Answer: Unkown at this time
Notes: Score 30

3. Prior criminal record

Yes/No Answer: YES Text Answer: Unknown at this time
Notes: Score 30

4. Pending court action

Yes/No Answer: YES Text Answer: Unknown at this time
Notes: Score 30

5. Flight risk

Yes/No Answer: YES Text Answer: Unknown at this time
Notes: Score 30

6. Age (based on Rand Study)

Yes/No Answer: YES Text Answer: 28+
Notes: Score 0

7. Residence

Yes/No Answer: YES Text Answer: Residence in Louisiana (3yrs or more)
Notes: Score 0

8. Family ties

Yes/No Answer: YES Text Answer: lives alone
Notes: Score 2

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433 | INMATE NUMBER 174647 |
|---|---|---|
| TERRY MATTHEW HALL | **INITIAL BOOKING CLASSIFICATION** | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232685 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3894 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 10/18/2019 | 21:25 | | PROBATIO | 0 | 10/18/2019 | 21:25 |

9. Education

Yes/No Answer: YES — Text Answer: High School graduate or GED
Notes: — Score 0

10. Employment

Yes/No Answer: YES — Text Answer: Unknown at this time
Notes: — Score 30

11. Drug dependency

Yes/No Answer: YES — Text Answer: Unknown at this time
Notes: — Score 5

12. Escape Risk

Yes/No Answer: YES — Text Answer: No Escapes or attempted escapes
Notes: — Score 0

13. Any dependancy

Yes/No Answer: YES — Text Answer: No dependancy problems
Notes: — Score 0

14. Special job Skills

Yes/No Answer: NO — Text Answer:
Notes: — Score 0

15. Any enemies in our jail

Yes/No Answer: NO — Text Answer:
Notes: — Score 0

16. Who should we notify in case of emergency (next of Kin)

Yes/No Answer: YES — Text Answer: LISA HAROLD 504 2599726
Notes: — Score 0

| Name<br>TERRY MATTHEW HALL | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | | ST TAMMANY PARISH SHERIFF'S OFFICE | |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| | | | | 0 | | |

17. Are you a Veteran?

Yes/No Answer: Text Answer:

Notes: Score

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER |
|---|---|---|
| TERRY MATTHEW HALL | | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | | ST TAMMANY PARISH SHERIFF'S OFFICE | |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| | | | | 0 | | |

**Conditions/Comments:**

| | | | |
|---|---|---|---|
| **Proxy Score** | 30 | **R/A Score** | 157 |
| **S/A** | | | |
| **M/H** | | | |

**Total Score: 30/157**

**ADMINISTRATIVE**

Sworn to and subscribed before me, this 19th day of October, 2019.

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

Cpl Flemings
OFFICER'S PRINTED NAME (L,F)

ID Number Unit Date 10/19/19

| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING MEDICAL** | INMATE NUMBER 174647<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232685 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3894 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 10/18/2019 | 21:25 | | PROBATIO | | 10/18/2019 | 21:25 |

1. ARE YOU ABLE TO OBTAIN MEDICAL INFORMATION?
   Yes/No Answer: YES Text Answer:
   Notes:

2. HAVE YOU BEEN IN A MOTOR VEHICLE ACCIDENT IN THE LAST 24 HOURS
   Yes/No Answer: NO Text Answer:
   Notes:

3. HAVE YOU THOUGHT ABOUT HURTING OR KILLING YOURSELF OR ANYONE ELSE
   Yes/No Answer: NO Text Answer:
   Notes:

4. ANY ILLNESS OR INJURY
   Yes/No Answer: NO Text Answer:
   Notes:

5. ARE YOU CURRRENTLY TAKING MEDICATION
   Yes/No Answer: NO Text Answer:
   Notes:

6. ARE YOU PREGNANT OR THINK YOU MAY BE
   Yes/No Answer: NO Text Answer:
   Notes:

**DISCLAIMER**

I, the undersigned, an inmate in this jail facility hereby authorize the responsible corrections Physician or Designee to administer medical examination or treatment while I am incarcerated in this facility as deemed necessary.

I hereby certify that I have read and/or fully undestand the above authorization for medical examination and/or treatment. I further certify that I have had the procedure explained to me and undestand the procedure for obtaining medical treatment while I am incarcerated.

**ADMINISTRATIVE**

Sworn to and subscribed before me, this 19th day of October, 2019.

[signature]

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

Cpl Fleming [signature]

OFFICER'S SIGNATURE

ID Number 3894 Unit

Cpl Flemings

OFFICER'S PRINTED NAME (L,F)

Date 10/19/2019

1

# ST. TAMMANY PARISH JAIL
# INCOMING PROPERTY REPORT

Date: 10/18/19 Time: 19:07 Property Bag #: 544

INMATE

LAST NAME: Hall FIRST NAME: Terry MI: ___

SEARCHED BY: DEPUTY: DFC [signature] RADIO#: 4514

## PERSONAL PROPERTY

WALLET/PURSE Black wallet

CONTENTS ___

PHONE/KEYS White Phone

WATCH/JEWELRY Black watch

DRIVER'S LICENSE/ID ___ OTHER PROPERTY Red Slides

DESCRIBE INMATES CLOTHING AND SHOES: ___

I, CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

PRISONER'S SIGNATURE [signature]

## RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

SIGNED [signature] DATED ___

PROPERTY RELEASED BY: DEPUTY ___

** Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.
** Max liability of property is $50.00.

No. 192051

1

# ST. TAMMANY PARISH JAIL
## INCOMING PROPERTY REPORT

Date: 01/18/19 Time: 19:07 Property Bag #: 544

INMATE

LAST NAME: Hall FIRST NAME: Terry MI:

SEARCHED BY: DEPUTY: Dec [illegible] RADIO#: 6514

## PERSONAL PROPERTY

WALLET/PURSE Black wallet

CONTENTS

PHONE/KEYS White Phone

WATCH/JEWELRY Black watch

DRIVER'S LICENSE/ID OTHER PROPERTY Red Slides

DESCRIBE INMATES CLOTHING AND SHOES:

I, CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

PRISONER'S SIGNATURE

## RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

SIGNED X [signature] Hall DATED 11/1/19

PROPERTY RELEASED BY: DEPUTY [signature]

** Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.
** Max liability of property is $50.00.

No. 19205

First Name: Terry Middle Name: ____ Last Name: Hall

Race: B Social Security #: [redacted] Age: 29 Date of Birth: [redacted]

Phone Number : Home: ____ Cell: [redacted]

Home Address: [redacted]

City: [redacted] State: [redacted] Zip: 70122

Mailing Address (if different than Home) ____

Where were you born? City: N.O. State: La

Job / Trade / Skill: ____

Employer Name & Address: ____

How long have you been at your job?: ____

Highest Grade of School Completed? : 12

Driver's License # & State : ____

Marital Status: Married / Single / Divorced / Separated / Widowed

Number of Children: Ø Religion: Catholic

Shoe Size: 9 Height: 5'7 Weight: 180 Hair Color: Black Eye Color: Brown

Build (Circle One): Small / Medium / Stocky / Thin / Large / Obese / Slender

Hair Style (Circle One): Bald / Crew / Afro / Straight / Wavy / Curly / Braided

Hair Length (Circle One): Bald / Short / Medium / Long

Facial Hair: None / Beard / Goatee / Mustache / Fu Manchu / Sideburns / Unshaven

Teeth: Bad / Braces / False or Dentures / Gold / Good / Missing / Protruding / Rotten

Are you left or right handed?: Right

Gang Affiliations: No If yes, which one: ____

Do you wear glasses or contacts?: Yes

Tattoos / Scars (Include where and a description tattoo is): ____



Updated 12/30/2017

Have you been in a car accident in the past 24 hours? No

Thoughts of killing anyone or yourself ? No

Any serious injuries or illnesses? No

Are you currently taking medication? No

Are you pregnant? (females only) N/A

Any pending court action? : No

If yes (Circle One): Felony / Misdemeanor / Probation /Parole/ Traffic

If yes to probation/parole is it: (Circle One) Misdemeanor/Felony? Who is your probation/parole officer?

Who do you live with?: (Circle One): Self / Spouse / Victim / Parents / Other

Any current drug or alcohol dependency problems? (Circle One):

No Problems / Current Dependency Problem / Occasional Abuser / Prior Problems

Any enemies in jail? (List names):

Are You a Veteran? No If yes, which branch?

Emergency Contact Information:

Name: [redacted] Phone #: [redacted]

Relation: Mother

FOR DEPUTY'S USE ONLY BELOW THIS LINE

Interviewed by: DFC [signature]

PREA filied out properly by: DFC [signature]

I Identifying Data: Inmate Name ______ Doc Number ______

Reason for screening: __X__ New Admission ______ Regular Review ______ Special Referral

II Possible Victim Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | Former victim of prison rape or sexual assault, past ten years | NO | |
| 2. | Youthful Age (Under 25) | NO | |
| 3. | Elder (65 or older) | NO | |
| 4. | Small physical stature (5'6" or less and/or less than 140 lbs.) | NO | |
| 5. | Developmental disability/mental health LOC 1, 1A, 2, 2A | NO | |
| 6. | First incarceration less than 30 days (juvenile, parish, state, fed) | NO | |
| 7. | Homosexual/bi-sexual overly effeminate Overly Masculine (Females Only) | NO | |
| 8. | History of any sexual abuse-past ten years | NO | |
| 9. | History of correctional facility consensual sex-past 10 years | NO | |
| 10. | Protective Custody-past five years (adult/juvenile) | NO | |

Victim Designation Process
If "Yes" to item 1 enter "Known Victim" code
IF "Yes" to two or more items other than item 1, enter offender as "Potential Victim"
Otherwise designate offender as "Non-Victim"

Scored Designation ______ Known Victim ______ Potential Victim __X__ Non-Victim
Victim Over-Ride:

______ No ______ Yes (Cannot over-ride a known victim, ONLY a Potential Victim and Non-Victim)

If "Yes" indicate change ______ "Potential Victim" to Non-Victim" ______ "Non-Victim" to Potential Victim"

Basis (Why Changed) ______

III Possible Predatory Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | History of institutional predatory sexual behavior-past 5 years | NO | |
| 2. | Current or Prior Conviction for rape. Child abuse or neglect past ten years. | NO | |
| 3. | Sexual abuse or sexual assault toward others or domestic Violence-past ten years (Please circle behavior noted) | no | |
| 4. | Current gang affiliation | NO | |
| 5. | Strong-arming/assaults in prison –past ten years | NO | |
| 6. | Consensual sex in Correctional facility- past ten years | NO | |
| 7. | In-prison Sexual taunting toward staff or offenders | NO | |

Predator Designation Process
If "Yes" to item 1 enter "Known Predator" code
IF "Yes" to two or more items other than item 1, enter offender as "Potential Predator"
Scored Designation ______ Known Predator ______ Potential Predator __X__ Non- Predator
Predator Over-Ride:
______ No ______ Yes (Cannot over-ride a known Predator, ONLY a Potential Predator and Non- Predator)

If "Yes" indicate change ______ "Potential Predator" to "Non- Predator" ______ "Non- Predator" to "Potential Predator"

Basis (Why Changed) ______

Completed by: [signature] Facility: STPSO Date Completed: 10-18-19

# OFFENDER ORIENTATION

**PRISON RAPE ELIMINATION ACT-P.R.E.A.-** At St. Tammany Parish Jail the guidelines concerning P.R.E.A. are made aware to you during Intake/Orientation.

**PREVENTION-** Do not engage in activities that could lead to sexual assault, sexual misconduct or sexual coercion.

**PREVENTION-** Again protect yourself by not engaging in any activities that could lead to sexual assault, sexual misconduct, or sexual coercion. Do not horse play: maintain a code of standards at all times.

**REPORTING SEXUAL ASSAULT, SEXUAL MISCONDUCT AND SEXUAL COERCION-** If sexually assaulted or any type of misconduct occurs or someone is trying to coerce you sexually you should report this to security as soon as possible.

**PROTECTION FROM RETALIATION-** St. Tammany Parish Jail will respond appropriately to prevent retaliation for reporting sexual assault, sexual misconduct, or sexual coercion.

**TREATMENT AND COUNSELING-** If sexually assaulted, we will take proper steps in regards to treatment and/or counseling. Appropriate measures including but not limited to, transfer to another facility and/or the Department of Corrections if deemed necessary.

**S.T.P.S.O. ZERO TOLERANCE FOR SEXUAL ASSAULT, SEXUAL MISCONDUCT AND SEXUAL COERCION-** Investigation involving any type of sexual assault, sexual misconduct, or sexual coercion will be thorough with appropriate action taken.

As an inmate offender housed at the St. Tammany Parish Jail, I have been read and am fully aware of the guidelines concerning Prison Rape Elimination Act – P.R.E.A.

OFFENDER

OFFICER

520021904290.nist

1.01:1691.02:03001.03:112001.04:SRE1.05:201910191.06:41.07:LALSP98001.08:WVIAFISOZ1.
09:E20192920000000183741.10:520021904290X0314294721.11:19.691.12:19.692.001:176732.0
02:002.006:LADPS AFIS
ADMINISTRATOR2.009:5200219042902.014:409348HD02.015:0026744222.018:HALL,TERRY
M2.041:5708 WILDAIR DRIVE, NEW ORLEANS, LA, 701222.059:I2.075:UNITED STATES

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

LA0520000 NCN E20192920000000018374
TCN 520021904290X031429472

THE ENCLOSED RECORD, DATED 2019/10/19, WITH THE FBI UCN 409348HD0 AND NGI CONTROL NUMBER (NCN) E20192920000000018374 IS BEING PROVIDED AS THE RESULT OF CRIMINAL RETAIN IDENT TEN-PRINT SUBMISSION.
THE TENPRINT BIOGRAPHICS AS SUBMITTED IN THE ORIGINAL TRANSACTION ARE:
NAME: HALL,TERRY DOB [redacted]

A CRIMINAL HISTORY REQUEST NOTIFICATION(S) WAS SENT BY THE FBI TO THE FOLLOWING ORGANIZATIONS, EXCEPT FOR THOSE INDICATING THAT THE REFERENCED SUBJECT IS DECEASED.

LOUISIANA - STATE ID/LA2674422
FBI - FBI/409348HD0

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) AND/OR III PARTICIPANT STATE(S) REGULATED DATA, THE RESPONSE MAY NOT BE COMPLETE. HOWEVER THE FBI MAINTAINED DATA FROM THE NON-RESPONDING III PARTICIPANT STATE(S) IS INCLUDED IN THE RESPONSE.

LA0520000
SAINT TAMMANY PARISH
SHERIFF'S OFFICE
701 N COLUMBIA ST
PO BOX 1120
COVINGTON,LA 70434-1120

520021904290.nist

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

LA0520000 NCN E20192920000000018374

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

| NAME | FBI UCN | DATE REQUESTED |
|---|---|---|
| HALL,TERRY M | 409348HD0 | 2019/10/19 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | B | [redacted] | 507 | 150 | BRO | BLK |

BIRTH PLACE
LOUISIANA

| PATTERN CLASS | CITIZENSHIP |
|---|---|
| LS LS LS LS | UNITED STATES |

RECORD UPDATED 2019/10/19

ALL ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

********************** CRIMINAL HISTORY RECORD ***********************

Data As Of 2019-10-19

520021904290.nist

Triple I Status LA Only

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

Subject Name(s) TERRY M HALL JR
State Id Number 0002674422 ()
Date of Birth [redacted]
Sex Male
Race Black

Purpose Code C
Attention E2019292000000018374;T

The information in this rap sheet is subject to the following caveats:

REQUESTED BY: E2019292000000018374;T S T A T E O F L O U I S I A N A *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY* (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID) INVESTIGATIVE REPORT CONFIDENTIAL RECORDS THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.(LA)

*************************** IDENTIFICATION ***************************

Subject Name(s)

HALL, TERRY M JR
HALL, TERRY M JR (AKA)
HALL, TERRY (AKA)
HALL, TERRY M (AKA)

Subject Description

| | |
|---|---|
| FBI Number<br>409348HD0 | State Id Number<br>0002674422 |
| Social Security Number<br>[redacted] | Driver's License Number<br>[redacted] (LA) |
| Sex<br>Male | Race<br>Black |
| Height<br>5'07" | Weight<br>150 |
| Hair Color<br>Black | Eye Color<br>Brown |

Place of Birth
LA

DNA Data
DNA Information Available Unknown LALSP3200
(No DNA Detail Transmitted
Comment:DNA Retrieved Type: Y)

************************** CRIMINAL HISTORY **************************

```
=============================== Cycle 001 ==============================
Tracking Number          8a82805333056b7601330870d17c0afa

------------------------------------------------------------------------
Corrections              (Cycle 001)
Corrections Agency       LA0520000 ST TAMMANY, LA SO
Subject's Name           TERRY M HALL JR
     Correction Action   true
=============================== Cycle 002 ==============================
Tracking Number          360031002426
Earliest Event Date      2010-03-26
------------------------------------------------------------------------
Arrest Date              2010-03-26
Arrest Case Number       02243696
Arresting Agency         LA0360000 ORLEANS, LA CRIMINAL SO
Subject's Name           TERRY M HALL JR
Charge                   1
        Charge Literal   STOP SIGNS AND YIELD SIGNS
               Statute   STOP SIGNS AND YIELD SIGNS (32:123 LA)
                Counts   1
              Severity   Unknown
Charging Agency          LA0360000 ORLEANS, LA CRIMINAL SO
Charge                   2
        Charge Literal   OBEDIENCE TO POLICE OFFICERS, WEIGHTS AND
                         STANDARDS POLICE
               Statute   OBEDIENCE TO POLICE OFFICERS, WEIGHTS AND
                         STANDARDS POLICE (32:56 LA)
                Counts   1
              Severity   Unknown
Charging Agency          LA0360000 ORLEANS, LA CRIMINAL SO
Charge                   3
        Charge Literal   NO SEAT BELT
               Statute   SAFETY BELT USE;  TAGS INDICATING EXEMPTION
                         (32:295.1 LA)
                Counts   1
              Severity   Unknown
Charging Agency          LA0360000 ORLEANS, LA CRIMINAL SO
Charge                   4
        Charge Literal   RECKLESS OPERATION OF A VEHICLE
               Statute   RECKLESS OPERATION OF A VEHICLE (14:99 (MISD)
                         LA)
                Counts   1
              Severity   Unknown
Charging Agency          LA0360000 ORLEANS, LA CRIMINAL SO
Charge                   5
        Charge Literal   MANUF./DISTRIBUTION/POSSESS. OF A SCH. I;
                         POSSESS. MARIJUANA
               Statute   MANUF./DISTRIBUTION/POSSESS. OF A SCH. I;
                         POSSESS. MARIJUANA (40:966 (MISD) LA)
                Counts   1
              Severity   Unknown
Charging Agency          LA0360000 ORLEANS, LA CRIMINAL SO

------------------------------------------------------------------------
Booking Case Number      360031002426
============================== Cycle 003 ===============================
Tracking Number          360031406765
Earliest Event Date      2014-08-27
------------------------------------------------------------------------
Arrest Date              2014-08-27
Arrest Case Number       02396820
Arresting Agency         LA0360000 ORLEANS, LA CRIMINAL SO
```

```
Subject's Name          TERRY M HALL JR
Charge                  1
        Charge Literal  MANUF./DISTRIBUTION/POSSESS. OF A SCH. 1;
                        POSSESS. MARIJUANA
               Statute  MANUF./DISTRIBUTION/POSSESS. OF A SCH. 1;
                        POSSESS. MARIJUANA (40:966 (FELONY) LA)
                Counts  01
              Severity  Unknown
Charging Agency         LA0360000 ORLEANS, LA CRIMINAL SO
Charge                  2
        Charge Literal  UNLAWFUL PRODUCTION, MANUFACTURING,
                        DISTRIBUTION OR POSSESSION OF PROHIBITED PLANT
                        PRODUCTS
               Statute  UNLAWFUL PRODUCTION, MANUFACTURING,
                        DISTRIBUTION OR POSSESSION OF PROHIBITED PLANT
                        PRODUCTS (40:989.2(A) LA)
                Counts  01
              Severity  Unknown
Charging Agency         LA0360000 ORLEANS, LA CRIMINAL SO
Charge                  3
        Charge Literal  PROHIBITED ACTS/ DRUG PARAPHERNALIA
               Statute  PROHIBITED ACTS/ DRUG PARAPHERNALIA (40:1023
                        FIRST(MISD) LA)
                Counts  01
              Severity  Unknown
Charging Agency         LA0360000 ORLEANS, LA CRIMINAL SO
Charge                  4
        Charge Literal  ILLEGAL CARRYING OF WEAPON PEN:USE WEAP/VIOLENT
                        CRIME OR CDS
               Statute  ILLEGAL CARRYING OF WEAPON PEN:USE WEAP/VIOLENT
                        CRIME OR CDS (14:95E LA)
                Counts  01
              Severity  Unknown
Charging Agency         LA0360000 ORLEANS, LA CRIMINAL SO
Charge                  5
        Charge Literal  RS 14 000  WARRANT
               Statute  WARRANT/BENCH WARRANT (CCRP ART 202 LA)
                Counts  01
              Severity  Unknown
Charging Agency         LA0360000 ORLEANS, LA CRIMINAL SO

------------------------------------------------------------------------
Booking Case Number     360031406765
------------------------------------------------------------------------
Court Disposition       (Cycle 003)
Court Case Number       0522594
Final Disposition Date  2015-03-31
Court Agency             ORLEANS, LA CRIMINAL DISTRICT COURT
Subject's Name          TERRY M HALL JR
Charge                  1
        Charge Literal  PWIT MARIJUANA
              Severity  Unknown
           Disposition  GUILTY( 2015-03-31; )
Charge                  2
        Charge Literal  ILLEGAL CARRYING OF A WEAPON
              Severity  Unknown
           Disposition  GUILTY( 2015-03-31; )
Charge                  3
        Charge Literal  POSS OF DRUG PARAPHERNALIA
              Severity  Unknown
           Disposition  GUILTY( 2015-03-31; )
Charge                  4
        Charge Literal  ILLEGAL CARRYING WEAPON WITH CDS
```

```
          Severity  Unknown
       Disposition  GUILTY
------------------------------------------------------------------------
Court Disposition        (Cycle 003)
Court Case Number        555789-6
Final Disposition Date   2015-10-22
Court Agency             LA052045J 22ND JUDICIAL DISTRICT COURT-ST
                         TAMMANY
Subject's Name           TERRY M HALL JR
Charge                   1
        Charge Literal   POSS W/I DIST MARIJUANA
             Statute     PRODUCE,MANUF.,DISTRIBUTE,DISPENSE,POSSESS
                         SCH.I SUBSTANCE (40:966A(1) LA)
            Severity     Unknown
         Disposition     GUILTY
Charge                   2
        Charge Literal   AGG SECOND DEGREE BATTERY
             Statute     AGGRAVATED SECOND DEGREE BATTERY (14:34.7 LA)
            Severity     Unknown
         Disposition     GUILTY
------------------------------------------------------------------------
Sentencing               (Cycle 003)
Charge                   1
        Charge Literal   PWIT MARIJUANA
            Severity     Unknown
         Disposition     GUILTY( 2015-03-31; )
Fine Amount              1636

Charge                   2
        Charge Literal   ILLEGAL CARRYING OF A WEAPON
            Severity     Unknown
         Disposition     GUILTY( 2015-03-31; )
Fine Amount              1636

Charge                   3
        Charge Literal   POSS OF DRUG PARAPHERNALIA
            Severity     Unknown
         Disposition     GUILTY( 2015-03-31; )
Fine Amount              1636

Charge                   4
        Charge Literal   ILLEGAL CARRYING WEAPON WITH CDS
            Severity     Unknown
         Disposition     GUILTY

------------------------------------------------------------------------
Sentencing               (Cycle 003)
Charge                   1
        Charge Literal   POSS W/I DIST MARIJUANA
             Statute     PRODUCE,MANUF.,DISTRIBUTE,DISPENSE,POSSESS
                         SCH.I SUBSTANCE (40:966A(1) LA)
            Severity     Unknown
         Disposition     GUILTY
Fine Amount              1000

Charge                   2
        Charge Literal   AGG SECOND DEGREE BATTERY
             Statute     AGGRAVATED SECOND DEGREE BATTERY (14:34.7 LA)
            Severity     Unknown
         Disposition     GUILTY

=============================== Cycle 004 ==============================
Tracking Number          520021410425
```

```
Earliest Event Date      2014-09-05
-----------------------------------------------------------------------
Arrest Date              2014-09-05
Arrest Case Number       00188885
Arresting Agency         LA0520000 ST TAMMANY, LA SO
Subject's Name           TERRY HALL
Charge                   1
        Charge Literal    AGGRAVATED SECOND DEGREE BATTERY
               Statute   AGGRAVATED SECOND DEGREE BATTERY (14:34.7 LA)
              Severity   Unknown
Charging Agency          LA0520000 ST TAMMANY, LA SO
Charge                   2
        Charge Literal   IT IS UNLAWFUL TO KNOWINGLY / INTENTIONALLY
                         SCHEDULE I
               Statute   IT IS UNLAWFUL TO KNOWINGLY / INTENTIONALLY
                         SCHEDULE I (40:966A LA)
              Severity   Unknown
Charging Agency          LA0520000 ST TAMMANY, LA SO

-----------------------------------------------------------------------
Booking Case Number      520021410425
============================== Cycle 005 ==============================
Tracking Number          520021502696
Earliest Event Date      2015-07-27
-----------------------------------------------------------------------
Arrest Date              2015-07-27
Arrest Case Number       00196214
Arresting Agency         LA0520000 ST TAMMANY, LA SO
Subject's Name           TERRY M HALL
Charge                   1
        Charge Literal   ILLEGAL CARRYING OF WEAPON PEN:USE WEAP/VIOLENT
                         CRIME OR CDS
               Statute   ILLEGAL CARRYING OF WEAPON PEN:USE WEAP/VIOLENT
                         CRIME OR CDS (14:95E LA)
                Counts   01
              Severity   Unknown
Charging Agency          LA0520000 ST TAMMANY, LA SO

-----------------------------------------------------------------------
Booking Case Number      520021502696
============================== Cycle 006 ==============================
Tracking Number          8a8280535049b41e0150b5419edc67cd
Earliest Event Date
2015-10-29---------------------------------------------------------------------------------
Court Disposition        (Cycle 006)
Subject's Name           TERRY M HALL JR
Charge                   1
              Severity   Unknown
           Disposition   Unknown(STM#555789, POSS WIT SCH I, AGG SECOND
                         DEG BATT, SENT. 5 YEARS, SUSP. PROB 5 YEARS.
                         BEG 10/22/2015 END 10/22/2020)
Charging Agency          LA052015G LA-DOC P&amp;P COVINGTON, LA
-----------------------------------------------------------------------
Sentencing               (Cycle 006)
Charge                   1
              Severity   Unknown
           Disposition   Unknown(STM#555789, POSS WIT SCH I, AGG SECOND
                         DEG BATT, SENT. 5 YEARS, SUSP. PROB 5 YEARS.
                         BEG 10/22/2015 END 10/22/2020)

============================== Cycle 007 ==============================
Tracking Number          8a8280536ddb53d9016de31385581b97
Earliest Event Date
```

2019-10-18----------------------------------------------------------------------

Court Disposition (Cycle 007)
Subject's Name TERRY M HALL JR
Charge 1
Counts 1
Severity Unknown
Disposition Unknown(PROBATION VIOLATION)
Charging Agency LA052015G LA-DOC P&P COVINGTON, LA

----------------------------------------------------------------------

Sentencing (Cycle 007)
Charge 1
Counts 1
Severity Unknown
Disposition Unknown(PROBATION VIOLATION)

********************** NON CRIMINAL INFORMATION **********************

----------------------------------------------------------------------

Fingerprint Date 2012-10-18
Description LBOIB1246290
Fingerprint Reason SEC - LA STATE BOARD SECURITY EXAMINERS

************************* INDEX OF AGENCIES *************************

Agency ORLEANS, LA CRIMINAL SO; LA0360000;

----------------------------------------------------------------------

Agency ST TAMMANY, LA SO; LA0520000;

----------------------------------------------------------------------

Agency LA-DOC P&P COVINGTON, LA; LA052015G;

----------------------------------------------------------------------

Agency ORLEANS, LA CRIMINAL DISTRICT COURT; ;

----------------------------------------------------------------------

Agency 22ND JUDICIAL DISTRICT COURT-ST TAMMANY; LA052045J;

* * * END OF RECORD * *

*2.2031:112.2035:403221576142.2061:4029275766334029275766649L402927576659F402927576669R402927576671

Reference: Unknown
Msg ID :
Msg Key : C5
Date/Time: 20191019063630
Ent Agy :
Requester:
User :
ORI :
Source : LEMS
Control :
Summary : CCHC Response

TXT: MSG 2F13012634 SOCOVI29 02F35D CCHC C0F949 20191019 06:36:30
LA0521329.
CTL/
ATN/

C5.LA0521329..2F13012634.. 10/19/2019 06:36:46
REQUESTED BY: RHONDA BURKHEAD

S T A T E O F L O U I S I A N A
*FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
(FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

INVESTIGATIVE REPORT CONFIDENTIAL RECORDS

CRIMINAL RECORD OF: HALL, TERRY M JR FBI: 409348HD0
STATE ID: 0002674422 BIRTH DATE: [redacted] PLACE: LA DOC:
RACE: B HEIGHT: 5' 7" HAIR: BLK DNA ON
FILE:YES
SEX: M WEIGHT: 150 EYES: BRO
SSN: [redacted] OLS/OLN: LA 9540649 III: SSO
STATUS: PROB, SEC

*********
* FELON *
*********

A L I A S E S

| ALIASES | SSN | OLS/OLN | ID THEFT |
|---|---|---|---|
| HALL, TERRY M JR | [redacted] | LA9540649 | NO |
| HALL, TERRY | | LA | NO |
| HALL, TERRY | | LA | NO |
| HALL, TERRY M | | LA | NO |
| HALL, TERRY M JR | | LA | NO |

S U M M A R Y

| DATE | AGENCY | TEXT |
|---|---|---|
| 03/26/2010 | ORLEANS, LA CRIMINAL SO | ARRESTED, ATN: 360031002426 |
| 10/18/2012 | LA ST BD PRIVATE SECURITY EXAM | APPLICATION, AFIS-ATN: LBOIB1246290 |
| 08/27/2014 | ORLEANS, LA CRIMINAL SO | ARRESTED, ATN: 360031406765 |
| 09/05/2014 | ST TAMMANY, LA SO | ARRESTED, ATN: 520021410425 |
| 07/27/2015 | ST TAMMANY, LA SO | ARRESTED, ATN: 520021502696 |
| 10/29/2015 | LA-DOC P&P COVINGTON, LA | PROB-F, STM#555789, POSS WIT SCH I, AGG SECOND |
| 10/18/2019 | LA-DOC P&P COVINGTON, LA | PROB-F, PROBATION VIOLATION, ATN: 520021904290 |

A P P L I C A N T
DATE: 10/18/2012 LID: 01246290
AGENCY: LA ST BD PRIVATE SECURITY EXAM AFIS ATN:
LBOIB1246290
NAME: HALL, TERRY M JR APTN:
DESCRIPTION: LOUISIANA SECURITY BOARD

ARREST DATE: 03/26/2010 LID: 02243696
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000) AFIS ATN:
360031002426
NAME: HALL, TERRY M JR

CHARGE 1 COUNTS 1
R.S. 32:123 STOP SIGNS AND YIELD SIGNS
CHARGE 2 COUNTS 1
R.S. 32:56 OBEDIENCE TO POLICE OFFICERS, WEIGHTS AND STANDARDS POLICE
CHARGE 3 COUNTS 1
R.S. 32:295.1 NO SEAT BELT
CHARGE 4 COUNTS 1
R.S. 14:99(MISD) RECKLESS OPERATION OF A VEHICLE
CHARGE 5 COUNTS 1

```
    R.S. 40:966(MISD) MANUF./DISTRIBUTION/POSSESS. OF A SCH. I; POSSESS.
       MARIJUANA

---------------------------------------------------------------------------------
ARREST DATE: 08/27/2014                                     LID: 02396820
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)                 AFIS ATN:
360031406765
   NAME: HALL, TERRY M JR

CHARGE 1                                                    COUNTS 01
   R.S. 40:966(FELONY) MANUF./DISTRIBUTION/POSSESS. OF A SCH. 1; POSSESS.
      MARIJUANA
CHARGE 2                                                    COUNTS 01
   R.S. 40:989.2(A) UNLAWFUL PRODUCTION, MANUFACTURING, DISTRIBUTION OR
      POSSESSION OF PROHIBITED PLANT PRODUCTS
CHARGE 3                                                    COUNTS 01
   R.S. 40:1023FIRST(MISD) PROHIBITED ACTS/ DRUG PARAPHERNALIA
   CASE: R.S. 40:1023 POSS OF DRUG PARAPHERNALIA
   DISPOSITION: 04/06/2015 CMIS 03/31/2015 ORLEANS, LA CRIMINAL DISTRICT COURT
      DOCKET 0522594 GUILTY 40:1023 POSS OF DRUG PARAPHERNALIA DATE SENTENCED
      03/31/2015 ORLEANS, LA CRIMINAL SO 6M FINE: $1636 SUSP SENTENCE 6M UNSUP
      PROBATION 6M CREDIT FOR TIME SERVED CONCURRENT
CHARGE 4                                                    COUNTS 01
   R.S. 14:95E ILLEGAL CARRYING OF WEAPON PEN:USE WEAP/VIOLENT CRIME OR CDS
CHARGE 5                                                    COUNTS 01
   CCRP 202 RS 14 000  WARRANT

   CASE: R.S. 40:966A((1)) POSS W/I DIST MARIJUANA
   DISPOSITION: 10/29/2015 CMIS 10/09/2015 22ND JUDICIAL DISTRICT COURT-ST
      TAMMANY DOCKET 555789-6 GUILTY 40:966A((1)) POSS W/I DIST MARIJUANA DATE
      SENTENCED 10/22/2015 LA-DOC P&P EAST BATON ROUGE, LA 10Y FINE: $1000 SUSP
      SENTENCE 10Y SUPERVISED PROBATION 5Y CONSECUTIVE
   CASE: R.S. 40:966(A)(2) C21D PWIT MARIJUANA
   DISPOSITION: 03/31/2015 CMIS 03/31/2015 ORLEANS, LA CRIMINAL DISTRICT COURT
      DOCKET 0522594 GUILTY 40:966(A)(2) C21D PWIT MARIJUANA DATE SENTENCED
      03/31/2015 ORLEANS, LA CRIMINAL SO 6M FINE: $1636 SUSP SENTENCE 6M UNSUP
      PROBATION 6M CREDIT FOR TIME SERVED CONCURRENT
   CASE: R.S. 14:34.7 AGG SECOND DEGREE BATTERY
   DISPOSITION: 10/29/2015 CMIS 10/09/2015 22ND JUDICIAL DISTRICT COURT-ST
      TAMMANY DOCKET 555789-6 GUILTY 14:34.7 AGG SECOND DEGREE BATTERY DATE
      SENTENCED 10/22/2015 LA-DOC P&P EAST BATON ROUGE, LA 5Y SUSP SENTENCE 5Y
      SUPERVISED PROBATION 5Y CONSECUTIVE
   CASE: R.S. 14:95(A) ILLEGAL CARRYING OF A WEAPON
   DISPOSITION: 04/06/2015 CMIS 03/31/2015 ORLEANS, LA CRIMINAL DISTRICT COURT
      DOCKET 0522594 GUILTY 14:95(A) ILLEGAL CARRYING OF A WEAPON DATE SENTENCED
      03/31/2015 ORLEANS, LA CRIMINAL SO 6M FINE: $1636 SUSP SENTENCE 6M UNSUP
      PROBATION 6M CREDIT FOR TIME SERVED CONCURRENT
   CASE: R.S. 14:95(E) ILLEGAL CARRYING WEAPON WITH CDS
   DISPOSITION: 03/31/2015 CMIS 03/31/2015 ORLEANS, LA CRIMINAL DISTRICT COURT
      DOCKET 0522594 GUILTY 14:95(E) ILLEGAL CARRYING WEAPON WITH CDS DATE
      SENTENCED 03/31/2015

---------------------------------------------------------------------------------
ARREST DATE: 09/05/2014                                     LID: 00188885
AGENCY: ST TAMMANY, LA SO (LA0520000)                       AFIS ATN:
520021410425
   NAME: HALL, TERRY

CHARGE 1                                                    COUNTS 1
   R.S. 14:34.7  AGGRAVATED SECOND DEGREE BATTERY
CHARGE 2                                                    COUNTS 1
   R.S. 40:966A IT IS UNLAWFUL TO KNOWINGLY / INTENTIONALLY SCHEDULE I

---------------------------------------------------------------------------------
ARREST DATE: 07/27/2015                                     LID: 00196214
AGENCY: ST TAMMANY, LA SO (LA0520000)                       AFIS ATN:
520021502696
   NAME: HALL, TERRY M

CHARGE 1                                                    COUNTS 01
   R.S. 14:95E ILLEGAL CARRYING OF WEAPON PEN:USE WEAP/VIOLENT CRIME OR CDS

---------------------------------------------------------------------------------
M I S C  D I S P O S I T I O N S

DATE: 10/29/2015                                            LID:
AGENCY: LA-DOC P&P COVINGTON, LA                            AFIS ATN:
DCC011501720
   NAME: HALL, TERRY M JR
CHARGE 1                                                    COUNTS
```

CASE: R.S. PROB-F
DISPOSITION: STM#555789, POSS WIT SCH I, AGG SECOND DEG BATT, SENT. 5 YEARS, SUSP. PROB 5 YEARS. BEG 10/22/2015 END 10/22/2020

DATE: 10/18/2019 LID:
AGENCY: LA-DOC P&P COVINGTON, LA AFIS ATN:
520021904290
NAME: HALL, TERRY
CHARGE 1 COUNTS 1
CASE: R.S. PROB-F
DISPOSITION: PROBATION VIOLATION

---

THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

** END OF RAPSHEET **

TRACKING: 10/19/2019, 06:36:30
- MKE: C5
- Source: LEMS
- ISN: 05KW001Q47
- REF: UNKNOWN

============================================================

```
Reference: Unknown
Msg ID    :
Msg Key   : QR
Date/Time: 20191019063659
Ent Agy   :
Requester:
User      :
ORI       :
Source    : NCIC
Control   :
Summary   : NCIC Response

TXT: MSG 2F13012635 SOCOVI29 02F35F NC2K     4124BC 20191019 06:36:58
LA0521329
CTL/
ATN/RHONDA BURKHEAD

EL012F130126352QR
LA0521329
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/409348HD0. THE RECORD MAY BE OBTAINED FROM
WITHIN YOUR STATE.  THE INTERSTATE IDENTIFICATION INDEX CONTAINS
NO ADDITIONAL DATA.
END
TRACKING: 10/19/2019, 06:36:59
- MKE: QR
- Source: NCIC
- ISN: 05KW001Q4Y
- REF: UNKNOWN

============================================================
```

# Notification of Administrative Sanctions

TO: Terry Hall
DATE: 10/14/2019

DOC #: 704714
Docket Number(s): STM#555789

**You are entitled to a hearing before the sentencing judge to determine if you have violated the conditions of your probation.**

**You may be entitled to a hearing before the parole board to determine if you have violated the conditions of your parole.**

**You may be entitled to the assistance of counsel in that hearing.**

It is alleged that you have violated the conditions of your probation/parole in the following manner:
Level 1 Violation - Failure to pay restitution (up to 3 months), Level 1 Violation - Failure to report as instructed, Level 2 Violation - Failure to pay restitution (over 3 months), Level 3 Violation - 2nd positive drug test/alcohol use or admission, Level 3 Violation - Non-Compliance/Violating Special Conditions

**You are now offered this Administrative Sanction Process consisting of the following Action(s):**
Level 3 Action - Impose Technical Revocation, if eligible
The offender is ineligible to earn/lose earned compliance credits. Year 1: April, May, June, July, August, September, October 2019

TH I admit that I am in violation of my probation/parole in the manner outlined in this Notice of Administrative Sanctions and **agree to waive my right to a hearing before the Court and to counsel**. I voluntarily **agree to the imposed administrative sanction** (s) and understand that failure to comply with the imposed administrative sanctions may be considered a violation.

________ I refuse to accept the above administrative sanctions and understand that further action will be taken by the appropriate authority. I am refusing the administrative sanction because

____________________________________________________________

[signature] Hall — Probationer/Parolee — 10/14/19 Date

[signature] — Probation/Parole Officer — 10/14/19 Date

[signature] — Supervisor — 10/14/19 Date

## NOTIFICATION OF DETAINER AND RELEASE

Please be advised that on 10/18/2019, the above offender is being required to self-report St. Tammany Parish Jail, they are ordered to serve 15 days in jail by their Probation/Parole Officer as an Administration Sanction in accordance with ACT 104 of the 2011 Louisiana Legislature. This is your authority to detain this subject for the time period listed above. This is also your authority to release the offender on 11/1/2019, as having completed said sentence.

This release of detainer **DOES NOT** lift the detainer placed by other law enforcement /Corrections agencies or other sections within the Department of Public Safety & Corrections. Further, this does not release the inmate from any hard labor commitment imposed via revocation and /or sentencing for a new offense.

Please serve:

Court
Judge Scott Gardner, Division "G"
St. Tammany Parish District Attorney's Office
Defense Counsel

Entered
10/29/19

# Notification of Administrative San

TO: Terry Hall
DATE: 10/14/2019

DOC #: 704714
Docket Number(s): ‹

**You are entitled to a hearing before the sentencing judge to violated the conditions of your probation.**

**You may be entitled to a hearing before the parole board to violated the conditions of your parole.**

**You may be entitled to the assistance of counsel in that hea**

It is alleged that you have violated the conditions of your probat following manner:
Level 1 Violation - Failure to pay restitution (up to 3 months), Level 1 Violatior instructed, Level 2 Violation - Failure to pay restitution (over 3 months), Level drug test/alcohol use or admission, Level 3 Violation - Non-Compliance/Violat

**You are now offered this Administrative Sanction Process c following Action(s):**
Level 3 Action - Impose Technical Revocation, if eligible
The offender is ineligible to earn/lose earned compliance credits. Year 1: A| September, October 2019

TH I admit that I am in violation of my probation/parole in the m Notice of Administrative Sanctions and **agree to waive my right to a h Court and to counsel**. I voluntarily **agree to the imposed administra** understand that failure to comply with the imposed administrative sanc a violation.

________ I refuse to accept the above administrative sanctions and un action will be taken by the appropriate authority. I am refusing the admi because

________________________________________

Probationer/Parolee — Date: 10/14/19

Probation/Parole Officer — Date: 10/14/19

Supervisor — Date: 10/14/19

# NOTIFICATION OF DETAINER AND RE

Please be advised that on 10/18/2019, the above offender is being required to self-...

SPECIAL NOTES: ______

SID # 002674422 BOOK DATE 10/18/19 BAG#/BED # MHL

# Release Checklist

(to be placed in inmate file)

Inmate's Name Hall, Terry Date of Birth [redacted]

Booking Number 232685 Race B Sex: (M) F

*Verifying deputy will initial next to each field they clear. If line does not apply, mark N/A and initial.*

N/A Is there a closing disposition for each charge?

N/A Is the closing disposition correct for each item? (cross ref. item #, docket # and offense dates)

N/A If the inmate is DOC, is there a Diminution of Sentence or a Full Term Certificate for each hard labor docket?

CAF If the inmate has P/J time, has the sentence been satisfied? (8-4, time served, fine paid) 15 day PJ Adm Sanction

N/A Is the proper documentation to close each release restriction?

N/A Have victim(s) been contacted?

N/A If inmate is being released to the custody of another agency/officer, has proper documentation been done in JMS and in the inmate's file?

N/A Has the inmate been given a check/debit card for any remaining funds in his/her inmate account?

NM *Has all state issued property been returned to the property deputy?*

NM *Has the inmate's identity been verified via AFIS, AFIS/DNA and/or IRIS Scanner?*

NM *Has the inmate signed and been given all necessary documents?*

*(bond papers, subpoena, bond condition slip)*

NM *Has the AFIS been Descriptor Completed and the DNA queue checked?*

*This section is for the deputy to fill out. This must be filled out prior to the inmate being released.*

✓ NCIC ✓ AFIS (rap sheet) DNA Profile

✓ Warrants ✓ Drug Screen ____ check queue/____ On file (not needed)

Supervisor verifying release G/ Flemings Date 11/1/19 Time 0608

9/26/18

Agency ORI # LA05200T1

Phone 9858982320

# ST TAMMANY PARISH SHERIFF'S OFFICE
1200 CHAMPAGNE ST , COVINGTON,LA,70433

# INMATE RELEASE

INMATE NUMBER 174647

Juvenile ☐ Prior Agency Inmate ☐

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232685 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3894 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 10/18/2019 | 21:25 | ? | PROBATIO | | 10/18/2019 | 21:25 |

| Release Date | Release Time | Released By ID | Release Reason | Release Bond Type | Release Bond Amount |
|---|---|---|---|---|---|
| 11/01/2019 | 06:27 | 3894 | OTHER | NO BOND | |

## INMATE

| Defendant Code | Offense Indicator | Juvenile | Name (First Middle Last +Family) | Social Security Number |
|---|---|---|---|---|
| | 1,2 | NO | TERRY MATTHEW HALL | [redacted] |

| Maiden Name | Nickname / Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | NEW ORLEANS | [redacted] |

Address (Street, Apt. Number) City State Zip

[redacted]

Business Phone (0)

BELLMAN

Residency Full Year

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| Black | None | [redacted] | 29 | Single | 5'7" | 170 | BROWN | BLACK | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Dark | Medium | Beard | Good | Soft/pol | Crew |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | PROBATION VIOLATION | COMMITTED | 1 | 14:0899 |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | PROBATION VIOLATION | 14:0899 | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | NO BOND | 0.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 1st day of November2019.

IMMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)



| ID Number | Unit | Date |
|---|---|---|
| 3894 | | 11/01/2019 |