# INMATE CELL MOVEMENT REPORT

Sorted By Booked Date

Entered Search Criteria:

From Prisoner ID: 174647 To Prisoner ID: 174647

Level 1: ANY Level 2: ANY Level 3: ANY Level 4: ANY

Level 5: ANY Level 6: ANY Level 7: ANY

From Date: ANY To Date: ANY

Min. Sentence Length: ANY

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 174647 | HALL, TERRY MATTHEW. | 09/05/14 | NO | 09/05/14 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 174647 | HALL, TERRY MATTHEW. | 07/27/15 | NO | 07/27/15 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 174647 | HALL, TERRY MATTHEW. | 10/18/19 | NO | 10/18/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |

**Total Items Matching Search Criteria: 3**