**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual** | * | **JURY DEMAND** |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual** | * | **COMBINED WITH** ***Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **capacity** | * | **ALL CASES** |
| **Defendants** | * | |

******************************************************************************

---

**AFFIDAVIT**

---

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

**BEFORE ME,** the undersigned notary public, personally came and appeared:

**DEPUTY CHIEF BRET IBERT**

who being duly sworn, did depose and state:

1. I am of the age of majority and a resident of the State of Louisiana.

2. I have been employed with the St. Tammany Parish Sheriff's Office since 1999.

3. In 2020 I was promoted to Major and made the Warden for the St. Tammany Parish Jail.

4. I am currently employed by the Sheriff of St. Tammany Parish, Randy Smith, as a Deputy

Chief over corrections, and as such I oversee the operations of the St. Tammany Parish Jail.

5. I have reviewed the jail records of all five (5) Plaintiffs in the above-captioned matter.
6. As such, I have personal knowledge of the following facts:
7. STPJ houses pre-trial detainees for St. Tammany Parish, the Louisiana Department of Corrections ("DOC"), Federal inmates for the U.S. Marshal's Office and also serves as a hub for reentry for rehabilitative services for seven parishes.
8. The STPJ is under contract to take these DOC and Federal inmates, and they are housed in separate DOC and Federal housing units within the STPJ, which are distinct from those housing units within the STPJ which are reserved for St. Tammany Parish pre-trial detainees.
9. Beds within the STPJ are specifically reserved for inmates by those categories, i.e. Parish, DOC and Federal.
10. Detainees are held in the holding cells within the STPJ until such time as a bed becomes available in the pre-trial detainee housing units within the STPJ. Detainees are transferred to the general population housing units when a bed becomes available based on the date they were booked into the facility, with the person who has been held the longest in the holding cell generally getting the next available bed in the general housing units.
11. The STPJ works daily to facilitate movement throughout the facility to decrease the occupancy of the holding cells.
12. Under this arrangement of having the STPJ housing units segregated by DOC, Federal and pre-trial Parish detainees, if there is an open bed in a Federal or DOC housing unit, a pre-trial detainee in a holding cell is not eligible to be moved to that open bed. Rather, pre-trial detainees are only eligible to be moved to open beds as they become available in the

pre-trial detainee housing units within the STPJ.

13. No pre-trial detainees are held in the holding cells inside the STPJ for any punitive reason. Further, none of the five plaintiffs in this matter were held in the holding cells within the STPJ for any punitive reason.

**SWORN TO AND SUBSCRIBED ON THIS 7TH DAY OF AUGUST, 2023.**

**Witnesses:**

______________________________

**Print Name:** ______________________________

**DEPUTY CHIEF BRET IBERT**

______________________________

**Print Name:** Suzanne Carbon

______________________________

**CHADWICK W. COLLINGS**
**NOTARY PUBLIC**
**BAR ROLL # 25373**
**MY COMMISSION IS FOR LIFE**