DOCTORS
After Hours
URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd
Metairie, LA 70006
504.885.8700
Fax 504.885.8701

1000 Clearview Pkwy
Metairie, LA 70001
504.455.4433
Fax 504.455.4490

101 W Robert E Lee Blvd
New Orleans, LA 70124
504.288.3456
Fax 504.288.3556

2515 Manhattan Blvd
Harvey, LA 70058
504.336.2515
Fax 504.603.2774

# CERTIFICATION OF MEDICAL RECORDS

**TO WHOM IT MAY CONCERN:**

I hereby certify that the attached bills are true and correct copies of the records pertaining to TERRY M HALL JR (Patient) which records represent the totality of information on the said patient in the custody of the undersigned health care provider and medical records of said healthcare provider.

**Doctors After Hours Urgent Care & Walk in Clinic**
(Name of health care institution)

[signature]
Medical Records Custodian

9.19.2023
Date

DocuSign Envelope ID: 1469?F83-1B6A-4AF2-BFC0-423A03E6902D

# Authorization for Use and Disclosure of Protected Health Information (PHI)

| | |
|---|---|
| PATIENT NAME (Last, First, Middle) Terry Hall | DATE OF BIRTH |
| ADDRESS | SSN |
| CITY New Orleans | STATE LA ZIP CODE 70125 |

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| Urgent Care West End New Orleans<br>101 W. Robert E. lee Bldvd. Suite 100<br>New Orleans, LA 70124 | Milling, Benson & Woodward, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471<br>985-871-3924 |

This authorization shall expire on the following date or event: 1 year

*If I fail to specify an expiration date or event, this authorization will expire (12) months from the date in which it was signed.

PURPOSE OF DISCLOSURE: ☐ Medical ☐ Insurance ☒ Legal ☐ Other: ______________

DESCRIPTION OF INFORMATION TO BE DISCLOSED: Start Date: 1/1/2010 End Date: PRESENT

| | |
|---|---|
| ☑ ALL PHI IN THE MEDICAL RECORDS | ☑ CONSULTATION REPORTS |
| ☑ HISTORY & PHYSICAL REPORTS | ☑ DISCHARGE SUMMARY |
| ☑ PROGRESS NOTES | ☑ ITEMIZED BILLING STATEMENT |
| ☑ IMAGING TESTS/REPORTS | ☑ PATIENT INFORMATION SHEET |
| ☑ LABORATORY REPORTS | ☐ OTHER: |

The Protected Health Information Listed Below WILL BE Released When Included in the Above Medical Information Unless Specifically Indicated Otherwise

Psychiatric/Mental Health Information
Alcohol/Drug/Substance Abuse Information

AIDS/HIV/Genetic Information
OTHER: ______________

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I understand that I have the right to revoke this authorization at any time Inwriting and must present the written revocation to the provider authorized to release the protected health information. I understand if I do revoke this authorization it will not apply to information that has already been released to this authorization.
4. If the requester or receiver is not a health plan or healthcare provider, the released information may no longer be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy of the information described in this form, for a reasonable copy fee, if I ask for it.

*I have read the above and authorized the disclosure of the protected health Information as stated:*

Patient Signature: DocuSigned by: Terry Hall 84E00DE76D864F1... Date: 7/5/2023

Patient Representative Signature: ______________ Date: ______________
(IF APPLICABLE)

Relationship to Patient: ______________

DOCTORS After Hours URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd
Metairie, LA 70006-5123
Ph: 504.885.8700
Fx: 504.885.8701

1000 Clearview Pkwy
Metairie, LA 70001-3416
Ph: 504.455.4433
Fx: 504.455.4490

101 W Robert E Lee Blvd Ste 100
New Orleans, LA 70124-2459
Ph: 504.288.3456
Fx: 504.288.3556

# PATIENT INFORMATION

Name (First, Middle, Last): Terry Matthew Hall Jr.

Address: [redacted]

City / State / Zip

Date of Birth / Age: 22 / Sex: ☒ M ☐ F

Home Phone

Cell Number / Email

Social Security Number

Responsible Party or Parents Name (if minor) Guar. BOD

Patient's employer or parent occupation

Work Phone

Spouse's Name

Employer (Spouse's)

Work Phone (Spouse's)

Cell Number / Email

In case of emergency who should we contact?

Name

Relationship

City / State / Zip

Telephone

Primary Care Physician

Information concerning your care provided by Doctors After Hours will be forwarded to your referring doctor/source unless otherwise specified

**PLEASE PRESENT YOUR INSURANCE CARD TO THE RECEPTIONIST**

**Primary Insurance Carrier**

Insurance Company Name / Insurance Phone: BCBS

Address

City / State / Zip

Policy Number / Group Number

**Insured Name** / **Insured SSN & DOB**

Patient's relationship to insured:
☐ Self ☐ Spouse ☒ Dependant ☐ Other

**Secondary Insurance Carrier**

Insurance Company Name / Insurance Phone

Address

City / State / Zip

Policy Number / Group Number

**Insured Name** / **Insured SSN & DOB**

Patient's relationship to insured:
☐ Self ☐ Spouse ☐ Dependant ☐ Other

Please remember insurance is considered a method of reimbursing the patient for fees paid to the doctor and is not a substitute for payment. Some companies pay fixed allowances for certain procedures and others pay a percentage of the charge. It is your responsibility to pay any deductible amount, co-insurance, or any other balance not paid for by your insurance.

**IN ORDER TO CONTROL COST OF BILLING, WE REQUEST CHARGES FOR OFFICE VISITS BE PAID AT THE CONCLUSION OF EACH VISIT.**

I authorize the release of any medical information necessary to determine liability for payment and to obtain reimbursement on any claim. I request payment of authorized benefits be made on my behalf. I assign the benefits payable for all medical and/or surgical benefits, to include major medical benefits to which I am entitled including Medicare, private insurance and other agency reimbursements to Doctors After Hours. This assignment will remain in effect until revoked by me in writing. A photocopy of this assignment is to be considered as valid as an original. I understand that I am financially responsible for all charges whether or not paid by insurance. I hereby authorize said assignee to release all information necessary to secure the payment.

Signature: Terry Hall Jr. — Date: Aug 13, 2018

Doctors After Hours Urgent Care and Walk-In Clinic

5236 Veterans Blvd. Metairie, LA 70006 Ph: 504.885.8700 Fax: 504.885.8701

1000 Clearview Pkwy Metairie, LA 70001 Ph: 504.455.4433 Fax: 504.455.4490

101 W. Robert E. Lee Blvd. Ste. 100 New Orleans, LA 70124 Ph: 504.288.3456 Fax: 504.288.3556

**MEDICAL HISTORY:**

**PATIENT NAME:** Terry Hall Jr **REASON FOR VISIT:** leg wound

Is this visit related to: Motor Vehicle Accident: ___Y___N
Work Injury: ___Y___N Date of Injury ________

**ALLERGIES:** None

LAST MENSTRUAL PERIOD DATE: ________ PREGNANT: ☐ Y ☐ N BREASTFEEDING: ☐ Y ☐ N

**PLEASE CHECK ANY OF THESE CONDITIONS YOU HAVE HAD IN THE PAST:**

| | | | | |
|---|---|---|---|---|
| ☐ HEART DISEASE | ☐ LIVER DISEASE | ☐ LUMBAR SPINE DISORDER | ☐ HIGH BLOOD PRESSURE | ☐ BOWEL DISEASE |
| ☐ SEVERE HEADACHES | ☐ HIGH CHOLESTEROL | ☐ CANCER (PAST OR PRESENT) | ☐ TUBERCULOSIS/TB | ☐ LUNG DISEASE/ASTHMA |
| ☐ MUSCLE DISEASE | ☐ DIABETES | ☐ BLOOD CLOTS | ☐ SLEEP APNEA | ☐ STOMACH DISEASE |
| ☐ SEIZURES | ☐ LOW BLOOD SUGAR | ☐ BLEEDING TENDENCY | ☐ DEPRESSION | |
| ☐ THYROID DISEASE | ☐ STROKE | ☐ CHRONIC SKIN DISEASE | ☐ MENTAL HEALTH PROBLEMS | |
| ☐ JOINT REPLACEMENT | ☐ NERVE IMPAIRMENT | ☐ CERVICAL SPINE DISORDER | ☐ ANEMIA (OR OTHER BLOOD DISEASE) | |
| ☐ KIDNEY, BLADDER OR PROSTATE SURGERY | | ☐ OTHER: ________ | | |

**CURRENT MEDICATIONS (INCLUDES NON-PRESCRIPTION AND PRESCRIPTION PRODUCTS) PLEASE INCLUDE DOSAGE**

1.________ 2.________ 3.________ 4.________
5.________ 6.________ 7.________ 8.________

**PERSONAL HABITS**

Do you drink caffeinated beverages (coffee, tea, soda)? Y ✓ N___ Daily intake? 4
Do you drink alcoholic beverages? Y___ N ✓ If yes___ drinks/☐day, ☐ week, ☐ month
Do you smoke or chew tobacco? Y ✓ N___ If yes___/day, daily years of use. If no, any prior nicotine use? 6 years

**ORTHOPEDIC OR OTHER MAJOR SURGERIES**

Approximate Date:________ Surgery________
Approximate Date:________ Surgery________
Approximate Date:________ Surgery________
Approximate Date:________ Surgery________

**FAMILY HISTORY** (PLEASE CHECK ANY CONDITIONS THAT RUN IN YOUR FAMILY) LIST FATHER, MOTHER, SISTER, BROTHER, MATERNAL OR PATERNAL GM/GF

| | | |
|---|---|---|
| ☐ HEART DISEASE____ | ☐ STROKE____ | ☑ DIABETES mother |
| ☐ HIGH BLOOD PRESSURE____ | ☐ ANEURYSMS____ | ☐ THYROID DISEASE____ |
| ☐ HIGH CHOLESTEROL____ | ☐ MENTAL DISORDERS____ | ☑ CANCER: TYPE grandmother |
| ☐ DISEASE, OTHER____ | ☐ OTHER____ | |

## OFFICE USE ONLY:

DOB: ________ PT ID: 2312 DATE: 8/13/12

INSURANCE: BCBS $40

BP: 124/74 P: 75 Res: 17 Temp: 97.9 Wt: 180 LBS. O2: 98 %

CHIEF COMPLAINT: PAIN SCORE: 1 2 3 4 5 6 (7) 8 9 10 /10

- left knee (medial) – swelling, pain, redness, hot
- possible bug bite x 2 days

| LABS: | SHOTS: | X-RAYS | PROCEDURES: | MISC: |
|---|---|---|---|---|
| | Rocephin 1000<br>(L) Lincocin 600<br>(R) Celestone 1cc | (L) knee done @ [illegible] | | |

PLAN: Bactrim DS Lt Knee cellulitis / pain knee abrasion [illegible] leg pain

DOCTORS After Hours URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd
Metairie, LA 70006-5123
Ph: 504.885.8700
Fx: 504.885.8701

1000 Clearview Pkwy
Metairie, LA 70001-3416
Ph: 504.455.4433
Fx: 504.455.4490

101 W Robert E Lee Blvd Ste 100
New Orleans, LA 70124-2459
Ph: 504.288.3456
Fx: 504.288.3556

**Your Rights**

Following is a statement of your rights with respect to your protected health information.

**You have the right to inspect and copy your protected health information.** This means you may inspect and obtain a copy of protected health information about you that is contained in a designated record set for as long as we maintain the protected health information. A **"designated record set"** contains medical and billing records and any other records that your physician and the practice use for making decisions about you. Under federal law, however, you may not inspect or copy the following records; psychotherapy notes; information complied in reasonable anticipation of, or use in, a civil, criminal, or administrative action or proceeding, and protected health information that is subject to law that prohibits access to protected health information.

**You have the right to request a restriction or your protected health information.** This means you may ask us not to use or disclose any part of your protected health information for the purposes of treatment, payment or healthcare operations. You may also request that any part of your protected health information not be disclosed to family members or friends who may be involved in your care or for notification purposes as described in this Notice of Privacy Practices. Your request must state the specific restriction requested and to whom you want the restriction to apply.

Your physician is not required to agree to a restriction that you may request. If physician believes it is in your best interest to permit use and disclosure of your protected health information, your protected health information will not be restricted. You then have the right to use another Healthcare Professional.

**You have the right to request to receive confidential communications from us by alternative means or at an alternative location.** We will accommodate reasonable requests. We may also condition this accommodation by asking you for information as to how payment will be handled or specification of an alternative address or other method of contact. We will not request an explanation for you as to the basis for the request. Please make this request in writing to our Privacy Contact.

**You have the right to receive an accounting of certain disclosures we have made, if any, of your protected health information.** This right applies to disclosures for purposes other than treatment, payment or healthcare operations as described in this Notice of Privacy Practices.

We are required to abide by the terms of this Notice of Privacy Practices. We may change the terms of our notice at any time. The new notice will be effective for all protected health information that we maintain at this time. Upon your request, we will provide you with any revised Notice of Privacy Practices by calling the office and requesting that a revised copy be sent to you in the mail or asking for one at the time of your next appointment.

**Complaints**

You may complain to us or to the Office of Civil Rights if you believe your privacy rights have been violated by us. You may file a complaint with us by notifying our privacy contact of your complaint. We will not retaliate against you for filing a complaint. You may obtain the address of the OCR Regional Manager, Denver, CO, from our privacy officer.

We are required by law to maintain the privacy of, and provide individuals with this notice of our legal duties and privacy practices with respect to protected health information. If you have any objections to this form, please ask to speak with our HIPPA Compliance Officer in person or by phone at 504-885-8700.

Signature below is only acknowledgement that you have received this Notice of our Privacy Practices:

Print Name: Terry Hall Sr. Signature: Terry Hall Jr. Date: Aug 13, 2012


Louisiana
PERSONAL DRIVER'S LICENSE
HALL,TERRY MATTHEW JR
DATE OF BIRTH
SEX HGT WGT
180
ENDORSEMENTS
RESTRICTIONS
01
Under 21 until
07-03-2011
ISSUE DATE
06-29-2011
OFFICE PARISH
013 36
AUDIT
8706
ENDORSEMENTS
Donor _Y_N / Living Will _Y_N
Renewable 90 days prior to expiration.

**BlueCross BlueShield of Louisiana**

An independent licensee of the Blue Cross and Blue Shield Association.

PreferredCare PPO

Member Name:
**LISA L. HAROLD**
Member ID:

WHITNEY BANK

| | | | |
|---|---|---|---|
| Grp/Subgroup: | [redacted] | Physician/Office Co-Pay | **$25** |
| RxMbr ID: | | Deductible | **$500** |
| RxBIN: | | Coinsurance: Preferred | **80% / 20%** |
| RxGrp: | **BSLA** | All Other Providers | **60% / 40%** |
| **BC PLAN 170** | **BS PLAN 670** | Specialty Co-Pay | **$40** |

04BA0039 10/08

PPO

**BlueCross BlueShield of Louisiana**

An independent licensee of the Blue Cross and Blue Shield Association.

Hospitals and Physicians: File claims with your local Blue Cross and/or Blue Shield Plan.
Authorization required on some services.
File Medicare primary claims with Medicare.

Blue Cross and Blue Shield of Louisiana provides administrative services only and does not assume any financial risk for claims.

EXPRESS SCRIPTS

www.bcbsla.com

| | |
|---|---|
| Customer Service | 800-495-2583 |
| Blue Card Access | 800-810-2583 |
| Authorizations | 800-523-6435 |
| Member Drug Questions | 888-781-7533 |
| Pharmacy Help Desk | 800-824-0898 |

Blue Cross and Blue Shield of Louisiana
P.O. Box 98029
Baton Rouge, LA 70898-9029

Printed 2/3/2012

Pharmacy Benefits Administrator

## Health Benefit Plan Coverage

### Medical

| | |
|---|---|
| Contract ID | WHX201066125 |
| Subscriber Name | LISA HAROLD |
| Member Name | TERRY HALL JR |
| Member DOB | 07/03/1993 |
| Relation to Sub | CHILD |
| Sex | MALE |
| Health Eff Dt | 01/01/2012 |
| Health Port Dt | 01/06/2009 |
| Contract Status | ACTIVE COVERAGE |
| Contract Type | GROUPCARE PREFERRED CARE |
| Pre-Cert Reqmts | |
| 2nd Surg Opin | |
| Direct Access | YES |

BB

### Co Pays

| | |
|---|---|
| Office Visit | $25.00 |
| Outpatient Surgical | N/A |
| Emergency Room | N/A |
| Inpatient Hospital(In-network) | $250.00 |
| Inpatient Hosp Max | N/A |
| Inpatient Hosp (Out-of-network) | N/A |
| Outpatient XRay & Lab | N/A |
| Outpatient Phys Thrpy | N/A |
| Outpatient Spch Thrpy | N/A |
| Cardiac Rehab | N/A |
| Vision Services | N/A |
| Outpatient Prof | N/A |
| Specialist | $40.00 |

### Accumulations

| | PAR AMOUNTS | NON-PAR AMOUNTS |
|---|---|---|
| DEDUCTIBLE AMOUNT: | $500.00 | $1,000.00 |
| DEDUCTIBLE REMAINING: | $500.00 | $1,000.00 |
| OUT-OF-POCKET AMOUNT: | $2,500.00 | $6,000.00 |
| OUT-OF-POCKET REMAINING: | $2,500.00 | $6,000.00 |
| LIFETIME MAXIMUM: | $0.00 | $0.00 |
| LIFETIME REMAINING: | $0.00 | $0.00 |

### Primary Care Physician

Not Applicable

### Co Insurance

| | |
|---|---|
| Par Percentage | 80% |
| Non-Par Percentage | 60% |

### Mental & Nervous Substance Abuse

### Wellness

### Disclaimer

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed, and as interpreted by BCBSLA. The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate, including, without limitation, eligibility, waiting periods, exclusions, medical waivers or riders, deductibles, coinsurance, copayments, coordination of benefits, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers and/or for care not authorized by BCBSLA, where required, will be subject to non-network benefits, if applicable.

## Benefit Plan Coverage

Member Name: TERRY HALL JR

### URGENT CARE COPAYMENT

BB

$40 copayment for network providers only.

Non-network subject to deductible and coinsurance.

Disclaimer:

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed, and as interpreted by BCBSLA. The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate, including, without limitation, eligibility, waiting periods, exclusions, medical waivers or riders, deductibles, coinsurance, copayments, coordination of benefits, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers and/or for care not authorized by BCBSLA, where required, will be subject to non-network benefits, if applicable.

DOCTORS **After Hours**
URGENT CARE AND WALK-IN CLINIC

**Date of Visit:** August 13, 2012
**Seen By:** Srinivas Kata, M. D.
**Location:** Doctors After Hours
101 West Robert E. Lee Blvd
New Orleans, LA 70124-2459
504-288-3456

**Guarantor:**
**Patient Name:** TERRY HALL JR.

**BLUE CROSS BLUE SHIELD**
P.O. Box 98029
Baton Rouge, LA 70898
**Policy Holder:** TERRY HALL JR.
**Relation:**
**DOB:**
**Gender:** M
**Employer:**
**Group #:**
**Insurance #:** XUQ202281336
**Effective Date:**
**Type:** Primary

| Visit Date: | Description: | | Qty | Amount |
|---|---|---|---|---|
| 08/13/12 | [73564] - X-ray exam of knee, 4 views | $80.26 | 1 | $80.26 |
| 08/13/12 | [96372] - Admin Injection [Qty: 2] | $43.68 | 2 | $87.36 |
| 08/13/12 | [99204] - Patient Visit 4 | $287.90 | 1 | $287.90 |
| 08/13/12 | [J0702] - Celestone 3 mg [Qty: 2] | $13.10 | 2 | $26.20 |
| 08/13/12 | [J2010] - Lincomycin injection [Qty: 2] | $20.00 | 2 | $40.00 |

**Total Charges:** $521.72
**Total Payments:** $40.00
**Balance:** $481.72

## Assessment/Plan

Abrasion NEC w/infection (919.1)
Cellulitis/abscess leg (682.6)
Prescribed Bactrim DS 800-160 mg Tablet: Take 1 (Oral) 2 times per day for 10 days; Total Qty: 20 (Twenty) Tablet; No refills; DAW
* Prescription printed on 08/13/2012 19:08:00 by skata
Dermatitis, NOS (692.9)
Pain, leg (729.5)

**This is not a bill, receipt purposes only.** Charges are subject to review by Medical Director and Coding Specialist and may be adjusted if necessary. Current balance reflects payments made prior to claim submission to insurance company.

**Patient:** TERRY HALL JR.
**Seen On:** 08/13/2012 by Srinivas Kata, M. D.

**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

**Chief Complaint:** Patient comes in today for a Abscess, Bite (Human, Animal, Insect), Abrasion and Knee pain. (SOURCE: Patient)

**Vitals:** Taken at 6:26 PM:
BP: 126/74 mmHg
PULSE: 75 bpm
RESP: 17 breaths/min
TEMP: 97.9
WEIGHT: 180 lb(81.65 kg)
O2 SAT: 98%

**Allergies:** Active: No known allergies; No known drug allergies

**Current Meds:** Patient is not currently on any medications

**PMH:** Past Medical History is unremarkable

**Surgical History:** No Surgical History

**Family History:** PATERNAL GM has a Hx of Cancer
MOTHER has a Hx of Diabetes
MATERNAL GM has a Hx of Cancer

**History of Present Illness:** **Patient Reports:**
Abscess [Onset: 2 Day(s) Acute; Char.: Reports Swollen, Closed, Warm/hot, Painful; Location: Reports Left, Leg; Pattern: Reports Worsening, Enlarging; Free text: POSSIBLE BUG BITE LEFT KNEE]
Bite (Human, Animal, Insect) [Free text: POSSIBLE BUG BITE LEFT KNEE]
Abrasion [Onset: 2 Day(s); Duration: Time of injury; Assoc. Sx: Reports Signs of infection; Free text: POSSIBLE BUG BITE LEFT KNEE]
Knee pain [Onset: 2 Day(s); Free text: POSSIBLE BUG BITE LEFT KNEE; Intensity: Now-7]

**Review of Systems:** Constitutional
**Patient Denies:** Fever; Chills; Fatigue; Weight loss; Night sweats; Weakness; Decrease in appetite; Rigors
Eyes
**Patient Denies:** Eye Matting; Eye Itching; Eye burning; Eye redness; Glasses/contacts; Vision changes; Excess tearing; Diplopia; Blurred vision; Eyelid redness; Eye discharge; Eye pain
ENT/Mouth
**Patient Denies:** Post-nasal drip; Bleeding gums; Oral lesions; Hearing aid; Earache; Dentition condition; Toothache; Halitosis; Hoarseness; Popping of ears; Mouth breathing; Stuffy nose; Infections; Dentures; Ear pain; Sinus pressure; Sinus drainage; Ear pressure; Hearing loss; Discharge; Tinnitus; Sore throat; Ear drainage
Cardio
**Patient Denies:** Chest pain; Claudication; Palpitations; Orthopnea; Murmur; Angina; P.n.d.; DOE
Respiratory
**Patient Denies:** Shortness of breath; Asthma; Freq URI; Sputum; Hemoptysis;

**Patient:** TERRY HALL JR.
**Seen On:** 08/13/2012 by Srinivas Kata, M. D.

**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

Dyspnea; Pleuritic; Wheezing; Cough

GI

**Patient Denies:** Colitis; Vomiting; Diarrhea; Nausea; Constipation; Rectal pain; Laxatives; Gas/indigestion; P.u.d; BM Changes; Hematemesis; Bloating; Rectal bleeding; Heartburn; Food intolerance; Divertic; Abdominal pain; Cramping; meal relation; Dysphagia; Polyp; Hernia; Stool mucus; Melena; Jaundice

GU

**Patient Denies:** Testicle pain; Testicle lump; Impotence; Infertility; Dribbling; Incontinence: urinary; Nocturia; Urinary frequency; History of sexual abuse; History of STD; Dysuria; Urgency; Pregnancy; Retention; Hematuria; Polyuria; burning urination

Musc/Skel

**Patient Denies:** Varicose veins; Back pain; Swelling; Neck pain; Joint pain; Muscle spasm; arthralgias; myalgias; Deformity; Stiffness; Edema

Skin/Breast

**Patient Denies:** Color change; Dermatitis; Itch; Rash; Breast lump; Lesion; Ecchymosis; Erythema

Hema/Lymph

**Patient Denies:** Painful lymph nodes; Swollen lymph nodes; Bleeding; Anemia; Easy bruising

Allergy/Immun

**Patient Denies:** Allergies; Hives; Recuring infections; AIDS; Chronic steroids

Neurologic

**Patient Denies:** Tremors; Tingling; Seizures; Numbness; Headache; Dizziness; Speech impairment; Fainting; Muscle weakness; Ataxia; Paralysis/paresis; Memory loss; Unconsciousness; Cva; Speech difficulties; Loss of consciousness

Psych

**Patient Denies:** Anxiety; Nightmares; Therapy; Sexual problems; Insomnia; Depression

**Exam:**

General - NORMAL: Patient is oriented to time, place and person, Well developed, No acute distress, Appears to be well nourished, Affect is normal, Normal hygiene

Skin, Hair, Nails - NORMAL: Normal skin temperature upon palpation, Normal skin moisture, No rashes noted, No abscess noted, No erythema observed, No laceration(s) noted, Normal nails noted

Eyes - NORMAL: PERRLA, Sclera normal, No corneal abnormalities noted, Lids and lashes are normal, Orthotropic, Normal conjunctiva

Ears - NORMAL: Normal TM(s), Hearing grossly intact bilaterally, Normal pinna bilaterally, Normal external canals bilaterally

Nose - NORMAL: Normal nasal mucosa, Nasal discharge absent, Normal appearing nose, Norrmal nostril(s) noted, Norrmal nasal cavity noted

Oral pharynx - NORMAL: Lips appear normal, Salivary glands appear unremarkable, Normal tongue, Normal gingiva, Normal appearing tonsils, Normal soft palate, Normal oral mucosa, Normal posterior pharynx

Neck - NORMAL: No deformity, Neck is supple, Normal thyroid palpation, Full range of motion noted

Lymph Nodes - NORMAL: No Lymphadenopathy noted on exam, No cervical adenopathy noted on exam, Submental lymph nodes normal on exam, Submandibular lymph nodes normal on exam. Supraclavicular nodes normal on exam, No preauricular nodes enlarged on exam, No postauricular nodes enlarged on exam

**Patient:** TERRY HALL JR.
**Seen On:** 08/13/2012 by Srinivas Kata, M. D.
**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

Chest/Lungs - NORMAL: Chest is clear to auscultation bilaterally upon exam, Normal and symmetrical appearing chest on exam, Chest is clear to percussion on exam, Chest is normal to palpation on exam
Abdominal - NORMAL: No evidence of hernia, Abdomen normal to inspection, Abdomen is normal to percussion, Abdomen normal to palpation, no masses, tenderness, organomegaly, Normoactive bowel sounds in all four quadrants
Neurological - NORMAL: Patient is orientated and alert, Cranial nerves intact bilaterally, Stregnth/motor skills are normal, Sensory exam normal
Musculoskeletal - NORMAL: Gait and stance normal, Normal musculoskeletal posture, Full range in motion to all four extremities without restriction; ABNORMAL: Medial Swelling in Left Knee, Medial Erythema Left Knee
Psych - NORMAL: Memory appears normal, Insight appears normal, Judgement appears normal, Patient exhibits no danger to self or to others, Normal behavior noted, Patient is oriented to time, place and person, Mood appears to be Normal

**Procedures:**
X-ray exam of knee, 4 views [73564] QTY (1) [Completed by: cclark], Left
Admin Injection [96372] QTY (2) [Completed by: cclark]
Celestone 3 mg [J0702] QTY (2) [Completed by: cclark]
Lincomycin injection [J2010] QTY (2) [Completed by: cclark]

**Med Administration:**
Celestone was administered.
Dose verified as 6 mg via injection intramuscularly to the right Gluteus Maximus on 08/13/2012 at 6:57 PM.
Patient was observed for 15 minutes and medication was tolerated well.
Patient was discharged home on own accord.
Notes: verbal

**Med Administration 2:**
Lincomycin was administered.
Dose verified as 600 mg via injection intramuscularly to the left Gluteus Maximus on 08/13/2012 at 6:57 PM.
Patient was observed for 15 minutes and medication was tolerated well.
Patient was discharged home on own accord.
Notes: verbal

**Assessment/Plan:**
**Cellulitis/abscess, leg (682.6)**
Prescribed Bactrim DS 800-160 mg Tablet: Take 1 (Oral) 2 times per day for 10 days; Total Qty: 20 (Twenty) Tablet; No refills; DAW
* Prescription printed on 08/13/2012 19:08:00 by skata
**Pain, leg (729.5)**
**Abrasion NEC w/infection (919.1)**
**Dermatitis, NOS (692.9)**

**Orders:**
Order Results - X-ray exam of knee, 4 views
Order Results - Celestone 3 mg
Order Results - Admin Injection
Order Results - Lincomycin injection

**Signature:** This record was electronically signed by Srinivas Kata, M. D. on 08/16/2012 at 17:40

DOCTORS After Hours
URGENT CARE AND WELLNESS CLINIC

5236 Veterans Blvd
Metairie, LA [illegible]
Ph: 504.[illegible]
Fx: 504.[illegible]

1800 Clearview Pkwy
Metairie, LA 70001-3416
Ph: 504.455.1433
Fx: 504.455.4490

101 W Robert E Lee Blvd Ste 100
New Orleans, LA 70124-2459
Ph: 504.[illegible]
Fx: 504.[illegible]

# PATIENT INFORMATION

Name: Mr. Tracy [illegible] Hall Jr.

[redacted]

Zip

Sex: ☑ M ☐ F

Email

Social Security Number

Responsible Party or Parents Name (If minor) Guar. DOB

Patient's employer or parent occupation

Work Phone

Spouse's Name

Employer (Spouse's)

Work Phone (Spouse's)

Cell Number Email

In case of emergency who should we contact?

[redacted]

Primary Care Physician

Information concerning your care provided by Doctors After Hours will be forwarded to your referring doctor/source unless otherwise specified

**PLEASE PRESENT YOUR INSURANCE CARD TO THE RECEPTIONIST**

**Primary Insurance Carrier**

Insurance Company Name: BCBS Insurance Phone

Address

City State Zip

Policy Number Group Number

Insured Name: Lisa [illegible] Harold Insured SSN & DOB: 435-25-[illegible] 6-26-65

Patient's relationship to insured:
☐ Self ☐ Spouse ☒ Dependant ☐ Other

**Secondary Insurance Carrier**

Insurance Company Name Insurance Phone

Address

City State Zip

Policy Number Group Number

Insured Name Insured SSN & DOB

Patient's relationship to insured:
☐ Self ☐ Spouse ☐ Dependant ☐ Other

Please remember insurance is considered a method of reimbursing the patient for fees paid to the doctor and is not a substitute for payment. Some companies pay fixed allowances for certain procedures and others pay a percentage of the charge. It is your responsibility to pay any deductible amount, co-insurance, or any other balance not paid for by your insurance.

**IN ORDER TO CONTROL COST OF BILLING, WE REQUEST CHARGES FOR OFFICE VISITS BE PAID AT THE CONCLUSION OF EACH VISIT.**

I authorize the release of any medical information necessary to determine liability for payment and to obtain reimbursement on any claim. I request payment of authorized benefits be made on my behalf. I assign the benefits payable for all medical and/or surgical benefits, to include major medical benefits to which I am entitled, including Medicare, private insurance and other agency reimbursements to Doctors After Hours. This assignment will remain in effect until revoked by me in writing. A photocopy of this assignment is to be considered as valid as an original. I understand that I am financially responsible for all charges whether or not paid by insurance. I hereby authorize said assignee to release all information necessary to secure the payment.

Signature: [signature] Jr. Date: Aug 13, 2018

[signature] Jr. 2-21-13

DOCTORS After Hours URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd. Metairie, LA 70006 Ph: 504.885.8700 Fx: 504.885.8701

1000 Clearview Pkwy Metairie, LA 70001 Ph: 504.455.4433 Fx: 504.455.4490

101 W. Robert E. Lee Blvd. Ste. 100 New Orleans, LA 70124 Ph: 504.288.3456 Fx: 504.288.3556

Patient Name: Terry Hall Jr (Please Print) Patient DOB: ______

REASON FOR VISIT: Feet Swelling

ALLERGIES: none

Is this visit related to: Motor vehicle Accident: ___Y ✓ N
Work Injury: ___Y___ Date of injury ______

LAST MENSTRUAL PERIOD DATE: ______ PREGNANT: ___Y ___N BREASTFEEDING: ___Y___N

1. LIST ANY NEW MEDICATION (INCLUDES NON-PRESCRIPTION PRODUCTS)SINCE YOUR LAST VISIT:

N/A

2. LIST ANY NEW CONDITIONS THAT YOU HAVE BEEN DIAGNOSED WITH SINCE YOUR LAST VISIT:

N/A

[signature] Signature — Terry Hall Jr Print Name — 2-21-13 Date

**OFFICE USE ONLY:** (22) DOB: ______ PT ID: 02312 DATE: 2·21·13

LAST DOS: 8·13·12 INSURANCE: BCBS $40

BP: 138/87 P: 104 Res: 18 Temp: 98.6 Wt: 180 LBS. O2: 97 %

CHIEF COMPLAINT: 2 days PAIN SCORE: 1 2 3 4 5 6 7 8 (9) 10 /10

L Foot

hit foot on chair

4th & 5th digit

trouble walking / bearing weight

| LABS: | SHOTS: | X-RAYS: | PROCEDURES: | MISC: |
|---|---|---|---|---|
| | Lnc 450 (L) Toradol 30 (R) | L Foot ✓ [illegible] 1:12 [illegible] 1321 | [illegible] 3rd 4th digit [illegible] apply ABX oint [illegible] | ✓ [illegible] 1:34 wound care referral |
| PLAN: | Bactrim DS Lt 4th/3rd toe infection | | Refer for wound care | |

Louisiana

PERSONAL DRIVER'S LICENSE

| LICENSE/ID NO | CLASS | EXPIRATION DATE |
| --- | --- | --- |
| 009640649 | E | 07-03-2015 |

HALL, TERRY MATTHEW JR

| DATE OF BIRTH | SS NUMBER | SEX | HGT | WGT |
| --- | --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | 5-07 | 180 |



ENDORSEMENTS

RESTRICTIONS
01

Under 21 until
07-03-2011

ISSUE DATE
06-29-2011

| OFFICE | PARISH |
| --- | --- |
| 013 | 36 |

AUDIT
8708

ENDORSEMENTS

RESTRICTIONS - Corr lens

Mail-in Sticker

www.dps.state.la.us/omv/home.html

Donor __Y __N / Living Will __Y __N

Renewable 90 days prior to expiration.

**BlueCross BlueShield of Louisiana**

An independent licensee of the Blue Cross and Blue Shield Association.

PreferredCare PPO

Member Name: **LISA L. HAROLD**

Member ID:

WHITNEY BANK

| | | | |
|---|---|---|---|
| Grp/Subgroup: | | Physician/Office Co-Pay | **$25** |
| RxMbr ID: | | Deductible | **$500** |
| RxBIN: | | Coinsurance: Preferred | **80% / 20%** |
| RxGrp: | **BSLA** | All Other Providers | **60% / 40%** |
| **BC PLAN 170** | **BS PLAN 670** | Specialty Co-Pay | **$40** |

04BA0039 10/08

PPO

**BlueCross BlueShield of Louisiana**

An independent licensee of the Blue Cross and Blue Shield Association

www.bcbsla.com

Customer Service .......... 800-495-2583
Blue Card Access .......... 800-810-2583
Authorizations .......... 800-523-6435
Member Drug Questions .......... 866-781-7533
Pharmacy Help Desk .......... 800-824-0898

Hospitals and Physicians: File claims with your local Blue Cross and/or Blue Shield Plan.
Authorization required on some services.
File Medicare primary claims with Medicare.

Blue Cross and Blue Shield of Louisiana
P.O. Box 98029
Baton Rouge, LA 70898-9029

Blue Cross and Blue Shield of Louisiana provides administrative services only and does not assume any financial risk for claims.

Printed: 2/3/2012

EXPRESS SCRIPTS®

Pharmacy Benefits Administrator

# Health Benefit Plan Coverage

## Medical

| | |
|---|---|
| Contract ID | |
| Subscriber Name | LISA HAROLD |
| Member Name | TERRY HALL JR |
| Member DOB | |
| Relation to Sub | CHILD |
| Sex | MALE |
| Health Eff Dt | 01/01/2012 |
| Health Port Dt | 01/06/2009 |
| Contract Status | ACTIVE COVERAGE |
| Contract Type | GROUPCARE PREFERRED CARE |
| Pre-Cert Reqmts | |
| 2nd Surg Opin | |
| Direct Access | YES |

## Co Pays

| | |
|---|---|
| Office Visit | $25.00 |
| Outpatient Surgical | N/A |
| Emergency Room | $100.00 |
| Inpatient Hospital (In-network) | $250.00 |
| Inpatient Hosp Max | N/A |
| Inpatient Hosp (Out-of-network) | N/A |
| Outpatient XRay & Lab | N/A |
| Outpatient Phys Thrpy | N/A |
| Outpatient Spch Thrpy | N/A |
| Cardiac Rehab | N/A |
| Vision Services | N/A |
| Outpatient Prof | N/A |
| Specialist | $40.00 |

## Accumulations

| | PAR AMOUNTS | NON-PAR AMOUNTS |
|---|---|---|
| DEDUCTIBLE AMOUNT: | $750.00 | $1,500.00 |
| DEDUCTIBLE REMAINING: | $750.00 | $1,500.00 |
| OUT-OF-POCKET AMOUNT: | $2,500.00 | $6,000.00 |
| OUT-OF-POCKET REMAINING: | $2,500.00 | $6,000.00 |
| ANNUAL MAXIMUM: | $2,000,000.00 | $2,000,000.00 |
| ANNUAL REMAINING: | $2,000,000.00 | $2,000,000.00 |

## Primary Care Physician

Not Applicable

## Co Insurance

| | |
|---|---|
| Par Percentage | 80% |
| Non-Par Percentage | 60% |

## Mental & Nervous/Substance Abuse

## Wellness

## Disclaimer

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed, and as interpreted by BCBSLA. The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate, including, without limitation, eligibility, waiting periods, exclusions, medical waivers or riders, deductibles, coinsurance, copayments, coordination of benefits, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers and/or for care not authorized by BCBSLA, where required, will be subject to non-network benefits, if applicable.

# Benefit Plan Coverage

Member Name TERRY HALL JR

## URGENT CARE COPAYMENT

URGENT CARE FACILITY COPAYMENT
Preferred Providers
- $40.00 per visit

All Other Providers
- All eligible services are subject to the Deductible and Coinsurance.

Disclaimer:

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed, and as interpreted by BCBSLA. The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate, including, without limitation, eligibility, waiting periods, exclusions, medical waivers or riders, deductibles, coinsurance, copayments, coordination of benefits, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers and/or for care not authorized by BCBSLA, where required, will be subject to non-network benefits, if applicable.

# EJGH

## East Jefferson Wound Care Center

Managed by: Louisiana Wound Care Specialists — Innovative Approach Superior Results

## Referral Form

(504) 835-4919

HOSPITAL LOCATIONS MANAGED BY LWCS

- Arcadia
- Baton Rouge
- Breaux Bridge
- Bunkie
- Donaldsonville
- Ferriday
- Franklin
- Franklinton
- Gonzales
- Homer
- Lake Providence
- Lutcher
- Marrero
  - West Jefferson Medical Center
- Metairie
  - East Jefferson General Hospital
- Oak Grove
- Olla
- Raceland
- Ruston
- St. Francisville
- Springhill
- Tallulah
- Ville Platte
- Winnsboro

ADDITIONAL STATES WITH LOCATIONS

- Arkansas
- Kansas
- Mississippi
- New Mexico
- Oklahoma
- Texas

Patient: Hall Jr Terry (Last / First / MI) Date: 2.21.13

Address (City / State / Zip)

Phone: Cell: ☒ M ☐ F DOB:

Alternate Contact: Relation: Mother

Phone: Cell:

Primary Insurance Name BCBS SSN:

Policy #: Group #:

Secondary Insurance Name —

Policy #: Group #: —

Home Health: ☐ yes ☒ no Agency Name: Phone:

Hospice: ☐ yes ☒ no Agency Name: Phone:

Nursing Home: ☐ yes ☒ no Facility Name: Phone:

Skilled Bed: ☐ yes ☒ no Skilled Bed End Date:

Dialysis: ☐ yes ☒ no If yes, what days? Facility Name:

☒ WOUND Care Dx. / Reason for Referral: Lt Foot Cellulitis

Number of wounds? 1 Location of wounds: Lt Foot

Is patient bedbound? ☐ yes ☒ no

☒ PATIENT CAN SIGN CONSENT / ☐ NOT ABLE TO SIGN CONSENT

Transportation Method: ☒ PATIENT ☐ FAMILY ☐ OTHER

☐ AMBULATORY ☐ USES WHEELCHAIR ☐ NEEDS STRETCHER

☐ ALLERGIES: NONE

Has patient seen a vascular surgeon? ☐ yes ☒ no If yes, which one?

Medication regimen included? ☐ yes ☒ no Lab/test results included? ☐ yes ☐ no

*Any additional information:*

(Lakeview location) **Please FAX to (504) 835-6946**

Referral Source Name: Doctors After Hours Urgent Care (Print) Phone: 504 288 3456

Referral Source Type: ☒ Physician ☐ Discharge Planner ☐ Nurse Practitioner ☐ Nursing Home ☐ Home Health ☐ Other

Name of Person Completing This Form: Emily Phone: 504 288 3456

Primary Care Physician: Phone:

DOCTORS After Hours URGENT CARE AND WALK-IN CLINIC

**Date of Visit:** February 21, 2013
**Seen By:** Srinivas Kata, M. D.
**Location:** Doctors After Hours
101 West Robert E. Lee Blvd
New Orleans, LA 70124-2459
504-288-345[illegible]

**Guarantor:**
**Patient Name:** TERRY HALL JR.

**BLUE CROSS BLUE SHIELD**
P.O. Box 98029
Baton Rouge, LA 70898
**Policy Holder:** TERRY HALL JR.
**Relation:**
**DOB:**
**Gender:** M
**Employer:**
**Group #:**
**Insurance #:**
**Effective Date:**
**Type:** Primary

| Visit Date: | Description: | | Qty | Amount |
|---|---|---|---|---|
| 02/21/13 | [29550] - Strapping of toes | $78.58 | 1 | $78.58 |
| 02/21/13 | [73630] - X-ray exam of foot, complete | $61.70 | 1 | $61.70 |
| 02/21/13 | [96372] - Admin Injection [Qty: 2] | $43.68 | 2 | $87.36 |
| 02/21/13 | [99214] - Established 4 | $187.96 | 1 | $187.96 |
| 02/21/13 | [J1885] - Toradol IM 15 mg [Qty: 2] | $10.00 | 2 | $20.00 |
| 02/21/13 | [J2010] - Lincomycin injection [Qty: 2] | $20.00 | 2 | $40.00 |

| | |
|---|---|
| **Total Charges:** | $475.60 |
| **Total Payments:** | $40.00 |
| **Balance:** | $435.60 |

## Assessment/Plan

Abrasion NEC w/infection (919.1)
Cellulitis/abscess, foot (682.7)
Refill Bactrim DS 800-160 mg Tablet: Take 1 (Oral) 2 times per day for 10 days; Total Qty: 20 (Twenty) Tablet; No refills; DAW
* Prescription printed on 02/21/2013 13:12:00 by skata
Dermatitis, NOS (692.9)
Pain, foot (729.5)

**This is not a bill, receipt purposes only.** Charges are subject to review by Medical Director and Coding Specialist and may be adjusted if necessary. Current balance reflects payments made prior to claim submission to insurance company.

**Patient:** TERRY HALL JR.
**Seen On:** 02/21/2013 by Srinivas Kata, M. D.
**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

**Chief Complaint:** Patient comes in today for a Foot pain, Foot pain and Foot injury. (SOURCE: Patient)

**Vitals:** Taken at 1:17 PM:
BP: 138/87 mmHg
PULSE: 104 bpm
RESP: 18 breaths/min
TEMP: 98.6
WEIGHT: 180 lb(81.65 kg)
O2 SAT: 97%

**Allergies:** Active: No known allergies; No known drug allergies

**Current Meds:** Patient is not currently on any medications

**PMH:** Past Medical History is unremarkable

**Surgical History:** No Surgical History

**Social History:** Caffeine Use
Has 4 caffeinated drinks a day.
Drug Use
Patient denies drug use.
Exercise
Patient denies exercising.
Tobacco Use
Current every day smoker; Patient denies chewing tobacco.

**Family History:** PATERNAL GM has a Hx of Cancer
MOTHER has a Hx of Diabetes
MATERNAL GM has a Hx of Cancer

**History of Present Illness:** **Patient Reports:**
Foot pain [Onset: 2 Day(s) Acute; Char.: Reports Aching, Trauma]
Foot pain [Onset: 2 Day(s) Acute; Frequency: Constant; Char.: Reports Throbbing, Aching, Trauma; Mod. Fact.: Worse Activity; Treatment: No Change Rest; Location: Reports Left; Pattern: Reports Worse with activity]
Foot injury [Onset: 2 Day(s); Mod. Fact.: Worse Weight bearing; Free text: PT HIT FOOT ON A RECLINER. INJURY TO 4TH AND 5TH DIGITS.; Intensity: Now-9]

**Review of Systems:** Constitutional
**Patient Denies:** Fever; Chills; Fatigue; Weight loss; Night sweats; Weakness; Decrease in appetite; Rigors
Eyes
**Patient Denies:** Blurred vision; Diplopia; Excess tearing; Vision changes; Glasses/contacts; Eyelid redness; Eye discharge; Eye pain; Eye Matting; Eye Itching; Eye burning; Eye redness
ENT/Mouth
**Patient Denies:** Sore throat; Tinnitus; Discharge; Hearing loss; Popping of ears; Hoarseness; Halitosis; Toothache; Dentition condition; Earache; Hearing aid; Stuffy nose; Infections; Mouth breathing; Post-nasal drip; Bleeding gums; Oral lesions;

**Patient:** TERRY HALL JR
**Seen On:** 02/21/2013 by Srinivas Kata, M. D.

**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is HIGHLY CONFIDENTIAL. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such.

Dentures; Ear pressure; Sinus drainage; Sinus pressure; Ear pain; Ear drainage
Cardio
**Patient Denies:** Palpitations; Claudication; Chest pain; Orthopnea; DOE; P.n.d.; Angina; Murmur
Respiratory
**Patient Denies:** Asthma; Sputum; Hemoptysis; Dyspnea; Freq URI; Cough; Wheezing; Pleuritic; Shortness of breath
GI
**Patient Denies:** Colitis; Vomiting; Diarrhea; Nausea; Constipation; Rectal pain; Laxatives; Gas/indigestion; P.u.d; BM Changes; Melena; Jaundice; Hernia; Polyp; Stool mucus; Bloating; Rectal bleeding; Heartburn; Food intolerance; Divertic; Abdominal pain; Cramping; meal relation; Dysphagia; Hematemesis
GU
**Patient Denies:** Retention; Hematuria; Polyuria; Urgency; Testicle pain; Testicle lump; Impotence; Infertility; Dribbling; Incontinence: urinary; Nocturia; Urinary frequency; History of sexual abuse; History of STD; Dysuria; Pregnancy; burning urination
Musc/Skel
**Patient Denies:** Edema; Stiffness; Deformity; Varicose veins; Back pain; myalgias; arthralgias; Muscle spasm; Joint pain; Neck pain; Swelling
Skin/Breast
**Patient Denies:** Itch; Color change; Dermatitis; Rash; Breast lump; Erythema; Lesion; Abrasion; Ecchymosis
Hema/Lymph
**Patient Denies:** Easy bruising; Anemia; Bleeding; Swollen lymph nodes; Painful lymph nodes
Allergy/Immun
**Patient Denies:** Hives; Allergies; Chronic steroids; Recuring infections; AIDS
Neurologic
**Patient Denies:** Tremors; Dizziness; Headache; Numbness; Seizures; Tingling; Fainting; Muscle weakness; Ataxia; Paralysis/paresis; Memory loss; Unconsciousness; Cva; Speech difficulties; Speech impairment; Loss of consciousness
Psych
**Patient Denies:** Anxiety; Depression; Insomnia; Sexual problems; Therapy; Nightmares

**Exam:**

General - NORMAL: Patient is oriented to time, place and person, Well developed, No acute distress, Appears to be well nourished, Affect is normal, Normal hygiene
Skin, Hair, Nails - NORMAL: Normal skin temperature upon palpation, Normal skin moisture, No rashes noted, No abscess noted, No laceration(s) noted, Normal nails noted; ABNORMAL: Localized erythema noted, Foot abrasion noted
Eyes - NORMAL: PERRLA, Sclera normal, No corneal abnormalities noted, Lids and lashes are normal, Orthotropic, Normal conjunctiva
Ears - NORMAL: Normal TM(s), Hearing grossly intact bilaterally, Normal pinna bilaterally, Normal external canals bilaterally
Nose - NORMAL: Normal nasal mucosa, Nasal discharge absent, Normal appearing nose, Norrmal nostril(s) noted, Norrmal nasal cavity noted
Oral pharynx - NORMAL: Lips appear normal, Salivary glands appear unremarkable, Normal tongue, Normal gingiva, Normal appearing tonsils, Normal soft palate, Normal

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

Oral mucosa, Normal posterior pharynx
Neck - NORMAL: No deformity, Neck is supple, Normal thyroid palpation, Full range of motion noted
Lymph Nodes - NORMAL: No Lymphadenopathy noted on exam, No cervical adenopathy noted on exam, Submental lymph nodes normal on exam, Submandibular lymph nodes normal on exam, Supraclavicular nodes normal on exam, No preauricular nodes enlarged on exam, No postauricular nodes enlarged on exam
Chest/Lungs - NORMAL: Chest is clear to auscultation bilaterally upon exam, Normal and symmetrical appearing chest on exam, Chest is clear to percussion on exam, Chest is normal to palpation on exam
Abdominal - NORMAL: No evidence of hernia, Abdomen normal to inspection, Abdomen is normal to percussion, Abdomen normal to palpation, no masses, tenderness, organomegaly, Normoactive bowel sounds in all four quadrants
Neurological - NORMAL: Patient is orientated and alert, Cranial nerves intact bilaterally, Stregnth/motor skills are normal, Sensory exam normal
Musculoskeletal - NORMAL: Gait and stance normal, Normal musculoskeletal posture, Full range in motion to all four extremities without restriction; ABNORMAL: Left metatarsasphalageal joint painful to palpation, Left metatarsal heads painful to palpation
Psych - NORMAL: Memory appears normal, Insight appears normal, Judgement appears normal, Patient exhibits no danger to self or to others, Normal behavior noted, Patient is oriented to time, place and person, Mood appears to be Normal

**rocedures:**
Strapping of toes [29550] QTY (1) [Completed by: William Schacherl], Left, Notes: left 3rd to 4th after applying abx ointment and securing with tape, CMS present after application.
X-ray exam of foot, complete [73630] QTY (1) [Completed by: Emily James], Left
Admin Injection [96372] QTY (2) [Completed by: William Schacherl]
Toradol IM 15 mg [J1885] QTY (2) [Completed by: William Schacherl]
Lincomycin injection [J2010] QTY (2) [Completed by: William Schacherl]

**led**
**dministration:**
Toradol was administered.
Dose verified as 30 mg via injection intramuscularly to the right Gluteus Maximus on 02/21/2013 at 1:28 PM.
Patient was observed for 15 minutes and medication was tolerated well.

**led**
**dministration 2:**
Lincomycin was administered.
Dose verified as 450 mg via injection intramuscularly to the left Gluteus Maximus on 02/21/2013 at 1:28 PM.
Patient was observed for 15 minutes and medication was tolerated well.

**Vound Dressings:**
Applied Non-Stick Dressing with Antibiotic Ointment and Gauze.
COMMENTS: applied to left foot to webbing between 3rd & 4th digit- then 3rd & 4th straped together.

**ssessment/Plan:**
**Cellulitis/abscess, foot (682.7)**
Refill Bactrim DS 800-160 mg Tablet: Take 1 (Oral) 2 times per day for 10 days; Total Qty: 20 (Twenty) Tablet; No refills; DAW

**atient:** TERRY HALL JR. **Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556
**een On:** 02/21/2013 by Srinivas Kata, M. D.

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

* Prescription printed on 02/21/2013 13:12:00 by skata

**Abrasion NEC w/infection (919.1)**
**Dermatitis, NOS (692.9)**
**Pain, foot (729.5)**

**rders:**
Order Results - X-ray exam of foot, complete
Order Results - Toradol IM 15 mg
Order Results - Admin Injection
Order Results - Lincomycin injection
Order Results - Strapping of toes

**ignature:** This record was electronically signed by Srinivas Kata, M. D. on 02/28/2013 at 13:13

DOCTORS After Hours URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd
Metairie, LA 70006-5123
Ph: 504.885.8700
Fx: 504.885.8701

1000 Clearview Pkwy
Metairie, LA 70001-3416
Ph: 504.455.4433
Fx: 504.455.4490

101 W Robert E Lee Blvd Ste 100
New Orleans, LA 70124-2459
Ph: 504.288.3456
Fx: 504.288.3556

# PATIENT INFORMATION

Terry Matthew Hall Sr
Name (First, Middle, Last)

[redacted] 70122
Zip
Sex ☑ M ☐ F

Date of Birth Age

Home Phone

[redacted] Email

Responsible Party or Parents Name (if minor) Guar. BOD

Patient's employer or parent occupation

Work Phone

Spouse's Name

Employer (Spouse's)

Work Phone (Spouse's)

Cell Number Email

In case of emergency who should we contact?

[redacted]

Telephone

Primary Care Physician

Information concerning your care provided by Doctors After Hours will be forwarded to your referring doctor/source unless otherwise specified

**PLEASE PRESENT YOUR INSURANCE CARD TO THE RECEPTIONIST**

**Primary Insurance Carrier**

Insurance Company Name Insurance Phone

Address

City State Zip

Policy Number Liro Horoio Group Number 4/20/05

**Insured Name** **Insured SSN & DOB**

Patient's relationship to insured:
☐ Self ☐ Spouse ☑ Dependant ☐ Other

**Secondary Insurance Carrier**

Insurance Company Name Insurance Phone

Address

City State Zip

Policy Number Group Number

**Insured Name** **Insured SSN & DOB**

Patient's relationship to insured:
☐ Self ☐ Spouse ☐ Dependant ☐ Other

Please remember insurance is considered a method of reimbursing the patient for fees paid to the doctor and is not a substitute for payment. Some companies pay fixed allowances for certain procedures and others pay a percentage of the charge. It is your responsibility to pay any deductible amount, co-insurance, or any other balance not paid for by your insurance.

**IN ORDER TO CONTROL COST OF BILLING, WE REQUEST CHARGES FOR OFFICE VISITS BE PAID AT THE CONCLUSION OF EACH VISIT.**

I authorize the release of any medical information necessary to determine liability for payment and to obtain reimbursement on any claim. I request payment of authorized benefits be made on my behalf. I assign the benefits payable for all medical and/or surgical benefits, to include major medical benefits to which I am entitled, including Medicare, private insurance and other agency reimbursements to Doctors After Hours. This assignment will remain in effect until revoked by me in writing. A photocopy of this assignment is to be considered as valid as an original. I understand that I am financially responsible for all charges whether or not paid by insurance. I hereby authorize said assignee to release all information necessary to secure the payment.

Signature: Terry Hall Jr. Date: 4-16-14

DOCTORS After Hours

5236 Veterans Blvd. Metairie, LA 70006 Ph: 504.885.8700 Fax: 504.885.8701

1000 Clearview Pkwy Metairie, LA 70001 Ph: 504.455.4433 Fax: 504.455.4490

101 W. Robert E. Lee Blvd. Ste. 100 New Orleans, LA 70124 Ph: 504.288.3456 Fax: 504.288.3556

**MEDICAL HISTORY:**

**PATIENT NAME:** Troy M Hall Sr **REASON FOR VISIT:** Boil on Knee

**ALLERGIES:** None

Is this visit related to: Motor Vehicle Accident: ___Y___N
Work Injury: ___Y___N Date of Injury ______

LAST MENSTRUAL PERIOD DATE: ________ PREGNANT: ☐ Y ☐ N BREASTFEEDING: ☐ Y ☐ N

**PLEASE CHECK ANY OF THESE CONDITIONS YOU HAVE HAD IN THE PAST:**

| | | | | |
|---|---|---|---|---|
| ☐ HEART DISEASE | ☐ LIVER DISEASE | ☐ LUMBAR SPINE DISORDER | ☐ HIGH BLOOD PRESSURE | ☐ BOWEL DISEASE |
| ☐ SEVERE HEADACHES | ☐ HIGH CHOLESTEROL | ☐ CANCER (PAST OR PRESENT) | ☐ TUBERCULOSIS/TB | ☐ LUNG DISEASE/ASTHMA |
| ☐ MUSCLE DISEASE | ☐ DIABETES | ☐ BLOOD CLOTS | ☐ SLEEP APNEA | ☐ STOMACH DISEASE |
| ☐ SEIZURES | ☐ LOW BLOOD SUGAR | ☐ BLEEDING TENDENCY | ☐ DEPRESSION | |
| ☐ THYROID DISEASE | ☐ STROKE | ☐ CHRONIC SKIN DISEASE | ☐ MENTAL HEALTH PROBLEMS | |
| ☐ JOINT REPLACEMENT | ☐ NERVE IMPAIRMENT | ☐ CERVICAL SPINE DISORDER | ☐ ANEMIA (OR OTHER BLOOD DISEASE) | |
| ☐ KIDNEY, BLADDER OR PROSTATE REPLACEMENT | | ☐ OTHER: ______ | | |

**CURRENT MEDICATIONS (INCLUDES NON-PRESCRIPTION AND PRESCRIPTION PRODUCTS) PLEASE INCLUDE DOSAGE**

1.______ 2.______ 3.______ 4.______
5.______ 6.______ 7.______ 8.______

**PERSONAL HABITS**

Do you drink caffeinated beverages (coffee, tea, soda)? Y ✓ N___ Daily Intake? Not
Do you drink alcoholic beverages? Y___N ✓ If yes___ drinks/☐day, ☐ week, ☐ month
Do you smoke or chew tobacco? Y ✓ N___ If yes___/day,___ years of use. If no, any prior nicotine use? 13y years

**ORTHOPEDIC OR OTHER MAJOR SURGERIES**

Approximate Date:______ Surgery______
Approximate Date:______ Surgery______
Approximate Date:______ Surgery______
Approximate Date:______ Surgery______

**FAMILY HISTORY** (PLEASE CHECK ANY CONDITIONS THAT RUN IN YOUR FAMILY) LIST FATHER, MOTHER, SISTER, BROTHER, MATERNAL OR PATERNAL GM/GF

| | | |
|---|---|---|
| ☐ HEART DISEASE | ☐ STROKE | ☑ DIABETES Mother |
| ☐ HIGH BLOOD PRESSURE | ☐ ANEURYSMS | ☐ THYROID DISEASE |
| ☐ HIGH CHOLESTEROL | ☐ MENTAL DISORDERS | ☑ CANCER: TYPE Breast / grandmother |
| ☐ DISEASE, OTHER | ☐ OTHER | |

## OFFICE USE ONLY:

DOB: ______ PT ID: 02312 DATE: 4/12/14
INSURANCE: BCBU J40

BP: 114/66 P: 92 Res: 18 Temp: 99.5 Wt: 175 LBS. O2: 98 %

CHIEF COMPLAINT: abscess on L knee PAIN SCORE: 1 2 3 4 5 6 (7) 8 9 10 /10
warm to the touch
painful
Ø discharge
x 4 day
hx of this
1 yr ago

| LABS: | SHOTS: BC 9.53<br>Linc 450 mg (L)<br>celestone 4.5 (L) | X-RAYS: | PROCEDURES: | MISC: |
|---|---|---|---|---|

**PLAN:** I+D Left Knee abscess 2cm Bactrim DS

# Louisiana

*Dup*

Don't Drink And Drive
Don't Litter Louisiana

## PERSONAL DRIVER'S LICENSE

| LICENSE NO | CLASS | EXPIRATION DATE |
|---|---|---|
| 00[illegible]49 | [illegible] | 07-03-2016 |

ENDORSEMENTS

RESTRICTIONS 01

HALL, TERRY MATTHEW JR

[redacted]

DATE OF BIRTH [redacted]

SS NUMBER [illegible]

PARISH [illegible]

| SEX | HGT | WGT | ISSUE DATE | OFFICE | AUDIT |
|---|---|---|---|---|---|
| M | 5-07 | [illegible] | [illegible] | [illegible] | 3220 |



ENDORSEMENTS:

RESTRICTIONS: Cor[illegible]ions

Donor __Y __N / Living Will __Y __N

Holder of license must be 21 years of age or older to utilize the privileges of this license in interstate commerce pursuant to 49 Code of Federal Regulations 391.11

*Renewable 90 days prior to expiration.*

Mail-in Sticker

www.dps.state.la.us/omv/home.html

**BlueCross BlueShield of Louisiana**

PreferredCare PPO

An independent licensee of the Blue Cross and Blue Shield Association.

Member Name:
**LISA L. HAROLD**
Member ID:

WHITNEY BANK

| | | | |
|---|---|---|---|
| Grp/Subgroup: | | Physician/Office Co-Pay | **$25** |
| RxMbr ID: | | Deductible | **$500** |
| RxBIN: | | Coinsurance: Preferred | **80% / 20%** |
| RxGrp: | **BSLA** | All Other Providers | **60% / 40%** |
| **BC PLAN 170** | **BS PLAN 670** | Specialty Co-Pay | **$40** |

04BA0039 10/08

PPO

**BlueCross BlueShield of Louisiana**

An independent licensee of the Blue Cross and Blue Shield Association

Hospitals and Physicians: File claims with your local Blue Cross and/or Blue Shield Plan.
Authorization required on some services.
File Medicare primary claims with Medicare.

Blue Cross and Blue Shield of Louisiana provides administrative services only and does not assume any financial risk for claims.

EXPRESS SCRIPTS®

www.bcbsla.com

| | |
|---|---|
| Customer Service | 800-495-2583 |
| Blue Card Access | 800-810-2583 |
| Authorizations | 800-523-6435 |
| Member Drug Questions | 866-781-7533 |
| Pharmacy Help Desk | 800-824-0898 |

Blue Cross and Blue Shield of Louisiana
P.O. Box 98029
Baton Rouge, LA 70898-9029

Printed: 2/3/2012

Pharmacy Benefits Administrator

# Health Care Benefits

Member Name TERRY HALL JR

## URGENT CARE COPAYMENT

URGENT CARE FACILITY COPAYMENT
Preferred Providers
- $40.00 per visit

All Other Providers
- All eligible services are subject to the Deductible and Coinsurance.

AA

Disclaimer:

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed, and as interpreted by BCBSLA. The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate, including, without limitation, eligibility, waiting periods, exclusions, medical waivers or riders, deductibles, coinsurance, copayments, coordination of benefits, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers and/or for care not authorized by BCBSLA, where required, will be subject to non-network benefits, if applicable.

# Health Care Benefits Summary

## Medical

| | |
|---|---|
| Contract ID | |
| Subscriber Name | LISA HAROLD |
| Member Name | TERRY HALL JR |
| Member DOB | |
| Relation to Sub | CHILD |
| Sex | MALE |
| Health Eff Dt | 01/01/2014 |
| Health Port Dt | 01/06/2009 |
| Contract Status | Active |
| Contract Type | GROUPCARE PREFERRED CARE |
| Pre-Cert Reqmts | |
| 2nd Surg Opin | |
| Direct Access | YES |

## Co Pays

| | Co Pays | EPO Co Pays |
|---|---|---|
| Office Visit | $25.00 | N/A |
| Outpatient Surgical | N/A | N/A |
| Emergency Room | $100.00 | N/A |
| Inpatient Hospital(In-network) | $250.00 | N/A |
| Inpatient Hosp Max | N/A | N/A |
| Inpatient Hosp (Out-of-network) | N/A | N/A |
| Outpatient XRay & Lab | N/A | N/A |
| Outpatient Phys Thrpy | N/A | N/A |
| Outpatient Spch Thrpy | N/A | N/A |
| Cardiac Rehab | N/A | N/A |
| Vision Services | N/A | N/A |
| Outpatient Prof | N/A | N/A |
| Specialist | $40.00 | N/A |

## Accumulations

| | PAR AMOUNTS | NON-PAR AMOUNTS | EPO AMOUNTS |
|---|---|---|---|
| DEDUCTIBLE AMOUNT: | $750.00 | $1,500.00 | N/A |
| DEDUCTIBLE REMAINING: | $750.00 | $1,500.00 | N/A |
| OUT-OF-POCKET AMOUNT: | $4,500.00 | $0.00 | N/A |
| OUT-OF-POCKET REMAINING | $4,500.00 | $0.00 | N/A |
| LIFETIME MAXIMUM: | $0.00 | $0.00 | N/A |
| LIFETIME REMAINING: | $0.00 | $0.00 | N/A |

## Primary Care Physician

Not Applicable

## Co Insurance

| | |
|---|---|
| Par Percentage | 80% |
| Non-Par Percentage | 60% |
| EPO Percentage | N/A% |

## Mental & Nervous/Substance Abuse

## Wellness

## Disclaimer

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed, and as interpreted by BCBSLA. The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate, including, without limitation, eligibility, waiting periods, exclusions, medical waivers or riders, deductibles, coinsurance, copayments, coordination of benefits, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers and/or for care not authorized by BCBSLA, where required, will be subject to non-network benefits, if applicable.

DOCTORS
After Hours
URGENT CARE AND WALK-IN CLINIC

**Date of Visit:** April 12, 2014
**Seen By:** Srinivas Kata, M. D.
**Location:** Doctors After Hours
101 West Robert E. Lee Blvd
New Orleans, LA 70124-2459
504-288-3456

**BLUE CROSS BLUE SHIELD**
P.O. Box 98029
Baton Rouge, LA 70898
**Policy Holder:** TERRY HALL JR.
**Relation:**
**DOB:**
**Gender:** M
**Employer:**
**Group #:**
**Insurance #:**
**Effective Date:**
**Type:** Primary

**Guarantor:**
**Patient Name:** TERRY HALL JR.

Gender:M

| Visit Date: | Description: | | Qty | Amount |
|---|---|---|---|---|
| 04/12/14 | [96372] - Admin Injection [Qty: 2] | $43.68 | 2 | $87.36 |
| 04/12/14 | [99214] - Established 4 | $187.96 | 1 | $187.96 |
| 04/12/14 | [J0702] - Celestone 3 mg [Qty: 2] | $13.10 | 2 | $26.20 |
| 04/12/14 | [J2010] - Lincomycin injection [Qty: 2] | $20.00 | 2 | $40.00 |

| | |
|---|---|
| **Total Charges:** | $341.52 |
| **Total Payments:** | $40.00 |
| **Balance:** | $301.52 |

## Assessment/Plan

Abrasion NEC w/infection (919.1)
Cellulitis/abscess, leg (682.6)
Continue Bactrim DS 800-160 mg Tablet: Take 1 (Oral) 2 times per day for 10 days; Total Qty: 20 (Twenty) Tablet; No refills; DAW
* Prescription printed on 04/12/2014 09:32:00 by skata
Contusion, knee (924.11)
Pain, knee (719.46)
Swelling, knee (719.06)

**This is not a bill, receipt purposes only.** Charges are subject to review by Medical Director and Coding Specialist and may be adjusted if necessary. Current balance reflects payments made prior to claim submission to insurance company.

**Patient:** TERRY HALL JR.
**Seen On:** 04/12/2014 by Srinivas Kata, M. D.

**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

**Chief Complaint:** Patient comes in today for a Abscess, Injury/pain to knee, Knee pain - Left and KNEE SWEELING. (SOURCE: Patient)

**Vitals:** Taken at 10:02 AM:
- BP: 114/66 mmHg
- PULSE: 92 bpm
- RESP: 18 breaths/min
- TEMP: 99.5
- WEIGHT: 175 lb(79.38 kg)
- O2 SAT: 98%

**Allergies:** Active: No known allergies; No known drug allergies

**Current Meds:** Patient is not currently on any medications

**PMH:** Past Medical History is unremarkable

**Surgical History:** No Surgical History

**Social History:**
Caffeine Use
  Has 4 caffeinated drinks a day.
Drug Use
  Patient denies drug use.
Exercise
  Patient denies exercising.
Tobacco Use
  Current every day smoker; Patient denies chewing tobacco.

**Family History:**
PATERNAL GM has a Hx of Cancer
MOTHER has a Hx of Diabetes
MATERNAL GM has a Hx of Cancer

**History of Present Illness:**
**Patient Reports:**
Abscess [Onset: 4 Day(s) Acute; Frequency: 4 Day(s); Duration: 4 Day(s); Char.: Reports Painful, Warm/hot; Location: Reports Left]
Injury/pain to knee [Onset: 4 Day(s); Frequency: 4 Day(s); Duration: 4 Day(s)]
Knee pain - Left [Onset: 4 Day(s); Frequency: 4 Day(s); Duration: 4 Day(s)]
KNEE SWEELING [Onset: 4 Day(s); Frequency: 4 Day(s); Duration: 4 Day(s)]

**Review of Systems:**
Constitutional
**Patient Denies:** Fever; Chills; Fatigue; Weight loss; Night sweats; Weakness; Decrease in appetite; Rigors
Eyes
**Patient Denies:** Blurred vision; Diplopia; Excess tearing; Vision changes; Glasses/contacts; Eyelid redness; Eye discharge; Eye pain; Eye Matting; Eye Itching; Eye burning; Eye redness
ENT/Mouth
**Patient Denies:** Sore throat; Tinnitus; Discharge; Hearing loss; Popping of ears; Hoarseness; Halitosis; Toothache; Dentition condition; Earache; Hearing aid; Stuffy nose; Infections; Mouth breathing; Post-nasal drip; Bleeding gums; Oral lesions; Dentures; Ear pressure; Sinus drainage; Sinus pressure; Ear pain; Ear drainage

**Patient:** TERRY HALL JR.
**Seen On:** 04/12/2014 by Srinivas Kata, M. D.

**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

Cardio
**Patient Denies:** Chest pain; Claudication; Palpitations; Orthopnea; Murmur; Angina; P.n.d.; DOE
Respiratory
**Patient Denies:** Dyspnea; Hemoptysis; Sputum; Freq URI; Asthma; Shortness of breath; Pleuritic; Wheezing; Cough
GI
**Patient Denies:** Colitis; Vomiting; Diarrhea; Nausea; Constipation; Rectal pain; Laxatives; Gas/indigestion; P.u.d; BM Changes; Melena; Jaundice; Hernia; Polyp; Stool mucus; Bloating; Rectal bleeding; Heartburn; Food intolerance; Divertic; Abdominal pain; Cramping; meal relation; Dysphagia; Hematemesis
GU
**Patient Denies:** Retention; Hematuria; Polyuria; Urgency; Testicle pain; Testicle lump; Impotence; Infertility; Dribbling; Incontinence: urinary; Nocturia; Urinary frequency; History of sexual abuse; History of STD; Dysuria; Pregnancy; burning urination
Musc/Skel
**Patient Denies:** Edema; Stiffness; Deformity; Varicose veins; Back pain; myalgias; arthralgias; Muscle spasm; Joint pain; Neck pain; Swelling
Skin/Breast
**Patient Denies:** Itch; Color change; Dermatitis; Rash; Breast lump; Erythema; Lesion; Abrasion; Ecchymosis
Hema/Lymph
**Patient Denies:** Easy bruising; Bleeding; Painful lymph nodes; Swollen lymph nodes; Anemia
Allergy/Immun
**Patient Denies:** Allergies; Chronic steroids; Recuring infections; Hives; AIDS
Neurologic
**Patient Denies:** Tremors; Dizziness; Headache; Numbness; Seizures; Tingling; Fainting; Muscle weakness; Ataxia; Paralysis/paresis; Memory loss; Unconsciousness; Cva; Speech difficulties; Speech impairment; Loss of consciousness
Psych
**Patient Denies:** Anxiety; Depression; Insomnia; Sexual problems; Therapy; Nightmares

**Exam:**

General - NORMAL: Patient is oriented to time, place and person, Well developed, No acute distress, Appears to be well nourished, Affect is normal, Normal hygiene
Skin, Hair, Nails - NORMAL: Normal skin temperature upon palpation, Normal skin moisture, No rashes noted, No abscess noted, No laceration(s) noted, Normal nails noted; ABNORMAL: Localized erythema noted
Eyes - NORMAL: PERRLA, Sclera normal, No corneal abnormalities noted, Lids and Lashes are normal, Orthotropic, Normal conjunctiva
Ears - NORMAL: Normal TM(s), Hearing grossly intact bilaterally, Normal pinna bilaterally, Normal external canals bilaterally
Nose - NORMAL: Normal nasal mucosa, Nasal discharge absent, Normal appearing nose, Norrmal nostril(s) noted, Norrmal nasal cavity noted
Oral pharynx - NORMAL: Lips appear normal, Salivary glands appear unremarkable, Normal tongue, Normal gingiva, Normal appearing tonsils, Normal soft palate, Normal oral mucosa, Normal posterior pharynx

**Patient:** TERRY HALL JR.
**Seen On:** 04/12/2014 by Srinivas Kata, M. D.

**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

Neck - NORMAL: No deformity, Neck is supple, Normal thyroid palpation, Full range of motion noted
Lymph Nodes - NORMAL: No Lymphadenopathy noted on exam, No cervical adenopathy noted on exam, Submental lymph nodes normal on exam, Submandibular lymph nodes normal on exam, Supraclavicular nodes normal on exam, No preauricular nodes enlarged on exam, No postauricular nodes enlarged on exam
Chest/Lungs - NORMAL: Chest is clear to auscultation bilaterally upon exam, Normal and symmetrical appearing chest on exam, Chest is clear to percussion on exam, Chest is normal to palpation on exam
Abdominal - NORMAL: No evidence of hernia, Abdomen normal to inspection, Abdomen is normal to percussion, Abdomen normal to palpation, no masses, tenderness, organomegaly, Normoactive bowel sounds in all four quadrants
Neurological - NORMAL: Patient is orientated and alert, Cranial nerves intact bilaterally, Stregnth/motor skills are normal, Sensory exam normal
Musculoskeletal - NORMAL: Gait and stance normal, Normal musculoskeletal posture, Full range in motion to all four extremities without restriction; ABNORMAL: Medial Tenderness Left Knee, Medial Swelling in Left Knee, Medial Erythema Left Knee
Psych - NORMAL: Memory appears normal, Insight appears normal, Judgement appears normal, Patient exhibits no danger to self or to others, Normal behavior noted, Patient is oriented to time, place and person, Mood appears to be Normal

**Procedures:**
Admin Injection [96372] QTY (2) [Completed by: Alyssa Albrecht]
Celestone 3 mg [J0702] QTY (2) [Completed by: Alyssa Albrecht]
Lincomycin injection [J2010] QTY (2) [Completed by: Alyssa Albrecht]

**Med Administration:**
Celestone was administered.
Dose verified as 4.5 mg via injection intramuscularly to the right Gluteus Maximus on 04/12/2014 at 10:03 AM.
Patient was observed for 15 minutes and medication was tolerated well.
Patient was discharged home on own accord.
Notes: DONE BY BCAT

**Med Administration 2:**
Lincomycin was administered.
Dose verified as 450 mg via injection intramuscularly to the left Gluteus Maximus on 04/12/2014 at 10:03 AM.
Patient was observed for 15 minutes and medication was tolerated well.
Patient was discharged home on own accord.
Notes: DONE BY BCAT

**Assessment/Plan:**
**Cellulitis/abscess, leg (682.6)**
Continue Bactrim DS 800-160 mg Tablet: Take 1 (Oral) 2 times per day for 10 days; Total Qty: 20 (Twenty) Tablet; No refills; DAW
* Prescription printed on 04/12/2014 09:32:00 by skata
**Pain, knee (719.46)**
**Abrasion NEC w/infection (919.1)**
**Swelling, knee (719.06)**
**Contusion, knee (924.11)**

**Patient:** TERRY HALL JR.
**Seen On:** 04/12/2014 by Srinivas Kata, M. D.
**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

**Orders:**
Order Results - Celestone 3 mg
Order Results - Admin Injection
Order Results - Lincomycin injection

**Signature:** This record was electronically signed by Srinivas Kata, M. D. on 04/23/2014 at 10:59

DOCTORS After Hours
URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd
Metairie, LA 70006-5123
Ph: 504.885.8700
Fx: 504.885.8701

1000 Clearview Pkwy
Metairie, LA 70001-3416
Ph: 504.455.4433
Fx: 504.455.4490

101 W Robert E Lee Blvd Ste 100
New Orleans, LA 70124-2458
Ph: 504.288.3456
Fx: 504.288.3556

# PATIENT INFORMATION

Travis Matthew Hall Sr

[redacted]

Zip

Sex ☒ M ☐ F

Home Phone

[redacted]

Email

Social Security Number

Responsible Party or Parents Name (if minor) Guar. BOD

Patient's employer or parent occupation

Work Phone

Spouse's Name

Employer (Spouse's)

Work Phone (Spouse's)

Cell Number Email

In case of emergency who should we contact?

[redacted]

Primary Care Physician

Information concerning your care provided by Doctors After Hours will be forwarded to your referring doctor/source unless otherwise specified

**PLEASE PRESENT YOUR INSURANCE CARD TO THE RECEPTIONIST**

**Primary Insurance Carrier**

Insurance Company Name Insurance Phone

Address

City State Zip

Policy Number ) Lwoi H0Y010 Group Number

Insured Name Insured SSN & DOB

Patient's relationship to insured:
☐ Self ☐ Spouse ☒ Dependant ☐ Other

**Secondary Insurance Carrier**

Insurance Company Name Insurance Phone

Address

City State Zip

[redacted] Group Number

Insured SSN & DOB

Patient's relationship to insured:
☐ Self ☐ Spouse ☐ Dependant ☐ Other

Please remember insurance is considered a method of reimbursing the patient for fees paid to the doctor and is not a substitute for payment. Some companies pay fixed allowances for certain procedures and others pay a percentage of the charge. It is your responsibility to pay any deductible amount, co-insurance, or any other balance not paid for by your insurance.

**IN ORDER TO CONTROL COST OF BILLING, WE REQUEST CHARGES FOR OFFICE VISITS BE PAID AT THE CONCLUSION OF EACH VISIT.**

I authorize the release of any medical information necessary to determine liability for payment and to obtain reimbursement on any claim. I request payment of authorized benefits be made on my behalf. I assign the benefits payable for all medical and/or surgical benefits, to include major medical benefits to which I am entitled, including Medicare, private insurance and other agency reimbursements to Doctors After Hours. This assignment will remain in effect until revoked by me in writing. A photocopy of this assignment is to be considered as valid as an original. I understand that I am financially responsible for all charges whether or not paid by insurance. I hereby authorize said assignee to release all information necessary to secure the payment.

Signature 4-16-14 Date

DOCTORS After Hours URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd. Metairie, LA 70006 Ph: 504.885.8700 Fx: 504.885.8701

1000 Clearview Pkwy Metairie, LA 70001 Ph: 504.455.4433 Fx: 504.455.4490

101 W. Robert E. Lee Blvd. Ste. 100 New Orleans, LA 70124 Ph: 504.288.3456 Fx: 504.288.3556

Patient Name: Terry Hall
Please Print
Patient DOB: ____

REASON FOR VISIT: abscesses

ALLERGIES: None

Is this visit related to: Motor vehicle Accident: ___Y___N
Work Injury: ___Y___ Date of Injury ____

LAST MENSTRUAL PERIOD DATE: ____ PREGNANT: ___Y ___N BREASTFEEDING: ___Y___N

1. LIST ANY NEW MEDICATION (INCLUDES NON-PRESCRIPTION PRODUCTS)SINCE YOUR LAST VISIT:
None

2. LIST ANY NEW CONDITIONS THAT YOU HAVE BEEN DIAGNOSED WITH SINCE YOUR LAST VISIT:
None

Signature: [signature] Print Name: Terry Hall Sr. Date: 9-17-14

[redacted] DOB PT ID: 02312 DATE: 9.17.14

LAST DOS: 4.12.14 INSURANCE: BCBS $40

BP: 126/74 P: 82 Res: 19 Temp: 98.5 Wt: 150 LBS. O2: 99 %

CHIEF COMPLAINT: x 1 week
Abscess (2) on R leg
redness
swelling
discharge

PAIN SCORE: 1 2 3 4 5 6 7 8 9 10 /10

burning
ø fever
ø N/V

| LABS: | SHOTS: PO $140<br>R Rocephin 150?<br>R Celestone 450 | X-RAYS: | PROCEDURES: | MISC: |
|---|---|---|---|---|

PLAN: Cellulitis · Bactrim DS

BlueCross BlueShield of Louisiana

An independent licensee of the Blue Cross and Blue Shield Association.

PreferredCare PPO

Member Name:
**LISA L. HAROLD**
Member ID:
**WHK201088125**

WHITNEY BANK

| | | | |
|---|---|---|---|
| Grp/Subgroup: | [illegible] | Physician/Office Co-Pay | $25 |
| RxMbr ID: | | Deductible | $750 |
| RxBIN: | | Coinsurance: Preferred | 80% / 20% |
| RxGrp: | | All Other Providers | 60% / 40% |
| BC PLAN 170 | BS PLAN 670 | Specialty Co-Pay | $40 |

04BA0039 10/08

PPO

BlueCross BlueShield of Louisiana

www.bcbsla.com

Customer Service ........ 800-495-2583
Blue Card Access ........ 800-810-2583
Authorizations ........ 800-523-6435
Member Drug Questions ........ 888-781-7533
Pharmacy Help Desk ........ 800-824-0898

Hospitals and Physicians: File claims with your local Blue Cross and/or Blue Shield Plan.
Authorization required on some services.
File Medicare primary claims with Medicare

Blue Cross and Blue Shield of Louisiana
P.O. Box 98029
Baton Rouge, LA 70898 9029

Blue Cross and Blue Shield of Louisiana provides administrative services only and does not assume any financial risk for claims

Printed: 12/28/2017

EXPRESS SCRIPTS

Pharmacy Benefits Administrator

# Health Care Benefits Summary

## Medical

| | |
|---|---|
| Contract ID | WHK201066125 |
| Subscriber Name | LISA HAROLD |
| Member Name | TERRY HALL JR |
| Member DOB | |
| Relation to Sub | CHILD |
| Sex | MALE |
| Health Eff Dt | 01/01/2014 |
| Contract Status | Active |
| Contract Type | GROUPCARE PREFERRED CARE |
| Pre-Cert Reqmts | |
| 2nd Surg Opin | |

| Co Pays | | EPO Co Pays | QBPC Co Pays |
|---|---|---|---|
| Office Visit | $25.00 | N/A | N/A |
| Outpatient Surgical | N/A | N/A | N/A |
| Emergency Room | $100.00 | N/A | N/A |
| Inpatient Hospital(In-network) | $250.00 | N/A | N/A |
| Inpatient Hosp Max | N/A | N/A | N/A |
| Inpatient Hosp (Out-of-network) | N/A | N/A | N/A |
| Outpatient XRay & Lab | N/A | N/A | N/A |
| Outpatient Phys Thrpy | N/A | N/A | N/A |
| Outpatient Spch Thrpy | N/A | N/A | N/A |
| Cardiac Rehab | N/A | N/A | N/A |
| Vision Services | N/A | N/A | N/A |
| Outpatient Prof | N/A | N/A | N/A |
| Specialist | $40.00 | N/A | N/A |

## Accumulations

| | PAR AMOUNTS | NON-PAR AMOUNTS | EPO AMOUNTS |
|---|---|---|---|
| DEDUCTIBLE AMOUNT: | $750.00 | $1,500.00 | N/A |
| DEDUCTIBLE REMAINING: | $750.00 | $1,500.00 | N/A |
| OUT-OF-POCKET AMOUNT: | $4,500.00 | $0.00 | N/A |
| OUT-OF-POCKET REMAINING: | $4,456.59 | $0.00 | N/A |
| LIFETIME MAXIMUM: | $0.00 | $0.00 | N/A |
| LIFETIME REMAINING: | $0.00 | $0.00 | N/A |

## Primary Care Physician

Not Applicable

## Co Insurance

| | |
|---|---|
| Par Percentage | 80% |
| Non-Par Percentage | 60% |
| EPO Percentage | N/A% |

## Mental & Nervous/Substance Abuse

## Wellness

## Disclaimer

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed, and as interpreted by BCBSLA.The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate, including, without limitation, eligibility, waiting periods, exclusions, deductibles, coinsurance, copayments, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers will be subject to non-network benefits, if applicable.

# Health Care Benefits

Member Name TERRY HALL JR

## URGENT CARE COPAYMENT

URGENT CARE FACILITY COPAYMENT
Preferred Providers
- $40.00 per visit

All Other Providers
- All eligible services are subject to the Deductible and Coinsurance.

Disclaimer:

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed, and as interpreted by BCBSLA.The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate, including, without limitation, eligibility, waiting periods, exclusions, deductibles, coinsurance, copayments, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers will be subject to non-network benefits, if applicable.

DOCTORS After Hours
URGENT CARE AND WALK-IN CLINIC

**Date of Visit:** September 17, 2014
**Seen By:** Srinivas Kata, M. D.
**Location:** Doctors After Hours
101 West Robert E. Lee Blvd
New Orleans, LA 70124-2459
504-288-345[illegible]

**Guarantor:**
**Patient Name:** TERRY HALL JR.

**BLUE CROSS BLUE SHIELD**
P.O. Box 98029
Baton Rouge, LA 70898
**Policy Holder:** TERRY HALL JR.
**Relation:**
**DOB:**
**Gender:** M
**Employer:**
**Group #:**
**Insurance #:**
**Effective Date:**
**Type:** Primary

| Visit Date: | Description: | | Qty | Amount |
|---|---|---|---|---|
| 09/17/14 | [96372] - Admin Injection [Qty: 2] | $43.68 | 2 | $87.36 |
| 09/17/14 | [99214] - Established 4 | $187.96 | 1 | $187.96 |
| 09/17/14 | [J0702] - Celestone 3 mg [Qty: 2] | $13.10 | 2 | $26.20 |
| 09/17/14 | [J2010] - Lincomycin injection [Qty: 2] | $20.00 | 2 | $40.00 |

**Total Charges:** $341.52
**Total Payments:** $40.00
**Balance:** $301.52

## Assessment/Plan

Abrasion NEC w/infection (919.1)
Cellulitis/abscess, leg (682.6)
Continue Bactrim DS 800-160 mg Tablet: Take 1 (Oral) 2 times per day for 10 days; Total Qty: 20 (Twenty) Tablet; No refills; DAW
* Prescription printed on 09/17/2014 17:19:00 by skata
Pain, knee (719.46)

**This is not a bill, receipt purposes only.** Charges are subject to review by Medical Director and Coding Specialist and may be adjusted if necessary. Current balance reflects payments made prior to claim submission to insurance company.

**Patient:** TERRY HALL JR.
**Seen On:** 09/17/2014 by Srinivas Kata, M. D.

**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

**Chief Complaint:** Patient comes in today for a Abscess.

**Vitals:** Taken at 5:20 PM:
- BP: 126/74 mmHg
- PULSE: 82 bpm
- RESP: 19 breaths/min
- TEMP: 98.5
- WEIGHT: 150 lb(68.04 kg)
- O2 SAT: 99%

**Allergies:** Active: No known allergies; No known drug allergies

**Current Meds:** Patient is not currently on any medications

**PMH:** Past Medical History is unremarkable

**Surgical History:** No Surgical History

**Social History:**
Caffeine Use
 Has 4 caffeinated drinks a day.
Drug Use
 Patient denies drug use.
Exercise
 Patient denies exercising.
Tobacco Use
 Current every day smoker; Patient denies chewing tobacco.

**Family History:**
PATERNAL GM has a Hx of Cancer
MOTHER has a Hx of Diabetes
MATERNAL GM has a Hx of Cancer

**History of Present Illness:**
**Patient Reports:**
Abscess [Onset: 7 Day(s) Acute; Frequency: 7 Day(s); Duration: 7 Day(s); Char.: Reports Swollen, Erythematous, Weeping; Location: Reports Leg, Left; Pattern: Reports Improving, Multiple; Assoc. Sx: Denies Fever, Nausea, Vomiting; Intensity: Min-1]

**Review of Systems:**
Constitutional
**Patient Denies:** Chills; Fatigue; Weight loss; Night sweats; Weakness; Decrease in appetite; Fever; Rigors
Eyes
**Patient Denies:** Diplopia; Excess tearing; Vision changes; Glasses/contacts; Eyelid redness; Eye discharge; Eye pain; Eye Matting; Eye Itching; Eye burning; Eye redness; Blurred vision
ENT/Mouth
**Patient Denies:** Post-nasal drip; Infections; Stuffy nose; Hearing aid; Earache; Dentition condition; Toothache; Halitosis; Hoarseness; Popping of ears; Hearing loss; Discharge; Tinnitus; Sinus pressure; Sinus drainage; Ear pressure; Mouth breathing; Sore throat; Bleeding gums; Oral lesions; Dentures; Ear pain; Ear drainage
Cardio
**Patient Denies:** Palpitations; Orthopnea; Murmur; Chest pain; Angina; P.n.d.;

**Patient:** TERRY HALL JR.
**Seen On:** 09/17/2014 by Srinivas Kata, M. D.

**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

Claudication; DOE

Respiratory

**Patient Denies:** Hemoptysis; Sputum; Freq URI; Asthma; Shortness of breath; Pleuritic; Dyspnea; Cough; Wheezing

GI

**Patient Denies:** Vomiting; Diarrhea; Nausea; Constipation; Rectal pain; Laxatives; Gas/indigestion; P.u.d; BM Changes; Melena; Jaundice; Hernia; Polyp; Stool mucus; Bloating; Rectal bleeding; Heartburn; Food intolerance; Divertic; Abdominal pain; Cramping; meal relation; Dysphagia; Hematemesis; Colitis

GU

**Patient Denies:** Dribbling; Infertility; Impotence; Testicle lump; Testicle pain; Urgency; Polyuria; Hematuria; Retention; Incontinence: urinary; burning urination; History of STD; Dysuria; Pregnancy; Urinary frequency; History of sexual abuse; Nocturia

Musc/Skel

**Patient Denies:** Edema; Stiffness; Deformity; Varicose veins; Back pain; myalgias; arthralgias; Muscle spasm; Joint pain; Neck pain; Swelling

Skin/Breast

**Patient Denies:** Itch; Color change; Dermatitis; Rash; Ecchymosis; Abrasion; Lesion; Erythema; Breast lump

Hema/Lymph

**Patient Denies:** Easy bruising; Anemia; Bleeding; Swollen lymph nodes; Painful lymph nodes

Allergy/Immun

**Patient Denies:** Hives; Allergies; Chronic steroids; Recuring infections; AIDS

Neurologic

**Patient Denies:** Muscle weakness; Ataxia; Paralysis/paresis; Memory loss; Tremors; Dizziness; Headache; Numbness; Seizures; Fainting; Tingling; Unconsciousness; Cva; Speech difficulties; Speech impairment; Loss of consciousness

Psych

**Patient Denies:** Anxiety; Depression; Insomnia; Sexual problems; Therapy; Nightmares

---

**Exam:**

General - NORMAL: Patient is oriented to time, place and person, Well developed, No acute distress, Appears to be well nourished, Affect is normal, Normal hygiene

Skin, Hair, Nails - NORMAL: Normal skin temperature upon palpation, Normal skin moisture, No rashes noted, No laceration(s) noted, Normal nails noted; ABNORMAL: Indurated area associated with abscess noted, Localized erythema noted

Eyes - NORMAL: PERRLA, Sclera normal, No corneal abnormalities noted, Lids and Lashes are normal, Orthotropic, Normal conjunctiva

Ears - NORMAL: Normal TM(s), Hearing grossly intact bilaterally, Normal pinna bilaterally, Normal external canals bilaterally

Nose - NORMAL: Normal nasal mucosa, Nasal discharge absent, Normal appearing nose, Norrmal nostril(s) noted, Norrmal nasal cavity noted

Oral pharynx - NORMAL: Lips appear normal, Salivary glands appear unremarkable, Normal tongue, Normal gingiva, Normal appearing tonsils, Normal soft palate, Normal oral mucosa, Normal posterior pharynx

Neck - NORMAL: No deformity, Neck is supple, Normal thyroid palpation, Full range of motion noted

**Patient:** TERRY HALL JR.
**Seen On:** 09/17/2014 by Srinivas Kata, M. D.
**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

Lymph Nodes - NORMAL: No Lymphadenopathy noted on exam, No cervical adenopathy noted on exam, Submental lymph nodes normal on exam, Submandibular lymph nodes normal on exam, Supraclavicular nodes normal on exam, No preauricular nodes enlarged on exam, No postauricular nodes enlarged on exam
Chest/Lungs - NORMAL: Chest is clear to auscultation bilaterally upon exam, Normal and symmetrical appearing chest on exam, Chest is clear to percussion on exam, Chest is normal to palpation on exam
Abdominal - NORMAL: No evidence of hernia, Abdomen normal to inspection, Abdomen is normal to percussion, Abdomen normal to palpation, no masses, tenderness, organomegaly, Normoactive bowel sounds in all four quadrants
Neurological - NORMAL: Patient is orientated and alert, Cranial nerves intact bilaterally, Stregnth/motor skills are normal, Sensory exam normal
Musculoskeletal - NORMAL: Gait and stance normal, Normal musculoskeletal posture, Full range in motion to all four extremities without restriction; ABNORMAL: Tenderness noted in Left Knee, Swelling Noted in Left Knee, Erythema Noted Left Knee, Abrasion is noted on the lower leg, Tenderness to palpation over the lower leg
Psych - NORMAL: Memory appears normal, Insight appears normal, Judgement appears normal, Patient exhibits no danger to self or to others, Normal behavior noted, Patient is oriented to time, place and person, Mood appears to be Normal

**Procedures:**
Admin Injection [96372] QTY (2) [Completed by: Patrice Daniels]
Celestone 3 mg [J0702] QTY (2) [Completed by: Patrice Daniels]
Lincomycin injection [J2010] QTY (2) [Completed by: Patrice Daniels]

**Med Administration:**
Celestone was administered.
Dose verified as 4.5 mg via injection intramuscularly to the right Gluteus Maximus on 09/17/2014 at 5:21 PM.
Patient was observed for 15 minutes and medication was tolerated well.
Patient was discharged home on own accord.

**Med Administration 2:**
Lincomycin was administered.
Dose verified as 450 mg via injection intramuscularly to the left Gluteus Maximus on 09/17/2014 at 5:22 PM.
Patient was observed for 15 minutes and medication was tolerated well.
Patient was discharged home on own accord.

**Assessment/Plan:**
**Cellulitis/abscess, leg (682.6)**
Continue Bactrim DS 800-160 mg Tablet: Take 1 (Oral) 2 times per day for 10 days; Total Qty: 20 (Twenty) Tablet; No refills; DAW
* Prescription printed on 09/17/2014 17:19:00 by skata
**Abrasion NEC w/infection (919.1)**
**Pain, knee (719.46)**

**Orders:**
Order Results - Celestone 3 mg
Order Results - Admin Injection
Order Results - Lincomycin injection

**Signature:**
This record was electronically signed by Srinivas Kata, M. D. on 10/29/2014 at 17:46

DOCTORS After Hours URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd
Metairie, LA 70006-5123
Ph: 504.885.8700
Fx: 504.885.8701

1000 Clearview Pkwy
Metairie, LA 70001-3416
Ph: 504.455.4433
Fx: 504.455.4490

101 W Robert E Lee Blvd Ste 100
New Orleans, LA 70124-2459
Ph: 504.288.3456
Fx: 504.288.3556

# PATIENT INFORMATION

Terry Matthew Hall Jr
Name (First, Middle, Last)

State Zip

Date of Birth 2/5 Sex ☒ M ☐ F

Home Phone

Cell Number Email

Social Security Number

Responsible Party or Parents Name (if minor) Guar. BOD

Patient's employer or parent occupation

Work Phone

Spouse's Name

Employer (Spouse's)

Work Phone (Spouse's)

Cell Number Email

In case of emergency who should we contact?

Name

Relationship

Address

City

Telephone

Primary Care Physician

Information concerning your care provided by Doctors After Hours will be forwarded to your referring doctor/source unless otherwise specified

PLEASE PRESENT YOUR INSURANCE CARD TO THE RECEPTIONIST

**Primary Insurance Carrier**

Insurance Company Name Insurance Phone

BCBS

Address

City State Zip

Policy Number Group Number

Lisa Harold

Insured Name Insured SSN & DOB

Patient's relationship to insured:
☐ Self ☐ Spouse ☒ Dependant ☐ Other

**Secondary Insurance Carrier**

Insurance Company Name Insurance Phone

Address

City State Zip

Policy Number Group Number

Insured Name Insured SSN & DOB

Patient's relationship to insured:
☐ Self ☐ Spouse ☐ Dependant ☐ Other

Please remember insurance is considered a method of reimbursing the patient for fees paid to the doctor and is not a substitute for payment. Some companies pay fixed allowances for certain procedures and others pay a percentage of the charge. It is your responsibility to pay any deductible amount, co-insurance, or any other balance not paid for by your insurance.

**IN ORDER TO CONTROL COST OF BILLING, WE REQUEST CHARGES FOR OFFICE VISITS BE PAID AT THE CONCLUSION OF EACH VISIT.**

I authorize the release of any medical information necessary to determine liability for payment and to obtain reimbursement on any claim. I request payment of authorized benefits be made on my behalf. I assign the benefits payable for all medical and/or surgical benefits, to include major medical benefits to which I am entitled including Medicare, private insurance and other agency reimbursements to Doctors After Hours. This assignment will remain in effect until revoked by me in writing. A photocopy of this assignment is to be considered as valid as an original. I understand that I am financially responsible for all charges whether or not paid by insurance. I hereby authorize said assignee to release all information necessary to secure the payment.

Signature [signature] Date

DOCTORS After Hours URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd. Metairie, LA 70006 Ph: 504.885.8700 Fax: 504.885.8701

1000 Clearview Pkwy Metairie, LA 70001 Ph: 504.455.4433 Fax: 504.455.4490

101 W. Robert E. Lee Blvd. Ste. 100 New Orleans, LA 70124 Ph: 504.288.3456 Fax: 504.288.3556

**MEDICAL HISTORY:**

**PATIENT NAME:** Terry M. Hall JR **REASON FOR VISIT:** Throat, Ears and lit Fever

**ALLERGIES:** N/A

Is this visit related to: Motor Vehicle Accident: ___Y ✓ N
Work Injury: ___Y ✓ N Date of Injury ________

**LAST MENSTRUAL PERIOD DATE:** ________ **PREGNANT:** ☐ Y ☒ N **BREASTFEEDING:** ☐ Y ☐ N

**PLEASE CHECK ANY OF THESE CONDITIONS YOU HAVE HAD IN THE PAST:**

☐ HEART DISEASE ☐ LIVER DISEASE ☐ LUMBAR SPINE DISORDER ☐ HIGH BLOOD PRESSURE ☐ BOWEL DISEASE
☐ SEVERE HEADACHES ☐ HIGH CHOLESTEROL ☐ CANCER (PAST OR PRESENT) ☐ TUBERCULOSIS/TB ☐ LUNG DISEASE/ASTHMA
☐ MUSCLE DISEASE ☐ DIABETES ☐ BLOOD CLOTS ☐ SLEEP APNEA ☐ STOMACH DISEASE
☐ SEIZURES ☐ LOW BLOOD SUGAR ☐ BLEEDING TENDENCY ☐ DEPRESSION
☐ THYROID DISEASE ☐ STROKE ☐ CHRONIC SKIN DISEASE ☐ MENTAL HEALTH PROBLEMS
☐ JOINT REPLACEMENT ☐ NERVE IMPAIRMENT ☐ CERVICAL SPINE DISORDER ☐ ANEMIA (OR OTHER BLOOD DISEASE)
☐ KIDNEY, BLADDER OR PROSTATE REPLACEMENT ☐ OTHER: ________

**CURRENT MEDICATIONS (INCLUDES NON-PRESCRIPTION AND PRESCRIPTION PRODUCTS) PLEASE INCLUDE DOSAGE**

1.____ 2.____ 3.____ 4.____
5.____ 6.____ 7.____ 8.____

**PERSONAL HABITS**

Do you drink caffeinated beverages (coffee, tea, soda)? Y ✓ N____ Daily intake?______
Do you drink alcoholic beverages? Y_____N ✓ if yes________ drinks/☐day, ☐ week, ☐ month
Do you smoke or chew tobacco? Y_____N ✓ If yes________/day,________ years of use. If no, any prior nicotine use? ______years

**ORTHOPEDIC OR OTHER MAJOR SURGERIES**

Approximate Date:________ Surgery________
Approximate Date:________ Surgery________
Approximate Date:________ Surgery________
Approximate Date:________ Surgery________

**FAMILY HISTORY** (PLEASE CHECK ANY CONDITIONS THAT RUN IN YOUR FAMILY) LIST FATHER, MOTHER, SISTER, BROTHER, MATERNAL OR PATERNAL GM/GF

☐ HEART DISEASE________ ☐ STROKE________ ☒ DIABETES Mother
☐ HIGH BLOOD PRESSURE________ ☐ ANEURYSMS________ ☐ THYROID DISEASE________
☐ HIGH CHOLESTEROL________ ☐ MENTAL DISORDERS________ ☐ CANCER: TYPE________
☐ DISEASE, OTHER________ ☐ OTHER________

# OFFICE USE ONLY:

DOB: ________ PT ID: 02312 DATE: 10.14.15

INSURANCE: BCBS 40⁰⁰

25

BP: 131/84 P: 73 Res: 18 Temp: 97.4 Wt: 175 LBS. O2: 97 %

**CHIEF COMPLAINT:** **PAIN SCORE:** 1 2 3 4 5 6 7 8 9 10 /10

Cough/yellow/worse @ night
clogged ears / popping congestion stuffy nose
Dry throat loss of appetite
Headache x 3 days
TX: Tylenol PM

| **LABS:** | **SHOTS:** | **X-RAYS** | **PROCEDURES:** | **MISC:** |
|---|---|---|---|---|
| 1:07 Lm<br>Flu A - B -<br>Strep - | 1:24 Lm<br>celestone 4.5mg (R)<br>linco 450mg (L) | | | MH |

**PLAN:** Augmentin Dx: sinusitis sore throat NOS pharyngitis

Signature

DOCTORS After Hours URGENT CARE AND WALK-IN CLINIC

5236 Veterans Blvd
Metairie, LA 70006-5123
Ph: 504.885.8700
Fx: 504.885.8701

1000 Clearview Pkwy
Metairie, LA 70001-3416
Ph: 504.455.4433
Fx: 504.455.4490

101 W Robert E Lee Blvd Ste 100
New Orleans, LA 70124-2459
Ph: 504.288.3456
Fx: 504.288.3556

**Your Rights**

Following is a statement of your rights with respect to your protected health information.

**You have the right to inspect and copy your protected health information.** This means you may inspect and obtain a copy of protected health information about you that is contained in a designated record set for as long as we maintain the protected health information. A **"designated record set"** contains medical and billing records and any other records that your physician and the practice use for making decisions about you. Under federal law, however, you may not inspect or copy the following records; psychotherapy notes; information complied in reasonable anticipation of, or use in, a civil, criminal, or administrative action or proceeding, and protected health information that is subject to law that prohibits access to protected health information.

**You have the right to request a restriction or your protected health information.** This means you may ask us not to use or disclose any part of your protected health information for the purposes of treatment, payment or healthcare operations. You may also request that any part of your protected health information not be disclosed to family members or friends who may be involved in your care or for notification purposes as described in this Notice of Privacy Practices. Your request must state the specific restriction requested and to whom you want the restriction to apply.

Your physician is not required to agree to a restriction that you may request. If physician believes it is in your best interest to permit use and disclosure of your protected health information, your protected health information will not be restricted. You then have the right to use another Healthcare Professional.

**You have the right to request to receive confidential communications from us by alternative means or at an alternative location.** We will accommodate reasonable requests. We may also condition this accommodation by asking you for information as to how payment will be handled or specification of an alternative address or other method of contact. We will not request an explanation for you as to the basis for the request. Please make this request in writing to our Privacy Contact.

**You have the right to receive an accounting of certain disclosures we have made, if any, of your protected health information.** This right applies to disclosures for purposes other than treatment, payment or healthcare operations as described in this Notice of Privacy Practices.

We are required to abide by the terms of this Notice of Privacy Practices. We may change the terms of our notice at any time. The new notice will be effective for all protected health information that we maintain at this time. Upon your request, we will provide you with any revised Notice of Privacy Practices by calling the office and requesting that a revised copy be sent to you in the mail or asking for one at the time of your next appointment.

**Complaints**

You may complain to us or to the Office of Civil Rights if you believe your privacy rights have been violated by us. You may file a complaint with us by notifying our privacy contact of your complaint. We will not retaliate against you for filing a complaint. You may obtain the address of the OCR Regional Manager, Denver, CO, from our privacy officer.

We are required by law to maintain the privacy of, and provide individuals with this notice of our legal duties and privacy practices with respect to protected health information. If you have any objections to this form, please ask to speak with our HIPPA Compliance Officer in person or by phone at 504-885-8700.

Signature below is only acknowledgement that you have received this Notice of our Privacy Practices:

Print Name: Terry Hall Signature: ____________ Date: ________



BlueCross BlueShield of Louisiana

www.bcbsla.com

| | |
|---|---|
| Customer Service | 800-495-2583 |
| Blue Card Access | 800-810-2583 |
| Authorizations | 800-523-6435 |
| Member Drug Questions | 888-781-7533 |
| Pharmacy Help Desk | 800-824-0898 |

Hospitals and Physicians: File claims with your local Blue Cross and/or Blue Shield Plan

Authorization required on some services

File Medicare primary claims with Medicare

Blue Cross and Blue Shield of Louisiana provides administrative services only and does not assume any financial risk for claims

Blue Cross and Blue Shield of Louisiana
P.O. Box 98029
Baton Rouge, LA 70898-9029

Printed: 7/3/2013

EXPRESS SCRIPTS

Pharmacy Benefits Administrator

BlueCross BlueShield of Louisiana

An independent licensee of the Blue Cross and Blue Shield Association

National Care PPO

Member Name:
**LISA L. HAROLD**
Member ID:

WHITNEY BANK

Grp/Subgroup:
RxMbr ID:
RxBIN:
RxGrp: **BSLA**
**BC PLAN 170** **BS PLAN 670**

| | |
|---|---|
| Physician/Office Co-Pay | **$25** |
| Deductible | **$500** |
| Coinsurance: Preferred | **80% / 20%** |
| All Other Providers | **60% / 40%** |
| Specialty Co-Pay | **$40** |

04BA0039 10/08

PPO

BCBSLA Coverage Summary



# Health Care Benefits Summary

## Medical

| | |
|---|---|
| Contract ID | |
| Subscriber Name | LISA HAROLD |
| Member Name | TERRY HALL JR |
| Member DOB | |
| Relation to Sub | CHILD |
| Sex | MALE |
| Health Eff Dt | 01/01/2015 |
| Contract Status | Active |
| Contract Type | GROUPCARE PREFERRED CARE |
| Pre-Cert Reqmts | |
| 2nd Surg Opin | |

| Co Pays | | EPO Co Pays | QBPC Co Pays |
|---|---|---|---|
| Office Visit | $25.00 | N/A | N/A |
| Outpatient Surgical | N/A | N/A | N/A |
| Emergency Room | $100.00 | N/A | N/A |
| Inpatient Hospital (In-network) | $250.00 | N/A | N/A |
| Inpatient Hosp Max | N/A | N/A | N/A |
| Inpatient Hosp (Out-of-network) | N/A | N/A | N/A |
| Outpatient XRay & Lab | N/A | N/A | N/A |
| Outpatient Phys Thrpy | N/A | N/A | N/A |
| Outpatient Spch Thrpy | N/A | N/A | N/A |
| Cardiac Rehab | N/A | N/A | N/A |
| Vision Services | N/A | N/A | N/A |
| Outpatient Prof | N/A | N/A | N/A |
| Specialist | $40.00 | N/A | N/A |

## Accumulations

| | PAR AMOUNTS | NON-PAR AMOUNTS | EPO AMOUNTS |
|---|---|---|---|
| DEDUCTIBLE AMOUNT: | $750.00 | $1,500.00 | N/A |
| DEDUCTIBLE REMAINING: | $0.00 | $1,500.00 | N/A |
| OUT-OF-POCKET AMOUNT: | $4,500.00 | $0.00 | N/A |
| OUT-OF-POCKET REMAINING: | $4,373.20 | $0.00 | N/A |
| LIFETIME MAXIMUM: | $0.00 | $0.00 | N/A |
| LIFETIME REMAINING: | $0.00 | $0.00 | N/A |

## Primary Care Physician

Not Applicable

## Co Insurance

| | |
|---|---|
| Par Percentage | 80% |
| Non-Par Percentage | 60% |
| EPO Percentage | N/A% |

## Mental & Nervous/Substance Abuse

## Wellness

## Disclaimer

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed, and as interpreted by BCBSLA. The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate, including, without limitation, eligibility, waiting periods, exclusions, deductibles, coinsurance, copayments, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers will be subject to non-network benefits, if applicable.

## Health Care Benefits

Member Name TERRY HALL JR

### URGENT CARE COPAYMENT

URGENT CARE FACILITY COPAYMENT
Preferred Providers
- $40.00 per visit

All Other Providers
- All eligible services are subject to the Deductible and Coinsurance.

Disclaimer

Benefits to which a member are entitled are limited to those set out in the member's contract/certificate in effect at the time services are performed and as interpreted by BCBSLA.The information obtained from iLinkBlue, including verification of eligibility and coverage, shall not constitute an assurance or guarantee of coverage or payment. Final benefit adjudication is subject to and conditioned on the terms of the member contract/certificate including, without limitation, eligibility, waiting periods, exclusions, deductibles, coinsurance, copayments, or other contract limitations, and/or determinations of medical necessity, which may not be shown here. Benefits for care received from Non-Network Providers will be subject to non-network benefits, if applicable.

DOCTORS
After Hours
URGENT CARE AND WALK-IN CLINIC

101 West Robert E. Lee Blvd STE 100
New Orleans, LA 70124-2459

Phone 504-288-3456
Fax 504-288-3556

Date: 10/14/15

Terry M Hall Jr.

Was seen today at Doctors After Hours Urgent Care and may:

___X___ Return to Work/School : 10/16/15

_______ Return to Work/School with the following restrictions:

_______ May not return to Work/School:

Any questions please ca

______________________________________

PROVIDER SIGNATURE
Shannon Haas, M.D.

DOCTORS **After Hours** URGENT CARE AND WALK-IN CLINIC

**Date of Visit:** October 14, 2015
**Seen By:** Shannon Haas, M.D.
**Location:** Doctors After Hours
101 West Robert E. Lee Blvd
New Orleans, LA 70124-2459
504-288-3456

**Guarantor:**
**Patient Name:** TERRY HALL JR.

**BLUE CROSS BLUE SHIELD**
P.O. Box 98029
Baton Rouge, LA 70898
**Policy Holder:** TERRY HALL JR.
**Relation:**
**DOB:**
**Gender:** M
**Employer:**
**Group #:**
**Insurance #:**
**Effective Date:**
**Type:** Primary

| Visit Date: | Description: | | Qty | Amount |
|---|---|---|---|---|
| 10/14/15 | [87804] - INFLUENZA A | $45.04 | 1 | $45.04 |
| 10/14/15 | {87804QW} - INFLUENZA B | $45.04 | 1 | $45.04 |
| 10/14/15 | [87880] - Strep Screen | $39.76 | 1 | $39.76 |
| 10/14/15 | [96372] - Admin Injection [Qty: 2] | $43.68 | 2 | $87.36 |
| 10/14/15 | [99214] - Established 4 | $187.96 | 1 | $187.96 |
| 10/14/15 | [J0702] - Celestone 3 mg [Qty: 2] | $13.10 | 2 | $26.20 |
| 10/14/15 | [J2010] - Lincomycin injection [Qty: 2] | $20.00 | 2 | $40.00 |

**Total Charges:** $471.36
**Total Payments:** $40.00
**Balance:** $431.36

**Assessment/Plan**

Acute maxillary sinusitis, unspecified (461.9, J01.00)
Prescribed Cheratussin AC 10-100 mg/5 mL liquid: Take 1 tsp (Oral) 3 times per day PRN - Cough for 5 days; Total Qty: 120 (One hundred Twenty) ml; No refills; Allow substitutions
* Prescription printed on 10/14/2015 13:24:13 by shaas.la003
Prescribed Augmentin 875 mg-125 mg tablet: Take 1 tab(s) (Oral) 2 times per day for 10 1; Total Qty: 20 (Twenty); No refills; Allow substitutions
* Prescription printed on 10/14/2015 13:24:13 by shaas.la003
Acute pharyngitis, unspecified (462, J02.9)
Cough (786.2, R05)

**This is not a bill, receipt purposes only.** Charges are subject to review by Medical Director and Coding Specialist and may be adjusted if necessary. Current balance reflects payments made prior to claim submission to insurance company.

**Patient:** TERRY HALL JR.
**Seen On:** 10/14/2015 by Shannon Haas, M.D.

**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. **Any other use is a violation of Federal Law (HIPAA) and will be reported as such.**

**Chief Complaint:** Patient comes in today for a Cough, Ear congestion, Dry throat, Congestion and Loss of appetite . (SOURCE: Patient)

**Vitals:** Taken at 1:36 PM:
BP: 131/82 mmHg
PULSE: 73 bpm
RESP: 18 breaths/min
TEMP: 97.4
WEIGHT: 175 lb(79.38 kg)
O2 SAT: 97%

**Allergies:** Active: No known allergies; No known drug allergies

**Current Meds:** ACTIVE: Tylenol

**PMH:** Past Medical History is unremarkable

**Surgical History:** No Surgical History

**Social History:** Caffeine Use
Has 4 caffeinated drinks a day.
Drug Use
Patient denies drug use.
Exercise
Patient denies exercising.
Tobacco Use
Current every day smoker; Patient denies chewing tobacco.

**Family History:** PATERNAL GRANDMOTHER has a Hx of Cancer
MOTHER has a Hx of Diabetes
MATERNAL GRANDMOTHER has a Hx of Cancer

**History of Present Illness:** **Patient Reports:**
Cough [Onset: 3 Day(s) Acute; Frequency: 3 Day(s); Duration: 3 Day(s); Char.: Reports Sputum - clear; Treatment: Better Cough suppressant]
Ear congestion [Onset: 3 Day(s); Frequency: 3 Day(s); Duration: 3 Day(s)]
Dry throat [Onset: 3 Day(s); Frequency: 3 Day(s); Duration: 3 Day(s)]
Congestion [Onset: 3 Day(s); Frequency: 3 Day(s); Duration: 3 Day(s); Char.: Reports Severe; Location: Reports Bilateral nostrils]
Loss of appetite [Onset: 3 Day(s); Frequency: 3 Day(s); Duration: 3 Day(s)]

**Review of Systems:** Constitutional
**Patient Denies:** Fever; Chills; Fatigue; Weight loss; Night sweats; Weakness; Decrease in appetite; Rigors
Eyes
**Patient Denies:** Blurred vision; Diplopia; Excess tearing; Vision changes; Glasses/contacts; Eyelid redness; Eye discharge; Eye pain; Eye Matting; Eye Itching; Eye burning; Eye redness
ENT/Mouth
**Patient Denies:** Sore throat; Tinnitus; Discharge; Hearing loss; Popping of ears; Hoarseness; Halitosis; Toothache; Dentition condition; Earache; Hearing aid; Stuffy

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such.

nose; Infections; Mouth breathing; Post-nasal drip; Bleeding gums; Oral lesions; Dentures; Ear pressure; Sinus drainage; Sinus pressure; Ear pain; Ear drainage

Cardio

**Patient Denies:** Chest pain; Claudication; Palpitations; Orthopnea; Murmur; Angina; P.n.d.; DOE

Respiratory

**Patient Reports:** Cough

**Patient Denies:** Dyspnea; Hemoptysis; Sputum; Freq URI; Asthma; Shortness of breath; Pleuritic; Wheezing

GI

**Patient Denies:** Colitis; Vomiting; Diarrhea; Nausea; Constipation; Rectal pain; Laxatives; Gas/indigestion; P.u.d; BM Changes; Melena; Jaundice; Hernia; Polyp; Stool mucus; Bloating; Rectal bleeding; Heartburn; Food intolerance; Divertic; Abdominal pain; Cramping; meal relation; Dysphagia; Hematemesis

GU

**Patient Denies:** Retention; Hematuria; Polyuria; Urgency; Testicle pain; Testicle lump; Impotence; Infertility; Dribbling; Incontinence: urinary; Nocturia; Urinary frequency; History of sexual abuse; History of STD; Dysuria; Pregnancy; burning urination

Musc/Skel

**Patient Denies:** Edema; Stiffness; Deformity; Varicose veins; Back pain; myalgias; arthralgias; Muscle spasm; Joint pain; Neck pain; Swelling

Skin/Breast

**Patient Denies:** Itch; Color change; Dermatitis; Rash; Breast lump; Erythema; Lesion; Abrasion; Ecchymosis

Hema/Lymph

**Patient Denies:** Easy bruising; Anemia; Bleeding; Swollen lymph nodes; Painful lymph nodes

Allergy/Immun

**Patient Denies:** Hives; Allergies; Chronic steroids; Recuring infections; AIDS

Neurologic

**Patient Denies:** Tremors; Dizziness; Headache; Numbness; Seizures; Tingling; Fainting; Muscle weakness; Ataxia; Paralysis/paresis; Memory loss; Unconsciousness; Cva; Speech difficulties; Speech impairment; Loss of consciousness

Psych

**Patient Denies:** Anxiety; Depression; Insomnia; Sexual problems; Therapy; Nightmares

**Exam:**

General - NORMAL: Patient is oriented to time, place and person, Well developed, No acute distress, Appears to be well nourished, Affect is normal, Normal hygiene

Skin, Hair, Nails - NORMAL: Normal skin temperature upon palpation, Normal skin moisture, No rashes noted, No abscess noted, No erythema observed, No laceration(s) noted, Normal nails noted

Head - NORMAL: Normocephalic, Normocephalic, Face is grossly normal, No evidence of trauma

Eyes - NORMAL: PERRLA, Sclera normal, No corneal abnormalities noted, Lids and Lashes are normal, Orthotropic, Normal conjunctiva

Ears - NORMAL: Normal TM(s), Hearing grossly intact bilaterally, Normal pinna bilaterally, Normal external canals bilaterally

**Patient:** TERRY HALL JR.
**Seen On:** 10/14/2015 by Shannon Haas, M.D.
**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is HIGHLY CONFIDENTIAL. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such.

Nose - NORMAL: Nasal discharge absent, Normal appearing nose, Norrmal nostril(s) noted, Norrmal nasal cavity noted; ABNORMAL: Congested nasal mucosa both nasal passages noted, Bilateral maxillary sinus tenderness upon exam, Bilateral frontal sinus tenderness upon exam
Oral pharynx - NORMAL: Lips appear normal, Salivary glands appear unremarkable, Normal tongue, Normal gingiva, Normal appearing tonsils, Normal soft palate, Normal oral mucosa; ABNORMAL: Posterior pharynx is erythematous, Purulent drainage posterior pharynx
Neck - NORMAL: No deformity, Neck is supple, Normal thyroid palpation, Full range of motion noted
Lymph Nodes - NORMAL: No Lymphadenopathy noted on exam, Submental lymph nodes normal on exam, Submandibular lymph nodes normal on exam, Supraclavicular nodes normal on exam, No preauricular nodes enlarged on exam, No postauricular nodes enlarged on exam; ABNORMAL: Tender bilateral anterior cervicle adenopathy noted on exam
Chest/Lungs - NORMAL: Chest is clear to auscultation bilaterally upon exam, Normal and symmetrical appearing chest on exam, Chest is clear to percussion on exam, Chest is normal to palpation on exam; ABNORMAL: cough
Abdominal - NORMAL: No evidence of hernia, Abdomen normal to inspection, Abdomen is normal to percussion, Abdomen normal to palpation, no masses, tenderness, organomegaly, Normoactive bowel sounds in all four quadrants
Neurological - NORMAL: Patient is orientated and alert, Cranial nerves intact bilaterally, Stregnth/motor skills are normal, Sensory exam normal
Musculoskeletal - NORMAL: Gait and stance normal, Normal musculoskeletal posture, Full range in motion to all four extremities without restriction
Psych - NORMAL: Memory appears normal, Insight appears normal, Judgement appears normal, Patient exhibits no danger to self or to others, Normal behavior noted, Patient is oriented to time, place and person, Mood appears to be Normal

**Procedures:**
INFLUENZA A [87804] QTY (1) [Completed by: Lindsey Mclauglin]
INFLUENZA B 87804QW QTY (1) [Completed by: Lindsey Mclauglin]
Strep Screen [87880] QTY (1) [Completed by: Lindsey Mclauglin]
Admin Injection [96372] QTY (2) [Completed by: Lindsey Mclauglin]
Celestone 3 mg [J0702] QTY (2) [Completed by: Lindsey Mclauglin]
Lincomycin injection [J2010] QTY (2) [Completed by: Lindsey Mclauglin]

**Med Administration:**
Celestone was administered.
Dose verified as 4.5 mg via injection intramuscularly to the right Gluteus Maximus on 10/14/2015 at 1:40 PM.
Patient was observed for 5 minutes and medication was tolerated well.
Patient was discharged on own accord.

**Med Administration 2:**
Lincomycin was administered.
Dose verified as 450 mg via injection intramuscularly to the left Gluteus Maximus on 10/14/2015 at 1:41 PM.
Patient was observed for 15 minutes and medication was tolerated well.
Patient was discharged on own accord.

**Patient:** TERRY HALL JR.
**Seen On:** 10/14/2015 by Shannon Haas, M.D.
**Seen At:** Doctors After Hours, 101 West Robert E. Lee Blvd, 100, New Orleans, LA 70124-2459; Phone: 504-288-3456; Fax: 504-288-3556

The data contained in this FAX is **HIGHLY CONFIDENTIAL**. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare services to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such.

**Assessment/Plan:** **Acute maxillary sinusitis, unspecified (461.9, J01.00)**
Prescribed Augmentin 875 mg-125 mg tablet: Take 1 tab(s) (Oral) 2 times per day for 10 1; Total Qty: 20 (Twenty); No refills; Allow substitutions
* Prescription printed on 10/14/2015 13:24:13 by shaas.la003
Prescribed Cheratussin AC 10-100 mg/5 mL liquid: Take 1 tsp (Oral) 3 times per day PRN - Cough for 5 days; Total Qty: 120 (One hundred Twenty) ml; No refills; Allow substitutions
* Prescription printed on 10/14/2015 13:24:13 by shaas.la003
**Cough (786.2, R05)**
**Acute pharyngitis, unspecified (462, J02.9)**

**Lab Results:** INFLUENZA B [87804QW]
INFLUENZA B [87804QW]: Negative
INFLUENZA A [87804]
INFLUENZA A [87804]: Negative
Strep Screen [87880]
Strep Screen [87880]: Negative

**Orders:** Order Results - Strep Screen
Order Results - INFLUENZA A
Order Results - INFLUENZA B
Order Results - Celestone 3 mg
Order Results - Admin Injection
Order Results - Lincomycin injection

**Signature:** This record was electronically signed by Shannon Haas, M.D. on 10/16/2015 at 17:37