## Kenneth Whittle

**From:** Kenneth Whittle
**Sent:** Wednesday, November 29, 2023 11:43 AM
**To:** Maria B. Glorioso (maria@gtorts.com); Sam Harton; 'Devon M. Jacob'; Bhavani Raveendran (b.raveendran@rblaw.net); Mirena Fontana; edickey@rblaw.net
**Cc:** Chadwick Collings; Nancy Brigham; Brandy Sergi
**Subject:** RE: Baqer et al v. St. Tammany Parish Government et al
**Attachments:** Terry Hall (Doctors After Hours).pdf

Counsel,

Please see the attached medical records we just received for Terry Matthew Hall, Jr., from Doctors After Hours Urgent Care and Walk-in Clinic.

MILLING BENSON WOODWARD L.L.P.
ATTORNEYS AT LAW | WWW.MILLINGLAW.COM

**Kenneth R. Whittle**
68031 Capital Trace Row
Mandeville, LA 70471
(985) 871-3924
(985) 292-2042 (direct)
kwhittle@millinglaw.com

---

**From:** Kenneth Whittle
**Sent:** Tuesday, November 28, 2023 8:07 AM
**To:** Maria B. Glorioso (maria@gtorts.com) <maria@gtorts.com>; Sam Harton <sharton@rblaw.net>; 'Devon M. Jacob' <DJacob@jacoblitigation.com>; Bhavani Raveendran (b.raveendran@rblaw.net) <b.raveendran@rblaw.net>; Mirena Fontana <MFontana@rblaw.net>; edickey@rblaw.net
**Cc:** Chadwick Collings <ccollings@millinglaw.com>; Nancy Brigham <nbrigham@millinglaw.com>; Brandy Sergi <bsergi@millinglaw.com>
**Subject:** Baqer et al v. St. Tammany Parish Government et al

Counsel,

Please see the attached medical records we just received yesterday for Kevin Louviere from Edgefield Recovery Center.

I have also attached medical records for Floyd Williams from Jordan Valley Community Health Center which we also received in response to our medical authorizations.

MILLING BENSON WOODWARD L.L.P.
ATTORNEYS AT LAW | WWW.MILLINGLAW.COM

**Kenneth R. Whittle**
68031 Capital Trace Row
Mandeville, LA 70471
(985) 871-3924
(985) 292-2042 (direct)
kwhittle@millinglaw.com