| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING RECEIPT** | INMATE NUMBER 212757<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232235 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3992 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 09/28/2019 | 09:07 | 1512 | STPSO | | 09/28/2019 | 09:56 |

## INMATE

| Name (First Middle Last +Family) | Maiden Name | Social Security Number | Juvenile |
|---|---|---|---|
| FLOYD ALAN WILLIAMS | | [redacted] | NO |

| Classification Score | Billing Code | Division | Place of Birth | Residence Phone |
|---|---|---|---|---|
| 12/12 | Parish Prisoner | | KANSAS,MO | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | La | 70460- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| LABORER | | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | State ID# |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 53 | Single | 505 | 165 | Brown | Gray/par | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Medium | Small | No | Good | Soft/pol | Crew |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | MISDEMEANOR | ENTRY ON OR REMAINING IN PLACES OR ON LA | COMMITTED | 1 | 14:63.3 |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 09/28/2019 | | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | 0.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 2 | MISDEMEANOR | TELEPHONE COMMUNICATIONS;IMPROPER LANGUA | COMMITTED | 1 | 14:285 |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 09/28/2019 | | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | CASH PROPERT SURETY | 500.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 28th day of September, 2019.

[signature]

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

[signature] Schmidt

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)

AFIS

| ID Number | Unit | Date |
|---|---|---|
| 3992 | | 09/28/2019 |

# BOOKING - PERSON(S)

Juvenile [ ] Prior Agency Inmate [ ]

| Agency ORI Number | Inmate Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 212757 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3992 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Book Date | Booked Time |
|---|---|---|---|---|---|---|
| 09/28/2019 | 09:07 | 1512 | STPSO | | 09/28/2019 | 09:56 |

## ALIAS

| Related Person | Person Type | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|
| Pr1 | Alias | NO | AL WILLIAMS |

| Maiden Name | Nickname / Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | | |

| Last Known Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| | | | | |

| Occupation | Employer / School | Address |
|---|---|---|
| | | \ |

| Social Security Number | Immigration and Naturalization Number | Driver License Number | Driver License State | Driver License Expiration |
|---|---|---|---|---|
| | 0 | | | |

## ALIAS

| Related Person | Person Type | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|
| Pr1 | Alias | NO | ALAN WILLIAMS |

| Maiden Name | Nickname / Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | | |

| Last Known Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| | | | | |

| Occupation | Employer / School | Address |
|---|---|---|
| | | \ |

| Social Security Number | Immigration and Naturalization Number | Driver License Number | Driver License State | Driver License Expiration |
|---|---|---|---|---|
| | 0 | | | |

## ALIAS

| Related Person | Person Type | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|
| Pr1 | Alias | NO | JAY WILLIAMS |

| Maiden Name | Nickname / Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | | |

| Last Known Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| | | | | |

| Occupation | Employer / School | Address |
|---|---|---|
| | | \ |

| Social Security Number | Immigration and Naturalization Number | Driver License Number | Driver License State | Driver License Expiration |
|---|---|---|---|---|
| | 0 | | | |

| Name<br>FLOYD ALAN WILLIAMS | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER 212757<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|---|
| LA05200T1 | | 232235 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 3992 | |
| **Arrested Date** | **Arrested Time** | **Arrested By ID** | **Arrested By Agency / Other** | **Inmate Phone Number** | **Booked Date** | **Booked Time** |
| 09/28/2019 | 09:07 | 1512 | STPSO | 0 | 09/28/2019 | 09:56 |

1. Are you able to obtain classification information?

Yes/No Answer: YES Text Answer: Yes
Notes: Score 0

2. Present Charge

Yes/No Answer: YES Text Answer: Misdemeanor crime
Notes: Score 0

3. Prior criminal record

Yes/No Answer: YES Text Answer: No misdeameanor convictions in past year
Notes: Score 0

4. Pending court action

Yes/No Answer: YES Text Answer: No pending court action
Notes: Score 0

5. Flight risk

Yes/No Answer: YES Text Answer: None
Notes: Score 0

6. Age (based on Rand Study)

Yes/No Answer: YES Text Answer: 28+
Notes: Score 0

7. Residence

Yes/No Answer: YES Text Answer: Residence in Louisiana (6 months - 1 yea
Notes: Score 2

8. Family ties

Yes/No Answer: YES Text Answer: lives alone
Notes: Score 2

| Name<br>FLOYD ALAN WILLIAMS | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER 212757<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|---|
| LA05200T1 | | 232235 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 3992 | |
| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
| 09/28/2019 | 09:07 | 1512 | STPSO | 0 | 09/28/2019 | 09:56 |

9. Education

Yes/No Answer: YES — Text Answer: High School graduate or GED
Notes: — Score 0

10. Employment

Yes/No Answer: YES — Text Answer: Unemployed (not drawing unemployment)
Notes: — Score 3

11. Drug dependency

Yes/No Answer: YES — Text Answer: Unknown at this time
Notes: — Score 5

12. Escape Risk

Yes/No Answer: YES — Text Answer: No Escapes or attempted escapes
Notes: — Score 0

13. Any dependancy

Yes/No Answer: YES — Text Answer: No dependancy problems
Notes: — Score 0

14. Special job Skills

Yes/No Answer: NO — Text Answer: Other
Notes: — Score 0

15. Any enemies in our jail

Yes/No Answer: YES — Text Answer:
Notes: REGINALD HENRY AND BROUSSARD (UNKNOWN FIRST NAME) — Score 0

16. Who should we notify in case of emergency (next of Kin)

Yes/No Answer: YES — Text Answer: GERALD WILLIAMS 954-675-3350 BROTHER
Notes: — Score 0

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>INITIAL BOOKING CLASSIFICATION | INMATE NUMBER 212757 |
|---|---|---|
| FLOYD ALAN WILLIAMS | | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232235 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3992 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 09/28/2019 | 09:07 | 1512 | STPSO | 0 | 09/28/2019 | 09:56 |

17. Are you a Veteran?

Yes/No Answer: NO    Text Answer:

Notes:    Score 0

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER 212757 |
|---|---|---|
| FLOYD ALAN WILLIAMS | | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|---|
| LA05200T1 | | 232235 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 3992 | |
| **Arrested Date** | **Arrested Time** | **Arrested By ID** | **Arrested By Agency / Other** | **Inmate Phone Number** | **Booked Date** | **Booked Time** |
| 09/28/2019 | 09:07 | 1512 | STPSO | 0 | 09/28/2019 | 09:56 |

**Conditions/Comments:**

| | |
|---|---|
| **Proxy Score** | 12 |
| **R/A Score** | 12 |
| **S/A** | |
| **M/H** | |

**Total Score:** 12/12

**ADMINISTRATIVE**

Sworn to and subscribed before me, this 28th day of September, 2019.

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

By Schmidt
OFFICER'S SIGNATURE

Schmidt
OFFICER'S PRINTED NAME (L,F)

ID Number 3992 Unit Date 09/28/19

| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING MEDICAL** | INMATE NUMBER 212757<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232235 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3992 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 09/28/2019 | 09:07 | 1512 | STPSO | | 09/28/2019 | 09:56 |

1. ARE YOU ABLE TO OBTAIN MEDICAL INFORMATION?
   Yes/No Answer: YES  Text Answer:
   Notes:

2. HAVE YOU BEEN IN A MOTOR VEHICLE ACCIDENT IN THE LAST 24 HOURS
   Yes/No Answer: NO  Text Answer:
   Notes:

3. HAVE YOU THOUGHT ABOUT HURTING OR KILLING YOURSELF OR ANYONE ELSE
   Yes/No Answer: NO  Text Answer:
   Notes:

4. ANY ILLNESS OR INJURY
   Yes/No Answer: NO  Text Answer:
   Notes:

5. ARE YOU CURRRENTLY TAKING MEDICATION
   Yes/No Answer: YES  Text Answer:
   Notes:

6. ARE YOU PREGNANT OR THINK YOU MAY BE
   Yes/No Answer: NO  Text Answer:
   Notes:

**DISCLAIMER**

I, the undersigned, an inmate in this jail facility hereby authorize the responsible corrections Physician or Designee to administer medical examination or treatment while I am incarcerated in this facility as deemed necessary.

I hereby certify that I have read and/or fully undestand the above authorization for medical examination and/or treatment. I further certify that I have had the procedure explained to me and undestand the procedure for obtaining medical treatment while I am incarcerated.

**ADMINISTRATIVE**

Sworn to and subscribed before me,
this 28th day of September, 2019.

[signature]
INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

[signature] Schmidt
OFFICER'S SIGNATURE

Schmidt
OFFICER'S PRINTED NAME (L,F)

ID Number 3992 Unit

Date 09/28/2019

# J. M. S. Booking Sheet

Officer Name: Stelfox 1512 Date: September 28, 2019

Prisoner Name: Floyd Alan Williams

Race: White Sex: Male D.O.B.: [redacted]

Case# : 2019-009636 and / or Event# : ____

**Date of Offense:** September 28, 2019

Warrant#: ____ Issue Date: ____

Warrant #: ____ Issue Date: ____

Warrant #: ____ Issue Date: ____

Jail Receipt Created: ☐ Yes ☐ No

Charges:

1. LRS 14:63.3 Remaining After Forbidden
2. LRS 14:285 Threatening/Harassing Phone Calls
3. ____
4. ____
5. ____
6. ____
7. ____
8. ____

# St. Tammany Parish Sheriff's Office

CORRECTIONS DIVISION

DRUG TESTING REPORT FOR BOND CONDITIONS

**DATE:** ______________________________

**NAME OF INMATE:** ______________________________

**SIGNATURE OF INMATE:** ______________________________

**TEST RESULTS:**

**NOT REQUIRED:** ____________ GIVE REASON

**REFUSED:** __________

**NEGATIVE:** __________

**POSITIVE:** __________

---

**RANDOM:** __________

**PROBABLE CAUSE:** __________

**DEPUTY CONDUCTED SCREENS:**

______________________________
PRINT

______________________________
SIGNATURE

______________________________
TIME RECEIVED

# ST. TAMMANY PARISH JAIL
## INCOMING PROPERTY REPORT

Date: 9 / 28 / 19 Time: 09 : 55 Property Bag #:

INMATE

LAST NAME: williams FIRST NAME: Floyd MI: A

SEARCHED BY: DEPUTY: Grassnickle RADIO#: 6405

### PERSONAL PROPERTY

WALLET/PURSE No

CONTENTS NA

PHONE/KEYS Red phone ~~(cracked)~~ DG Taped

WATCH/JEWELRY grey ring

DRIVER'S LICENSE/ID 1 liscense OTHER PROPERTY

DESCRIBE INMATES CLOTHING AND SHOES: dark blue slippers
Orange shorts grey T-shirt

I, CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

PRISONER'S SIGNATURE [signature]

### RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

SIGNED ____________________ DATED __________

PROPERTY RELEASED BY: DEPUTY ____________________

** Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.
** Max liability of property is $50.00.

No. 192233

# ST. TAMMANY PARISH JAIL
## INCOMING PROPERTY REPORT

Date: 9 / 28 / 19 Time: [illegible] : 55 Property Bag #: ____

INMATE

LAST NAME: [illegible] FIRST NAME: [illegible] MI: ____

SEARCHED BY: DEPUTY: [illegible] RADIO#: [illegible]

### PERSONAL PROPERTY

WALLET/PURSE No

CONTENTS NA

PHONE/KEYS Red phone ~~[illegible]~~ Turned

WATCH/JEWELRY grey ring

DRIVER'S LICENSE/ID 1 license OTHER PROPERTY ____

DESCRIBE INMATES CLOTHING AND SHOES: dark blue slippers
orange shorts grey T-shirt

I, CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

PRISONER'S SIGNATURE [signature]

### RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

SIGNED [signature] DATED 10/1/19

PROPERTY RELEASED BY: DEPUTY [illegible]

** Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.
** Max liability of property is $50.00.

No. 192233

# 48 Hour Warrant

**22ND JUDICIAL DISTRICT COURT**
**PARISH OF ST. TAMMANY**
**STATE OF LOUISIANA**
**ARREST WARRANT**

**Warrant NO:**
**Complaint #** 2019-009636
**Book-In Date:** ______________
**Book-In Time:** ______________

## AFFIDAVIT FOR PROBABLE CAUSE OF ARREST

**STATE OF LOUISIANA**
**VERSUS**
**FLOYD ALAN WILLIAMS, WHITE / MALE**
[redacted]
**DOB:** [redacted]**, SSN:**[redacted]

I, **Victoria Stelfox**, certify under oath based on the information outlined below, that there is probable cause to believe **FLOYD ALAN WILLIAMS** on or about **09/27/2019** did commit:

1 Count of RS14:63.3--Entry on or Remaining in Places or on Land after being Forbidden--(MISDEMEANOR)
1 Count of RS14:285--Telephone Communications/ Improper Language/ Harassment--(MISDEMEANOR)

within this State and Parish, and the jurisdiction of the 22ND JUDICIAL DISTRICT COURT, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same, in that the following did occur:

On Saturday, September 28, 2019, Corporal Victoria Stelfox was dispatched to [redacted] in regards to a disturbance between neighbors. Upon arrival Cpl. Stelfox met with Floyd Allen Williams who advised his neighbor, Christian Himes, came over to drop off pizza from the previous evening that he obtained from a church. During the interaction, Himes asked Williams not to come to her residence while she was not at home due to her three female juvenile children being scared of him. After further investigation and speaking to Himes, Cpl. Stelfox, learned Williams had gone to Himes residence to get the pizza he had left in her vehicle. Himes started to "bang" on Himes' front door demanding the pizza. As a result he scared Himes' children along with their babysitter for the evening. Himes then contacted Williams who was still on Himes' property and asked him to leave and she would resolve the situation on the morning of September 28, 2019 after she got off of work. Himes then hung up the phone after Williams started to call her derogatory names and cursing at her. Williams then proceeded to call her job five times in a matter of five minutes to get his pizza. Himes advised Williams eventually left her

home. At which time, Williams became angry and started an argument about Himes not giving him the pizzas. Himes then left his residence to avoid a further altercation. Himes advised she had the screen shot of the call records of Williams calling back to back. She also had security film footage of Williams causing a disturbance at the residence the previous evening, but was not able to record it at the present time. Himes then advised she wanted to pursue criminal charges against Williams for his actions the previous evening.

Williams was then placed under arrest for Louisiana Revised Statues 14:63.3 – Remaining after forbidden for not listening to Himes asked him to leave her property and 14:285 – Telephone Harassment due to calling several times back to back interrupting Himes job duties. Williams was later transported to the St. Tammany Parish Jail.

I certify that the accused committed the above-described offense and was arrested for said offense on **09/28/2019** at **0907** hours. I hereby certify under oath the information contained herein to be true and correct, to the best of my knowledge, under penalties of perjury.

Victoria Stelfox

Victoria Stelfox
Affiant

THUS DONE AND PASSED on the day of , .

Corporal Von Vargo
22ND JUDICIAL DISTRICT COURT
ST. TAMMANY Parish
State of Louisiana

# 48 Hour Warrant

**22ND JUDICIAL DISTRICT COURT**
**PARISH OF ST. TAMMANY**
**STATE OF LOUISIANA**
**ARREST WARRANT**

**Warrant NO:**
**Complaint #** 2019-009636
**Book-In Date:** ______________
**Book-In Time:** ______________

## ARREST WARRANT

**State of Louisiana**
**Versus**
**FLOYD ALAN WILLIAMS, WHITE MALE**
[redacted]
**DOB:** [redacted] **SSN:** [redacted]

**TO ANY COMMISSIONED PEACE OFFICER:**

WHEREAS, complaint has been made to me under oath and under penalty of perjury, by **Victoria Stelfox** charging one **FLOYD ALAN WILLIAMS** with:

1 Count of RS14:63.3--Entry on or Remaining in Places or on Land after being Forbidden--(MISDEMEANOR)
1 Count of RS14:285--Telephone Communications/ Improper Language/ Harassment--(MISDEMEANOR)

Committed on or about **09/27/2019**.
The foregoing affidavit, having been duly considered, it is hereby ordered, adjudged and decreed that FLOYD ALAN WILLIAMS has been lawfully arrested upon probable cause, without warrant.

Given under my official signature, this day of , .

_______________________________

22ND JUDICIAL DISTRICT COURT
ST. TAMMANY Parish
State of Louisiana

SID 00027937o3 FBI 581132 FA3 DOC DNA ON FILE NO

First Name: Floyd Middle Name: Alan Last Name: Williams

Race: W Social Security #: [redacted] Age: 57 Date of Birth: [redacted]

Phone Number : Home: Cell [redacted]

Home Address: [redacted]

City: [redacted] State: LA Zip: 70460

Mailing Address (if different than Home) NA

Where were you born? City: Kansas State: Missouri

Job / Trade / Skill: NA

Employer Name & Address: NA

How long have you been at your job?: NA

Highest Grade of School Completed? : 12

Driver's License # & State : 0 12262956

Marital Status: Married / (Single) / Divorced / Separated / Widowed

Number of Children: 0 Religion: None

Shoe Size: 8 Height : 5'5 Weight : 165 Hair Color: grey Eye Color : Brown

Build (Circle One): (Small) / Medium / Stocky / Thin / Large / Obese / Slender

Hair Style (Circle One): Bald / (Crew) / Afro / Straight / Wavy / Curly / Braided

Hair Length (Circle One): Bald / (Short) / Medium / Long

Facial Hair: (None) Beard / Goatee / Mustache / Fu Manchu / Sideburns / Unshaven

Teeth: Bad / Braces / False or Dentures / Gold / (Good) / Missing / Protruding / Rotten

Are you left or right handed?: left

Gang Affiliations: No If yes, which one: NA

Do you wear glasses or contacts?: Glasses

Tattoos / Scars (Include where and a description tattoo is): No

cenv-misd
Ø yr



CONTINUE ON BACK

Updated 12/30/2017

Have you been in a car accident in the past 24 hours? No

Thoughts of killing anyone or yourself ? No

Any serious injuries or illnesses? No

Are you currently taking medication? Yes

Are you pregnant? (females only) No

Any pending court action? : No

If yes (Circle One): Felony / Misdemeanor / Probation /Parole/ Traffic

If yes to probation/parole is it: (Circle One) Misdemeanor/Felony? Who is your probation/parole officer? ____

Who do you live with?: (Circle One): (Self) / Spouse / Victim / Parents / Other

Any current drug or alcohol dependency problems? (Circle One):

(No Problems) / Current Dependency Problem / Occasional Abuser / Prior Problems

Any enemies in jail? (List names): Yes, Reginald Henry, Broussard (last)

Are You a Veteran? No If yes, which branch? NA

Emergency Contact Information:

Name: [redacted] Phone #: [redacted]

Relation: Brother

FOR DEPUTY'S USE ONLY BELOW THIS LINE

Interviewed by: Dave Grossnickle

PREA filled out properly by: Dave Grossnickle

I Identifying Data

Inmate Name: Floyd Williams DOC Number ______

Reason for screening: ______ New Admission ______ Regular Review ______ Special Referral

II Possible Victim Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | Former victim of prison rape or sexual assault, past ten years | No | |
| 2. | Youthful Age (Under 25) | NO | |
| 3. | Elder (65 or older) | No | |
| 4. | Small physical stature (5'6" or less and/or less than 140 lbs.) | Yes | |
| 5. | Developmental disability/mental health LOC 1, 1A, 2, 2A | No | |
| 6. | First incarceration less than 30 days (juvenile, parish, state, fed) | No | |
| 7. | Homosexual/bi-sexual overly effeminate | No | |
| | Overly Masculine (Females Only) | No | |
| 8. | History of any sexual abuse-past ten years | No | |
| 9. | History of correctional facility consensual sex-past 10 years | No | |
| 10. | Protective Custody-past five years (adult/juvenile) | No | |

Victim Designation Process
If "Yes" to item 1 enter "Known Victim" code
IF "Yes" to two or more items other than item 1, enter offender as "Potential Victim"
Otherwise designate offender as "Non-Victim"

Scored Designation ~~AK~~ KS Known Victim ______ Potential Victim X Non-Victim

Victim Over-Ride:

______ No ______ Yes (Cannot over-ride a known victim, ONLY a Potential Victim and Non-Victim)

If "Yes" indicate change ______ "Potential Victim" to Non-Victim" ______ "Non-Victim" to Potential Victim"

Basis (Why Changed) ______

III Possible Predatory Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | History of institutional predatory sexual behavior-past 5 years | No | |
| 2. | Current or Prior Conviction for rape. Child abuse or neglect past ten years. | No | |
| 3. | Sexual abuse or sexual assault toward others or domestic Violence-past ten years (Please circle behavior noted) | No | |
| 4. | Current gang affiliation | No | |
| 5. | Strong-arming/assaults in prison –past ten years | No | |
| 6. | Consensual sex in Correctional facility- past ten years | No | |
| 7. | In-prison Sexual taunting toward staff or offenders | No | |

Predator Designation Process
If "Yes" to item 1 enter "Known Predator" code
IF "Yes" to two or more items other than item 1, enter offender as "Potential Predator"

Scored Designation ______ Known Predator ______ Potential Predator ______ Non- Predator

Predator Over-Ride:

______ No ______ Yes (Cannot over-ride a known Predator, ONLY a Potential Predator and Non- Predator)

If "Yes" indicate change ______ "Potential Predator" to "Non- Predator" ______ "Non- Predator" to "Potential Predator"

Basis (Why Changed) ______

Completed by: Dave [signature] Facility: StPJ Date Completed: 9-28-19

# P.R.E.A OFFENDER ORIENTATION

**PRISON RAPE ELIMINATION ACT-P.R.E.A.-** At St. Tammany Parish Jail the guidelines concerning P.R.E.A. are made aware to you during Intake/Orientation.

**PREVENTION-** Do not engage in activities that could lead to sexual assault, sexual misconduct or sexual coercion.

**PREVENTION-** Again protect yourself by not engaging in any activities that could lead to sexual assault, sexual misconduct, or sexual coercion. Do not horse play: maintain a code of standards at all times.

**REPORTING SEXUAL ASSAULT, SEXUAL MISCONDUCT AND SEXUAL COERCION-** If sexually assaulted or any type of misconduct occurs or someone is trying to coerce you sexually you should report this to security as soon as possible.

**PROTECTION FROM RETALIATION-** St. Tammany Parish Jail will respond appropriately to prevent retaliation for reporting sexual assault, sexual misconduct, or sexual coercion.

**TREATMENT AND COUNSELING-** If sexually assaulted, we will take proper steps in regards to treatment and/or counseling. Appropriate measures including but not limited to, transfer to another facility and/or the Department of Corrections if deemed necessary.

**S.T.P.S.O. ZERO TOLERANCE FOR SEXUAL ASSAULT, SEXUAL MISCONDUCT AND SEXUAL COERCION-** Investigation involving any type of sexual assault, sexual misconduct, or sexual coercion will be thorough with appropriate action taken.

As an inmate offender housed at the St. Tammany Parish Jail, I have been read and am fully aware of the guidelines concerning Prison Rape Elimination Act – P.R.E.A.

[signature] ______________________ OFFENDER

[signature] ______________________ OFFICER

Reference: Unknown
Msg ID :
Msg Key : C5
Date/Time: 20190928095431
Ent Agy :
Requester:
User :
ORI :
Source : LEMS
Control :
Summary : CCHC Response

TXT: MSG 2F13011C2C SOCOVI29 02D9AF CCHC B8C409 20190928 09:54:31
LA0521329.
CTL/
ATN/

C5.LA0521329..2F13011C2C.. 09/28/2019 09:54:47
REQUESTED BY: KATARINA SCHMIDT

S T A T E O F L O U I S I A N A
*FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
(FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

INVESTIGATIVE REPORT CONFIDENTIAL RECORDS

---

CRIMINAL RECORD OF: WILLIAMS, FLOYD A FBI: 58132FA3
STATE ID: 0002793703 BIRTH DATE: [redacted] PLACE: MO DOC:
RACE: A HEIGHT: 5' 5" HAIR: BRO DNA ON FILE:NO
SEX: M WEIGHT: 175 EYES: BRO
SSN: [redacted] OLS/OLN: LA 10787226 III: MSO
STATUS:

---

A L I A S E S SSN OLS/OLN ID THEFT
WILLIAMS, FLOYD A [redacted] LA10787226 NO

---

S U M M A R Y
DATE AGENCY TEXT
09/26/2012 SLIDELL, LA PD ARRESTED, ATN: 520211201719

---

ARREST DATE: 09/26/2012 LID: 00071291
AGENCY: SLIDELL, LA PD (LA0520200) AFIS ATN:
520211201719
NAME: WILLIAMS, FLOYD A

CHARGE 1 COUNTS 1
R.S. 14:285(MISD) TELEPHONE COMMUNICATIONS; IMPROPER LANGUAGE; HARASSMENT
DISPOSITION: 4/17/13 NOLLE PROSEQUIED

---

THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS
BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS
DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A
LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

** END OF RAPSHEET **

TRACKING: 09/28/2019, 09:54:31
- MKE: C5
- Source: LEMS
- ISN: 05KB00228W
- REF: UNKNOWN

Reference: Unknown
Msg ID :
Msg Key : CR
Date/Time: 20190928095448
Ent Agy :
Requester:
User :
ORI :
Source : NLETS
Control :
Summary : NLETS Response

TXT: MSG 2F13011C2D SOCOVI29 02D9B2 NLETS-WS 4029E1 20190928 09:54:47
LA0521329.
CTL/
ATN/KATARINA SCHMIDT

CR.MOIII0000
07:54 09/28/2019 00000
07:54 09/28/2019 29304 LA0521329
*2F13011C2D
TXT

HDR/2L012F13011C2D2QR

ATN/KATARINA SCHMIDT
********************* CRIMINAL HISTORY RECORD **********************

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

State Id Number MO00626810 ()
Purpose Code C
Attention KATARINA SCHMIDT

The information in this rap sheet is subject to the following caveats:

********************************************************************
THIS RECORD IS PROVIDED IN RESPONSE TO YOUR REQUEST. ALL ENTRIES ARE COMPILED FROM THE INFORMATION FURNISHED TO THE CENTRAL REPOSI- TORY. USE OF THE INFORMATION CONTAINED IN THIS RECORD IS GOVERNED BY STATE AND FEDERAL LAW. BECAUSE MODIFICATIONS AND ADDITIONS MAY BE MADE AT ANY TIME, A NEW RECORD SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE. FOR SPECIFIC DATA ABOUT CHARGES OR ARRESTS, CONTACT THE CONTRIBUTING AGENCY. THE RECIPIENT OF THIS RECORD IS RESPONSIBLE FOR ALL SECONDARY DISSEMINATION. **** UNAUTHORIZED DISSEMINATION OF THIS RECORD **** **** WILL SUBJECT THE DISSEMINATOR TO CRIMINAL **** **** AND CIVIL PENALTIES ****
********************************************************************

****** IDENTIFICATION RECORDS OBTAINED FROM THE CRIMINAL RECORDS REPOSITORY MAY BE USED SOLELY FOR THE PURPOSE REQUESTED. ALL ARREST ENTRIES CONTAINED IN THIS RECORD ARE MATCHED BY FINGERPRINT COMPARISONS. AS PER SECTION 610.120 RSMO, CLOSED RECORDS SHALL BE INACCESSIBLE TO THE GENERAL PUB- LIC. THEY SHALL BE AVAILABLE ONLY TO CRIMINAL JUSTICE AGENCIES AND AGENCIES AS DESCRIBED IN 610.120 RSMO WITH SUBMISSION OF FINGERPRINTS.

THE SUBJECT OF THIS RECORD SHALL BE AFFORDED THE OPPORTUNITY TO CHALLENGE CORRECTNESS, ACCURACY AND/OR COMPLETENESS OF THIS RECORD PURSUANT TO SECTION 43.532 RSMO. A CHARGE WITHOUT FINAL DISPOSITION CARRIES THE PRESUMPTION OF NOT GUILTY UNTIL THE TIME IT IS ADJUDICATED GUILTY, SUSPENDED IMPOSITION OF SENTENCE DISPOSITIONS ARE NOT CONVICTIONS AND ARE CLOSED RECORDS WHEN PROBATION IS COMPLETED OR FINALLY TERMINATED. UNLESS FINGERPRINTS ACCOMPANY YOUR INQUIRY, WE CANNOT GUARANTEE THIS RECORD RELATES TO THE PERSON IN WHOM YOU HAVE AN INTEREST.

*************************** IDENTIFICATION ***************************

Subject Name(s)

WILLIAMS, FLOYD A
WILLIAMS, AL (AKA)
WILLIAMS, ALAN (AKA)
WILLIAMS, ALLEN (AKA)
WILLIAMS, FLOYD ALAN (AKA)

```
WILLIAMS, JAY  (AKA)

Subject Description

FBI Number                  State Id Number
58132FA3                    MO00626810
Social Security Number
[redacted]

Sex                         Race
Male                        White

Height                      Weight                      Date of Birth
5'05"                       140                         [redacted]

Hair Color                  Eye Color
Brown                       Brown

Place of Birth
MO
Residence
Residence as of
                            6827  WINCHESTER     KANSAS CITY MO
                            (1986-06-06)

**************************  CRIMINAL HISTORY  **************************

=============================== Cycle 1 ===============================
Tracking Number             84071406
Earliest Event Date         1986-05-14

-----------------------------------------------------------------------
Arrest Date                 1986-05-14
Arresting Agency            MO0190200 Belton PD
Comment(s)                  AGENCY CASE NUMBER: 1311
Comment(s)                  ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                  ARREST COUNTY: CASS
Charge                      001
        Charge Literal      STEALING
    Charge Description      STATE CODE: 570.030-999Y19002305.0
    Charge Description      CLASSIFICATION: C
    Charge Description      CHARGE STATUS: NO FURTHER ACT
               Statute       (570030 )
     NCIC Offense Code      2305
              Severity      FELONY
Charge                      002
        Charge Literal      STEALING
    Charge Description      STATE CODE: 570.030-999Y19002305.0
    Charge Description      CLASSIFICATION: C
    Charge Description      CHARGE STATUS: NO FURTHER ACT
               Statute       (570030 )
     NCIC Offense Code      2305
              Severity      FELONY
=============================== Cycle 2 ===============================
Tracking Number             86036448
Earliest Event Date         1987-06-15

-----------------------------------------------------------------------
Arrest Date                 1987-06-15
Arresting Agency            MO0240000 Clay County Sheriff's Office
Comment(s)                  AGENCY CASE NUMBER: 18472
Comment(s)                  ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                  ARREST COUNTY: CLAY
Charge                      001
        Charge Literal      RAPE
    Charge Description      DATE OF OFFENSE: 1987-05-25
    Charge Description      STATE CODE: 566.030-990Y19001103.1
    Charge Description      CLASSIFICATION: C
               Statute       (566030 )
     NCIC Offense Code      1103
              Severity      FELONY
=============================== Cycle 3 ===============================
Tracking Number             86036795
Earliest Event Date         1987-06-23
```

```
------------------------------------------------------------------------
Arrest Date               1987-06-23
Arresting Agency          MO0240000 Clay County Sheriff's Office
Comment(s)                AGENCY CASE NUMBER: 18472
Comment(s)                ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                ARREST COUNTY: CLAY
Charge                    001
        Charge Literal    FELONIOUS RESTRAINT
    Charge Description    STATE CODE: 565.120-001Y19791099.0
    Charge Description    CLASSIFICATION: C
               Statute     (565120 )
     NCIC Offense Code    1099
              Severity    FELONY
Charge                    002
        Charge Literal    ARMED CRIMINAL ACTION
    Charge Description    STATE CODE: 571.015-001Y19755299.0
               Statute     (571015 )
     NCIC Offense Code    5299
              Severity    FELONY
=============================== Cycle 4 ===============================
Tracking Number           91028383
Earliest Event Date       1992-03-03

------------------------------------------------------------------------
Arrest Date               1992-03-03
Arresting Agency          MO0480100 Blue Springs PD
Comment(s)                AGENCY CASE NUMBER: 9201538
Comment(s)                ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                ARREST COUNTY: JACKSON
Charge                    001
        Charge Literal    PEACE DISTURBANCE
    Charge Description    DATE OF OFFENSE: 1992-02-22
    Charge Description    STATE CODE: GENER.0-931Y19505399.0
     NCIC Offense Code    5399
              Severity    L
------------------------------------------------------------------------
Prosecutor Disposition    (Cycle 4)
Charge                    001
        Charge Literal    PEACE DISTURBANCE
    Charge Description    STATE CODE: GENER.0-931Y19505399.0
     NCIC Offense Code    5399
              Severity    L
           Disposition    (CHARGE FILED)
------------------------------------------------------------------------
Court Disposition         (Cycle 4)
Court Agency              MO048103J Jackson Co Cir Crt-Kansas City
Charge                    001
        Charge Literal    PEACE DISTURBANCE
    Charge Description    STATE CODE: GENER.0-931Y19505399.0
    Charge Description    SENTENCE: FINE
    Charge Description    FINED INDICATOR: YES
     NCIC Offense Code    5399
              Severity    L
           Disposition    ( 1992-06-18; GUILTY)
=============================== Cycle 5 ===============================
Tracking Number           91028289
Earliest Event Date       1992-05-27

------------------------------------------------------------------------
Arrest Date               1992-05-27
Arresting Agency          MO0480100 Blue Springs PD
Comment(s)                AGENCY CASE NUMBER: 9203861
Comment(s)                ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                ARREST COUNTY: JACKSON
Charge                    001
        Charge Literal    MISCONDUCT OFFENSE
    Charge Description    DATE OF OFFENSE: 1992-05-27
    Charge Description    STATE CODE: GENER.0-930Y19504899.0
     NCIC Offense Code    4899
              Severity    L
------------------------------------------------------------------------
Prosecutor Disposition    (Cycle 5)
Charge                    001
        Charge Literal    MISCONDUCT OFFENSE
    Charge Description    STATE CODE: GENER.0-930Y19504899.0
     NCIC Offense Code    4899
              Severity    L
           Disposition    (CHARGE FILED)
------------------------------------------------------------------------
Court Disposition         (Cycle 5)
```

```
Court Agency             MO048103J Jackson Co Cir Crt-Kansas City
Charge                   001
        Charge Literal   MISCONDUCT OFFENSE
    Charge Description   STATE CODE: GENER.0-930Y19504899.0
    Charge Description   SENTENCE: CONFINEMENT 030 DAYS   SUSPENDED
    Charge Description   SENTENCE: PROBATION 02 YEARS
     NCIC Offense Code   4899
              Severity   L
           Disposition   ( 1992-06-18; GUILTY)
=============================== Cycle 6 ==============================
Tracking Number          94096395
Earliest Event Date      1994-09-20

-------------------------------------------------------------------------
Arrest Date              1994-09-20
Arresting Agency         MO0480600 Independence PD
Comment(s)               AGENCY CASE NUMBER: 397181
Comment(s)               ARREST NAME: WILLIAMS,FLOYD A
Comment(s)               ARREST COUNTY: JACKSON
Charge                   001
        Charge Literal   VIO EXP/FULL ORDER ORDER W/5 YR
    Charge Description   DATE OF OFFENSE: 1994-09-20
    Charge Description   STATE CODE: 455.085-998Y19893899.0
    Charge Description   CLASSIFICATION: D
    Charge Description   CHARGE STATUS: PROSC NOT FILED
               Statute    (455085 )
     NCIC Offense Code   3899
              Severity   FELONY
Charge                   002
        Charge Literal   VIO EXP/FULL ORDER PROT
    Charge Description   DATE OF OFFENSE: 1994-09-20
    Charge Description   STATE CODE: 455.085-997Y19893899.0
    Charge Description   CLASSIFICATION: A
               Statute    (455085 )
     NCIC Offense Code   3899
              Severity   MISDEMEANOR
-------------------------------------------------------------------------
Prosecutor Disposition   (Cycle 6)
Charge                   002
        Charge Literal   VIO EXP/FULL ORDER PROT
    Charge Description   CASE NUMBER: 0843480
    Charge Description   STATE CODE: 455.085-997Y19893899.0
    Charge Description   CLASSIFICATION: A
               Statute    (455085 )
     NCIC Offense Code   3899
              Severity   MISDEMEANOR
           Disposition   (CHARGE FILED)
-------------------------------------------------------------------------
Court Disposition        (Cycle 6)
Court Agency             MO048103J Jackson Co Cir Crt-Kansas City
Charge                   002
        Charge Literal   VIO EXP/FULL ORDER PROT
    Charge Description   CASE NUMBER: 49400285300
    Charge Description   STATE CODE: 455.085-997Y19893899.0
    Charge Description   CLASSIFICATION: A
               Statute    (455085 )
     NCIC Offense Code   3899
              Severity   MISDEMEANOR
           Disposition   ( 1994-10-05; DISMISSED BY COURT)
************************  INDEX OF AGENCIES  **************************

Agency                   Belton PD; MO0190200;

-------------------------------------------------------------------------
Agency                   Clay County Sheriff's Office; MO0240000;

-------------------------------------------------------------------------
Agency                   Blue Springs PD; MO0480100;

-------------------------------------------------------------------------
Agency                   Independence PD; MO0480600;

-------------------------------------------------------------------------
Agency                   Jackson Co Cir Crt-Kansas City; MO048103J;

* * * END OF RECORD * * *
TRACKING: 09/28/2019, 09:54:48
- MKE: CR
- Source: NLETS
- ISN: 05KB00229V
```

520021904020.nist
1.01:1691.02:03001.03:112001.04:SRE1.05:201909291.06:41.07:LALSP98001.08:WVIAFIS0Z1.
09:E20192720000000150941.10:520021904020X0352353711.11:19.691.12:19.692.001:202852.0
02:002.006:LADPS AFIS
ADMINISTRATOR2.009:5200219040202.014:58132FA32.015:0027937032.018:WILLIAMS,FLOYD
ALAN2.041:31768 SIXTH ST 4 4, SLIDELL, LA, 704602.059:I2.075:UNITED STATES
DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

LA0520000 NCN E20192720000000015094
TCN 520021904020X035235371

THE ENCLOSED RECORD, DATED 2019/09/29, WITH THE FBI UCN 58132FA3 AND NGI CONTROL NUMBER (NCN) E20192720000000015094 IS BEING PROVIDED AS THE RESULT OF CRIMINAL RETAIN IDENT TEN-PRINT SUBMISSION.
THE TENPRINT BIOGRAPHICS AS SUBMITTED IN THE ORIGINAL TRANSACTION ARE:
NAME: WILLIAMS,FLOYD A DOB 1965/10/18

A CRIMINAL HISTORY REQUEST NOTIFICATION(S) WAS SENT BY THE FBI TO THE FOLLOWING ORGANIZATIONS, EXCEPT FOR THOSE INDICATING THAT THE REFERENCED SUBJECT IS DECEASED.

MISSOURI - STATE ID/MO00626810
LOUISIANA - STATE ID/LA2793703
FBI - FBI/58132FA3

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) AND/OR III PARTICIPANT STATE(S) REGULATED DATA, THE RESPONSE MAY NOT BE COMPLETE. HOWEVER THE FBI MAINTAINED DATA FROM THE NON-RESPONDING III PARTICIPANT STATE(S) IS INCLUDED IN THE RESPONSE.

LA0520000
SAINT TAMMANY PARISH
SHERIFF'S OFFICE
701 N COLUMBIA ST
PO BOX 1120
COVINGTON,LA 70434-1120

520021904020.nist

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

LA0520000 NCN E20192720000000015094

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

| NAME | FBI UCN | DATE REQUESTED |
|---|---|---|
| WILLIAMS,FLOYD ALAN | 58132FA3 | 2019/09/29 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | W | 1965/10/18 | 504 | 110 | BRO | BRO |

BIRTH PLACE
MISSOURI

| PATTERN CLASS | CITIZENSHIP |
|---|---|
| LS LS LS LS LS LS AU LS LS LS | UNITED STATES |

RECORD UPDATED 2019/09/29

ALL ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

********************** CRIMINAL HISTORY RECORD ***********************

Data As Of 2019-09-29

520021904020.nist

Triple I Status Multi-State

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

| | |
|---|---|
| Subject Name(s) | FLOYD A WILLIAMS |
| State Id Number | 0002793703 () |
| Date of Birth | [redacted] |
| Sex | Male |
| Race | Asian |

| | |
|---|---|
| Purpose Code | C |
| Attention | E2019272000000015094;T |

The information in this rap sheet is subject to the following caveats:

REQUESTED BY: E2019272000000015094;T S T A T E O F L O U I S I A N A *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY* (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID) INVESTIGATIVE REPORT CONFIDENTIAL RECORDS THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.(LA)

*************************** IDENTIFICATION ***************************

Subject Name(s)

WILLIAMS, FLOYD A
WILLIAMS, FLOYD A (AKA)

Subject Description

| | |
|---|---|
| FBI Number | State Id Number |
| 58132FA3 | 0002793703 |
| Social Security Number | Driver's License Number |
| [redacted] | 10787226 (LA) |
| Sex | Race |
| Male | Asian |
| Height | Weight |
| 5'05" | 175 |
| Hair Color | Eye Color |
| Brown | Brown |

Place of Birth
MO

************************** CRIMINAL HISTORY **************************

=============================== Cycle 001 ===============================

| | |
|---|---|
| Tracking Number | 520211201719 |
| Earliest Event Date | 2012-09-26 |

------------------------------------------------------------------------

| | |
|---|---|
| Arrest Date | 2012-09-26 |
| Arrest Case Number | 00071291 |

520021904020.nist

```
Arresting Agency         LA0520200 SLIDELL, LA PD
Subject's Name           FLOYD A WILLIAMS
Charge                   1
        Charge Literal   TELEPHONE COMMUNICATIONS; IMPROPER LANGUAGE;
                         HARASSMENT
               Statute   TELEPHONE COMMUNICATIONS; IMPROPER LANGUAGE;
                         HARASSMENT (14:285 (MISD) LA)
              Severity   Unknown
Charging Agency          LA0520200 SLIDELL, LA PD

------------------------------------------------------------------------
Booking Case Number      520211201719
------------------------------------------------------------------------
Court Disposition        (Cycle 001)
Subject's Name           FLOYD A WILLIAMS
Charge                   1
        Charge Literal   TELEPHONE COMMUNICATIONS; IMPROPER LANGUAGE;
                         HARASSMENT
               Statute   TELEPHONE COMMUNICATIONS; IMPROPER LANGUAGE;
                         HARASSMENT (14:285 (MISD) LA)
              Severity   Unknown
           Disposition   Unknown(4/17/13 NOLLE PROSEQUIED)
Charging Agency          LA0520200 SLIDELL, LA PD
------------------------------------------------------------------------
Sentencing               (Cycle 001)
Charge                   1
        Charge Literal   TELEPHONE COMMUNICATIONS; IMPROPER LANGUAGE;
                         HARASSMENT
               Statute   TELEPHONE COMMUNICATIONS; IMPROPER LANGUAGE;
                         HARASSMENT (14:285 (MISD) LA)
              Severity   Unknown
           Disposition   Unknown(4/17/13 NOLLE PROSEQUIED)

=============================== Cycle 002 ==============================
Tracking Number          520021904020
Earliest Event Date      2019-09-28
------------------------------------------------------------------------
Arrest Date              2019-09-28
Arrest Case Number
Arresting Agency         LA0520000 ST TAMMANY, LA SO
Subject's Name           FLOYD A WILLIAMS
Charge                   1
        Charge Literal   ENTER/REMAIN IN PLACES/ON LAND AFTER BEING
                         FORBIDDEN
               Statute   ENTER/REMAIN IN PLACES/ON LAND AFTER BEING
                         FORBIDDEN (14:63.3 LA)
                Counts   1
              Severity   Unknown
Charging Agency          LA0520000 ST TAMMANY, LA SO
Charge                   2
        Charge Literal   UNLAWFUL COMMUNICATIONS; TELEPHONES AND
                         TELECOMMUNICATIONS DEVICES
               Statute   UNLAWFUL COMMUNICATIONS; TELEPHONES AND
                         TELECOMMUNICATIONS DEVICES (14:285 (MISD) )
                Counts   1
              Severity   Unknown
Charging Agency          LA0520000 ST TAMMANY, LA SO

------------------------------------------------------------------------
Booking Case Number      520021904020
************************* INDEX OF AGENCIES **************************

Agency                   SLIDELL, LA PD; LA0520200;
```

520021904020.nist

---

Agency ST TAMMANY, LA SO; LA0520000;

* * * END OF RECORD * * *

********************** CRIMINAL HISTORY RECORD **********************

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

State Id Number MO00626810 ()
Purpose Code C
Attention E2019272000000015094;T

The information in this rap sheet is subject to the following caveats:

*********************************************************************
THIS RECORD IS PROVIDED IN RESPONSE TO YOUR REQUEST. ALL ENTRIES ARE COMPILED FROM THE INFORMATION FURNISHED TO THE CENTRAL REPOSI- TORY. USE OF THE INFORMATION CONTAINED IN THIS RECORD IS GOVERNED BY STATE AND FEDERAL LAW. BECAUSE MODIFICATIONS AND ADDITIONS MAY BE MADE AT ANY TIME, A NEW RECORD SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE. FOR SPECIFIC DATA ABOUT CHARGES OR ARRESTS, CONTACT THE CONTRIBUTING AGENCY. THE RECIPIENT OF THIS RECORD IS RESPONSIBLE FOR ALL SECONDARY DISSEMINATION. **** UNAUTHORIZED DISSEMINATION OF THIS RECORD **** **** WILL SUBJECT THE DISSEMINATOR TO CRIMINAL **** **** AND CIVIL PENALTIES ****
*********************************************************************

****** IDENTIFICATION RECORDS OBTAINED FROM THE CRIMINAL RECORDS REPOSITORY MAY BE USED SOLELY FOR THE PURPOSE REQUESTED. ALL ARREST ENTRIES CONTAINED IN THIS RECORD ARE MATCHED BY FINGERPRINT COMPARISONS. AS PER SECTION 610.120 RSMO, CLOSED RECORDS SHALL BE INACCESSIBLE TO THE GENERAL PUB- LIC. THEY SHALL BE AVAILABLE ONLY TO CRIMINAL JUSTICE AGENCIES AND AGENCIES AS DESCRIBED IN 610.120 RSMO WITH SUBMISSION OF FINGERPRINTS.

THE SUBJECT OF THIS RECORD SHALL BE AFFORDED THE OPPORTUNITY TO CHALLENGE CORRECTNESS, ACCURACY AND/OR COMPLETENESS OF THIS RECORD PURSUANT TO SECTION 43.532 RSMO. A CHARGE WITHOUT FINAL DISPOSITION CARRIES THE PRESUMPTION OF NOT GUILTY UNTIL THE TIME IT IS ADJUDICATED GUILTY, SUSPENDED IMPOSITION OF SENTENCE DISPOSITIONS ARE NOT CONVICTIONS AND ARE CLOSED RECORDS WHEN PROBATION IS COMPLETED OR FINALLY TERMINATED. UNLESS FINGERPRINTS ACCOMPANY YOUR INQUIRY, WE CANNOT GUARANTEE THIS RECORD RELATES TO THE PERSON IN WHOM YOU HAVE AN INTEREST.

*************************** IDENTIFICATION ***************************

Subject Name(s)

WILLIAMS, FLOYD A
WILLIAMS, AL (AKA)
WILLIAMS, ALAN (AKA)
WILLIAMS, ALLEN (AKA)
WILLIAMS, FLOYD ALAN (AKA)
WILLIAMS, JAY (AKA)

520021904020.nist

Subject Description

FBI Number 58132FA3
State Id Number MO00626810

Social Security Number
[redacted]

Sex Male
Race White

Height 5'05"
Weight 140
Date of Birth [redacted]

Hair Color Brown
Eye Color Brown

Place of Birth
MO
Residence
Residence as of
6827 WINCHESTER KANSAS CITY MO
(1986-06-06)

```
************************** CRIMINAL HISTORY **************************

============================== Cycle 001 ==============================
Tracking Number           84071406
Earliest Event Date       1986-05-14

-----------------------------------------------------------------------
Arrest Date               1986-05-14
Arresting Agency          MO0190200 Belton PD
Comment(s)                AGENCY CASE NUMBER: 1311
Comment(s)                ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                ARREST COUNTY: CASS
Charge                    001
        Charge Literal    STEALING
    Charge Description    STATE CODE: 570.030-999Y19002305.0
    Charge Description    CLASSIFICATION: C
    Charge Description    CHARGE STATUS: NO FURTHER ACT
               Statute     (570030 )
     NCIC Offense Code    2305
              Severity    FELONY
Charge                    002
        Charge Literal    STEALING
    Charge Description    STATE CODE: 570.030-999Y19002305.0
    Charge Description    CLASSIFICATION: C
    Charge Description    CHARGE STATUS: NO FURTHER ACT
               Statute     (570030 )
     NCIC Offense Code    2305
              Severity    FELONY
============================== Cycle 002 ==============================
Tracking Number           86036448
Earliest Event Date       1987-06-15

-----------------------------------------------------------------------
```

```
Arrest Date               1987-06-15
Arresting Agency          MO0240000 Clay County Sheriff's Office
Comment(s)                AGENCY CASE NUMBER: 18472
Comment(s)                ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                ARREST COUNTY: CLAY
Charge                    001
        Charge Literal    RAPE
    Charge Description    DATE OF OFFENSE: 1987-05-25
    Charge Description    STATE CODE: 566.030-990Y19001103.1
    Charge Description    CLASSIFICATION: C
               Statute     (566030 )
     NCIC Offense Code    1103
              Severity    FELONY
=============================== Cycle 003 ==============================
Tracking Number           86036795
Earliest Event Date       1987-06-23

------------------------------------------------------------------------
Arrest Date               1987-06-23
Arresting Agency          MO0240000 Clay County Sheriff's Office
Comment(s)                AGENCY CASE NUMBER: 18472
Comment(s)                ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                ARREST COUNTY: CLAY
Charge                    001
        Charge Literal    FELONIOUS RESTRAINT
    Charge Description    STATE CODE: 565.120-001Y19791099.0
    Charge Description    CLASSIFICATION: C
               Statute     (565120 )
     NCIC Offense Code    1099
              Severity    FELONY
Charge                    002
        Charge Literal    ARMED CRIMINAL ACTION
    Charge Description    STATE CODE: 571.015-001Y19755299.0
               Statute     (571015 )
     NCIC Offense Code    5299
              Severity    FELONY
=============================== Cycle 004 ==============================
Tracking Number           91028383
Earliest Event Date       1992-03-03

------------------------------------------------------------------------
Arrest Date               1992-03-03
Arresting Agency          MO0480100 Blue Springs PD
Comment(s)                AGENCY CASE NUMBER: 9201538
Comment(s)                ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                ARREST COUNTY: JACKSON
Charge                    001
        Charge Literal    PEACE DISTURBANCE
    Charge Description    DATE OF OFFENSE: 1992-02-22
    Charge Description    STATE CODE: GENER.0-931Y19505399.0
     NCIC Offense Code    5399
              Severity    L
------------------------------------------------------------------------
Prosecutor Disposition    (Cycle 004)
Charge                    001
        Charge Literal    PEACE DISTURBANCE
    Charge Description    STATE CODE: GENER.0-931Y19505399.0
     NCIC Offense Code    5399
              Severity    L
           Disposition    (CHARGE FILED)
------------------------------------------------------------------------
Court Disposition         (Cycle 004)
Court Agency              MO048103J Jackson Co Cir Crt-Kansas City
```

```
Charge                      001
        Charge Literal      PEACE DISTURBANCE
    Charge Description      STATE CODE: GENER.0-931Y19505399.0
    Charge Description      SENTENCE: FINE
    Charge Description      FINED INDICATOR: YES
     NCIC Offense Code      5399
              Severity      L
           Disposition      ( 1992-06-18; GUILTY)
=============================== Cycle 005 ==============================
Tracking Number             91028289
Earliest Event Date         1992-05-27

-----------------------------------------------------------------------
Arrest Date                 1992-05-27
Arresting Agency            MO0480100 Blue Springs PD
Comment(s)                  AGENCY CASE NUMBER: 9203861
Comment(s)                  ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                  ARREST COUNTY: JACKSON
Charge                      001
        Charge Literal      MISCONDUCT OFFENSE
    Charge Description      DATE OF OFFENSE: 1992-05-27
    Charge Description      STATE CODE: GENER.0-930Y19504899.0
     NCIC Offense Code      4899
              Severity      L
-----------------------------------------------------------------------
Prosecutor Disposition      (Cycle 005)
Charge                      001
        Charge Literal      MISCONDUCT OFFENSE
    Charge Description      STATE CODE: GENER.0-930Y19504899.0
     NCIC Offense Code      4899
              Severity      L
           Disposition      (CHARGE FILED)
-----------------------------------------------------------------------
Court Disposition           (Cycle 005)
Court Agency                MO048103J Jackson Co Cir Crt-Kansas City
Charge                      001
        Charge Literal      MISCONDUCT OFFENSE
    Charge Description      STATE CODE: GENER.0-930Y19504899.0
    Charge Description      SENTENCE: CONFINEMENT 030 DAYS   SUSPENDED
    Charge Description      SENTENCE: PROBATION 02 YEARS
     NCIC Offense Code      4899
              Severity      L
           Disposition      ( 1992-06-18; GUILTY)
=============================== Cycle 006 ==============================
Tracking Number             94096395
Earliest Event Date         1994-09-20

-----------------------------------------------------------------------
Arrest Date                 1994-09-20
Arresting Agency            MO0480600 Independence PD
Comment(s)                  AGENCY CASE NUMBER: 397181
Comment(s)                  ARREST NAME: WILLIAMS,FLOYD A
Comment(s)                  ARREST COUNTY: JACKSON
Charge                      001
        Charge Literal      VIO EXP/FULL ORDER ORDER W/5 YR
    Charge Description      DATE OF OFFENSE: 1994-09-20
    Charge Description      STATE CODE: 455.085-998Y19893899.0
    Charge Description      CLASSIFICATION: D
    Charge Description      CHARGE STATUS: PROSC NOT FILED
               Statute       (455085 )
     NCIC Offense Code      3899
              Severity      FELONY
Charge                      002
```

```
         Charge Literal  VIO EXP/FULL ORDER PROT
     Charge Description  DATE OF OFFENSE: 1994-09-20
     Charge Description  STATE CODE: 455.085-997Y19893899.0
     Charge Description  CLASSIFICATION: A
                Statute   (455085 )
      NCIC Offense Code  3899
               Severity  MISDEMEANOR
--------------------------------------------------------------------------
Prosecutor Disposition   (Cycle 006)
Charge                   002
         Charge Literal  VIO EXP/FULL ORDER PROT
     Charge Description  CASE NUMBER: 0843480
     Charge Description  STATE CODE: 455.085-997Y19893899.0
     Charge Description  CLASSIFICATION: A
                Statute   (455085 )
      NCIC Offense Code  3899
               Severity  MISDEMEANOR
            Disposition  (CHARGE FILED)
--------------------------------------------------------------------------
Court Disposition        (Cycle 006)
Court Agency             MO048103J Jackson Co Cir Crt-Kansas City
Charge                   002
         Charge Literal  VIO EXP/FULL ORDER PROT
     Charge Description  CASE NUMBER: 49400285300
     Charge Description  STATE CODE: 455.085-997Y19893899.0
     Charge Description  CLASSIFICATION: A
                Statute   (455085 )
      NCIC Offense Code  3899
               Severity  MISDEMEANOR
            Disposition  ( 1994-10-05; DISMISSED BY COURT)
*************************  INDEX OF AGENCIES  **************************

Agency                   Belton PD; MO0190200;

--------------------------------------------------------------------------
Agency                   Clay County Sheriff's Office; MO0240000;

--------------------------------------------------------------------------
Agency                   Blue Springs PD; MO0480100;

--------------------------------------------------------------------------
Agency                   Independence PD; MO0480600;

--------------------------------------------------------------------------
Agency                   Jackson Co Cir Crt-Kansas City; MO048103J;

                             * * * END OF RECORD * *
```

*2.2031:112.2035:403203043382.2061:40289843368340289843369 9L402898433709F40289843371
9R402898433721

FROM: COMMISSIONER DAN FOIL

TO: ST. TAMMANY PARISH JAIL/BOND OFFICE

Please set/change the following bonds:

1) William Merritt 1) FTA-EOS - 573 cash on 10 days PJ
2) FTA-EOS - 221 cash on 10 days PJ
- time to run consecutive

2) Quincy Penn Crim Trespass 350 sis - waive BC CA
- stay away from residence in this charge

3) Floyd Williams 1) Entering After forbidden 1-2) 1,000 sis
2) Imp Tele Comm
- no contact w/ victim #2 waive BC CA

4) Elrqua Richardson Cyberstalking 3500 cps
- no contact w/ the victim - waive BC CA

5) Shelley Cloud Viol of PO 1,000 cps
- no contact w/ the victim
- waive BC CA

ent
dfm 6/28/12

FROM: COMMISSIONER DAN FOIL

TO: ST. TAMMANY PARISH JAIL/BOND OFFICE

Please set/change the following bonds:

6) Bruce Thomas 1) Theft (F) 1) 3500 cps
2) FTA - No Reg. Dues 2) 500 cps - deled Sec ✓
3) C/C - FTA - Rev Hearing - No Bond
- Waive BC Ø due to Probation Violation

7) John Arnold 1) Fug. - No Bond
2) Fug - No Bond
3) R/O 3) 500 PR
- Waive BC 4 due to Fugitive Holds ✓
Bond posted prior to this.

8) Shannon Lambert 1) Robbery x2 1-2) 1,3 50 sis #1 ✓
2) Trespass - no contact w/ victims #2
- do not return to address
Waive BC Ø

9) Ayron Jackson 1-5) Burglary X3, Theft X2 1-5) 10,000 cps when successfully complete BC Ø release ✓
- must attend + successfully complete
- no use or poss'n of any CDS unless prescribed

[signature] 9/28/19

FROM: COMMISSIONER DAN FOIL

TO. ST. TAMMANY PARISH JAIL/BOND OFFICE

Please set/change the following bonds:

10) Bailey Strickland 1-5) Imp Equip, Poss Sch, etc 1-5) 5,000 ops
- same conditions as #9 ✓

Coltyn Gries CDTP 3500 SIS
- waive BC ct ✓

) Devin Sims DAB 2500 ops
- no contact w/ the victim
- must attend + complete BC ct successfully upon release ✓

) Brett Brigham R/O w/ Force 2500 ops
- waive BC ct due to prob Hold ✓

CW

DM 9/28/19

| | | |
|---|---|---|
| Agency ORI # LA05200T1<br>Phone 9858982320 | **ST TAMMANY PARISH SHERIFF'S OFFICE**<br>**1200 CHAMPAGNE ST , COVINGTON,LA,70433**<br>**INITIAL BOOKING RECEIPT** | INMATE NUMBER 212757<br>Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232235 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3992 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 09/28/2019 | 09:07 | 1512 | STPSO | | 09/28/2019 | 09:56 |

## INMATE

| Name (First Middle Last +Family) | Maiden Name | Social Security Number | Juvenile |
|---|---|---|---|
| FLOYD ALAN WILLIAMS | | [redacted] | NO |

| Classification Score | Billing Code | Division | Place of Birth | Residence Phone |
|---|---|---|---|---|
| 12/12 | Parish Prisoner | | KANSAS,MO | [redacted] |

| Address (Street, Apt, Number) / City | State | Zip | Business Phone |
|---|---|---|---|
| [redacted] | La | 70460- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| LABORER | | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | State ID# |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 53 | Single | 505 | 165 | Brown | Gray/par | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Medium | Small | No | Good | Soft/pol | Crew |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | MISDEMEANOR | ENTRY ON OR REMAINING IN PLACES OR ON LA | COMMITTED | 1 | 14:63.3 |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 09/28/2019 | | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Personal Surety | 1,000.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 2 | MISDEMEANOR | TELEPHONE COMMUNICATIONS;IMPROPER LANGUA | COMMITTED | 1 | 14:285 |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 0 | 09/28/2019 | | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Personal Surety | 1,000.00 | | 0.00 |

OK

PR 7.

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 1st day of October, 2019.

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)

| ID Number | Unit | Date |
|---|---|---|
| 3992 | | 10/01/2019 |



| | | |
|---|---|---|
| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**FIRST APPEARANCE BOOKING REPORT** | INMATE NUMBER 212757<br>Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 232235 | ST TAMMANY PARISH SHERIFF'S OFFICE | 3992 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Booked Date | Booked Time |
|---|---|---|---|---|---|
| 09/28/2019 | 09:07 | 1512 | STPSO | | :56 |

M/H

**INMATE**

Name (First Middle Last +Family): FLOYD ALAN WILLIAMS | ...venile: O

Classification Score: 12/12 | Billing Code: Parish Prisoner | Division: | Plac...: KA

Address (Street, Apt. Number) | City

[redacted]

Occupation: LABORER | Employer / School | Address

Driver's License or Other ID (State - Number): - | Year Expires | Immigration and Naturalization Numb...

Race: White | Religion: None | Date of Birth: [redacted] | Age: 53 | Marital Status: Single | ...ir Length: hort

Sex: Male | Complexion: Medium | Build: Small | Facial Hair: No | Style: ew

Current Cell: HOLDING CELL-MALE HOLDING-MALE HOLD1

**OFFENSE(S) / CHAR...**

| Offense | Offense Type | Description | | ...ation Number |
|---|---|---|---|---|
| 1 | MISDEMEANOR | ENTRY ON OR REMAINING IN PLACES OR ON LA | COMMITTED | ...3 |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Personal Surety | 1,000.00 | | 0.00 |

**OFFENSE(S) / CHARGE(S)**

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 2 | MISDEMEANOR | TELEPHONE COMMUNICATIONS;IMPROPER LANG | COMMITTED | 1 | 14:285 |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Personal Surety | 1,000.00 | | 0.00 |

12 HR HEARING

SEP 30 2019

COMM FO...

**ADMINISTRATIVE**

**Comments:**

(1-2) 1,000 SIG cond - no contact w/victim stay away from property waive BCU

PDD



**SPECIAL NOTES:** ______________________

SID # 000279703 BOOK DATE 9-28-19 BAG#/BED # 544/MH2

# Release Checklist

(to be placed in inmate file)

Inmate's Name Floyd Williams Date of Birth [redacted]

Booking Number 232235 Race W Sex: (M) F

*Verifying deputy will initial next to each field they clear. If line does not apply, mark N/A and initial.*

N/A **Is there a closing disposition for each charge?**

N/A **Is the closing disposition correct for each item? (cross ref. item #, docket # and offense dates)**

N/A **If the inmate is DOC, is there a Diminution of Sentence or a Full Term Certificate for each hard labor docket?**

N/A **If the inmate has P/J time, has the sentence been satisfied? (8-4, time served, fine paid)**

N/A **Is the proper documentation to close each release restriction?**

N/A **Have victim(s) been contacted?**

N/A **If inmate is being released to the custody of another agency/officer, has proper documentation been done in JMS and in the inmate's file?**

N/A **Has the inmate been given a check/debit card for any remaining funds in his/her inmate account?**

MW ***Has all state issued property been returned to the property deputy?***

MW ***Has the inmate's identity been verified via AFIS, AFIS/DNA and/or IRIS Scanner?***

MW ***Has the inmate signed and been given all necessary documents?***

***(bond papers, subpoena, bond condition slip)***

MW ***Has the AFIS been Descriptor Completed and the DNA queue checked?***

***This section is for the deputy to fill out. This must be filled out prior to the inmate being released.***

atts **NCIC** atts **AFIS (rap sheet)** **DNA Profile**

atts **Warrants** N/R **Drug Screen** ✓ **check queue/**____ **On file (not needed)**

______________________

______________________

**Supervisor verifying release** Sgt Donahue-Smith **Date** 10-1-19 **Time** 1537

9/26/18

| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INMATE RELEASE** | INMATE NUMBER 212757<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|
| LA05200T1 | 232235 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 3992 | |
| Arrested Date: 09/28/2019 | Arrested Time: 09:07 | Arrested By ID: 1512 | Arrested By Agency / Other: STPSO | Related Report Number | Booked Date: 09/28/2019 / Booked Time: 09:56 |
| Release Date: 10/01/2019 | Release Time: 15:41 | Released By ID: 1652 | Release Reason: RELEASED ON BOND | Release Bond Type: UNSECURED PERSO | Release Bond Amount: 1,000.00 |

## INMATE

| Defendant Code | Offense Indicator | Juvenile | Name (First Middle Last +Family) | Social Security Number |
|---|---|---|---|---|
| | | NO | FLOYD ALAN WILLIAMS | [redacted] |

| Maiden Name | Nickname / Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | KANSAS,MO | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | La | 70460- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| LABORER | | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 53 | Single | 505 | 165 | BROWN | GRAY/PAR | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Medium | Small | No | Good | Soft/pol | Crew |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | MISDEMEANOR | ENTRY ON OR REMAINING IN PLACES OR ON LA | COMMITTED | 1 | 14:63.3 |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | ENTRY ON OR REMAINING IN PLACES OR ON LA | 14:63.3 | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Unsecured Personal Surety | 1,000.00 | | 0.00 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 2 | MISDEMEANOR | TELEPHONE COMMUNICATIONS;IMPROPER LANGUA | COMMITTED | 1 | 14:285 |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 0 | TELEPHONE COMMUNICATIONS;IMPROPER LANGUA | 14:285 | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Unsecured Personal Surety | 1,000.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 1st day of October2019, .

IMMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

Dy. Williams, Nathaniel

OFFICER'S PRINTED NAME (L,F)



| ID Number | Unit | Date |
|---|---|---|
| 3992 | | 10/01/2019 |