| Agency ORI # LA05200T1<br>Phone (985) 8982320 | **ST TAMMANY PARISH SHERIFF'S OFFICE**<br>**1200 CHAMPAGNE ST , COVINGTON, LA, 70433**<br>**COMPLAINT ARREST AFFIDAVIT** | AGENCY REPORT NUMBER 2019-009636<br>COURT DOCKET NUMBER<br>Juvenile ☐ |
|---|---|---|

| Agency ORI Number: | Agency Name: | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2019-009636 |

| | Day | Date | Time(mil) | | | |
|---|---|---|---|---|---|---|
| Reported: | SATURDAY | 09/28/2019 | 08:10 | Time Dispatched (mil): 08:13 | Time Arrived (mil): 08:17 | Time Completed (mil): 08:13 |
| Arrest: | SATURDAY | 09/28/2019 | 08:45 | Arrested?: YES | NCIC Check?: YES | OBTS#: 0 |
| Booked: | | | | Court Case Number: | Bond Amount: 0.00 | |

## DEFENDANT

| Offense Indicator: | Defendant Code: | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|
| 1,2 | D | NO | Floyd Alan Williams |

| Family / Maiden Name | Place of Birth | Citizenship | Occupation |
|---|---|---|---|
| | Unknown | United States Citize | None |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|
| [redacted] | [redacted] | La | 70460- | [redacted] |

| Employer / School | Address | City | State | Zip | Business Phone |
|---|---|---|---|---|---|
| | | | | - | () |

| Social Security Number | Res. Type | Res. Status | Driver License Number | Arrest# | OBTS# |
|---|---|---|---|---|---|
| [redacted] | Parish | Full Year | 12262956 - La | | |

| Race | Ethnicity | Sex | Date of Birth | Age | Height | Weight | Build |
|---|---|---|---|---|---|---|---|
| White | Non-hispanic | Male | [redacted] | 54 | 5-.5 | 165 | Medium |

| Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion |
|---|---|---|---|---|---|
| Gray/par | Short | Straight | No | Brown | Light |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description: |
|---|---|---|
| 1 | Misdemeanor | TELEPHONE COMMUNICATIONS;IMPROPER LANGUAGE;HARASSM |

| Offense Status | Statute Violation Number | Forced Entry? | Occupancy | Type Weapon |
|---|---|---|---|---|
| Committed | 14:285 | | | Other |

| Situation Type | Crime Category |
|---|---|
| Single Victim/single Offender | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description: |
|---|---|---|
| 2 | Misdemeanor | ENTRY ON OR REMAINING IN PLACES OR ON LAND AFTER B |

| Offense Status | Statute Violation Number | Forced Entry? | Occupancy | Type Weapon |
|---|---|---|---|---|
| Committed | 14:63.3 | | | Other |

| Situation Type | Crime Category |
|---|---|
| Single Victim/single Offender | |

## NARRATIVE / REASON FOR ARREST (PROBABLE CAUSE) STATEMENT

The undersigned has probable cause to believe the above-named defendant, on the 28th day of September, 2019, at approximately 8:45am at - 31768 SIXTH was arrested for the following reasons:

SEE NARRATIVE CONTINUATION

## ADMINISTRATIVE

| Report Contains | Related Report Number(s) |
|---|---|
| 2 | |

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| STELFOX, Victoria A | 1512 | | | 2406 | 10/14/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| VARGO, VON | 774 | 10/13/2019 | 2 | 1 | 1 | 0 | 0 | 1 |

| Routed To | Referred To |
|---|---|
| None | |

| Assigned To | Assigned By | Assigned Date |
|---|---|---|
| | | |

| Case Status | Exception Type | Date Cleared |
|---|---|---|
| CLEARED BY ARREST | | |

# COMPLAINT ARREST AFFIDAVIT - PERSON(S)

Juvenile ☐ 1. Original 2. Supplement ☐

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2019-009636 |

| Original Report Date | Incident Type |
|---|---|
| 09/28/2019 | Trespassing |

## VICTIM/WITNESS

| Offense Ind. | V/W Code | Victim Type | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|---|
| 1,2 | Victim | Adult | NO | Christian C Himes |

| Famiy / Maiden Name | Place of Birth | Citizenship | Occupation |
|---|---|---|---|
| | Unknown, La, USA | United States Citizen | Care Taker |

| Address (Street, Apt. Number) | City | State | Zip | Phone |
|---|---|---|---|---|
| [redacted] | [redacted] | La | 70460 | [redacted] |

| Employer / School | Address | City | State | Zip | Business Phone |
|---|---|---|---|---|---|
| | | | | - | |

| Synopsis of Involvement | Victim DID receive information on Victim's Rights and Services Pursuant to State Law |
|---|---|
| Victim | N/a |

| Driver License Number | DL State | Driver License Class | Driver License Expiration | Driver License Status | Suspension Length |
|---|---|---|---|---|---|
| [redacted] | La | E / Operator | 03/15/2020 | | 0 |

| Social Security Number | Res. Type | Res. Status | INS# | NCIC# | Arrest# | OBTS# |
|---|---|---|---|---|---|---|
| | Parish | Full Year | 0 | | | |

| Race | Ethnicity | Sex | Date of Birth | Age | Height | Weight | Build |
|---|---|---|---|---|---|---|---|
| Black | Non-hispanic | Female | [redacted] | 33 | 5'.9" | 140 | Slender |

| Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion |
|---|---|---|---|---|---|
| Black | Medium | Straight | No | Brown | Dark |

Scars / Marks / Tatoos (Location / Describe)

| Amputee | Special Identifiers | Unusual Features |
|---|---|---|
| | | |

| Injury Type(s) | Extent of Injury | Mental / Physical Condition | Medication Required / Type | Doctor / Medical (Name, Phone Number) |
|---|---|---|---|---|
| N/a | NONE | | | |

| Medical Aid Given | Treated | Sobriety | Transported? | Transported To: | Beginning Mileage: | Ending Mileage: |
|---|---|---|---|---|---|---|
| None | None | | | None | | |

## ADMINISTRATIVE

| Report Contains | Related Report Number(s) |
|---|---|
| 2 | |

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| STELFOX, Victoria A | 1512 | | | 2406 | 10/03/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| VARGO, Von | 774 | 10/13/2019 | 2 | 1 | 1 | 0 | 0 | 1 |

# COMPLAINT ARREST AFFIDAVIT - NARRATIVE CONTINUATION

Juvenile ☐

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2019-009636 |
| **Original Date Reported** | **Incident Type** | |
| 09/28/2019 | Trespassing | |

## NARRATIVE CONTINUATION

On September 28, 2019, at approximately 0813 hours, Corporal Victoria Stelfox was dispatched to [redacted] in regards to the complainant having a dispute with the neighbor.

## ADMINISTRATIVE

| Report Contains | Related Report Number(s) |
|---|---|
| 2 | |

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| STELFOX, Victoria A | 1512 | | | 2406 | 10/03/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| VARGO, Von | 774 | 10/13/2019 | 2 | 1 | 1 | 0 | 0 | 1 |

| Routed To | Referred To | |
|---|---|---|
| NONE | | |
| **Assigned To** | **Asigned By** | **Date** |
| | | |
| **Case Status** | **Exception Type** | **Date Cleared** |
| CLEARED BY ARREST | | |

# COMPLAINT ARREST AFFIDAVIT - NARRATIVE CONTINUATION

Juvenile ☐

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2019-009636 |
| **Original Date Reported** | **Incident Type** | |
| 09/28/2019 | Trespassing | |

## NARRATIVE CONTINUATION

On September 28, 2019, at approximately 0813 hours, Corporal Victoria Stelfox was dispatched to [redacted] in regards to the complainant having a dispute with the neighbor.

Upon arrival, Cpl. Stelfox met with the complainant, identified as Floyd Alan Williams. Williams advised on the evening on September 27, 2019, his neighbor Christian Himes, brought him to a church to obtain free pizzas. After arriving back to his residence Williams remembered he had left the pizzas in Himes' vehicle. Williams proceeded to Himes' residence ([redacted]) in an attempt to retrieve the free pizzas. Williams began to knock on the door and learned Himes had left for work. He then received a phone call from Himes advising him that she would get the pizzas back to him in the morning when she returned home from work. Williams then advised he went back to his residence for the evening.

On the morning of September 28, 2019, Himes went to Williams' residence to drop off the pizzas. When she arrived Williams claimed she started a verbal altercation with him because he went to her residence when she wasn't home. Williams also advised Himes went to the middle of the street and told him to "kiss her ass" as she was going back to her residence.

Cpl. Stelfox left Williams' residence and proceeded to locate Himes to obtain her statement of the events that took place. Upon arrival, Cpl. Stelfox met with Himes who advised the following verbal and written statement. Himes advised she kindly brought Williams to a local church so he could get free pizza for dinner. She brought Williams back after obtaining the pizzas and he went to his home. Williams ultimately left the pizzas in her vehicle and Himes was unaware the pizzas were left until after she arrived at her place of employment. At approximately 2100 hours, Williams went to Himes' residence to get the pizzas he left in her car. Williams then preceded to "bang" on Himes' front door demanding the pizzas. Williams was advised Himes was not home and Himes received a phone call from her babysitter that Williams was yelling and "banging" on the door. Himes in turn called Williams and advised him to leave her residence and that there was nothing she could do about the pizzas until she arrived home in the morning. Williams continued to stay on the property and refused to listen to Himes request to leave her property. This incident ultimately scared Himes' three daughters (13, 11, and 2 years of age). Williams then began to call Himes back to back demanding the pizzas within a five minute time frame. Himes advised during the phone calls Williams would call her derogatory names and Himes began ignore the phone calls. Williams eventually left Himes' residence and stopped

## ADMINISTRATIVE

| Report Contains | | | | | Related Report Number(s) | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | |
| **Officer(s) Reporting** | **ID. Number** | **Name** | | | **ID. Number** | **Unit** | **Date** | |
| STELFOX, Victoria A | 1512 | | | | | 2406 | 10/03/2019 | |
| **Officer Reviewing (If Applicable)** | **ID. Number** | **Approved Date** | **# Offenses** | **# Victims** | **# Offenders** | **# Premises Ent.** | **# Vehicles Stolen** | **# Arrested** |
| VARGO, Von | 774 | 10/13/2019 | 2 | 1 | 1 | 0 | 0 | 1 |

| Routed To | Referred To | |
|---|---|---|
| NONE | | |
| **Assigned To** | **Asigned By** | **Date** |
| | | |
| **Case Status** | **Exception Type** | **Date Cleared** |
| CLEARED BY ARREST | | |

# COMPLAINT ARREST AFFIDAVIT - NARRATIVE CONTINUATION

Juvenile ☐

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2019-009636 |
| Original Date Reported | Incident Type | |
| 09/28/2019 | Trespassing | |

## NARRATIVE CONTINUATION

calling her for the remainder of the evening.

On the morning of September 28, 2019, Himes brought Williams his pizzas. After she handed over the pizzas, Williams began calling her names and started an argument because she had the pizzas overnight. Himes left his residence to avoid any further altercation to which Williams called the Sheriff's Office. Himes then advised she wished to pursue criminal charges against Williams due to the constant phone calls from the previous evening and that he refused to leave her residence when she asked him to.

After obtaining Himes' written statement, she went back to Williams' residence. Cpl. Stelfox came into contact with Williams and verbally advised his rights per Miranda, where he later refused to sign the Miranda rights form. Cpl. Stelfox the advised Williams he was being placed under arrest for Louisiana Revised Statues 14:63.3 Remaining after forbidden for not listening to Himes asked him to leave her property and 14:285 Telephone Harassment. Williams was placed into handcuffs (finger spaced and double locked), searched, and escorted to the rear passenger compartment of Cpl. Stelfox's patrol unit. Williams then complained he could not breath to which medical services were called to render medical aid. Williams was evaluated and his medical status was stable and later advised he had said that to avoid going to jail. Williams was ultimately transported to the St. Tammany Parish Jail where he turned over to the jail staff without incident.

There is nothing further to report at this time.
Cpl. V. Stelfox - 2406

Attachments:
1 - Written statement
1 - Miranda rights form

## ADMINISTRATIVE

| Report Contains | | | Related Report Number(s) | | |
|---|---|---|---|---|---|
| 2 | | | | | |

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| STELFOX, Victoria A | 1512 | | | 2406 | 10/03/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| VARGO, Von | 774 | 10/13/2019 | 2 | 1 | 1 | 0 | 0 | 1 |

| Routed To | Referred To | |
|---|---|---|
| NONE | | |
| Assigned To | Asigned By | Date |
| | | |
| Case Status | Exception Type | Date Cleared |
| CLEARED BY ARREST | | |

# Arrest Packet Check List

**DUE DATE:**

| | |
|---|---|
| **Item #:** | 2019-0096316 |
| **Defendant/DOB:** | Floyd Williams [redacted] |
| **Deputy:** | V. Stelfox |
| **Arrest Date:** 9/28 | **Released Date:** 10/1 / In custody ☐ |

**Felony charges:**

**Misdemeanor charges:**
Entry remaining
telephon comm.

| Attachments | I | P |
|---|---|---|
| Consents to Search | | |
| Custodial Agreement | | |
| Domestic Violence Form/Letter | | |
| Evidence Sheet | | |
| Firearm Analysis Report | | |
| Lavns Form/JRA | | |
| Miranda | X | |
| Narcotic Analysis | | |
| National Trace Form (ATF) | | |
| NCIC | | |
| Probable Cause Sheet | X | |
| Property Sheet | | |
| Scientific Analysis Report | | |
| Search Warrant | | |
| Search Warrant Return | | |
| Statements | X | |
| Summons | | |
| Tickets | | |
| Warrant Attachments (Clerk of Court) | | |
| Warrants | | |
| Wrecker Sheet | | |

| Reports | I | P |
|---|---|---|
| Complaint Arrest Report/NTA | X | |
| Offense | | |
| Incident | | |
| Supplement | | |
| Supplement | | |
| Supplement | | |
| Resume | | |
| Accident | | |

| Other | I | P |
|---|---|---|
| Medical Reports | | |
| Financial Documents | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Notes:**

I = included; P = pending;

# STATEMENT OF MIRANDA RIGHTS

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.
5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

I understand these rights.

Refused

Signature

## WAIVER OF RIGHTS

I have read the above statement of my rights and I understand each of those rights and having these rights in mind I waive them and willingly make a statement.

Signature

**Witnessed by:**

Cpl. V. Stelfox

Officer's Name

STPSO

Officer's Department

Date: 9/28/19 Time: 835

9/28/2019

**DATE OF OFFENSE**

Case #: 2019-0096360

Name Rights given to: Floyd Williams

Date of birth: [redacted]

Race & Sex: W/M

III-117

# 48 Hour Warrant

**22ND JUDICIAL DISTRICT COURT**
**PARISH OF ST. TAMMANY**
**STATE OF LOUISIANA**
**ARREST WARRANT**

**Warrant NO:**
**Complaint #** 2019-009636
**Book-In Date:** ________________
**Book-In Time:** ________________

## ARREST WARRANT

**State of Louisiana**
**Versus**
**FLOYD ALAN WILLIAMS, WHITE MALE**
[redacted]
**DOB:** [redacted] **SSN:** [redacted]

**TO ANY COMMISSIONED PEACE OFFICER:**

WHEREAS, complaint has been made to me under oath and under penalty of perjury, by **Victoria Stelfox** charging one **FLOYD ALAN WILLIAMS** with:

1 Count of RS14:63.3--Entry on or Remaining in Places or on Land after being Forbidden--(MISDEMEANOR)

1 Count of RS14:285--Telephone Communications/ Improper Language/ Harassment--(MISDEMEANOR)

Committed on or about **09/27/2019**.

The foregoing affidavit, having been duly considered, it is hereby ordered, adjudged and decreed that FLOYD ALAN WILLIAMS has been lawfully arrested upon probable cause, without warrant.

Given under my official signature, this 28 day of September, 2019.

Dan Foil

Commissioner Dan Foil
22ND JUDICIAL DISTRICT COURT
ST. TAMMANY Parish
State of Louisiana

Saturday, September 28, 2019 13:22

# 48 Hour Warrant

**22ND JUDICIAL DISTRICT COURT**

**PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**ARREST WARRANT**

**Warrant NO:**

**Complaint #** 2019-009636

**Book-In Date:** ________________

**Book-In Time:** ________________

## AFFIDAVIT FOR PROBABLE CAUSE OF ARREST

**STATE OF LOUISIANA**
**VERSUS**
**FLOYD ALAN WILLIAMS, WHITE / MALE**
[redacted]
**DOB:** [redacted] **SSN:** [redacted]

I, **Victoria Stelfox** , certify under oath based on the information outlined below, that there is probable cause to believe **FLOYD ALAN WILLIAMS** on or about **09/27/2019** did commit:

1 Count of RS14:63.3--Entry on or Remaining in Places or on Land after being Forbidden--(MISDEMEANOR)

1 Count of RS14:285--Telephone Communications/ Improper Language/ Harassment--(MISDEMEANOR)

within this State and Parish, and the jurisdiction of the 22ND JUDICIAL DISTRICT COURT, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same, in that the following did occur:

On Saturday, September 28, 2019, Corporal Victoria Stelfox was dispatched to 37168 6th Street, apartment 4, in regards to a disturbance between neighbors. Upon arrival Cpl. Stelfox met with Floyd Allen Williams who advised his neighbor, Christian Himes, came over to drop off pizza from the previous evening that he obtained from a church. During the interaction, Himes asked Williams not to come to her residence while she was not at home due to her three female juvenile children being scared of him. After further investigation and speaking to Himes, Cpl. Stelfox, learned Williams had gone to Himes residence to get the pizza he had left in her vehicle. Himes started to "bang" on Himes' front door demanding the pizza. As a result he scared Himes' children along with their babysitter for the evening. Himes then contacted Williams who was still on Himes' property and asked him to leave and she would resolve the situation on the morning of September 28, 2019 after she got off of work. Himes then hung up the phone after Williams started to call her derogatory names and cursing at her. Williams then proceeded to call her job five times in a matter of five minutes to get his pizza. Himes advised Williams eventually left her residence.

Himes further advised when she arrived home her daughters were still scared and asked Himes to not let Williams back at the residence. Himes then got the pizzas and brought then to Williams

home. At which time, Williams became angry and started an argument about Himes not giving him the pizzas. Himes then left his residence to avoid a further altercation. Himes advised she had the screen shot of the call records of Williams calling back to back. She also had security film footage of Williams causing a disturbance at the residence the previous evening, but was not able to record it at the present time. Himes then advised she wanted to pursue criminal charges against Williams for his actions the previous evening.

Williams was then placed under arrest for Louisiana Revised Statues 14:63.3 – Remaining after forbidden for not listening to Himes asked him to leave her property and 14:285 – Telephone Harassment due to calling several times back to back interrupting Himes job duties. Williams was later transported to the St. Tammany Parish Jail.

I certify that the accused committed the above-described offense and was arrested for said offense on **09/28/2019** at **0907** hours. I hereby certify under oath the information contained herein to be true and correct, to the best of my knowledge, under penalties of perjury.

Victoria Stelfox

Victoria Stelfox
Affiant

THUS DONE AND PASSED on the 28 day of September, 2019.

Dan Foil

Commissioner Dan Foil
22ND JUDICIAL DISTRICT COURT
ST. TAMMANY Parish
State of Louisiana

Saturday, September 28, 2019 13:22

# S.T.P.S.O. STATEMENT REPORT FORM

Page 1 of 1 Pages

ITEM 2019-009636

NAME ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED

Himes Christian C

(LAST NAME) (FIRST NAME) (MIDDLE NAME)

RACE BL SEX F DATE OF BIRTH [redacted]

HOME PHONE [redacted]

HOME ADDRESS [redacted]

BUSINESS [redacted]

STATEMENT:

Mr. Allen was knocking on my door 2:00 9/28/19 after I was long gone at work 7:00 my nightly shift he comes banging on my door demanding food that was suppose left in my car, Mr. Allen knows my hours because I help him All the time with groceries Food what ever is he needs rides to the store just what ever cause I would help anybody who needs. Mr. Allen scared my kids so bad Ages 2 yr old 13 and 11 year old little girls.

I returned in the Am to just Give him food from my home just so this insident wouldnt happen again he took the food and started to curse me out once again. I tried talking to him last night at my job to prevent all of this, this morning Sept 28, 19 but last night he called my job times after times. about 5 times.

Christian Himes

Christian Himes

WITNESS: ____________

DEPUTY: Cpl. V. Stella #2406

DATE: 9/28/19