**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * * * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual** | * * * | **JURY DEMAND** |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual** | * * * * * | **COMBINED WITH** ***Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **capacity** | * | **ALL CASES** |
| **Defendants** | * | |

******************************************************************************

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

**BEFORE ME,** the undersigned notary public, personally came and appeared:

**SHERIFF RANDY SMITH**

who being duly sworn, did depose and state:

1. I am of the age of majority and a resident of the State of Louisiana.
2. I am currently the Sheriff of St. Tammany Parish, a position I have held since July 1, 2016.
3. I have reviewed the jail records of all five (5) Plaintiffs in the above-captioned matter.
4. As such, I have personal knowledge of the following facts:

5. As the elected Sheriff of St. Tammany Parish, I am in charge of a department of almost 800 employees, and I am also responsible for the operation of the St. Tammany Parish Jail which has a capacity of approximately 1,200 inmates.
6. I have no day-to-day role with respect to any individual's confinement in the jail, as I have delegated those day-to-day responsibilities to my subordinates.
7. I have no first-hand knowledge of any of the individual Plaintiffs' claims in the above-captioned matter.
8. I have no first-hand knowledge about the incarceration or the conditions of confinement of any of the individual Plaintiffs in the St. Tammany Parish Jail.
9. I have never met with, nor spoken to, any of the individual Plaintiffs in this matter with regard to their confinement in the St. Tammany Parish Jail.
10. I did not become aware that any of these individual Plaintiffs were ever incarcerated at the St. Tammany Parish Jail until after this suit was filed.
11. Since I became Sheriff in 2016, it has always been the policy of the St. Tammany Parish Sheriff's Office to hold individuals in the holding cells only until such time as a bed opens up in one of the parish pre-trial detainee jail housing units.
12. The jail housing units are segregated by inmate classification, specifically, these units are designated for St. Tammany Parish pre-trial detainees, Louisiana Department of Corrections ("DOC") inmates, and Federal detainees. St. Tammany Parish pre-trial detainees are not eligible for housing in either of the DOC or the Federal housing units.
13. Since I became Sheriff in 2016, it has never been the policy or custom of the St. Tammany Parish Sheriff's Office to hold any individual in the holding cells for any punitive reason.

SWORN TO AND SUBSCRIBED ON THIS 7TH DAY OF AUGUST, 2023.

Witnesses:

Amanda Shackelford
Print Name: Amanda Shackelford

SHERIFF RANDY SMITH

Dr. Matthew Cleland
Print Name: Matthew Cleland

CHADWICK W. COLLINGS
NOTARY PUBLIC
BAR ROLL # 25373
MY COMMISSION IS FOR LIFE