WILLIAMS, FLOYD

[redacted]

St. Tammany Parish, LA
1200 Champagne St.
Covington, LA 70433
985-276-1000
985-276-1000

# Patient Profile - Summary

| Patient Name | Patient Number | DOB | Age | Gender |
|---|---|---|---|---|
| WILLIAMS, FLOYD A | 212757 | [redacted] | 54 | M |

## Allergies

| Type | Allergy | Reaction | Observed Date | Active | Last Note |
|---|---|---|---|---|---|
| Allergy Items | Norvasc | Hives<br>Itching<br>Difficulty Breathing | 9/28/2019 | Yes | N/A |

## Appliances

| Medical Appliance | Observed Date | Start Date | End Date | Associated Diagnosis | Status |
|---|---|---|---|---|---|

No Active Appliances

## Problems

| Type | Category | Problem | Code | Observed Date | Confirmed | Active |
|---|---|---|---|---|---|---|
| Chronic | Circulatory | Essential (primary) hypertension | I10 | 9/28/2019 | No | Yes |
| Chronic | Resp | Chronic obstructive pulmonary disease, unspecified | J44.9 | 9/28/2019 | No | Yes |
| Chronic | Resp | Mild intermittent asthma, uncomplicated | J45.20 | 9/28/2019 | No | Yes |

## Classifications

| Type | Classification | Exception | Start Date | End Date | Last Note |
|---|---|---|---|---|---|

No Active Classifications

## Immunizations

| OrderDate | Immunization | ItemDescription | AdministeredDate |
|---|---|---|---|

No Active Immunizations

## Diets

| Diet Type | Start Date | End Date | Chart | Associated Diagnosis |
|---|---|---|---|---|

No Active Diets

## Orders

| Order Date | Instructions | Start Date | End Date | KOP |
|---|---|---|---|---|

No Active Orders

## PPDs

| Stay | Date Given | Date Read | Results (mm) | Refused PPD | Past + PPD | X-Ray Info |
|---|---|---|---|---|---|---|

No Active PPDs

## Special Needs

| Type | Special Need | Observed Date | Start Date | End Date | Associated Diagnosis | Status |
|---|---|---|---|---|---|---|

No Active Special Needs

## Vitals

| Date | Pulse | Resp. | Temp. | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | A1C | Fasting | POx | O2 | Amt. | P.F. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/28/2019 3:02 PM | 81 | 18 | 98.60 | 180.00 | 66.00 | 123/83 | N/A | 29 | N/A | N/A | No | 98 | N/A | N/A | N/A |

© 2011 Correct Care Solutions, LLC

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Staff Referral Form**
Medical

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

Type: ○ *Emergent* ○ *Urgent* ◉ *Routine*

Medical: ☑ *Physician* ☐ *Mid-level Provider* ☐ *Nurse* ☐ *Chronic Care* ☐ *Other*

Other:

Reason for Referral:

*f/u with provider in 3 to 4 weeks for asthma copd htn*

Additional Information (including interim actions taken):

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## Receiving Screening

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

### Admissions / Screening

◉ *Complete the screening* ○ *Patient refused admission until medically cleared* ○ *Patient refused screening*

***if patient refused screening, refer to "refusal monitoring process"***

### AVPU

Select one most appropriate for patient ◉ *Alert* ○ *Responds to VOICE* ○ *Responds to PAIN* ○ *UNRESPONSIVE*

***If patient is UNRESPONSIVE or ONLY responds to PAIN, notify HCP and/or activate EMS.***

### Contact HCP if Vital Signs outside of parameters

| | |
|---|---|
| **Blood Pressure** | ***SBP ≥ 180 or ≤ 90***<br>***DBP ≥ 110 or ≤ 60*** |
| **Pulse** | ***remains in range***<br>***≥ 110 or ≤ 60*** |
| **Respirations** | ***persistently ≤ 10 or ≥ 20*** |
| **Temp** | ***> 101°F*** |
| **O2 Sat** | ***< 90%*** |

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-28-2019 03:02 PM CST | 123/83 | 81 | 18 | 98.60 | 98 | 180 | 29 | - | - | - | - |

☐ ***Patient refuses Vital Signs. Appropriate "Refusal of Treatment" paperwork completed.***

### Visual Observation

1. Patient appearance

[illegible]

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

1. Patient appearance

☐ anxious ☐ disheveled ☐ evidence of abuse or trauma ☐ sweating ☐ tearful ☐ tremors ☐ visibly depressed

☐ other ☑ unremarkable

Describe:

2. Patient behavior

☐ acting or talking in strange manner ☐ aggressive ☐ not appropriate for situation ☐ uncooperative

☐ appears under the influence/intoxicated/withdrawing from substances

☐ Individual is incoherent or showing signs of withdrawal or mental illness

☐ other ☑ unremarkable

Describe:

3. Patient movement (Add appliances to Patient Profile using cog below)

☐ ** No Items Selected **

☐ ambulatory aid ☐ cast or splint ☐ deformity ☐ unsteady gait ☑ unremarkable

☐ brace ☐ crutches ☐ walker ☐ wheelchair ☐ unremarkable

☐ arm ☐ back ☐ leg ☐ neck

Describe deformity

4. Patient's breathing pattern

☐ hyperventilation ☐ persistent cough ☐ shortness of breath ☐ other ☑ unremarkable

Describe

5. Skin appearance

☐ bruises ☐ draining wounds ☐ edema ☐ jaundice ☐ lesions ☐ lice / scabies

☐ needle marks or other indications of drug use ☐ rash ☐ scars ☐ tattoos ☑ unremarkable

**Patient Questionnaire (Enter patient problems in the problems data grid)**

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-28-2019 | Chronic | Circulatory | Essential (primary) hypertension | |
| 09-28-2019 | Chronic | Resp | Chronic obstructive pulmonary disease, unspecified | |
| 09-28-2019 | Chronic | Resp | Mild intermittent asthma, uncomplicated | |

1. Currently or in the past being treated for medical condition

Asthma ◉ Yes ○ No

Medications used? ◉ Yes ○ No

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

| | |
|---|---|
| Medications used? | ◉ Yes ○ No |
| | ***Document Medication details below Medical Condition list*** |
| **Action** | ***Peak Flow*** |
| Bleeding Disorder | ○ Yes ◉ No |
| Blood clots (PE, DVT, artificial heart valves) | ○ Yes ◉ No |
| Cancer | ○ Yes ◉ No |
| Chlamydia | ○ Yes ◉ No |
| COPD | ◉ Yes ○ No |
| Medications used? | ◉ Yes ○ No |
| | ***Document Medication details below Medical Condition list*** |
| **Action** | ***Peak Flow*** |
| Diabetes | ○ Yes ◉ No |
| Endocarditis | ○ Yes ◉ No |
| Gonorrhea | ○ Yes ◉ No |
| Heart Condition | ○ Yes ◉ No |
| Hepatitis A | ○ Yes ◉ No |
| Hepatitis B | ○ Yes ◉ No |
| Hepatitis C | ○ Yes ◉ No |
| Herpes | ○ Yes ◉ No |
| High Blood Pressure | ◉ Yes ○ No |
| Medications used? | ◉ Yes ○ No |
| | ***Document Medication details below Medical Condition list*** |
| Last Dose? | *09/27/19 QHS* |
| High Cholesterol or Triglycerides | ○ Yes ◉ No |
| HIV | ○ Yes ◉ No |
| Kidney disease | ○ Yes ◉ No |
| Organ Transplant(s) | ○ Yes ◉ No |
| Seizure disorder | ○ Yes ◉ No |
| Syphilis | ○ Yes ◉ No |
| Thyroid disease | ○ Yes ◉ No |

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

Thyroid disease ○ Yes ◉ No

Other ○ Yes ◉ No

**Document all Medications identified for each positive Medical Condition above** ☐ ***None identified***

1. Name and dose: *LISINOPRIL 10MG*
◉ *Active* ○ *Inactive*
Reason for taking *HTN*
Dosage / frequency *10MG QD*
Date last dose taken *9/27/2019*
Time/Hour *21*
Last Date Filled: *7/15/2019*
Prescriber *UNKNOWN*
☑ *check for another entry*

2. Name and dose: *BREO ELLIPTA INHALER*
◉ *Active* ○ *Inactive*
Reason for taking *COPD/ ASTHMA*
Dosage / frequency *1 PUFF QD*
Date last dose taken *9/27/2019*
Time/Hour *09*
Last Date Filled: *7/15/2019*
Prescriber *UNKNOWN*
☑ *check for another entry*

3. Name and dose: *ALBUTEROL NEBULIZER*
◉ *Active* ○ *Inactive*
Reason for taking *COPD/ ASTHMA*
Dosage / frequency *1 NEBULIZER TREATMENT 2-3 TIMES PER DAY*
Date last dose taken *9/26/2019*
Time/Hour *21*
Last Date Filled: *7/15/2019*
Prescriber *UNKNOWN*
☐ *check for another entry*

2. Hospitalized for a major surgical procedure within the past five years? ○ Yes ◉ No

**St. Tammany Parish, LA**
***St. Tammany Parish, LA***
***1200 Champagne St.***
***Covington , LA70433***

## Receiving Screening

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| **FLOYD A WILLIAMS** | **212757** | **232235** | [redacted] | **9/28/2019** |

| | |
|---|---|
| 2. Hospitalized for a major surgical procedure within the past five years? | ○ *Yes* ◉ *No* |
| Explain | |
| 3. Are you taking, supposed to take or ever been prescribed any medication by a physician for any active acute or chronic MEDICAL condition THAT HAS NOT ALREADY BEEN DISCUSSED ABOVE? | ○ *Yes* ◉ *No* |
| **(Enter Behavioral Health medications in the Behavioral Health / Suicide Risk Screening section)** | |

*Patient Allergies:*

| *Observed Date* | *Type* | *Allergy* | *Reaction* |
|---|---|---|---|
| *09-28-2019* | *Allergy Items* | *Norvasc* | *Hives*<br>*Itching*<br>*Difficulty Breathing* |

| | |
|---|---|
| 4. Allergic to any medications? | ◉ *Yes* ○ *No* |
| **List and describe reaction in the Allergies Data Grid** | |
| 5. Any other life-threatening allergies? | ○ *Yes* ◉ *No* |
| **List and describe reaction in the Allergies Data Grid** | |
| 6. Current painful dental condition / complaint? | ○ *Yes* ◉ *No* |
| Describe: | |
| 7. Current or past history of smoking? | ○ *Yes* ◉ *No* |
| 8. Currently on specific prescribed diet? (Add diet to Patient Profile using the cog below) | ○ *Yes* ◉ *No* |
| ☐ *** No Items Selected *** | |
| ☐ *Coumadin* ☐ *Diabetic* ☐ *Heart healthy / cardiac* ☐ *Renal* ☐ *Other* | |
| **Remarks:** | |

### Behavioral Health and Suicide Risk Screening

| | |
|---|---|
| 1. Have you wished you were dead or wished you could go to sleep and not wake up? | ○ *Yes* ◉ *No* |
| 2. Have you had any actual thoughts of killing yourself? | ○ *Yes* ◉ *No* |
| 6. Have you ever done anything, started to do anything, or prepared to do anything to end your life? | ○ *Yes* ◉ *No* |
| When ○ *Over a year ago* ○ *Between three months and a year ago* ○ *Within the last three months* | |
| 7. Does patient have any visible signs of recent self-harm (cuts or ligature marks)? | ○ *Yes* ◉ *No* |
| 8. Transporting / Arresting Officer communicated believing patient may be a suicide risk? | ○ *Yes* ◉ *No* |
| 9. Does patient have feelings that there is nothing to look forward to or feels | |

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

risk?

| | |
|---|---|
| 9. Does patient have feelings that there is nothing to look forward to or feels hopelessness / helpless? | ○ Yes ◉ No |
| 10. Patient holds position of respect in community AND/OR crime is shocking in nature? | ○ Yes ◉ No |
| 11. Is patient acting or talking in a strange manner and/or appears to be responding to voices? | ○ Yes ◉ No |
| 12. Has the patient attempted suicide in the past? (Have you tried to hurt or kill yourself before?)<br>Explain: | ○ Yes ◉ No |
| 13. Is the patient worried about losing a job, spouse, significant other, custody of children, or housing due to arrest? | ◉ Yes ○ No |
| 14. Does the patient have family or friend who has attempted suicide or died from suicide? | ○ Yes ◉ No |
| 15. Patient expresses concern about ability to cope emotionally / manage stress while in facility? | ○ Yes ◉ No |
| 16. Do the patient's current charges include murder, kidnapping, robbery, or domestic violence? | ◉ Unknown ○ Yes ○ No |
| 17. Current or past mental health diagnosis? | ○ Yes ◉ No |
| 18. Current or past outpatient treatment for mental health or psychiatric issues? (Have you ever seen a counselor, therapist or has someone prescribed medications for MH issues like depression or worries in the past?)<br>Explain: | ○ Yes ◉ No |
| 19. Ever been in a hospital for emotional, mental health and/or psychiatric problems? | ○ Yes ◉ No |

| | |
|---|---|
| **STAT Action:** | ***A "Yes" response to any Question 3, 4, 5, 7, 8, 9 place on Suicide Watch STAT and STAT referral to Mental Health Professional*** |
| **NOTE:** | ***If patient has a suicide attempt in past 12 months AND will start CIWA or COWS - place on Suicide Watch*** |
| **URGENT Referral:** | ***A "Yes" response to any Question 1, 2, 6, 10, 11, 12 →URGENT Referral to Mental Health Professional*** |
| **Routine Referral:** | ***A "Yes" response to any Question 13, 14, 15, 16, 17, 18, 19 →Routine Referral to Mental Health Professional*** |

## Substance Abuse Screening

| | |
|---|---|
| 1. Do you use alcohol?<br>Explain: | ○ Yes ◉ No |
| 2. Do you use benzodiazepines, such as Ativan or valium? | ○ Yes ◉ No |

**St. Tammany Parish, LA**
***St. Tammany Parish, LA***
***1200 Champagne St.***
***Covington , LA70433***

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

Explain:

2. Do you use benzodiazepines, such as Ativan or valium? ○ Yes ◉ No
3. Do you use opiates? ○ Yes ◉ No
4. Do you use synthetic substances? (bath salts, Spice, K2 Flocka, Serenity, etc.) ○ Yes ◉ No
5. Do you use medication assisted treatment medications? ○ Yes ◉ No

**Tuberculosis Screening**

1. Ever tested positive for tuberculosis? ○ Yes ◉ No
2. Currently experiencing any of the following symptoms? ○ Yes ◉ No

☐ *Persistent cough* ☐ *Coughing up blood* ☐ *Night sweats* ☐ *Fever / chills* ☐ *Shortness of breath*
☐ *Shortness of breath* ☐ *Loss of appetite* ☐ *Unexplained weight loss* ☐ *Fatigue*

ALERT ***Two positive findings OR if Yes for Coughing up blood or Night sweats response***

**Is patient female?** ○ ***Yes*** ◉ ***No***

**Juvenile Specific Screening** ☑ ***Patient is Adult***

**PREA Screening**

1. Has the patient been a victim of sexual abuse? ○ Yes ◉ No
2. Any history of sexual offense against another person? ○ Yes ◉ No
3. Has the patient ever been arrested for a sex offense? ○ Yes ◉ No
4. Is this the patient's first arrest? ○ Yes ◉ No
5. Does the patient have a mental disability or an apparent developmental delay? ○ Yes ◉ No
6. Does the patient identify and/or present as transgender, intersex or gender non-conforming? ○ Yes ◉ No

○ *Transgender* ○ *Intersex* ○ *Gender non-conforming*

7. Does the patient identify and / or present as gay, lesbian or bisexual? ○ Yes ◉ No

○ *Gay* ○ *Lesbian* ○ *Bisexual*

8. Does the patient feel vulnerable in terms of personal safety? ○ Yes ◉ No
9. Is the patient of small stature / physical build? ○ Yes ◉ No
10. Is the patient detained solely for civil immigration purposes? ○ Yes ◉ No

***If any "Yes" response notify Classifications.***
***If "Yes" to any of questions 1 - 6 refer to MH to be seen within 7 days***

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

***If "Yes" to any of questions 1 - 6 refer to MH to be seen within 7 days***

**Patient Education**

Education provided orally and in writing on Access to Healthcare — (●) Yes ( ) No
Explain:

Education provided orally and in writing on Sexual Assault Awareness — (●) Yes ( ) No
Explain:

Education provided orally and in writing on Dental Hygiene — (●) Yes ( ) No
Explain:

Opioid Overdose Brochure Given? — ( ) Yes (●) No
Explain: *N/A*

Coping in Facility Brochure Given? — ( ) Yes (●) No
Explain: *N/A*

**Referrals and Disposition Summary -Referrals are not automatically created**

Per site policy, create appropriate referrals separate from this form for each discipline specific follow up care required.

**Per site policy, enter Special Needs, as appropriate, via the Special Needs cog (checking the boxes will NOT populate to Patient Profile)**

**Disposition (Add Special Needs to Patient Profile using the cog below)**

☐ *** No Items Selected ***

**Monitoring**

☐ *CIWA* ☐ *COWS* ☐ *CIWA and COWS* ☐ *Suicide Watch* ☐ *Synthetics*

**Placement / Housing Recommendation**

☑ *General Population (GP)*
☐ *Medical Observation Housing*
☐ *Medical Isolation*
☐ *Emergency Room for evaluation / treatment*
☐ *Mental Health Lockdown (if Mental Health not on-site)*
☐ *STAT placement on Suicide Precautions*

**Does patient need a referral?** — (●) Yes ( ) No

☑ *Medical*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## Receiving Screening

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

☑ *Medical*

Medical ○ *Emergent* ○ *Urgent* ◉ *Routine*

☐ *Mental Health*

Mental Health ○ *Emergent* ○ *Urgent* ○ *Routine*

☐ *Dental*

Dental ○ *Emergent* ○ *Urgent* ○ *Routine*

☐ *Chronic Care*

Chronic Care ○ *Emergent* ○ *Urgent* ○ *Routine*

### Insurance and Discharge Planning Information

| | |
|---|---|
| Are you currently homeless? | ○ *Yes* ◉ *No* |
| Are you a veteran? | ○ *Yes* ◉ *No* |
| Do you have VA benefits? | ○ *Yes* ○ *No* |
| Do you currently have health insurance? | ◉ *Yes* ○ *No* |

◉ *Medicare* ○ *Medicaid* ○ *Private*

Type *LOUISIANA MEDICARE*

State *LOUISIANA*

Policy Number

***I have answered all questions fully. I have been instructed on and received information on how to obtain/access medical services. I have been instructed on and received information on sexual assault awareness. I hereby give my consent for the facility medical provider to provide health care services and share information with health information exchanges which allows medical records, including certain alcohol and substance abuse treatment information; child abuse and neglect reports and records; sexual assault evidence and information; veterans' homes resident records; and any other health information that requires individual consent in order to be disclosed under Federal or State law.***

☐ *I do NOT consent to sharing data with external sources.*

***Patient Signature***

☑ *Sign Form* ***FLOYD A WILLIAMS Date 09/28/2019 3:03:30 PM***

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## Receiving Screening

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

December 2019

# Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| | | | | | | |

| Allergies: | |
|---|---|

Diagnosis:

## Orders

| Order No: | Order Status: | Last Administered: | Submit Date: | Start Date: | End Date: |
|---|---|---|---|---|---|
| | | | | | |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

November 2019

# Order Record History

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| | | | | | | |

Allergies:

Diagnosis:

## Orders

| Order No: | Order Status: | Last Administered: | Submit Date: | Start Date: | End Date: |
|---|---|---|---|---|---|
| | | | | | |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| **WILLIAMS, FLOYD** | 212757 | | 09/28/2019 | [redacted] | M |

Allergies: Norvasc

Diagnosis: Essential (primary) hypertension, Chronic obstructive pulmonary disease, unspecified, Mild intermittent asthma, uncomplicated

# Discontinued

## Medication Orders

Order No: 12813221 | Order Status: Released 10/01/2019 23:05 Written | Last Administered: 10/28/2019 07:00 | Submit Date: 09/28/2019 15:55 | Start Date: 09/28/2019 19:00 | End Date: 10/28/2019 18:59

(Ciclesonide) Alvesco 160 mcg/Actuation Aerosol Inhaler: give 2 HFA Aerosol Inhaler Inhalation BID AM & PM for 30 days KOP. - Ordering Provider: Manicia Liddell

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | *KOP* | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 19:00 | Init | *KOP* | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

Order No: 12813219 | Order Status: Released 10/01/2019 23:05 Written | Last Administered: 12/27/2019 07:00 | Submit Date: 09/28/2019 15:55 | Start Date: 09/29/2019 00:00 | End Date: 12/27/2019 23:59

lisinopril 10 mg tablet: give 1 tablet by mouth Q AM for 90 days . - Ordering Provider: Manicia Liddell

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | DM | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

### PRN

Order No: 12813220 | Order Status: Released 10/01/2019 23:05 Written | Last Administered: 09/28/2019 22:43 | Submit Date: 09/28/2019 15:55 | Start Date: 09/28/2019 19:00 | End Date: 10/28/2019 18:59

(Levalbuterol Tartrate) Xopenex HFA 45 mcg/Actuation Aerosol Inhaler: give 2 HFA Aerosol Inhaler Inhalation QID AM Noon PM HS PRN for 30 days PRN Reason: Shortness of breath. KOP. - Ordering Provider: Manicia Liddell

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 10/01/2019 06:40 |
| Discharged | Discharged | | 10/01/2019 15:51 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| **Order:** | | | | | | | | | |

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| **WILLIAMS, FLOYD** | 212757 | | 09/28/2019 | [redacted] | M |

Allergies: Norvasc

Diagnosis: Essential (primary) hypertension, Chronic obstructive pulmonary disease, unspecified, Mild intermittent asthma, uncomplicated

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

**Order:**

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|
| -- | Process, Elements |
| DM | Mcknight, Deirdre, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| **WILLIAMS, FLOYD** | 212757 | | 09/28/2019 | [redacted] | M |

Allergies: Norvasc

Diagnosis: Essential (primary) hypertension, Chronic obstructive pulmonary disease, unspecified, Mild intermittent asthma, uncomplicated

# Discontinued

## Medication Orders

Order No: 12813221 | Order Status: Released 10/01/2019 23:05 Written | Last Administered: 10/28/2019 07:00 | Submit Date: 09/28/2019 15:55 | Start Date: 09/28/2019 19:00 | End Date: 10/28/2019 18:59

(Ciclesonide) Alvesco 160 mcg/Actuation Aerosol Inhaler: give 2 HFA Aerosol Inhaler Inhalation BID AM & PM for 30 days KOP. - Ordering Provider: Manicia Liddell

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | *KOP* | *KOP* | -- |
| 19:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | HB | *KOP* | *KOP* | -- |

Order No: 12813219 | Order Status: Released 10/01/2019 23:05 Written | Last Administered: 12/27/2019 07:00 | Submit Date: 09/28/2019 15:55 | Start Date: 09/29/2019 00:00 | End Date: 12/27/2019 23:59

lisinopril 10 mg tablet: give 1 tablet by mouth Q AM for 90 days . - Ordering Provider: Manicia Liddell

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:00 | Init | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | JMP | KW | -- |

### PRN

Order No: 12813220 | Order Status: Released 10/01/2019 23:05 Written | Last Administered: 09/28/2019 22:43 | Submit Date: 09/28/2019 15:55 | Start Date: 09/28/2019 19:00 | End Date: 10/28/2019 18:59

(Levalbuterol Tartrate) Xopenex HFA 45 mcg/Actuation Aerosol Inhaler: give 2 HFA Aerosol Inhaler Inhalation QID AM Noon PM HS PRN for 30 days PRN Reason: Shortness of breath. KOP. - Ordering Provider: Manicia Liddell

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 22:43 HB | | | -- |

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 09/28/2019 10:10 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|

**Order:**

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: | |
|---|---|---|---|---|---|---|
| WILLIAMS, FLOYD | 212757 | | 09/28/2019 | [redacted] | M | |

Allergies: Norvasc

Diagnosis: Essential (primary) hypertension, Chronic obstructive pulmonary disease, unspecified, Mild intermittent asthma, uncomplicated

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|

Order:

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|
| -- | Process, Elements |
| HB | Bono, Hollie, LPN |
| JMP | Peters, Jasmine, LPN |
| KW | Watkins, Kayla, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

St. Tammany Parish Sheriff's Office

**Pre-Intake Screening**

Arrestee: Floyd Williams D.O.B: ___/___/___

Date: 9/27/19 Time: 9:55AM Drug Allergies: ______

**Reason for Evaluation:**

- ☐ Reports a serious medical problem:
- ☐ Inmate coming from the hospital; treated for:
- ☐ Recent MVA (24 hours)
- ☐ Diabetes Mellitus
- ☐ Suicidal Ideation
- ☐ Possible Pregnancy
- ☐ Abnormal Behavior or Altered LOC
- ☐ Other:

**Home Medications:**

Albuterol Inhaler

Breo Ellipta Inhaler

**Limited Examination:** (Only complete the pertinent items.)

BP- 127/82 P- 97 R- 18 Pox- 98%

General Appearance:

- ☒ NAD; speaks in full sentences easily w/o tachypnea
- ☒ Alert and oriented to person, place, and day
- ☐ Other:

CBG: ______ Preg. Test: ______

Drug Screen: ______

**Disposition:** ☒ Accepted ☐ Refused; referred to hospital for further evaluation/treatment

**Preliminary Orders:**

Hx of COPD & Asthma. No SOB and/or dyspnea reported and/or noted. Denies any chest pain and/or discomfort.

Medical Staff: [signature], LPN

**Refuse:** any inmate too intoxicated to walk on his own, stay awake during evaluation, or answer questions with reliability.

Call MD for any patient with:

(1) Diabetes
(2) HTN w/ SBP >180 a/o DBP >105
(3) Active Suicidal Ideation
(4) Bizarre Behavior
(5) Pregnancy and opiate-positive drug screen
(6) Other Worrisome Problem

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## Provider Treatment Order

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| FLOYD A WILLIAMS | 212757 | 232235 | [redacted] | 9/28/2019 |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 09-28-2019 | Chronic | Circulatory | Essential (primary) hypertension | |
| 09-28-2019 | Chronic | Resp | Chronic obstructive pulmonary disease, unspecified | |
| 09-28-2019 | Chronic | Resp | Mild intermittent asthma, uncomplicated | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 09-28-2019 | Allergy Items | Norvasc | Hives<br>Itching<br>Difficulty Breathing |

### Orders

*Added 09/28/2019 03:57 PM CST by MLiddell Nurse Practitioner*

*f/u with provider in 3 to 4 weeks for asthma copd htn*

E-Signed by Manicia Liddell, Nurse Practitioner on 09/28/2019 03:57 PM CST

E-Signed by Kayla Watkins, LPN on 09/28/2019 04:06 PM CST

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington, LA 70433*

## Medication Order

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| WILLIAMS, FLOYD | 212757 | 232235 | [redacted] | 9/28/2019 |

### Order Overview

**Ordered By:** Liddell, Manicia on 09/28/2019 03:55PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 9/29/2019 | lisinopril 10 mg tablet: give 1 tablet by mouth Q AM for 90 days . | 1 | tablet | Q AM | 90 | No | No |

*Noted By: Liddell, Manicia Nurse Practitioner 09/28/2019 03:55PM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 9/28/2019 | (Levalbuterol Tartrate) Xopenex HFA 45 mcg/Actuation Aerosol Inhaler: give 2 HFA Aerosol Inhaler Inhalation QID AM Noon PM HS PRN for 30 days PRN Reason: Shortness of breath. KOP. | 2 | HFA Aerosol Inhaler | QID AM Noon PM HS | 30 | Yes | Yes |

*Noted By: Liddell, Manicia Nurse Practitioner 09/28/2019 03:55PM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 9/28/2019 | (Ciclesonide) Alvesco 160 mcg/Actuation Aerosol Inhaler: give 2 HFA Aerosol Inhaler Inhalation BID AM & PM for 30 days KOP. | 2 | HFA Aerosol Inhaler | BID AM & PM | 30 | No | Yes |

*Noted By: Liddell, Manicia Nurse Practitioner 09/28/2019 03:55PM*

E-Signed by Manicia Liddell n 09/28/2019 03:55 PM CST