**Visit Date: 11/07/2019**

**Status: Complete.**

**Floyd Williams**
**DOB:** [redacted]
[redacted]
Phone: [redacted]

**CC / HPI:**

He presented with hypertension. It is described as chronic and stable. The symptom is gradual in onset. The symptom started _ years ago and during adulthood. Family history is significant for renal disease. Pertinent medical conditions include asthma, diabetes PRE-DIABETES and renal failure CKD STAGE 2. The symptom is alleviated by diet changes, exercise and medication. The symptom is exacerbated by change in dietary habits. Pertinent findings include glucose intolerance PRE-DIABETES, Denies hirsutism and obesity OVERWEIGHT.

**Current Medication:**
Flonase 50 mcg/actuation nasal spray,suspension, 2 Spray NASAL EACH NOSTRIL daily as needed, 90 days, 1 refill, for a total of 3, start on July 04, 2019, end on December 30, 2019. Completed Rx.
lisinopril 20 mg tablet, 1 Tablet(s) PO daily, 90 days, 1 refill, for a total of 90, start on July 01, 2019, end on December 27, 2019. Completed Rx.
Breo Ellipta 200 mcg-25 mcg/dose powder for inhalation, 1 Puff(s) INH daily, 90 days, 1 refill, for a total of 3, start on July 01, 2019, end on December 27, 2019. Completed Rx.
albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization, 1 Milliliter(s) INH PRN Q6H as needed, 7 days, 1 refill, for a total of 1, start on March 30, 2017. Completed Rx.

**ROS:**

Constitutional: The patient complained of **weight gain/obesity** (OVERWEIGHT) but denied night sweats, recent illness, fatigue, fever, insomnia and weight loss.
Eyes: The patient denied eye pain, photophobia and vision change.
Ears/Nose/Throat/Neck: The patient complained of **nasal allergies** but denied visual disturbance, hearing loss, nasal discharge, sinus congestion and sore throat.
Cardiovascular: The patient complained of **hypertension** but denied arrhythmia, chest pain/pressure, edema, exercise intolerance, orthopnea and palpitations.
Respiratory: The patient complained of **asthma** but denied pleuritic pain, productive sputum, cough, dyspnea and wheezing.
Gastrointestinal: The patient complained of **abdominal pain** (GERD) and **gastroesophageal reflux** but denied constipation, hemorrhoids, diarrhea, hepatitis, melena, nausea and vomiting.
Genitourinary/Nephrology: The patient complained of **chronic renal failure** (CKD STAGE 2) but denied dysuria, nocturia and urinary incontinence.
Musculoskeletal: The patient complained of **back pain** (LOW BACK PAIN WITH 3-4 MONTHS SCIATICA DOWN LEFT LEG) but denied stiffness, swelling, muscle weakness and myalgias.
Dermatologic: The patient complained of **alopecia** but denied rash and scar.
Neurologic: The patient denied dizziness, headache, neck pain and syncope.



CONFIDENTIAL

Psychiatric: The patient complained of **anxiety** but denied depression.
Endocrine: The patient complained of **hyperglycemia** (PRE-DIABETES) but denied goiter and hypoglycemia.
Hematologic/Lymphatic: The patient denied abnormal ecchymoses, petechiae, abnormal bleeding and bruising, anemia and lymph node enlargement/mass.
Allergy/Immunology: The patient denied food allergy.

**Vital Signs:**

| Collected | 11/07/2019 01:41 PM By: Dr Madison, Edward MD |
|---|---|
| Weight | 172 lbs clothed w/ shoes |
| Height | 5' 6" |
| BMI | 27.8 |
| Temp | 97.1 F oral |
| RR | 18 bpm quiet |
| HR | 98 bpm Sitting radial regular |
| BP | 119/80 mmHg Left Arm Sitting |
| BP 2 | |
| Head Circ | |
| SpO2 | |
| Waist | |

**PE:**

**Constitutional**
general appearance
overall: well nourished, well developed OVERWEIGHT and in no acute distress
**Eyes**
ophthalmoscopic exam
overall: benign arterioles, benign arterial-venous crossing, benign fundi and sharp optic disc
conjunctiva/eyelids
overall: conjunctiva clear, cornea clear and eyelids normal
pupils and irises
overall: pupils equal, round, reactive to light and accomodation
**Ears/Nose/Throat**
external ear
overall: normal appearance, no masses and normal mastoids
external nose
overall: benign appearance, no masses and non-tender
otoscopic exam
overall: external auditory canals clear and tympanic membranes clear
internal nose
overall: bilateral nasal cavities clear, septum midline, turbinates benign, no sinus tenderness, no drainage, no masses and nasopharynx benign
turbinates: a normal exam
left nasal cavity: a normal exam
right nasal cavity: a normal exam
lips/teeth/gingiva
overall: benign lips, normal dentition, benign gingiva and no masses
oral cavity/pharynx/larynx
overall: oral mucosa clear, mobile tongue benign, floor of mouth benign, hard palate benign, soft palate benign, retromolar trigone benign, tonsils benign, oropharyngeal mucosa clear, base of



CONFIDENTIAL 

tongue benign, hypopharynx benign, larynx benign, salivary glands benign and no masses

**Neck**

thyroid

overall: normal size, normal consistency, nontender and no mass lesions

inspection of neck

overall: normal size, normal appearance, no masses, absence of swelling, normal major salivary glands, normal tracheal position, normal jugular venous pressure and no carotid bruits

size: a normal exam

appearance: a normal exam

**Respiratory**

percussion

overall: benign percussion

palpation of chest

overall: normal excursion, no pain

respiratory expansion: a normal exam

auscultation

overall: breath sounds clear bilaterally

diffuse: a normal exam

left upper lung field: a normal exam

left lower lung field: a normal exam

right upper lung field: a normal exam

right middle lung field: a normal exam

right lower lung field: a normal exam

respiratory effort/rhythm

overall: no retractions and normal rate

rate: a normal exam

rhythm: a normal exam

**Cardiovascular**

auscultation of heart

overall: regular rate, normal heart sounds and no murmurs

rate: regular rate

rhythm: regular rhythm

**Chest/Breast**

breast and axillae palpation

overall: breasts non-tender, axillae non-tender and no nipple discharge

breast/chest inspection

overall: breasts to symmetric and without lesions and normal chest shape

skin appearance: a normal exam

**Abdomen**

abdominal exam

overall: no tenderness and normal bowel sounds

**Lymphatic**

neck nodes

overall: anterior cervical chain benign, posterior cervical chain benign and shotty lymphadenopathy

other nodes

overall: occipital chain benign, auricular chain benign and supraclavicular chain benign

**Musculoskeletal**

head and neck

overall: head atraumatic, TMJ benign and cervical spine benign

**Integument**

inspection of skin

overall: no rash, lesions

hair: **alopecia**

**Neurologic**

deep tendon reflexes



CONFIDENTIAL

overall: deep tendon reflexes intact

mental status

overall: alert and oriented

gait

overall: no ataxia, no unsteadiness

cranial nerves

overall: cranial nerves 1-12 intact

motor

overall: normal bulk, tone

**Psychiatric**

orientation/consciousness

overall: oriented to person, place and time
level of consciousness: alert

mood and affect

overall: normal mood and affect

**Dx:**

Essential (primary) hypertension
Chronic kidney disease, stage 2 (mild)
Chronic obstructive pulmonary disease, unspecified
Hyperglycemia, unspecified (PRE-DIABETES)
Overweight
Gastro-esophageal reflux disease without esophagitis
Vitamin D deficiency, unspecified

**Rx:**

**Services Performed:**

99213 99213 EST. PATIENT, LEVEL III
Calculated Complexity:None

**Services Ordered:**

**Plan:**
A return visit is indicated in 4 weeks. Light exercise is recommended. He was advised to be on a Low Fat, Low Sodium and ADA diet.

MEDICAL RECORDS FROM OCHSNER 2019 ER VISIT

REFER TO EYE DOCTOR DX CODE I10 PLEASE EVALUATE AND TREAT

ORDER LABS UPON RETURN

DECLINE IMMUNIZATIONS

COLONOSCOPY- PT UNABLE TO GET TO COVINGTON YET TO DO



CONFIDENTIAL

Patient Instruction:
1500-1800 CALORIC INTAKE 3 MAIN BALANCED MEALS AND 3 SMALL MEALS 2 1/2 HOURS APART

**Patient History As Of This Visit**

NOTE: 3/30/2017 MEDS UPON ENTRY TO PRACTICE: BREO 200 1 INHALATION QD, VENTOLIN HFA PRN, FLONASE NASAL SPRAY PRN, PREDNISONE 20 MG PRN 5/29/2017
Initial Comment
NOTE: 6/26/2017 (Addendum By 'Madison, Edward ' 06/26/2017 11:07 AM)
Intermediate Comment
NOTE: 6/26/2017
(Addendum By 'Madison, Edward ' 11/30/2017 08:12 AM)
Intermediate Comment
NOTE: 3/30/2017 MEDS UPON ENTRY TO PRACTICE: BREO 200 1 INHALATION QD, VENTOLIN HFA PRN, FLONASE NASAL SPRAY PRN, PREDNISONE 20 MG PRN (Addendum By 'Madison, Edward ' 05/11/2018 09:03 AM)
Intermediate Comment
NOTE: 3/30/2017 MEDS UPON ENTRY TO PRACTICE: BREO 200 1 INHALATION QD, VENTOLIN HFA PRN, FLONASE NASAL SPRAY PRN, PREDNISONE 20 MG PRN
(Addendum By 'Madison, Edward ' 05/11/2018 09:08 AM)
Intermediate Comment
NOTE: 3/30/2017 MEDS UPON ENTRY TO PRACTICE: BREO 200 1 INHALATION QD, VENTOLIN HFA PRN, FLONASE NASAL SPRAY PRN, PREDNISONE 20 MG PRN 5/29/2017
(Addendum By 'Madison, Edward ' 05/17/2018 07:47 AM)
Intermediate Comment
NOTE: 6/26/2017 PT VISITED WITH DR. HICKEY IN INTERIM AND WAS PRESCRIBED LISINOPRIL 10 MG PO QD. (Addendum By 'Madison, Edward ' 07/08/2018 01:51 PM)
Intermediate Comment
NOTE: 6/26/2017 PT VISITED WITH DR. HICKEY IN INTERIM AND WAS PRESCRIBED LISINOPRIL 10 MG PO QD.
(Addendum By 'Madison, Edward ' 11/28/2018 08:26 PM)
Intermediate Comment
NOTE: 6/26/2017 PT VISITED WITH DR. HICKEY IN INTERIM AND WAS PRESCRIBED LISINOPRIL 10 MG PO QD. NOTE: 11/30/2017 PT STATES WENT TO DENTIST AND BP UP BECAUSE WASN'T TAKING BP MED.
(Addendum By 'Madison, Edward ' 11/28/2018 08:26 PM)
Intermediate Comment
NOTE: 3/30/2017 MEDS UPON ENTRY TO PRACTICE: BREO 200 1 INHALATION QD, VENTOLIN HFA PRN, FLONASE NASAL SPRAY PRN, PREDNISONE 20 MG PRN 5/29/2017
(Addendum By 'Madison, Edward ' 11/29/2018 04:27 PM)
Intermediate Comment
NOTE: 6/26/2017
(Addendum By 'Madison, Edward ' 01/16/2019 01:55 PM)
Intermediate Comment
NOTE: 1/18/2018 PT SAW DR. HICKEY IN INTERIM. PT MENTIONS ULTRASOUND OF KIDNEYS.
(Addendum By 'Madison, Edward ' 05/08/2019 02:02 PM)
Intermediate Comment
NOTE: 1/18/2018 PT SAW DR. HICKEY IN INTERIM. PT MENTIONS ULTRASOUND OF KIDNEYS.
(Addendum By 'Madison, Edward ' 05/08/2019 02:02 PM)
Intermediate Comment
NOTE: 3/30/2017 MEDS UPON ENTRY TO PRACTICE: BREO 200 1 INHALATION QD, VENTOLIN HFA PRN, FLONASE NASAL SPRAY PRN, PREDNISONE 20 MG PRN 5/29/2017
(Addendum By 'Madison, Edward ' 07/01/2019 09:36 AM)
Final Comment
NOTE: 3/30/2017 MEDS UPON ENTRY TO PRACTICE: BREO 200 1 INHALATION QD, VENTOLIN



CONFIDENTIAL

HFA PRN, FLONASE NASAL SPRAY PRN, PREDNISONE 20 MG PRN 5/29/2017
(Addendum By 'Madison, Edward ' 07/01/2019 09:36 AM)

Medication History:
Flonase 50 mcg/actuation nasal spray,suspension, 2 Spray NASAL EACH NOSTRIL daily as needed, 90 days, 1 refill, for a total of 3, start on July 04, 2019, end on December 30, 2019. Completed Rx.
lisinopril 20 mg tablet, 1 Tablet(s) PO daily, 90 days, 1 refill, for a total of 90, start on July 01, 2019, end on December 27, 2019. Completed Rx.
Breo Ellipta 200 mcg-25 mcg/dose powder for inhalation, 1 Puff(s) INH daily, 90 days, 1 refill, for a total of 3, start on July 01, 2019, end on December 27, 2019. Completed Rx.
albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization, 1 Milliliter(s) INH PRN Q6H as needed, 7 days, 1 refill, for a total of 1, start on March 30, 2017. Completed Rx.

Food Allergy:
NO KNOWN FOOD ALLERGIES

Drug Allergy:
NO KNOWN DRUG ALLERGIES
NORVASC rash ERYTHEMA MULTIFORME

Environmental Allergy:
NO KNOWN ENVIRONMENTAL ALLERGIES

Surgical:
appendectomy Performed: 1989
hernia surgery Performed: 2015 Notes: ABDOMINAL HERNIA REPAIR

Infection:
Live with someone with TB or exposed to TB No

Family:
Relationship: Mother Disease: RENAL FAILURE Recorded Date: March 30, 2017 Notes: ESRD-HEMODIALYSIS

Social:
Marital status Single
Number of children 0
Living arrangements Apartment/Condo
Number of children in household 0
Number of adults in household 2
Employment Currently unemployed
Tobacco history Never smoker
Alcohol history Never drinks alcohol
Has the patient ever used illegal drugs? Has never used illegal drugs

---

Electronically signed by: Edward Madison MD, Dr on 09/14/2020 06:24 PM



CONFIDENTIAL

Williams, Floyd /1496/M DOB [redacted] (57 Years) Date of service 11-07-2019

Edward Madison III MD



CONFIDENTIAL