National Record Retrieval
101 E. Carmel Dr Ste 111
Carmel, IN 46032

(417) 269-5946
January 25, 2023
Order # 541895

Attention: Records Department
CoxHealth Medical Center South
3801 S National Ave
Springfield, MO 65807

**880104543652 23pgs JK 8/24/22-12/2/22 perts 1/30/23 eDelivery ERID 131029558**

**THIS IS A REQUEST FOR RELEASE OF PATIENT RECORDS. A SIGNED RELEASE IS ENCLOSED**

CoxHealth Medical Center South
3801 S National Ave
Springfield, MO 65807

**Patient:** Floyd Williams
**DOB:** [redacted]
**Record Dates:** 1/1/2019 - 1/25/2023
**Requested Records:** Medical Records

**ATTENTION: Please Read**

* Return this letter with requested records **(in electronic format when available)**.

* Notify us before processing if fees exceed $150.00 or do not comply with state statutes for medical record copies.

* Please ensure any copy fees are in accordance with state statutes.

* 15 US Code §7001 permits the use of **Electronic Signatures** for Release of Information.

**Fax:** 877-815-2003 or 317-350-1317
**Phone:** 317-810-1691 option 2
**Email:** support@nationalrr.com

**Mail:** National Record Retrieval | 101 E. Carmel Dr. Ste 111 | Carmel, IN 46032

**_CoxHealth_**

Martin Center Facility
3901 S Fremont Ave
Springfield, MO 65804-

Patient Name: WILLIAMS, FLOYD A

Location: Martin Center Radiology NS

DOB: [redacted]
Age: 57 years
Male
Account Number: 880104543652
MRN: 6554396; AMB0736754

Admit Date: 12/2/2022
Discharge Date: 12/4/2022

*Facesheet*

WILLIAMS, FLOYD A
10/18/1965

6554396; AMB0736754
880104543652

* Modified *

FAC

COXHEALTH

PT NO: 880104543652

## ADMISSION/REGISTRATION

NAME: WILLIAMS, FLOYD
MEDICAL RECORD #: 6554396 SMR

Confidentiality: L

### PATIENT INFORMATION

NAME: WILLIAMS, FLOYD SUFFIX:
NICKNAME: MAIDEN NAME:
ADDRESS: [redacted]
CITY: [redacted] STATE: [redacted] ZIP: [redacted]
COUNTRY: USA COUNTY:
PRIM PH: SECD PH: 4174442704
DOB: [redacted] AGE: 57 SEX: M RACE: W
MARITAL STATUS : S ETHNICITY: N PRM LANG: EN
RELIGION: NOE
PRIVACY POLICY DATE:
PRIMARY CARE PROVIDER: VanDeWege, Corbin
EMAIL ADDRS: [redacted]

### REGISTRATION INFORMATION

ADMIT DATE: 12/2/2022 ADMIT TIME: 16:31
CLINIC CODE: OUTPT ROOM BED:
LEVEL OF CARE: Referred Outpatient
CLINICAL SERVICE: Radiology
ADMITTING DR: DR CD:
ATTENDING DR: VanDeWege, Corbin DR CD: 29942
REFERRING DR: DR CD:
REASON FOR VISIT: MRI Lumbar wo for Lumbar disc prolapse with radiculopathy
ENCOUNTER CHARGE NUMBER: [redacted]

### GUARANTOR

NAME: WILLIAMS, FLOYD A DOB: [redacted]
ADDRESS: [redacted]
CITY: [redacted] STATE: [redacted] ZIP: [redacted]
PRIM PH:
SECD PH: 4174442704 PT REL: Self

### PATIENT EMPLOYER

COMPANY: Disabled
ADDRESS:
CITY: STATE: ZIP:
WORK PH:

### GUARANTOR EMPLOYER

COMPANY: Disabled
ADDRESS:
CITY: STATE: ZIP:
WORK PH:

### EMERGENCY CONTACT

NAME: [redacted] PT REL: [redacted]
PRIM PH: [redacted] SECD PH:

### EMERGENCY CONTACT

NAME: given, none PT REL: Other
PRIM PH: SECD PH:

[redacted]

### INSURANCE

INSURANCE PLAN #1 MCR Anthem Advantage
COMPANY NAME: MCR Anthem Advantage
ADDRESS: P O Box 105187
CITY: Atlanta STATE: GA ZIP: 30348
PHONE: [redacted] EXT:
POLICY #: [redacted] GROUP #: MOMCRWP0
SUBSCRIBER: WILLIAMS, FLOYD
DOB: [redacted] AUTH:
EMPLOYER: Disabled
REL TO SUB: Self

INSURANCE PLAN #2 Medicaid
COMPANY NAME: Medicaid Spend Down
ADDRESS: P O Box 5600
CITY: Jefferson City STATE: MO ZIP: 65102
PHONE: [redacted] EXT:
POLICY #: [redacted] GROUP #:
SUBSCRIBER: WILLIAMS, FLOYD
DOB: [redacted] AUTH:
EMPLOYER: Disabled
REL TO SUB: Patient

INSURANCE PLAN #3
COMPANY NAME:
ADDRESS:
CITY: STATE: ZIP:
PHONE #: EXT:
POLICY #: GROUP #:
SUBSCRIBER:
DOB: AUTH:
EMPLOYER:
REL TO SUB:

INSURANCE PLAN #4
COMPANY NAME:
ADDRESS:
CITY: STATE: ZIP:
PHONE #: EXT: ELG/ACPT FLG:
POLICY #: GROUP #:
SUBSCRIBER:
DOB: AUTH:
EMPLOYER:
REL TO SUB:

EADMITN1 CI
RVS Date: 11/10/14 12/2/2022 4:33 PM

PATIENT SIGNATURE: ________________________
USER ID: EMP227023 SM

## *CoxHealth*

*MRI*

| Accession | Exam Date/Time | Procedure | Ordering Physician |
| --- | --- | --- | --- |
| MR-22-0042019 | 12/2/2022 17:22 CST | MR Lumbar wo Contrast | VanDeWege MD,Corbin S |

**Reason For Exam**
(MR Lumbar wo Contrast) Lumbar disc prolapse with radiculopathy

**Powerscribe Read**
PROCEDURE INFORMATION:
Exam: MR Lumbar Spine Without Contrast
Exam date and time: 12/2/2022 5:22 PM
Age: 57 years old
Clinical indication: Intervertebral disc disorders with radiculopathy, lumbar region; Additional info: Lumbar disc prolapse with radiculopathy

TECHNIQUE:
Imaging protocol: Magnetic resonance imaging of the lumbar spine without contrast.

COMPARISON:
No relevant prior studies available.

FINDINGS:
Bones/joints: No fracture or subluxation is identified. The bone marrow signal is within normal limits. There are previous laminectomies at L3, L4, and possibly L5. Moderate diffuse lumbar DDD. Above L3, only very mild spondylosis. There are moderate Modic endplate changes at L3-5. Partially assessed bilateral SI DJD. The partially assessed kidneys show no hydronephrosis. Moderate diffuse lumbar facet DJD.
Spinal cord: The conus has normal signal and termination.
L1-L2: No significant disc disease. No significant spinal canal stenosis. No neural foraminal stenosis.
L2-L3: No significant disc disease. No significant spinal canal stenosis. No neural foraminal stenosis.
L3-L4: At L3-L4, a moderate broad-based disc bulge causes severe right and moderate left neural foraminal stenosis. At this level the central canal AP dimension is about 9 mm.
L4-L5: At L4-L5, a moderate broad-based disc bulge causes moderate bilateral neural foraminal stenosis. The central canal measures about 10 mm in the AP dimension.
L5-S1: At L5-S1, no significant spondylosis.
Soft tissues: Some paraspinal edema and scarring at L3-5.

IMPRESSION:
1. No acute fracture or subluxation.
2. Moderate lumbar spondylosis as described, most pronounced at L3-5. Mild associated spinal stenosis with previous laminectomies.
3. A level by level discussion as given above.
Electronically signed by: Joshua Ball, MD, Virtual Radiologic, 12/5/2022 21:30

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-7655 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: 880104543652 DOS: 12/2/2022 Report Request ID: 828978466
Patient Name: WILLIAMS, FLOYD A DOB: [redacted] Print Date/Time: 1/30/2023 14:33 CST

**_CoxHealth_**

| *MRI* |
|---|

**Powerscribe Read**
*Radiologist* *Ball MD, Joshua*
*Signed* *12/05/22 21:30:48*
*(Electronic Signature)*

*Technologist* *DMA,BJL*

**Report**

**CONFIDENTIAL PATIENT INFORMATION**

UNAUTHORIZED USE IS STRICTLY PROHIBITED CONTACT (417)269-7655 IMMEDIATELY IF THIS MATERIAL IS RECEIVED IN ERROR

Account Number: 880104543652 DOS: 12/2/2022 Report Request ID: 828978466
Patient Name: WILLIAMS, FLOYD A DOB: [redacted] Print Date/Time: 1/30/2023 14:33 CST