**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * * * * * * * * * * * * | **MAGISTRATE CURRAULT** <br> **JURY DEMAND** <br> **COMBINED WITH** ***Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** <br> **ALL CASES** |
| **Defendants** | * | |

**************************************************************************

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO THE CLAIMS OF KEVIN LOUVIERE, JR.**

**NOW INTO COURT,** through undersigned counsel, come Defendants, Sheriff Randy Smith and Lacey Kelly, each in their individual and official capacities, who respectfully file this Motion for Summary Judgment seeking dismissal of Plaintiff, Kevin Louviere, Jr.'s, claims against Defendants, Sheriff Randy Smith and Lacey Kelly.

**WHEREFORE**, for the reasons set forth in the attached Memorandum in Support, Statement of Uncontested Material Facts, and Supporting Exhibits, Defendants, Sheriff Randy Smith and Lacey Kelly, respectfully request that this Honorable Court grant their motion for summary judgment and dismiss Plaintiff, Kevin Louviere, Jr.'s, claims with prejudice.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*

**CHADWICK W. COLLINGS, T.A. # 25373**
**KENNETH R. WHITTLE # 38640**
**SARAH A. FISHER # 39881**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
**kwhittle@millinglaw.com**
**sfisher@millinglaw.com**
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Tuesday, August 08, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**