**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual** | * | **JURY DEMAND** |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual** | * | **COMBINED WITH** ***Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **capacity** | * | **ALL CASES** |
| **Defendants** | * | |

**************************************************************************

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that Defendants, Sheriff Randy Smith and Lacey Kelly, each in their individual and official capacities, will submit their Motion for Summary Judgment as to the claims of Kevin Louviere, Jr., before the Honorable Darrel James Papillion, of the United States District Court for the Eastern District of Louisiana, on the 23rd day of August, 2023, at 10:00 a.m.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*

**CHADWICK W. COLLINGS, T.A. #25373**
**KENNETH R. WHITTLE #38640**
**SARAH A. FISHER #39881**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
**kwhittle@millinglaw.com**
**sfisher@millinglaw.com**
***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Tuesday, August 08, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**