| | | |
|---|---|---|
| Agency ORI # LA05200T1<br>Phone 9858982320 | **ST TAMMANY PARISH SHERIFF'S OFFICE**<br>**1200 CHAMPAGNE ST , COVINGTON,LA,70433**<br>**PHOTO** | Juvenile ☐ |

**PHOTO**



**PERSON**

| Classification | Sub-Type | Juvenile | Name (First Middle Last +Family) | Social Security Number |
|---|---|---|---|---|
| Prisoner | | NO | KEVIN JAMES LOUVIERE | [redacted] |

| Maiden Name | Nickname / Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | USA | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | [redacted] | La | 70435- | ( 0) |

| Occupation | Employer / School | Address | City | State | Zip |
|---|---|---|---|---|---|
| | LABORER | | | La | - |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| - | | 0 | | 82HTN1CPF |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 33 | Single | 5'8" | 185 | Brown | Brown | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice |
|---|---|---|---|---|---|
| Male | Medium | Medium | No | Good | Soft/polite |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers | Hair Style |
|---|---|---|
| | | Crew |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

Entered Search Criteria:
From Prisoner ID: 210689 To Prisoner ID: 210689
Level 1: ANY Level 2: ANY Level 3: ANY Level 4: ANY
Level 5: ANY Level 6: ANY Level 7: ANY
From Date: ANY To Date: ANY
Min. Sentence Length: ANY

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 06/17/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 06/17/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 06/26/19 | D BUILDING-DORM D300-BED D338- | NO |
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 06/27/19 | C BUILDING-DORM C500-BED C548- | NO |
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 07/05/19 | C BUILDING-DORM C100-BED C117- | NO |

**Total Items Matching Search Criteria: 1**

## Take This To The Sheriff's Office

Name: Kevin Louviere Race/Sex: W/M DK#: 2920F 2019 ❑ 72's

Charge: 1. Monetary Inst Abuse Fine: ______ Cost: ______ or ______ Days
2. (3 Counts) Fine: ______ Cost: ______ or ______ Days
3. ______ Fine: ______ Cost: ______ or ______ Days
4. ______ Fine: ______ Cost: ______ or ______ Days
5. ______ Fine: ______ Cost: ______ or ______ Days
6. ______ Fine: ______ Cost: ______ or ______ Days

as to each count

Sentence: ❑ Parish Jail: Days ____ Mon. ____ Yrs. ____ ☑ DOC: Days ____ Mon. ____ Yrs. 2
❑ Report To Jail ______ ❑ Exec. Of Sent. ______ ❑ CTS. ❑ Revocation Hearing
❑ Consecutive ☑ Concurrent ❑ 894 ❑ Deferred Sentence ______ ❑ Suspended Sentence
☑ Supervised Probation For Mon. ____ Yrs. 2 ❑ Unsupervised Probation For Mon. ____ Yrs. ____

Special Conditions: ❑ 1. Pay Fine and Cost ❑ 2. ______ 8 Hrs. Day C/S ❑ 3. Substance Abuse Program
❑ 4. Driver Improvement Program ❑ 5. Drug Screening ❑ 6. Refrain From Criminal Conduct
❑ 7. Pay IDF ❑ 8. ______ Supervision Fee ❑ 9. Attend Mental Health Clinic
☑ 10. Make Restitution To $250.00 In The Amount Of ______ By ______
❑ 11. JEF ______ ❑ 12. Drug Court ❑ 13. MADD

Remarks: to Drug Court

Court Date: 1-6-2020 Judge: Zaunbrecher
Deputy / Clerk Kristi V Cook Received By / Radio Number ______

❑ White-STPSO Front Desk ❑ Canary-Jail: Booking Desk ❑ Blue-Jail: Transport ❑ Goldenrod-Probation & Parole ❑ Pink-Clerk

III-5

Rel 7-16-19

STATE OF LOUISIANA-PARISH OF ST. TAMMANY

COVINGTON, LA. [illegible]

TO: [illegible] DEFENDANT

YOU ARE HEREBY SUMMONED TO APPEAR IN THE TWENTY SECOND JUDICIAL DISTRICT COURT COVINGTON, LOUISIANA ON [illegible] AT 9:00 A.M. FOR APPROPRIATE

SPECIALTY COURT:

- [x] DRUG COURT ELIGIBILITY STATUS HEARING
- [ ] BEHAVIORAL HEALTH COURT ELIGIBILTY STATUS HEARING
- [ ] SOBRIETY COURT ELIGIBILITY STATUS HEARING

AT THE ST. TAMMANY PARISH JUSTICE CENTER, 701 N. COLUMBIA STREET, IN THE CITY OF COVINGTON.

MELISSA HENRY, CLERK OF COURT

PER [illegible]
DEPUTY CLERK

**FAILURE TO APPEAR WILL RESULT IN WARRANT FOR YOUR ARREST**

*************************************************************************

DOCKET# [illegible]

CHARGE [illegible]

SENTENCE: [illegible] JAIL TIME [illegible] PROBATION TIME

- [ ] 893
- [ ] 894

REFERRING JUDGE: [illegible] DIVISON H

IF NON-RESIDENT, SPECIFY PARISH TRANSFERRED TO: ____________

2920 F 2019

# State of Louisiana - Parish of St. Tammany

Covington, La., 1-6-2020

TO: X [signature] SURETY

See that principal receives this summons.

TO: Kevin Lavriere DEFENDANT

**YOU ARE HEREBY SUMMONED** to appear at the Justice Center, in the City of Covington, on 1-6-2020 at the hour of 8:30 o'clock A.M., for Report to probation in the Twenty-second Judicial District Court, and there continue from day to day until discharged by the Court.

Failure to appear in Court will result in bond forfeiture and an attachment issued for your arrest.

Melissa R. Henry, **Clerk of Court**

Per [signature], DEPUTY CLERK

K-113

# DISTRICT ATTORNEY'S CHARGING DISPOSITION

DEFENDANT: Kevin H. Louviere, JR D.A.#: 393048

SID#: 3050907 FBI#: 82HTN1CPF AFIS#: LID#:

DOB: [redacted] Age: 33 RACE/SEX: W/M SSN: [redacted]

AGENCY: Covington Police Department REPORT #: 2019-000673

ARREST DATE: 06/17/2019 REPORT RECEIVED: 09/12/2019

**ACCEPTED CHARGES:**

| COUNT | ITEM # | BOOKED CHARGE | ACCEPTED |
|---|---|---|---|
| 1 | | | R.S. 14:72.2.A, Monetary instrument abuse, a Felony, Class 3 |
| 2 | 2019-000673 | R.S. 14:72.2, Monetary instrument abuse | R.S. 14:72.2.A, Monetary instrument abuse, a Felony, Class 3 |
| 3 | 2019-000673 | R.S. 14:72.2, Monetary instrument abuse | R.S. 14:72.2.A, Monetary instrument abuse, a Felony, Class 3 |

**BOOKED CHARGES and REFUSED CHARGES:**

| COUNT | ITEM # | BOOKED CHARGE(S) | | BOND(S) | AMOUNT |
|---|---|---|---|---|---|
| 2 | 2019-000673 | R.S. 14:72.2, Monetary instrument abuse, Felony, Class 3 | See Accepted Charges Table. | Surety Bond | $3500.00 |
| 3 | 2019-000673 | R.S. 14:72.2, Monetary instrument abuse, Felony, Class 3 | See Accepted Charges Table. | | |

**CURRENT CASE STATUS IN D. A. OFFICE (STAGE): Charges Filed**

DATE: **October 7, 2019** ADA: **ASG**



R 7/16/19

| | | |
|---|---|---|
| Agency ORI # LA05200T1<br>Phone 9858982320 | **ST TAMMANY PARISH SHERIFF'S OFFICE**<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING RECEIPT** | INMATE NUMBER 210689<br>Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 229698 | ST TAMMANY PARISH SHERIFF'S OFFICE | 1620 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 06/17/2019 | 09:52 | | COVINGTO | | 06/17/2019 | 09:52 |

## INMATE

| Name (First Middle Last +Family) | Maiden Name | Social Security Number | Juvenile |
|---|---|---|---|
| KEVIN JAMES LOUVIERE | | [redacted] | NO |

| Classification Score | Billing Code | Division | Place of Birth | Residence Phone |
|---|---|---|---|---|
| 16/20 | Parish Prisoner | | GRETNA | [redacted] |

| Address (Street, Apt, Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | La | 70435- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| LABORER | LABORER | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | State ID# |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 33 | Single | 5'8" | 185 | Brown | Brown | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Medium | Medium | No | Good | Soft/pol | Crew |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | MONETARY INSTRUMENT ABUSE | COMMITTED | 2 | 14:72.2 |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 1 | 05/21/2019 | CPD WARR# 2018000211 (2 CTS) | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Cash Propert Surety | 3,500.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 18th day of June, 2019.

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)

| ID Number | Unit | Date |
|---|---|---|
| 1620 | | 06/18/2019 |

| Name<br>KEVIN JAMES LOUVIERE | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER 210689<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 229698 | ST TAMMANY PARISH SHERIFF'S OFFICE | 1620 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 06/17/2019 | 09:52 | | COVINGTO | 0 | 06/17/2019 | 09:52 |

1. Are you able to obtain classification information?

Yes/No Answer: YES  Text Answer: Yes
Notes:  Score 0

2. Present Charge

Yes/No Answer: YES  Text Answer: Non-violent felony
Notes:  Score 1

3. Prior criminal record

Yes/No Answer: YES  Text Answer: One or more felony convictions
Notes:  Score 4

4. Pending court action

Yes/No Answer: YES  Text Answer: Pending probation / parole violation
Notes:  Score 2

5. Flight risk

Yes/No Answer: YES  Text Answer: None
Notes:  Score 0

6. Age (based on Rand Study)

Yes/No Answer: YES  Text Answer: 28+
Notes:  Score 0

7. Residence

Yes/No Answer: YES  Text Answer: Residence in St. Tammany Parish
Notes:  Score 0

8. Family ties

Yes/No Answer: YES  Text Answer: lives with parents
Notes:  Score 1

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433 | INMATE NUMBER 210689 |
|---|---|---|
| KEVIN JAMES LOUVIERE | **INITIAL BOOKING CLASSIFICATION** | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|---|
| LA05200T1 | | 229698 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 1620 | |
| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
| 06/17/2019 | 09:52 | | COVINGTO | 0 | 06/17/2019 | 09:52 |

9. Education

Yes/No Answer: YES — Text Answer: High School graduate or GED
Notes: — Score 0

10. Employment

Yes/No Answer: YES — Text Answer: Unemployed (not drawing unemployment)
Notes: — Score 3

11. Drug dependency

Yes/No Answer: YES — Text Answer: Test refused
Notes: — Score 5

12. Escape Risk

Yes/No Answer: YES — Text Answer: No Escapes or attempted escapes
Notes: — Score 0

13. Any dependancy

Yes/No Answer: YES — Text Answer: Current dependency problem
Notes: — Score 4

14. Special job Skills

Yes/No Answer: NO — Text Answer: Other
Notes: — Score 0

15. Any enemies in our jail

Yes/No Answer: NO — Text Answer:
Notes: — Score 0

16. Who should we notify in case of emergency (next of Kin)

Yes/No Answer: YES — Text Answer: PEGGY POOLE (MOTHER) 504-615-7597
Notes: — Score 0

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER 210689 |
|---|---|---|
| KEVIN JAMES LOUVIERE | | Juvenile ☐ Prior Agency Inmate ☐ |

| Agency ORI Number | | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|---|
| LA05200T1 | | 229698 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 1620 | |
| **Arrested Date** | **Arrested Time** | **Arrested By ID** | **Arrested By Agency / Other** | **Inmate Phone Number** | **Booked Date** | **Booked Time** |
| 06/17/2019 | 09:52 | | COVINGTO | 0 | 06/17/2019 | 09:52 |

17. Are you a Veteran?

Yes/No Answer: NO

Text Answer:

Notes:

Score 0

| Name | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING CLASSIFICATION** | INMATE NUMBER 210689<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|
| KEVIN JAMES LOUVIERE | | |

| Agency ORI Number | | Booking Number | Booking Agency | | Booked By | |
|---|---|---|---|---|---|---|
| LA05200T1 | | 229698 | ST TAMMANY PARISH SHERIFF'S OFFICE | | 1620 | |
| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Inmate Phone Number | Booked Date | Booked Time |
| 06/17/2019 | 09:52 | | COVINGTO | 0 | 06/17/2019 | 09:52 |

**Conditions/Comments:**

**Proxy Score** 16 **R/A Score** 20

**S/A**

**M/H**

**Total Score: 16/20**

ADMINISTRATIVE

Sworn to and subscribed before me,
this 18th day of June, 2019.

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)

ID Number 1620 Unit Date 06/18/19

| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING MEDICAL** | INMATE NUMBER 210689<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 229698 | ST TAMMANY PARISH SHERIFF'S OFFICE | 1620 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 06/17/2019 | 09:52 | | COVINGTO | | 06/17/2019 | 09:52 |

1. ARE YOU ABLE TO OBTAIN MEDICAL INFORMATION?
   Yes/No Answer: YES    Text Answer:
   Notes:

2. HAVE YOU BEEN IN A MOTOR VEHICLE ACCIDENT IN THE LAST 24 HOURS
   Yes/No Answer: NO    Text Answer:
   Notes:

3. HAVE YOU THOUGHT ABOUT HURTING OR KILLING YOURSELF OR ANYONE ELSE
   Yes/No Answer: NO    Text Answer:
   Notes:

4. ANY ILLNESS OR INJURY
   Yes/No Answer: NO    Text Answer:
   Notes:

5. ARE YOU CURRRENTLY TAKING MEDICATION
   Yes/No Answer: YES    Text Answer:
   Notes:

6. ARE YOU PREGNANT OR THINK YOU MAY BE
   Yes/No Answer: NO    Text Answer:
   Notes:

**DISCLAIMER**

I, the undersigned, an inmate in this jail facility hereby authorize the responsible corrections Physician or Designee to administer medical examination or treatment while I am incarcerated in this facility as deemed necessary.

I hereby certify that I have read and/or fully undestand the above authorization for medical examination and/or treatment. I further certify that I have had the procedure explained to me and undestand the procedure for obtaining medical treatment while I am incarcerated.

**ADMINISTRATIVE**

Sworn to and subscribed before me,
this 18th day of June, 2019.

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE    OFFICER'S PRINTED NAME (L,F)

ID Number 1620    Unit    Date 06/18/2019

| Agency ORI # LA05200T1<br>Phone 9858982320 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON,LA,70433<br>**INITIAL BOOKING RECEIPT** | INMATE NUMBER 210689<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 229698 | ST TAMMANY PARISH SHERIFF'S OFFICE | 1620 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 06/17/2019 | 09:52 | | COVINGTO | | 06/17/2019 | 09:52 |

## INMATE

| Name (First Middle Last +Family) | Maiden Name | Social Security Number | Juvenile |
|---|---|---|---|
| KEVIN JAMES LOUVIERE | | [redacted] | NO |

| Classification Score | Billing Code | Division | Place of Birth | Residence Phone |
|---|---|---|---|---|
| 16/20 | Parish Prisoner | | GRETNA | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | [redacted] | La | 70435- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| LABORER | LABORER | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | State ID# |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 33 | Single | 5'8" | 185 | Brown | Brown | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Medium | Medium | No | Good | Soft/pol | Crew |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | MONETARY INSTRUMENT ABUSE | COMMITTED | 2 | 14:72.2 |

| Original Off Ind. | Original Offense Date | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|---|
| 1 | 05/21/2019 | CPD WARR# 2018000211 (2 CTS) | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Cash Propert Surety | 3,500.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 18th day of June, 2019.

______________________________

INMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

______________________ ______________________

OFFICER'S SIGNATURE OFFICER'S PRINTED NAME (L,F)

| ID Number | Unit | Date |
|---|---|---|
| 1620 | | 06/18/2019 |

# Pre-Trial / Risk Factor Rating Index

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate name | LOUVIERE, KEVIN J | Race | W | Sex | M | DOB | [redacted] |
| Inmate Address | [redacted] | | | Inmates Cell Phone Number | | | [redacted] |
| Booking Date | 6/18/2019 | Booking # | 229698 | | | ID Number | 210689 |
| Deputy Conducting the Review | DFC G HILTON | Date/Time | 6/18/19 23:57 | | | | |

| Number | Questions/Answers - *All Questions* ***MUST*** *be Answered*<br>*NOTE:* Answer "X" for YES/NO (Unless otherwise indicated) | | | |
|---|---|---|---|---|
| | **Failure to Appear** | **Yes** | **No** | **Score** |
| 1 | Pending Charge at the time of this Offense (X=Yes/No) | | X | 0 |
| 2 | Any Prior Conviction (X=Yes/No) | X | | 1 |
| 3 | Incurred Prior Failure to Appear - Pre-Trial in past 2 years (NUMBER of FTA's MUST BE ENTERED - IF NONE, ENTER 0) | 0 | | 0 |
| 4 | Incurred Prior Failure to Appear - Pre-Trial older than 2 years (X=Yes/No) | | X | 0 |
| | **New Criminal Activity** | **Yes** | **No** | **Score** |
| 1 | Age at Current Arrest (Enter Current Age) | 33 | | 0 |
| 2 | Pending Charge at the time of Offense (X=Yes/No) | | X | 0 |
| 3 | Prior Misdemeanor Conviction (X=Yes/No) | X | | 1 |
| 4 | Prior Felony Conviction (X=Yes/No) | X | | 1 |
| 5 | Prior Violent Conviction (NUMBER of Violent Convictions MUST BE ENTERED - IF NONE, ENTER 0) | 0 | | 0 |
| 6 | Incurred Prior Failure to Appear Pre-Trial in past two years (NUMBER of FTA's MUST BE ENTERED - IF NONE, ENTER 0) | 0 | | 0 |
| 7 | Prior Sentence to Incarceration (X=Yes/No) | X | | 2 |
| | **New Violent Criminal Activity** | **Yes** | **No** | **Score** |
| 1 | Current Violent Offense (X=Yes/No) | | X | 0 |
| 2 | Current Violent Offense and 20 Years old or younger (X=Yes/No) | | X | 0 |
| 3 | Pending Charge at the Time of the Offense (X=Yes/No) | | X | 0 |
| 4 | Any Prior Conviction (X=Yes/No) | X | | 1 |
| 5 | Prior Violent Conviction (NUMBER of VIOLENT CONVICTIONS MUST BE ENTERED - IF NONE, ENTER 0) | 0 | | 0 |

## Psychiatric Rating Index

Name of Medical Staff Conducting ______ Medical Score ______

| | |
|---|---|
| Failure to Appear (Maximum Total Weight = 7 Points) | 1 |
| New Criminal Activity (Maximum Total Weight = 13 points) | 4 |
| New Violent Criminal Activity (Maximum Total Weight = 7 Points | 1 |

*3/9/2017*

*Revision-001*

# St. Tammany Parish Sheriff's Office

CORRECTIONS DIVISION

DRUG TESTING REPORT FOR BOND CONDITION

DATE: 6/18/19

NAME OF INMATE: KEVIN LOUVIERE

SIGNATURE OF INMATE: X [signature]

TEST RESULTS:

REFUSED ✓

NEGATIVE ____

POSITIVE ____

RANDOM ____

PROBABLE CAUSE ____

DEPUTY CONDUCTED SCREEN:

JUSTIN FOSTER
Print

[signature]
Signature

2132
Time Received

# ST. TAMMANY PARISH JAIL
# INCOMING PROPERTY REPORT MT

Date: 06 / 17 / 2019 Time: 09:36 Property Bag #: 499

INMATE

LAST NAME: Louviere FIRST NAME: Kevin MI: ____

SEARCHED BY: DEPUTY: L. Whittle RADIO#: 6528

## PERSONAL PROPERTY

WALLET/PURSE Ø

CONTENTS Ø

PHONE/KEYS Ø

WATCH/JEWELRY Ø

DRIVER'S LICENSE/ID Ø OTHER PROPERTY Ø

DESCRIBE INMATES CLOTHING AND SHOES: Brown Shoes, Blue Shorts, Gray Shirt, White Socks

I, CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

PRISONER'S SIGNATURE [signature]

## RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

SIGNED ______________________ DATED ____________

PROPERTY RELEASED BY: DEPUTY ______________________

** Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.
** Max liability of property is $50.00.

No. 184403

# St. Tammany Parish Jail
# Incoming Property Report

MHY

Date 06 / 17 / 2019 Time: 09:36 Property Bag #: 4199

INMATE

LAST NAME: Louviere FIRST NAME: Kevin MI: ____

SEARCHED BY: DEPUTY: h. Whittle RADIO#: 6524

## PERSONAL PROPERTY

WALLET/PURSE Ø

CONTENTS Ø

PHONE/KEYS Ø

WATCH/JEWELRY Ø

DRIVER'S LICENSE/ID Ø OTHER PROPERTY Ø

DESCRIBE INMATES CLOTHING AND SHOES: Brown Shoes, Blue Shorts, Gray Shirt, White Socks

I CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

PRISONER'S SIGNATURE [signature]

## RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

SIGNED [signature] DATED 07-16-2020

PROPERTY RELEASED BY: DEPUTY [signature]

** Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.
** Max liability of property is $50.00.

No. 184403

# ST. TAMMANY PARISH JAIL
# INCOMING PROPERTY REPORT

Date: 10 / 17 / 2019 Time: 12 : 39 Property Bag #: M44

INMATE

LAST NAME: Louviere FIRST NAME: Kevin MI: ______

SEARCHED BY: DEPUTY: L. [signature] RADIO#: 6528

## PERSONAL PROPERTY

WALLET/PURSE Ø

CONTENTS Ø

PHONE/KEYS 1 Black Cell phone (Cracked Screen) - 1 Set of Keys

WATCH/JEWELRY Ø

DRIVER'S LICENSE/ID Ø OTHER PROPERTY Ø

DESCRIBE INMATES CLOTHING AND SHOES: Blue Shorts, Gray Shirt,

I, CERTIFY THE ABOVE IS A CORRECT LIST OF ITEMS REMOVED FROM MY POSSESSION AT THE TIME I WAS PLACED IN JAIL.

PRISONER'S SIGNATURE ______________________

## RELEASE

I HAVE RECEIVED ALL OF THE PROPERTY DESCRIBED HEREIN:

SIGNED ______________________ DATED ______________

PROPERTY RELEASED BY: DEPUTY ______________________

** Property left will be discarded after 30 days if not retrieved by the owner or someone designated by the owner.
** Max liability of property is $50.00.

No. 184407

# COVINGTON POLICE DEPARTMENT

## J.M.S. Booking Sheet

Officer Name: DETECTIVE J. RESTEL Date: 06/17/2019

Prisoner Name: LOUVIERE, KEVIN

Race: W Sex: M D.O.B. [redacted]

Case #: 2019-000673

Warrant #: 2018000211 Issue Date: 06/14/2019

Warrant #: — Issue Date: —

Warrant #: — Issue Date: —

Jail Receipt Created: (Yes circled) / No

Charges:

1. 14:72.2 MONETARY INSTRUMENT ABUSE (FELONY)
2. 14:72.2 MONETARY INSTRUMENT ABUSE (FELONY)
3.
4.
5.
6.
7.
8.
9.
10.

# 22ND JUDICIAL DISTRICT COURT
# PARISH OF ST. TAMMANY
# STATE OF LOUISIANA

**ITEM NUMBER:** 2019-000673 **WARRANT NUMBER:** 2018000211

## ARREST WARRANT

State of Louisiana
Versus
KEVIN LOUVIERE, WHITE MALE
[redacted] LA, 70435
DOB: [redacted] SSN: [redacted]
Height: 5'9", Weight: 163 , Eye Color: Brown, Hair Color: Blond
D/M:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the sworn affidavit of Detective Bart Ownby , with the Covington Police Department, charging one KEVIN LOUVIERE with:
2 Counts of RS14:72.2--Monetary Instrument Abuse-- (FELONY)

Committed on or about 5/21/2019 - 5/28/2019.
Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this 14 day of June, 2019.

Scott Gardner

**Scott Gardner**
22ND Judicial District
State of Louisiana

Friday, June 14, 2019 11:37

# STATEMENT OF MIRANDA RIGHTS

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.
5. You can decide at any time to exercise these rights and not answer any questions or make any statements.

I understand these rights.

[signature]
Signature

# WAIVER OF RIGHTS

I have been advised of the above statement of my rights and I understand each of those rights, and having these rights in mind, I waive them and willingly make a statement.

______________________
Signature

Witnessed by:

DETECTIVE J. RESTEL
Officer's Name

COVINGTON POLICE DEPARTMENT
Officer's Department

Date: JUNE 17, 20 19

Time: 9:00 A M.

II-SO-CR-10

6/11/19
Case # 2019-000673
Louviere, Kevin w/m
6/8/86 SSN: 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

MH4

JOHN BEL EDWARDS
Governor

JAMES M. Le BLANC
Secretary

State of Louisiana
Department of Public Safety and Corrections
Division of Probation and Parole

06/17/2019

Sheriff Randy Smith
STPSO

RE: Kevin Louviere
White/Male
DOB: [redacted]
DOC # 743122
Docket: Orl #544-677

Dear Sheriff Randy Smith:

Would you please accept this letter as your authority to hold the above named subject who was placed in the STPSO Jail on 06/17/2019.

Please show this subject as being detained for this Division as a probation violator for Covington.

Sincerely yours,

Kevin Hidalgo
District Administrator

Jenna Hill
Probation & Parole Officer



PL 6/17/19

JOHN BEL EDWARDS
Governor

JAMES M. Le BLANC
Secretary

State of Louisiana
Department of Public Safety and Corrections
Division of Probation and Parole

## CANCELLATION OF DETAINER

07/15/2019

Sheriff Randy Smith
STPSO

RE: Kevin Louviere White/Male
DOB: [redacted]
DOC # 743122
Docket: Orl #544-677

Dear Sheriff Randy Smith:

Please accept this letter as your authority to release the detainer on the above named subject who was placed in Jail by Covington PD on 06/17/2019.

Please show this subject as being released for the Division of Probation & Parole as a Probation violator.

This release of our detainer **DOES NOT** lift the detainer placed by other law enforcement/Corrections agencies or other sections within the Department of Public Safety & Corrections. Further, this does not release the inmate from any hard labor commitment imposed via revocation and/or sentencing for a new offense.

Sincerely yours,

Kevin Hidalgo
District Administrator

Jenna Hill
Probation & Parole Officer

Change supervision level from detained to .

1712 North Columbia St., Post Office Box 3610, Covington, LA 70435 (985) 871-8351 Fax (985) 871-8357
www.doc.la.gov
An Equal Opportunity Employer

* To be released on 07/16/2019 at 8:00 AM.
Thanks!

07-15-19

SID________ FBI________ DOC________ DNA ON FILE ________

First Name: KEVIN Middle Name: JAMES Last Name: LOUVIERE

Race: W Social Security #: [redacted] Age: 33 Date of Birth: [redacted]

Phone Number : Home: ________ Cell: [redacted]

Home Address: [redacted]

City: [redacted] State:______ Zip:______

Mailing Address (if different than Home)________

Where were you born? City: GRETNA State: ______

Job / Trade / Skill: ________

Employer Name & Address: Ø

How long have you been at your job?: Ø

Highest Grade of School Completed? : 12TH

Driver's License # & State : LA 008411948

Marital Status: Married / (Single) / Divorced / Separated / Widowed

Number of Children: Ø Religion: ______

Shoe Size: 10½ Height : 5'8 Weight : 185 Hair Color: BROWN Eye Color : BROWN

Build (Circle One): Small / (Medium) / Stocky / Thin / Large / Obese / Slender

Hair Style (Circle One): Bald / (Crew) / Afro / Straight / Wavy / Curly / Braided

Hair Length (Circle One): Bald / (Short) / Medium / Long

Facial Hair: (None) / Beard / Goatee / Mustache / Fu Manchu / Sideburns / Unshaven

Teeth: Bad / Braces / False or Dentures / Gold / (Good) / Missing / Protruding / Rotten

Are you left or right handed?: RIGHT

Gang Affiliations: NO If yes, which one: ________

Do you wear glasses or contacts?: NO

Tattoos / Scars (Include where and a description tattoo is):________



CONTINUE ON BACK

Updated 12/30/2017

STPSO Jail Booking Questions HOLDING CELL#______

Have you been in a car accident in the past 24 hours? NO

Thoughts of killing anyone or yourself ? NO

Any serious injuries or illnesses? NO

Are you currently taking medication? YES

Are you pregnant? (females only)________________

Any pending court action? : NO

If yes (Circle One): Felony / Misdemeanor / Probation /Parole/ Traffic

If yes to probation/parole is it: (Circle One) Misdemeanor/Felony? Who is your probation/parole officer?________________

Who do you live with?: (Circle One): Self / Spouse / Victim / Parents / Other

Any current drug or alcohol dependency problems? (Circle One):

No Problems / Current Dependency Problem / Occasional Abuser / Prior Problems

Any enemies in jail? (List names): NO

Are You a Veteran? NO If yes, which branch?________________

Emergency Contact Information:

Name: [redacted] Phone #: [redacted]

Relation: MOTHER

FOR DEPUTY'S USE ONLY BELOW THIS LINE

Interviewed by: DY FOSTER

PREA filled out properly by: DY FOSTER



Updated 12/30/2017

# P.R.E.A. SCREENING CHECKLIST

I Identifying Date
Inmate Name KEVIN LOUVIERE DOC Number ______

Reason for screening: ✓ New Admission ______ Regular Review ______ Special Referral

II Possible Victim Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | Former victim of prison rape or sexual assault, past ten years | NO | |
| 2. | Youthful Age (Under 25) | NO | |
| 3. | Elder (65 or older) | NO | |
| 4. | Small physical stature (5'6" or less and/or less than 140 lbs.) | NO | |
| 5. | Developmental disability/mental health LOC 1, 1A, 2, 2A | NO | |
| 6. | First incarceration less than 30 days (juvenile, parish, state, fed) | NO | |
| 7. | Homosexual/bi-sexual overly effeminate<br>Overly Masculine (Females Only) | YES | |
| 8. | History of any sexual abuse-past ten years | NO | |
| 9. | History of correctional facility consensual sex-past 10 years | NO | |
| 10. | Protective Custody-past five years (adult/juvenile) | NO | |

Victim Designation Process
If "Yes" to item 1 enter "Known Victim" code
IF "Yes" to two or more items other than item 1, enter offender as "Potential Victim"
Otherwise designate offender as "Non-Victim"

Scored Designation ______ Known Victim ✓ Potential Victim ______ Non-Victim
Victim Over-Ride:

______ No ______ Yes (Cannot over-ride a known victim, ONLY a Potential Victim and Non-Victim)

If "Yes" indicate change ______ "Potential Victim" to Non-Victim" ______ "Non-Victim" to Potential Victim"

Basis (Why Changed) ______________________

III Possible Predatory Factors

| | | Yes/No | Source |
|---|---|---|---|
| 1. | History of institutional predatory sexual behavior-past 5 years | NO | |
| 2. | Current or Prior Conviction for rape. Child abuse or neglect past ten years. | NO | |
| 3. | Sexual abuse or sexual assault toward others or domestic Violence-past ten years (Please circle behavior noted) | NO | |
| 4. | Current gang affiliation | NO | |
| 5. | Strong-arming/assaults in prison –past ten years | NO | |
| 6. | Consensual sex in Correctional facility- past ten years | NO | |
| 7. | In-prison Sexual taunting toward staff or offenders | NO | |

Predator Designation Process
If "Yes" to item 1 enter "Known Predator" code
IF "Yes" to two or more items other than item 1, enter offender as "Potential Predator"
Scored Designation ______ Known Predator ______ Potential Predator ______ Non- Predator
Predator Over-Ride:
______ No ______ Yes (Cannot over-ride a known Predator, ONLY a Potential Predator and Non- Predator)

If "Yes" indicate change ______ "Potential Predator" to "Non- Predator" ______ "Non- Predator" to "Potential Predator"

Basis (Why Changed) ______________________

Completed by: [signature] Facility: STPSD Date Completed: 6/18/19

# P.R.E.A OFFENDER ORIENTATION

**PRISON RAPE ELIMINATION ACT-P.R.E.A.- At St. Tammany Parish Jail the guidelines concerning P.R.E.A. are made aware to you during Intake/Orientation.**

**PREVENTION- Do not engage in activities that could lead to sexual assault, sexual misconduct or sexual coercion.**

**PREVENTION- Again protect yourself by not engaging in any activities that could lead to sexual assault, sexual misconduct, or sexual coercion. Do not horse play: maintain a code of standards at all times.**

**REPORTING SEXUAL ASSAULT, SEXUAL MISCONDUCT AND SEXUAL COERCION- If sexually assaulted or any type of misconduct occurs or someone is trying to coerce you sexually you should report this to security as soon as possible.**

**PROTECTION FROM RETALIATION- St. Tammany Parish Jail will respond appropriately to prevent retaliation for reporting sexual assault, sexual misconduct, or sexual coercion.**

**TREATMENT AND COUNSELING- If sexually assaulted, we will take proper steps in regards to treatment and/or counseling. Appropriate measures including but not limited to, transfer to another facility and/or the Department of Corrections if deemed necessary.**

**S.T.P.S.O. ZERO TOLERANCE FOR SEXUAL ASSAULT, SEXUAL MISCONDUCT AND SEXUAL COERCION- Investigation involving any type of sexual assault, sexual misconduct, or sexual coercion will be thorough with appropriate action taken.**

**As an inmate offender housed at the St. Tammany Parish Jail, I have been read and am fully aware of the guidelines concerning Prison Rape Elimination Act – P.R.E.A.**

[signature] DY FOSTER

**OFFENDER** **OFFICER**

```
Reference: Unknown
Msg ID    :
Msg Key   : C5
Date/Time: 20190617094120
Ent Agy   :
Requester:
User      :
ORI       :
Source    : LEMS
Control   :
Summary   : CCHC Response

TXT: MSG 2F1300E5D0 SOCOVI29 024D1B CCHC     8F436D 20190617 09:41:19
LA0521329.
CTL/
ATN/

C5.LA0521329..2F1300E5D0.. 06/17/2019 09:41:36
REQUESTED BY: KATARINA SCHMIDT

                    S T A T E  O F  L O U I S I A N A
          *FOR USE BY AUTHORIZED CRIMINAL JUSTICE AGENCIES ONLY*
             (FINGERPRINTS ARE NECESSARY FOR A POSITIVE ID)

INVESTIGATIVE REPORT                                  CONFIDENTIAL RECORDS
--------------------------------------------------------------------------------
CRIMINAL RECORD OF: LOUVIERE, KEVIN                               FBI: 82HTN1CPF
STATE ID: 0003050907    BIRTH DATE: [redacted]     PLACE: LA      DOC:
RACE: W         HEIGHT:  5' 9"          HAIR: BLN                 DNA ON
FILE:YES
SEX:  M         WEIGHT: 163             EYES: BRO
SSN: [redacted]  OLS/OLN: LA 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                            III: MSO
STATUS: PROB
--------------------------------------------------------------------------------
                                *********
                                * FELON *
                                *********
--------------------------------------------------------------------------------

A L I A S E S                          SSN          OLS/OLN         ID THEFT
LOUVIERE, KEVIN                        [redacted]   LA008411948          NO
LOUVIERE, KEVIN                                     LA                   NO
LOUVIERE, KEVIN H                                   LA                   NO
--------------------------------------------------------------------------------
S U M M A R Y
DATE        AGENCY                            TEXT
05/13/2018  ST JOHN THE BAPTIST, LA SO        ARRESTED, ATN: 480011800820
11/05/2018  ORLEANS, LA CRIMINAL SO           ARRESTED, ATN: 360021809489
04/22/2019  LA-DOC P&P ORLEANS WEST, LA       PROB-F, DISTRIBUTION OF
METHAMPHETAMINES LESS
--------------------------------------------------------------------------------
ARREST DATE: 05/13/2018                                     LID:
AGENCY: ST JOHN THE BAPTIST, LA SO (LA0480001)              AFIS ATN:
480011800820
   NAME: LOUVIERE, KEVIN

CHARGE 1                                                    COUNTS 1
   CCRP 575 W583773401 MISSISSIPPI
CHARGE 2                                                    COUNTS 1
   R.S. 40:1023FIRST(MISD) PROHIBITED ACTS/ DRUG PARAPHERNALIA

--------------------------------------------------------------------------------
ARREST DATE: 11/05/2018                                     LID:
AGENCY: ORLEANS, LA CRIMINAL SO (LA0360000)                 AFIS ATN:
360021809489
   NAME: LOUVIERE, KEVIN H

CHARGE 1                                                    COUNTS 01
   R.S. FED PURP RS 40 967(B)(1) C02D DIST METHAMPHETAMINE

--------------------------------------------------------------------------------
M I S C  D I S P O S I T I O N S

DATE: 04/22/2019                                            LID:
AGENCY: LA-DOC P&P ORLEANS WEST, LA                         AFIS ATN:
DCNO11900657
   NAME: LOUVIERE, KEVIN
CHARGE 1                                                    COUNTS
   CASE: R.S. PROB-F
   DISPOSITION: DISTRIBUTION OF METHAMPHETAMINES LESS THAN 28 GRAMS; ORL
```

#544-677; SUSPENDED IMPOSITION, 1YR ASP; BEG 04/18/2019 END 04/18/2020 FOR THE ARREST OF 11/05/2018

---

THE RESPONSE TO YOUR REQUEST FOR CRIMINAL HISTORY RECORD CHECK IS BASED ON A REVIEW OF THE STATE OF LOUISIANA'S CRIMINAL HISTORY RECORDS DATABASE ONLY. THIS DOES NOT PRECLUDE THE EXISTENCE OF A RECORD IN A LOCAL AGENCY, ANOTHER STATE, OR THE FBI CJIS DIVISION.

** END OF RAPSHEET **

TRACKING: 06/17/2019, 09:41:20
- MKE: C5
- Source: LEMS
- ISN: 05HG001W89
- REF: UNKNOWN

```
Reference: Unknown
Msg ID    :
Msg Key   : CR
Date/Time: 20190617094146
Ent Agy   :
Requester:
User      :
ORI       :
Source    : NLETS
Control   :
Summary   : NLETS Response

TXT: MSG 2F1300E5D1 SOCOVI29 024D1E NLETS-WS ODBOAF 20190617 09:41:45
LA0521329.
CTL/
ATN/KATARINA SCHMIDT

CR.MSIII0000
07:41 06/17/2019 01686
07:41 06/17/2019 13233 LA0521329
*2F1300E5D1
TXT

HDR/2L012F1300E5D12QR
```

ATN/KATARINA SCHMIDT

********************** CRIMINAL HISTORY RECORD **********************

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

State Id Number    MS08576882 ()
Purpose Code    C
Attention    KATARINA SCHMIDT

The information in this rap sheet is subject to the following caveats:

This record contains information contained in the criminal history file of Mississippi Department of Public Safety on the date it was prepared; if information is needed later, a new inquiry should be made. This information is based on fingerprint identification.

If the request for this information did not include fingerprints, this record may not describe the subject of the inquiry.

There may be further information concerning this subject in local files.

Use of this information is subject to state and federal law and is limited to the purpose stated in the inquiry. Misuse is subject to criminal and civil penalty.

Offenses are marked as felonies, misdemeanors or violations in accordance with Mississippi law.

Mississippi reports any data related to its Mississippi Sex Offender Registry in the "Notice" field.

*************************** IDENTIFICATION ***************************

Subject Name(s)

LOUVIERE, KEVIN JAMES
LOUVIERE, KEVIN JAMES JR (AKA)

Subject Description

| | | |
|---|---|---|
| | State Id Number<br>MS08576882 | |
| Social Security Number<br>[redacted] | Driver's License Number<br>8411948 () | |
| Sex<br>Male | Race<br>White | |
| Height<br>5'10" | Weight<br>163 | Date of Birth<br>[redacted] |

```
Hair Color                 Eye Color                  Fingerprint Pattern
Brown                      Brown                      RSRSRSRSRSLSUCLSLSLS (IAFIS)

Place of Birth             Citizenship
Mississippi                United States

Residence
Residence as of            2018-05-18
                           10451 LARKIN SMITH DR, GULFPORT, MS

Fingerprint Images

Photo Images
(No Photo Image Transmitted  )

*************************  CRIMINAL HISTORY  *************************

============================== Cycle 1 ==============================
Tracking Number            9135001380
Earliest Event Date        2018-05-18  Incident Date          2018-05-08
--------------------------------------------------------------------
Arrest Date                2018-05-18
Arrest Case Number         18-008586
Arresting Agency           MS0240200 GULFPORT PD
Arrest Type                Adult
Charge                     1
    Charge Description     Offense date 2018-05-08
               Statute     Sexual Battery; Unlawful sexual penetration
                           with child < 18 if person position of
                           trust/authority over child (97-3-95(2) MS)
                Counts     1
              Severity     Felony
*************************  INDEX OF AGENCIES  *************************

Agency                     GULFPORT PD; MS0240200;
Agency Telephone           868-5959/868-5991
Address                    POST OFFICE DRAWER S, GULFPORT, MS 39502

* * * END OF RECORD * * *
TRACKING: 06/17/2019, 09:41:46
- MKE: CR
- Source: NLETS
- ISN: 05HG001WDD
- REF: UNKNOWN
```

Reference: Unknown
Msg ID :
Msg Key : CR
Date/Time: 20190617094154
Ent Agy :
Requester:
User :
ORI :
Source : NLETS
Control :
Summary : NLETS Response

TXT: MSG 2F1300E5D1 SOCOVI29 024D1F NLETS-WS 0DB0B7 20190617 09:41:54
LA0521329.
CTL/
ATN/KATARINA SCHMIDT

CR.ALIII0000
07:41 06/17/2019 02207
07:41 06/17/2019 13241 LA0521329
*2F1300E5D1
TXT

HDR/2L012F1300E5D12QR

ATN/KATARINA SCHMIDT
********************** CRIMINAL HISTORY RECORD **********************

**************************** Introduction ****************************

This rap sheet was produced in response to the following request:

State Id Number 02818287 ()
Purpose Code C
Attention KATARINA SCHMIDT

The information in this rap sheet is subject to the following caveats:

************** NOTICE AND WARNING ****************** THIS RECORD IS CONFIDENTIAL AND RESTRICTED FOR USE BY CRIMINAL JUSTICE AGENCIES ONLY. THIS IS NOT THE PUBLIC RECORD OF THE EVENTS DEPICTED AND DISSEMINATION IN VIOLATION OF THIS RESTRICTION WILL SUBJECT THE OFFENDER TO ALL APPLICABLE FEDERAL AND STATE CRIMINAL PENALTIES. THIS DOCUMENT MUST BE SECURED AND DESTROYED BY BURNING OR SHREDDING WHEN NO LONGER NEEDED.

*******NOTICE******* THIS RECORD IS INVALID AFTER 90 DAYS. FOR CURRENT INFORMATION RE-CHECK THE ACJIC/CCH SYSTEM. ALL ALABAMA ARRESTS RECEIVED BY ACJIC ARE INCLUDED IN THIS REPORT. WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE ARRESTING AGENCY THAT FURNISHED THE DATA. RECORD IS CONFIDENTIAL AND INTENDED FOR USE BY CRIMINAL JUSTICE AGENCIES ONLY.

*************************** IDENTIFICATION ***************************

Subject Name(s)

LOUVIERE, KEVIN JAMES JR

Subject Description

FBI Number
82HTN1CPF

State Id Number
02818287

Social Security Number
[redacted]

Sex
Male

Race
White

Height
5'09"

Weight
168

Date of Birth
[redacted]

Hair Color
Brown

Eye Color
Brown

Place of Birth
LA

```
*************************  CRIMINAL HISTORY  *************************

============================== Cycle 1 =============================
Tracking Number             24842379
Earliest Event Date         2016-06-10

--------------------------------------------------------------------
Arrest Date                 2016-06-10
Arresting Agency            AL0050400 GULF SHORES POLICE DEPT
Subject's Name              LOUVIERE, KEVIN JAMES JR
Charge                      1
        Charge Literal      NARCOTIC EQUIP-DRUG-POSSESSION PARAPHENALIA
    Charge Description      DATE OF OFFENSE: 2016-06-10
--------------------------------------------------------------------
Court Disposition           (Cycle 1)
Final Disposition Date      2016-09-15
Court Agency                AL005091J MUNICIPAL COURT GULF SHORES
Charge                      1
        Charge Literal      NARCOTIC EQUIP-DRUG-POSSESSION PARAPHENALIA
    Charge Description      SENTENCE-SUSPENSION: 90 DAYS
    Charge Description      SENTENCE-FINE: $200
    Charge Description      SENTENCE-PROBATION: 1 YR
           Disposition      ( 2016-09-15; CONVICTED )
************************  INDEX OF AGENCIES  *************************

Agency                      GULF SHORES POLICE DEPT; AL0050400;

--------------------------------------------------------------------
Agency                      MUNICIPAL COURT GULF SHORES; AL005091J;

* * * END OF RECORD * * *
TRACKING: 06/17/2019, 09:41:54
- MKE: CR
- Source: NLETS
- ISN: 05HG001WFN
- REF: UNKNOWN
```

# FELONY ALLOTMENT RESEARCH FORM

**DEFENDANT'S NAME:** KEVIN JAMES LOUVIERE **D.O.B.** [redacted] **BOOKING #:** 229698

**ARREST DATE:** 6/17/2019

**CURRENT CHARGES:** MONETARY INSTRUMENT ABUSE

**OFFENSE DATE:** 5/21/2019
*(USE EARLIEST)*

**PENDING FELONY CASE INFORMATION?** NO **<==Yes or No**

**DOCKET#** **DIVISION** **CHARGE**

**DATE** 6/19/2019 **SYSTEM USED:** CLERKS WEBSITE **DEPUTY:** KAP

**COURT DATE:** 8/26/2019 **DIVISION:** J

**ADDITIONAL COMMENTS/INFORMATION:**

REVISED JUNE 2011

STATE OF LOUISIANA - PARISH OF ST. TAMMANY

R

Covington, LA., 6/19/2019

TO: Louviere, Kevin Defendant

YOU ARE HEREBY SUMMONED to appear at the St. Tammany Parish Justice Center, 701 N. Columbia St., Covington, on Tuesday 7/2, 2019 at the hour of 10:00 A.M. before Commissioner Dan Foil, ordered as part of your conditions of (bail) (protective order).

**ST. TAMMANY PARISH SHERIFF**

Per ______________________
Deputy

**FAILURE TO REPORT WILL RESULT IN A WARRANT BEING ISSUED FOR YOUR ARREST**

Agency ORI # LA05200T1

Phone 9858982320

ST TAMMANY PARISH SHERIFF'S OFFICE
1200 CHAMPAGNE ST , COVINGTON,LA,70433

# FIRST APPEARANCE BOOKING REPORT

INMATE NUMBER 210689

Juvenile ☐ Prior Agency Inmate ☐

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 229698 | ST TAMMANY PARISH SHERIFF'S OFFICE | 1620 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 06/17/2019 | 09:52 | | COVINGTO | 50349026 | 06/17/2019 | 09:52 |

## INMATE

| Name (First Middle Last +Family) | Maiden Name | Social Security Number | Juvenile |
|---|---|---|---|
| KEVIN H LOUVIERE | | [redacted] | NO |

| Classification Score | Billing Code | Division | Place of Birth | Residence Phone |
|---|---|---|---|---|
| 0/0 | Parish Prisoner | | | (0) 0 |

| Address (Street, Apt, Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | La | 70435- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| | | | N/a |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | | [redacted] | 33 | | 5.9 | 163 | Brown | Blond/st | |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | | | | | Soft/pol | |

| Current Cell |
|---|
| HOLDING CELL-MALE HOLDING-MALE HOLD4 |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | MONETARY INSTRUMENT ABUSE | COMMITTED | 2 | 14:72.2 |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 1 | CPD WARR# 2018000211 (2 CTS) | | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | TO BE SET BY JUDGE | ~~0.00~~ 3,500 CPS | | 0.00 |

12 HR HEARING
JUN 1 8 2019
SGW
COMM FOIL

## ADMINISTRATIVE

**Comments:**

Prob Hold - Orleans

PPD

# PROTECTIVE CUSTODY
REQUEST FORM

INMATE NAME: Louviere, Kevin DATE: 7/5/19

Booking #: 229698 Housing Assignment: 548

PC Assignment: ____________

Be advised that if you request Protective Custody in this facility then you are required to be housed in all areas of this facility before you can be placed in a Protective Custody. Only exceptions to this rule are to be made by the security / shift supervisors or the jail administrators depending on special circumstances.

Reason you are requesting Protective Custody: (Include problems you may have had in other areas of the facility. If you are requesting PC because of your charges, then make sure to state that is the reason.)

enemies and getting beat up

List all known enemies currently housed in this facility:

1. William Williams
2. ____
3. ____
4. ____
5. ____
6. ____

FILE COPY

Inmates Signature: [signature]

Deputy's Name and Radio Number: [signature] 6524

# ST. TAMMANY PARISH SHERIFF'S OFFICE

## *BOND INFORMATION SHEET*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Booking #** | 229698 | **ID #** | 210689 | **Arresting Agency** | CPD | **Item #** | 2019-0006 |

| | | Number of Bonds (Only up to 8) | Charge for Drug Screen? Y=Yes - N=No |
|---|---|---|---|
| **Inmate's Name** | LOUVIERE, KEVIN | | |
| **Date of Birth:** | [redacted] | | |
| **Race/Sex** | W/M | | |
| **Arrest Date** | 6/17/2019 | | |
| **Bond Authorization** | COMM FOIL | **1** | **N** |

*When input "Type Bond" - Use __COMM__ for Commercial and __CASH__ for cash (upper/lower-doesn't matter)*

| CHARGES | STATUTE ID | BOND AMOUNT | TYPE BOND |
|---|---|---|---|
| MONETARY INSRUMENT ABUSE | 14 : 72.2 | $3,500.00 | COMM |
| | : | | |
| | : | | |
| | : | | |
| | : | | |
| | : | | |
| | : | | |
| | : | | |

**Bond Conditions**

MUST APPEAR FOR BOND COND HEARING JULY 2ND 2019 @10AM; PROBABTION HOLD

| | | | |
|---|---|---|---|
| Total Cash Bonds | $0.00 | Total Commercial Bonds | $3,500.00 |
| COURT DATE: | August 26, 2019 | DIVISION: | J |

### Bond Fees and Total(s) Due

| | | |
|---|---|---|
| S.O. Fees: | | $15.00 |
| R.S. Fees: | | $15.00 |
| Drug Screen: | | $0.00 |
| 2% Bondsman Fee | | $70.00 |
| Telecheck Fee Y=Yes | Fees Only | $0.00 |
| | Fees and Bonds | |
| SUB-TOTAL: | | $100.00 |
| Cash Bonds | | $0.00 |
| TOTAL: | | $100.00 |

### Release Data and Restrictions

| | | | |
|---|---|---|---|
| AFIS: | DONE | NCIC: | DONE |
| Drug Screen | REFUSED | BCH: | YES |
| Warrant: | Inmate NO | Surety | NO |
| Release Restrictions | PROBATION HOLD | | |
| Is Inmate Due a Check? | | | NO |
| DEPUTY: | **CLELAND** | | |

**ST. TAMMANY PARISH JAIL**
Covington, LA 70433
985-276-1000

**Acknowledement Receipt of MasterCard Prepaid Release Card**

| | |
|---|---|
| Date | Tuesday, July 16, 2019 |
| Inmate ID | 210689 |
| Booking# | 229698 |
| Amount | $7.10 |

Name: KEVIN JAMES LOUVIERE
Address: [redacted]
Phone: 0

"I understand and agree that I have received my funds on a Mastercard prepaid Card and have also received the Cardholder Agreement. I understand that the use of the Card is optional and that I can immediately remove my funds from the Card without charge as written in the Cardholder Agreement."

x

Sign Here

KEVIN JAMES LOUVIERE

**SPECIAL NOTES:** ____________________

SID # 0003050907    BOOK DATE 6/17/19    BAG#/BED # 499/C117
1072

# Release Checklist

(to be placed in inmate file)

Inmate's Name Louviere, Kevin    Date of Birth [redacted]

Booking Number 229698/210689    Race White    Sex: M (circled)  F

*Verifying deputy will initial next to each field they clear. If line does not apply, mark N/A and initial.*

Bond Is there a closing disposition for each charge?

yes Is the closing disposition correct for each item? (cross ref. item #, docket # and offense dates)

N/a If the inmate is DOC, is there a Diminution of Sentence or a Full Term Certificate for each hard labor docket?

N/a If the inmate has P/J time, has the sentence been satisfied? (8-4, time served, fine paid)

N/a Is the proper documentation to close each release restriction?

N/a Have victim(s) been contacted?

N/a If inmate is being released to the custody of another agency/officer, has proper documentation been done in JMS and in the inmate's file?

[initials] Has the inmate been given a check/debit card for any remaining funds in his/her inmate account?

[initials] *Has all state issued property been returned to the property deputy?*

[initials] *Has the inmate's identity been verified via AFIS, AFIS/DNA and/or IRIS Scanner?*

[initials] *Has the inmate signed and been given all necessary documents? (bond papers, subpoena, bond condition slip)*

[initials] *Has the AFIS been Descriptor Completed and the DNA queue checked?*

*This section is for the deputy to fill out. This must be filled out prior to the inmate being released.*

✓ NCIC    ✓ AFIS (rap sheet)    ✓ DNA Profile (if needed)

✓ Warrants    ✓ Drug Screen

Bond #446959 · Comm $3,500 · Financial Casualty & Surety Inc. Figueroa, Jeanne

Rel of det Dkt # Orl # 544-677

Supervisor verifying release [signature]    Date 7/16/19    Time 0717

9/26/18

| Agency ORI # LA05200T1<br>Phone 9858982320 | **ST TAMMANY PARISH SHERIFF'S OFFICE**<br>**1200 CHAMPAGNE ST , COVINGTON,LA,70433**<br>**INMATE RELEASE** | INMATE NUMBER **210689**<br>Juvenile ☐ Prior Agency Inmate ☐ |
|---|---|---|

| Agency ORI Number | Booking Number | Booking Agency | Booked By |
|---|---|---|---|
| LA05200T1 | 229698 | ST TAMMANY PARISH SHERIFF'S OFFICE | 1620 |

| Arrested Date | Arrested Time | Arrested By ID | Arrested By Agency / Other | Related Report Number | Booked Date | Booked Time |
|---|---|---|---|---|---|---|
| 06/17/2019 | 09:52 | ? | COVINGTO | | 06/17/2019 | 09:52 |

| Release Date | Release Time | Released By ID | Release Reason | Release Bond Type | Release Bond Amount |
|---|---|---|---|---|---|
| 07/16/2019 | 07:15 | 3407 | RELEASED ON BOND | COMMERCIAL | 3,500.00 |

## INMATE

| Defendant Code | Offense Indicator | Juvenile | Name (First Middle Last +Family) | Social Security Number |
|---|---|---|---|---|
| | | NO | KEVIN JAMES LOUVIERE | [redacted] |

| Maiden Name | Nickname / Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | GRETNA | [redacted] |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| [redacted] | | La | 70435- | (0) |

| Occupation | Employer / School | Address | Residency |
|---|---|---|---|
| LABORER | LABORER | | Full Year |

| Driver's License or Other ID (State - Number) | Year Expires | Immigration and Naturalization Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| - | | | | |

| Race | Religion | Date of Birth | Age | Marital Status | Height | Reported Weight | Eye Color | Hair Color | Hair Length |
|---|---|---|---|---|---|---|---|---|---|
| White | None | [redacted] | 33 | Single | 5'8" | 185 | BROWN | BROWN | Short |

| Sex | Complexion | Build | Facial Hair | Teeth | Speech / Voice | Hair Style |
|---|---|---|---|---|---|---|
| Male | Medium | Medium | No | Good | Soft/pol | Crew |

| Scars / Marks / Tatoos (Location / Describe) | Special Identifiers |
|---|---|
| | |

## OFFENSE(S) / CHARGE(S)

| Offense | Offense Type | Description | Offense Status | Counts | Statute Violation Number |
|---|---|---|---|---|---|
| 1 | FELONY | MONETARY INSTRUMENT ABUSE | COMMITTED | 2 | 14:72.2 |

| Original Offense Ind. | Related Offense Description | Related Statute Number | Domestic Violence? |
|---|---|---|---|
| 1 | MONETARY INSTRUMENT ABUSE | 14:72.2 | NO |

| Warrant# | Bond Type | Bond Amount | Alternative Bond Type | Alternative Bond Amount |
|---|---|---|---|---|
| | Cash Propert Surety | 3,500.00 | | 0.00 |

## ADMINISTRATIVE

Sworn to and subscribed before me,

this 16th day of July2019, .

IMMATE'S SIGNATURE

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)

| ID Number | Unit | Date |
|---|---|---|
| 1620 | | 07/16/2019 |

