# INMATE CELL MOVEMENT REPORT

Sorted By Booked Date

Entered Search Criteria:
From Prisoner ID: 210689 To Prisoner ID: 210689
Level 1: ANY Level 2: ANY Level 3: ANY Level 4: ANY
Level 5: ANY Level 6: ANY Level 7: ANY
From Date: ANY To Date: ANY
Min. Sentence Length: ANY

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 06/17/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 06/17/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 06/26/19 | D BUILDING-DORM D300-BED D338- | NO |
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 06/27/19 | C BUILDING-DORM C500-BED C548- | NO |
| 210689 | LOUVIERE, KEVIN JAME | 06/17/19 | NO | 07/05/19 | C BUILDING-DORM C100-BED C117- | NO |

**Total Items Matching Search Criteria: 1**