LOUVIERE, KEVIN

[redacted]

St. Tammany Parish, LA
1200 Champagne St.
Covington, LA 70433
985-276-1000
985-276-1000

# Patient Profile - Summary

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | DOB | Age | Gender |
|---|---|---|---|---|
| LOUVIERE, KEVIN J | 210689 | [redacted] | 34 | M |

## Allergies

| Type | Allergy | Reaction | Observed Date | Active | Last Note |
|---|---|---|---|---|---|
| Allergy Items | No Known Allergies | Unknown Reaction | 6/17/2019 | Yes | Added via dynamic document submission. |

## Appliances

| Medical Appliance | Observed Date | Start Date | End Date | Associated Diagnosis | Status |
|---|---|---|---|---|---|

No Active Appliances

## Problems

| Type | Category | Problem | Code | Observed Date | Confirmed | Active |
|---|---|---|---|---|---|---|
| Acute | No Known Problems | Patient Reports No Problems | NPR | 6/17/2019 | No | Yes |

## Classifications

| Type | Classification | Exception | Start Date | End Date | Last Note |
|---|---|---|---|---|---|

No Active Classifications

## Immunizations

| OrderDate | Immunization | ItemDescription | AdministeredDate |
|---|---|---|---|

No Active Immunizations

## Diets

| Diet Type | Start Date | End Date | Chart | Associated Diagnosis |
|---|---|---|---|---|

No Active Diets

## Orders

| Order Date | Instructions | Start Date | End Date | KOP |
|---|---|---|---|---|

No Active Orders

## PPDs

| Stay | Date Given | Date Read | Results (mm) | Refused PPD | Past + PPD | X-Ray Info |
|---|---|---|---|---|---|---|
| 6/17/2019 | 6/27/2019 9:00 PM | 6/29/2019 9:00 PM | 0 | No | No | No |

## Special Needs

| Type | Special Need | Observed Date | Start Date | End Date | Associated Diagnosis | Status |
|---|---|---|---|---|---|---|

No Active Special Needs

## Vitals

| Date | Pulse | Resp. | Temp. | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | A1C | Fasting | POx | O2 | Amt. | P.F. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/22/2019 11:32 PM | 0 | 18 | 0.00 | N/A | N/A | 0/0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 6/21/2019 11:59 PM | 89 | 18 | 98.20 | N/A | N/A | 137/82 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 6/19/2019 11:57 PM | 82 | 16 | 98.00 | N/A | N/A | 130/90 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 6/17/2019 9:26 PM | 69 | 18 | 98.80 | 180.00 | 68.00 | 112/75 | N/A | 27.4 | N/A | N/A | No | 98 | N/A | N/A | N/A |

© 2011 Correct Care Solutions, LLC

**Vitals cont'd**

| Date | Pulse | Resp. | Temp. | Wt. | Ht. | B.P. | GERD Score | BMI | B.S. | A1C | Fasting | POx | O2 | Amt. | P.F. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

# Behavioral Health Initial Evaluation

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/18/2019 |

Status ◉ *Adult* ○ *Juvenile*

## Reason for Referral

Referral is based on *Other*

Reviewed Receiving Screening ○ *Yes* ○ *No*

Reviewed Initial Health Assessment ○ *Yes* ○ *No*

Other *wellness check per request of Probation and Parole*

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-17-2019 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 06-17-2019 | Allergy Items | No Known Allergies | |

## Mental Health Treatment

Mental Health Outpatient Treatment? ◉ *Yes* ○ *No*

*current mental health treatment for medication management at Ochsner Clinic Foundation (Chalmette, LA)*

Psychiatric Hospitalizations? ○ *Yes* ◉ *No*

Current psychotropic medications: ◉ *Yes* ○ *No*

*Adderall 30mg po qam (for adhd) Klonopin 2mg po bid (for anxiety)*

Date Last Taken *3 days ago*

Pharmacy ☐ *N/A* ☑ *Yes* ☐ *Unknown*

*Walgreens Pharmacy (Covington, LA)*

Prior Psychotropic Medications? ○ *Yes* ◉ *No*

Prior Diagnosis ◉ *Yes* ○ *No* ○ *Unknown*

*prior dx of adhd and anxiety*

Prior Mental Health Court Services ○ *Yes* ◉ *No*

Prior SSDI ○ *Yes* ◉ *No*

Prior Guardianship ○ *Yes* ◉ *No*

**St. Tammany Parish, LA**
***St. Tammany Parish, LA***
***1200 Champagne St.***
***Covington , LA70433***

## Behavioral Health Initial Evaluation

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/18/2019 |

Prior Guardianship — ○ *Yes* ◉ *No*

Past Self-Harm/Suicide Attempts — ◉ *Yes* ○ *No* ○ *Refuses to Answer*

*prior suicide attempt with heroin overdose over 1yr ago.*

Current Self-Harm Thoughts? — ○ *Yes* ◉ *No* ○ *Refuses to Answer*

Concerns about ability to cope while incarcerated — ○ *Yes* ◉ *No* ○ *Refuses to Answer*

## Substance Use History

Substance Use — ◉ *Yes* ○ *No*

Type — *iv heroin use of 0.5g daily*
Last Used — *upon intake (3d ago)*

☑ ***check for add'l entry***

Type — *iv meth use of 0.25g daily*
Last Used — *upon intake (3d ago)*

☑ ***check for add'l entry***

Type — *smoke thc use of 0.5g weekly*
Last Used — *upon intake (3d ago)*

☐ ***check for add'l entry***

History of Inpatient Treatment? — ○ *Yes* ◉ *No*

History of Outpatient Treatment? — ○ *Yes* ◉ *No*

## History

Educational History (including special education):
*completed high school*

Employment History:
*unemployed with prior ho office management.*

Military History:
*no prior ho service.*

Legal History:
*currently house for probation violation (placed on probation for distribution of meth in 2019)*

Housing Status prior to arrest:
*live with mother in Covington, LA*

**St. Tammany Parish, LA**
***St. Tammany Parish, LA***
***1200 Champagne St.***
***Covington , LA70433***

**Behavioral Health Initial Evaluation**

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/18/2019 |

Housing Status prior to arrest:

*live with mother in Covington, LA*

Family/Social Support:

*reported mother as social support*

| | |
|---|---|
| History of Violent Behavior | ○ *Yes* ◉ *No* |
| History of Sexual Offense (perpetrating) | ○ *Yes* ◉ *No* |
| History of Victimization | ○ *Yes* ◉ *No* |
| History of Head Injury | ○ *Yes* ◉ *No* |

Patient strengths

*none reported.*

## Current Status

| | |
|---|---|
| Medication Compliant? | ◉ *N/A* ○ *Yes* ○ *No* |
| Suicidal Ideations noted? | ○ *Yes* ◉ *No* ○ *Refuses to Answer* |
| Homicidal Ideations noted? | ○ *Yes* ◉ *No* ○ *Refuses to Answer* |

## Risk Level

*patient is not a danger to himself or other.*

- ☐ *Hopelessness, feelings of guilt or worthlessness*
- ☑ *Impulsive*
- ☐ *Major Depressive/manic episode*
- ☑ *1st incarceration or arrest*
- ☐ *Prior suicide attempts or suicide note found*
- ☐ *New legal issues (new charges, newly sentenced, lengthy sentence, denied parole)*
- ☐ *Bad news (loss of loved one, visit cancelled or no show, privileges revoked, serious illness, recent rejection or loss)*
- ☐ *Placement in segregation / isolation*
- ☐ *Family history of suicide attempts*
- ☑ *Intoxicated or detoxing from alcohol / other drugs*
- ☐ *Humiliating events / rejection (sexual assault)*
- ☐ *High profile crime (media attention)*
- ☐ *Anniversary of important loss*
- ☐ *Prior suicide watch placement in jail*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Behavioral Health Initial Evaluation**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/18/2019 |

☐ *Anniversary of important loss*
☐ *Prior suicide watch placement in jail*
☐ *Recent release from psychiatric hospital*
☐ *Reports of giving items away*
☐ *Other (describe)*

**List Protective Factors**

☑ *Identifies reason for living*
☐ *Fear of death or dying due to pain and suffering*
☑ *Responsibility to family or others; living with family*
☐ *Belief that suicide is immoral; high spirituality*
☐ *Supportive social network of family*
☐ *Engaged in work or school*
☐ *Other (describe)*

## Additional Information

*no current s/s of mania/hypomania present at the time of visit. No reports of AVCH notated at the time of visit.*

## Mental Status Exam

**Appearance:**

☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**

☑ *Appropriate* ☐ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**

☑ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☐ *Irritable* ☐ *Other*

**Affect:**

☑ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☐ *Other*

**Thought Form:**

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*
☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**

☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*
☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

St. Tammany Parish, LA
St. Tammany Parish, LA
1200 Champagne St.
Covington , LA70433

## Behavioral Health Initial Evaluation

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/18/2019 |

☑ Appropriate ☐ Hallucinations ☐ Comp/obsess. ☐ Thought insertion
☐ Broadcasting ☐ Delusional ☐ Suicidal ☐ Homicidal ☐ Other

**Orientation:**

☑ Person ☑ Place ☑ Purpose ☑ Time

**Intelligence:**

☐ Above Average ☑ Average ☐ Below Average ☐ Developmentally Disabled

**Memory:**

☑ Intact ☐ Immediate Impaired ☐ Recent Impaired ☐ Remote Impaired

**Insight:**

☑ Intact ☐ Good ☐ Fair ☐ Poor

**Judgment:**

☑ Intact ☐ Good ☐ Fair ☐ Poor

**Behavior:**

☑ Appropriate ☐ Belligerent ☐ Agitated ☐ Withdrawn

**Comments**

*patient reported sx of detox from OPI. Medical notified of patient concerns. patient to follow up with mental health for wellness check.*

**Plan (Please check all that apply)**

☐ *Treatment not indicated at this time, educated on how to further access services. Behavioral Health to follow up PRN*

☐ *Complete Suicide Watch Initial Assessment and start suicide precautions*

☑ *Behavioral Health will follow up within _____ days/date:*

*1 to 2 weeks.*

☐ *Consult with:*

☐ *Homework given on:*

☐ *Other*

☑ *Refer to:*

☐ *Psychiatric Provider* ☑ *Medical* ☐ *Special Needs* ☐ *Discharge Planner* ☐ *Other*

**BH220UN0000ACCEN081516**

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Behavioral Health Structured Progress Note**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN J LOUVIERE | 210689 | 229698 | [redacted] | 7/10/2019 |

Status ◉ *Adult* ○ *Juvenile*

**Referred from:**

☐ *Sick Call* ☑ *Nursing/Medical* ☐ *Behavioral Health* ☐ *Security* ☐ *Other*

☐ *Post suicide watch release follow up*

**Reason for Referral/Subjective Findings**

If post suicide watch release follow up, number of days since discharge

*33yo male with cc of high anxiety seen for a staff referral generated by nursing staff per patient request. Patient reported he was "having a difficult time waiting on a bed for drug rehab" and "reported he believes he should be allowed to go home so that he can be with his mother." Patient disclosed that he had not been receiving HIV medication and it has been over a month since he has taken them. When asked about why he had not placed a sick call patient stated he had told someone but was unsure who it was. Patient was very dramatic stating he feels as if his body was going to "waste away" and he would sustain brain damage due to being in "such a stressful environment".*

**Mental Status Exam**

**Appearance:**

☑ *Appropriate* ☐ *Meticulous* ☐ *Unclean* ☐ *Disheveled* ☐ *Bizarre* ☐ *Other*

**Speech:**

☐ *Appropriate* ☑ *Expressive* ☐ *Loud* ☐ *Slowed* ☐ *Pressured* ☐ *Slurred* ☐ *Other*

**Mood:**

☐ *Appropriate* ☐ *Depressed* ☐ *Euphoric* ☐ *Anxious* ☐ *Angry* ☑ *Irritable* ☐ *Other*

**Affect:**

☐ *Appropriate* ☐ *Tearful* ☐ *Blunted* ☐ *Flat* ☐ *Labile* ☐ *Hostile* ☑ *Other*

*dramatic*

**Thought Form:**

☑ *Coherent* ☐ *Circumstantial* ☐ *Tangential* ☐ *Loose Assoc.*

☐ *Poverty of Thought* ☐ *Flight of Ideas* ☐ *Other*

**Thought Content:**

☑ *Appropriate* ☐ *Hallucinations* ☐ *Comp/obsess.* ☐ *Thought insertion*

☐ *Broadcasting* ☐ *Delusional* ☐ *Suicidal* ☐ *Homicidal* ☐ *Other*

**Orientation:**

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Behavioral Health Structured Progress Note**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN J LOUVIERE | 210689 | 229698 | [redacted] | 7/10/2019 |

**Orientation:**

☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation* ☐ *Other*

**Intelligence:**

☐ *Above Average* ☑ *Average* ☐ *Below Average* ☐ *Developmentally Disabled* ☐ *Other*

**Memory:**

☑ *Intact* ☐ *Immediate Impaired* ☐ *Recent Impaired* ☐ *Remote Impaired* ☐ *Other*

**Insight:**

☐ *Intact* ☐ *Good* ☐ *Fair* ☑ *Poor* ☐ *Other*

**Judgment:**

☐ *Intact* ☐ *Good* ☑ *Fair* ☐ *Poor* ☐ *Other*

**Behavior:**

☐ *Appropriate* ☐ *Belligerent* ☐ *Agitated* ☐ *Impulsive* ☐ *Withdrawn* ☑ *Other*

*dramatic*

**Current Status**

Medication Compliant? ◉ *N/A* ○ *Yes* ○ *No*

Suicidal Ideations noted? ○ *Yes* ◉ *No* ○ *Refuses to answer*

Homicidal Ideations noted? ○ *Yes* ◉ *No* ○ *Refuses to answer*

**Assessment and Interventions Provided (include tasks assigned to patient, if any)**

*Wellness check conducted, no presence of mania/hypomania notated. No reported symptoms of depression and no changes in appetite or disturbance. Risk assessment conducted, patient denies SI/HI at the time of visit. Patient did report some issues related to anxiety and MHC attempted to provide patient with insight on issues however patient was reluctant to participate. Patient educated on coping skill and cognitive distortions. Attempted to follow up with patient but patient refused.*

**Plan (Please check all that apply)**

☑ *Treatment not indicated at this time (understands how to access services)*

☐ *Consulted with:*

☐ *Behavioral Health to follow up PRN or through sick call*

☐ *Behavioral Health follow-up (#days/date)*

# days /
date:

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Behavioral Health Structured Progress Note**

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| KEVIN J LOUVIERE | 210689 | 229698 | [redacted] | 7/10/2019 |

date:

☐ *Refer to:*

Refer to ☐ *Psychiatry* ☐ *Medical* ☐ *Discharge Planner* ☐ *Other*

Other

☐ *Placed on Special Needs*

☑ *Placement on Special Needs considered and deferred*

BH217UN0000ACCEN050116

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Staff Referral Form**
**Mental Health**

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| KEVIN J LOUVIERE | 210689 | 229698 | [redacted] | 7/5/2019 |

Type: ○ *Emergent* ○ *Urgent* ◉ *Routine*

Mental Health: ☐ *Psychiatric Provider* ☑ *MH Professional* ☐ *MH Nurse* ☐ *Other*

Other:

Reason for Referral:

*Coping*

Additional Information (including interim actions taken):

*see progress note 7/5/19*

P

D338

| CCS CORRECT CARE SOLUTIONS | Patient TB Record | | Patient Name (Last, First, MI): Louviere, Kevin |
|---|---|---|---|
| [redacted] | Status: ☑Adult ☐Juvenile | Patient ID No: 210 1689 | Date: 6-27-19 |

**Complete Symptom Screen** ☐ **No current symptoms**
☐**Current Symptoms** ☐Unexplained weight loss ☐Fever or chills ☐Night sweats
☐Chronic cough–lasting 3 weeks or longer ☐Bloody or productive cough

---

☐ **INITIAL - PPD TEST** ☐ *Previous Positive PPD (complete Previous Positive section below)*

**Date / Time Planted:** 6/27/19 **Initials:** [illegible] **Location:** LFM **Lot #** [illegible] **Expiration:** 4/15/21

☐ **PPD Education given**

☐ **PPD Skin Test Refused and Refusal Form Signed** (perform action in accordance with your facility policy)

☐ **PPD Skin Test NOT APPLIED due to:** ______

**Date / Time Read:** 6/29/19 2200 **Results:** 0 mm **Initials:** [illegible] **If positive result:**

☐ Yes ☐ No Did the patient answer YES to any of the TB symptom questions on the Receiving Screening?
**If yes, place the patient in a mask and contact the charge nurse for instructions.**
If no, schedule the patient for a CXR

☐ **CXR** **Ordered:** ______ **Completed:** ______ **Results:** ☐Negative findings: Cleared for General Population
☐Positive findings: Follow-up per Provider

---

☐ **ANNUAL - PPD TEST** ☐ *Previous Positive PPD (complete Previous Positive section below)*

**Date / Time Planted:** ______ **Initials:** ______ **Location:** ______ **Lot #** ______ **Expiration:** ______

**Date / Time Read:** ______ **Results:** ______ mm **Initials:** ______ **If positive result:**

☐ Yes ☐ No Did the patient answer YES to any of the TB symptom questions on the Periodic Health Assessment?
**If yes, place the patient in a mask and contact the charge nurse for instructions.**
If no, schedule the patient for a CXR

☐ **CXR** **Ordered:** ______ **Completed:** ______ **Results:** ☐Negative findings: Cleared for General Population
☐Positive findings: Follow-up per Provider

---

☐ **PREVIOUS POSITIVE** **Past Positive History (Complete for Patients Past Positive Only)**

The patient reports a past positive TB Skin test, exposure to TB or past diagnosis of TB:

1. When: ______
2. Where: ______

☐ Yes ☐ No Did the patient receive and/or take medication for exposure to TB or diagnosis of TB?

1. For how long? ______
2. What was the name of your medication? ______

☐ Yes ☐ No Did the patient receive any other treatment for TB

1. If yes, what kind? ______
2. When? ______
3. Where was the patient's last chest x-ray screening? ______
4. When was the patient's last chest x-ray? ______

☐ Yes ☐ No Did the patient answer YES to any of the TB symptom screening questions?
**If yes, place the patient in a mask and contact the charge nurse for instructions.**
If no, schedule the patient for a CXR

☐ **CXR** **Ordered:** ______ **Completed:** ______ **Results:** ☐Negative findings: Cleared for General Population
☐Positive findings: Follow-up per Provider

---

**Screened by:** [illegible] **Title:** [illegible]

**Signature:** [signature] **Date & Time:** 6/27/19

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## TB Record

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN J LOUVIERE | 210689 | 229698 | [redacted] | 6/30/2019 |

**PPD TEST** ◉ *Initial* ○ *Annual*

**Complete Symptom Screen** ○ *Current symptoms* ◉ *No current symptoms*

**Previous Positive** ○ *Yes* ◉ *No*

**PPD Skin Test Refused** ○ *Yes* ◉ *No*

☑ ***Test Planted***

Planted Date: *6/27/2019*

Planted Time: *2100*

***Military time required for time entry (e.g. 6:05am is 0605, 6:00pm is 1800)***

Initials: *JN*

Location: ◉ *LFA* ○ *RFA*

Lot # *c5570aa*

Expiration: *4/15/2021*

☐ *Refusal Form Signed (perform action in accordance with your facility policy)*

☑ *PPD Education given*

☐ *PPD Skin Test NOT APPLIED due to*

☑ ***Test Read***

Date Read: *6/29/2019*

Time Read: *2100*

***Military time required for time entry (e.g. 6:05am is 0605, 6:00pm is 1800)***

Results (mm) *0*

Initials: *JN*

Is PPD Skin Test positive? ○ *Yes* ◉ *No*

Did the patient answer YES to any of the TB symptom questions on the Receiving Screening or the Periodic Health Assessment? ○ *Yes* ○ *No*

**If Yes, place the patient in a mask and contact the charge nurse for instructions.**

**If No, schedule the patient for CXR.**

☐ ***CXR***

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## TB Record

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN J LOUVIERE | 210689 | 229698 | [redacted] | 6/30/2019 |

—

**PREVIOUS POSITIVE (Complete for Patients Past Positive Only)**

**Notes**

IN109UN0000ACCEN120517

**St. Tammany Parish, LA**
***St. Tammany Parish, LA***
***1200 Champagne St.***
***Covington , LA70433***

## Receiving Screening

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

### Admissions / Screening

◉ *Complete the screening* ○ *Patient refused admission until medically cleared* ○ *Patient refused screening*

***if patient refused screening, refer to "refusal monitoring process"***

### AVPU

Select one most appropriate for patient ◉ *Alert* ○ *Responds to VOICE* ○ *Responds to PAIN* ○ *UNRESPONSIVE*

***If patient is UNRESPONSIVE or ONLY responds to PAIN, notify HCP and/or activate EMS.***

### Contact HCP if Vital Signs outside of parameters

| | |
|---|---|
| **Blood Pressure** | ***SBP ≥ 180 or ≤ 90***<br>***DBP ≥ 110 or ≤ 60*** |
| **Pulse** | ***remains in range***<br>***≥ 110 or ≤ 60*** |
| **Respirations** | ***persistently ≤ 10 or ≥ 20*** |
| **Temp** | ***> 101°F*** |
| **O2 Sat** | ***< 90%*** |

*Patient Vitals:*

| *Observed Date* | *BP* | *Pulse* | *Resp* | *Temp* | *Pulse Ox* | *Weight* | *BMI* | *PF#1* | *PF#2* | *PF#3* | *Waist* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *06-17-2019 09:26 PM CST* | *112/75* | *69* | *18* | *98.80* | *98* | *180* | *27.4* | *-* | *-* | *-* | *-* |

☐ ***Patient refuses Vital Signs. Appropriate "Refusal of Treatment" paperwork completed.***

### Visual Observation

1. Patient appearance

☐ anxious ☐ disheveled ☐ evidence of abuse or trauma ☐ sweating ☐ tearful ☐ tremors ☐ visibly

**St. Tammany Parish, LA**
***St. Tammany Parish, LA***
***1200 Champagne St.***
***Covington , LA70433***

## Receiving Screening

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

1. Patient appearance

☐ *anxious* ☐ *disheveled* ☐ *evidence of abuse or trauma* ☐ *sweating* ☐ *tearful* ☐ *tremors* ☐ *visibly depressed*

☐ *other* ☑ *unremarkable*

Describe:

2. Patient behavior

☐ *acting or talking in strange manner* ☐ *aggressive* ☐ *not appropriate for situation* ☐ *uncooperative*

☐ *appears under the influence/intoxicated/withdrawing from substances*

☐ *Individual is incoherent or showing signs of withdrawal or mental illness*

☐ *other* ☑ *unremarkable*

Describe:

3. Patient movement (Add appliances to Patient Profile using cog below)

☐ *** No Items Selected ***

☐ *ambulatory aid* ☐ *cast or splint* ☐ *deformity* ☐ *unsteady gait* ☑ *unremarkable*

☐ *brace* ☐ *crutches* ☐ *walker* ☐ *wheelchair* ☐ *unremarkable*

☐ *arm* ☐ *back* ☐ *leg* ☐ *neck*

Describe deformity

4. Patient's breathing pattern

☐ *hyperventilation* ☐ *persistent cough* ☐ *shortness of breath* ☐ *other* ☑ *unremarkable*

Describe

5. Skin appearance

☐ *bruises* ☐ *draining wounds* ☐ *edema* ☐ *jaundice* ☐ *lesions* ☐ *lice / scabies*

☐ *needle marks or other indications of drug use* ☐ *rash* ☐ *scars* ☐ *tattoos* ☑ *unremarkable*

**Patient Questionnaire (Enter patient problems in the problems data grid)**

*Patient Problems:*

| *Observed Date* | *Category* | *Type* | *Problem* | *Confirmed By* |
|---|---|---|---|---|
| *06-17-2019* | *Acute* | *No Known Problems* | *Patient Reports No Problems* | |

1. Currently or in the past being treated for medical condition

| | |
|---|---|
| Asthma | ○ *Yes* ◉ *No* |
| Bleeding Disorder | ○ *Yes* ◉ *No* |
| Blood clots (PE, DVT, artificial heart valves) | ○ *Yes* ◉ *No* |

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

| | |
|---|---|
| Blood clots (PE, DVT, artificial heart valves) | ○ Yes ◉ No |
| Cancer | ○ Yes ◉ No |
| Chlamydia | ○ Yes ◉ No |
| COPD | ○ Yes ◉ No |
| Diabetes | ○ Yes ◉ No |
| Endocarditis | ○ Yes ◉ No |
| Gonorrhea | ○ Yes ◉ No |
| Heart Condition | ○ Yes ◉ No |
| Hepatitis A | ○ Yes ◉ No |
| Hepatitis B | ○ Yes ◉ No |
| Hepatitis C | ○ Yes ◉ No |
| Herpes | ○ Yes ◉ No |
| High Blood Pressure | ○ Yes ◉ No |
| High Cholesterol or Triglycerides | ○ Yes ◉ No |
| HIV | ◉ Yes ○ No |
| On Medications? | ◉ Yes ○ No |
| **Which Medications** | ***Document Medication details below Medical Condition list*** |
| Last Dose? | *6/17/2019* |
| When was last CD4 count and result? | *894/2/2019* |
| When was last HIV Viral load and result? | *2/2019 COMPLETED, UNDETECTABLE* |
| Kidney disease | ○ Yes ◉ No |
| Organ Transplant(s) | ○ Yes ◉ No |
| Seizure disorder | ○ Yes ◉ No |
| Syphilis | ○ Yes ◉ No |
| Thyroid disease | ○ Yes ◉ No |
| Other | ○ Yes ◉ No |

**Document all Medications identified for each positive Medical Condition above** ☐ ***None identified***

1. Name and dose: *Suboxone*

◉ *Active* ○ *Inactive*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

1. Name and dose: Suboxone

(●) *Active* ( ) *Inactive*

Reason for taking *Opiates*

Dosage / frequency *8mg q day*

Date last dose taken *6/16/2019*

Time/Hour *05*

Last Date Filled: *6/16/2019*

Prescriber *Oschner*

☑ check for another entry

2. Name and dose: *Adderall*

(●) *Active* ( ) *Inactive*

Reason for taking *ADHD*

Dosage / frequency *30mg q day*

Date last dose taken *6/16/2019*

Time/Hour *08*

Last Date Filled: *6/15/2019*

Prescriber *Walgreen*

☑ check for another entry

3. Name and dose: *Genvoya*

(●) *Active* ( ) *Inactive*

Reason for taking *HIV*

Dosage / frequency *-q day*

Date last dose taken *6/16/2019*

Time/Hour *08*

Last Date Filled: *5/16/2019*

Prescriber *Avita Pharmacy NO*

☐ check for another entry

2. Hospitalized for a major surgical procedure within the past five years? ( ) *Yes* (●) *No*

Explain

3. Are you taking, supposed to take or ever been prescribed any medication by a physician for any active acute or chronic MEDICAL condition THAT HAS NOT ALREADY BEEN DISCUSSED ABOVE? ( ) *Yes* (●) *No*

**(Enter Behavioral Health medications in the Behavioral Health / Suicide Risk Screening section)**

*Patient Allergies:*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 06-17-2019 | Allergy Items | No Known Allergies | |

4. Allergic to any medications? ○ Yes ◉ No

**List and describe reaction in the Allergies Data Grid**

5. Any other life-threatening allergies? ○ Yes ◉ No

**List and describe reaction in the Allergies Data Grid**

6. Current painful dental condition / complaint? ○ Yes ◉ No

Describe:

7. Current or past history of smoking? ◉ Yes ○ No

◉ Current ○ Not Current

Packs per day 1 Number of years 2

8. Currently on specific prescribed diet? (Add diet to Patient Profile using the cog below) ○ Yes ◉ No

☐ ** No Items Selected **

☐ Coumadin ☐ Diabetic ☐ Heart healthy / cardiac ☐ Renal ☐ Other

**Remarks:**

-

## Behavioral Health and Suicide Risk Screening

1. Have you wished you were dead or wished you could go to sleep and not wake up? ○ Yes ◉ No
2. Have you had any actual thoughts of killing yourself? ○ Yes ◉ No
6. Have you ever done anything, started to do anything, or prepared to do anything to end your life? ○ Yes ◉ No

When ○ Over a year ago ○ Between three months and a year ago ○ Within the last three months

7. Does patient have any visible signs of recent self-harm (cuts or ligature marks)? ○ Yes ◉ No
8. Transporting / Arresting Officer communicated believing patient may be a suicide risk? ○ Yes ◉ No
9. Does patient have feelings that there is nothing to look forward to or feels hopelessness / helpless? ○ Yes ◉ No
10. Patient holds position of respect in community AND/OR crime is shocking in

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

hopelessness / helpless?

| | |
|---|---|
| 10. Patient holds position of respect in community AND/OR crime is shocking in nature? | ○ Yes ◉ No |
| 11. Is patient acting or talking in a strange manner and/or appears to be responding to voices? | ○ Yes ◉ No |
| 12. Has the patient attempted suicide in the past? (Have you tried to hurt or kill yourself before?) Explain: | ○ Yes ◉ No |
| 13. Is the patient worried about losing a job, spouse, significant other, custody of children, or housing due to arrest? | ○ Yes ◉ No |
| 14. Does the patient have family or friend who has attempted suicide or died from suicide? | ○ Yes ◉ No |
| 15. Patient expresses concern about ability to cope emotionally / manage stress while in facility? | ○ Yes ◉ No |
| 16. Do the patient's current charges include murder, kidnapping, robbery, or domestic violence? | ◉ Unknown ○ Yes ○ No |
| 17. Current or past mental health diagnosis? | ○ Yes ◉ No |
| 18. Current or past outpatient treatment for mental health or psychiatric issues? (Have you ever seen a counselor, therapist or has someone prescribed medications for MH issues like depression or worries in the past?) Explain: | ○ Yes ◉ No |
| 19. Ever been in a hospital for emotional, mental health and/or psychiatric problems? | ○ Yes ◉ No |

| | |
|---|---|
| STAT Action: | ***A "Yes" response to any Question 3, 4, 5, 7, 8, 9 place on Suicide Watch STAT and STAT referral to Mental Health Professional*** |
| NOTE: | ***If patient has a suicide attempt in past 12 months AND will start CIWA or COWS - place on Suicide Watch*** |
| **URGENT Referral:** | ***A "Yes" response to any Question 1, 2, 6, 10, 11, 12 →URGENT Referral to Mental Health Professional*** |
| **Routine Referral:** | ***A "Yes" response to any Question 13, 14, 15, 16, 17, 18, 19 →Routine Referral to Mental Health Professional*** |

**Substance Abuse Screening**

| | |
|---|---|
| 1. Do you use alcohol? Explain: | ○ Yes ◉ No |
| 2. Do you use benzodiazepines, such as Ativan or valium? | ○ Yes ◉ No |
| 3. Do you use opiates? | ○ Yes ◉ No |

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

3. Do you use opiates? ○ Yes ◉ No
4. Do you use synthetic substances? (bath salts, Spice, K2 Flocka, Serenity, etc.) ○ Yes ◉ No
5. Do you use medication assisted treatment medications? ◉ Yes ○ No

☑ *suboxone* ☐ *buprenorphine / buprenex, subutex* ☐ *vivitrol / naltrexone* ☐ *methadone*

5. Urine pregnancy test completed and results documented? ○ Yes ○ No ◉ Male patient
Is patient pregnant? ○ Yes ○ No
Refused? ○ Yes ○ No
Explain -

5b) Are you enrolled in a maintenance program? ○ Yes ○ No

**Notify HCP if pregnant female reports any substance use/abuse**

## Tuberculosis Screening

1. Ever tested positive for tuberculosis? ○ Yes ◉ No
2. Currently experiencing any of the following symptoms? ○ Yes ◉ No

☐ *Persistent cough* ☐ *Coughing up blood* ☐ *Night sweats* ☐ *Fever / chills* ☐ *Shortness of breath*
☐ *Shortness of breath* ☐ *Loss of appetite* ☐ *Unexplained weight loss* ☐ *Fatigue*

ALERT ***Two positive findings OR if Yes for Coughing up blood or Night sweats response***

**Is patient female?** ○ ***Yes*** ◉ ***No***

**Juvenile Specific Screening** ☑ ***Patient is Adult***

## PREA Screening

1. Has the patient been a victim of sexual abuse? ○ Yes ◉ No
2. Any history of sexual offense against another person? ○ Yes ◉ No
3. Has the patient ever been arrested for a sex offense? ○ Yes ◉ No
4. Is this the patient's first arrest? ○ Yes ◉ No
5.Does the patient have a mental disability or an apparent developmental delay? ○ Yes ◉ No
6. Does the patient identify and/or present as transgender, intersex or gender non-conforming? ○ Yes ◉ No

○ *Transgender* ○ *Intersex* ○ *Gender non-conforming*

7. Does the patient identify and / or present as gay, lesbian or bisexual? ◉ Yes ○ No

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

7. Does the patient identify and / or present as gay, lesbian or bisexual? (●) Yes ( ) No
(●) Gay ( ) Lesbian ( ) Bisexual

8. Does the patient feel vulnerable in terms of personal safety? ( ) Yes (●) No

9. Is the patient of small stature / physical build? (●) Yes ( ) No

10. Is the patient detained solely for civil immigration purposes? ( ) Yes (●) No

***If any "Yes" response notify Classifications.***
***If "Yes" to any of questions 1 - 6 refer to MH to be seen within 7 days***

**Patient Education**

Education provided orally and in writing on Access to Healthcare (●) Yes ( ) No
Explain:

Education provided orally and in writing on Sexual Assault Awareness (●) Yes ( ) No
Explain:

Education provided orally and in writing on Dental Hygiene (●) Yes ( ) No
Explain:

Opioid Overdose Brochure Given? ( ) Yes (●) No
Explain: *NA*

Coping in Facility Brochure Given? ( ) Yes (●) No
Explain: *NA*

**Referrals and Disposition Summary -Referrals are not automatically created**
Per site policy, create appropriate referrals separate from this form for each discipline specific follow up care required.

**Per site policy, enter Special Needs, as appropriate, via the Special Needs cog (checking the boxes will NOT populate to Patient Profile)**

**Disposition (Add Special Needs to Patient Profile using the cog below)**

☐ *** No Items Selected ***

**Monitoring**

☐ *CIWA* ☑ *COWS* ☐ *CIWA and COWS* ☐ *Suicide Watch* ☐ *Synthetics*

**Placement / Housing Recommendation**

☑ *General Population (GP)*

☐ *Medical Observation Housing*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

**Receiving Screening**

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

☐ Medical Observation Housing

☐ Medical Isolation

☐ Emergency Room for evaluation / treatment

☐ Mental Health Lockdown (if Mental Health not on-site)

☐ STAT placement on Suicide Precautions

**Does patient need a referral?** ◉ Yes ○ No

☐ Medical

Medical ○ Emergent ○ Urgent ○ Routine

☑ Mental Health

Mental Health ○ Emergent ○ Urgent ◉ Routine

☐ Dental

Dental ○ Emergent ○ Urgent ○ Routine

☐ Chronic Care

Chronic Care ○ Emergent ○ Urgent ○ Routine

**Insurance and Discharge Planning Information**

Are you currently homeless? ○ Yes ◉ No

Are you a veteran? ○ Yes ◉ No

Do you have VA benefits? ○ Yes ○ No

Do you currently have health insurance? ◉ Yes ○ No

○ Medicare ◉ Medicaid ○ Private

Type *Medicaid*

State *LA*

Policy Number -

***I have answered all questions fully. I have been instructed on and received information on how to obtain/access medical services. I have been instructed on and received information on sexual assault awareness. I hereby give my consent for the facility medical provider to provide health care services and share information with health information exchanges which allows medical records, including certain alcohol and substance abuse treatment information; child abuse and neglect reports and records; sexual assault evidence and information; veterans' homes resident records; and any other health information that requires individual consent in order to be disclosed under Federal or State law***

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## Receiving Screening

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN H LOUVIERE | 210689 | 229698 | [redacted] | 6/17/2019 |

***records; sexual assault evidence and information; veterans' homes resident records; and any other health information that requires individual consent in order to be disclosed under Federal or State law.***

☐ *I do NOT consent to sharing data with external sources.*

***Patient Signature***

☑ *Sign Form* ***KEVIN H LOUVIERE Date 06/17/2019 9:26:05 PM***



| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| LOUVIERE, KEVIN | 210689 | | 06/17/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis:

# Discontinued

## Medication Orders

### PRN

Order No: 11888933 | Order Status: Completed 06/25/2019 22:59 VerbalPhc | Last Administered: 06/25/2019 16:40 | Submit Date: 06/18/2019 16:53 | Start Date: 06/18/2019 23:00 | End Date: 06/25/2019 22:59

acetaminophen 325 mg tablet: give 2 tablet by mouth Detox TID PRN for 7 days. For muscle pain / cramps and/or bone / joint aches. Per Nursing Protocol For muscle pain / cramps and/or bone / joint aches. PRN Reason: Pain. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | 15:43 TR 00:41 HB | 20:37 JP 09:17 TR | 23:43 HB 08:36 KW | 23:32 HB | | 10:52 KP 01:04 HB | -- 16:40 KEY | -- | -- | -- | -- | -- | -- |

Order No: 11888934 | Order Status: Completed 06/21/2019 22:59 VerbalPhc | Last Administered: 06/21/2019 08:36 | Submit Date: 06/18/2019 16:53 | Start Date: 06/18/2019 23:00 | End Date: 06/21/2019 22:59

loperamide 2 mg tablet: give 1 tablet by mouth Detox TID PRN for 3 days. For diarrhea following loperamide initial loading dose. DO NOT exceed 16mg in 24 hours. For diarrhea following loperamide initial loading dose. DO NOT exceed 16mg in 24 hours. PRN Reason: Upset Stomach. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | 00:41 HB 15:43 TR | 09:18 TR | 08:36 KW | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

Order No: 11888936 | Order Status: Completed 06/21/2019 22:59 VerbalPhc | Last Administered: 06/19/2019 00:41 | Submit Date: 06/18/2019 16:53 | Start Date: 06/18/2019 23:00 | End Date: 06/21/2019 22:59

loperamide 2 mg tablet: give 2 tablet by mouth Detox TID PRN for 3 days. Initial loading dose for diarrhea (one time only). Initial loading dose for diarrhea (one time only). PRN Reason: prn. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | 00:41 HB | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

Order No: 11888935 | Order Status: Completed 06/21/2019 22:59 VerbalPhc | Last Administered: 06/21/2019 08:36 | Submit Date: 06/18/2019 16:53 | Start Date: 06/18/2019 23:00 | End Date: 06/21/2019 22:59

meclizine 25 mg chewable tablet: give 1 tablet by mouth Detox TID PRN for 3 days. For nausea / vomiting For nausea / vomiting PRN Reason: Nausea. - Ordering Provider: Samuel Gore

| Time | Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRN | Times | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | | 00:41 HB 15:43 TR | 09:18 TR 20:37 JP | -- 08:36 KW | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

| Patient Name: | Patient ID | Med Record # | Admission Date | Date of Birth | Sex: |
|---|---|---|---|---|---|
| **LOUVIERE, KEVIN** | 210689 | | 06/17/2019 | [redacted] | M |

Allergies: No Known Allergies

Diagnosis:

## Patient Status Changes

| Patient Status | Description | To/From | Date |
|---|---|---|---|
| Active | Admitted to Facility | | 06/17/2019 10:10 |
| Active | Admitted to Facility | | 06/17/2019 17:55 |
| Active | Admitted to Facility | | 06/26/2019 18:55 |
| Active | Admitted to Facility | | 06/27/2019 01:55 |

## Pain Assessment

| Date | Score | Scale | Location | Reason | Initials | Interventions | Result | Follow Up Datetime | Initials |
|---|---|---|---|---|---|---|---|---|---|
| **Order:** | | | | | | | | | |

## PRN Effectiveness

| Admin Date | Follow Up Date | Result | Reason | Initials |
|---|---|---|---|---|
| **Order:** | | | | |

## Notes

| OrderNo | Initials | Note Category | Note Date | Item | Status | Note |
|---|---|---|---|---|---|---|

## Initials Legend

| Initials | User |
|---|---|
| HB | Bono, Hollie, LPN |
| JP | Pichon Ciavarella, Jaclyn, LPN |
| KEY | Young, Kathleen, RN |
| KP | Peoples, Kim, LPN |
| KW | Watkins, Kayla, LPN |
| TR | Richard, Toby, LPN |

## Order Administration Sites

| Abbreviation | Site |
|---|---|

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington, LA 70433*

## Medication Order

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| LOUVIERE, KEVIN | 210689 | 229698 | [redacted] | 6/18/2019 |

### Order Overview

**Ordered By:** Gore, Samuel on 06/18/2019 04:53PM

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 6/18/2019 | acetaminophen 325 mg tablet: give 2 tablet by mouth Detox TID PRN for 7 days. For muscle pain / cramps and/or bone / joint aches. Per Nursing Protocol For muscle pain / cramps and/or bone / joint aches. PRN Reason: Pain. | 2 | tablet | Detox TID | 7 | Yes | No |

*Noted By: Watkins, Kayla LPN 06/18/2019 04:53PM*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 6/18/2019 | loperamide 2 mg tablet: give 1 tablet by mouth Detox TID PRN for 3 days. For diarrhea following loperamide initial loading dose. DO NOT exceed 16mg in 24 hours. For diarrhea following loperamide initial loading dose. DO NOT exceed 16mg in 24 hours. PRN Reason: Upset Stomach. | 1 | tablet | Detox TID | 3 | Yes | No |

*Noted By: Watkins, Kayla LPN 06/18/2019 04:53PM*

*Override Reason: Duplicate Therapy- Reorder of same medication, different Rx,*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 6/18/2019 | loperamide 2 mg tablet: give 2 tablet by mouth Detox TID PRN for 3 days. Initial loading dose for diarrhea (one time only). Initial loading dose for diarrhea (one time only). PRN Reason: prn. | 2 | tablet | Detox TID | 3 | Yes | No |

*Noted By: Watkins, Kayla LPN 06/18/2019 04:53PM*

*Override Reason: Duplicate Therapy- Reorder of same medication, different Rx,*

| Start Date | Medication | Dose | UOM | Frequency | Durations (Days) | PRN | KOP |
|---|---|---|---|---|---|---|---|
| 6/18/2019 | meclizine 25 mg chewable tablet: give 1 tablet by mouth Detox TID PRN for 3 days. For nausea / vomiting For nausea / vomiting PRN Reason: Nausea. | 1 | tablet | Detox TID | 3 | Yes | No |

*Noted By: Watkins, Kayla LPN 06/18/2019 04:53PM*

| Start Date | Treatment | Frequency | Durations (Days) |
|---|---|---|---|
| 6/18/2019 | Cows Assessment: Detox TID x 5 days | Detox TID | 5 |

*Noted By: Watkins, Kayla LPN 06/18/2019 04:53PM*

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington, LA 70433*

## Medication Order

CCS CORRECT CARE SOLUTIONS

| *Patient Name* | *Patient Number* | *Booking Number* | *Birth Date* | *Date Of Service* |
|---|---|---|---|---|
| LOUVIERE, KEVIN | 210689 | 229698 | [redacted] | 6/18/2019 |

### Order Overview

E-Signed by Kayla Watkins n 06/18/2019 04:53 PM CST

E-Signed by Samuel P Gore, Provider on 06/18/2019 05:15 PM CST

St. Tammany Parish, LA
*St. Tammany Parish, LA*
*1200 Champagne St.*
*Covington , LA70433*

## Progress Notes

CCS CORRECT CARE SOLUTIONS

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEVIN J LOUVIERE | 210689 | 229698 | [redacted] | 7/5/2019 |

Orders:

No Applicable Data Found For Patient

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 06-17-2019 | Acute | No Known Problems | Patient Reports No Problems | |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 06-17-2019 | Allergy Items | No Known Allergies | |

☐ ***Vital Signs Taken***

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:** ◉ ***Free Text*** ○ ***SOAPE***

*Added 07/05/2019 12:20 AM CST by FEEberts LPN*

*Pt. was seen sitting on the bench. When approached and asked if he was ok, pt. just responded yes and looked tearful. Pt. stated this was his first time in jail and was getting out of the current dorm he was in before he got hurt. I asked again if pt. was ok and again the pt. replied yes. Pt. denies SI. Pt. does request to speak to a counselor. F/U placed for pt. to be seen for coping.*

E-Signed by Florence E Eberts, LPN on 07/05/2019 12:20 AM CST

## St. Tammany Parish, LA | June 2019 | Treatment Administration Record

| Patient Name | Inmate Number | Booking Number | Admission Date | Date of Birth | Gender |
|---|---|---|---|---|---|
| **KEVIN J LOUVIERE** | 210689 | 229698 | 06/17/2019 09:52 | [redacted] | M |

| | |
|---|---|
| Allergies | No Known Allergies, |
| Problems | |

### Treatment Orders

| Order No | Order Status | Submit Date | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| 190909 | Completed | 06/18/2019 16:53 | 06/18/2019 16:53 | 06/23/2019 16:52 | Samuel Gore |

Cows Assessment: Detox TID x 5 days

| Per Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | AU | AU | AU | *AU | *AU | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | AU | AU | AU | *AU | *AU | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | AU | AU | AU | AU | AU | | | | | | | | | |

### Notes

| Order No | Initials | Note Category | Note Date | Order Item | Status | Note |
|---|---|---|---|---|---|---|
| 190909 | KW | Administration | 06/21/2019 16:37 | Cows Assessment | Released | Refused |

### Initials Legend

| Initials | Name |
|---|---|
| AU | Admin User |

CCS CORRECT CARE SOLUTIONS

# COWS SCORE SHEET Opiate/Opioid Withdrawal

| Patient Name | Patient Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Louviere, Kevin | | | | 6/18/19 |

*Complete each section of score sheet every 8 hours x 5 days*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Date | 6/18/19 | 6.19.19 | | | | | |
| | Time | 2230 | 2215 | | | | | |
| **Vitals Signs:** *Contact HCP if vital signs outside of parameters* | | | | | | | | |
| Blood Pressure | (S) ≥180 or ≤90 and/or (D) ≥110 or ≤60 | 128/74 | ↓ | | | | | |
| Pulse | Remains in range of ≥110 or ≤60 | 87 | | | | | | |
| Temperature | >101°F | — | in Eframe | | | | | |
| Respirations | Persistently ≤10 or ≥20 | 16 | | | | | | |
| **COWS Scoring** | | | | | | | | |
| **Initiation of medication and monitoring is NOT dependent upon any COWS score; it is, based upon history, patient report and risk** | Resting pulse rate | 1 | | | | | | |
| | Tremor | 0 | | | | | | |
| | Sweating | 0 | | | | | | |
| | GI Upset | 0 | | | | | | |
| | Restlessness | 0 | | | | | | |
| | Yawning | 0 | | | | | | |
| | Pupil Size | 0 | | | | | | |
| **If score is rising(4-6 points between COWS scores) consult with HCP using SBAR format** | Anxiety /Irritability | 0 | | | | | | |
| | Bone/Joint Aches | 0 | | | | | | |
| | Skin | 0 | | | | | | |
| | Runny Nose/Tearing | 0 | | | | | | |
| **If score is ≥11 at the last scoring, consult with HCP using SBAR** | **Total Score** (max score 48) | 1 | | | | | | |

| COWS Score | Interpretation | Action |
|---|---|---|
| ≤12 | Mild withdrawal | If 11 or above at final scoring, consult with HCP |
| 13-24 | Moderate withdrawal | Consult with HCP using SBAR; document guidance and orders given. If score remains 13 – 24 for three consecutive scores; notify HCP |
| ≥25 | Moderately severe | Consult with HCP STAT; if HCP unavailable send to ER for evaluation |

**Behavioral Health Screen** — **STAT:** Yes to question #1 or more than one question: STAT BH/MH referral and suicide watch. **URGENT:** Yes to any questions #2, 3 or 4: Urgent referral to BH/MH. **Routine:** No to all questions with concern about patient: Referral to BH/MH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **1. Expresses thoughts about self-harm?** | ☐Y☑N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| 2. Does patient report a negative visit/phone call with family/friends since last nursing encounter? | ☐Y☑N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| 3. Does patient report a negative outcome from court / video court since last nursing encounter? | ☐Y☑N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| 4. Expresses feelings there is nothing to look forward to? *Feelings of hopelessness / helplessness* | ☐Y☑N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| **Hydration and Patient Education** | | | | | | | |
| Offered electrolyte replacement drink | ☑Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| Patient educated on and verbalized understanding of: Access to care, symptoms to report and to whom to report symptoms | ☑Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N | ☐Y☐N |
| **Clinical Staff Initial** | [illegible] | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | | | [illegible] | [illegible signature] |
| | | | | | |
| | | | | | |