DocuSign Envelope ID: 8588FAA0-674A-4C8F-A93C-2F2BC51F35B8

# Authorization for Use and Disclosure of Protected Health Information (PHI)

| | |
|---|---|
| PATIENT NAME (Last, First, Middle) Louviere, Kevin | DATE OF BIRTH [redacted] |
| ADDRESS [redacted] | SSN [redacted] |
| CITY [redacted] STATE La | ZIP CODE [redacted] |

| PROVIDER AUTHORIZED TO RELEASE THE PHI: | ENTITY RECEIVING THE PHI: |
|---|---|
| Edgefield Recovery Center<br>10627 U. S. Hwy 71,<br>Cheneyville, LA, 71325 | Milling, Benson & Woodward, LLP<br>68031 Capital Trace Row<br>Mandeville, LA 70471<br>985-871-3924 |

This authorization shall expire on the following date or event: ____________________

*If I fail to specify an expiration date or event, this authorization will expire (12) months from the date in which it was signed.

PURPOSE OF DISCLOSURE: ☐ Medical ☐ Insurance ☒ Legal ☐ Other: ____________________

DESCRIPTION OF INFORMATION TO BE DISCLOSED: Start Date: 1/1/2013 End Date: Present

| | |
|---|---|
| ☒ ALL PHI IN THE MEDICAL RECORDS | ☐ CONSULTATION REPORTS |
| ☐ HISTORY & PHYSICAL REPORTS | ☐ DISCHARGE SUMMARY |
| ☐ PROGRESS NOTES | ☐ ITEMIZED BILLING STATEMENT |
| ☐ IMAGING TESTS/REPORTS | ☐ PATIENT INFORMATION SHEET |
| ☐ LABORATORY REPORTS | ☐ OTHER: |

The Protected Health Information Listed Below WILL BE Released When Included in the Above Medical Information Unless Specifically Indicated Otherwise

Psychiatric/Mental Health Information
Alcohol/Drug/Substance Abuse Information

AIDS/HIV/Genetic Information
OTHER: ____________________

I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I understand that I have the right to revoke this authorization at any time in writing and must present the written revocation to the provider authorized to release the protected health information. I understand if I do revoke this authorization it will not apply to information that has already been released to this authorization.
4. If the requester or receiver is not a health plan or healthcare provider, the released information may no longer be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy of the information described in this form, for a reasonable copy fee, if I ask for it.

*I have read the above and authorized the disclosure of the protected health Information as stated:*

Patient Signature: DocuSigned by: [signature] 2992176D53494A1... Date: 8/4/2023

Patient Representative Signature: ____________________ Date: ____________

(IF APPLICABLE)

Relationship to Patient: ____________________

Edgefield Recovery Center
217 Brevard Court, Suite C
Alexandria, LA 71303
(318) 443-4000

| Statement Date | Page |
|---|---|
| 11/3/2023 | 1 |

Kevin Louviere
[redacted]

| Chart Number |
|---|
| LOUK3009 |

| Date | Check Number | Description | Amount |
|---|---|---|---|
| | | Previous Balance: | 0.00 |
| 07/31/2019 | | Medication Charge | 9.83 |
| 03/25/2020 | | Transfer from medical account | -9.83 |
| 07/20/2019 | | Medicaid Detox | 2,001.00 |
| 09/23/2019 | 542605 | INSURANCE PAYMENT | -2,001.00 |
| 07/26/2019 | | Residential Substance Abuse TX | 6,590.43 |
| 09/30/2019 | 544298 | INSURANCE PAYMENT | -6,590.43 |

| Past Due 30 Days | Past Due 60 Days | Past Due 90 Days | Balance Due |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | **0.00** |

**Treatment Plan-Substance Abuse**

## 1844 M - Kevin Louviere

*Program:* None

Birth Date:[redacted]
Age at Intake: 31

| | |
|---|---|
| Diagnosis: | Client left ASA |
| ***Problem/Symptom:*** | |
| ***1. A maladaptive pattern of substance use manifested by increase in tolerance, withdrawal and repeated consequences.*** | |
| Client's goal as quoted by client: | Client left ASA 9/5/17 |
| ***Long Term Goal: Esablish and maintain total abstinence while increasing knowledge of addiction, the recovery process, the first three steps of recovery and the tools of recovery.*** | |
| ***Short Term Goal/Objectives:*** | |
| ***1. Provide honest and complete information in hand written life story/history.*** | |
| Date Established: | |
| Projected Completion Date: | |
| ***2. Address powelessness and unamanageable behaviors in Step 1 and present in a group setting or with primary counselor.*** | |
| Date Established: | |
| Projected Completion Date: | |
| ***3. Verbalize repeated patterns of behaviors active addiction and relate the benefits of Step 2 to addressing these behaviors.*** | |
| Date Established: | |
| Projected Completion Date: | |
| ***4. Verbally discuss in group the definition of a Higher Power and how Step Three can help enhance such a relationship*** | |
| Date Established: | |
| Projected Completion Date: | |
| Attend groups as scheduled | |
| Complete assignments by or near projected completion date | |
| Provide individual, group and educational sessions | |
| Client Signature: | |
| Client Name: (Print) | Unavaliable |
| Counselor/CIT Name Print: | Bobby Rayford |

| | |
|---|---|
| Counselor/CIT Signature: | Bobby Rayford<br><br>Signed on: Wed, 06 Sep 2017 08:44:07 -0500 |
| Supervisor Name: (Print) if applicable | |
| Supersivor Signature (if applicable) | |

**Detox PSA**

## 3009 M/C - Kevin Louviere

*Program:* Detox

Gender: Male
Age at Intake: 33
Intake Date:
Ethnicity: Caucasian
Marital Status: Single

| | |
|---|---|
| Circumstances leading to admission: What led you to come to treatment? | "I started using again after a little beit of clean time" |
| Number Of Psychiatric Hospitalizations In Life Time | 0 |
| ***Alcohol/Drug Treatment History*** | |
| Previous Treatment | Yes |
| Type of Treatment Program: | Residential |
| Previous Treatment Facility Name & Type: | Edgefield Recovery Center |
| Date Admitted/Discharged/Length of Stay: | 2017 (Stayed for 7 days) |
| Other Attempts to Stop Substance Use Outside of Treatment Setting: | none reported |
| Current and/or Past 12 Step Program Involvement: | Yes |
| If Yes, Explain: | "I've been to a few meetings here and there" |
| Longest Period of Complete Abstinence/When? | 30 days while in jail (2019) |
| Perceived Cause of Relapse/Continued Use: | "I keep hanging around individuals that use drugs" |
| Motivation for Current Treatment (Internal vs External: | "I don't want to go jail" "I feel like I need to accept the help that has been offered to me" |
| Perceived Consequences of Alcohol/Substance Use: | Jail, "loose my family" |
| Complications Related to Substance Use: | Verbal Abuse of Others<br>Pawning/Selling Possessions<br>Legal Issues<br>Blackouts<br>Family Conflict<br>Loss of Relationships<br>Educational Problems<br>Employment Problems<br>Preoccupation with Using<br>Track Marks/Scars<br>Switching Chemicals<br>Drug/Alcohol Related Paranoia<br>History of Relapse<br>Attempts to Control Use<br>Guilt & Remorse<br>Defensiveness<br>Hiding/Sneaking Use<br>Auto/Other Accidents<br>Solitary Use<br>Increase in Tolerance |

| | |
|---|---|
| | Arguments<br>Promises to Quit<br>Morning Shakes |
| ***Mood Altering Substance Use/Abuse History*** | |
| ***Alcohol*** | |
| How much did you use: | na |
| How Often Did You Use: | |
| Age Of First Use: | |
| How Long Did You Use In A Continuous Pattern: | |
| Date of Last Use: | |
| Route of Administration | |
| ***Marijuana*** | |
| How Much Did You Use: | 1 gram |
| How Often Did You Use: | daily |
| Age Of First Use: | 13 |
| How Long Did You Use In A Continuous Pattern; | 8 years |
| Date Of Last Use: | 6/13/19 |
| Route of Administration | Smoking |
| ***Cocaine/Crack*** | |
| How Much Did You Use: | na |
| How Often Did You Use: | |
| Age Of First Use: | |
| How Long Have You Used In A Continuous Pattern: | |
| Date of Date Use: | |
| Route of Administration | |
| ***Amphetamines (Methamphetamine, Amphetamines, Rx. ADD, Weight Loss Drugs)*** | |
| How Much Did You Use: | Meth (1/2 gram) |
| How Often Did You Use: | daily |
| Age of First Use: | 26 |
| How Long Did You Use In A Continuous Pattern: | 8 years |
| Date of Last Use; | 6/13/19 |
| Route of Administration | I.V. |
| ***Opiates (Heroin, Dilaudid, Morphin, Oxycontine, Roxycontine, Fentanyl, Loratab)*** | |
| How Much Did You Use | Heroin (1 gram) |
| How Often Did You Use | daily |
| Age Of First Use | 24 |
| How Long Did You Use in A Continuous Pattern | 10 years |
| Date Of Last Use | 7/19/19 |
| Route of Administration | I.V. |
| ***Benzodiazepines (Valium, Ativan, Rohypnol, Xanax/Xanbar, Klonopine)*** | |

| | |
|---|---|
| How Much Did You Use | Xanax (6mg) |
| How Often Did You Use | daily |
| Age of First Use | 28 |
| How Long Have You Used In a Continuous Pattern | 6 years |
| Date of Last Use | 7/19/19 |
| Route of Administration | Oral |
| ***Barbituates (Phenobarbital, Seconal, Soma)*** | |
| How Much Do You Use | na |
| How Often Do You Use | |
| Age of First Use | |
| How Long Have You Used In A Continuous Pattern | |
| Date of Last Use | |
| Route of Administration | |
| ***Inhalants (Gasoline, Freon, Rush, Aresols, Nitrous)*** | |
| How Much Did You Use | na |
| How Often Did You Use | |
| Age of First Use | |
| How Long Did You Use In A Continuous Pattern | |
| Date of Last Use | |
| Route of Administration | |
| ***Hallucinogens (LSD, Peyote, Mescaline, Mushrooms)*** | |
| How Much Do You Use | na |
| How Often Do You Use | |
| Age of First Use | |
| How Long Did You Use In A Continuous Pattern | |
| Date of Last Use | |
| Route of Administration | |
| ***Club Drugs (Ecstasy, GHB, Angel Dust, Keatmine)*** | |
| How Much Did You Use | na |
| How Often Did You Use | |
| Age of First Use | |
| How Long Did You Use In A Continuous Pattern | |
| Date of Last Use | |
| Route of Administration | |
| ***Anabolic Steroids*** | |
| How Much Did You Use | na |
| How Often Did You Use | |
| Age of First Use | |

| | |
|---|---|
| How Long Did You Use In A Continuous Pattern | |
| Date of Last Use | |
| Route of Administration | |
| ***Methadone*** | |
| How Much Did You Use | na |
| How Often Did You Use | |
| Age of First Use | |
| How Long Did You Use In A Continuous Pattern | |
| Date of Last Use | |
| Route of Administration | |
| ***Suboxone/Subutex*** | |
| How Much Did You Use | 8mg |
| How Often Did You Use | daily |
| Age of First Use | 32 |
| How Long Did You Use In A Continuous Pattern | 7 months |
| Date of Last Use | 7/19/19 |
| Route of Administration | Oral |
| ***Other (OTC, Diet Pills, OTC Sleep Aids, Bath Salts, Synthetic Marijuana)*** | |
| How Much Did You Use | na |
| How Often Did You Use | |
| Age of First Use | |
| How Long Did You Use In A Continuous Pattern | |
| Date of Last Use | |
| Route of Administration | |
| ***LEGAL HISTORY*** | |
| On Probation or Parole | Yes |
| Probation Officer and Location | Jenna Hill (St. Tammany) |
| 1st/2nd DWI | No |
| Convicted | N/A |
| 3rd/4th DWI | No |
| Convicted | N/A |
| DWI Coordinator | na |
| On A Detainer | No |
| If Yes, What Parish or Law Enforcement Agency | na |
| What Are Your Current or Pending Charges, If Any | none reported |
| Upcoming Court Dates and Reason For The Court Date | na |
| Court Order | Yes |

| | |
|---|---|
| If Referred By Drug Court, Which Parish | |
| Additional Information on Past or Current Legal History | Client has been court ordered to complete treatment by Orleans Parish |
| ***Employment/Financial History*** | |
| Occupation | Office Manager |
| Employment Status | Unemployed |
| How Long Have You Been Employed or Unemployed | Since June of 2019 |
| If Employed, Who is Your Employer | na |
| How Has Substance Use Affected Your Job Performance | "It slowed me dow a bit" |
| What Are Your Career Plans For The Future | "I would like to get into nursing scholl" |
| Have You Ever Been In The Military | No |
| If Yes, What Branch | na |
| Type of Discharge | na |
| Financial Problems | Yes |
| Explain | "I have no income" |
| ***SPIRITUAL HISTORY*** | |
| Religious Affiliation | "I am spiritual" |
| Do You Attend Church | No |
| What Does A Higher Power Mean To You | "something to relase my pain to" |
| ***EDUCATION/VOCATIONAL TRAINING*** | |
| Highest Grade Completed | 12 |
| Average Grades in School | A's and B's |
| Other | |
| ***FAMILY AND SOCIAL HISTORY*** | |
| Current Living Situation | Lives with Parents |
| If Answer Is Lives with Other Family Members, which Family Member | |
| Is There Substance Use/Abuse In The Home | No |
| If Answer Is Yes, Who | |
| Family Medical History | Substance Use/Abuse<br>Heart Disease<br>Diabetes |
| If Any Of the Above Are Checked, Which Family Member | Mother is diabetic, father died of heart disease, substance use hx with uncles |
| ***Relationships With Family Of Origin*** | |
| Mother/Age/Living or Deceased | 61 Living |
| Mother's Health | good |
| Mother Substance Abuse Patterns | na |
| Father-Age-Living or Deceased | 47 Deceased |
| Father's Health | died of heart disease |

| | |
|---|---|
| Father Substance Abuse Pattern | na |
| Brothers-Ages-Living or Deceased | na |
| Brothers Health | |
| Brothers Substance Use Pattern | |
| Sisters-Ages-Living or Deceased | 2 living ages 38 and 43 |
| Sisters Health | good |
| Sisters Substance Use Pattern | na |
| Children-Ages-Living or Deceased | na |
| Children Substance Use Pattern | na |
| Relationship With Nuclear Family and Significant Other | Client reports he has a good relationship with his entire family. |
| What Is Your Sexual Orientation | Gay |
| History Of Abuse or Trauma | Yes |
| If Yes, Check All That Apply | Emotional<br>Sexual |
| Details of Abuse or Trauma (age occurred, how long it occurred, who was the perpetrator, negative impact the incident(s) has had on your life) | Emotional abuse reported between the ages of 11 and 14. Source of abuse was step brothers. Sexual abuse reported at the age of 6. Source of the abuse was a relative. |
| Did You Receive Counseling or Other Services | No |
| Are You Currently In An Abusive or Unsafe Situation | No |
| Explain | |
| How Is Drinking and/or Drugs Part Of Your Social Life | "it is my social life" |
| What Type Of Social Events Do You Like To Attend | "none" |
| ***SIGNIFICANT MEDICAL HISTORY AND CURRENT HEALTH STATUS*** | |
| Condition | Infectious Condition (HIV, TB)<br>Hypertension |
| If Other, What | |
| Are Conditions Being Treated | Yes |
| Conditions Stable With Medication | Yes |
| Conditions Stable Without Medication | No |
| If Condition Is Not Stable, Explain | |
| Is Ambulatory | Yes |
| Disabilities | No |
| If Yes, Explain | |
| ***Psychiatric History*** | |
| Has Client Experienced and/or Been Treated For Any Of The Following | Anxiety<br>Bipolar<br>PTSD<br>Depression<br>Cutting Self<br>Suicidal Thoughts, Gestures, Attempts |
| If Violent Behaviors occurred, Explain | |

| | |
|---|---|
| If Suicidal/Homicidal Issues Occurred In the Past or Are Currently Occurring, Give Details | Client reports one previous attempt in his life time early this year in June. Client states he is not experiencing any SI or HI at this time, but he will report to staff if he does. |
| Loss(es)-Who or What | Client reports he lost his best friend to drug use in 2011. He also reports loosing his father in 2002. |
| Number Of Psychiatric Hospitalizations In Lifetime | 0 |
| Most Recent Psychiatric Hospitalization, Where and Where | na |
| Past Psychiatric Medications and Effectiveness | "I've been prescribed Xanax in the past for anxiety" |
| Current Psychiatric Medications and Effectiveness | No current meds prescribed at this time. |
| Referral(s) Indicated | No |
| If yes, recommendation | |
| CLIENT STRESSORS | Legal Issues<br>Financial Difficulties<br>Substance Use/Abuse<br>Occupational Concerns |
| If other, explain | |
| CLIENT ASSETS | General Fund Of Knowledge<br>Average or Above Average Intelligence<br>Supportive Family/Friends<br>Motivation For Treatment/Growth<br>Capable Of Living Independently<br>Work Skills<br>Physical Health<br>Active Sense Of Humor<br>Ability For Insight<br>Communication Skills |
| Admission Diagnosis | Opiate Use Disorder; Marijuana Use Disorder, Meth Use Disorder |
| Initial Prognosis | "good" |
| Treatment Plan | Group Therapy<br>Individual Therapy<br>Family Focus Therapy<br>Chemical Dependency Education<br>12 Step Involvement |
| What Preferences Does Client Believe Will Enhance Their Treatment Experience | Group, meetings, and individual sessions |
| Discharge Plan/Recommendation by Staff | Sober Living House<br>Attend IOP<br>12 Step Involvement<br>Outpatient care with PCP and/or Mental Health Professional |
| Recommendation Client is Willing To Consider At Time Of Assessment | Attend Sober Living House<br>12 Step Involvement<br>Outpatient services with PCP or Mental Health Professional |

| | |
|---|---|
| Client Name | Kevin Louviere  Signed on: Tue, 23 Jul 2019 16:55:01 -0500 |
| Staff Name | Jason Mercer, CAC, CCGC  Signed on: Tue, 23 Jul 2019 16:55:01 -0500 |
| Supervisor Name (if required) | |

**Treatment Plan-Substance Abuse**

## 3009 M/C - Kevin Louviere

*Program:* None

Birth Date: [redacted]
Age at Intake: 33

| | |
|---|---|
| Diagnosis: | Meth Use Disorder; Opiate Use Disorder; Marijuana Use Disorder |
| ***Problem/Symptom:*** | |
| ***1. A maladaptive pattern of substance use manifested by increase in tolerance, withdrawal and repeated consequences.*** | |
| Client's goal as quoted by client: | "I want to be able to identify my behaviors that could lead to a relapse and to develop ways to cope with them" |
| ***Long Term Goal: Esablish and maintain total abstinence while increasing knowledge of addiction, the recovery process, the first three steps of recovery and the tools of recovery.*** | |
| ***Short Term Goal/Objectives:*** | |
| ***1. Provide honest and complete information in hand written life story/history.*** | |
| Date Established: | 7/24/19 |
| Projected Completion Date: | 7/31/19 |
| ***2. Address powelessness and unamanageable behaviors in Step 1 and present in a group setting or with primary counselor.*** | |
| Date Established: | 7/24/19 |
| Projected Completion Date: | 8/7/19 |
| ***3. Verbalize repeated patterns of behaviors active addiction and relate the benefits of Step 2 to addressing these behaviors.*** | |
| Date Established: | 7/24/19 |
| Projected Completion Date: | 8/14/19 |
| ***4. Verbally discuss in group the definition of a Higher Power and how Step Three can help enhance such a relationship*** | |
| Date Established: | 7/24/19 |
| Projected Completion Date: | 8/21/19 |
| Attend groups as scheduled | Client<br>Counselor/CIT |
| Complete assignments by or near projected completion date | Client<br>Counselor/CIT |
| Provide individual, group and educational sessions | Client<br>Counselor/CIT |
| Client Signature: | K. L.<br>Kevin Louviere<br>Signed on: Wed, 24 Jul 2019 08:32:56 -0500 |

| | |
|---|---|
| | |
| Client Name: (Print) | Kevin Louviere |
| Counselor/CIT Name Print: | Jason Mercer, CAC, CCGC |
| Counselor/CIT Signature: | Jason Mercer, CAC, CCGC  Signed on: Wed, 24 Jul 2019 08:32:56 -0500 |
| Supervisor Name: (Print) if applicable | |
| Supersivor Signature (if applicable) | |

**Residential Discharge**

## 3009 M/C - Kevin Louviere

*Program:* None

Birth Date: [redacted]
Age at Intake: 33

| | |
|---|---|
| Date of Discharge | 8/22/19 |
| Discharge Disposition | Completed treatment-Referred to Sober Living House |
| Name of Facility Referred To/Transferred To | Freedom House |
| Facility Address | 104 Drum St. Covington, La. 70433 |
| Facility Phone Number | 985-302-4220 |
| Date of Appointment | 8/22/19 |
| Time of Appointment | 5:00 pm |
| Consent to Release Information Obtained | Yes |
| ***Other Appointment*** | |
| Name of Facility | Covington Behavioral Health |
| Address of Facility | 201 Greenbriar Blvd. |
| Facility Phone Number | 985-224-4135 |
| Date of Appointment | 8/26/19 |
| Time of Appointment | 2:00 pm |
| Consent to Release Information Obtained | Yes |
| Needs and Problems Identified at Admission | A maladaptive pattern of substance use manifested by increase in tolerance, withdrawal, multiple relapses, and repeated consequences. |
| Did Client All Scheduled Groups/Activities | Yes |
| Explain In Detail If Any Problems Were Encountered With Attendance for Services Provided | na |
| Progress In Treatment/Goals Met | Kevin provided honest information in handwritten life history presented in a group setting with primary counselor. He addressed powerlessness and unmanageability in Step 1 and presented in a group setting with primary counselor. He verbalized repeated patterns of behaviors in active addiction and related the benefits of Step 2 to addressing these behaviors in group with primary counselor. He verbally discussed in group with primary counselor the definition of a Higher Power and how Step 3 can help enhance such a relationship. He is recognizing the consequences of addiction and accepts responsibility. He is exhibiting new coping skills and is communicating in healthier ways. Kevin completed a relapse prevention plan and workbook, Staying Quit, while in the program and gained insight into his addiction and addictive thought patterns. He was able to acquire the tools necessary to help him remain sober and to have a productive life in recovery. |

| | |
|---|---|
| Circumstance at Discharge | Kevin has successfully completed inpatient treatment as of 8/22/19. It is my recommendation that he complete IOP and remain in structured sober living for at least one-year post discharge. He has been accepted into Freedom House and is scheduled to arrive there on 8/22/19. It is also my recommendation that Kevin attend 90 meetings in 90 days, obtain a sponsor, work all twelve steps, join a home group, and get involved in service work. He is moving into the action stage of change and his outlook for long-term sobriety is good should he follow his aftercare recommendations and apply what he has learned in treatment to his everyday life. |
| ***Client was informed to see nurse for medications and nursing discharge instructions prior to leaving campus.*** | |
| Client agreed to attend post discharge scheduled appointments | Yes |
| Client agreed to seek gainful employment or return to current job | Yes |
| Client agreed to attend 90 Twelve Step Meetings in 90 Days | Yes |
| Client agreed to obtain a home group | Yes |
| Client agreed to obtain a 12 Step Sponsor | Yes |
| Client agreed to meditate daily | Yes |
| Give Detailed Explanation Of The Reason Client Answered "NO" To The Above Recommendations | na |
| Client Name | K. L.<br>Kevin Louvier<br>Signed on: Wed, 21 Aug 2019 13:29:50 -0500 |
| Staff Name | [signature]<br>Jason Mercer, CAC |

| | |
|---|---|
| | Signed on: Wed, 21 Aug 2019 13:29:50 -0500 |
| Supervisor Name (if required) | |

**Initial Nursing Assessment Revised**

## 3009 M/C - Kevin Louviere

*Program:* None

Gender: Male
Birth Date: [redacted]
Age at Intake: 33
Marital Status: Single
Drug of Choice - Primary - Age of First Use: 0

| | |
|---|---|
| Case #: | 3009 |
| Date: | 7/19/2019 |
| Time: | 1908 |
| B/P: | 138/98 |
| Temp: | 97.4 |
| Pulse: | 103 |
| Respiration: | 16 |
| Height: | 5'9 |
| Weight: | 190 |
| Pregnant | No |
| How many children do you have? | 0 |
| Who takes care of them when you aren't in treatment: | 0 |
| Who will be taking care of them while you are at Edgefield: | |
| Is there any state involvement in the care of your children: | No |
| If yes, which agency: | |
| Allergies | No |
| If yes, list: | |
| CURRENT MEDICATIONS(include OTC, prescribed, vitamins, herbal supplements) | Genvoya |
| Are Meds Effective? | Yes |
| Explain: | |
| Compliant | Yes |
| Explain: | |
| Primary Care MD: | Yes |
| Name of MD: | Paula seal, MD |
| Last Visit: | 5/3/19 |
| Consent for Release to Communicate with P.C.P. | Yes |
| If no, state reason for refusal: | |
| ***CHIEF COMPLAINT/REASON FOR ADMISSION*** | |
| (Include history of present illness (precipitating event, job/school, living situation etc.): | Court ordered |
| ***PREVIOUS TREATMENT FOR SUBSTANCE ABUSE*** | |
| Previous Treatment: | Yes |
| Type of Treatment Program: | Residential |

| | |
|---|---|
| Previous Treatment Facility & Type: | ERC |
| Date Admitted/Discharged | 2017 |
| Length of Abstinence after Treatment | 1 week |
| Identify triggers to your alcohol/drug use: | "Craving" |
| Where do you want to go when discharged from Edgefield: | Sober living environment |
| If checked other: | |
| ////////////////////////////////////////////////// | |
| Previous Treatment Facility & Type: | ERC |
| Date Admitted/Discharged | 2017 |
| Length of Abstinence after Treatment | 1 week |
| ***SUBSTANCE USE HISTORY (list all mood altering chemicals used)*** | |
| Substance: | Heroin |
| Method of Use: | I.V. |
| Amount: | 1 gram |
| Frequency: | daily |
| Duration: | 8 years |
| Age First Use: | 25 |
| Last Use: | 7/18/19 |
| ////////////////////////////////////////////////// | |
| Substance: | xanax |
| Method of Use: | Oral |
| Amount: | 4 mg |
| Frequency: | x2 daily |
| Duration: | 8 years |
| Age First Use: | 25 |
| Last Use: | 7/18/2019 |
| ////////////////////////////////////////////////////////////////////// | |
| Substance: | Methamphetamine |
| Method of Use: | I.V. |
| Amount: | 1/2 gram |
| Frequency: | daily |
| Duration: | 10 years |
| Age First Use: | 23 |
| Last Use: | 7/17/2019 |
| //////////////////////////////////////////////////////////////////// | |
| Substance: | THC |
| Method of Use: | Inhalation |
| Amount: | 1 gram |
| Frequency: | Daily |
| Duration: | 12 years |
| Age First Use: | 21 |
| Last Use: | 7/12/19 |

| | |
|---|---|
| HISTORY OF: | IV Drug Use |
| Withdrawal Symptoms: | Restless legs, diarrhea, nausea, insomnia, tremors, sweats |
| ***PAST PSYCHIATRIC HISTORY/TREATMENT*** | |
| Suicidal Ideation/Attempts | No |
| Explain: | |
| Homicidal Ideation/Attempts | No |
| Explain: | |
| Inpatient | |
| Dates of Treatment | |
| Diagnosis | |
| Inpatient | |
| Dates of Treatment | |
| Diagnosis | |
| Outpatient | |
| Dates of Treatment | |
| Diagnosis | |
| Outpatient | |
| Dates of Treatment | |
| Diagnosis | |
| What psychiatric, mood disorder or behavior disorder have you been prescribed medication for: | Anxiety, depression, PTSD |
| Past Psychiatric medications (include dosages & frequency taken, beneficial or not) | |
| ***MEDICAL HISTORY*** | |
| ***Medical History (client):*** | |
| Past or current history and/or treatment of: | STD<br>Seizures<br>Pneumonia<br>Chicken pox |
| Other: | HIV |
| Other illnesses/injuries/surgeries/complaints: | |
| ***OB/GYN:*** | |
| Grav | |
| Para | |
| Abort | |
| C-Sec | |
| LMP | |
| Normal or abnormal | |
| Method of birth control: | |
| Last PAP smear: | |
| GYN problems: | |
| # living children: | |
| Last physical exam: | |

| | |
|---|---|
| Family History (immediate family): | Asthma<br>Seizures<br>Migraines<br>Pneumonia<br>Diabetes<br>Kidney disease<br>Stroke<br>Heart problems<br>Chronic pain<br>Cancer |
| Specifically which family member(s) abuse alcohol/drugs: | Father and mother |
| Family History cont. | Alcohol/drug abuse<br>Psychiatric disorder |
| Other: | Grandmother and uncles |
| ***MENTAL STATUS*** | |
| Appearance: | Well groomed |
| Eye Contact: | Appropriate |
| Thought Content: | Appropriate |
| Perception: | Appropriate |
| Thought process: | Logical |
| ***Review of Systems*** | |
| Behavior: | Cooperative |
| Affect: | Blunted |
| Mood: | Appropriate |
| Fever: | |
| +/- | +15lbs |
| General: | Weight Gain |
| NEUROLOGIC: | Seizure Disorder |
| Other: | |
| EYES/EARS/NOSE: | Vision |
| THROAT/MOUTH: | |
| LUNGS: | Smoker<br>Last CXR |
| If CXR, last date: | NA |
| Other, explain: | |
| Other, explain: | |
| Other, explain: | |
| Date: | 7/19/2019 |
| Time: | 1927 |
| History Taken By: | Chauncey Dupuy |
| Nurse: | Chauncey Dupuy, LPN |