**Kenneth Whittle**

| | |
|---|---|
| **From:** | Kenneth Whittle |
| **Sent:** | Tuesday, November 28, 2023 8:07 AM |
| **To:** | Maria B. Glorioso (maria@gtorts.com); Sam Harton; 'Devon M. Jacob'; Bhavani Raveendran (b.raveendran@rblaw.net); Mirena Fontana; edickey@rblaw.net |
| **Cc:** | Chadwick Collings; Nancy Brigham; Brandy Sergi |
| **Subject:** | Baqer et al v. St. Tammany Parish Government et al |
| **Attachments:** | Edgefield Recovery Center (Bates Labeled Documents 1-21).pdf; Jordan Valley.pdf |

Counsel,

Please see the attached medical records we just received yesterday for Kevin Louviere from Edgefield Recovery Center.

I have also attached medical records for Floyd Williams from Jordan Valley Community Health Center which we also received in response to our medical authorizations.

MILLING
BENSON WOODWARD L.L.P.
ATTORNEYS AT LAW | WWW.MILLINGLAW.COM

**Kenneth R. Whittle**
68031 Capital Trace Row
Mandeville, LA 70471
(985) 871-3924
(985) 292-2042 (direct)
kwhittle@millinglaw.com