**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)** |
| Plaintiffs, | * | |
| v. | * | JUDGE DARREL JAMES PAPILLION |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * | JURY TRIAL |

****************************************************************************

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT**

NOW COME the Plaintiffs, AHMED BAQER, KLABERT JOSEPH GUILLOT, SR., TERRY HALL, FLOYD WILLIAMS, and KEVIN LOUVIERE by and through their counsel of record ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and the GLORIOSO LAW FIRM, and state as follows in support of their Motion for Extension of Time to File Responses to Defendants Motions for Summary Judgment:

On August 7, 2023, Defendants filed three motions for leave to file their motions for summary judgment as to Plaintiffs Baqer, Guillot, and Hall. Dkt. 225; Dkt. 226; Dkt. 227. On August 8, 2023, Defendants filed two more motions for leave to file motions for summary judgment as to Plaintiffs Louviere and Williams. Dkt. 229; Dkt. 231. On August 10, 2023, this Court granted Defendants' motions for leave to file and entered Defendants' Motion for

Summary Judgment. Dkt. 234; Dkt. 235; Dkt. 236; Dkt. 238; Dkt. 239. In entering these motions, the Court ordered they be submitted on August 23. See Id.

This Court's Local Rule 7.5 provides that a "party opposing a motion must file and serve a memorandum in opposition to the motion with citations of authorities no later than eight days before the noticed submission date." Accordingly, Plaintiff is currently required to submit responses to Defendants motions for summary judgment, all of which contain excess pages, by August 15, 2023.

Plaintiff respectfully requests an extension of twenty-one days to respond to all five motions for summary judgment by the Defendants, placing the response deadline on September 5. Local Rule 7.8 provides, "Upon certification by a moving party that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time, on ex parte motion and order, the court must allow one extension for a period of 21 days from the time the pleading would otherwise be due." At the time of this filing, Plaintiffs have not previously sought such an extension regarding these motions. Defendants object to the requested extension.

Local Rule 7.8 provides that extensions can be granted upon motion and order of the court for good cause shown. The good cause standard requires the party seeking relief to show that the deadline cannot be met despite that party's diligence. *S & W Enters., L.L.C. v. SouthTrust Bank of Ala., N.A.,* 315 F.3d 533, 535 (5th Cir.2003).

The Plaintiffs are already diligently preparing their responses to Defendants' summary judgment motions. Summary judgment motions, however, are necessarily substantial and important motions that can dispose of Plaintiffs' entire case. The motions filed by Defendants, here, are even more so, as they all significantly exceed the imposed page limits by the Court.

Responding to all five oversized, substantive, and dispositive motions within eight days of receiving them will not be possible, no matter the Plaintiffs' diligence.

Accordingly, Plaintiffs request this Court grant Plaintiff's instant motion and enter the Proposed Order attached to this filing.

Respectfully Submitted,

By: */s/ Sam Harton, PHV*
Attorney for Plaintiffs

**Dated: August 11, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*************************************************************************

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on **August 11, 2023** Plaintiffs Ahmed Baqer, Floyd Alan Williams, Terry Hall, Kevin Louviere, and Klabert Guillot, Sr. filed this Motion for Extension of Time to File Responses to Defendants Motions for Summary Judgment.

Sam Harton
ROMANUCCI & BLANDIN, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
Tel: 312-458-1000
Fax: 312-458-1004
Attorney No.: 6332303

**PROOF OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing this motion with the Clerk of Court on August 11, 2023 using the CM/ECF system.

____/s/ *Sam Harton*