**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

****************************************************************************

**ORDER**

Considering the Motion for Extension of Time to File Responses to Defendants Motions for Summary Judgment, it is ordered that the Motion is GRANTED.

The Plaintiffs shall file responses to all of Defendants Motions for Summary Judgment on September 5, 2023, twenty-one days from the date which the responses would otherwise be due (August 15, 2023).

New Orleans, Louisiana, this 11th day of August.

______________________________________
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**