**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al., Plaintiffs, v. ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br>JUDGE DARREL JAMES PAPILLION<br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br>JURY TRIAL |

****************************************************************************

**MOTION FOR EXPEDITED RULING**

NOW COME the Plaintiffs, AHMED BAQER, KLABERT JOSEPH GUILLOT, SR., TERRY HALL, FLOYD WILLIAMS, and KEVIN LOUVIERE by and through their counsel of record ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and the GLORIOSO LAW FIRM, and respectfully request this Court to expedite its ruling regarding Plaintiffs' Motion for Extension of Time to File Responses to Defendants' Motions for Summary Judgment, Dkt. 242.

On August 7, 2023, Defendants filed three motions for leave to file their motions for summary judgment as to Plaintiffs Baqer, Guillot, and Hall. Dkt. 225; Dkt. 226; Dkt. 227. On August 8, 2023, Defendants filed two more motions for leave to file motions for summary judgment as to Plaintiffs Louviere and Williams. Dkt. 229; Dkt. 231. On August 10, 2023, this Court granted Defendants' motions for leave to file and entered Defendants' Motion for

Summary Judgment. Dkt. 234; Dkt. 235; Dkt. 236; Dkt. 238; Dkt. 239. In entering these motions, the Court ordered they be submitted on August 23. See Id.

This Court's Local Rule 7.5 provides that a "party opposing a motion must file and serve a memorandum in opposition to the motion with citations of authorities no later than eight days before the noticed submission date." Accordingly, Plaintiff is currently required to submit responses to Defendants motions for summary judgment, all of which contain excess pages, by August 15, 2023. Plaintiffs moved for an extension of time to respond to all five of Defendants' Motions for Summary Judgment, Dkt. 242, on August 14, 2023, and noticed that Motion for September 20, 2023, which was the next available submission date.

Plaintiffs respectfully request this Court enter the attached Proposed Order and grant this motion for expedited ruling so that the Plaintiffs' Motion for Extension of Time to File Responses to Defendants' Motions for Summary Judgment be ruled upon prior to the date upon which Plaintiffs' responses are currently due to be filed, which is August 15, 2023. Plaintiff further requests that the underlying motion, Plaintiffs' Motion for Extension of Time to File Responses to Defendants' Motions for Summary Judgment, be granted to allow Plaintiffs an adequate amount of time to respond to Defendants' five motions for summary judgment, all of which are oversized.

Respectfully Submitted,

By: *<u>/s/ Sam Harton, PHV</u>*
Attorney for Plaintiffs

**Dated: August 14, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway

Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**CERTIFICATE OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing this motion with the Clerk of Court on August 14, 2023 using the CM/ECF system.

____/s/ *Sam Harton*