**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION NO: 20-CV-980** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

# ORDER

Before the Court is Plaintiffs' Motion for Extension of Time (Record Document 242) to File Responses to Defendants' Motions for Summary Judgment (Record Documents 234, 235, 236, 238, and 239), and an accompanying Motion to Expedite Ruling on Plaintiffs' Motion for Extension of Time to Respond to Defendants' Five Motions for Summary Judgment (Record Document 243).

**IT IS ORDERED** Plaintiffs' Motion to Expedite is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiffs' Motion for Extension of Time is **GRANTED**. Plaintiffs' responses to Defendants' motions for summary judgments shall be filed on or before September 4, 2023, at which point Defendants' motions shall be submitted.

New Orleans, Louisiana, this 14th day of August, 2023.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**