**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br>Plaintiffs,<br>v.<br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br>JUDGE DARREL JAMES PAPILLION<br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br>JURY TRIAL |

*****************************************************************************

**HABEAS WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
**KLABERT JOSEPH GUILLOT SR.**

**Klabert Guillot Sr.**, **inmate #00330985** and/or #**214543**, a necessary and material witness in **civil trial proceedings** in this case on **Monday, October 2, 2023, at 9:00 AM CT**, is confined at **St. Tammany Parish Jail, 1200 Champagne St, Covington, Louisiana 70433**, in the custody of the warden. In order to secure the inmate's attendance at these proceedings it is necessary that a **Writ of Habeas Corpus ad Testificandum** issue, commanding the custodian to produce the inmate before the **Honorable Judge Darrel James Papillion, U.S. District Courthouse, Room C555, 500 Poydras Street, New Orleans, LA 70130 on Monday, October 2, 2023, at 9:00 AM CT.** The exact time that the witness will need to be present is subject to clarification as the trial date nears.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issues, under the seal of this court, commanding the St Tammany Parish Jail Warden to produce the inmate named above to participate in a civil trial proceeding or as ordered by the court; and thereafter to return the inmate to St Tammanay Parish Jail:
2. The custodian is ordered to notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a certified copy of this order and writ of habeas corpus ad testificandum on St Tammany Parish Jail, 1200 Chamagne St, Coington, Louisiana 70433.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: St. Tammany Parish Jail, 1200 Champagne St, Covington, Louisiana 70433**

**WE COMMAND** you to produce the inmate named above to participate in civil trial proceedings before the **United States District Court, Room C555, 500 Poydras Street, New Orleans, LA 70130**, at the time noted above.

**FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of the writ.

**DATED:** August 22, 2023

________________________________

**HONORABLE Judge Darrel James Papillion**
**UNITED STATES DISTRICT COURT JUDGE**

**ENTERED: ___________________________**