**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br>Plaintiffs,<br>v.<br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br>JUDGE DARREL JAMES PAPILLION<br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br>JURY TRIAL |

*****************************************************************************

**PLAINTIFFS' MOTION TO WAIVE ADDITIONAL COUNSEL'S PRESENCE FROM THE PRETRIAL CONFERENCE**

NOW COME the Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record, ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and THE GLORIOSO LAW FIRM, and moves this Honorable Court *in limine*, to waive and excuse additional counsel Bhavani Raveendran's presence at the pretrial conference scheduled for September 13, 2023 at 10:00 a.m. In support of this motion, Plaintiff states:

1. Lead counsel Devon Jacob of Jacob Litigation, attorney Maria Glorioso from the Glorioso Law Firm, and attorney Sam Harton from Romanucci & Blandin, LLC will be attending the pretrial conference set for September 13, 2023 in person.
2. Due to an unavoidable trial conflict, additional attorney of record from Romanucci & Blandin, LLC, Bhavani Raveendran, does not know at this time if she will be able to assist with the trial presently set in this matter.

3. Therefore, to avoid substantial expense to the case and due to the conflicting trial dates, Plaintiffs seek leave to excuse Ms. Raveendran from the pretrial conference and allow her to attend the trial before this Court, in the event the matter set in the USDC for the Western District of Texas does not go forward as scheduled.
4. On February 16, 2023, this matter was set for trial on October 2, 2023. ECF 207.
5. During the scheduling call preceding the setting of the trial date, undersigned Plaintiffs' counsel advised the Court that the trial date of October 2, 2023 conflicted with another matter set for trial for attorneys from Romanucci & Blandin, LLC, set to commence the same week in the Western District of Texas.
6. At the time, Plaintiffs' counsel did not want to further delay the trial because a member of the trial team had a conflict, when other dates presented conflicts or did not work for the schedule of the Court.
7. The undersigned attorney advised the Court that Romanucci and Blandin, LLC would split its team between the two conflicting trials if necessary to ensure the subject case could be set to the preferred schedule.
8. Regardless, Plaintiffs do not seek to delay the Pre-Trial Hearing where lead counsel and co-counsel are available to handle proceedings, but hope to be present at trial if possible.
9. Counsel Devon Jacob, Maria Glorioso, and Sam Harton will be able to attend with full authority.
10. Further, Plaintiffs' Counsel does not wish to amass unnecessary costs of multiple attorneys from Romanucci & Blandin, LLC attending if it's possible they will not be present at trial.

11. Plaintiffs' counsel respectfully requests that for the reasons stated above this court excuses Plaintiffs' Counsel Bhavani K. Raveendran from appearance at the Pre-Trial Conference scheduled for September 13, 2023 at 10:00 a.m.

WHEREFORE, Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., through their counsel of record, move this Honorable Court *in limine*, to waive additional counsel's presence at the pretrial conference and for any further relief this Court deems appropriate and just.

Respectfully Submitted,

**Dated: August 22, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

By: */s/ Devon M. Jacob, PHV*
Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

By: */s/ Bhavani Raveendran, PHV*
Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**CERTIFICATE OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing this motion with the Clerk of Court on August 22, 2023 using the CM/ECF system.

By: *<u>/s/ Devon M. Jacob, PHV</u>*