**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | |
| Plaintiffs, | * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)** |
| v. | * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | JUDGE DARREL JAMES PAPILLION |
| Defendants. | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| | * | JURY TRIAL |

******************************************************************************

**(Proposed) ORDER**

*Considering Plaintiffs' Motion to Waive Additional Counsel's Presence from the Pretrial Conference (Doc. 246):*

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion is **HEREBY GRANTED**. Plaintiffs' Counsel, Bhavani Raveendran, is excused from attending the pretrial conference presently scheduled for September 13, 2023.

______________________________________
**HONORABLE Judge Darrel James Papillion**
**UNITED STATES DISTRICT COURT JUDGE**

**ENTERED: __________________________**