**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | |
| Plaintiffs, | * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)** |
| v. | * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | JUDGE DARREL JAMES PAPILLION |
| Defendants. | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| | * | JURY TRIAL |

******************************************************************************

**PLAINTIFFS' MOTION IN LIMINE #4:**
**MOTION TO ALLOW PLAINTIFF KLABERT JOSEPH GUILLOT, SR. TO PRESENT IN STREET CLOTHING**

NOW COME the Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record, ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and THE GLORIOSO LAW FIRM, and move this Honorable Court to allow Plaintiff Klabert Joseph Guillot, Sr. to present in street clothing. Plaintiffs state the following in support thereof:

The Plaintiffs respectfully request that Plaintiff Klabert Joseph Guillot, Sr. and any incarcerated witness be unshackled and dressed in civilians' clothing while in the presence of the jury. A witness's prison attire throughout the trial would constantly remind the jury of that individual's status as a prisoner, creating a danger of unfair prejudice against said individual. The Supreme Court has recognized the inherently prejudicial effect of such attire stating "shackling and prison clothes are unmistakable indications of the need to separate an [individual] from the community at large[.]" *Holbrook v. Flynn*, 475 U.S. 560, 569 (1968). To the degree that the Court may be concerned with maintaining safety in the courtroom, the presence of St. Tammany Parish

or Federal Marshalls escorting Mr. Guillot, Sr., or other incarcerated witnesses, will be sufficient in rendering any restraints unnecessary. Accordingly, the Plaintiffs request that Plaintiff Klabert Joseph Guillot, Sr. and any incarcerated witnesses be permitted to appear before the jury in civilians' clothes without handcuffs or any other visible restraints.

WHEREFORE, Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., through their counsel of record, move this Honorable Court *in limine*, to allow Plaintiff Klabert Joseph Guillot, Sr. to present in street clothing., and for any further relief this Court deems appropriate and just.

Respectfully Submitted,

By: *<u>/s/ Bhavani Raveendran, PHV</u>*
Attorney for Plaintiffs

**Dated: August 22, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004

aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**CERTIFICATE OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing this motion with the Clerk of Court on August 22, 2023 using the CM/ECF system.

____/s/ *Bhavani Raveendran*