**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

****************************************************************************

**PROPOSED ORDER**

Considering Plaintiffs' Motion *in limine* #1, it is ordered that the Motion is GRANTED.

Further considering Plaintiffs' Motion *in limine* #2, it is ordered that the Motion is GRANTED.

Further considering Plaintiffs' Motion *in limine* #3, it is ordered that the Motion is GRANTED.

Further considering Plaintiffs' Motion *in limine* #4, it is ordered that the Motion is GRANTED.

Further considering Plaintiffs' Motion *in limine* #5, it is ordered that the Motion is GRANTED.

Further considering Plaintiffs' Motion *in limine* #6, it is ordered that the Motion is GRANTED.

Further considering Plaintiffs' Motion *in limine* #7, it is ordered that the Motion is GRANTED.

Further considering Plaintiffs' Motion *in limine* #8, it is ordered that the Motion is GRANTED.

Further considering Plaintiffs' Motion *in limine* #9, it is ordered that the Motion is GRANTED.

Further considering Plaintiffs' Motion *in limine* #10, it is ordered that the Motion is GRANTED.

New Orleans, Louisiana, this 22nd day of August.

______________________________________
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**