# JAIL SAFETY

## JAIL SAFETY/SANITATION – POLICY

**SOP.07001:I-A-001.100**

The St. Tammany Parish Jail will maintain strict safety and sanitation practices that comply with local, state, and federal health, safety and sanitation codes, to ensure a healthy, safe and sanitary living and work environment for inmates and staff.

## MAINTAINING SANITATION PRACTICES – PROCEDURE

**SOP.07001:I-A-001.105**

1. The Safety Officer or designee will be familiar with local, state, and federal health, safety and sanitation codes.

2. The Safety Officer will review the sanitation and safety practices of the St. Tammany Parish Jail at least annually to ensure compliance with health, safety and sanitation codes.

3. The Safety Officer, and/or designee will implement steps necessary to ensure that the St. Tammany Parish Jail complies with local, state, and federal health, safety and sanitation codes.

4. The Safety Officer and/or designee will inspect all areas of the St. Tammany Parish Jail at least once a week to ensure proper sanitation practices are being carried out by staff and inmates.

5. The Safety Officer will review all inspection reports by outside agencies, and implement a plan of action to correct all safety, sanitation and health deficiencies noted within a timely manner.

## MAINTAINING SANITATION PRACTICES – PROCEDURE continued

**SOP.07001: I-A-001.105**

6. The Safety Officer will report to the Warden all sanitation, safety and health deficiencies discovered by inspections of outside agencies and the action taken, or planned to correct these deficiencies.

7. All Shift Supervisor(s) will inspect all jail areas for cleanliness daily.

8. The Safety Officer shall ensure that the jail facility complies with the requirements of the state health officer. There shall be a specific plan for addressing deficiencies, if any, that is approved by the state health officer.

## CLEANING SUPPLIES - POLICY

**SOP.07001: I-A-001.110.**

The St. Tammany Parish Jail will keep a supply of cleaning materials and equipment necessary to sustain daily housekeeping practices for at least a thirty (30) day period.

## INVENTORY AND ORDERING CLEANING SUPPLIES PROCEDURE

**SOP.07001: I-A-001.115.**

1. The Maintenance Inventory Clerk will purchase, needed cleaning supplies, and submit it to the Captain of Services or Warden for approval.

2. The Maintenance Inventory Clerk will inventory and sign for all cleaning supplies delivered to the jail.

## STORAGE OF CLEANING SUPPLIES PROCEDURE

**SOP.07001: I-A-001.120.**

1. All cleaning supplies received at the St. Tammany Parish Jail will be stored in the Maintenance Warehouse. Each week cleaning supplies will be pulled and issued three (3) times per week.

## ISSUING CLEANING SUPPLIES PROCEDURE

**SOP.07001: I-A-001.125.**

1. Cleaning supplies are issued as needed to the inmate hall worker to ensure that hallways and common inmate activity areas are cleaned.

2. All inmate hall workers shall be trained on proper usage of the chemical dispensers located in each building.

3. A Material Safety Data Sheet will be available in each inmate housing unit and Jail Medical.

4. The Kitchen Staff shall issue necessary cleaning supplies to kitchen inmate workers to ensure that the kitchen is kept clean and sanitary. Cleaning supplies shall be returned to the janitor's closet and locked.

5. Inmates using flammable or toxic cleaning material will work under the direct supervision of the Correctional Officer, Maintenance Personnel or Kitchen Personnel.

## KITCHEN SANITATION – POLICY

**SOP.07001: I-A-001.350.**

The Kitchen Supervisor will ensure that all food preparation and service areas are kept sanitary, clean, and orderly. Formal weekly and monthly inspections are conducted in these areas.

## MAINTAINING KITCHEN SANITATION

**SOP.07001: I-A-001.375.**

1. The Kitchen Staff will inspect food service areas after each meal to ensure that the areas are sanitary and clean.

2. The Kitchen Staff will inspect to see that food service equipment is cleaned after each use.

3. The Kitchen Staff will inspect eating utensils, serving trays, cups, and bowls to ensure that they are washed and sterilized after each use.

4. The Kitchen Staff will ensure that kitchen floors are swept and washed after each meal has been served.

5. The Kitchen Staff will ensure that refrigerators, freezers, and the walk-in cooler are clean and frost free. No food items will be stored on the floor. Items must be stored a minimum of six (6) inches from the floor and walls.
6. The Kitchen Staff will ensure that counter tops and work areas are cleaned after each use. Containers with sanitized water will be placed near each work area to be used for cleaning of work areas. Towels/rags provided for cleaning will remain in the sanitized containers until used. Sanitized water and towels/rags will be changed out as needed.

7. The Kitchen Staff will conduct a thorough cleaning of all food services and food storage areas at least once a week.

8. The Kitchen Staff will ensure that walls, exposed piping, and lights are cleaned as needed.

9. The Kitchen Staff and inmate workers will not smoke in the kitchen area.

## FOOD PREPARATION POLICY

**SOP.07001: I-A-001.400.**

Food must be prepared in compliance with local and state health regulations. The Kitchen Supervisor is responsible for ensuring this compliance.

## FOOD PREPARATION PROCEDURE

**SOP.07001: I-A-001.425.**

1. The Kitchen Staff will know and practice local health regulations for food preparation.

2. The preparation of food at the St. Tammany Parish Jail will be under the direct supervision of the Kitchen Staff.

3. The Kitchen Staff will ensure that meals are prepared under clean and sanitary conditions.

4. The Kitchen Staff will inspect the food service areas daily to ensure that sanitary practices are maintained.

5. The Kitchen Supervisor will invite local health officials to inspect the jail food service area on a regular basis to ensure compliance with local health regulations.

6. The Kitchen Staff will use only government inspected meat and poultry.
7. The Kitchen Staff will not use home canned or preserved foods.

8. The Kitchen Staff will thaw frozen food under proper refrigeration only.

9. The Kitchen Staff will ensure that all raw food to be served is washed and cleaned in clean, fresh, and safe water.

## FEEDING PROCEDURES - POLICY

**SOP.07001: I-A-001.450.**

Strict adherence to inmate feeding procedures is necessary for the security of inmates and staff.

## FEEDING PROCEDURES

**SOP.07001: I-A-001.475.**

1. The Kitchen Staff will notify control room personnel as soon as the meals for the general jail population are ready to be served.

2. Control room personnel will notify the duty Correctional Officer through the jail intercom system when the Kitchen Staff is prepared to serve inmate meals.

3. The duty Correctional Officer will post him/herself inside the inmate housing unit and ensure that the proportion of food on each tray is equal in order to prevent favoritism.

4. Once the duty Correctional Officer is satisfied that all is ready, he/she and kitchen inmate workers, will deliver the inmate meals to each cell block.

5. The duty Correctional Officer will supervise the inmate meal by moving from cell block to cell block for the duration of the meal.

6. The duty Correctional Officer will implement disciplinary procedures against inmates who attempt to retain eating utensils or pilfer jail food.

## INVENTORY, ORDERING AND RECEIVING FOOD SUPPLIES - POLICY

**SOP.07001: I-A-001.500.**

A system of inventory, ordering, and receiving food supplies will ensure that necessary food supplies are on hand, and will prevent the theft of jail food supplies. This system should include accurate records of:

a. weekly food supplies on hand,

b. food supplies used daily,

c. food supplies ordered, and

d. food supplies received.

## FOOD SUPPLY INVENTORY

**SOP.07001: I-A-001.505.**

1. The Kitchen Staff will inventory daily all food supplies items used.
2. The Kitchen Staff will record daily, all food supplies used.
3. The Kitchen Supervisor will review food supply record forms on a weekly basis to ensure a full accounting of all food supplies.
4. The Kitchen Staff will immediately inform the Kitchen Supervisor in writing of discrepancies discovered in food supply records, using an incident report form.
5. The Kitchen Supervisor will investigate discrepancies in food supply records.

## ORDERING FOOD SUPPLIES - PROCEDURE

**SOP.07001: I-A-001.510.**

1. The Kitchen Supervisor will review the jail menu for the coming four (4) weeks and food supply records for the last four (4) weeks to determine supplies to be ordered.

2. The Kitchen Supervisor will order all necessary food.

3. The Kitchen Supervisor will record the quantity of food supplies ordered.

## RECEIVING FOOD SUPPLIES - PROCEDURE

**SOP.07001: I-A-001.515.**

1. Food supplies ordered will be delivered by the food supplier and received by the jail through the rear kitchen entrance.

2. The Kitchen Staff will inventory all food supplies delivered by:

    a. checking each item listed on the food supplier's invoice to ensure that the item is actually received.

    b. comparing the food supplier's invoice to the jail food supply record to determine which items ordered are actually received .

    c. inspecting all food deliveries for damage, contamination and pest infestation.

    d. Refusing delivery of damaged, contaminated and infested food items.

## RECEIVING FOOD SUPPLIES – PROCEDURE continued

**SOP.07001: I-A-001.515.**

3. The Kitchen Staff will not sign the food supplier's invoice until all items ordered are received, or the invoice has been adjusted to reflect actual food items received.

4. The Kitchen Staff will instruct the person delivering food supplies to adjust and sign the food supplier's invoice to reflect the actual food items received.

5. The Kitchen Supervisor will retain and file a copy of the food supplier's invoice in his/her files as documentation of food supplies received.

6. From the food supplier's invoice, the Kitchen Supervisor will record food items received.

7. The Kitchen Supervisor will submit the food supplier's invoice to the Lieutenant of Support Services.

8. The Kitchen Supervisor will submit the food supplier's invoice to the Accounts Payable for payment.

9. The Kitchen Supervisor will ensure that kitchen inmate workers store food supplies properly.

## EMERGENCY FOOD SUPPLY - POLICY

**SOP.07001: I-A-001.550.**

To ensure an adequate supply of food for inmates in case deliveries of food are interrupted, the jail will maintain an emergency food supply sufficient to feed the inmate population and jail personnel for a one (1) week period.

## EMERGENCY FOOD SUPPLIES – PROCEDURES

**SOP.07001: I-A-001.575**

1. The Kitchen Supervisor will keep a supply of emergency canned food, sufficient to sustain the jail population and jail personnel for a one (1) week period.

2. The Kitchen Staff will store emergency food supplies in the dry food storage locker separate from other food supplies.

3. The Kitchen Supervisor will ensure that emergency food supplies consist of the four basic food groups.

4. The Kitchen Supervisor will inventory emergency food supplies monthly on a separate food supply record which he/she will mark as emergency food supply inventory.

5. The Kitchen Supervisor will notify the Lieutenant of Support Services, in writing, when, and for what reasons it is necessary to use emergency food supplies.

6. The Kitchen Staff will restock emergency food supplies as they are used.