St. Tammany Parish Sheriff's Office

**Corrections Procedures – Section 07001 – BJG I- A-004**

# JAIL - HOUSEKEEPING

## HOUSEKEEPING PLANS POLICY

**SOP.07001: I-A-004.130.**

The St. Tammany Parish Jail has a written plan that insures that the jail is clean and in good repair and provides for the ongoing cleanliness and sanitation of the facility.

## HOUSEKEEPING OF INMATES HOUSING AREAS – PROCEDURE

**SOP.07001: I-A-004.140.**

1. At 0800 hours each day the duty Correctional Officer will issue necessary cleaning supplies to each inmate housing area and instruct them to clean their cells and common areas.

2. The duty Correctional Officer will periodically check each cell block area to ensure that inmates are carrying out housecleaning duties.

3. Prior to 1000 hours, the duty Correctional Officer will inspect each inmate housing area to ensure that:

    a. all cells are clean and orderly

    b. inmate bath areas and facilities are clean, sanitary, and orderly

    c. inmate dayroom areas are clean and orderly.

4. The duty Correctional Officer will ensure that floors are swept and washed daily.

5. The duty Correctional Officer will ensure that all waste receptacles are emptied daily and cleaned as needed.

## HOUSEKEEPING OF INMATES HOUSING AREAS – PROCEDURES continued

**SOP.07001: I-A-004.140.**

6. The duty Correctional Officer will require inmates to clean areas which are not cleaned properly the first time.

7. The duty Correctional Officer will implement disciplinary procedures against inmates who repeatedly do not carry out housekeeping duties, or share equally in keeping common areas in his/her cell block area clean.
8. The duty Correctional Officer will ensure that all cleaning supplies are returned to the janitor closet and that the closet is locked.

## HOUSEKEEPING OF COMMON AREAS PROCEDURE

**SOP.07001: I-A-004.145.**

1. Cleaning supplies are issued as needed to the inmate worker to ensure that common inmate activity areas are cleaned.

2. The inmate worker janitor will be responsible to clean and maintain all common areas such as:

   a. hallways

   b. multi-purpose and visiting room

   c. admissions

   d. dining room

   e. jail grounds

   f. restrooms

## HOUSEKEEPING OF COMMON AREAS PROCEDURE continued

**SOP.0700: I-A-004.145.**

3. The inmate workers housekeeping duties to include but not limited to:

    a. sweeping and mopping floors

    b. washing walls

    c. cleaning windows

    d. painting and touch up

    e. trash removal

    f. maintaining the jail grounds

4. The Correctional Staff will inspect, on a periodic daily basis, the areas the inmate worker janitor is responsible for, in order to ensure that his/her housekeeping duties are carried out properly.

5. The Correctional Staff will evaluate the inmate worker janitor's work performance on a weekly basis. If the inmate worker fails to perform his job properly, an inmate worker violation will be submitted to the disciplinary board for review IAW STPSO Inmate Rulebook or DPSC Inmate Handbook.

## HOUSEKEEPING IN JAIL KITCHEN PROCEDURE

**SOP.0700: I-A-004.150.**

1. The Kitchen Supervisor will implement practices to ensure that all food service areas are kept sanitary and orderly.

2. The Kitchen Staff will inspect the food service area after each meal to ensure that the area is sanitary and clean.

3. The Kitchen Staff will ensure that all food service equipment is cleaned after each use.

4. The Kitchen Supervisor will ensure that all eating utensils, serving trays, cups, and bowls are washed and sterilized after each use, and that all of these have been returned from all inmate housing units.

5. The Kitchen Supervisor will ensure that the water temperature of the dishwasher is maintained at a temperature not less than a minimum of 120º Fahrenheit or 49º Celsius for proper sanitation.