St. Tammany Parish Sheriff's Office

# Corrections Procedures – Section 07001 – BJG I-C-006 JAIL – OPERATIONAL CAPACITY

## INITIAL OFFENDER HOUSING ASSIGNMENT-POLICY

**SOP.07001: I-C-006.390.**

It is the policy of the St. Tammany Parish Jail to assign all newly admitted offenders to areas that are under close supervision for the first seventy-two (72) hours of detention, in order to ensure close observation of new offenders at the most crucial period of detention.

## INITIAL OFFENDER HOUSING ASSIGNMENTS PROCEDURE

**SOP.07001: I-C-006.391.**

(reference 7/1/2009 BJG II-004)

1. The STPSO Jail has an operational capacity of 1180 beds. Of this number, 1048 beds shall be assigned to male offenders and 132 beds shall be assigned to female offenders.

    a. The number of offenders present shall not exceed the operational capacity as determined by the state fire marshal and La. Dept. of Health & Hospitals.

    b. The state fire marshal shall determine a capacity primarily based upon exiting capabilities. The La. Dept. of Health & Hospitals will determine a capacity based upon the ratio of plumbing fixtures to offenders and square footage. The operational capacity shall be the lower of these two figures.

2. The Jail Medical Staff will determine if an offender has special needs, i.e.: mental health and substance abuse issues and will notify Jail Staff in writing in order to assign the offender to the appropriate housing area for close observation IAW STPSO Policy and Procedures.

## INITIAL OFFENDER HOUSING ASSIGNMENTS PROCEDURE continued

**SOP.07001: I-C-006.391.**

3. All housing assignments will be recorded in JMS, the housing unit roster and Main Control roster. Any offender housing unit changes will require notification and approval of the Shift Supervisor and Intake Supervisor.

The Intake Staff will implement and complete initial offender classification procedures within the first forty-eight (48) hours of detention.