**St. Tammany Parish Sheriff's Office**

**Corrections Procedures – Section 07002 – BJG II - A-006**

# JAIL SECURITY – STAFF LOG

## STAFF LOG– POLICY BJG II-A-006

**SOP.07002: A-006.300.**

(Reference 7/1/2009 BJG I-011, ACA CJS 1-2A-08)

Correctional Officers will maintain a permanent jail log that contains complete and accurate information pertaining to the operation activities (routine and unusual) of the St. Tammany Parish Jail.

## STAFF LOG – PROCEDURE

**SOP.07002: A-006.310.**

1. The Shift Supervisor will review jail logs daily to ensure that complete and accurate information is being recorded by Correctional Officers during the respective shifts.

2. Correctional Officers will read, sign or log on and off daily logs pertaining to their specific duties when reporting for duty and before relieving on-duty personnel.

3. Duty Correctional Officers will maintain a permanent log and prepare shift reports that record routine information, emergency situations, and unusual incidents. The STP Jail shall maintain written records or logs which continuously document the following information:

   a. Personnel on duty

   b. Time and results of offender population counts and bed checks

   c. Time and results of security checks made

   d. Time, date, and name of offenders received or released

   e. All shift activities, routine or unusual incidents as well as action taken

   f. Entry and exit of all visitors including legal./medical

   g. All offender movements

**STAFF LOG – PROCEDURE continued**
**SOP.07002: A-006.310.**

h. Unusual occurrences or institutional emergencies (including but not limited to major and minor disturbances such as riots, hostage situations, fires, escapes, deaths, serious illness or injury and assaults or other acts of violence). Refer to BJG 1-C-001for reporting requirements to DPS&C.

i. When involving DOC offenders, such procedures include the reporting of these incidents to the DPS&C Office of Adult Services (800) 803-8748 during normal business hours or the Control Center at Elayn Hunt Correctional Center (800) 842-4399 after hours. When involving US Marshal's offenders, such procedures include the reporting of these incidents to the US Marshal's Service (504) 589-6077 EXT #1.

j. When involving Immigration offenders, such procedures include the reporting of these incidents to the Immigrations and Customs Enforcement (ICE) (504) 400-2511 or (504) 329-6254.

4. Duty Correctional Officers will maintain a permanent log for the jail segregation area during their respective shifts. This log will include:

   a. The date and time of all admissions or releases from the isolation area, and by what authority

   b. All security checks to the isolation area

   c. Medical requests and medical care delivered to offenders in isolation

   d. Any disciplinary action taken in the isolation area

   e. Problems or unusual events concerning the isolation area

**STAFF LOG – PROCEDURE continued**

**SOP.07002: A-006.310.**

f. Offenders placed on or removed from suicide watch

g. Log entries for offenders placed in restraint bed and/or restraint chair

5. All manual jail logs will be kept in a secure place in the Records Department for a period of three (3) years.