St. Tammany Parish Sheriff's Office

**Corrections Procedures – Section 07002 – BJG II-A-007**

# JAIL SECURITY – OFFENDER COUNTING

## OFFENDER COUNTING PROCEDURES – POLICY BJG II-A-007

**SOP.07002: II-A-007.700.**

All offenders of the St. Tammany Parish Jail will be accounted for at all times through regular and irregular offender counts. This system includes strict accountability for offenders assigned to work and other approved temporary absences.

## OFFENDER COUNTING PROCEDURES

**SOP.07002: II-A-007.705.**

1. Offender counting procedures will be conducted at the change of each shift and at irregular intervals during each shift to include;
   a. Head count conducted between evening shift change and lockdown.

   b. Head counts conducted between lockdown and morning shift change.

   c. Head counts conducted before and after exercise periods.

2. Roster checks will be as follows: at shift change; all three meal times; after any mass movement; following a major disturbance and 10:30 p.m. lockdown (minimum of six).

3. Shift Change Headcount will be conducted by the oncoming duty Officer as a formal confirming count.

4. The Correctional Officer going off duty will verify the offender count with a headcount. If the count is correct, results are notated in the jail daily log and passed on to oncoming shift. If the count is incorrect, emergency count procedures are implemented.

## OFFENDER COUNTING PROCEDURES continued

**SOP.07002: II-A-007.705**

5. The oncoming Correctional Officer will initially conduct a headcount. If the count is correct, results are notated in the jail daily log and passed on to Main Control. If the count is incorrect, emergency count procedures are implemented. A roll call headcount is conducted by the oncoming Correctional Officer to verify the headcount and offender housing assignment.

6. The Correctional Officer going off duty may leave the jail, when all shift responsibilities have been completed.

## EMERGENCY COUNT – PROCEDURE

**SOP.07002: II-A-007.710.**

1. The Correctional Officer will repeat head count procedures to check for errors. If the head count is incorrect, a roll call headcount will be implemented.

2. The roll call headcount will identify the missing offender(s) by name and housing assignment. If the roster check reveals a missing offender, the Shift Supervisor is notified immediately.

3. The jail is placed on lockdown and an immediate search and emergency count of the entire facility is conducted. All offenders are returned to their housing units during the lockdown, search and count.

4. Housing unit control pod deputies will notify the Shift Supervisor the results of housing unit emergency counts.

5. If the offender is not located or accounted for, Shift Supervisor will notify the Main Control and the Captain of Security., The Captain of Security will notify the Warden.

## EMERGENCY COUNT – PROCEDURE continued

**SOP.07002: II-A-007.710.**

6. The Warden, his designee or Shift Supervisor will immediately implement emergency procedures for escape from the jail (See Escape Procedure, **SOP.07001: I-C-001.245.** The Sheriff and Deputy Chief of Corrections shall be notified immediately by the Warden.

## OFFENDER BED CHECKS PROCEDURE

**SOP.07002: II-A-007.720.**

1. Head counts will be taken at irregular intervals, at least every hour, between 2230 hours to 0500 hours by the duty Correctional Officer.
2. The duty Correctional Officer will enter each housing unit and count each offender. The duty correctional officer must see flesh to be sure that the offender is present.
3. The duty Correctional Officer will verify the head count by comparing it to the most recent offender count.
4. If the head count verifies that all offenders are accounted for, the duty Correctional Officer will enter the results in the jail daily log.
5. If an offender is unaccounted for, the duty correctional officer will implement procedure under Emergency Count Procedure, **SOP.07002: II-A-007.710.**

## OFFSITE OFFENDER COUNT PROCEDURE

**SOP.07002:II-A-007.730**

1. All temporary absences must be approved through Main Control before offenders exit the facility.

2. Main Control will conduct a head count of all offenders exiting the facility and enter the count, name of supervising personnel escorting the offender (with contact info), and location of work assignment.

3. All work sites will conduct a head count at lunch feed-up or formal count times and call in the count to Main Control. Main Control will verify the count and enter into the daily log.

4. Upon returning to facility, Main Control will conduct a head count of all offenders returning and verify the correct counts before the person escorting the offender leaves.

5. If an offender is unaccounted for, the duty correctional deputy will implement procedure under Emergency Count Procedure, SOP.07002: II-A-007.710.