## INMATE POPULATION MANAGEMENT SYSTEM - BJG II-A-008

**SOP.07002: II-A-008.400.**

The St. Tammany Parish Jail will maintain accurate and current records for each person detained in the St. Tammany Parish Jail including records on admission, processing and releasing inmates.

## INMATE RECORDS FILE – PROCEDURE

**SOP.07002: II-A-008.410.**

1. The Captain of Operations, or his designee, will ensure that inmate file folders contain, at a minimum:

   a. Master Prison Form

   b. Bill of Information/Indictment

   c. Court Records (Court Minutes/Uniform Commitment)

   d. Inmate Booking Form

   e. Inventory forms for all clothing, property, money, and valuables taken from the individual, and signed receipts

   f. Photographs

   g. Any other information pertaining to the inmate deemed necessary.

   h. Reports of disciplinary actions, grievances, incidents or crimes committed while in custody.

   i. Records of program participation, work assignments and classification actions.

**INMATE RECORDS FILE – PROCEDURE continued**
**SOP.07002: II-A-008.410.**

j. Any government issued identification cards, i.e. driver's license, that may have been collected from the inmate during the intake process.

2. In addition to the maintenance of the above information, the following shall be collected and forwarded to the DPS&C Pre-Class Coordinator for the area in which the facility is located:

   a. Master Prison Form

   b. Fingerprints: one FBI print card from AFIS

   c. One Photograph

   d. Bill of Information and Court Minutes for each conviction (for probation violators both the original sentencing minutes and the revocation minutes are required)

   e. Jail Credit Letter

   f. One Inventory Acknowledgment Form (cash and property receipts)

3. The Warden will ensure that juvenile records are kept under lock and key separate from adult records.

4. The Warden will ensure that inmate records are maintained by personnel in compliance with the procedures of the St. Tammany Parish Jail.

5. When an inmate is transferred to another facility the Jail shall forward copies of his/her records to the other facility.

## PROCEDURE-INMATE MEDICAL RECORDS

**SOP.07002: II-A-008.500.**

1. The Warden will ensure that a separate medical file is maintained for each individual inmate detained at the St. Tammany Parish Jail by requiring this from the Jail Medical Staff. The Warden will require that the Jail Medical Staff maintain medical files which include:

   a. Medical screening forms and AIDS screening forms

   b. Notes reflecting medical examinations

   c. All medical findings, diagnoses and treatment

   d. All requests for medical treatment

   e. All prescriptions

   f. The date, time and place of all medical treatment.

2. When an inmate is transferred to another facility, upon receipt of written authorization from the inmate, the Jail Medical Staff shall forward copies of his/her medical records to the other facility.

3. When inmates medical records are requested by a third party, this request shall be administered by the Jail Medical Staff.