**Corrections Procedures – Section 07002 – BJG II- A-012**

# JAIL SECURITY – CLASSIFICATION SYSTEM

## CLASSIFICATION SYSTEM - POLICY

**SOP.07002: II-A-012.100.**

The St. Tammany Parish Jail houses pre-trial inmates, DPS&C inmates, and Federal inmates under the jurisdiction of both the US Marshal's Service and Immigration and Customs Enforcement. All inmates are classified according to guidelines established by the respective agencies.

The St. Tammany Parish Jail Inmate Classification System is designed to provide a manageable, fair, and consistent process for classifying inmates according to their individual custodial management - minimum, medium, or maximum. Inmate Classification cannot ensure that inmate on inmate violence will not occur or that classification procedures will ensure the protection of any inmate.

The St. Tammany Parish Jail will implement and maintain the Inmate Classification System to ensure that inmates are classified in a fair and consistent manner.

The St. Tammany Parish Jail provides for inmate classification that includes custody required and assignment to appropriate housing. Offender management and housing assignment considers age, gender, legal status, custody needs, special problems and needs and behavior. All offenders are classified using an objective classification process that at a minimum;

1. Identifies appropriate level of custody for each offender
2. Identifies appropriate housing assignment
3. Identifies the offender's interests and eligibility to participate in available programs

## INMATE CLASSIFICATION SYSTEM– GENERAL

**SOP.07002: II-A-012.105.**

1. The Warden will ensure that the Inmate Classification System complies with the local, state, and federal detention standards.

2. The Warden or his designee will review the jail Inmate Classification System annually.

3. The Intake Supervisor will ensure that each inmate admitted is classified. This applies to all inmates received into the Jail regardless of status, i.e.; pre-trial, DPS&C, or Federal.

4. Further classification of DPS&C inmates will be done by the IRB. See **SOP.07002: A-012.365.**

5. The Warden will ensure that decisions made by jail staff concerning the level of custodial management of an inmate are consistent with the jail classification system.

## CATEGORIES OF INMATE CLASSIFICATION ASSIGNMENT POLICY

**SOP.07002: II-A-012.110.**

In accordance with the jail classification system, inmates of the St. Tammany Parish Jail will be assigned to the following classification categories:

1. maximum security classification
2. medium security classification
3. minimum security classification

Jail staff will implement custodial management practices, depending on the classification category assigned to an inmate.

### DEFINITION

**Maximum security**: A classification assignment of an inmate who poses a real and present high risk to the security of the jail or the safety of the staff, visitors, and other inmates. Inmates classified as maximum security require close supervision by staff and an appropriate housing assignment.

**Medium security**: A classification assignment of an inmate which indicates a risk to the security of the jail. Inmates classified as medium security require close supervision by staff and an appropriate housing assignment.

**Minimum security**: A classification assignment of an inmate which indicates that he/she poses a lesser risk to jail security or the safety of the community, staff, or other inmates. Inmates classified as minimum security require minimal staff supervision.

**Booking Staff**: Jail staff member who has received special training in classification and booking procedures.

**CLASSIFICATION**: a structured non-directive interviewing process used to determine an inmate's classification category which is based upon a point system and the special needs of the inmate.

## MAXIMUM SECURITY INMATES - CLASSIFICATION

**SOP.07002: II-A-012.120.**

1. Inmates classified as maximum security must meet with the following criteria:

   a. have a verified score on the classification scale of 21 -30 points.

   b. have been charged with a capital offense, escape or demonstrated behavior which indicates that he/she is a high risk to the jail security and a danger to the safety of the Correctional Officer and other inmates.

   c. by review of the booking staff, has been found to be a maximum security inmate.

2. Inmates, except females or juveniles, who are classified as maximum security should be housed only in appropriate security housing units, unless the inmate is placed in administrative segregation.

## MEDIUM SECURITY INMATES CLASSIFICATION

**SOP.07002: II-A-012.130.**

1. Inmates classified as medium security must have verified scores which range between 8 and 20 points on the classification scale.

2. Inmates classified as medium security must meet the following criteria:

   a. have not been charged with a capital offense or escape or attempted escape, but have demonstrated behavior which indicates that he/she is a security risk to the jail,

   b. by review of the booking staff, have been designated as medium security inmates.

3. Inmates, except females or juveniles, who are classified as medium security inmates will be housed in appropriate housing units.

## MINIMUM SECURITY INMATES CLASSIFICATION

**SOP.07002: II-A-012.140.**

1. Inmates classified as minimum security must have verified scores of 7 points or less on the classification scale.

2. Inmates classified as minimum security must meet the following criteria:

    a. have demonstrated behavior which indicates that he/she is a minimum security inmate, and

    b. have been found to be a minimum security inmate by the booking staff.

3. Inmates, except female, or juveniles who are classified as minimum security and/or inmate workers, will be housed in -appropriate housing units.

## CLASSIFICATION OF FEMALES, JUVENILES

**SOP.07002: II-A-012.145.**

1. The same classification assignments (maximum, medium, and minimum), will be applied to female and juvenile inmates, with the exception of the following segregation requirements:

    a. Male and Female inmates will be housed in different quarters with reasonable sight and sound separation at the St. Tammany Parish Jail.

    b. Female and male juvenile inmates will be housed in juvenile holding.

**Note: SOP.07002:A-012.100** through **SOP.0700:A-012.350.** apply only when our jail population is such that the inmate classification system is manageable. Manageability is based on the number and variation of inmates' backgrounds, prior sentences and present charges.

**JUVENILES HOUSED IN ADULT FACILITIES - POLICY**

**SOP.07002: II-A-012.146.**

**Offenders subject to juvenile jurisdiction are housed in adult facilities only under the conditions established by law.**

**JUVENILES HOUSED IN ADULT FACILITIES - PROCEDURE**

**Per Article 306 under Chapter 4 Original Criminal Court Jurisdiction over Children. Places of detention: juveniles subject to criminal court jurisdiction.**

a. Prior to the divesting events specified in Paragraphs A through D of Article 305, the child shall be held in custody in a juvenile detention center, except as hereinafter provided.

b. If a detention facility for juveniles is not available, he may be held in an adult jail or lockup for identification or processing procedures or while awaiting transportation only as long as necessary to complete these activities for up to six hours, except that in non-metropolitan areas, he may be held for up to twenty-four hours if all of the following occur:

(1) The child meets the age and offense criteria set out in Article 305.
(2) A continued custody hearing in accordance with Articles 820 and 821 is held within twenty-four hours after his arrest.
(3) There is no acceptable alternative placement to the jail or lockup in which he is being held.
(4) The sheriff or the administrator of the adult jail or lockup has certified to the court that facilities exist providing for sight and sound separation of the juvenile from adult offenders and that he can be given continuous visual supervision while placed in the jail or lockup.

## JUVENILES HOUSED IN ADULT FACILITIES – POLICY continued

**SOP.07002: II-A-012.146.**

c. If an indictment has not been returned, a bill of information filed, or a continued custody hearing not held within twenty-four hours, the child held in an adult jail or lockup in a non-metropolitan area shall be released or removed to a juvenile detention facility.

d. If at the conclusion of the continued custody hearing, the court determines that the child meets the age requirements and that there is probable cause that the child has committed one of the offenses enumerated in Article 305, the court shall order him held for trial as an adult for the appropriate court of criminal jurisdiction. The child shall thereafter be held in any facility used for the pretrial detention of accused adults and shall apply to the appropriate court of criminal jurisdiction for a preliminary hearing, bail, and for any other rights to which he may be entitled under the Code of Criminal Procedure.

e. If for any reason the court determines that the child is not subject to the jurisdiction of the criminal courts, it may continue him in custody only in those places authorized by Article 822.

f. The court authorizing the detention of the child in an adult jail or lockup pursuant to Paragraph B or D of this Article shall submit a written report delineating appropriate reasons for the continued custody to the judicial administrator of the supreme court for review and shall submit copies to the Louisiana Commission on Law Enforcement and Administration of Criminal Justice and to the sheriff or chief of police of the facility in which the child is being detained within seven working days of the court's decision.

## INMATE CLASSIFICATION PROCEDURES – GENERAL PROCEDURES

**SOP.07002: II-A-012.155.**

1. The Booking Staff will complete classification procedures including verification of information, (see **SOP.0700:04.150**.)

2. The Booking Staff will assign inmates a security classification determined by verified scores calculated by JMS.

3. Inmates will have the right to appeal classification decisions made by the Booking Staff to the Warden or his designee.

## CLASSIFICATION PROCEDURES - POLICY

**SOP.07002: II-A-012.160.**

Classification procedures have been designed to provide the booking staff with an initial classification process. The process will assist him/her in identifying the custodial management of inmates admitted to the St. Tammany Parish Jail. The purpose of the process is to provide as safe and secure housing as possible.

The booking staff will implement and complete classification procedures on all inmates admitted to the St. Tammany Parish Jail.

## CLASSIFICATION INTERVIEW

**SOP.07002: II-A-012.165.**

1. Classification interviews will be conducted by the booking staff.

2. The booking staff will conduct classification interviews on his/her tour of duty.

3. Classification interviews will be held in the booking area.

4. The booking staff will explain the purpose of the interview to the inmate to be interviewed.

5. The booking staff will base the interview on structured questions from the Classification interview and Verification Form.

6. The booking staff will conduct the interview in an unhurried, professional, and personalized manner. Ideally, the booking staff should spend most of the interview time listening to what the inmate has to say rather than doing most of the talking.

7. The booking staff will ensure that he/she has enough written information necessary to verify information in all ten areas of the Classification Interview and Verification Form.

8. The booking staff will explain to the inmate that as soon as the information given by him/her is verified, he/she will be assigned to a temporary classification category.

9. The booking staff will transfer the information obtained from the inmate record on the classification interview and the verification form to the classification score form.

10. The booking staff will implement procedures to verify information obtained from this inmate during the interim.

## VERIFICATION OF INFORMATION - PROCEDURE

**SOP.07002: II-A-012.170.**

1. The booking staff will verify information obtained by the inmate during the classification interview through records or arrest reports obtained.

2. The booking staff will verify information through records whenever necessary.

3. The booking staff will transfer the verified information to the classification score form from the Classification Interview and Verification Form.

4. The booking staff will tally the points of all ten areas of verified information on the classification score form to calculate the total score.

5. The booking staff will translate the score into a classification assignment by locating the position of the score on the classification scale. The classification assignment will be written on the interim classification score form in the area provided.

6. The booking staff will recheck his/her math to ensure the score is correct and write the score in the area provided on the interim classification score form.

## CLASSIFICATION AND HOUSING ASSIGNMENTS PROCEDURE

**SOP.07002: II-A-012.180.**

1. The booking staff will inform the on duty Correctional Officers of the inmate classification and housing assignment.

2. On duty Correctional Officers will record this information in the daily log and enter the inmate's name on the inmate housing assignment count.

3. The booking staff will record the inmate's name, classification assignment, and housing assignment in the jail daily log, on the inmate housing assignment count (located in the Correctional Officer's station) and in the inmate records. Any enemy(s) identified by an inmate will be recorded in JMS and cross-referenced in JMS under the names of all enemy(s) identified if that named inmate is currently housed in our facility.

## BOOKING STAFF– POLICY

**SOP.07002: II-A-012.200.**

The St. Tammany Parish Jail will ensure that inmates are classified in a fair and consistent manner, according to the inmate's individual custodial management.

## BOOKING OFFICER- GENERAL PROCEDURE

**SOP.07002: II-A-012.225.**

1. The Booking Office will consist of the Booking and Bonding Officers.

2. The Booking Staff will have the authority to:

    a. assign inmates to classification categories, and

    b. hold reclassification hearings to ensure the inmates due-process right when considering reclassifying an inmate to a higher level of security.

## BOOKING OFFICER – GENERAL PROCEDURE continued

**SOP.07002: II-A-012.225.**

3. Decisions made by the booking staff regarding inmate classification assignments will be based on verified, objective information.

4. Inmates to be classified or reclassified will be allowed to be present at meetings or hearings held by the Booking Supervisor, unless the inmate poses a present and clear danger to the safety or security of the St. Tammany Parish Jail.
5. The Booking Staff will provide the Booking Supervisor with (at a minimum) the following inmate records:

    a. completed classification interview and verification forms,

    b. completed classification score forms,

    c. individual inmate arrest report(s), if any,

    d. inmate evaluations, if any, and

    e. inmate disciplinary reports, if any.

6. The Booking Staff will treat inmate classification records and evaluation as confidential information.

7. The Booking Staff will conduct classification meetings and the hearings in the jail complex.

8. The Booking Staff will complete an inmate classification form on each inmate classified or reclassified.

9. The Booking Supervisor will ensure that the classification decisions made by the booking staff are implemented by the Correctional Officer.

## INMATE CLASSIFICATION ASSIGNMENTS PROCEDURE

**SOP.07002: II-A-012.230.**

1. The Booking staff will review the records of each individual that is to be classified.

2. The Booking staff will classify inmates in the least restrictive manner possible.

3. The Booking staff will assign the inmates to a classification category based upon verified, objective information.

4. The Booking staff will complete the inmate Classification Form.

## INMATE RECLASSIFICATION PROCEDURES-POLICY

**SOP.07002: II-A-012.300.**

The St. Tammany Parish Jail will implement procedures necessary to reclassify inmates to a higher security, or lower security classification.

## RECLASSIFICATIONS TO A HIGHER SECURITY ASSIGNMENT

**SOP.07002: II-A-012.310.**

1. When verified information or the inmate's behavior indicates that he/she requires a higher security classification, the jail staff will give the inmate written notice of a reclassification hearing. This notice will include:

   a. time, date and place of the hearing,

   b. reason for considering reclassification,

   c. Inmate's right to be present at the hearing in order to present his/her case.

**RECLASSIFICATIONS TO A HIGHER SECURITY ASSIGNMENT continued**

**SOP.07002: II-A-012.310.**

2. The jail staff may take immediate action and place the inmate in a higher security setting if he/she poses a clear and present danger to the security and safety of the jail. In this case the jail staff will:

   a. provide the inmate with written notice,

   b. notify the Shift Supervisor of the action taken,

   c. record the action taken and the reason why in the jail's daily log,

   d. notify the Division Captain or his designee of the inmate's name to be classified or reclassified at the next Administrative Hearing

3. The jail staff will ensure that the inmate's due-process rights are protected. This will include:

   a. The Division Captain or his designee will inform the inmate of his/her right to appeal the decision to the Warden within fifteen (15) calendar days.

   b. the inmate's right to be notified in writing,

   c. The inmate's right to appeal the reclassification decision

   d. The inmate's right to be heard.

4. The Division Captain or his designee will review all information and hear all testimony before making his/her decisions.

5. The Division Captain or his designee will render a decision, document it on the Administrative Hearing Form and a copy placed in the inmate's record.

## RECLASSIFICATION TO A LOWER SECURITY ASSIGNMENT - PROCEDURE

**SOP.07002: II-A-012.320.**

When jail staff has a reason to believe that an inmate is held at a higher security assignment than necessary, he/she may request that the jail staff arrange for the inmate to be reviewed for a lower classification level.

1. The inmate to be considered for reclassification to a lower security level will be given written notice by the jail staff.

2. The jail staff will review the inmate's case and hear testimony from the person requesting the review and the inmate.

3. The jail staff will complete an inmate Classification Form when a decision is reached and submit it to the Warden for review.

4. The jail staff will inform the inmate of his/her right to appeal the decision made by the committee to the Warden or his designee

## INMATE APPEAL OF CLASSIFICATION DECISIONS – POLICY

**SOP.07002: II-A-012.350.**

Inmates of the St. Tammany Parish Jail have the right to appeal classification decisions made by the IRB/ICB to the Warden within 15 calendar days from the date the Board rendered its decision.

## INMATE APPEALS PROCEDURE

**SOP.07002: II-A-012.355.**

1. An inmate may submit a written request to the Warden for an appeal to the Classification decision made by the IRB/ICB in his/her case within 15 calendar days.

2. Request for appeal of classification decisions will be delivered to the Warden by the jail staff.

3. The Warden will review the original decisions made by the IRB/ICB and meet with the inmate requesting the appeal within seven (7) days of the receipt of request.

4. The Warden will give notice to the inmate, within ten (10) days of his/her decision regarding the inmate's request for appeal.

## CLASSIFICATION SYSTEM FOR DPS&C INMATES – POLICY

**SOP.07002: II-A-012.365.**

The St. Tammany Parish Jail will implement and maintain the Inmate Classification System to ensure that inmates are classified in a fair and consistent manner. The St. Tammany Parish Jail provides for inmate classification that includes custody required and assignment to appropriate housing. Offender management and housing assignment considers age, gender, legal status, custody needs, special problems and needs and behavior. All offenders are classified using an objective classification process that at a minimum;

1. Identifies appropriate level of custody for each offender
2. Identifies appropriate housing assignment
3. Identifies the offender's interests and eligibility to participate in available programs

## PROCEDURE FOR INMATE (DPS&C) CLASSIFICATION

**SOP.07002:II-A-012.370.**

1. After conviction and sentenced to serve time at hard labor, the inmate shall be processed with the guidelines established by the Louisiana Department of Public Safety and Corrections. The DOC Classification Deputy shall complete a pre-class packet and entered all required information into the AFIS machine. The pre-class packet shall contain the following items as required by Department of Public Safety for Corrections.

   a. In addition to the maintenance of the above information the following should be collected and forwarded to the Pre-Class Coordinator for your area:
      - Fingerprint Card.
      - Bill of Information and Court Minutes for each conviction (for probation violators both the original sentencing minutes and the revocation minutes are required ;)
      - Jail credit letter
      - Inventory Acknowledgement Form
      - Master prison form
      - Bill of Information/Indictment
      - Court Minutes/Uniform Commitment
      - Photograph

2. Inmates shall receive a classification score based and documented on the St. Tammany Parish Jail DOC classification form with the following information:

   1. Is the current conviction a disqualifying violent offense?
      A. Disqualifying violent offenses are defined as;
         1. First or Second Degree Murder
         2. Aggravated Rape
         3. Aggravated Kidnapping
         4. Armed Robbery
         5. Aggravated Arson
         6. All sex offenses as defined in LA R.S. 15:541

## PROCEDURE FOR INMATE (DPS&C) CLASSIFICATION continued

**SOP.07002:II-A-012.370.**

2. Inmate has been sentenced pursuant to LA R.S. 15:529.1 if the offense is a fourth felony conviction or greater.
3. Has any pending felony charge, felony warrant or felony detainer?
4. Has more than 7 years to their good time or full time release date?
5. Escape, attempted escape or abetted escape within 7 years?
6. A major disciplinary violation in the last 90 days?
7. Has been in general population less than 30 days?
8. Convicted of a criminal or disciplinary sex offense?
9. A positive result drug screen while incarcerated within 24 months?
10. Medical/Mental Health clearance for work status?

3. The Classification Form shall answer according to current booking information, the inmate's current file, and Clerk of Court GRIDS system and CAJUN 2 system. In addition, NCIC background checks shall be on the individual under both the inmate's SID and FBI number. The form shall be signed from the DOC Classification Deputy and a record will be placed on classification form. The completed form shall be added to the inmate's pre-class packet. The pre-class packet will be forwarded to the Initial Classification Board (ICB).

4. The ICB will consist of the Division Captain or his designee and DOC Classification Deputy.

5. The ICB will meet weekly or as needed to determine offender classifications.

## PROCEDURE FOR INMATE (DPS&C) CLASSIFICATION continued

**SOP.07002: II-A-012.370.**

6. The inmate classification shall be as follows:

   a. Minimum Security (Class A) – all questions on the form must have a "no" answer.
   b. Medium Security (Class B) – Has less than 10 years to their good time or full time release date and meets all other criteria of Minimum Security.
   c. Maximum Security – An inmate that does not meet the criteria for minimum or medium security.
   d. The Warden or his designee may waive any of the aforementioned requirements for minimum/medium custody requirements.

7. An inmate who is classified as maximum security will be ineligible for inmate worker status; however, exceptions may be made at the discretion of the Warden or his designee.

8. Any inmate in disagreement with the ICB/IRB may appeal to the Warden, in writing, within 15 calendar days.

## INMATE WORKER SELECTION - POLICY

**SOP.07002:II-A-012.380.**

Inmates who wish to be considered for positions of inmate worker must meet the criteria established by the St. Tammany Parish Jail.

## INMATE WORKER CLASSIFICATION PROCEDURE

**SOP.07002: II-A-012.385.**

1. The selection of an inmate worker will be made by an Internal Review Board (IRB) chaired by the Division Captain or his designee. The IRB will consist of, but not be limited to, a chairman, a supervisor from Classification Section and/or a DOC Classification Deputy.

2. The IRB will be responsible for the reassignment of an offender's job, quarters, and/or assignment to minimum custody IAW DPS&C Regulation #B-02-017 and #C-01-022.

3. The Jail Medical Department may overrule the IRB's recommendation, when in their professional opinion the offender has medical and/or mental health concerns that render his assignment to a particular custody and/or job inappropriate. When immediate action is required, consultation to review appropriateness of the action occurs as soon as possible, but no later than 72 hours.

4. The inmate must have a classification of minimum or medium security.

5. The inmate's behavior must have conformed to the rules and regulations of the St. Tammany Parish Jail.

6. The inmate must be physically and mentally able to perform the duties of this position.

7. If more than one inmate is being considered for the same position, the inmate with the best qualifications in the area of the duties to be performed for that position will be selected.

8. Handicapped inmates will be considered equally for the same position of inmate worker.

## INMATE WORKER CLASSIFICATION PROCEDURE continued

**SOP.07002: II-A-012.235.**

9. Inmates who wish to apply for positions of inmate worker must complete an application for positions of inmate worker.

10. Inmate workers may be removed from worker status under the following conditions;

    a. Disciplinary Board finding of Guilty
    b. Administrative Removal by the Warden or his designee

11. An inmate removed from worker status may re-apply to the IRB for worker status after 90 days.