St. Tammany Parish Sheriff's Office

Corrections Procedures – Section 07006 – BJG VII-A-001

# JAIL ADMINISTRATION AND MANAGEMENT – TRAINING AND STAFF DEVELOPMENT

## TRAINING AND STAFF DEVELOPMENT POLICY BJG VII-A-001

**SOP.07006: VII-A-001.110.**

1. The Warden will ensure that all Correctional Officers receive training in administrative policies and procedures.

2. The Warden will see that all Correctional Officers are notified of any changes in Policy or Procedure.

## TRAINING AND STAFF DEVELOPMENT PROCEDURES

**SOP.07006: VII-A-001.625.**

1. The Training Division will provide for the training of all Correctional Officers that complies with the state and federal detention standards and the requirements of the laws of the State of Louisiana. Staff training will include, at a minimum:

    a. Orientation

    b. Annual in-service training

    c. Any necessary training

2. Staff training is essential for promoting professionalism in the field of Corrections and to maintain consistent operational practices at the Jail. Such training must include:

    a. Security procedures
    b. Hostage procedures – including staff roles and safety
    c. Fire and emergency procedures

## TRAINING AND STAFF DEVELOPMENT PROCEDURES continued

**SOP.07006: VII-A-001.625.**

d. Suicide precaution and signs of suicide risks

e. Use of force policies

f. Offender rules and regulations

g. CPR and first aid

h. Requirements of the Prison Rape Elimination Act (PREA)

Employees whose duties are the care, custody and control of offenders must complete the Peace Officers Standards and Training (POST) Level III Certification training program.

## PROCEDURE-STAFF TRAINING – GENERAL

**SOP.07006: VII-A-001.650.**

1. The Warden shall be familiar with the requirements for training Correctional personnel set forth by detention standards, state and federal law.

2. The Warden will ensure that Correctional Training Programs provided for Correctional Officers comply with detention standards and laws of the State of Louisiana.

3. The Training Division will use national, state, and local resources, whenever possible, in developing and providing staff training.

4. The Sheriff may grant administrative leave and reimbursement for Correctional Officers attending professional seminars and educational activities approved by the Warden.

## PROCEDURE-STAFF TRAINING-GENERAL continued

**SOP.07006: VII-A-001.650.**

5. The Warden will coordinate with The Training Division to develop and maintain an in-service training program, including training in the St. Tammany Parish Jail Policies and Procedures, on an on-going basis.

6. The Training Division will maintain a written and practical program of orientation for new and part-time Correctional Officers.

7. The Training Division will ensure that jail personnel training records include complete, accurate, and current training information.

8. The Jail Command Staff will provide emergency procedure training to personnel.

9. The Training Division will provide to all Correctional Officers, training in the methods of the use of force to control offenders.

## STAFF ORIENTATION

**SOP.07006: VII-A-001.680.**

1. The Warden will provide a general orientation to the jail for all new full- or part-time Correctional Officers prior to duty assignments.

2. Staff orientation will include, at a minimum, a general familiarization of:

   a. personnel policies

   b. organizational structure

   c. physical plant

   d. job description

   e. policies and procedures of the St. Tammany Parish Jail

   f. programs of the St. Tammany Parish Jail

3. The Training Division Manager will ensure that the participation of new or part time Correctional Officers in the orientation to the jail is recorded in the individual's training record.

4. The Warden will provide for the orientation of all new Correctional Officers as follows:

   a. clerical and support staff, having minimal offender contact, receive orientation prior to being assigned to a job

   b. support staff having daily offender contact receive orientation prior to being assigned independently to a job

   c. Correctional Officers must successfully complete POST Level III Basic Corrections Certification and Corrections Field Training Program prior to being independently assigned to a post.

## IN-SERVICE TRAINING POLICY

**SOP.07006: VII-A-001.700.**

St. Tammany Parish Correctional Officers are required to complete forty (40) hours of documented in-service training per year.

## IN-SERVICE TRAINING

**SOP.07006: VII-A-001.710.**

1. Correctional Officers will complete forty (40) hours of in-service training scheduled by the Warden, during a period of one year.

2. Correctional Officers will be tested in all areas of in-service training.

3. The Warden will ensure that in-service training is completed, and included in Correctional Officers' training programs.

4. In-service training will include but is not limited to:

    a. Suicide precaution and signs of suicide risks
    b. Use of force policies
    c. CPR and first aid
    d. Requirements of the Prison Rape Elimination Act (PREA)
    e. Defensive tactics/baton
    f. Taser
    g. OC spray
    h. Fire and emergency operations plans
    i. Any other topics as necessary

## BASIC CORRECTIONAL TRAINING COURSE POLICY

**SOP.07006: VII-A-001.720.**

Full-time personnel of the St. Tammany Parish Jail will successfully complete the POST Level III Basic Corrections Certificate course offered by the St. Tammany Parish Sheriff's Office.

## POST LEVEL III BASIC CORRECTIONAL CERTIFICATION COURSE PROCEDURE

**SOP.07006: VII-A-001.730.**

1. All Correctional Officers will successfully complete the POST III Level Basic Certification course within the first twelve months of employment.

2. A jail employee who receives a final test score of less than seventy points in the basic correctional training course may have his/her employment with the St. Tammany Parish Jail terminated.

3. Full-time Correctional Officers will successfully complete the STPSO Corrections FTO (Field Training) Program after completing the POST III Level Basic Corrections Training. Failure to successfully complete the Corrections FTO Program may result in re-assignment or termination.

## ADVANCED TRAINING-POLICY

**SOP.07006: VII-A-001.740.**

The St. Tammany Parish Jail encourages its Correctional Officers to participate in advance training programs offered by local, state, and national resources. Advanced training offers Correctional Officers the opportunity to further their knowledge and skills in a field which is fast becoming a specialized professional career.

## ADVANCED TRAINING PROCEDURE

**SOP.07006: VII-A-001.750.**

1. The Warden should post advanced training opportunities offered by local, state, and national resources.

2. Correctional Officers who would like to attend training courses will submit a written request to the Supervisor at least six weeks prior to the date the advanced training course is to take place.

3. The Warden will, upon his/her approval of the request, forward the request to the Chief of Corrections. If the Warden does not approve of the request, he/she will state the reason on the written request, and give notice to staff person making the request.

4. The Chief of Corrections will review written requests for advanced training approved by the Warden, and give his/her approval or disapproval of the request.

5. The Chief of Corrections will give notice of his/her decision of the request of the Warden and staff person making the request.

6. The Warden will, upon notice from the Chief of Corrections' approval of the request of advanced training, make arrangements for replacement staff for the staff person who will attend advanced training.

7. Correctional Officers attending advanced training may be required to provide training to Correctional Officers in the areas in which he/she has received advanced training.