**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KEVIN LOUVIERE, et al.,** | **CIVIL ACTION** |
| **Plaintiffs,** | **Case No. 2:20-cv-01840-WBV-DPC** |
| **v.** | **DISTRICT JUDGE:**<br>**WENDY B. VITTER**<br>**SECTION "D"** |
| **ST. TAMMANY PARISH GOVERNMENT, et al.,** | |
| **Defendants.** | **MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT**<br>**SECTION "2"** |

**PLAINTIFFS' INITIAL DISCLOSURES**

AND NOW come the Plaintiffs, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR., and FLOYD WILLIAMS, individually, and on behalf of a class of all others similarly situated, appearing through counsel, THE GLORIOSO LAW FIRM; JACOB LITIGATION, INC.; and ROMANUCCI & BLANDIN, LLC; pursuant to FED.R.CIV.P. 26(a) to provide the following Initial Disclosures. Plaintiffs reserve the right to supplement or correct these disclosures in accordance with Rule 26(e). Plaintiffs do not admit or concede the admissibility or the authenticity of any information identified below, and reserve all rights to object during discovery or at trial, including but not limited to the Plaintiffs' right to invoke the attorney-client privilege, the work product doctrine, or other applicable privileges.

**A. Pursuant to FED.R.CIV.P. 26(a)(1)(A)(i), Plaintiffs provide "the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment":**

**Witness:** Kevin Louviere (Plaintiff)
**Witness:** Terry Matthew Hall, Jr. (Plaintiff)
**Witness:** Floyd Williams (Plaintiff)
**Witness:** St. Tammany Parish Council (Defendant)
**Witness:** Randy Smith (Defendant)
**Witness:** Rodney J. Strain (Defendant)
**Witness:** Greg Longino (Defendant)
**Witness:** Lacey Kelly (Defendant)
**Witness:** Ahmed Anwar Ali Taqi Baqer
**Witness:** Klabert Joseph Guillot, Jr.
**Witness:** Klabert Joseph Guillot, Sr.
**Witness:** All inmates held in the holding cells during the relevant period of time.
**Witness:** Scotty Payne, Captain
**Witness:** Shaniqueka Weary, Captain
**Witness:** Brian Beech, Captain
**Witness:** Scott Lee, Captain
**Witness:** Lee Zurik, Fox8 News

**Subjects of information for above persons:** See Complaint (Doc. 1).

**Witness:** Joseph P. Lopinto, III, Jefferson Parish Sheriff
**Witness:** Marlin N. Gusman, Orleans Parish Sheriff

**Subjects of information for above persons:** Jail conditions at comparable jails.

**B. Pursuant to FED.R.CIV.P. 26 (a)(1)(A)(ii), Plaintiffs provide "a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment":**

1. US DOJ 2012 Report
2. CDC Guidelines
3. Louisiana Title 22
4. Lee Zurik Fox8 News Story Videos
5. STPSO Budgets for 2017-Present
6. STPSO Staffing Totals
7. STPSO Jail Counts
8. STPSO Inmate Rosters
9. STPSO Housing Records

10. Documents produced by Defendants during discovery in Baqer, et al. v. St. Tammany Parish Government, et al., No. 2:20-cv-00980 (E.D.La.)

**C. Pursuant to FED.R.CIV.P. 26 (a)(1)(A)(iii), Plaintiffs provide "a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered":**

At the present time, "plaintiff must merely disclose 'the best information available' concerning the claim, however limited and potentially changing it may be." Stemrich v. Zabiyaka, No. 1:12-CV-1409, 2013 WL 4080310 (M.D. Pa. August 13, 2013) (citing Moore, § 15.02). In this regard, Plaintiffs are seeking compensatory and punitive damages to be set by a jury. Presently, Plaintiffs' compensatory damages are believe to be in the range of $250,000 per Plaintiff.

Plaintiff is seeking punitive damages against the Individual Defendants only. The United States Supreme Court has held that there are certain due process standards that every punitive damages award must pass. See, e.g., State Farm Mut. Automobile Ins. Co. v. Campbell, 538 U.S. 408, 425 (2003); Gore, 517 U.S., at 574–575. Although "we have consistently rejected the notion that the constitutional line is marked by a simple mathematical formula," id., at 582, the Court has determined that "few awards exceeding a single-digit ratio between punitive and compensatory damages, to a significant degree, will satisfy due process," State Farm, 538 U.S., at 425; "[w]hen compensatory damages are substantial, then a lesser ratio, perhaps only equal to compensatory damages, can reach the outermost limit of the due process guarantee," Id.

Plaintiffs are also seeking to recover attorney's fees and costs at the market rate. Plaintiffs are further seeking to recover fees for clerical work at the market rate, plus all costs incurred during the litigation.

**Respectfully Submitted,**

**Dated: October 16, 2020** **By:** ***/s/ Devon M. Jacob***
**Attorney for Plaintiffs**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KEVIN LOUVIERE, et al.,** | **CIVIL ACTION** |
| **Plaintiffs,** | **Case No. 2:20-cv-01840-WBV-DPC** |
| **v.** | **DISTRICT JUDGE: WENDY B. VITTER SECTION "D"** |
| **ST. TAMMANY PARISH GOVERNMENT, et al.,** | |
| **Defendants.** | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT SECTION "2"** |

## CERTIFICATE OF SERVICE

I, Devon M. Jacob, Esquire, hereby certify that on the below referenced date, I served a true and correct copy of this document, via email of record, on all counsel of record.

**Respectfully Submitted,**

**s/ *Devon M. Jacob***
**DEVON M. JACOB, ESQUIRE**

**Date: October 16, 2020**