**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | |
| Plaintiffs, | * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)** |
| v. | * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | JUDGE DARREL JAMES PAPILLION |
| Defendants. | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| | * | JURY TRIAL |

*****************************************************************************

**<u>PLAINTIFFS' MOTION IN LIMINE #7:</u>**
**<u>MOTION TO ADMIT RELEVANT VIDEOS</u>**

NOW COME the Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record, ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and THE GLORIOSO LAW FIRM, and moves this Honorable Court *in limine*, to admit relevant videos. In support thereof, Plaintiff states as follows:

Plaintiffs seek to admit multiple videos reflecting the reality of the conditions they were faced to endure around the time they were detained within the St. Tammany Parish Jail holding cells. The following videos contain relevant video evidence of the conditions experienced by the Plaintiffs.

Plaintiff Ahmed Baqer was held in the St. Tammany Parish holding cells in and around December of 2019. Plaintiff Kevin Louviere was held in the St. Tammany Parish holding cells in and around October to November 2019. Plaintiff Klabert Joseph Guillot, Sr. was held in the St. Tammany Parish holding cells in and around December 22, 2019 to January 2020. Accordingly,

the following videos demonstrate the condition of the cells around the time of their detentions (labeled by Exhibit and attached hereto):

- Ex. A: December 21, 2019, holding cell video, 103f mh4 12-21-2019
- Ex. B1 and B2: December 25, 2019, holding cell videos
    - 103f 12-25-19
    - 103f mh3 12-25-2019
- Ex. C: January 1, 2020, holding cell video, 103f mh3 1-1-20

The remaining videos demonstrate the various holding cells and the conditions that most closely capture the conditions Plaintiffs experienced:

1. Ex. D: April 2, 2020, videos
    a. Ex. D1: 103f c800 040220 p1
    b. Ex. D2: 103f c800 040220 p2
2. Ex. E: March 13, 2020 Videos
    a. Ex. E1: 2020-06-10/HYGEINE-Disk 1/03-13-20 h2 teethbr
    b. Ex. E2: 2020-06-10/HYGEINE-Disk 1/03-13-20 h4 brteeth
    c. Ex. E3: 2020-06-10/HYGEINE-Disk 1/03-13-2020 Holding 2
    d. Ex. E4: 2020-06-10/HYGEINE-Disk 1/03-13-2020 Holding 4
    e. Ex. E5: 2020-06-10/THUMBDRIVE 1/002
    f. Ex. E6: 2020-06-10/THUMBDRIVE 1/003
    g. Ex. E7: 2020-06-10/THUMBDRIVE 2/001
    h. Ex. E8: 2020-06-10/THUMBDRIVE 2/002
    i. Ex. E9: 2020-06-10/THUMBDRIVE 2/003
    j. Ex. E10: 2020-06-10/THUMBDRIVE 2/011
    k. Ex. E11: 2020-06-10/THUMBDRIVE 2/012
    l. Ex. E12: 2020-06-10/THUMBDRIVE 2/016
    m. Ex. E13: 2020-06-10/THUMBDRIVE 2/017
    n. Ex. E14: 2020-06-10/THUMBDRIVE 2/018
    o. Ex. E15: 2020-06-10/THUMBDRIVE 2/019
3. Ex. F: March 16, 2020 Videos
    a. Ex. F1: 2020-06-10/HYGEINE-Disk 2/03-16-20 h2 deot
    b. Ex. F2: 2020-06-10/HYGEINE-Disk 2/03-16-2020 Holding 2
    c. Ex. F3: 2020-06-10/HYGEINE-Disk 3/03-16-20 h3 deot
    d. Ex. F4: 2020-06-10/HYGEINE-Disk 3/0316-20 h4 deot
    e. Ex. F5: 2020-06-10/HYGEINE-Disk 3/03-16-2020 Holding 3
    f. Ex. F6: 2020-06-10/HYGEINE-Disk 3/03-16-2020 Holding 4

Where the parties can comply with the Federal Rules of Evidence, admission of videos, including "composite tape[s]", are admissible, assuming that it clears the intelligibility hurdle, when it saves the trial court "much time and inconvenience" and when the party offering it has laid the proper foundation on the accuracy and authenticity of the composite tape for its admission into evidence.

*Turner v. Knight Transp., Inc.*, 1:13-CV-02864, 2016 WL 1259891 (W.D. La. Mar. 28, 2016). All stated videos were provided to the Plaintiffs through the Defendants. Plaintiffs will easily demonstrate foundation and authentication. Further, the videos will be helpful to instruct the jury and provide additional intelligibility for the conditions at issue. The videos will also facilitate efficient use of the Court's time as they can be used in the place of more extensive testimony.

In the alternative, Plaintiffs seek to include the videos that do not correlate in time to the incarcerations of Plaintiffs as demonstrative exhibits that will be helpgul in describing Plaintiffs' experiences to the jury. Further, Plaintiffs' expert Mr. Eisner will use the videos to help the jury understand and visualize the type of conditions he considered in rendering his opinions. In *McCune v. Graco Children's Products, Inc.,* the 5th Circuit confirmed allowing a car seat manufacturer to have their expert play and discuss a video that was not a reenactment of the subject accident as a visual aid to assist explanation to the jury regarding the "forces" involved in the accident that rendered a child paraplegic. 495 Fed. Appx. 535 (5th Cir. 2012). The 5th Circuit reasoned that the limiting instructions indicating that the videos were to be considered visual aids and not evidence minimized any potential prejudice. *Id.*

WHEREFORE, Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., through their counsel of record, move this Honorable Court *in limine*, to admit relevant videos and for any further relief this Court deems appropriate and just.

Respectfully Submitted,

By: */s/ Bhavani Raveendran, PHV*
Attorney for Plaintiffs

**Dated: August 22, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)

**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**CERTIFICATE OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing this motion with the Clerk of Court on August 22, 2023 using the CM/ECF system.

____/s/ *Bhavani Raveendran*