**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

******************************************************************************

**PLAINTIFFS' NOTICE OF MANUAL FILING**

TO THE HONORABLE COURT:

Plaintiffs Ahmed Baqer, Floyd Alan, Williams, Terry Hall, Kevin Louviere, and Klabert Guillot, Sr, submit Plaintiffs' Exhibit A through F in support of its Motion in Limine #7: Motion to Admit Relevant Videos in accordance with the Administrative Procedures for Electronic Case Filings and Unique Procedures and Practices for Electronic Filings. Due to the exhibits being in video format, they will be manually filed. Said video exhibits listed here:

1. Ex. A: December 21, 2019, holding cell video, 103f mh4 12-21-2019
2. Ex. B: December 25, 2019, holding cell videos
    a. Ex. B1: 103f 12-25-19
    b. Ex. B2: 103f mh3 12-25-2019
3. Ex. C: January 1, 2020, holding cell video, 103f mh3 1-1-20
4. Ex. D: April 2, 2020, videos
    a. Ex. D1: 103f c800 040220 p1
    b. Ex. D2: 103f c800 040220 p2
5. Ex. E: March 13, 2020 Videos
    a. Ex. E1: 2020-06-10/HYGEINE-Disk 1/03-13-20 h2 teethbr
    b. Ex. E2: 2020-06-10/HYGEINE-Disk 1/03-13-20 h4 brteeth
    c. Ex. E3: 2020-06-10/HYGEINE-Disk 1/03-13-2020 Holding 2
    d. Ex. E4: 2020-06-10/HYGEINE-Disk 1/03-13-2020 Holding 4

e. Ex. E5: 2020-06-10/THUMBDRIVE 1/002
f. Ex. E6: 2020-06-10/THUMBDRIVE 1/003
g. Ex. E7: 2020-06-10/THUMBDRIVE 2/001
h. Ex. E8: 2020-06-10/THUMBDRIVE 2/002
i. Ex. E9: 2020-06-10/THUMBDRIVE 2/003
j. Ex. E10: 2020-06-10/THUMBDRIVE 2/011
k. Ex. E11: 2020-06-10/THUMBDRIVE 2/012
l. Ex. E12: 2020-06-10/THUMBDRIVE 2/016
m. Ex. E13: 2020-06-10/THUMBDRIVE 2/017
n. Ex. E14: 2020-06-10/THUMBDRIVE 2/018
o. Ex. E15: 2020-06-10/THUMBDRIVE 2/019

6. Ex. F: March 16, 2020 Videos
   a. Ex. F1: 2020-06-10/HYGEINE-Disk 2/03-16-20 h2 deot
   b. Ex. F2: 2020-06-10/HYGEINE-Disk 2/03-16-2020 Holding 2
   c. Ex. F3: 2020-06-10/HYGEINE-Disk 3/03-16-20 h3 deot
   d. Ex. F4: 2020-06-10/HYGEINE-Disk 3/0316-20 h4 deot
   e. Ex. F5: 2020-06-10/HYGEINE-Disk 3/03-16-2020 Holding 3
   f. Ex. F6: 2020-06-10/HYGEINE-Disk 3/03-16-2020 Holding 4

**Date: August 22, 2023**

Respectfully submitted,
ROMANUCCI & BLANDIN, LLC

/s/ Bhavani Raveendran, PHV

One of Plaintiffs' attorneys

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
+1 (504) 569-9999, *Telephone*
+1 (504) 569-9022, *Facsimile*
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
+1 (717) 796-7733, *Telephone*
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
Javier Rodriguez, Jr. (*pro hac vice* ***pending***)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
+1 (312) 458-1000, *Main*
+1 (312) 458-1004, *Facsimile*
aromannuci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net
jrodriguez@rblaw.net

*Attorneys for Plaintiffs, Ahmed Baqer, Floyd Alan Williams, Terry Hall, Kevin Louviere, and Klabert Guillot, Sr.*

**Certificate of Service**

I hereby certify that on August 22, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Easter District of Louisiana, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means. A copy of this Notice and all video exhibits listed above will be uploaded to a flash drive and sent to the clerk of the court for the U.S. District Court, Easter District of Louisiana, and all attorneys of record on August 23, 2023.

Respectfully submitted,
ROMANUCCI & BLANDIN, LLC

/s/ Bhavani Raveendran, PHV

One of Plaintiffs' attorneys