**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

***************************************************************************

**PLAINTIFFS' MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY OF LENARD VARE**

NOW COME the Plaintiffs, AHMED BAQER, KLABERT JOSEPH GUILLOT, SR., TERRY HALL, FLOYD WILLIAMS, and KEVIN LOUVIERE (hereinafter collectively referred to as "Plaintiffs"), by and through their counsel of record, ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and THE GLORIOSO LAW FIRM, and, pursuant to Rule 702 of the Federal Rules of Evidence and Local Civil Rule 7, Plaintiffs respectfully submit this motion to exclude the proposed expert testimony of Lenard Vare. In support thereof, the Plaintiffs respectfully show unto this Court the following:

1. Plaintiffs' motion to exclude the proposed expert testimony of Defendants' retained expert Lenard Vare should be granted for those reasons more fully articulated within Plaintiffs' corresponding memorandum of law in support of the instant motion – including, *inter alia*, […]. Accordingly, Plaintiffs incorporate those arguments made within the memorandum of law referenced above herein in full by reference.

**WHEREFORE**, the Plaintiffs, AHMED BAQER, KLABERT JOSEPH GUILLOT, SR., TERRY HALL, FLOYD WILLIAMS, and KEVIN LOUVIERE, by and through their counsel of record, respectfully requests that this Court enter an Order granting Plaintiffs' Motion to Exclude Proposed Expert Testimony of Lenard Vare, and for all such other and further relief to which the Plaintiffs may be justly entitled.

**Date: August 22, 2023**

Respectfully submitted,
ROMANUCCI & BLANDIN, LLC

/s/ Sam Harton, PHV
One of Plaintiffs' attorneys

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
+1 (504) 569-9999, *Telephone*
+1 (504) 569-9022, *Facsimile*
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
+1 (717) 796-7733, *Telephone*
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
Javier Rodriguez, Jr. (*pro hac vice* ***pending***)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654

+1 (312) 458-1000, *Main*
+1 (312) 458-1004, *Facsimile*
aromannuci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net
jrodriguez@rblaw.net

*Attorneys for Plaintiffs, Ahmed Baqer, Floyd Alan Williams, Terry Hall, Kevin Louviere, and Klabert Guillot, Sr.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*****************************************************************************

**NOTICE OF FILING**

PLEASE TAKE NOTICE that, on **August 22, 2023**, Plaintiffs, AHMED BAQER, KLABERT JOSEPH GUILLOT, SR., TERRY HALL, FLOYD WILLIAMS, and KEVIN LOUVIERE (hereinafter collectively referred to as "Plaintiffs"), by and through their counsel of record, ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and THE GLORIOSO LAW FIRM, filed their Motion to Exclude Proposed Expert Testimony of Lenard Vare.

**Date: August 22, 2023**

Respectfully submitted,
ROMANUCCI & BLANDIN, LLC

/s/ Sam Harton, PHV
One of Plaintiffs' attorneys

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
+1 (504) 569-9999, *Telephone*

+1 (504) 569-9022, *Facsimile*
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
+1 (717) 796-7733, *Telephone*
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
Javier Rodriguez, Jr. (*pro hac vice* ***pending***)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
+1 (312) 458-1000, *Main*
+1 (312) 458-1004, *Facsimile*
aromannuci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net
jrodriguez@rblaw.net

*Attorneys for Plaintiffs, Ahmed Baqer, Floyd Alan Williams, Terry Hall, Kevin Louviere, and Klabert Guillot, Sr.*

## PROOF OF SERVICE

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing this motion with the Clerk of Court, on **August 22, 2023**, using the CM/ECF system.

Respectfully submitted,
ROMANUCCI & BLANDIN, LLC

/s/ Sam Harton, PHV
One of Plaintiffs' attorneys