**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

****************************************************************************

**NOTICE OF SUBMISSION**

NOW COME the Plaintiffs, AHMED BAQER, KLABERT JOSEPH GUILLOT, SR., TERRY HALL, FLOYD WILLIAMS, and KEVIN LOUVIERE (hereinafter collectively referred to as "Plaintiffs"), by and through their counsel of record, ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and THE GLORIOSO LAW FIRM, and, pursuant to Rule 702 of the Federal Rules of Evidence and Local Civil Rule 7, Plaintiffs respectfully submit this motion to exclude the proposed expert testimony of Lenard Vare before the Honorable Darrel J. Papillion of the United States District Court for the Eastern District of Louisiana, on the 20th day of September 2023, at 10:00 a.m.

**Date: August 22, 2023**

Respectfully submitted,
ROMANUCCI & BLANDIN, LLC

/s/ Sam Harton, PHV

One of Plaintiffs' attorneys

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
+1 (504) 569-9999, *Telephone*
+1 (504) 569-9022, *Facsimile*
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
+1 (717) 796-7733, *Telephone*
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
Javier Rodriguez, Jr. (*pro hac vice* ***pending***)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
+1 (312) 458-1000, *Main*
+1 (312) 458-1004, *Facsimile*
aromannuci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net
jrodriguez@rblaw.net

*Attorneys for Plaintiffs, Ahmed Baqer, Floyd Alan Williams, Terry Hall, Kevin Louviere, and Klabert Guillot, Sr.*