**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br>Plaintiffs,<br>v.<br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br>JUDGE DARREL JAMES PAPILLION<br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br>JURY TRIAL |

**PLAINTIFFS' MOTION *IN LIMINE* NO. 3**
**TO BAR REGALIA AND STATEMENTS REGARDING LAW ENFORCEMENT WITNESSES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., who respectfully request that this Court bar regalia and statements regarding law enforcement witnesses that Defendants may seek to introduce at the upcoming trial of this matter.

As detailed in the Memorandum in Support filed with this motion, the Plaintiffs contest the introduction of all evidence referenced therein regarding Plaintiffs' comments, testimony, evidence, or argument regarding Defendants' work-related commendations, awards, and performance reviews, including: (1) evidence of non-pertinent character traits, such as the defendants' generally good character, e.g., their service as "good or honorable" officers, wardens, or sheriffs; (2) evidence of the defendants' specific instances of good conduct, e.g., commendations or any good deeds the defendants performed as sheriff, wardens, command staff, or correctional officers; (3) testimony that corrections officers, wardens, command staff, and sheriffs risk their lives on the job; and (4) evidence that the defendants may have previously acted

in conformity with the law on specific occasions, all of which would be improper evidence. Accordingly, Plaintiff seeks to exclude any comments, testimony, evidence, or argument regarding the risk posed to correctional officers while on the job, and the Plaintiffs would be unduly prejudiced by the use of such evidence in this matter, which is a Fourteenth Amendment jail conditions case.

Respectfully Submitted,

By: *<u>/s/ Bhavani K. Raveendran, PHV</u>*
Attorney for Plaintiffs

**Dated: August 25, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**CERTIFICATE OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing this motion with the Clerk of Court on August 25, 2023 using the CM/ECF system.

____/s/ *Bhavani Raveendran*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)** |
| Plaintiffs, | * | |
| v. | * | JUDGE DARREL JAMES PAPILLION |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * | JURY TRIAL |

******************************************************************************

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 24, 2023, I, undersigned counsel for Plaintiffs, contacted counsel via email to inform them of the intent to file the instant Motion, and that on the same day counsel for Defendants confirmed via email they would oppose the same.

Respectfully Submitted,

By: */s/ Bhavani Raveendran, PHV*
Attorney for Plaintiffs

**Dated: August 25, 2023**

Bhavani Raveendran (pro hac vice)
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
braveendran@rblaw.net