**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | |
| Plaintiffs, | * | **CIVIL ACTION NO.: 20-00980-** |
| v. | * | **DJP-DPC (Consolidated with 20-** |
| ST. TAMMANY PARISH GOVERNMENT, | * | **1840-WBV-DPC)** |
| a/k/a/ ST. TAMMANY PARISH COUNCIL, et | * | JUDGE DARREL JAMES |
| al., | * | PAPILLION |
| Defendants. | * | MAGISTRATE JUDGE PHILLIPS |
| | * | CURRAULT |
| | | JURY TRIAL |

******************************************************************************

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION IN LIMINE #5: TO BAR EVIDENCE OF UNRELATED LAWSUITS**

NOW COME the Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record, ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and THE GLORIOSO LAW FIRM, who submit the following memorandum in support of their Motion in Limine moving this Honorable Court to bar *in limine*, any and all voir dire, statements, testimony, questioning, impeachment, cross-examination, expert testimony, evidence, or arguments, direct or indirect, by *innuendo* or otherwise, at any time during the course of the trial of this action, referencing any unrelated lawsuits filed by Plaintiffs.

The Plaintiffs anticipate that the Defendants may attempt to portray Plaintiffs, in particular Plaintiff Floyd Williams, by mentioning and/or arguing their prior lawsuits are evidence of Plaintiff's litigious nature. Specifically, Plaintiff Williams' prior litigation with his employer. Dep. of Floyd Williams, attached hereto as Ex. A, 12:6-19. To do so, however, would directly run afoul of Rule 403 of the Federal Rules of Evidence.

This Court has found that "if a defendant's sole purpose for introducing evidence of a plaintiff's litigation history is to paint the plaintiff as litigious, that litigation history is not admissible under Rule 403, unless the claims made in the prior lawsuits were fraudulent, because the probative value of the plaintiff's litigation history is outweighed by its prejudicial effect" *Oracle Oil, LLC v. EPI Consultants*, CV 18-3674, 2019 WL 13293047 (E.D. La. May 1, 2019) In the present case, the admission of Plaintiff Williams' prior settlement with his former employer would serve no purpose but to argue that the Plaintiff has a litigious character, directly violating this Court's precedent. If a plaintiff's litigation history is offered for a reason other than to prove a litigious character the Court may assesses the relevance of such evidence, considering the prejudicial effect of introducing such history and comparing it to its probative value. *Id.* Here, Plaintiff Williams' prior litigation with his employer, has no probative value, much less sufficient probative value to overcome the unfair prejudice of an admission. Accordingly, for the foregoing reasons, the Plaintiff respectfully requests that this Honorable Court bar the Defendants from introducing evidence of the Plaintiffs' other lawsuits and grievances.

WHEREFORE, Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., through their counsel of record, move this Honorable Court to bar *in limine*, any and all voir dire, statements, testimony, questioning, impeachment, cross-examination, expert testimony, evidence, or arguments, direct or indirect, by *inuendo* or otherwise, at any time during the course of the trial of this action, referencing any unrelated lawsuits filed by Plaintiffs, and for any further relief this Court deems appropriate and just.

Respectfully Submitted,

By: *<u>/s/ Bhavani Raveendran, PHV</u>*
Attorney for Plaintiffs

**Dated: August 25, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net