**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)** |
| Plaintiffs, | * | |
| v. | * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | JUDGE DARREL JAMES PAPILLION |
| | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * | JURY TRIAL |

**PLAINTIFFS' MOTION *IN LIMINE* NO. 7**
**TO ADMIT RELEVANT VIDEOS**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., who respectfully request that this Court admit relevant videos that Defendants may seek to quash at the upcoming trial of this matter.

As detailed in the Memorandum in Support filed with this motion, Plaintiffs seek to admit multiple videos reflecting the reality of the conditions they were faced to endure around the time they were detained within the St. Tammany Parish Jail holding cells.

Accordingly, Plaintiffs seek to admit following videos (labeled by Exhibit and attached hereto):

Ex. A: December 21, 2019, holding cell video, 103f mh4 12-21-2019
Ex. B1 and B2: December 25, 2019, holding cell videos
- o 103f 12-25-19
- o 103f mh3 12-25-2019

Ex. C: January 1, 2020, holding cell video, 103f mh3 1-1-20
Ex. D: April 2, 2020, videos
- Ex. D1: 103f c800 040220 p1
- Ex. D2: 103f c800 040220 p2

Ex. E: March 13, 2020 Videos
- Ex. E1: 2020-06-10/HYGEINE-Disk 1/03-13-20 h2 teethbr
- Ex. E2: 2020-06-10/HYGEINE-Disk 1/03-13-20 h4 brteeth

- Ex. E3: 2020-06-10/HYGEINE-Disk 1/03-13-2020 Holding 2
- Ex. E4: 2020-06-10/HYGEINE-Disk 1/03-13-2020 Holding 4
- Ex. E5: 2020-06-10/THUMBDRIVE 1/002
- Ex. E6: 2020-06-10/THUMBDRIVE 1/003
- Ex. E7: 2020-06-10/THUMBDRIVE 2/001
- Ex. E8: 2020-06-10/THUMBDRIVE 2/002
- Ex. E9: 2020-06-10/THUMBDRIVE 2/003
- Ex. E10: 2020-06-10/THUMBDRIVE 2/011
- Ex. E11: 2020-06-10/THUMBDRIVE 2/012
- Ex. E12: 2020-06-10/THUMBDRIVE 2/016
- Ex. E13: 2020-06-10/THUMBDRIVE 2/017
- Ex. E14: 2020-06-10/THUMBDRIVE 2/018
- Ex. E15: 2020-06-10/THUMBDRIVE 2/019

Ex. F: March 16, 2020 Videos

- Ex. F1: 2020-06-10/HYGEINE-Disk 2/03-16-20 h2 deot
- Ex. F2: 2020-06-10/HYGEINE-Disk 2/03-16-2020 Holding 2
- Ex. F3: 2020-06-10/HYGEINE-Disk 3/03-16-20 h3 deot
- Ex. F4: 2020-06-10/HYGEINE-Disk 3/0316-20 h4 deot
- Ex. F5: 2020-06-10/HYGEINE-Disk 3/03-16-2020 Holding 3
- Ex. F6: 2020-06-10/HYGEINE-Disk 3/03-16-2020 Holding 4

WHEREFORE, Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., through their counsel of record, move this Honorable Court *in limine*, to admit relevant videos and for any further relief this Court deems appropriate and just.

Respectfully Submitted,

By: *<u>/s/ Bhavani K. Raveendran, PHV</u>*
Attorney for Plaintiffs

**Dated: August 25, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)

**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**CERTIFICATE OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing this motion with the Clerk of Court on August 25, 2023 using the CM/ECF system.

____/s/ *Bhavani Raveendran*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*************************************************************************

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 24, 2023, I, undersigned counsel for Plaintiffs, contacted counsel via email to inform them of the intent to file the instant Motion, and that on the same day counsel for Defendants confirmed via email they would oppose the same.

Respectfully Submitted,

By: */s/ Bhavani Raveendran, PHV*
Attorney for Plaintiffs

**Dated: August 25, 2023**

Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
sharton@rblaw.net