**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * * | **JUDGE VITTER** |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * * * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official** | * * * * | **JURY DEMAND** |
| **and individual capacity, and LACEY KELLY, in her official and individual capacity** | * * * | |
| **Defendants** | * | |

**************************************************************************

**<u>INITIAL DISCLOSURES ON BEHALF OF ST. TAMMANY PARISH SHERIFF DEFENDANTS</u>**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), defendants, Sheriff Randy Smith, Major Lacey Kelly, Rodney Strain, and Greg Longino, respectfully submit the following initial disclosures through undersigned counsel. Defendants reserve the right to supplement these disclosures pursuant to Federal Rule of Civil Procedure 26(e) as additional information becomes known:

**I. Individuals likely to have discoverable information that Defendants may use to support their defenses:**

1. Mr. Ahmed Baqer.
   Witness may be called to testify as he is the Plaintiff in the current lawsuit. Testimony may cover witness's knowledge of any and all incidents or occurrences and claimed losses pertaining to this lawsuit.

466180

2. Mr. Klabert Guillot, Sr..
   Witness may be called to testify as he is the Plaintiff in the current lawsuit. Testimony may cover witness's knowledge of any and all incidents or occurrences and claimed losses pertaining to this lawsuit.

3. Mr. Klabert Guillot, Jr.
   Witness may be called to testify as he is the Plaintiff in the current lawsuit. Testimony may cover witness's knowledge of any and all incidents or occurrences and claimed losses pertaining to this lawsuit.

4. Major Lacey Kelly.
   Witness may be called to testify as she is a defendant in the current lawsuit, the major over corrections for the St. Tammany Parish Sheriff, and the warden of the St. Tammany Jail. Testimony may cover witness's knowledge of any and all incidents or occurrences pertaining to this lawsuit.

5. Deputy Chief Doug Sharp
   Witness may be called to testify regarding his knowledge of the policies, procedures and practices of the St. Tammany Parish Jail. Chief Sharp is the Deputy Chief over corrections for the St. Tammany Parish Sheriff.

6. Dr. Jose Ham
   Witness may be called to testify regarding his knowledge of the policies, procedures and practices of the St. Tammany Parish Jail's medical division.

7. Dr. Samuel Gore
   Witness may be called to testify regarding his knowledge of the policies, procedures and practices of the St. Tammany Parish Jail's medical division.

8. Major Daniel Culpeper
   Witness may be called to testify regarding his knowledge of the policies, procedures and practices of the St. Tammany Parish Jail. Major Culpeper previously served as the Deputy Chief over corrections for the St. Tammany Parish Sheriff.

9. Captain Richard O'Keefe, Jr.
   Witness may be called to testify regarding his knowledge of the policies, procedures and practices of the St. Tammany Parish Jail. Captain O'Keef previously served as the captain over intake, booking, and bonding for the jail during time periods relevant to the Plaintiffs' claims.

10. Captain Scotty Payne
    Witness may be called to testify regarding his knowledge of the policies, procedures and practices of the St. Tammany Parish Jail. Captain Payne is the captain over the jail's security division.

11. Deputy Donna Landrum
    Witness may be called to testify regarding her role as the Code 6 liaison of Sheriff Smith for 22nd Judicial District Court Commissioner Dan Foil.

12. Experts whose identities and reports shall be disclosed in accordance with the rules and scheduling orders of the Court.

13. Any witness listed by any party.

14. Any person and/or witness whose name arises during discovery that has information relevant to Plaintiff's claims and/or Defendants' defenses.

**II. Description of all non-privileged documents, data compilations and tangible things in Defendants possession that may be used to support its defenses.**

The following documents may be used to support defendants' defenses:

1. Folder labeled "Ahmed Baqer," which contains the following items:
   (1) Ahmed Baqer (Jail Record).pdf
   (2) Ahmed Baqer (Medical Records).pdf
2. Folder labeled "Klabert Guillot, Jr", which contains the following items:
   (1) Folder labeled "Klabert Guillot, Jr.-Jail Disks", which includes several videos
   (2) Klabert Guillot, Jr. (Criminal Records) Reports 2019-01.pdf
   (3) Klabert Guillot, Jr. (Jail Record).pdf
   (4) Klabert Guillot, Jr. (Medical Records).pdf
   (5) Klabert Guillot, Jr.pdf
3. Folder labeled "Klabert Guillot, Sr", which contains the following items:
   (1) Klabert Guillot, Sr. (Jail Record).pdf
   (2) Klabert Guillot, Sr. (Medical Records).pdf
4. STPSO (One Man Holding Cell – Restrictive Housing).pdf
5. STPSO Holding Specs.pdf
6. 2019 JAIL COUNTS.xls
7. 2020 JAIL COUNTS.xls
8. Fire Marshal reports.pdf
9. Folder labeled "STPJ Policies"
10. Folder labeled "STPSO Policies and Procedures"

These documents will be produced via sharefile link. Additionally, Defendants have identified an 11,339 pages of information potentially relevant to the issues in this litigation; however, these materials are still being.

**III. A computation of any category of damages.**

Not applicable as to Defendants.

466180

**IV. Any insurance agreement under which an insurance business may be liable to satisfy part or all of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Please refer to the enclosed commercial general liability policies by One Beacon.

**Respectfully submitted,**

**MILLING BENSON WOODWARD, LLP**

s/ Chadwick W. Collings

**CHADWICK W. COLLINGS, T.A. (#25373)**
**CODY J. ACOSTA (#37005)**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**Email: ccollings@millinglaw.com**
***Attorneys for Defendants***

**Dated: Wednesday, July 08, 2020**

466180