**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., Plaintiffs** | * | |
| **versus** | * | **CIVIL ACTION** |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity, Defendants** | * | **NO. 2:20-cv-00980**<br>**JUDGE WENDY B. VITTER**<br>**MAG. DONNA PHILLIPS CURRAULT** |

*** * * * * * * * * * * * * * * * * * * * * ***

**DEFENDANT, ST. TAMMANY PARISH GOVERNMENT'S, RULE 26 INITIAL DISCLOSURES**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, by agreement of the parties, and pursuant to the court's Scheduling Order of August 3, 2020 (Rec. Doc. 74), defendant, ST. TAMMANY PARISH GOVERNMENT, incorrectly referred to as St. Tammany Parish Council in the Complaint at Law (Rec. Doc. 1), submits the following Initial Disclosures:

## I. INDIVIDUALS WITH KNOWLEDGE

Individuals likely to have discoverable information regarding the claims made in this matter, unless used solely for impeachment, include:

1. Plaintiff, Ahmed Baqer

Ahmed Baqer may have knowledge of the allegations made in the Complaint at

Law.

2. Plaintiff, Klabert Joseph Guillot, Jr.

   Klabert Joseph Guillot, Jr. may have knowledge of the allegations made in the Complaint at Law.

3. Plaintiff, Klabert Joseph Guillot, Sr.

   Klabert Joseph Guillot, Sr. may have knowledge of the allegations made in the Complaint at Law.

4. Defendant, Sheriff Randy Smith

   Randy Smith may have knowledge of the operations of the St. Tammany Parish Jail and the incidents alleged in the Complaint at Law.

5. Defendant, Former Sheriff Rodney J. Strain

   Rodney J. Strain may have knowledge of the operations of the St. Tammany Parish Jail and the incidents alleged in the Complaint at Law.

6. Defendant, Gregory Longino

   Gregory Longino may have knowledge of the operations of the St. Tammany Parish Jail and the incidents alleged in the Complaint at Law.

7. Defendant, Lacey Kelly

   Lacey Kelly may have knowledge of the operations of the St. Tammany Parish Jail and the incidents alleged in the Complaint at Law.

8. Any witness listed by any other party.

9. Any expert witness who may be identified and who may issue a report pursuant to the Scheduling Order (Rec. Doc. 74) issued by this Court.

10. Any other person who may be identified during the course of discovery that may have knowledge to support plaintiffs' claims or defendants' defenses.

## II. DOCUMENTS

Defendant, St. Tammany Parish Government, is not presently aware of any non-privileged documents, data compilations or tangible things in its possession, custody or control that may be used in defense of plaintiffs' claims, unless solely used for impeachment. However, St. Tammany Parish Government reserves its right to supplement its disclosure of same if relevant documents are identified during the course of discovery which may be used in defense of plaintiffs' claims.

## III. DAMAGES

A computation of damages is not applicable as to defendant, St. Tammany Parish Government.

## IV. INSURANCE

St. Tammany Parish Government may have coverage under a general liability policy issued by OneBeacon Government Risks.

Respectfully submitted,

s/Emily G. Couvillon

**EMILY G. COUVILLON (LA BAR ROLL #31114)**
**CARY J. MENARD (LA BAR ROLL #09426)**
Assistant District Attorneys – 22nd Judicial District
Civil Division
21454 Koop Drive, Suite 2G, Mandeville, LA 70471
Telephone : (985) 898-3427
Email : ecouvillon@22da.com
cmenard@22da.com
*Counsel for St. Tammany Parish Government*

**CERTIFICATE**

This is to certify that transmittal of the Initial Disclosures on behalf of St. Tammany Parish Government was made by electronic mail to all counsel of record this 18th day of August, 2020.

s/Emily G. Couvillon
**EMILY G. COUVILLON**