**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual** | * | **JURY DEMAND** |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual** | * | **COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **ALL CASES** |
| **Defendants** | * | |

**********************************************************************

***JOINT* MOTION TO CONTINUE SUBMISSION DATE**
**FOR RECENTLY FILED MOTIONS IN LIMINE**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Ahmed Baqer, Klabert Joseph Guillot, Sr., Kevin Louviere, Terry M. Hall, Jr. and Floyd Williams, and Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, who respectfully request that this Honorable Court continue the submission date on all the motions in limine recently filed by the parties in this matter for the following reasons:

**I.**

Plaintiffs recently filed twelve separate motions in limine (R. Docs. 259, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, and 273) and Defendants recently filed one motion in limine (R. Doc. 258). All of these motions are currently set for submission before this Honorable Court on September 20, 2023, which requires that all opposition memoranda must be filed on or before September 12, 2023.

**II.**

This Honorable Court recently continued the trial date of this matter to January 29, 2024, and re-set the pre-trial conference to January 17, 2024.[1]

**III.**

The Parties respectfully request that the submission date on these pending motions in limine be continued to October 18, 2023, and that all opposition memoranda thereto be filed on or before October 10, 2023, in order to order to allow the parties to fully respond to these motions.

**IV.**

The parties request that all other deadlines remain in place.

**WHEREFORE,** considering the foregoing, Plaintiffs, Ahmed Baqer, Klabert Joseph Guillot, Sr., Kevin Louviere, Terry M. Hall, Jr. and Floyd Williams, and Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, respectfully request that this Honorable Court continue the submission date on all of the currently pending motions in limine.

[1] *See* R. Doc. 261.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS, T.A. # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
***Counsel for defendants***

***– And –***

*s/ Devon M. Jacob*
**DEVON M. JACOB, T.A. PA Bar: 89182**
**Jacob Litigation, Inc.**
**P.O. Box 837**
**Mechanicsburg, PA 17055-0837**
**(717) 796-7733**
**djacob@jacoblitigation.com**
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Tuesday, August 29, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**