**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * | **JUDGE PAPILLION** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT** <br> **JURY DEMAND** |
| **Defendants** | * | |

**********************************************************************************

*Considering the Joint Motion to Continue Submission Date for Recently Filed Motions in Limine;*

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Continue Submission Date for Recently Filed Motions in Limine is **HEREBY GRANTED**.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that the submission date for Plaintiffs' Motions in Limine (R. Docs. 259, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, and 273) and Defendants' Motion in Limine (R. Doc. 258), is **HEREBY RE-SET** for October 18, 2023, and all opposition memoranda thereto must be filed on or before October 10, 2023.

New Orleans, Louisiana, this _____ day of August, 2023.

______________________________
**U.S. DISTRICT COURT JUDGE**