**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*****************************************************************************

**<u>*UNOPPOSED* PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT</u>**

NOW COME the Plaintiffs, AHMED BAQER, KLABERT JOSEPH GUILLOT, SR., TERRY HALL, FLOYD WILLIAMS, and KEVIN LOUVIERE by and through their counsel of record ROMANUCCI & BLANDIN, LLC, JACOB LITIGATION, INC., and the GLORIOSO LAW FIRM, and state as follows in support of their *Unopposed* Motion for Extension of Time to File Responses to Defendants Five Motions for Summary Judgment:

On August 7, 2023, Defendants filed three motions for leave to file their motions for summary judgment as to Plaintiffs Baqer, Guillot, and Hall. Dkt. 225; Dkt. 226; Dkt. 227. On August 8, 2023, Defendants filed two more motions for leave to file motions for summary judgment as to Plaintiffs Louviere and Williams. Dkt. 229; Dkt. 231. On August 10, 2023, this Court granted Defendants' motions for leave to file and entered Defendants' Motion for

Summary Judgment. Dkt. 234; Dkt. 235; Dkt. 236; Dkt. 238; Dkt. 239. Plaintiffs responses are currently due on September 4, 2023. See Dkt. 244.[1]

Local Rule 7.8 provides that extensions can be granted upon motion and order of the court for good cause shown. The good cause standard requires the party seeking relief to show that the deadline cannot be met despite that party's diligence. *S & W Enters., L.L.C. v. SouthTrust Bank of Ala., N.A.,* 315 F.3d 533, 535 (5th Cir.2003). Defendants have filed five separate motions, all of which share commonality but also contain substantive differences, and thus will warrant responses that substantively differ. The Plaintiffs are already diligently preparing their responses to Defendants' summary judgment motions, but summary judgment motions are necessarily substantial and important motions that can dispose of Plaintiffs' entire case. The motions filed by Defendants, here, are even more so, as they all significantly exceed the imposed page limits by the Court. Responding to all five oversized, substantive, and dispositive motions will be extraordinarily difficult. Additionally, on Monday, August 29, 2023, counsel for Plaintiffs learned that during a limited time frame, our files were corrupted, causing unforeseen delays this week.

Such an extension will not cause unnecessary delay in the litigation of this case by disturbing other important deadlines in this matter, as this Honorable Court continued the trial date of this matter to January 29, 2024, and re-set the pre-trial conference to January 17, 2024. Indeed, *Defendants do not oppose the requested extension*.

Accordingly, Plaintiffs request this Court grant Plaintiff's instant motion and enter the Proposed Order attached to this filing. More specifically, Plaintiffs request that the submission date on these pending motions for summary judgment be continued to October 4, 2023, and that

---

[1] Plaintiffs note that the current date on which the responses are due is Labor Day, a Federal holiday.

all opposition memoranda thereto be filed on or before September 26, 2023, in order to order to allow the parties to fully respond to these motions. Alternatively, Plaintiffs request that the Court provide any other relief this Court deems necessary.

Respectfully Submitted,

By: *<u>/s/ Sam Harton, PHV</u>*
Attorney for Plaintiffs

**Dated: August 29, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

**************************************************************************

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on **August 29, 2023** Plaintiffs Ahmed Baqer, Floyd Alan Williams, Terry Hall, Kevin Louviere, and Klabert Guillot, Sr. filed this Motion for Extension of Time to File Responses to Defendants Motions for Summary Judgment.

Sam Harton
ROMANUCCI & BLANDIN, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
Tel: 312-458-1000
Fax: 312-458-1004
Attorney No.: 6332303

**PROOF OF SERVICE**

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by filing this motion with the Clerk of Court on August 29, 2023 using the CM/ECF system.

____/s/ *Sam Harton*