**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)** |
| Plaintiffs, | * | |
| v. | * | JUDGE PAPILLION |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * | JURY TRIAL |

*************************************************************************

**ORDER**

Considering the Unopposed Motion for Extension of Time to File Responses to Defendants Motions for Summary Judgment, it is ordered that the Motion is GRANTED.

The submission date on all pending motions for summary judgment is hereby continued to October 4, 2023. All opposition memoranda thereto shall be filed on or before September 26, 2023.

New Orleans, Louisiana, this 29th day of August.

______________________________________
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**