**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., | * | **CIVIL ACTION NO.: 20-00980** |
| Plaintiffs; | * | JUDGE PAPILLION |
| v. | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; | * | JURY DEMAND<br>COMBINED WITH Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC |
| Defendants. | * | ALL CASES |

***************************************************************************

**UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION IN PLAINTIFF'S MEMORANDA OPPOSING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, comes Plaintiff Floyd Alan Williams, by and through his counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, to respectfully request leave under LR 7.7 to file a memorandum in opposition to Defendants' Motion for Summary Judgement as to the claims in excess of twenty-five (25) pages. In support of this request, Plaintiffs state as follows:

Plaintiffs' complaints allege violations of his civil rights pursuant to 42 U.S.C. § 1983, the Fourteenth Amendment to the United States Constitution, and the laws of the State of Louisiana. Defendants have moved for summary judgment separately against all Plaintiffs, filing memoranda in excess of twenty-five pages against each Plaintiff. This Court granted Defendants'

Motions for Leave to Exceed Page Limitation as to all Plaintiffs, allowing Defendants to file a thirty-five-page memorandum against Plaintiff Baqer, Dkt. 225, a thirty-two-page memorandum against Plaintiff Guillot, Dkt. 226, a thirty-five-page memorandum against Plaintiff Hall, Dkt. 227, a fifty-page memorandum against Plaintiff Williams, Dkt. 229, and a forty-seven-page memorandum against Plaintiff Louviere, Dkt. 231.

Plaintiff Williams respectfully requests leave of court under LR7.7 to also exceed the twenty-five (25) page limit for his memorandum filed in opposition to Defendants' motion. Local Rule 7.7 for the Eastern District of Louisiana states, "[e]xcept with prior leave of court, a trial brief or memorandum supporting or opposing a motion must not exceed 25 pages[.]" Plaintiffs, who have the burden of proof, are unable to comprehensively address Defendants' oversized motions without additional pages in their memoranda. Plaintiff William's Memorandum in Opposition to Summary Judgment, attached hereto, is 73 pages, exclusive of the case caption, table of authorities, and attorney signatures.

**Defendants do not oppose Plaintiff's request for excess pages.**

**WHEREFORE**, Plaintiff asks this Court grant his *ex parte* motion for leave to exceed page limitation and allow him to file oversized memorandum in response to Defendant's Motion for Summary Judgment.

Respectfully Submitted,

By: */s/ Sam Harton*
Attorney for Plaintiffs

**Dated: September 26, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway

Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
sharton@rblaw.net