**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*****************************************************************************

**ORDER**

Considering Plaintiff Williams' Motion for Extension of Time to File Responses to Defendants Motions for Summary Judgment, it is ordered that the Motion is GRANTED.

Plaintiff is permitted to file his Memorandum in Opposition to Defendants' Motion for Summary Judgment with excess pages.

New Orleans, Louisiana, this 26th day of September.

_______________________________________

**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**