**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br>**ALL CASES** |
| **Defendants** | * | |

*************************************************************************

**DEFENDANTS' UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE REPLY MEMORANDA TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' PENDING MOTIONS FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, who respectfully request that this Honorable Court grant a one-week extension to file reply memoranda to the plaintiffs' five memoranda in opposition to the defendants' pending motions for summary judgment for the following reasons:

**I.**

Defendants' originally filed five motions for summary judgment in this matter (R. Docs. 234, 235, 236, 238, and 239). These motions were originally set for submission on August 23, 2023. The submission dates were then continued by this Honorable Court at plaintiffs' request to October 4, 2023 (R. Doc. 282).

**II.**

Defendants then requested that the submission dates on all five pending motions for summary judgment be continued to October 18, 2023, in order to allow defendants to file reply memoranda in response to the oppositions filed by plaintiffs, which was granted by this Honorable Court on September 27, 2023 (R. Doc. 291).

**III.**

In order to fully respond to the voluminous arguments raised by plaintiffs in their opposition memoranda, Defendants respectfully request a one-week extension through and including October 24, 2023, in which to file reply memoranda to the plaintiffs' five memoranda in opposition to the defendants' pending motions for summary judgment.

**IV.**

Undersigned counsel has confirmed with plaintiffs' counsel that plaintiffs have no opposition to this request.

**WHEREFORE,** considering the foregoing, Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, respectfully request that this Honorable Court grant a one-week extension through and including October 24, 2023, in which to file reply memoranda to the

plaintiffs' five memoranda in opposition to the defendants' pending motions for summary judgment.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*

**CHADWICK W. COLLINGS, T.A. # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**ccollings@millinglaw.com**
***Counsel for defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Tuesday, October 10, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**