**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual** | * | **JURY DEMAND** |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **Defendants** | * | **ALL CASES** |

****************************************************************************

*Considering the Defendants' Unopposed Motion for One Week Extension of Time to File Reply Memoranda to Plaintiffs' Opposition to Defendants' Pending Motions for Summary Judgment;*

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Defendants' Unopposed Motion for One Week Extension of Time to File Reply Memoranda to Plaintiffs' Opposition to Defendants' Pending Motions for Summary Judgment is **HEREBY GRANTED**.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly, are granted a one-week extension through and including October 24, 2023, in which to file reply memoranda to the plaintiffs' five memoranda in opposition to the defendants' pending motions for summary judgment.

New Orleans, Louisiana, this _____ day of October, 2023.

______________________________
**U.S. DISTRICT COURT JUDGE**