UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC) |
| Plaintiffs, | * | |
| v. | * | JUDGE DARREL JAMES PAPILLON |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * | JURY TRIAL |

*****************************************************************************

### *EX PARTE* MOTION TO STRIKE UNDISCLOSED EXHIBIT TO DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

NOW INTO COURT, comes Plaintiffs Ahmed Baqer, Floyd Williams, Kevin Louviere, Terry Hall, and Klabert Guillot, Jr., by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, to respectfully request that Exhibit 1 to Defendants' Replies to the Motions for Summary Judgement be stricken. In support of this request, Plaintiffs incorporate by entirety the attached Memorandum of Law.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant their motion to strike Exhibit 1 to Defendants' Replies to the Motions for Summary Judgement.

Respectfully Submitted,

By: __/s/ *Bhavani Raveendran* (Pro Hac Vice)
         Attorney for Plaintiffs

**Dated: October 27, 2023**

1

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana on Friday, October 27, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                                     */s/ Bhavani Raveendran* (Pro Hac Vice)
                                                           Bhavani Raveendran