## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., <br><br> Defendants. | * CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC) <br> * <br> * JUDGE DARREL JAMES PAPILLION <br> * <br> * MAGISTRATE JUDGE PHILLIPS CURRAULT <br> * <br> * JURY TRIAL |

**************************************************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR.; and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and the GLORIOSO LAW FIRM, will submit their Motion to Strike Exhibit 1 to Defendants' Replies to the Motions for Summary Judgement before the Honorable Judge Darrel James Papillion, of the United States District Court for the Eastern District of Louisiana, on November 13, 2023, at 10:00 am.

Respectfully Submitted,

By: __/s/ Bhavani Raveendran__
Attorney for Plaintiffs

**Dated: October 27, 2023**

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairie, LA 70002

1

Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana on Friday, October 27, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                                    */s/ Bhavani Raveendran* (Pro Hac Vice)
                                                        Bhavani Raveendran