## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., | * |
| Plaintiffs, | * **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)** |
| v. | * |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * JUDGE DARREL JAMES PAPILLON |
| Defendants. | * MAGISTRATE JUDGE PHILLIPS CURRAULT |
| | * JURY TRIAL |

******************************************************************************

## ORDER

**CONSIDERING**, the Plaintiffs' Motion to Strike Exhibit 1 to Defendants' Replies to the Motions for Summary Judgement,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Motion to Strike Exhibit 1 to Defendants' Replies to the Motions for Summary Judgement is **GRANTED**.

New Orleans, Louisiana, this ___ day of October 2023.

_____

**UNITED STATES DISTRICT JUDGE**