| | |
|---|---|
| **From:** | Sam Harton |
| **To:** | Chadwick Collings; Kenneth Whittle |
| **Cc:** | djacob; Bhavani Raveendran; Eva Dickey; Mirena Fontana; maria |
| **Subject:** | Exhibit to MSJ Reply |
| **Date:** | Wednesday, October 25, 2023 3:00:42 PM |
| **Attachments:** | image001.png |

Counsel,

We noticed that you filed a new exhibit, the St. Tammany-Bureau of Prisons contract, with your summary judgment reply. We have never received this document before. Can you please identify the date on which you previously disclosed this document?

Sam

**Sam Harton**
*Civil Rights Attorney*
**Office:** 312.253.8590
**Email:** SHarton@rblaw.net
www.rblaw.net



*Go Green - Please don't print this e-mail unnecessarily.*

Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312-458-1000 and/or by reply email.