## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., | |
| Plaintiffs; | **CIVIL ACTION NO.: 20-00980-WBV-JCW** |
| v. | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; | JUDGE VITTER<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' INTERROGATORIES TO DEFENDANTS FOR CLASS DISCOVERY

NOW COME the Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR; and KLABERT JOSEPH GUILLOT, SR., propounds the following interrogatories on all Defendant, to be answered within thirty (30) days.

**INTERROGATORY NO. 1:** For each defendant, state the name and address of the person or persons answering these interrogatories, including his/her relationship to the defendant for which answers are being provided and his/her position of employment.

**ANSWER:**

**INTERROGATORY NO. 2:** State the gross number of grievances for any issue filed by individuals detained in the holding cells at St. Tammany Parish from March 1, 2018 to the present, and the gross number of grievances resulting in a sustained finding for those years.

**ANSWER:**

**INTERROGATORY NO. 3:** State for what general and/or specific purpose individual detainees or inmates were held in holding cells when empty cells were available in general population.

**ANSWER:**

**INTERROGATORY NO. 4:** State which policies, laws, guidelines, customs, or General Orders govern the steps taken to process, check in, or assign housing for inmates or detainees housed in the holding cells, during the time of booking, intake or any other time after initial booking.

**ANSWER:**

**INTERROGATORY NO. 5:** State the number of detainees held in Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 on every date from March 1, 2019 to the present.

**ANSWER:**

**INTERROGATORY NO. 6:** State whether there is punitive purpose for holding detainees in Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 when cells remain open in general population housing units, and if so, what the punitive purpose is.

**ANSWER:**

**INTERROGATORY NO. 7:** State whether any policy, law, guideline, custom or General Order defines, indicates, or requires a maximum or minimum number of detainees to be housed in Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 and if so, what the maximum and minimum number of detainees is.

**ANSWER:**

**INTERROGATORY NO. 8:** State which policies, laws, guidelines, customs, or General Orders govern the maximum or minimum number of detainees and/or inmates housed in holding cells or cells of any kind at St. Tammany Parish Jail.

**ANSWER:**

**INTERROGATORY NO. 9:** State which policies, laws, guidelines, customs, or General Orders govern the treatment of detainees and/or inmates in holding cells, including provision of bedding, medications, medical care, sanitary items, hygiene/showers, recreational activity opportunities

**ANSWER:**

**INTERROGATORY NO. 10:** State which policies, laws, guidelines, customs, or General Orders govern the transferring of inmates and/or detainees from holding cells to housing in the general population.

**ANSWER:**

**Dated: June 24, 2020**

By: __/s/ Bhavani Raveendran_____
    Attorney for Plaintiffs

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR., | * * * * |
| Plaintiffs; | * **CIVIL ACTION NO.: 20-00980-WBV-JCW** |
| v. | * * |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE; RANDY SMITH, in his official and individual capacity; RODNEY J. STRAIN, in his official and individual capacity; GREG LONGINO, in his official and individual capacity; and LACEY KELLY, in her official and individual capacity; | * **JUDGE VITTER** * **MAGISTRATE JUDGE PHILLIPS CURRAULT** * **JURY TRIAL** * * * * * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' REQUESTS FOR PRODUCTION TO DEFENDANTS FOR CLASS DISCOVERY**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs, AHMED BAQER; KLABERT JOSEPH GUILLOT, JR; and KLABERT JOSEPH GUILLOT, SR., by and through undersigned counsel, submits the following Requests for Production to Defendants and hereby request that Defendants respond to the following Requests for Production in accordance with the Federal Rules of Civil Procedure and the enclosed definitions and instructions. These requests are deemed to be continuing, and you have the duty to supplement your responses if you obtain further information between the time answers are served and the time of trial.

**INSTRUCTIONS:**

1. All Requests for Production of Documents are to be answered in writing, verified, and served upon undersigned counsel within thirty (30) days upon service upon you in

       accordance with Federal Rule of Civil Procedure 26. In answering these Requests for Production, you must furnish all information which is available to you, including that which has been obtained by and that which is now in the possession of your attorneys, employees, insurers, agents and other representatives, and not merely the information known by the individual or individuals preparing the response.

2. If you are unable to answer any of the within Requests for Production fully and completely, after exercising due diligence to secure the information necessary to make such full and complete answers, so state, and in addition, answer each such Request for Production of Documents to the fullest extent possible, specifying your knowledge, and your inability to answer the remainder, and state whatever information or knowledge you may have concerning the unanswered portions thereof.

3. If you file objections to any of the Requests for Production of Documents propounded herein, you must nevertheless answer the remaining Requests for Production of Documents within the required period of time.

4. With respect to each Request for Production of Documents, in addition to supplying the information asked for and identifying the specific documents referred to, identify all documents to which you referred in preparing your answer thereto.

5. If any document is withheld on the grounds that it is privileged, or that it constitutes an attorney's work product, or for any other reason, please identify each such document by stating:

    (a) The type of document (e.g., letter, memoranda, etc.);

    (b) The date of the document;

    (c) The name and address of the author of the document;

    (d) The name and address of each recipient of the document;

    (e) The general subject matter of the document;

    (f) The name and address of the custodian of the document and the designation of the file(s) in which the document is located; and

    (g) The precise basis on which the document is being withheld.

6. These Requests for Production of Documents shall be deemed to be continuing so as to require you to supplement your answers in a timely fashion upon the discovery or creation of other documents coming within the terms of these Requests for Production of Documents between the time of your initial response hereto and final judicial determination of this action.

## **REQUESTS FOR PRODUCTION**

**REQUEST NO. 1:** Any and all video or sound recordings taken of Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 with more than 10 occupants from March 1, 2018 to the present.

**RESPONSE:**

**REQUEST NO. 2:** A complete, unedited copy of any and all grievances filed by detainees/inmate held in Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 from March 1, 2018 to the present, including any correspondence in response, investigative report, narrative summary, all witness statements and all other documents generated for, by or on behalf of the St. Tammany Parish Prison.

**RESPONSE:**

**REQUEST NO. 3:** Any and all documents, such as training videos, tapes, bulletins, alerts, memorandums, seminars, policies and procedures, relating to providing medical care, feeding, cell maintenance, hygiene, including showers, cleaning, recreation, processing, booking, provision of toiletries, provision of commissary items, provision of bedding items, and/or treatment of inmates/detainees in Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 in force or used or promulgated by the Defendants between 2010 and the present.

**RESPONSE:**

**REQUEST NO. 4:** A copy of any and all records of complaints or previous misconduct, including civil, criminal or internal investigators related to any condition of confinement in Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 in force or used by the Defendants between March 1, 2018 to the present.

**RESPONSE:**

**REQUEST NO. 5:** A copy of all documents or statements that are inquired about by or relied upon in answering Plaintiff's Interrogatories directed to all Defendants.

**RESPONSE:**

**REQUEST NO. 6:** Any and all photographs, videos, diagrams, drawings, images, audio recordings, or other like tangible evidence in defendants' possession depicting Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 at any time between March 1, 2018 and the present.

**RESPONSE:**

**REQUEST NO. 7:** Any and all documents, such as training videos, tapes, bulletins, alerts, memorandums, seminars, policies and procedures, and/or training records relating to the treatment, care, and/or housing of detainees/inmates within the St. Tammany Parish Jail, including for detainees and/or inmates housed in Holding Cells.

**RESPONSE:**

**REQUEST NO. 8:** Any and all documents, such as training videos, tapes, bulletins, alerts, memorandums, seminars, policies and procedures, and/or training records relating to intake, booking, and processing of detainees within the St. Tammany Parish Jail, including for detainees and/or inmates housed in Holding Cells.

**RESPONSE:**

**REQUEST NO. 9:** Any and all documents, such as training videos, tapes, bulletins, alerts, memorandums, seminars, policies and procedures, and/or training records relating to conditions of confinement, sanitary needs, or privacy needs of detainees and/or inmates within the St. Tammany Parish Jail, including for detainees and/or inmates housed in Holding Cells.

**RESPONSE:**

**REQUEST NO. 10:** Any and all documentation, records, monitoring reports, or reports of any kind regarding any and all external investigation(s), if any, that any law enforcement entity, county department or federal office (including the Department of Justice), state entities, law firms, legal counsel, law departments, St. Tammany Parish offices or officials, or private entities initiated and/or conducted regarding the jail conditions, health concerns of inmates, conditions of confinement, concerns with housing units, or length of stay for a detainee/inmates within the St. Tammany Parish Jail, including for detainees and/or inmates housed in Holding Cells from 2012 to the present.

**RESPONSE:**

**REQUEST NO. 11:** Any and all documents, such as jail records, inmate records, rosters or inmate rosters, cell counts, inmate housing documentation, Current Cell Assignment Reports, or jail housing assignment lists, indicating the number of inmates/detainees in Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 on each day between March 1, 2018 and the present.

**RESPONSE:**

**REQUEST NO. 12:** Any and all documents, such as jail records, inmate records, rosters or inmate rosters, cell counts, inmate housing documentation, Current Cell Assignment Reports, or jail housing assignment lists, indicating the number of days each inmate/detainee was held in Holding Cell 1, Holding Cell 2, Holding Cell 3 or Holding Cell 4 between March 1, 2018 and the present.

**RESPONSE:**

**REQUEST NO. 13:** Any and all documents, such as jail records, inmate records, rosters or inmate rosters, cell counts, inmate housing documentation, Current Cell Assignment Reports, or jail housing assignment lists, indicating each inmate/detainee held in Holding Cell 1, Holding Cell

2, Holding Cell 3 or Holding Cell 4 for more than 48 consecutive hours between March 1, 2018 and the present.

**RESPONSE:**

**REQUEST NO. 14:** Any and all documents, such as training videos, tapes, bulletins, alerts, memorandums, seminars, policies and procedures, and/or training records relating to the length of time detainees/inmates within the St. Tammany Parish Jail that can be housed in holding cells.

**RESPONSE:**

**REQUEST NO. 15:** Any and all documents, such as training videos, tapes, bulletins, alerts, memorandums, seminars, policies and procedures, and/or training records relating to the number of detainees/inmates within the St. Tammany Parish Jail that can be housed in holding cells.

**RESPONSE:**

**REQUEST NO. 16:** Any and all documents, such as training videos, tapes, bulletins, alerts, memorandums, seminars, policies and procedures, and/or training records relating to the treatment of detainees/inmates within the St. Tammany Parish Jail in Holding Cells 1-4, including but not limited to provision of bedding, medications, medical care, sanitary items, recreational activity opportunities, showers/hygiene.

**RESPONSE:**

**REQUEST NO. 17:** Any and all documents, such as training videos, tapes, bulletins, alerts, memorandums, seminars, policies and procedures, and/or training records relating to the medical treatment of detainees/inmates within the St. Tammany Parish Jail in Holding Cells 1-4, including but not limited to intake health assessment, medication registers, medication provision documents, grievances, medical attention requests, and medication requests.

**RESPONSE:**

**REQUEST NO. 18:** Any and all grievances, complaints or correspondence created by St. Tammany Parish inmates or detainees, relating to the medical treatment of detainees/inmates within Holding Cells 1-4, including but not limited to intake health assessment, medication registers, medication provision documents, grievances, medical attention requests, medication requests, and treatment of injuries sustained in the Holding cells, from March 1, 2018 to the present.

**RESPONSE:**

**REQUEST NO. 19:** Any and all grievances, complaints or correspondence created by St. Tammany Parish inmates or detainees, relating to the use of force, altercations, assaults, batteries, or disturbances on or between detainees/inmates or with correctional officers within Holding Cells 1-4, from March 1, 2018 to the present, including but not limited to tear gas or OC spray.

**RESPONSE:**

**REQUEST NO. 20:** Any and all documentation, records, monitoring reports, or Incident Reports regarding any and all uses of force, altercations, assaults, batteries, or disturbances on or between detainees/inmates or with correctional officers within Holding Cells 1-4, from March 1, 2018 to the present, including but not limited to tear gas or OC spray.

**RESPONSE:**

**REQUEST NO. 21:** Any and all documents, such as training videos, tapes, bulletins, alerts, memorandums, seminars, policies and procedures, rules, guidelines and/or training records relating to the transferring individual inmates or detainees from holding cells into the general population.

**RESPONSE:**

**REQUEST NO. 22:** Any and all documentation, correspondence, or pleadings relating to past lawsuits against or involving St. Tammany Parish, its Jail, government, Parish Council, employees, agents, or officers regarding conditions of confinement or alleging unconstitutional conditions of confinement at St. Tammany Parish Jail, including the holding cells from 2010 to the Present.

**RESPONSE:**

**REQUEST NO. 23:** An inspection of the St. Tammany Parish Jail Holding cells and the surrounding areas in the Jail.

**RESPONSE:**

**REQUEST NO. 24:** Any and all documents, such as jail records, inmate records, rosters or inmate rosters, cell counts, inmate housing documentation, Current Cell Assignment Reports, or jail housing assignment lists, indicating the number of available beds in general population cells on each day between March 1, 2018 and the present.

**Dated: June 24, 2020**

By: __/s/ Bhavani Raveendran_____
Attorney for Plaintiffs

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairi, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022

maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Nicolette A. Ward (*pro hac vice*)
Ian P. Fallon (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net, nward@rblaw.net, ifallon@rblaw.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served an electronic copy of the foregoing documents on the following counsel of record via email:

CHADWICK W. COLLINGS, T.A. (#25373)
CODY J. ACOSTA (#37005)
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone: (985) 292-2000
Facsimile: (985) 292-2001
**ccollings@millinglaw.com**
**cacosta@millinglaw.com**
*Attorneys for Sheriff Smith and Major Kelly*


This 24th day of June 2020.

                                Respectfully submitted,

                          By:  __*/s/ Bhavani Raveendran*_____
                                Attorney for Plaintiffs

                            Maria B. Glorioso (#24435), T.A.
                            Vincent J. Glorioso, Jr. (#6064)
                            **THE GLORIOSO LAW FIRM**
                            2716 Athania Parkway
                            Metairi, LA 70002
                            Tel: (504) 569-9999
                            Fax: (504) 569-9022
                            maria@gtorts.com

                            Devon M. Jacob (*pro hac vice*)
                            **JACOB LITIGATION, INC.**
                            P.O. Box 837
                            Mechanicsburg, PA 17055-0837
                            Tel: (717) 796-7733
                            djacob@jacoblitigation.com

                            Antonio M. Romanucci (*pro hac vice*)
                            Bhavani K. Raveendran (*pro hac vice*)
                            Nicolette A. Ward (*pro hac vice*)
                            Ian P. Fallon (*pro hac vice*)
                            **ROMANUCCI & BLANDIN, LLC**
                            321 N. Clark Street, Suite 900

Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net, b.raveendran@rblaw.net,
nward@rblaw.net, ifallon@rblaw.net