# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR. | * * * | NO. 2020-CV-980 |
| **Plaintiffs** | * | |
| VERSUS | * | JUDGE VITTER |
| | * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity | * * * * * * * * * * | MAGISTRATE CURRAULT  JURY DEMAND |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come Defendants, Sheriff Randy Smith and Lacey Kelly, each in their official and individual capacities, who respectfully submit the following list of witnesses and exhibits:

## WITNESSES

1. Plaintiff, Ahmed Baqer

2. Plaintiff, Kalbert Joseph Guillot, Sr.

3. Plaintiff, Floyd Williams

4. Plaintiff, Kevin Louviere, Jr.

5. Plaintiff, Terry Matthew Hall, Jr.

6. Defendant, Sheriff Randy Smith

7. Defendant, Lacey Kelly

8. Maj. Daniel Fleischman, may testify about Plaintiffs' alleged claims

9. Greg Longino, may testify about Plaintiffs' alleged claims

10. Deputy Chief Doug Sharp, may testify about Plaintiffs' alleged claims

11. Dr. Jose Ham, may testify about Plaintiffs' alleged claims

12. Dr. Samuel Gore, may testify about Plaintiffs' alleged claims

13. Major Daniel Culpeper, may testify about Plaintiffs' alleged claims

14. Captain Richard O'Keefe, Jr., may testify about Plaintiffs' alleged claims

15. Captain Scotty Payne, may testify about Plaintiffs' alleged claims

16. Deputy Donna Landrum, may testify about Plaintiffs' alleged claims

17. Lenard Vare, Defendants' expert witness as to prison/jail conditions, conditions of confinement

18. Jeff Eiser, Plaintiffs' expert witness

19. Dr. Edward Madison, III, Floyd Williams' treating physician

20. Dr. Keith Hickey, Floyd Williams' treating physician

21. Any witness necessary to authenticate any document(s) and/or exhibit(s) offered into evidence

22. Any witnesses listed by any other party

23. Impeachment witness(es)

24. Any witnesses identified in any discovery responses or documents produced or obtained in discovery

25. Defendants reserve the right to supplement this witness list with reasonable notification to opposing counsel

## EXHIBITS

1. Jail records for Ahmed Baqer
2. Medical records for Ahmed Baqer
3. Jail records for Klabert Joseph Guillot, Sr.
4. Medical records for Klabert Joseph Guillot, Sr.
5. Jail records for Floyd Williams
6. Medical records for Floyd Williams
7. Jail records for Kevin Louviere, Jr.
8. Medical records for Kevin Louviere, Jr.
9. Jail records for Terry Matthew Hall, Jr.
10. Medical records for Terry Matthew Hall, Jr.
11. St. Tammany Parish Sheriff's Office's Policies and Procedures Manual
12. St. Tammany Parish Sheriff's Office New Hire Orientation
13. St. Tammany Parish Jail Training Curriculum
14. St. Tammany Parish Jail Policies and Standardized Operational Procedures
15. St. Tammany Parish Sheriff's Office Holding Cell Specifications
16. St. Tammany Parish Sheriff's Office Holding Cell – Restrictive Housing
17. St. Tammany Parish Jail Logbook Records
18. 2019 Jail Counts
19. 2020 Jail Counts
20. 2019 Uniform Training Books for St. Tammany Parish Jail
21. 2020 Uniform Training Books for St. Tammany Parish Jail
22. Department of Corrections Inspection Reports

23. Inmate Cell Movement Report

24. Fire Marshal Reports

25. Expert Report of Lenard Vare

26. STPSO Corrections Division Field Training Officer's Program Manual, Standardized Operational Procedures, Basic Security Officer

27. PHASE III (Intake)

28. Site Inspection (8-20-2019)

29. Site Inspection (7-23-2020)

30. St. Tammany Parish Jail Recertification 2021

31. St. Tammany Parish Jail Annual Monitoring Visit

32. Declaration of Floyd Alan Williams

33. Declaration of Kevin James Louviere, Jr.

34. Declaration of Terry Matthew Hall, Jr.

35. Declaration of Klabert Joseph Guillot, Sr.

36. Any other records from the St. Tammany Parish Sheriff's Office in any way relevant to the events made the basis of this litigation

37. Any notes, diaries, letters, social media posts, memorandum or writings of any kind or nature maintained by any witness or current/former party to this litigation in any way relevant to the events made the basis of this lawsuit

38. Any newspaper articles or press releases in any way relevant to the events made the basis of this lawsuit

39. Photographs taken by, produced by, or in the possession of any witness or current/former party to this litigation in any way relevant to the events made the basis of this lawsuit

40. Any and all depositions, and exhibits thereto, taken in connection with this litigation

41. Any and all written or videotaped statements taken in connection with this matter

42. The record of this proceeding, including all responsive pleadings, stipulations, depositions, and discovery attached thereto

43. Any and all reports prepared in connection with this matter, including expert reports and/or investigative reports and attachments or exhibits thereto

44. Any demonstrative evidence that may aid in the presentation of the case

45. Any other exhibits of which Defendants are presently unaware and/or which may be obtained through additional discovery or identified in a deposition

46. Any exhibit listed or used by any party

47. Discovery responses and responsive documents provided by any current/former party in this proceeding

48. Any and all other documents obtained through discovery in this matter

49. Defendants reserve the right to supplement this exhibit list with reasonable notification to opposing counsel

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
_____
**CHADWICK W. COLLINGS, T.A.  # 25373**
**KENNERTH R. WHITTLE           # 38640**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:   (985) 292-2000**
**Facsimile:    (985) 292-2001**
ccollings@millinglaw.com
*Counsel for defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on June 30, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                          */s/ Chadwick W. Collings*
                                          **Chadwick W. Collings**