**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br><br>**JURY DEMAND**<br><br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br><br>**ALL CASES** |
| **Defendants** | | |

******************************************************************************

**ORDER**

Considering the Defendants' foregoing Motion to Withdraw and Enroll Additional Counsel of Record (Record Document 363),

**IT IS ORDERED** that Andrew R. Capitelli (#31649) and Bruce A. Cranner (#1796) of the law firm Milling Benson Woodward L.L.P., be enrolled as additional counsel of record on behalf of Defendants, St. Tammany Parish Sheriff Randy Smith and Lacey Kelly.

**IT IS FURTHERED ORDERED** that Chadwick W. Collings (#25373) be withdrawn from representation of Defendants in the above-captioned matter.

New Orleans, Louisiana, this 19th day of December 2023.

Darrel James Papillion

**HONORABLE DARREL J. PAPILLION**
**U.S. DISTRICT COURT JUDGE**