**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR. and KLABERT JOSEPH GUILLOT, SR., Plaintiffs,** | * | **CIVIL ACTION NO.: 20-00980-WBV-JCW c/w 20-001840-WBV-JCW** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity, Defendants.** | * | JUDGE VITTER<br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br>JURY TRIAL |

---

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

I, Nicolette A. Ward, hereby move this Honorable Court for leave to withdraw as counsel for Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Jr., Klabert Joseph Guillot, Sr., Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams, in this matter for the reasons stated below:

1. The undersigned currently represents Plaintiffs in this matter, and seeks to withdraw as counsel of record.

2. Additional attorneys currently represent Plaintiffs in this matter and will continue to diligently and ably represent Plaintiffs going forward through trial.

3. Attorneys Antonio Romanucci, Bhavani Raveendran, and Sam Harton of Romanucci & Blandin, LLC; Devon Jacob of Jacob Litigation, Inc.; and Maria Glorioso of the Glorioso Law Firm, will remain as counsel of record for Plaintiffs.

4. This motion will not prejudice the representation of Plaintiffs nor cause any undue delay in this proceeding.

WHEREFORE, I respectfully request entry of an order granting me leave to withdraw as an attorney for Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Jr., Klabert Joseph Guillot, Sr., Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams in this matter, and for any such other relief as this Court deems just and proper.

DATED: 3/22/2024

Respectfully Submitted,

/s/_____Nicolette A. Ward_____________

Nicolette A. Ward
SWANSON MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611
Tel: (312) 321-8431
Fax: (312) 321-0990
nward@smbtrials.com