**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR. and KLABERT JOSEPH GUILLOT, SR.,** | * * * | **CIVIL ACTION NO.: 20-00980-** |
| **Plaintiffs,** | * * | **WBV-JCW c/w 20-001840-WBV-JCW** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity,** | * * * * * * * * * * * * | JUDGE VITTER<br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br>JURY TRIAL<br>**ALL CASES** |
| **Defendants.** | * | |

---

**ORDER**

Considering the Plaintiffs' foregoing Motion to Withdraw as Counsel of Record,

**IT IS ORDERED** that Nicolette A. Ward (#6324818) be withdrawn from representation of Plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this ____ day of ______________________, 2024.

_____________________________________

HONORABLE DARREL J. PAPILLON
U.S. District Court Judge