**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION NO: 20-CV-980 (ALL CASES)** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

## ORDER

Before the Court are five motions for Leave to File Excess Pages (R. Docs. 380-84). **IT IS ORDERED** that the motions are **GRANTED**.

New Orleans, Louisiana, this 15th day of May 2024.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**