UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | CIVIL ACTION NO.: 20-00980-DJP-EJD (Consolidated with 20-1840-WBV-DPC) |
| Plaintiffs, | * | |
| v. | * | JUDGE DARREL JAMES PAPILLON |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | MAGISTRATE JUDGE EVA J. DOSSIER |
| Defendants. | * | JURY TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Plaintiffs, AHMED BAQER, FLOYD WILLIAMS, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. and KLABERT JOSEPH GUILLOT, SR., by and through their counsel of record, ROMANUCCI & BLANDIN, LLC; JACOB LITIGATION, INC.; and THE GLORIOSO LAW FIRM; will submit their Motion to Strike Defendants' Motions for Summary Judgment for Failure to Comply With This Court's Order and Stay Briefing on Summary Judgment Until This Motion is Ruled Upon before the Honorable Judge Darrel James Papillon, of the United States District Court for the Eastern District of Louisiana, on the 12th day of June, 2024, at 10:00 a.m.

**Dated: May 30, 2024**                   Respectfully Submitted,


                                          By: __/s/ _Bhavani Raveendran_____
                                              Attorney for Plaintiffs

1

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana on Thursday, May 30, 2024, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

   */s/ Bhavani Raveendran* (Pro Hac Vice)
       Bhavani Raveendran