UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 20-00980-DJP-EJD (Consolidated with 20-1840-WBV-DPC)<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE EVA J. DOSSIER<br><br>JURY TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING**, the Plaintiffs' Motion to Strike Defendants' Motions for Summary Judgment for Failure to Comply With This Court's Order and Stay Briefing on Summary Judgment Until This Motion is Ruled Upon,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' Motion to Strike Defendants' Motions for Summary Judgment for Failure to Comply With This Court's Order and Stay Briefing on Summary Judgment Until This Motion is Ruled Upon is **GRANTED**.

New Orleans, Louisiana, this ___ day of June 2024.

_____
**UNITED STATES DISTRICT JUDGE**