UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR. | * * * | NO. 2020-CV-980 |
| Plaintiffs | * | JUDGE PAPILLION |
| VERSUS | * * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S | * * * | MAGISTRATE DOSSIER |
| OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. | * * | JURY DEMAND |
| STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual | * * * * | COMBINED WITH Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC |
| and individual capacity, and LACEY KELLY, in her official and individual capacity | * * * | ALL CASES |
| Defendants | | |

******************************************************************************

PLAINTIFFS' CONSENT MOTION
TO EXTEND THE BRIEFING DEADLINES FOR PLAINTIFFS AND DEFENDANTS
RELATED TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

**AND NOW** come the Plaintiffs, by and through their counsel, THE GLORIOSO LAW FIRM; JACOB LITIGATION, INC.; and ROMANUCCI & BLANDIN, LLC; to file PLAINTIFFS' CONSENT MOTION TO EXTEND THE BRIEFING DEADLINES FOR PLAINTIFFS AND DEFENDANTS RELATED TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT:

1. On May 16, 2024, Defendants filed *five* motions for summary judgment. R. Docs. 387, 388, and 390-92.

2. On June 14, 20204, the Court issued an Order that provided in relevant part, the following:

> Any opposition to Defendants' motions for summary judgment must be filed on or before **June 28, 2024**. Any reply to Plaintiffs' oppositions must be filed on or before **July 5, 2024**.

R. Doc. 404.

3. Plaintiffs' counsel (Romanucci & Blandin) has been preparing for a two-week trial scheduled to begin on June 24, 2024.

4. Plaintiffs' counsel (Jacob Litigation) is scheduled to be out of state on two occasions prior to Plaintiffs' present briefing deadline.

5. Due to the July 4th holiday, the present briefing schedule only provides the Defendants with four business days in which to reply to Plaintiffs' anticipated responses to the Motions for Summary Judgment.

6. As such, to provide relief to both Plaintiffs and Defendants, it is respectfully requested by both Plaintiffs and Defendants that the briefing deadlines be extended to **July 12, 2024**, for Plaintiffs, and **August 12, 2024**, for Defendants.

7. Any prejudice to the Court that could result from the relief requested has been considered.

8. As the consolidated cases are presently not scheduled for trial until March of 2025, it is believed that the requested extensions will result in little, if any, prejudice to the Court.

**WHEREFORE,** it is respectfully requested that the Court grant this consent Motion and extend the briefing deadlines as referenced.

**Date: June 20, 2024**

*/s/ Devon M. Jacob*
**Attorney for Plaintiffs**

Devon M. Jacob (PA89182) (*pro hac vice*)
**JACOB LITIGATION, INC.**
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci (*pro hac vice*)
Bhavani K. Raveendran (*pro hac vice*)
Sam Harton (*pro hac vice*)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com