UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.<br>Plaintiffs | * | NO. 2020-CV-980<br><br>JUDGE PAPILLION |
| VERSUS | * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity | * | MAGISTRATE DOSSIER<br><br>JURY DEMAND<br><br>COMBINED WITH Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC<br><br>ALL CASES |

**Order**

**CONSIDERING** Plaintiffs' Consent Motion to Extend the Briefing Deadlines for Plaintiffs and Defendants Related to Defendants' Motions for Summary Judgment (R. Docs. 387, 388, and 390-92);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that Plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that any opposition to Defendants' motions for summary judgment must be filed on or before **July 12, 2024.** Any reply to Plaintiffs' oppositions must be filed on or before **August 12, 2024.**

New Orleans, Louisiana, this _____ day of _____________, 2024.

______________________________________
**HONORABLE DARREL JAMES PAPILLION**
**U.S. DISTRICT COURT JUDGE**