UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION NO: 20-CV-980** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **MAGISTRATE JUDGE EVA J. DOSSIER** |

## ORDER

Considering Plaintiffs' Motion to Extend Briefing Deadlines (R. Doc. 407),

**IT IS ORDERED** that the motion is **GRANTED**. Any opposition to Defendants' motions for summary judgment shall be filed on or before **July 12, 2024**, and any reply to Plaintiffs' oppositions shall be filed on or before **August 12, 2024**.

New Orleans, Louisiana, this 21st day of June 2024.

*[signature]*

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**