UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: "P" (3)** |

## ORDER

Considering the pending motions for summary judgment (R. Docs. 387, 388, 390, 391, and 392), related motion to strike (R. Doc. 394), and subsequent briefing related to those motions,

**IT IS ORDERED** that a hearing on the pending motions is **SET** for **February 20, 2025, at 10:00 a.m.**  The hearing will take place in-person in Room C551 of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.  The Court will allow two hours of argument for the motions, with each side being afforded *a total* of one hour for argument.  Each side will be responsible for determining how their time is allocated among themselves, and the allotted time will not be extended, regardless of the number of parties arguing in support of or against a motion.

New Orleans, Louisiana, this 17th day of January 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**