**MINUTE ORDER**
**PAPILLION, J.**
**February 5, 2025**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980** |
| **ST. TAMMANY PARISH GOVERNMENT,** **ET AL.** | **SECTION: "P" (2)** |

### __MINUTE ORDER__

On February 5, 2025, the Court held a telephonic status conference in the above-captioned matter.  Participating were:

- Maria B. Glorioso of Glorioso Law Firm; Joshua Levin and Sam Harton of Romanucci & Blandin, LLC; and Devon M Jacob of Jacob Litigation, on behalf of Plaintiffs; and

- Andrew Robert Capitelli, Bruce Arne Cranner, and Kenneth R. Whittle of Milling Benson Woodward LLP, on behalf of Defendants.

The parties and the Court discussed the status of the case and the pending motions for summary judgment,[1] the pending motion to strike,[2] as well as the pending motions to leave, continue, and expedite.[3]  Pursuant to those discussions,

**IT IS ORDERED** that, to the extent practicable, Plaintiffs shall provide, with their forthcoming supplemental memoranda in opposition to Defendants' motions for summary judgment,[4] Redlines, track changes, or some other similar device that reveals or shows the changes that were made to their memoranda.

---

[1] R. Docs. 387, 388, 390, 391, 392.
[2] R. Doc. 394.
[3] R. Docs. 433, 434, 435, 436, 437, 439.
[4] *See* R. Doc. 429.

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File Response to Plaintiffs' Forthcoming Supplemental Memorandum in Opposition to Defendants' Motions for Summary Judgment[5] is **GRANTED**.  Defendants shall, on or before February 14, 2025, file a response to Plaintiffs' revised memoranda in opposition; Defendants' response may only respond to the supplemental citations added to Plaintiffs' memoranda in opposition and may not make any new substantive arguments.

**IT IS FURTHER ORDERED** that the motions to continue[6] are **GRANTED**.  Oral argument on the motions for summary judgment and to strike,[7] previously scheduled for February 20, 2025,[8] is **RESCHEDULED** for February 26, 2025, at 9:00 a.m.  The hearing will take place in-person in Room C551 of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.  The Court will allow two hours of argument for the motions, with each side being afforded *a total* of one hour for argument.  Each side will be responsible for determining how their time is allocated among themselves, and the allotted time will not be extended, regardless of the number of parties arguing in support of or against a motion.

**IT IS FURTHER ORDERED** that the Pretrial Conference and Trial, and all other dates or deadlines set out in the Amended Scheduling Order that have not yet passed,[9] including the deadline for the Pretrial Order, are **CONTINUED**.[10]  The Court will schedule a status conference upon issuing a ruling on the pending motions for summary judgment and motion to strike.

**IT IS FURTHER ORDERED** that the motions to expedite[11] are **DENIED AS MOOT**.

---

[5] R. Doc. 436.
[6] R. Docs. 434 & 439.
[7] R. Docs. 387, 388, 390, 391, 392, 394.
[8] R. Doc. 428.
[9] *See* R. Doc. 369.
[10] For the avoidance of any doubt, the deadlines for Plaintiffs' forthcoming supplemental memoranda in opposition to Defendants' motions for summary judgment, *see* R. Doc. 429, and Defendants' response remain unaltered.
[11] R. Docs. 433, 435, 437.

New Orleans, Louisiana, this 5th day of February 2025.

_____

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

(JS-10 00:17)