# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: "P" (3)** |

## ORDER

Due to logistical issues, the Court is unable to hold oral argument in the above-captioned case on February 26, 2025.[1] Accordingly:

**IT IS ORDERED** that oral argument on the pending motions for summary judgment and to strike[2] is **RESCHEDULED** for March 13, 2025, at 9:00 a.m. The hearing will take place in-person in Room C551 of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. The Court will allow two hours of argument for the motions, with each side being afforded *a total* of one hour for argument. Each side will be responsible for determining how its time shall be allocated, and the allotted time will not be extended, regardless of the number of parties arguing in support of or against a motion.

New Orleans, Louisiana, this 6th day of February 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* R. Doc. 441.
[2] R. Docs. 387, 388, 390, 391, 392, 394.