UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | |
| | * | CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC) |
| Plaintiffs, | * | |
| | * | JUDGE DARREL JAMES PAPILLION |
| v. | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | JURY TRIAL |
| | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO EXTEND TIME
TO RE-FILE OPPOSITION MEMORANDA**

NOW COME the Plaintiffs, Ahmed Baqer, Floyd Williams, Kevin Louviere, Terry Matthew Hall, Jr. And Klabert Joseph Guillot, Sr., by and through their counsel of record, Romanucci & Blandin, Llc; Jacob Litigation, Inc.; and The Glorioso Law Firm, respectfully file this Motion to Extend Time to Re-File Summary Judgment Responses:

WHEREFORE, for the reasons set forth in the attached Memorandum in Support, Plaintiffs respectfully request that this Honorable Court grant their Motion to Extend Time to Re-File Opposition Memoranda.

**Dated:** February 7, 2025          Respectfully submitted,

/s/ Sam Harton
Sam Harton
Attorney for Plaintiffs

1

        Antonio M. Romanucci
        Bhavani K. Raveendran
        Sam Harton
        Josh Levin
        ROMANUCCI & BLANDIN, LLC
        321 N. Clark Street, Suite 900
        Chicago, IL 60654
        Tel: (312) 458-1000
        Fax: (312) 458-1004
        aromanucci@rblaw.net
        b.raveendran@rblaw.net
        sharton@rblaw.net

        Maria B. Glorioso (#24435), T.A.
        Vincent J. Glorioso, Jr. (#6064)
        THE GLORIOSO LAW FIRM
        2716 Athania Parkway
        Metairie, LA 70002
        Tel: (504) 569-9999
        Fax: (504) 569-9022
        maria@gtorts.com

        Devon M. Jacob (*pro hac vice*)
        JACOB LITIGATION, INC.
        P.O. Box 837
        Mechanicsburg, PA 17055-0837
        Tel: (717) 796-7733
        djacob@jacoblitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana on February 7, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

        /s/ Sam Harton
        Sam Harton
        Attorney for Plaintiffs