UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | |
| | * | CIVIL ACTION NO.: 20-00980- |
| | * | DJP-DPC (Consolidated with 20- |
| Plaintiffs, | * | 1840-WBV-DPC) |
| | * | JUDGE DARREL JAMES |
| v. | * | PAPILLION |
| | * | MAGISTRATE JUDGE PHILLIPS |
| ST. TAMMANY PARISH GOVERNMENT, | * | CURRAULT |
| a/k/a/ ST. TAMMANY PARISH COUNCIL, et | * | JURY TRIAL |
| al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO EXTEND TIME
TO RE-FILE SUMMARY JUDGMENT RESPONSES**

NOW COME the Plaintiffs, Ahmed Baqer, Floyd Williams, Kevin Louviere, Terry Matthew Hall, Jr. And Klabert Joseph Guillot, Sr., by and through their counsel of record, Romanucci & Blandin, Llc; Jacob Litigation, Inc.; and The Glorioso Law Firm, respectfully file this Motion to Extend Time to Re-File Summary Judgment Responses and state as follows:

On January 24, 2025, the Court directed Plaintiffs to re-file their opposition memoranda to Defendants' Motions for Summary Judgment by February 7, 2025, to include additional citations not present in the original briefs. ECF 429. Since that order, Plaintiffs have been diligently working to prepare the re-filings. However, the opposition briefs are considerably lengthy, and Plaintiffs must review a substantial record to ensure compliance with the Court's instructions.

1

Additionally, on February 6, 2025, the Court rescheduled the Oral Argument on the Motions for Summary Judgment from February 26, 2025, to March 13, 2025. In light of the time needed to fully address the Court's Order and the rescheduled argument date, there is good cause to allow Plaintiffs a seven-day extension to re-file these memoranda. Plaintiffs respectfully request a seven-day extension to re-file the opposition memoranda, moving the deadline to February 14, 2025. This motion is not brought in bad faith, with dilatory motive, or to cause delay.

**Dated:** February 7, 2025

Respectfully submitted,

/s/ Sam Harton
Sam Harton
Attorney for Plaintiffs


Antonio M. Romanucci
Bhavani K. Raveendran
Sam Harton
Josh Levin
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
JACOB LITIGATION, INC.

                                                                         P.O. Box 837
                                                                   Mechanicsburg, PA 17055-0837
                                                                   Tel: (717) 796-7733
                                                                djacob@jacoblitigation.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana on February 7, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                                                   <u>/s/ Sam Harton</u>
                                                                   Sam Harton
                                                                   Attorney for Plaintiffs