# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., | * |
| | * CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC) |
| Plaintiffs, | * |
| | * JUDGE DARREL JAMES PAPILLION |
| v. | * |
| | * MAGISTRATE JUDGE PHILLIPS CURRAULT |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * JURY TRIAL |
| Defendants. | * |

*****************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Plaintiffs will submit their Motion to Extend Time to Re-File Opposition Memoranda before the Honorable Darrel James Papillion of the United States District Court for the Eastern District of Louisiana, on the 21st day of February, 2025, at 10:00 a.m

**Dated:** February 7, 2025

Respectfully submitted,

/s/ Sam Harton
Sam Harton
Attorney for Plaintiffs

Antonio M. Romanucci
Bhavani K. Raveendran
Sam Harton
Josh Levin
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

1

Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana on February 7, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

<u>/s/ Sam Harton</u>
Sam Harton
Attorney for Plaintiffs

2