**Kenneth Whittle**

---

| | |
|---|---|
| **From:** | Andrew Capitelli |
| **Sent:** | Friday, February 7, 2025 4:10 PM |
| **To:** | Sam Harton; Kenneth Whittle; djacob; Dana Kondos; Joshua Levin; maria |
| **Cc:** | Bruce Cranner; Sarah Fisher |
| **Subject:** | RE: Baqer et al v. STPSO, Request for Consent to Motion to Continue |

Sam,

Unfortunately, due to other deadlines, the below proposal is difficult on our end. We understand if you request it from the Court, but we cannot consent.

Thanks,

Andrew

---

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Friday, February 07, 2025 2:48 PM
**To:** Andrew Capitelli <acapitelli@millinglaw.com>; Kenneth Whittle <kwhittle@millinglaw.com>; djacob <djacob@jacoblitigation.com>; Dana Kondos <DKondos@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; maria <maria@gtorts.com>
**Cc:** Bruce Cranner <bcranner@millinglaw.com>; Sarah Fisher <sfisher@millinglaw.com>
**Subject:** Re: Baqer et al v. STPSO, Request for Consent to Motion to Continue

Hey y'all. Would appreciate an answer on this by the end of the day. In this court obviously the documents we have to file are different depending on whether it's a consent motion or not.

Get Outlook for iOS

---

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Friday, February 7, 2025 8:02:46 AM
**To:** Andrew Capitelli <acapitelli@millinglaw.com>; Kenneth Whittle <kwhittle@millinglaw.com>; djacob <djacob@jacoblitigation.com>; Dana Kondos <DKondos@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; maria <maria@gtorts.com>
**Cc:** Bruce Cranner <bcranner@millinglaw.com>; Sarah Fisher <sfisher@millinglaw.com>
**Subject:** Re: Baqer et al v. STPSO, Request for Consent to Motion to Continue

Hi everyone,

In light of the Court's decision to push the oral argument a few weeks, would you object to Plaintiff moving for a week extension to file our amended briefs? We would not object to a reciprocal reply extension.

Sincerely,

Sam

---