**Kenneth Whittle**

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Monday, February 17, 2025 9:48 PM
**To:** Kenneth Whittle; Andrew Capitelli; djacob; Dana Kondos; Joshua Levin; maria
**Cc:** Bruce Cranner; Sarah Fisher
**Subject:** RE: Baqer et al v. STPSO, Request for Consent to Motion to Continue
**Attachments:** Baqer Ex. 1.docx; Guillot Ex. 1 .docx; Hall Ex. 1.docx; Louviere Ex. 1.docx; Williams Ex. 1.docx

Kenneth,

See attached.

**Sam A. Harton**
Attorney

ROMANUCCI BLANDIN LAW

www.rblaw.net

**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622

**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

---

**From:** Sam Harton
**Sent:** Monday, February 17, 2025 2:23 PM
**To:** Kenneth Whittle <kwhittle@millinglaw.com>; Andrew Capitelli <acapitelli@millinglaw.com>; djacob <djacob@jacoblitigation.com>; Dana Kondos <DKondos@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; maria <maria@gtorts.com>
**Cc:** Bruce Cranner <bcranner@millinglaw.com>; Sarah Fisher <sfisher@millinglaw.com>
**Subject:** RE: Baqer et al v. STPSO, Request for Consent to Motion to Continue

Kenneth, I apologize for the delay. That is very strange. I will look into it and get you a redlined version.

**Sam A. Harton**
Attorney

ROMANUCCI BLANDIN LAW

**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622

**Kenneth Whittle**

**From:** Kenneth Whittle
**Sent:** Monday, February 17, 2025 1:55 PM
**To:** Sam Harton; Andrew Capitelli; djacob; Dana Kondos; Joshua Levin; maria
**Cc:** Bruce Cranner; Sarah Fisher
**Subject:** RE: Baqer et al v. STPSO, Request for Consent to Motion to Continue

Sam,

Following up on this. Please provide red-lined copies of the supplemental oppositions.

Sincerely,

MILLING BENSON WOODWARD L.L.P. ATTORNEYS AT LAW | WWW.MILLINGLAW.COM

**Kenneth R. Whittle**
68031 Capital Trace Row
Mandeville, LA 70471
(985) 871-3924
(985) 292-2042 (direct)
kwhittle@millinglaw.com

---

**From:** Kenneth Whittle
**Sent:** Monday, February 17, 2025 7:49 AM
**To:** Sam Harton <sharton@rblaw.net>; Andrew Capitelli <acapitelli@millinglaw.com>; djacob <djacob@jacoblitigation.com>; Dana Kondos <DKondos@rblaw.net>; Joshua Levin <JLevin@rblaw.net>; maria <maria@gtorts.com>
**Cc:** Bruce Cranner <bcranner@millinglaw.com>; Sarah Fisher <sfisher@millinglaw.com>
**Subject:** RE: Baqer et al v. STPSO, Request for Consent to Motion to Continue
**Importance:** High

Counsel,

I briefly reviewed the attached redlined versions of the supplemental oppositions, however, the redlined versions which were filed do not seem to contain any redlines and instead seem to be an identical copy of the supplemental opposition.

Can you please provide us with redlined copies of each of the supplemental oppositions?

Sincerely,

MILLING BENSON WOODWARD L.L.P. ATTORNEYS AT LAW | WWW.MILLINGLAW.COM

**Kenneth R. Whittle**
68031 Capital Trace Row
Mandeville, LA 70471
(985) 871-3924
(985) 292-2042 (direct)
kwhittle@millinglaw.com

---

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Friday, February 7, 2025 4:23 PM
**To:** Andrew Capitelli <acapitelli@millinglaw.com>; Kenneth Whittle <kwhittle@millinglaw.com>; djacob