**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.<br><br>Plaintiffs;<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL; ST. TAMMANY PARISH SHERIFF'S OFFICE, et al.<br><br>Defendants. | * * * * * * * * * * * * * * | **CIVIL ACTION**<br><br>**NO.: 20-980 c/w 20-1840**<br><br>**SECTION: "P" (3)** |

Considering the foregoing Motion to Withdraw (R. Doc. 453),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Bhavani Raveendran is hereby withdrawn as counsel of record for Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Jr., Klabert Joseph Guillot, Sr., Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams. Antonio Romanucci, Sam Harton, Josh Levin of Romanucci & Blandin, LLC; Devon Jacob of Jacob Litigation, Inc.; and Maria Glorioso of the Glorioso Law Firm shall remain as counsel of record for Plaintiffs Ahmed Baqer, Klabert Joseph Guillot, Jr., Klabert Joseph Guillot, Sr., Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams.

New Orleans, Louisiana, this 10th day of March, 2025

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**