MINUTE ENTRY
PAPILLION, J.
MARCH 13, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, ET AL. | CIVIL ACTION |
| VERSUS | NO. 20-980 |
| ST. TAMMANY PARISH GOVERNMENT, ET AL. | SECTION: "P" (3) |

JUDGE DARREL JAMES PAPILLION, PRESIDING

| | |
|---|---|
| CASE MANAGER: | Courtney Ancar |
| COURT REPORTER: | Toni Tusa |
| APPEARANCES BY: | Sam Harton, for Plaintiffs<br>Bruce A. Cranner and Kenneth R. Whittle, for Defendants<br>Lacey Kelly and Randy Smith |

**ORAL ARGUMENT**
Case called at 9:02 a.m.
All counsel present in court and ready to proceed.
Defendants' Motions for Summary Judgment (R. Docs. 387, 388, 390, 391, 392) and Plaintiffs' Motion to Strike (R. Doc. 394) were argued by counsel and the matters were taken under advisement.
Matter adjourned at 11:10 a.m.

JS-10: 02:08