UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER | CIVIL ACTION |
| VERSUS | NO. 20-980 |
| ST. TAMMANY PARISH GOVERNMENT, ET AL. | SECTION: "P" (3) |

### ORDER

**IT IS ORDERED** that a Telephonic Status Conference in this matter is hereby scheduled for **April 25, 2025, at 2:00 p.m. CST**. To participate in the conference, the parties should **call (571) 353-2301** and **use access code 515773125**. The parties **shall promptly join the call at 1:55 p.m.**

New Orleans, Louisiana, this 1st day of April 2025.

                                        **DARREL JAMES PAPILLION**
                                      **UNITED STATES DISTRICT JUDGE**