UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | CIVIL ACTION NO.: 20-00980-DJP-DPC |
| Plaintiffs, | * | (Consolidated with 20-1840-WBV-DPC) |
| v. | * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | JUDGE PAPILLION |
| | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * | JURY TRIAL |

*************************************************************************

## PLAINTIFFS' OPPOSED MOTION FOR LEAVE

Pursuant to Federal Rules of Civil Procedure 15(a)(2), 16(b)(4), and 23(c)(1)(C), Plaintiffs, by their undersigned counsel, respectfully request that the Court issue an order permitting Plaintiffs to state as follows in support of their Motion for Leave to (1) amend their complaints in this case, and (2) to file a renewed motion for class certification, which would ask the Court to amend its January 25, 2022 Order denying class certification (ECF 171). In support of this requested relief, the Plaintiffs has attached Memorandum of Law. This Motion is opposed.

Respectfully,

/s/ Sam Harton
Date: April 4, 2025
Attorney for Plaintiffs

1

Devon M. Jacob (PA89182) (pro hac vice)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci
Sam Harton
Josh Levin
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana on April 4, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

/s/ Sam Harton
Attorney for Plaintiffs