UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | CIVIL ACTION NO.: 20-00980-DJP-DPC |
| Plaintiffs, | * | (Consolidated with 20-1840-WBV-DPC) |
| v. | * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | JUDGE PAPILLION |
| | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * | JURY TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SUBMISSION**

Please take notice that Plaintiffs will submit their Motion for Leave to (1) amend their complaints in this case, and (2) to file a renewed motion for class certification, which would ask the Court to amend its January 25, 2022 Order denying class certification (ECF 171) before the Honorable Darrel James Papillion of the United States District Court for the Eastern District of Louisiana, on the 23rd day of April, 2025, at 10:00a.m.

**Dated:** April 4, 2025

Respectfully submitted,

 s/Sam Harton
*Attorney for Plaintiffs*

Antonio M. Romanucci
Sam Harton
Joshua M. Levin
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
P: (312)458-1000
sharton@rblaw.net

1