UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR. | * * * | NO. 2020-CV-00980 |
|           Plaintiffs | * | JUDGE PAPILLION |
| VERSUS | * * | |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity | * * * * * * * * * * * * | MAGISTRATE DOSSIER

JURY DEMAND


COMBINED WITH Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC


ALL CASES |
|           Defendants | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION WITH INCORPORATED MEMORADUM IN SUPPORT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sheriff Randy Smith, in his official capacity, to respectfully request leave under LR 7.7 to file a memorandum in support of his Motion for Reconsideration in excess of twenty-five (25) pages. In support of this request, Defendant avers as follows:

**I.**

On March 28, 2025 this Honorable Court issued its Order and Reasons as to Defendants' Motions for Summary Judgment, wherein the Motions were granted in part and denied in part.[1]

**II.**

Defendant, Sheriff Randy Smith, wishes to file the attached *Motion for Reconsideration* of this Court's March 28, 2025 Order, on the basis of manifest error in law and fact.

**III.**

Defendant, therefore, respectfully requests leave of court under LR 7.7[2] to exceed the twenty-five (25) page limit for their memorandum filed in support of their motion (a copy of the proposed memorandum in support is attached hereto). Defendant's memorandum in support is thirty (30) pages long, including the certificate of service page, and is therefore not in substantial excess of the local rules.

**IV.**

Defendant suggests that a grant of leave to exceed the memorandum page limitation on his motion for reconsideration will facilitate a more timely and efficient evaluation of this Court's March 28, 2025 Order in light of the matters raised by defendants.

**WHEREFORE**, Defendant prays that his *Ex Parte* motion for leave to exceed page limitation be granted and that his proposed memorandum in support of his Motion for Reconsideration be filed into the record.

---

[1] See R. Doc. 457.
[2] Local Rule 7.7 Length of Memoranda and Briefs:

> Except with prior leave of court, a trial brief or memorandum supporting or opposing a motion must not exceed 25 pages, excluding exhibits, and a reply brief or memorandum must not exceed 10 pages, excluding exhibits.

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

*s/ Andrew R. Capitelli*
_____

| | |
|---|---|
| **ANDREW R. CAPITELLI** | **# 31649** |
| **BRUCE A. CRANNER** | **# 1796** |
| **KENNETH R. WHITTLE** | **# 38640** |
| **SARAH A. FISHER** | **# 39881** |

**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone:   (985) 292-2000**
**Facsimile:   (985) 292-2001**
acapitelli@millinglaw.com
bcranner@millinglaw.com
kwhittle@millinglaw.com
sfisher@millinglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Wednesday, April 09, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Andrew R. Capitelli*
**Andrew R. Capitelli**