## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * * | |
| **ST. TAMMANY PARISH GOVERNMENT,** a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity | * * * * * * * * * * * * * | **MAGISTRATE DOSSIER**  **JURY DEMAND**  **COMBINED WITH** *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*  **ALL CASES** |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

**CONSIDERING**, the *Ex Parte Motion for Leave to Exceed Page Limitation with Incorporated Memorandum in Support* filed by Defendant, Sheriff Randy Smith;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Defendant's *Motion for Leave to Exceed Page Limitation* is **GRANTED**, and that Defendant's Memorandum in support of his Motion for Reconsideration shall be filed into the record.

New Orleans, Louisiana, this \_\_\_\_\_ day of April, 2025.

_____
**UNITED STATES DISTRICT JUDGE**