UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * * | |
| **ST. TAMMANY PARISH GOVERNMENT,** a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity | * * * * * * * * * * * | **MAGISTRATE DOSSIER**  **JURY DEMAND**  **COMBINED WITH** *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*  **ALL CASES** |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANT'S MOTION FOR RECONSIDERATION

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sheriff Randy Smith, in his official capacity, who respectfully seeks reconsideration pursuant to Federal Rule of Civil Procedure 54(b) of this Court's March 28, 2025 Order (R. Doc. 457), on Defendants' Motions for Summary Judgment (R. Docs. 387, 388, 390, 391 & 392). Defendant avers that reconsideration of this Court's Order is necessary to address both a manifest error in law and fact.[1] For the reasons set forth in the accompanying memorandum in support, Defendant's motion should be granted.

---

[1] *Gulf Island Shipyards, LLC v. LaShip, LLC,* 2024 WL 1794361, at *3 (E.D. La. 2024) (quoting *Henry v. New Orleans La. Saints, L.L.C.,* 2016 WL 3524107, at *2 (E.D. La. 2016); *Fields v. Pool Offshore, Inc.*, 1998 WL 43217, at *2 (E.D. La. 1998).

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

*s/ Andrew R. Capitelli*
_____
| | |
|---|---|
| **ANDREW R. CAPITELLI** | # 31649 |
| **BRUCE A. CRANNER** | # 1796 |
| **KENNETH R. WHITTLE** | # 38640 |
| **SARAH A. FISHER** | # 39881 |

**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone:  (985) 292-2000**
**Facsimile:  (985) 292-2001**
acapitelli@millinglaw.com
bcranner@millinglaw.com
kwhittle@millinglaw.com
sfisher@millinglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Wednesday, April 09, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Andrew R. Capitelli*
**Andrew R. Capitelli**