## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-00980** |
| Plaintiffs | * | **JUDGE PAPILLION** |
| VERSUS | * * | |
| **ST. TAMMANY PARISH GOVERNMENT,** a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity | * * * * * * * * * * * * | **MAGISTRATE DOSSIER**  **JURY DEMAND**  **COMBINED WITH** *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC* |
| Defendants | * | **ALL CASES** |

*************************************************************************

## **ORDER**

**CONSIDERING**, the *Motion for Reconsideration* filed by Defendant, Sheriff Randy Smith, in his official capacity;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Defendant's *Motion for Reconsideration* of the Court's March 28, 2025 Order (R. Doc. 457) is **GRANTED.**

New Orleans, Louisiana, this _____ day of April, 2025.

_____
**UNITED STATES DISTRICT JUDGE**