IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., <br><br> Defendants. | CIVIL ACTION NO.: 20-00980-DJP-DPC <br><br> (Consolidated with 20-1840-WBV-DPC) <br><br> JUDGE PAPILLION <br><br> MAGISTRATE JUDGE PHILLIPS CURRAULT <br><br> JURY TRIAL DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' CORRECTED MOTION FOR
LEAVE TO FILE A RENEWED MOTION FOR CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 23(c)(1) and the Court's April 7, 2025 *Notice of Deficient Document* in this matter ("April 7 Notice"), Plaintiffs, by their undersigned counsel, submit this corrected motion for leave to file a renewed motion for class certification.

Plaintiffs submit this motion as set forth in their Notice of Proposed Corrections to ECF 460 (ECF 465). As set forth in that notice, Plaintiffs have proposed to modify or extend the time to submit a proposed class certification motion for the Court's consideration. *See id.*

Plaintiffs set forth their reasons for seeking this relief in a memorandum filed in conjunction with this motion.

1

**WHEREFORE**, Plaintiffs respectfully request leave to file a renewed motion for class certification in this case. Said renewed motion for class certification would be filed simultaneously and in conjunction with an amended complaint. Plaintiffs are moving for leave to file an amended complaint in a separate motion filed concurrently with this motion.

Date: April 14, 2025

Respectfully submitted,

/s/ Joshua M. Levin

| | |
|---|---|
| Devon M. Jacob (PA89182) (pro hac vice)<br>JACOB LITIGATION, INC.<br>P.O. Box 837<br>Mechanicsburg, PA 17055-0837<br>Tel: (717) 796-7733<br>djacob@jacoblitigation.com | Antonio M. Romanucci<br>Sam Harton<br>Joshua M. Levin<br>ROMANUCCI & BLANDIN, LLC<br>321 N. Clark Street, Suite 900<br>Chicago, IL 60654<br>Tel: (312) 458-1000<br>Fax: (312) 458-1004<br>aromanucci@rblaw.net<br>sharton@rblaw.net<br>jlevin@rblaw.net |
| Maria B. Glorioso (#24435), T.A.<br>Vincent J. Glorioso, Jr. (#6064)<br>THE GLORIOSO LAW FIRM<br>2716 Athania Parkway<br>Metairie, LA 70002<br>Tel: (504) 569-9999<br>Fax: (504) 569-9022<br>maria@gtorts.com | |

*Attorneys for Plaintiffs*

2