IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., | * |
| | * CIVIL ACTION NO.: 20-00980-DJP-DPC |
| Plaintiffs, | * |
| | * |
| v. | * (Consolidated with 20-1840-WBV-DPC) |
| | * |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * |
| | * JUDGE PAPILLION |
| | * |
| | * MAGISTRATE JUDGE PHILLIPS CURRAULT |
| Defendants. | * |
| | * JURY TRIAL DEMANDED |
| | * |

**************************************************************************

### NOTICE OF SUBMISSION

Please take notice that Plaintiffs will submit their Motion for Leave to file a renewed motion for class certification, which would ask the Court to amend its January 25, 2022 Order denying class certification (ECF 171) before the Honorable Darrel James Papillion of the United States District Court for the Eastern District of Louisiana, on the 30th day of April 2025, at 10:00a.m.

Date: April 14, 2025

Respectfully submitted,
/s/ Joshua M. Levin

Devon M. Jacob (PA89182) (pro hac vice)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Maria B. Glorioso (#24435), T.A.

Antonio M. Romanucci
Sam Harton
Joshua M. Levin
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net

1

Vincent J. Glorioso, Jr. (#6064)         sharton@rblaw.net
THE GLORIOSO LAW FIRM             jlevin@rblaw.net
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

2