UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: "P" (3)** |

## ORDER

**IT IS HEREBY ORDERED** that the telephonic status conference scheduled for April 25, 2025, is hereby **CONTINUED** to **May 29, 2025, at 10:00 a.m. CST**. To participate in the conference, the parties should **call (571) 353-2301** and **use access code 515773125**. The parties **shall promptly join the call at 9:55 a.m. CST**.

New Orleans, Louisiana, this 17th day of April 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**