UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, et al., | * | |
| | * | CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC) |
| Plaintiffs, | * | |
| | * | JUDGE DARREL JAMES PAPILLION |
| v. | * | |
| | * | MAGISTRATE JUDGE PHILLIPS CURRAULT |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * | |
| | * | JURY TRIAL |
| | * | |
| | * | |
| Defendants. | * | |

*****************************************************************************

**PLAINTIFF'S CONSENT MOTION TO EXTEND TIME
TO FILE RESPONSE AND OPPOSITION MEMORANDUM TO
DEFENDANTS' MOTION FOR RECONSIDERATION**

NOW COME the Plaintiffs, Ahmed Baqer, Floyd Williams, Kevin Louviere, Terry Matthew Hall, Jr. And Klabert Joseph Guillot, Sr., by and through their counsel of record, Romanucci & Blandin, LLC; Jacob Litigation, Inc.; and The Glorioso Law Firm, respectfully file this Motion to Extend Time to File a Response and Memorandum in Opposition to Defendants' Motion for Reconsideration regarding Order on Motions for Summary Judgment.

Defendants filed a Motion for Reconsideration regarding Order on Motions for Summary Judgment Motion to be submitted to the Court on April 30, 2025. ECF 464. Plaintiffs' response is therefore due on April 22, 2025. Plaintiffs' counsel have several other obligations in other matters which impede their ability to file a substantive response by this date. Accordingly, Plaintiffs respectfully request that they be granted an extension to file their Response and Memorandum in Opposition to Defendants' Motion for Reconsideration regarding Order on

1

Motions for Summary Judgment on or before May 6, 2025. Defendants do not oppose this extension so long as they receive a reciprocal extension to file their reply on or before May 23, 2025.

    WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant their Motion to Extend Time to File Response and Opposition Memorandum to Defendants' Motion for Reconsideration.

**Dated:** April 22, 2025

Respectfully submitted,

/s/ Sam Harton
<u>Sam Harton</u>
Attorney for Plaintiffs

Antonio M. Romanucci
Sam Harton
Josh Levin
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
sharton@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

## CERTIFICATE OF CONFERRAL AND CONSENT

I, Sam Harton, hereby certify that I conferred with counsel for Defendants via electronic mail on April 21, 2025, regarding this Motion and they consented to the proposed briefing schedule described therein.

s/Sam Harton
*Attorney for Plaintiffs*