## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*************************************************************************

## ORDER

Considering Plaintiff Louviere's Motion for Extension of Time to File Responses to Defendants' Motion for Reconsideration, it is ordered that the Motion is GRANTED.

Plaintiffs are permitted to file their Memorandum in Opposition to Defendants' Motion for Reconsideration on or before May 6, 2025. Defendants' Reply in Support of their Motion for Reconsideration is due or before May 23, 2025.

New Orleans, Louisiana, this 22nd day of April, 2025.

_____
**U.S. DISTRICT JUDGE/MAGISTRATE JUDGE**