# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., ) | |
| ) | Case No. 2:20 cv 00980-WBV-DPC |
| Plaintiffs, ) | |
| ) | Section: D(2) |
| v. ) | Judge Darrel James Papillion |
| ) | |
| ST. TAMMANY PARISH GOVERNMENT ) et al., ) | Magistrate Judge: Eva J. Dossier |
| ) | *Consolidated with Louviere v. St.* |
| Defendants. ) | *Tammany Parish Government,* |
| ) | *No. 2:20 cv 01840-WBV-DPC,* |
| ) | *Section: D(2)* |

***********************************************************************************************

## AFFIDAVIT IN SUPPORT OF ADMISSION *PRO HAC VICE*

Stephen H. Weil, being first duly sworn under oath, states as follows:

1. That affiant is an attorney with the law firm of Romanucci & Blandin, LLC.

2. That affiant is an attorney in good standing and licensed to practice in the State of Illinois and the United States District Court for the Northern District of Illinois.

3. That no disciplinary proceedings or criminal charges have been instituted against him.

4. That affiant has never resigned, been reprimanded, suspended, placed on inactive status, or disbarred from the practice of law.

FURTHER AFFIANT SAYETH NAUGHT.

Date:   April 17, 2025

s/Stephen H. Weil

Joshua M. Levin
Stephen H. Weil
Sam A. Harton
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
jevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net

*Attorneys for Plaintiffs*

2