UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | NO. 2020-CV-00980 |
| Plaintiffs | * | JUDGE PAPILLON |
| VERSUS | * * | |
| **ST. TAMMANY PARISH GOVERNMENT,** a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity | * * * * * * * * * * * * | MAGISTRATE DOSSIER  JURY DEMAND   COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC* |
| Defendants | * | ALL CASES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

---

### DEFENDANT'S MOTION FOR TEMPORARY STAY PENDING RESOLUTION OF DEFENDANT'S MOTION FOR RECONSIDERATION AND INTERLOCUTORY APPEAL

---

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sheriff Randy Smith, in his official capacity, who respectfully files this Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal.

**WHEREFORE**, for the reasons set forth in the attached Memorandum in Support, Defendant, Sheriff Randy Smith, respectfully requests that this Honorable Court grant his Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal.

Respectfully submitted,

MILLING BENSON WOODWARD L.L.P.

*s/ Andrew R. Capitelli*

| | |
|---|---|
| ANDREW R. CAPITELLI | # 31649 |
| BRUCE A. CRANNER | # 1796 |
| KENNETH R. WHITTLE | # 38640 |
| SARAH A. FISHER | # 39881 |

68031 Capital Trace Row
Mandeville, LA 70471
Telephone:    (985) 292-2000
Facsimile:    (985) 292-2001
acapitelli@millinglaw.com
bcranner@millinglaw.com
kwhittle@millinglaw.com
sfisher@millinglaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Monday, April 28, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Andrew R. Capitelli*
Andrew R. Capitelli