# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980**<br>**(c/w 20-1840-WBV-DPC)** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: "P" (3)** |

## ORDER

Considering the foregoing motion for admission of attorney Stephen Weil *pro hac vice* (R. Doc. 473),

**IT IS ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**. The Court is unable to grant the motion in its present form because it provides inconsistent lists of plaintiffs for whom Stephen Weil seeks to represent in this action.[1]

New Orleans, Louisiana, this 28th day of April 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] *Compare* R. Doc. 473 at 1 ("The undersigned counsel hereby moves this Court pursuant to Local Rule 83.2.5 for the admittance *pro hac vice* of Stephen H. Weil to appear on behalf of Plaintiffs AHMED BAQER, KEVIN LOUVIERE, TERRY MATTHEW HALL, JR., and FLOYD WILLIAMS.") *with id.* at 2 ("WHEREFORE, the undersigned respectfully requests that this Honorable Court enter an Order granting admission *pro hac vice* to the bar of the Eastern District of Louisiana to appear on behalf of Plaintiffs AHMED BAQER, KLABERT JOSEPH GUILLOT, JR.; and KLABERT JOSEPH GUILLOT, SR., and for any other relief this Court deems just and proper.").