UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., | * |
| | * CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC) |
| Plaintiffs, | * |
| v. | * JUDGE DARREL JAMES PAPILLION |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * MAGISTRATE JUDGE PHILLIPS CURRAULT |
| | * JURY TRIAL |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE
RESPONSE AND OPPOSITION MEMORANDUM TO DEFENDANTS'
MOTION FOR TEMPORARY STAY PENDING RESOLUTION OF DEFENDANT'S
MOTION FOR RECONSIDERATION AND INTERLOCUTORY APPEAL**

NOW COME the Plaintiffs, Ahmed Baqer, Floyd Williams, Kevin Louviere, Terry Matthew Hall, Jr. And Klabert Joseph Guillot, Sr., by and through their counsel of record, Romanucci & Blandin, LLC; Jacob Litigation, Inc.; and The Glorioso Law Firm, respectfully file this Motion to Extend Time to File a Response and Memorandum in Opposition to Defendants' Motion for Temporary Stay Pending Resolution Of Defendant's Motion For Reconsideration And Interlocutory Appeal.

Defendants filed a Motion to Stay to be submitted on May 14, 2025. Defendants also filed a Motion for Reconsideration re Order on Motions for Summary Judgment Motion. ECF 464. Plaintiffs' responses and opposition memoranda to both motions are due on May 6, 2025. Plaintiffs' counsel have several other obligations in other matters which impede their ability to file a substantive response by this date. Additionally, undersigned counsel unexpectedly had to

1

travel out of state in the days preceding these deadlines due to the death of a family member. Plaintiffs respectfully request a 24-hour extension to finalize and file their response to Defendants Motion to Stay. There is good cause to grant this brief extension, and this motion is not brought for any undue purpose such as delay.

    WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant their Motion to Extend Time to File Response and Opposition Memorandum to Defendants' Motion for Temporary Stay Pending Resolution Of Defendant's Motion For Reconsideration And Interlocutory Appeal.

**Dated:** May 6, 2025　　　　　　　Respectfully submitted,

/s/ Sam Harton
Sam Harton
Attorney for Plaintiffs

Antonio M. Romanucci
Sam Harton
Josh Levin
Stephen Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
sharton@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733

2

djacob@jacoblitigation.com

3