## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| AHMED BAQER, et al., | * | **CIVIL ACTION NO.: 20-** |
|  | * | **00980-DJP-DPC** |
| Plaintiffs, | * | **(Consolidated with 20-1840-** |
|  | * | **WBV-DPC)** |
| v. | * |  |
|  | * | JUDGE PAPILLION |
| ST. TAMMANY PARISH GOVERNMENT, | * |  |
| a/k/a/ ST. TAMMANY PARISH COUNCIL, | * | MAGISTRATE JUDGE |
| et al., | * | PHILLIPS CURRAULT |
|  | * |  |
| Defendants. | * | JURY TRIAL |
|  | * |  |
|  | * |  |

*************************************************************************

### NOTICE OF SUBMISSION

Please take notice that Plaintiffs will submit their Motion to Extend Time to File a

Response and Memorandum in Opposition to Defendants' Motion for Temporary Stay Pending

Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal before the

Honorable Darrel James Papillion of the United States District Court for the Eastern District of

Louisiana, on the 21st day of May 2025, at 10:00a.m.

Dated: May 6, 2025                                      Respectfully submitted,

                                                         s/Sam Harton
                                                         *Attorney for Plaintiffs*

Antonio M. Romanucci
Sam Harton
Joshua M. Levin
Stephen H. Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
P: (312)458-1000
sharton@rblaw.net

1