# Exhibit 1

Annual Monitoring Visit Report

## 𝔇epartment of 𝔓ublic 𝔖afety & 𝔆orrections
### 𝔖tate of 𝔏ouisiana

**JOHN BEL EDWARDS**
GOVERNOR



**JAMES M. LE BLANC**
SECRETARY

December 9, 2019

**M E M O R A N D U M**

**TO:**      The Honorable Randy Smith
             Sheriff of St. Tammany Parish

**FROM:**    James M. Le Blanc
             Secretary

**RE:**      St. Tammany Parish Jail

Please see the attached monitoring report regarding the BJG annual monitoring visit that was conducted on September 18, 2019 and September 23, 2019.

As noted in the report, regarding non-compliant guideline II-D-001 "Key, Tool and Utensil Control, "Chief Longino advised the monitoring team that they will implement the recommended practice and will be purchasing key ring clips for the officers to keep on their person."

Thank you for your support of the BJG process.

Attachment

c:    Mike Ranatza, Executive Director, Louisiana Sheriffs' Association
      Lacey Kelly, Warden, St. Tammany Parish Jail
      Seth Smith, Chief of Operations
      Robert Tanner, Warden
      Beverly Kelly, BJG Team Leader

STPSO BAQUER 001294



08/12/19

# BJG MONITORING REPORT
**(Annual, Semi-Annual, Quarterly, Monthly or Recert with Waiver)**

**FACILITY NAME:** St. Tammany Parish Jail
**BJG MONITORS:** Beverly T. Kelly, BJG Team Leader
Kevin Luper, BJG Team Member
Marsha Culpepper, BJG Team Member
**TYPE OF INSPECTION:** Annual Monitoring Visit
**FACILITY STAFF:** Greg Longino, Chief
Lacey Kelly, Warden
Richard S. O'Keefe, Captain
Scotty Payne, Captain
Jessica Chatelain, Lieutenant
William Frosch, Lieutenant
Mallery Callahan, Captain/Re-Entry Director
Kimya Babers, Lieutenant/Assistant Re-Entry Director
Dr. Jose Ham, Health Services Administrator
**BJG INSPECTION DATE:** September 18, 2019 & September 23, 2019
**PREVIOUS BJG INSPECTION DATE:** July 22, 2019
**OPERATIONAL CAPACITY:** 1,180
**COUNT ON DAY OF VISIT:** 961

## CONCERNS OR ISSUES FROM THE PREVIOUS BJG MONITORING INSPECTION:
None

|  | # MALE | # FEMALE | TOTAL |
|---|---|---|---|
| Number of DOC Offenders | 394 | 19 | 413 |
| Number of Local Offenders | 419 | 24 | 443 |
| Number of Out of State Offenders | 0 | 0 | 0 |
| Number of Federal Offenders | 90 | 4 | 94 |
| Number of ICE Detainees | 11 | 0 | 11 |
| **TOTAL** | **914** | **47** | **961** |

**# of DOC Offenders that are:**

| | |
|---|---|
| Single Bunked | 7 |
| Double Bunked | 406 |
| Triple Bunked | 0 |
| Total | 413 |



Received
10-21-19 at

1

STPSO BAQUER 001295

**# of DOC Offenders that are in restricted housing:**

Single Bunked      **7**

Double Bunked      **4**

Triple Bunked      **0**

Total      **11**

**Assaults** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | Off/Off | Off/Off w/sig inj | Offender/Staff | Off/Staff w/sig inj |
|---|---|---|---|---|
| June 2019 | 29 | 0 | 2 | 0 |
| July 2019 | 30 | 0 | 0 | 0 |
| August 2019 | 39 | 0 | 0 | 0 |

**Seizure Findings** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | Illicit Substance | Alcohol | Weapon | Cell Phone | Other |
|---|---|---|---|---|---|
| June 2019 | 0 | 1 | 3 | 1 | 71 |
| July 2019 | 1 | 4 | 9 | 0 | 443 |
| August 2019 | 0 | 0 | 5 | 0 | 10 |

June 2019 - eight oz. cup of, 1 razor blade, 2 shanks, 1 Samsung phone, 7 unidentified white oval pills, 15 tattoo needles, 6 battery packs, 2 tattoo kits, 3 tattoo guns, 1 upholstery tack, 1 lighter, container containing approximately six oz. tobacco, 23 altered batteries, 1 battery casing, 1 sharpened battery case, 2 pieces of metal from plastic wrap cutter, 1 12" broken metal spoon, 1 wire rack from dish rack, 5 pieces of metal from dish racks, 1 half burned cig.

July 2019 - 1 cig. containing Mojo, 4 containers of hooch approximately four oz., 9 shanks, 1 cigar, 42 tattoo paraphernalia items (19 containers of tattoo ink from flex pens, 3 tattoo matts made from pieces of towel/linen, 1 tattoo rag, 19 tattoo stencils), 24 tattoo needles, 9 tattoo guns, 1 crushed pill, 5 containers of loose tobacco (1/2 pound of loose tobacco, 3 containers of loose tobacco approximately 3 ounces, 1 container of approximately 1 ounce of loose tobacco), 334 over-the-counter jail medications, 17 sharpened/flattened battery casing, 1 sharpened piece of metal, 2 Bic lighters, 2 sock filled with batteries, 2 alter toothbrushes, 2 half smoked cigarettes, 1 battery core needle

August 2019 - 2 razor blades, 3 shanks, 1 container containing six grams of loose tobacco, 2 tattoo needles, 6 altered batteries, 1 piece of copper wire approximately four feet long.

**GENERAL APPEARANCE/CLEANLINESS/COMMENTS OF THE FACILITY:**

**Living Area:**
The living areas were clean and odor free.

**Dorms:**
The dorms were clean and found to be appropriate providing for the basic quality of life. All dorms are equipped with central heating and air. Chemical lockers containing cleaning chemicals are located on each housing unit. Upon inspection of the lockers, the inventories were accurate with current and correct sign in/out logs. Staff areas of the housing units were clean as well.

**Cell Block:**
The facility has 120 cells in their cellblock area; however, only 60 cells are being used.

2

STPSO BAQUER 001296

**Culinary/Dining:**
The kitchen area was clean and odor free. Offender meals are served on the various housing units, as the facility does not have an offender dining area. The inventories were checked with there being no discrepancies found. Since the last visit, a shadow board for the kitchen utensils has been implemented making it easy to identify when a tool is not in the locked cabinet. There were no discrepancies noted with key control in the kitchen area. The manner in which the dry goods and freezer food items are stored was found to be appropriate.

**Bathrooms:**
The bathrooms were observed to be adequate providing for the basic quality of life.

**Yard Areas:**
On the walk through of the facility, the grounds appeared to be well maintained.

**Maintenance:**
The maintenance and warehouse areas were clean and orderly. The tool inventories were checked with no deficiencies noted. All pertinent information such as, location, date, signature of staff signing out the tool, and the date the tool(s) was returned was found to be properly documented. Tools assigned to maintenance groups, i.e., plumbers, are kept in tool bags. Each bag is numbered and contain an inventory of the tools assigned to the bag. Tools not assigned to a tool bag are maintained on a shadow board and numbered. All chemicals were stored in a separate secure area of the warehouse. The inventories were current and correct. There was no inventory of their paint shop noted during the walk thru. However, prior to the end of the inspection, an inventory was created.

## REVIEW AND COMMENT ON THE FOLLOWING BASIC JAIL GUIDELINES: (Compliant or Non Compliant)

**I-A-001        Safety/Sanitation/Inspections - Compliant**
The FM's inspection report of 07-01-19, and DHH's inspection report of 9-17-19 reflect that the facility is compliant with all applicable laws and regulations. Inspections of the facility are being conducted as required. As reflected in the technical assistance visit report of 07-02-19, the water temperature in the housing areas are being checked and recorded daily as required. A recommendation was made to add documentation to the BJG file indicating all staff members trained to complete required inspections of the facility.

**I-C-001        Emergency Plan - Compliant**
The facility's emergency plan was submitted to DPS&C on 10-16-12. Memo in BJG file dated 03-21-19, reflects that the plan remains current. The facility's evacuation plan is reviewed annually by the FM. A recommendation was made to add a reporting section to their facility policy to ensure that all reporting requirements are met as well as indicating the contact information for DPS&C and EHCC as noted in the guideline.

**II-A-007        Counts - Compliant**
- How many formal counts are conducted each shift? **The facility conducts six formal counts each day. Four formal counts are conducted on the day shift and two formal counts are conducted on the night shift. (*5:15 am/5:30 am, 6:00 am, 11:00 am/12:00 pm, 4:00 pm, *5:15 pm/5:30 pm and 10:30 pm). Facility policy reflects that formal counts are also conducted after mass movements and following a major disturbance. *Shift change begins at 5:15 am and 5:15 pm.**
- How many counts are conducted each day? **Facility staff conducts at least 9 counts daily. In addition to the formal counts, per facility policy, headcounts are taken at irregular intervals at least every hour between 22:30 hours and 0500 hours.**

3

STPSO BAQUER 001297

*Stick outs are counts that are conducted in areas other than housing units, such as food services and other areas of normally authorized locations. When conducting and submitting the counts, employees are to actually see the offender before turning in theses counts.*

- How does the facility accomplish this? **When an offender leaves his/her assigned housing unit, pertinent information such as the name, destination, time, and employee responsible for the custody and control of the offender is reported to main control and logged in the daily log book. Facility policy states that head counts will be conducted at the work sites at lunch feed-up or formal count times and reported to main control. Main control will verify the count and enter the information into the daily log. In the case of offenders off-site and upon their return to the facility, main control will conduct a head count of all offenders returning and verify that the count is correct before the officer escorting the offender(s) leaves.**

- Does this process insure accountability and safe/secure operation of the facility? **Yes, as noted in the technical assistance visit of 07-02-19, facility policy was updated to include procedures on counting offenders on temporary absences from the facility. Upon review of the daily logs reflecting accountability of the offenders not in their assigned housing units, the daily log documentation reflects the names of officers transporting/supervising the offenders, the name of the offenders, their destination and time leaving the facility. The daily log also indicated the officer(s) calling into the main control while off-site to confirm his count along with the names of the offender(s). The daily log documentation also reflects the time and name of the offenders when they return to the facility.**

**II-A-008    Offender Population Management System - Compliant**
The reentry transition document envelopes are no longer transferred when a DPS&C offender is transferred to another local facility, as there have been issues with the envelopes being lost during the transfer. However, the reentry transition document envelopes are transferred when the offender is transferred to a DPS&C facility. Maghen Shipley-Gagnard verified this practice. Pre-class and supplemental packets are emailed to Melissa Morrison or Joseph Bordelon at Raymond Laborde Correctional Center.

**II-A-010    Admissions - Compliant**
Initial criminal history checks of DOC offenders are conducted "off-line" through State Police. Per facility policy, the "off-line" criminal history checks are not printed. However, the offender's arrest and conviction history is noted on their intake screening form. Once the offender is reviewed by the Classification/Treatment Department, a copy of his criminal history is printed and maintained in his file.

**II-A-012    Classification System - Compliant**
Does this facility have any trustees that work outside the secure perimeter? (Yes or No)
If yes,
- What is their classification process to determine who is eligible for trustee status? **A review board consisting of representatives from security and treatment is held to determine whether the offender is eligible for trustee status. The offender's arrest and conviction history is reviewed to determine whether he/she is eligible for minimum custody status. Trustee recommendations are reviewed by medical to ensure there are no medical conditions that would render the trustee recommendations ineligible.**
- Does their classification process meet DPS&C, Corrections Services' criteria? **Yes**

STPSO BAQUER 001298

**II-A-018     Offender Drug Testing - Compliant** (Please list monthly since the previous BJG monitoring visit.)

| Month/Year | # DOC Tested | Total DOC Pop | % Tested | # Positive |
|------------|--------------|---------------|----------|------------|
| June 2019 | 22 | 381 | 5.77% | 0 |
| July 2019 | 20 | 392 | 5.10% | 0 |
| August 2019 | 21 | 398 | 5.28% | 0 |

**II-A-019     Offender Transfers - Compliant**
Supporting documentation reflects notice is being submitted to Office of Adult Service (OAS) as required by the guideline.

**II-B-002-1     Use of Restraints for Pregnant Offenders - Compliant**
Facility's policy is compliant with the requirements of the guideline. In the event restraints are required during transportation, nylon wrist restraints will be utilized.

**II-C-001     Procedures for Searches - Compliant**
Routine and random searches of the facility are conducted as required. A facility wide search of the facility was conducted on July 23, 2019, and July 24, 2019. Searches of the facility are conducted by the facility's Special Operation Division (SOD) and correctional Tactical Unit (CTU). The monthly reports reflect the number of areas searched each month and description of the unauthorized and contraband items found.

**II-D-001     Key, Tool and Utensil Control - Non-Compliant**
During our walk through of the facility, keys identified as "pass on" keys were observed laying on the desk tops within easy access to offenders that maybe in the area. Upon speaking with one of the officers regarding key control, he stated that it is policy to log receipt of the keys into their logbook upon arrival along with all equipment received from the officers being relieved. According to review of the officer's logbook, he did not document receipt of the keys or any equipment received from the off-going officer upon him assuming his post. A recommendation was made that a revision to their facility policy be completed to address the accountability and control of pass on keys. It was also recommended that the practice of pass on keys, in the housing areas, be kept on the officer's person. Chief Longino advised the monitoring team that they will implement the recommended practice and will be purchasing key ring clips for the officers to keep on keys on their person. The inventories for the needles and sharps in the medical area were reviewed. There were no discrepancies noted with the counts. A date error was noted and was corrected on spot.

**IV-C-001     Access to Care/Clinical Services** (Does the facility charge a co-payment? If so, approved by DPS&C?)
Offenders are charged $10.00 for routine sick calls, $6.00 for emergency healthcare encounters, and $2.00 for new prescriptions. There is no charge for lab work, x-rays, or other services as indicated in Section G of Dept. Reg. HC-02. The co-payment fees were approved by Secretary LeBlanc by memo dated 07-31-19.

The facility's policy is in the process of being updated to reflect the current co-payment fees, which is provided to offenders during orientation. The exiting population has been placed on notice of the current fees via the facility' kiosk, the sick call forms have been updated, as well as notification posted in each of the housing units.

**IV-C-006-1     Pregnancy Management - Compliant**
Pregnant offenders receive treatment in accordance with an established pregnancy protocol policy that includes prenatal vitamins, pregnancy diet, and prenatal and postnatal care. OB/GYN care is provided on-site and in the clinic at Our Lady of the Angels Hospital in Bogalusa, LA. According to facility policy, pregnant offenders are advised of their pregnancy and abortion rights, the prohibition of the use of restraints, and the availability of family planning and lactation support.

STPSO BAQUER 001299

**IV-C-008**  **Annual TB Testing - Compliant**
DOC offenders are given PPD testing upon arrival before going to their assigned housing areas. The facility uses the Jail Management System (JMS) to identify offenders that have been in custody for a year. Offenders with positive reactions are given chest x-rays. Offenders with signs and symptoms are placed in a negative air flow cell. Offender with positive reactions are scheduled for labs and start treatment.

**IV-C-012**  **Access to Sick Call - Compliant**
Routine sick call is available seven days a week. Offenders wishing to make a sick call request can do so verbally and/or by completing a sick call request. Nursing staff conduct routine sick per standing orders. Sick call by a health care provider (physician/mental health provider) is available five days a week. Dental services is available once each week.

**IV-C-013**  **Infirmary Care - Compliant**
The facility does not have an on-site infirmary. However, 24-hour medical coverage is available, seven days a week. Offenders requiring medical care/treatment beyond that available at the facility are transported to a local hospital for further evaluation/treatment.

**IV-C-013-1**  **Medical Releases** (Medical Parole, Medical Treatment Furlough, Compassionate Release)
**Compliant** - Facility policy was found to be compliant. To date, the facility has not had any offenders housed in their facility requiring such recommendation.

**IV-C-014**  **Suicide Prevention and Intervention - Compliant**
Medical/Mental Health services for St. Tammany Parish Jail is provided by Wellpath. The facility's suicide prevention and intervention program has been approved by a behavioral health professional as required. Copies of the behavioral health professionals' licenses/certifications were reviewed. Staff receive annual suicide prevention training. Security staff trained in the use of the restraint chair in accordance with the facility's written policy are required to attend annual training in the use of the chair. A Restraint Chair training is scheduled for 10-01-19. On the date of the inspection, there was one non-DOC offender on mental health watch. It is facility's policy to make rounds at irregular intervals every 15 minutes in accordance with the management order. Review of the logbook entry on the date of the inspection indicated the officer making irregular rounds at least every 10 minutes. The facility has an on-site physiatrist three days a week and a licensed professional counselor five days a week.

**IV-C-016**  **Notification - Compliant**
The facility has not had any DOC offenders that required the notification of an immediate family member as covered by this guideline.

**IV-D-004**  **Confidentiality of Health Information - Compliant**
The facility transitioned to electronic health records on 06-16-19. Each nurse has a computer to log into the system. Paper medical records are stored in a locked room in the medical department. The key is maintained in the nursing station. The medical and mental health staff are the only ones with access to the key and room were the paper medical records are stored.

**IV-E-001**  **Alleged and Substantiated Sexual Assaults - Compliant**
- Is this facility required to be PREA compliant due to contract language? (<u>Yes</u> or No)
- Is this facility PREA compliant? (Yes or <u>No</u>)
  If yes, date compliance received:

6

STPSO BAQUER 001300

- If this facility is required to be PREA compliant due to contract language, and has not done so, what is their plan of action for compliance?
**Staff from the facility attended a PREA training for local level facilities on 07-11-19, conducted by Assistant Warden Michele Dauzat. During the training, AW Dauzat offered her assistance and provided resource information available on the PREA Resource Center website. In addition to available assistance/resources from AW Dauzat, assistance is also available from the PREA Compliance Manger/BJG Team Leader at Rayburn Correctional Center. A PREA Compliance Manager for the facility has been appointed. The facility PREA investigators are scheduled to attend a PREA Investigator's Training in Charleston, South Carolina on November 13 and14, 2019.**

A PREA allegation against a female deputy was reported to facility staff on 6-28-19. At the conclusion of the investigation, the allegation was determined to be a substantiated in which the officer had inappropriate communications with the offender via the facility's kiosk and telephone. The deputy was terminated.

**V-A-003     Programs and Services - Compliant**

- **List all Certified Treatment Programs** (Attached Form B-04-003-B)
Cage Your Rage - Classes scheduled to begin November 4, 2019
HiSet
IC3
Living in Balance
Louisiana Risk Management Model; Phase I & II
Partners in Parenting
Standardized Pre-Release Curriculum – 2010
Thinking for a Change
UCCI CBI Employment - Classes scheduled to begin October 1, 2019.
- **List all other Offender Programs**
AA/NA
Bible Study
Life Recovery

    **Facility no longer offers Celebrate Recovery, Praise Program, Understanding and Reducing Angry Feelings (replaced with Cage Your Rage).**

**V-A-003-1     Educational Programming - Compliant**
Male DOC offenders are provided the opportunity to participate in available educational programming. Per facility staff, female DOC offenders are generally transferred to Tallulah for educational programming. The reentry staff is responsible for submitting notifications for any planned or proposed programs to DPS&C in accordance with the requirements of this guideline.

**GED Program**

| | |
|---|---|
| Number of GED Slots | 50 |
| Number of Participants | 21 |
| YTD Number of Completions | 12 |

STPSO BAQUER 001301

**V-B-001      Releasing Offenders - Compliant**
The reentry transition document envelope for offenders releasing on good time parole supervision are forwarded to the P&P District in which the offender is releasing to. When an offender releasing under "full term" is transferred to another local facility, he/she is given instructions to contact the facility upon his/her release to request that the envelope be mailed or notify staff if they plan to come to the facility to pick up their reentry transition document envelope. Maghen Shipley-Gagnard verified this practice

**V-B-010      Proposed Expansions - Compliant**
The facility does not have any proposed expansions at this time.

**V-C-001      Substance Abuse Programs - Compliant**
AA/NA and Living in Balance programming is available to offenders that wish to participate.

**V-C-002      Reentry Programs - Compliant (Are offenders releasing with two valid forms of identification?)**
Yes, the reentry transition document envelope containing two forms of valid identification for offenders releasing on good time parole supervision are forwarded to the P&P District in which the offender is releasing to. When an offender releasing under "full term" is transferred to another local facility, he/she is given instructions to contact the facility upon his/her release to request that the envelope be mailed or notify staff if they plan to come to the facility to pick up their envelope. Maghen Shipley-Gagnard verified this practice.

**V-C-004      Parole Board Procedures - Compliant**
Monthly parole board hearings are held at the facility via video conference. The warden or her designee is present when parole board hearings are held.

**VII-A-002      Weapons Training - Compliant**
Officers authorized to use firearms and less-than-lethal weapons receive annual training. Firearm recertification training is scheduled by the officer's birth month. Documentation for the same officer was provided to show compliance of staff receiving annual training as required by the guideline.

**VII-B-008      Monthly Reporting - Compliant**
Monthly reports are submitted timely. When additional information is requested, the information is provided promptly.

**OTHERS:**
**IV-B-005      Personal Hygiene**
During the walk thru in the female housing unit, several of the female offenders stated that they are not being provided with ample sanitary pads, stating that they only receive 12 sanitary pads a month and that is not enough. Facility staff advised that the female offenders are provided with a 24 pack of sanitary pads twice a month. They can also purchase sanitary pads from the commissary and, if indigent, pads will be provided to them. The facility staff indicated that the officer issuing the sanitary pads use to have each offender sign receipt for the sanitary pads issued. The practice of requiring the female offenders to sign receipt for the sanitary pads issued is being re-implemented.

**STAFF COMMENTS/MORALE/GENERAL OBSERVATIONS:**
Staff was very helpful during the visit.

**OFFENDER COMMENTS/MORALE/QUALITY OF LIFE:**
Offender moral was observed to be good. The quality of life was deemed to be appropriate.

STPSO BAQUER 001302

**RECOMMENDATION:**

The following guideline was found to be non-compliant:

**II-D-001**      **Key, Tool and Utensil Control - Non-Compliant**

During walk through of the facility, "pass on" keys were observed laying on the desk tops in two different housing areas of the facility.

There was no documentation in one of the officer's logbook reflecting receipt of the pass on keys at the beginning of his shift as per the practice expressed by the officer. After review of the facility's policy, the policy did not address protocol to be followed for "pass on" keys. A recommendation was made that a revision to their facility policy be completed to address the accountability and control of "pass on" keys. It was also recommended that the practice of "pass on" keys, in the housing areas, be kept on the officer's person. Chief Longiono advised the team that they will implement the recommended practice and will be purchasing key ring clips for the officers to keep the "pass on" keys on their person.

Based upon the team's review and inspection, it is recommended that the St. Tammany Parish Jail continue with annual inspections.

9

STPSO BAQUER 001303

Form B-04-003-B
05 November 2010

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility:  St. Tammany Parish Jail

Date:  September 18, 2019

Name of Program:  Cage Your Rage

Date of Program Implementation:  September 2019

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?    ☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☐ No (New Program)

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?    ☐ Yes    ☒ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_Beverly A. Kelly_                                                    9-18-19
Monitoring Team Member or BJG Team Member/Leader          Date

STPSO BAQUER 001304

**Form B-04-003-B**
**05 November 2010**

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility:  St. Tammany Parish Jail

Date:  September 18, 2019

Name of Program:  HiSet

Date of Program Implementation:  February 2011 (programming resumed January 2019)

Primary Area of Service Provided:

☒  Education
☐  Job Skill Training
☐  Values Development and Faith Based Initiatives
☐  Treatment Programs
☐  Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?    ☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☒ No

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?    ☐ Yes    ☒ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

*Beverly F. Kelly*                                          9.18-19
Monitoring Team Member or BJG Team Member/Leader          Date

STPSO BAQUER 001305

**Form B-04-003-B**
**05 November 2010**

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility: St. Tammany Parish Jail

Date: September 18, 2019

Name of Program: IC3

Date of Program Implementation: July 2019

Primary Area of Service Provided:

☐ Education
☒ Job Skill Training
☐ Values Development and Faith Based Initiatives
☐ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?    ☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☐ No (New Program)

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?    ☐ Yes    ☒ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_Beverly F. Kelly_                                                        9-18-19
Monitoring Team Member or BJG Team Member/Leader            Date

STPSO BAQUER 001306

Form B-04-003-B
05 November 2010

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility: St. Tammany Parish Jail

Date: September 18, 2019

Name of Program: Living in Balance

Date of Program Implementation: September 2011

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?    ☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☒ No

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?    ☐ Yes    ☒ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_Beverly L. Kelly_                                    9-18-19
Monitoring Team Member or BJG Team Member/Leader        Date

STPSO BAQUER 001307

**Form B-04-003-B**
**05 November 2010**

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
### CERTIFICATION OF CONTINUED COMPLIANCE

Facility: St. Tammany Parish Jail

Date: September 18, 2019

Name of Program: Louisiana Risk Management Model: Phase I & II

Date of Program Implementation: September 2011

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☒ Treatment Programs
☐ Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?    ☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☒ No

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

All offenders who apply.                              ☒ Yes    ☐ No
Number of offenders accepted.                         ☒ Yes    ☐ No
Number and type of services provided.                ☒ Yes    ☐ No
Offender's completion/termination from program.      ☒ Yes    ☐ No

Is there a formal graduation ceremony for those who complete the program?    ☐ Yes    ☒ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_Beverly S. Kelly_                                    9-18-19
Monitoring Team Member or BJG Team Member/Leader      Date

STPSO BAQUER 001308

**Form B-04-003-B**
**05 November 2010**

### CERTIFIED TREATMENT AND REHABILITATION PROGRAM
### CERTIFICATION OF CONTINUED COMPLIANCE

Facility: St. Tammany Parish Jail

Date: September 18, 2019

Name of Program: Partners in Parenting

Date of Program Implementation: February 2015

Primary Area of Service Provided:

- ☐ Education
- ☐ Job Skill Training
- ☐ Values Development and Faith Based Initiatives
- ☒ Treatment Programs
- ☐ Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?    ☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☒ No

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?    ☐ Yes    ☒ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_Beverly J. Kelly_                                                    9-18-19

Monitoring Team Member or BJG Team Member/Leader                    Date

STPSO BAQUER 001309

**Form B-04-003-B**
**05 November 2010**

### CERTIFIED TREATMENT AND REHABILITATION PROGRAM
### CERTIFICATION OF CONTINUED COMPLIANCE

Facility: St. Tammany Parish Jail

Date: September 18, 2019

Name of Program: Standardized Pre-Release Curriculum - 2010

Date of Program Implementation: February 2011

Primary Area of Service Provided:

☐ Education
☐ Job Skill Training
☐ Values Development and Faith Based Initiatives
☐ Treatment Programs
☒ Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?    ☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☒ No

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?    ☐ Yes    ☒ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_Beverly L. Kelly_                                              9-18-19
Monitoring Team Member or BJG Team Member/Leader        Date

STPSO BAQUER 001310

Form B-04-003-B
05 November 2010

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility:  St. Tammany Parish Jail

Date:  September 18, 2019

Name of Program:  Thinking for a Change

Date of Program Implementation:  June 2015

Primary Area of Service Provided:

☐    Education
☐    Job Skill Training
☐    Values Development and Faith Based Initiatives
☒    Treatment Programs
☐    Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?    ☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☒ No

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?    ☐ Yes    ☒ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_Beverly L. Kelly_                                          9-18-19

Monitoring Team Member or BJG Team Member/Leader          Date

STPSO BAQUER 001311

**Form B-04-003-B**
**05 November 2010**

## CERTIFIED TREATMENT AND REHABILITATION PROGRAM
## CERTIFICATION OF CONTINUED COMPLIANCE

Facility:  St. Tammany Parish Jail

Date:  September 18, 2019

Name of Program:  UCCI CBI Employment

Date of Program Implementation:  September 2019

Primary Area of Service Provided:

☐    Education
☐    Job Skill Training
☐    Values Development and Faith Based Initiatives
☒    Treatment Programs
☐    Miscellaneous

Program has been certified by DPS&C?    ☒ Yes    ☐ No

Program application process is consistent with DPS&C existing assessment and classification system?    ☒ Yes    ☐ No

Has program curriculum changed during preceding 12 months?    ☐ Yes    ☐ No (New Program )

Is there an objective method used to assess completion?    ☒ Yes    ☐ No

Detailed records are maintained on the following:

| | | |
|---|---|---|
| All offenders who apply. | ☒ Yes | ☐ No |
| Number of offenders accepted. | ☒ Yes | ☐ No |
| Number and type of services provided. | ☒ Yes | ☐ No |
| Offender's completion/termination from program. | ☒ Yes | ☐ No |

Is there a formal graduation ceremony for those who complete the program?    ☐ Yes    ☒ No

The CTRP referenced above continues to meet necessary criteria to maintain its certification by the Department of Public Safety and Corrections.

_Beverly L. Kelly_                                                          9-18-19
Monitoring Team Member or BJG Team Member/Leader               Date

STPSO BAQUER 001312



**John Bel Edwards**
**GOVERNOR**

# Office of State Fire Marshal

8181 Independence Blvd, Baton Rouge, LA 70806
(225) 925-4911 (800) 256-5452 Fax (225) 925-4241

## Inspection Report
Report # CB-18-036466-2
**No Deficient/Cautionary Codes cited.**



H. "Butch" Browning
FIRE MARSHAL

### Location Information

| Inspection Type | Compliance Building Inspection | | | Inspection Date | 7/1/2019 12:01:57 PM |
|---|---|---|---|---|---|
| Structure ID | J000270 | No. of Buildings | 5 | Facility Code | I025974 |
| Capacity | 1,349 | Year Built | 1984 | Construction Type | Type IIB / (000) |
| Building/Trade Name | | | Address | | |
| ST TAMMANY PARISH JAIL | | | 1200 CHAMPAGNE ST., COVINGTON, LA 70433 | | |

### Owner Information

| Owner Type | | Name | | Contact Phone | Contact Email |
|---|---|---|---|---|---|
| State Owned | | | | (985) 276-1080 | ANDREWSHARP@STPSO.COM |
| Address | | | | | |
| 1200 CHAMPAGNE ST., COVINGTON, LA 70433 | | | | | |

### Tenant Information

| Name | Suite Number | Floor Number | Square Footage |
|---|---|---|---|
| | | | |

### Occupancy Details

| Occupancy Type | Details |
|---|---|
| Institutional | INSTITUTIONAL BUILDING TYPE: GROUP I-3 (DETENTION/CORRECTION); DETENTION/CORRECTION FACILITY TYPE: CONDITION 4 |

### Comments

ALL PREVIOUS DEFICIENCIES HAVE BEEN CORRECTED. IN COMPLIANCE.

PER OSFM LT. RAYBORN'S INSPECTION IN FEBRUARY "THIS INSPECTION IS TO VERIFY AN ACCURATE CAPACITY FOR 4 BUILDINGS THAT HOUSE INMATES. THE TRUSTEE DORM WILL NO LONGER BE USED FOR INMATES AND OCCUPANCY TYPE WILL CHANGE. THE FOLLOWING IS THE CAPACITY BREAKDOWN FOR EACH BUILDING, BUILDING A CAPACITY IS SET AT 328, BUILDING B IS SET AT 252 ( 120 FOR HOLDING CELLS), BUILDING C IS SET AT 360 BUILDING D IS SET AT 360 DURING INSPECTION FIRE EVACUATION PLANS WERE REVIEWED FOR EACH BUILDING AND WERE APPROVED PER NFPA 101 LIFE SAFETY CODE."

### Inspector Information

| Name:   Cathryn R Guilott | Badge Number:  635 | Inspector Signature: |
|---|---|---|

### Person to whom requirements were explained

| Name:   William Frosch | Title:   LT. | Signature: |
|---|---|---|

**For questions regarding the contents of this report, please call:**          (504) 568 8506

R.S. 40: 1621    Whoever fails to comply with any order issued by the Fire Marshal or his authorized representative under any provision of Part III, Chapter 7, Title 40 of the Louisiana Revised Statutes of 1950, R.S. 40:1589 excepted shall be fined not more than five hundred dollars or imprisoned, for more than six months or both. Each day's violation of an order constitutes a separate offense and may be punished as such at the discretion of court.

STPSO BAQUER 001313



### STATE OF LOUISIANA
### DEPARTMENT OF HEALTH
### OFFICE OF PUBLIC HEALTH

**Detention or Incarceration
Notice of Violations**

Routine/Renewal

| Permit Number | Permit Name | | |
|---|---|---|---|
| 52-04-224 | St. Tammany Parish Jail-224 | | |
| Name of Establishment | | Owner Name | |
| St. Tammany Parish Jail-224 | | | |
| Address | | Date | Time |
| 1200 Champagne ST Covington, LA 70433 | | 09/17/2019 | 10.15 AM |

### LAC TITLE 51 PART XVIII

**Comments:**
Parish jail parish inspection. No violations. billfrosch@stpso.com

| Number Licensed For | Number in Attendance | License Anniversary |
|---|---|---|
| 1180 | 936 | 02/28/2020 |

| Sanitarian Name/Print | Phone # | Sanitarian Signature | R.S. # |
|---|---|---|---|
| Mike Hanberry | 985 893-6296 |  | 1404 |

The above mentioned violations were called to my attention and were explained to me in detail. I hereby agree to

Correct Critical Violations by | Correct Non-Critical Violations by

Signature of Recipient

Title
William Frosch

STATE OF LOUISIANA
DEPARTMENT OF HEALTH
OFFICE OF PUBLIC HEALTH

INSTITUTION REPORT

| Agency License No. | Anniversary Month |
| --- | --- |
| | FEBRUARY |

| Name of Establishment | Mailing Address |
| --- | --- |
| ST. TAMMANY PARISH JAIL-224 | |

| Address | |
| --- | --- |
| 1200 CHAMPAGNE ST | |

| City, state, Zip Code | |
| --- | --- |
| COVINGTON    LA    70433 | |

Type of Facility
JAILS 1180 936

| Parish | Date Inspected |
| --- | --- |
| St. Tammany | 09/17/2019 |

The above establishment has been inspected by a representative of this section, and:

☑ License is Recommended;

☐ License is **Not** Recommended;

☐ License is Pending Reinspection;

| from the standpoint of sanitation | MIKE HANBERRY | 1 | 4 | 0 | 4 |

LHS 48 (R 7/99)    D 1014

 STPSO-BAQUER1002395