**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

****************************************************************************

**PLAINTIFFS' NUNC PRO TUNC MOTION TO EXTEND TIME TO FILE A RESPONSE AND MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR TEMPORARY STAY PENDING RESOLUTION OF DEFENDATS' MOTION FOR RECONSIDERATION AND INTERLOCUTORY APPEAL**

NOW COME the Plaintiffs, Ahmed Baqer, Floyd Williams, Kevin Louviere, Terry Matthew Hall, Jr. And Klabert Joseph Guillot, Sr., by and through their counsel of record, Romanucci & Blandin, LLC; Jacob Litigation, Inc.; and The Glorioso Law Firm, respectfully request that the Court issue an order permitting Plaintiffs to state as follows in support of their Nunc Pro Tunc Motion to Extend Time to File a Response and Memorandum in Opposition, a 24-hour extension to finalize and file their response to Defendants Motion to Stay, Nunc Pro Tunc[1]. In support of

[1] On May 6, 2025, Plaintiffs filed their Motion to Extend Time to File a Response and Memorandum in Opposition to Defendants' Motion for Temporary Stay Pending Resolution of Defendants' Motion for Reconsideration and Interlocutory Appeal. ECF No. 480. On May 7, 2025, the Court issued a Notice of Deficiency regarding that filing. Plaintiffs now submit this Motion n*unc pro tunc, i*n an effort to cure the deficiency identified by the Court. Additionally, this Motion relates to ALL CASES (20-00980-DJP-DPC and 20-1840-WBV-DPC).

this requested relief, Plaintiffs have attached their Memorandum of Law.

Respectfully submitted,

Date: May 7, 2025

/s/ Sam Harton

Attorney for Plaintiffs

Devon M. Jacob (PA89182) (pro hac vice)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci
Sam Harton
Josh Levin
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com