**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

**************************************************************************

**NOTICE OF SUBMISSION**

Please take notice that Plaintiffs will submit their Nunc Pro Tunc Motion to Extend Time to File a Response and Memorandum in Opposition to Defendants' Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal, accompanying Memorandum of Law before the Honorable Darrel James Papillion of the United States District Court for the Eastern District of Louisiana, on the 21st day of May 2025, at 10:00a.m.

Dated: May 7, 2025

Respectfully submitted,

s/Sam Harton________
*Attorney for Plaintiffs*

Antonio M. Romanucci
Sam Harton
Joshua M. Levin
Stephen H. Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654

P: (312)458-1000
sharton@rblaw.net