**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980**<br>**(c/w 20-1840)** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: "P" (3)** |
| | **REFERENCE: ALL CASES** |

**ORDER**

Considering the foregoing Motion for Extension of Time (R. Doc. 482) filed by Plaintiffs,

**IT IS ORDERED** that the motion is **GRANTED**. The deadline for Plaintiffs' response to Defendants' Motion to Stay (R. Doc. 474) is extended 24 hours to May 7, 2025.[1]

**IT IS FURTHER ORDERED** that the submission date of Defendants' motion (R. Doc. 474) is **EXTENDED** from May 14, 2025, to May 15, 2025, to permit Defendants a 24-hour extension to file a reply to Plaintiffs' response to the motion.

New Orleans, Louisiana, this 8th day of May 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

[1] The Court notes that Plaintiffs have filed their response to Defendants' motion to stay since filing the instant Motion for Extension of Time. *See* R. Doc. 483.