**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br>**ALL CASES** |
| **Defendants** | * | |

*************************************************************************

**DEFENDANT'S NUNC PRO TUNC MOTION FOR FIVE-MINUTE EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR TEMPORARY STAY PENDING RESOLUTION OF DEFENDANT'S MOTION FOR RECONSIDERATION AND INTERLOCUTORY APPEAL**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sheriff Randy Smith, who respectfully requests that this Honorable Court grant a five-minute extension of time to file reply a memorandum in support of Defendant's *Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal*. In support of this requested relief Defendant has attached his memorandum of law.

**WHEREFORE,** Defendant, Sheriff Randy Smith, respectfully requests that this Honorable Court grant a five-minute extension of time to file a reply memoranda in support of Defendant's *Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal*.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

s/ Andrew R. Capitelli

**ANDREW R. CAPITELLI # 31649**
**BRUCE A. CRANNER # 1796**
**KENNETH R. WHITTLE # 38640**
**SARAH A. FISHER # 39881**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**acapitelli@millinglaw.com**
**bcranner@millinglaw.com**
**kwhittle@millinglaw.com**
**sfisher@millinglaw.com**
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Wednesday, May 14, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

s/ Andrew R. Capitelli
**Andrew R. Capitelli**