**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * * * | **MAGISTRATE CURRAULT** |
| **OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual** | * * * | **JURY DEMAND** |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual** | * * * * * * | **COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **capacity** | * | **ALL CASES** |
| **Defendants** | * | |

********************************************************************************

---

**MEMORANDUM IN SUPPORT OF DEFENDANT'S NUNC PRO TUNC MOTION FOR FIVE-MINUTE EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR TEMPORARY STAY PENDING RESOLUTION OF DEFENDANT'S MOTION FOR RECONSIDERATION AND INTERLOCUTORY APPEAL**

---

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sheriff Randy Smith, who respectfully submits the foregoing memorandum in support of his *Nunc Pro Tunc Motion for Five-Minute Extension of Time to File Reply Memorandum in Support of Defendant's Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal*, and avers as follows:

**I.**

On April 28, 2025, Defendant filed his *Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal*, which was noticed for submission on May 14, 2025.[1] The deadline for Plaintiffs to file an opposition to Defendant's motion was May 6, 2025.

**II.**

On May 7, 2025, a day after Plaintiffs' deadline to file an opposition had passed, Plaintiffs filed their *Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal*, seeking a 24-hour extension of time to file an opposition to Defendant's motion.[2]

**III.**

On May 8, 2025, this Honorable Court issued an Order granting Plaintiffs' motion and provided Plaintiffs a 24-hour extension of time to file an opposition.[3] This Court's Order additionally reset the submission date from May 14, 2025 to May 15, 2025.[4]

**IV.**

On May 13, 2025, in accordance with this Court's Order, Defendant filed his reply memorandum in support of his *Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal*.[5] Defendant's reply memorandum, however, was not received/logged into PACER until 4:05 p.m.

---

[1] See R. Docs. 474, 474-3.
[2] See R. Doc. 482. (Plaintiffs would ultimately file their opposition on May 7, 2025.)
[3] See R. Doc. 486.
[4] *Id*.
[5] See R. Doc. 487.

**V.**

Defendant, out of an abundance of caution, therefore, respectfully requests a five-minute extension of time to file his reply memorandum. Defendant avers that this motion and request is not brought for any undue purpose such as delay and that a five-minute extension of time will not result in any prejudice to Plaintiffs.

**VI.**

Defendant further avers that there is good cause to grant this brief extension, as the moving of the previous submission date on Defendant's motion, at Plaintiffs' request, resulted in the new submission date being set at a time when Defendant's counsel had several other obligations in other matters which impeded his ability to file a substantive response at exactly 4:00 p.m. on May 13, 2025.

**WHEREFORE,** Defendant, Sheriff Randy Smith, respectfully requests that this Honorable Court grant a five-minute extension of time, in which to file a reply memoranda in support of Defendant's *Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal*.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

s/ Andrew R. Capitelli

**ANDREW R. CAPITELLI # 31649**
**BRUCE A. CRANNER # 1796**
**KENNETH R. WHITTLE # 38640**
**SARAH A. FISHER # 39881**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone: (985) 292-2000**
**Facsimile: (985) 292-2001**
**acapitelli@millinglaw.com**
**bcranner@millinglaw.com**
**kwhittle@millinglaw.com**
**sfisher@millinglaw.com**
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Wednesday, May 14, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

s/ Andrew R. Capitelli
**Andrew R. Capitelli**