**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br><br>**JURY DEMAND**<br><br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br><br>**ALL CASES** |
| **Defendants** | | |

**********************************************************************************

Considering the Defendant's *Nunc Pro Tunc Motion for Five-Minute Extension of Time to File Reply Memorandum in Support of Defendant's Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal;*

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Defendant's *Nunc Pro Tunc Motion for Five-Minute Extension of Time to File Reply Memorandum in Support of Defendant's Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal* is **HEREBY GRANTED**.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant, Sheriff Randy Smith, is granted a five-minute extension in which to file his reply memorandum *in Support of* his *Motion for Temporary Stay Pending Resolution of Defendant's Motion for Reconsideration and Interlocutory Appeal*.

New Orleans, Louisiana, this _____ day of May, 2025.

______________________________
**U.S. DISTRICT COURT JUDGE**