**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980**<br>**(c/w 20-1840)** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: "P" (3)** |
| | **REF: ALL CASES** |

**ORDER**

**IT IS HEREBY ORDERED** that the telephonic status conference scheduled for May 29, 2025 (R. Doc. 468), is hereby **CANCELLED**.

The Court will notify the parties if and when the Court intends to reschedule the status conference.

New Orleans, Louisiana, this 28th day of May 2025.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**