**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| AHMED BAQER, et al., | * |
| | * |
| | * CIVIL ACTION NO.: 20-00980- |
| | * DJP-DPC |
| Plaintiffs, | * (Consolidated with 20- 1840-WBV- |
| | * DPC) |
| v. | * |
| | * JUDGE DARREL JAMES PAPILLION |
| ST. TAMMANY PARISH GOVERNMENT, | * |
| a/k/a/ ST. TAMMANY PARISH COUNCIL, et | * MAGISTRATE JUDGE PHILLIPS |
| al., | * CURRAULT |
| | * |
| | * JURY TRIAL |
| Defendants. | * |

*This filing applies to ALL CASES*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A**
**SURREPLY IN OPPOSITION TO DEFENDANT STPSO'S**
**MOTION FOR RECONSIDERATION**

NOW COME the Plaintiffs, Ahmed Baqer, Floyd Williams, Kevin Louviere, Terry

Matthew Hall, Jr. And Klabert Joseph Guillot, Sr., by and through their counsel of record,

Romanucci & Blandin, LLC; Jacob Litigation, Inc.; and The Glorioso Law Firm, respectfully file

this Motion for Leave to File a Surreply in Opposition to Motion for Reconsideration:

WHEREFORE, for the reasons set forth in the attached Memorandum in Support,

Plaintiffs respectfully request that this Honorable Court grant their Motion for Leave to File a

Surreply in Opposition to Motion for Reconsideration.


    **Dated:** June 18, 2025          Respectfully submitted,

                            */s/ Stephen Weil*
                            Stephen Weil
                            Attorney for Plaintiffs

Antonio M. Romanucci
Sam Harton
Josh Levin
Stephen Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of

Court of the United States District Court for the eastern District of Louisiana on June 18, 2025,

by using the CM/ECF system, which system will send a notice of electronic filing to appearing

parties in accordance with the procedures established.


*/s/ Stephen Weil*
Stephen Weil
Attorney for Plaintiffs

2