# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., | * |
| | *  CIVIL ACTION NO.: 20-00980- |
| | *  DJP-DPC |
| Plaintiffs, | *  (Consolidated with 20- 1840- |
| | *  WBV-DPC) |
| v. | * |
| | *  JUDGE DARREL JAMES |
| ST. TAMMANY PARISH GOVERNMENT, | *  PAPILLION |
| a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * |
| | *  MAGISTRATE JUDGE PHILLIPS |
| | *  CURRAULT |
| | * |
| Defendants. | *  JURY TRIAL |

*This filing applies to ALL CASES*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

Please take notice that Plaintiffs will submit their Motion for Leave to File a Surreply in Opposition to Defendant STPSO's Motion for Reconsideration before the Honorable Darrel James Papillion of the United States District Court for the Eastern District of Louisiana, on the 3RD day of July, 2025, at 10:00 a.m.

**Dated:** June 18, 2025        Respectfully submitted,

                                                */s/ Stephen Weil*
                                                Stephen Weil
                                                Attorney for Plaintiffs

        Antonio M. Romanucci
        Sam Harton
        Josh Levin
        Stephen Weil
        ROMANUCCI & BLANDIN, LLC
        321 N. Clark Street, Suite 900
        Chicago, IL 60654
        Tel: (312) 458-1000
        Fax: (312) 458-1004
        aromanucci@rblaw.net
        b.raveendran@rblaw.net
        sharton@rblaw.net

        Maria B. Glorioso (#24435), T.A.
        Vincent J. Glorioso, Jr. (#6064)
        THE GLORIOSO LAW FIRM
        2716 Athania Parkway
        Metairie, LA 70002
        Tel: (504) 569-9999
        Fax: (504) 569-9022
        maria@gtorts.com

        Devon M. Jacob (*pro hac vice*)
        JACOB LITIGATION, INC.
        P.O. Box 837
        Mechanicsburg, PA 17055-0837
        Tel: (717) 796-7733
        djacob@jacoblitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana on June 18, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

        */s/ Stephen Weil*
        Stephen Weil
        Attorney for Plaintiffs