UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AHMED BAQER, et al., | * |
| | * CIVIL ACTION NO.: 20-00980-DJP-DPC |
| Plaintiffs, | * (Consolidated with 20- 1840-WBV-DPC) |
| v. | * |
| | * JUDGE DARREL JAMES PAPILLION |
| ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al., | * MAGISTRATE JUDGE PHILLIPS CURRAULT |
| | * JURY TRIAL |
| Defendants. | * |
| | This Notice relates to ALL CASES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SUBMISSION**

Please take notice that Plaintiffs will submit their Motion for Leave to File a Surreply in Opposition to Motion for Reconsideration before the Honorable Darrel James Papillion of the United States District Court for the Eastern District of Louisiana, on the 2nd day of July, 2025, at 10:00 a.m.

Dated: June 24, 2025                                Respectfully submitted,


                                                    s/Sam Harton
                                                    Attorney for Plaintiffs

1

Antonio M. Romanucci
Sam Harton
Josh Levin
Stephen Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
b.raveendran@rblaw.net
sharton@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Devon M. Jacob (*pro hac vice*)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the eastern District of Louisiana on June 24, 2025, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                     */s/ Sam Harton*
                                     Attorney for Plaintiffs