**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, et al.,** | * | **Case No. 2:20 cv 00980-WBV-DPC** |
| | * | |
| **Plaintiffs** | * | **Section: D(2)** |
| | * | |
| **v.** | * | **Judge Darrel James Papillion** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,** | * * * | **Magistrate Judge: Eva J. Dossier** |
| | * * * * | ***Consolidated with Louviere v. St. Tammany Parish Government, No. 2:20 cv 01840-WBV-DPC, Section: D(2)**** |

****************************************************************************

**<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

The undersigned counsel hereby moves this Court pursuant to Local Rule 83.2.5 for the admittance *pro hac vice* of Stephen H. Weil to appear on behalf of Plaintiffs KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. AND FLOYD WILLIAMS. In support thereof, the undersigned states as follows:

1. Stephen H. Weil (Illinois ARDC No. 6291026) is a senior attorney at Romanucci & Blandin, LLC, 321 N. Clark Street, Suite 900, Chicago IL 60654.

2. Mr. Weil is a licensed attorney and a member in good standing of the Illinois Bar. *See Letter of Good Standing, attached hereto as Exhibit "A."*

3. Mr. Weil has never been subject to disciplinary proceedings, including suspension or disbarment, in any of the aforementioned courts, nor are there pending grievances or other criminal matters pending against him. *See Affidavit in Support of Admission* Pro Hac Vice*, attached hereto as Exhibit "B."*

4. Mr. Weil has familiarized himself with all applicable rules of conduct, including the Local Rules for the United States District Court for the Eastern District of Louisiana.

5. Mr. Weil consents to electronic filing in the Eastern District of Louisiana's Electronic Case Filing System. *See EDLA Consent to Electronic Filing, attached hereto as Exhibit "C."*

6. Mr. Weil has requested e-filing privileges through PACER in conjunction with the instant request to appear *pro hac vice*.

7. Mr. Weil will litigate the instant matter with Maria B. Glorioso, member in good standing of the bar of the United States District Court for the Eastern District of Louisiana, serving as co-counsel.

8. Undersigned Counsel contacted opposing counsel twice via email on Tuesday June 24, 2025 for verification they would not oppose this motion but received no response.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court enter an Order granting admission *pro hac vice* to the bar of the Eastern District of Louisiana to appear on behalf of Plaintiffs KEVIN LOUVIERE, TERRY MATTHEW HALL, JR. AND FLOYD WILLIAMS, and for any other relief this Court deems just and proper.

*/s/ Maria B. Glorioso*
Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
**THE GLORIOSO LAW FIRM**
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com

Joshua M. Levin
Stephen H. Weil
Sam A. Harton
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
jevin@rblaw.net
sweil@rblaw.net
sharton@rblaw.net
*Attorneys for Plaintiffs*