ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523 (800) 252-8048
Fax (217) 546-3785

Stephen Heschel Weil
321 North Clark Street
Suite 900
Chicago, IL 60654

Chicago
Tuesday, June 24, 2025

Re: Stephen Heschel Weil
Attorney No. 6291026

To Whom It May Concern:

We have received a request for written verification of the status of Stephen Heschel Weil in connection with the attorney's application, motion or petition for permission to appear pro hac vice in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Stephen Heschel Weil was admitted to practice law in Illinois on December 16, 2024. Stephen Heschel Weil is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

Very truly yours,
Lea S. Gutierrez
Administrator

By: /s/ *Lisa Marie Medina*
Lisa Marie Medina
Deputy Registrar

LMM