**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, et al.,** | * | **Case No. 2:20 cv 00980-WBV-DPC** |
| | * | |
| **Plaintiffs** | * | **Section: D(2)** |
| | * | |
| **v.** | * | **Judge Darrel James Papillion** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,** | * | **Magistrate Judge: Eva J. Dossier** |
| | * | |
| | * | |
| | * | ***Consolidated with Louviere v. St. Tammany Parish Government, No. 2:20 cv 01840-WBV-DPC, Section: D(2)*** |

*******************************************************************************

**ORDER**

Considering the foregoing motion of Plaintiffs, Kevin Louviere Terry Matthew Hall, Jr. and Floyd Williams, for admission of attorney Stephen H. Weil pro hac vice.

**IT IS ORDERED** that the motion is **GRANTED**, and Stephen H. Weil is hereby admitted pro hac vice and enrolled as additional counsel of record for Plaintiffs, Kevin Louviere Terry Matthew Hall, Jr. and Floyd Williams in the above-captioned matter.

New Orleans, Louisiana, this 24th day of June 2025.

____________________________________

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE