**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL |

*************************************************************************

**PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AND FOR LEAVE TO EXCEED PAGE LIMITATION**

NOW COME the Plaintiffs, Ahmed Baqer, Floyd Williams, Kevin Louviere, Terry Matthew Hall, Jr. And Klabert Joseph Guillot, Sr., through their counsel of record, Romanucci & Blandin, LLC; Jacob Litigation, Inc.; and The Glorioso Law Firm, to respectfully file this Renewed Motion for Class Certification and For Leave to Exceed Page Limitation.

***Renewed motion for class certification***. For the reasons set forth in the memorandum accompanying this motion, Plaintiffs renew their request to certify this case as a class action under Rule 23(b)(3) to seek a damages remedy against the remaining defendant in this case, the Sheriff of St. Tammany Parish in his official capacity. Plaintiffs hereby incorporate the attached Memorandum in Support of Plaintiffs' Renewed Motion for Class Certification, wherein the basis for this motion

and the amended definition of the proposed class is articulated.

***Motion to exceed page limitation***. Plaintiffs request leave to exceed the Memorandum page limitation of twenty-five pages. Plaintiffs' Memorandum, which is 40 pages, addresses complex areas of fact and law regarding certification. Plaintiffs respectfully submit that the discussion in the brief enabled by its increased size will assist the Court in adjudicating their request for class certification in this complex factual and legal setting.

Respectfully,

/s/ Sam Harton
Date: May 7, 2025
Attorney for Plaintiffs

Devon M. Jacob (PA89182) (pro hac vice)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837
Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci
Sam Harton
Josh Levin
Stephen Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
sharton@rblaw.net
sweil@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)

THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com