# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

| INMATE ID | INMATE | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 206797 | [redacted] | 01/07/20 | NO | 07/04/20 | B BUILDING-DORM B200-BED B217- | NO |
| 206797 | | 01/07/20 | NO | 07/04/20 | B BUILDING-DORM B100-BED B133- | NO |
| 206797 | | 01/07/20 | NO | 07/24/20 | B BUILDING-DORM B200-BED B240- | NO |
| 213535 | | 11/07/19 | NO | 11/07/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 145032 | | 10/28/19 | NO | 10/28/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 199551 | | 10/10/19 | NO | 10/10/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 199551 | | 10/10/19 | NO | 10/11/19 | B BUILDING-DORM B200-BED B236- | NO |
| 199551 | | 10/10/19 | NO | 10/26/19 | B BUILDING-DORM B200-BED B253- | NO |
| 199551 | | 02/06/20 | NO | 02/06/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 199551 | | 02/06/20 | NO | 02/07/20 | B BUILDING-DORM B200-BED B263- | NO |
| 199551 | | 02/06/20 | NO | 02/07/20 | B BUILDING-DORM B200-BED B242- | NO |
| 199551 | | 02/06/20 | NO | 02/16/20 | B BUILDING-DORM B200-BED B263- | NO |
| 214123 | | 12/06/19 | NO | 12/06/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 214123 | | 12/06/19 | NO | 12/07/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 214123 | | 07/26/20 | NO | 07/26/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 214123 | | 07/26/20 | NO | 07/26/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 217139 | | 06/28/20 | NO | 06/28/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 217139 | | 06/28/20 | NO | 06/29/20 | A BUILDING-TIER A100-CELL A105-BUNK TOP- | NO |
| 217139 | | 06/28/20 | NO | 07/02/20 | D BUILDING-DORM D400-BED D423- | NO |
| 217139 | | 06/28/20 | NO | 07/14/20 | C BUILDING-DORM C700-BED C707- | NO |
| 176745 | | 01/28/20 | NO | 01/28/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 176745 | | 01/28/20 | NO | 01/31/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 215911 | | 02/27/20 | NO | 02/27/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 215911 | | 06/18/20 | NO | 06/18/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 215911 | | 07/30/20 | NO | 07/30/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 186133 | | 11/08/19 | NO | 11/08/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 186133 | | 11/08/19 | NO | 11/11/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 186133 | | 11/08/19 | NO | 11/12/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 194175 | | 03/07/19 | NO | 03/07/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 194175 | | 03/25/19 | NO | 03/25/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 194175 | | 03/25/19 | NO | 03/25/19 | A BUILDING-TIER A300-CELL A303-BUNK TOP- | NO |
| 194175 | | 04/22/19 | NO | 04/22/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 194175 | | 04/22/19 | NO | 04/22/19 | D BUILDING-DORM D500-BED D516- | NO |
| 131208 | | 07/20/19 | NO | 07/20/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 196197 | | 10/18/19 | NO | 10/18/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 196197 | | 10/18/19 | NO | 10/19/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 213741 | [redacted] | 11/18/19 | NO | 11/18/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 213741 | [redacted] | 11/18/19 | NO | 11/18/19 | D BUILDING-DORM D200-BED D203- | NO |
| 29834 | [redacted] | 08/09/19 | NO | 08/09/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 29834 | [redacted] | 08/09/19 | NO | 08/10/19 | B BUILDING-DORM B100-BED B154- | NO |
| 29834 | [redacted] | 08/09/19 | NO | 11/29/19 | B BUILDING-DORM B200-BED B226- | NO |
| 163583 | [redacted] | 03/06/20 | NO | 03/06/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 163583 | [redacted] | 03/06/20 | NO | 03/06/20 | B BUILDING-DORM B200-BED B215- | NO |
| 163583 | [redacted] | 03/06/20 | NO | 03/07/20 | B BUILDING-DORM B200-BED B246- | NO |
| 212361 | [redacted] | 09/06/19 | NO | 09/06/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 212361 | [redacted] | 09/06/19 | NO | 09/06/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 212361 | [redacted] | 09/06/19 | NO | 09/21/19 | C BUILDING-DORM C600-BED C636- | NO |
| 217689 | [redacted] | 08/15/20 | NO | 08/15/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 211541 | [redacted] | 07/28/19 | NO | 07/28/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 208485 | [redacted] | 03/04/19 | NO | 03/04/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 210789 | [redacted] | 06/21/19 | NO | 06/21/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 210789 | [redacted] | 06/21/19 | NO | 06/21/19 | D BUILDING-DORM D200-BED D215- | NO |
| 212987 | [redacted] | 10/11/19 | NO | 10/11/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 212987 | [redacted] | 10/11/19 | NO | 10/11/19 | B BUILDING-DORM B100-BED B137- | NO |
| 210899 | [redacted] | 06/26/19 | NO | 06/26/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 210899 | [redacted] | 06/26/19 | NO | 06/26/19 | D BUILDING-DORM D200-BED D225- | NO |
| 209283 | [redacted] | 04/09/19 | NO | 04/09/19 | D BUILDING-DORM D200-BED D206- | NO |
| 209787 | [redacted] | 05/03/19 | NO | 05/03/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 209787 | [redacted] | 05/03/19 | NO | 05/03/19 | B BUILDING-DORM B200-BED B207- | NO |
| 209787 | [redacted] | 10/10/19 | NO | 10/10/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 209787 | [redacted] | 10/10/19 | NO | 10/11/19 | B BUILDING-DORM B100-BED B125- | NO |
| 216333 | [redacted] | 03/29/20 | NO | 03/29/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 216333 | [redacted] | 03/29/20 | NO | 03/29/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 209475 | [redacted] | 04/17/19 | NO | 04/17/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 209475 | [redacted] | 04/17/19 | NO | 04/24/19 | D BUILDING-DORM D100-BED D116- | NO |
| 199871 | [redacted] | 07/15/19 | NO | 07/15/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 209161 | [redacted] | 04/04/19 | NO | 04/04/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 209161 | [redacted] | 04/04/19 | NO | 04/04/19 | D BUILDING-DORM D200-BED D202- | NO |
| 42928 | [redacted] | 04/08/19 | NO | 04/08/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 42928 | [redacted] | 04/08/19 | NO | 04/08/19 | D BUILDING-DORM D800-BED D817- | NO |
| 42928 | [redacted] | 04/08/19 | NO | 04/15/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 129962 | [redacted] | 02/17/20 | NO | 02/17/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 129962 | [redacted] | 02/17/20 | NO | 02/19/20 | B BUILDING-DORM B200-BED B255- | NO |
| 213025 | [redacted] | 10/14/19 | NO | 10/14/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 213025 | [redacted] | 10/14/19 | NO | 10/14/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 213025 | [redacted] | 10/14/19 | NO | 10/14/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 213025 | [redacted] | 10/14/19 | NO | 10/14/19 | D BUILDING-DORM D800-BED D850- | NO |
| 213111 | [redacted] | 10/17/19 | NO | 10/17/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 213111 | [redacted] | 10/17/19 | NO | 11/01/19 | C BUILDING-DORM C800-BED C813- | NO |
| 213111 | [redacted] | 10/17/19 | NO | 11/02/19 | C BUILDING-DORM C100-BED C111- | NO |
| 46449 | [redacted] | 09/30/19 | NO | 09/30/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 46449 | [redacted] | 01/08/20 | NO | 01/08/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 46449 | [redacted] | 01/08/20 | NO | 01/10/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 46449 | [redacted] | 01/08/20 | NO | 01/22/20 | C BUILDING-DORM C100-BED C134- | NO |
| 46449 | [redacted] | 01/08/20 | NO | 01/23/20 | D BUILDING-DORM D300-BED D315- | NO |
| 46449 | [redacted] | 07/30/20 | YES | 07/30/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 46449 | [redacted] | 07/30/20 | YES | 07/31/20 | D BUILDING-DORM D400-BED D418- | NO |
| 46449 | [redacted] | 07/30/20 | YES | 08/07/20 | C BUILDING-DORM C700-BED C710- | YES |
| 209119 | [redacted] | 04/02/19 | NO | 04/02/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 209119 | [redacted] | 04/22/20 | NO | 04/22/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 209119 | [redacted] | 04/22/20 | NO | 04/24/20 | A BUILDING-TIER A100-CELL A105-BUNK BOTTOM- | NO |
| 215043 | [redacted] | 01/23/20 | NO | 01/23/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 209577 | [redacted] | 04/23/19 | NO | 04/23/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 209577 | [redacted] | 04/23/19 | NO | 04/23/19 | D BUILDING-DORM D200-BED D204- | NO |
| 214163 | [redacted] | 12/09/19 | NO | 12/09/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 214163 | [redacted] | 12/09/19 | NO | 12/09/19 | D BUILDING-DORM D200-BED D202- | NO |
| 106261 | [redacted] | 10/24/18 | NO | 04/24/19 | D BUILDING-DORM D700-BED D709- | NO |
| 106261 | [redacted] | 10/24/18 | NO | 07/03/19 | D BUILDING-DORM D600-BED D631- | NO |
| 181635 | [redacted] | 06/21/20 | NO | 06/21/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 215321 | [redacted] | 02/04/20 | NO | 02/04/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 178287 | [redacted] | 03/04/20 | NO | 03/04/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 178287 | [redacted] | 03/04/20 | NO | 03/07/20 | C BUILDING-DORM C700-BED C724- | NO |
| 213471 | [redacted] | 11/04/19 | NO | 11/04/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 213471 | [redacted] | 11/04/19 | NO | 11/04/19 | D BUILDING-DORM D200-BED D204- | NO |
| 23983 | [redacted] | 08/28/19 | NO | 08/28/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 33198 | [redacted] | 10/03/19 | NO | 10/03/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 162891 | [redacted] | 02/08/20 | NO | 02/08/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 162891 | [redacted] | 02/08/20 | NO | 02/09/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 130186 | [redacted] | 08/01/19 | NO | 08/01/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |

**INMATE CELL MOVEMENT REPORT**
Sorted By Last Name

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 130186 | [redacted] | 08/01/19 | NO | 08/13/19 | C BUILDING-DORM C600-BED C646- | NO |
| 130186 | | 08/01/19 | NO | 10/18/19 | C BUILDING-DORM C500-BED C547- | NO |
| 130186 | | 08/01/19 | NO | 10/21/19 | D BUILDING-DORM D600-BED D605- | NO |
| 130186 | | 08/01/19 | NO | 11/21/19 | C BUILDING-DORM C800-BED C831- | NO |
| 130186 | | 08/01/19 | NO | 11/25/19 | D BUILDING-DORM D300-BED D307- | NO |
| 130186 | | 08/01/19 | NO | 12/12/19 | C BUILDING-DORM C800-BED C815- | NO |
| 130186 | | 08/01/19 | NO | 12/16/19 | C BUILDING-DORM C100-BED C116- | NO |
| 214033 | | 12/03/19 | NO | 12/03/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 214033 | | 12/03/19 | NO | 12/10/19 | A BUILDING-RESTRICTIVE HOU-CELL A48- | NO |
| 214033 | | 12/03/19 | NO | 03/02/20 | C BUILDING-DORM C200-BED C203- | YES |
| 210845 | | 06/24/19 | NO | 06/24/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 210845 | | 06/24/19 | NO | 06/25/19 | D BUILDING-DORM D700-BED D720- | NO |
| 210845 | | 06/24/19 | NO | 08/16/19 | A BUILDING-DORM A900a-BED A903a- | NO |
| 210845 | | 05/27/20 | YES | 05/27/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 210845 | | 05/27/20 | YES | 05/27/20 | A BUILDING-DORM K-BED K29- | NO |
| 210845 | | 05/27/20 | YES | 06/28/20 | A BUILDING-DORM A900b-BED A929b- | NO |
| 210845 | | 05/27/20 | YES | 08/11/20 | A BUILDING-DORM A900a-BED A929a- | NO |
| 210845 | | 05/27/20 | YES | 08/18/20 | A BUILDING-DORM K-BED K01- | YES |
| 134918 | | 02/14/19 | NO | 04/24/19 | D BUILDING-DORM D600-BED D643- | NO |
| 134918 | | 02/14/19 | NO | 06/18/19 | D BUILDING-DORM D500-BED D517- | NO |
| 134918 | | 08/12/19 | NO | 08/12/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 134918 | | 08/12/19 | NO | 08/13/19 | D BUILDING-DORM D500-BED D538- | NO |
| 134918 | | 08/12/19 | NO | 08/26/19 | A BUILDING-DORM A900a-BED A928a- | NO |
| 134918 | | 08/12/19 | NO | 08/27/19 | A BUILDING-DORM A900a-BED A929a- | NO |
| 134918 | | 08/12/19 | NO | 10/11/19 | C BUILDING-DORM C600-BED C650- | NO |
| 134918 | | 08/12/19 | NO | 11/24/19 | TENT CITY 1-TENT CITY-T-032- | NO |
| 134918 | | 08/12/19 | NO | 11/24/19 | D BUILDING-DORM D300-BED D324- | NO |
| 134918 | | 08/12/19 | NO | 02/11/20 | D BUILDING-DORM D500-BED D531- | NO |
| 38811 | | 05/29/20 | NO | 05/29/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 39314 | | 03/03/20 | NO | 03/03/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 39314 | | 03/03/20 | NO | 03/03/20 | B BUILDING-DORM B100-BED B120- | NO |
| 108301 | | 07/19/19 | NO | 07/19/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 153969 | | 05/23/19 | NO | 05/23/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 153969 | | 06/12/19 | NO | 06/12/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 153969 | | 06/12/19 | NO | 06/15/19 | B BUILDING-DORM B100-BED B156- | NO |
| 153969 | | 09/19/19 | NO | 09/19/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

| INMATE ID | INMATE | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 153969 | [redacted] | 09/19/19 | NO | 09/19/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 153969 | [redacted] | 09/19/19 | NO | 09/21/19 | B BUILDING-DORM B200-BED B250- | NO |
| 153969 | [redacted] | 09/19/19 | NO | 10/04/19 | B BUILDING-DORM B100-BED B140- | NO |
| 179585 | [redacted] | 07/05/19 | NO | 07/05/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 179585 | [redacted] | 07/05/19 | NO | 07/07/19 | B BUILDING-DORM B200-BED B233- | NO |
| 209393 | [redacted] | 04/14/19 | NO | 04/14/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 210475 | [redacted] | 06/05/19 | NO | 06/05/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 212285 | [redacted] | 09/02/19 | NO | 09/02/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 217003 | [redacted] | 06/14/20 | NO | 06/14/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 197215 | [redacted] | 12/23/19 | NO | 12/23/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 197215 | [redacted] | 12/23/19 | NO | 12/24/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 20175 | [redacted] | 01/23/20 | NO | 01/23/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 101378 | [redacted] | 07/24/19 | NO | 07/24/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 101378 | [redacted] | 07/24/19 | NO | 07/25/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 101378 | [redacted] | 07/24/19 | NO | 08/06/19 | C BUILDING-DORM C600-BED C609- | NO |
| 101378 | [redacted] | 05/05/20 | NO | 05/05/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 101378 | [redacted] | 05/05/20 | NO | 05/07/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 101378 | [redacted] | 08/03/20 | NO | 08/03/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 101378 | [redacted] | 08/03/20 | NO | 08/05/20 | D BUILDING-DORM D400-BED D434- | NO |
| 155773 | [redacted] | 04/15/19 | NO | 04/15/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 155773 | [redacted] | 04/15/19 | NO | 04/16/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 155773 | [redacted] | 04/15/19 | NO | 04/16/19 | D BUILDING-DORM D600-BED D621- | NO |
| 155773 | [redacted] | 04/15/19 | NO | 06/24/19 | A BUILDING-DORM K-BED K20- | NO |
| 155773 | [redacted] | 04/15/19 | NO | 09/06/19 | A BUILDING-DORM A900a-BED A959a- | NO |
| 155773 | [redacted] | 04/15/19 | NO | 10/04/19 | A BUILDING-DORM A900a-BED A953a- | NO |
| 155773 | [redacted] | 04/15/19 | NO | 11/05/19 | D BUILDING-DORM D500-BED D525- | NO |
| 155773 | [redacted] | 04/15/19 | NO | 12/27/19 | A BUILDING-DORM A900a-BED A942a- | NO |
| 155773 | [redacted] | 06/03/20 | YES | 06/03/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 155773 | [redacted] | 06/03/20 | YES | 06/04/20 | A BUILDING-TIER A100-CELL A101-BUNK TOP- | NO |
| 155773 | [redacted] | 06/03/20 | YES | 06/08/20 | D BUILDING-DORM D400-BED D408- | NO |
| 155773 | [redacted] | 06/03/20 | YES | 06/10/20 | A BUILDING-DORM K-BED K27- | NO |
| 155773 | [redacted] | 06/03/20 | YES | 06/28/20 | A BUILDING-DORM A900b-BED A925b- | NO |
| 155773 | [redacted] | 06/03/20 | YES | 07/15/20 | A BUILDING-DORM K-BED K05- | NO |
| 155773 | [redacted] | 06/03/20 | YES | 07/16/20 | D BUILDING-DORM D200-BED D222- | NO |
| 155773 | [redacted] | 06/03/20 | YES | 08/18/20 | D BUILDING-DORM D600-BED D618- | YES |
| 209653 | [redacted] | 04/26/19 | NO | 04/26/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 209653 | [redacted] | 04/26/19 | NO | 04/27/19 | B BUILDING-DORM B200-BED B209- | NO |
| 209653 | | 04/26/19 | NO | 04/28/19 | B BUILDING-DORM B200-BED B204- | NO |
| 213167 | | 10/20/19 | NO | 10/20/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 214301 | | 12/14/19 | NO | 12/14/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 214301 | | 12/14/19 | NO | 12/14/19 | B BUILDING-DORM B100-BED B107- | NO |
| 214301 | | 12/14/19 | NO | 12/16/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 214301 | | 12/14/19 | NO | 12/16/19 | B BUILDING-DORM B100-BED B150- | NO |
| 216037 | | 03/03/20 | NO | 03/03/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 216037 | | 03/03/20 | NO | 03/06/20 | C BUILDING-DORM C500-BED C507- | NO |
| 216175 | | 03/11/20 | NO | 03/11/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 216175 | | 03/11/20 | NO | 03/13/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 216755 | | 05/23/20 | NO | 05/23/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 216755 | | 05/23/20 | NO | 05/26/20 | A BUILDING-TIER A100-CELL A101-BUNK TOP- | NO |
| 20945 | | 06/09/19 | NO | 06/09/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 20945 | | 06/16/19 | NO | 06/16/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 20945 | | 06/23/19 | NO | 06/23/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 20945 | | 06/30/19 | NO | 06/30/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 216997 | | 06/13/20 | NO | 06/13/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 203143 | | 12/09/18 | NO | 12/22/19 | A BUILDING-TIER A300-CELL A306-BUNK BOTTOM- | NO |
| 203143 | | 12/09/18 | NO | 02/05/20 | A BUILDING-RESTRICTIVE HOU-CELL A80- | NO |
| 203143 | | 12/09/18 | NO | 03/09/20 | A BUILDING-TIER A300-CELL A304-BUNK TOP- | NO |
| 209333 | | 04/11/19 | NO | 04/11/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 209333 | | 04/11/19 | NO | 04/17/19 | C BUILDING-DORM C700-BED C748- | NO |
| 213083 | | 10/16/19 | YES | 10/16/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 213083 | | 10/16/19 | YES | 10/16/19 | C BUILDING-DORM C300-BED C335- | NO |
| 213083 | | 10/16/19 | YES | 08/07/20 | A BUILDING-TIER A400-CELL A406-BUNK TOP- | NO |
| 213083 | | 10/16/19 | YES | 08/08/20 | A BUILDING-TIER A400-CELL A414-BUNK- | NO |
| 213083 | | 10/16/19 | YES | 08/08/20 | A BUILDING-TIER A400-CELL A402-BUNK TOP- | YES |
| 213579 | | 11/09/19 | NO | 11/09/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 214177 | | 12/09/19 | NO | 12/09/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 214177 | | 12/09/19 | NO | 12/09/19 | D BUILDING-DORM D400-BED D410- | NO |
| 214177 | | 12/09/19 | NO | 01/08/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 214177 | | 12/09/19 | NO | 01/08/20 | D BUILDING-DORM D700-BED D712- | NO |
| 217211 | | 07/06/20 | NO | 07/06/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 217211 | | 07/06/20 | NO | 07/07/20 | A BUILDING-TIER A100-CELL A115-BUNK- | NO |
| 217427 | | 07/25/20 | NO | 07/25/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 217427 | | 07/25/20 | NO | 07/25/20 | A BUILDING-TIER A200-CELL A209-BUNK TOP- | NO |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 196855 | [redacted] | 11/06/19 | NO | 11/06/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 196855 | | 11/06/19 | NO | 11/08/19 | B BUILDING-DORM B200-BED B210- | NO |
| 197993 | | 09/09/19 | NO | 09/09/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 197993 | | 09/09/19 | NO | 09/09/19 | D BUILDING-DORM D200-BED D205- | NO |
| 210315 | | 05/28/19 | NO | 05/28/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 210315 | | 05/28/19 | NO | 05/29/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 212295 | | 09/02/19 | NO | 09/02/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 104404 | | 06/07/19 | NO | 06/07/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 104404 | | 06/07/19 | NO | 06/07/19 | D BUILDING-DORM D700-BED D727- | NO |
| 104404 | | 01/14/20 | NO | 01/14/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 104404 | | 01/14/20 | NO | 01/15/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 104404 | | 03/10/20 | NO | 03/10/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 104404 | | 03/14/20 | NO | 03/14/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 104404 | | 03/14/20 | NO | 03/17/20 | C BUILDING-DORM C100-BED C109- | NO |
| 104404 | | 03/14/20 | NO | 07/15/20 | D BUILDING-DORM D600-BED D607- | NO |
| 138505 | | 03/15/20 | YES | 03/15/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 138505 | | 03/15/20 | YES | 03/18/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 138505 | | 03/15/20 | YES | 03/18/20 | C BUILDING-DORM C700-BED C721- | NO |
| 138505 | | 03/15/20 | YES | 03/20/20 | D BUILDING-DORM D400-BED D418- | NO |
| 138505 | | 03/15/20 | YES | 05/04/20 | C BUILDING-DORM C800-BED C826- | NO |
| 138505 | | 03/15/20 | YES | 07/15/20 | D BUILDING-DORM D700-BED D712- | YES |
| 168093 | | 05/24/19 | NO | 05/24/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 212277 | | 09/01/19 | YES | 09/01/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 212277 | | 09/01/19 | YES | 09/04/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 212277 | | 09/01/19 | YES | 09/17/19 | D BUILDING-DORM D100-BED D132- | NO |
| 212277 | | 09/01/19 | YES | 11/24/19 | TENT CITY 1-TENT CITY-T-168- | NO |
| 212277 | | 09/01/19 | YES | 11/24/19 | C BUILDING-DORM C500-BED C530- | YES |
| 210331 | | 05/29/19 | NO | 05/29/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 210661 | | 06/15/19 | NO | 06/15/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 210661 | | 06/15/19 | NO | 06/17/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 210661 | | 06/15/19 | NO | 06/25/19 | C BUILDING-DORM C700-BED C710- | NO |
| 213641 | | 11/13/19 | NO | 11/13/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 35830 | | 03/03/20 | NO | 03/03/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 35830 | | 03/03/20 | NO | 03/04/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 128356 | | 05/02/19 | NO | 05/02/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 190921 | | 09/01/19 | NO | 09/01/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 190921 | | 09/01/19 | NO | 09/17/19 | C BUILDING-DORM C700-BED C723- | NO |
| 190921 | | 09/01/19 | NO | 10/08/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 190921 | | 11/04/19 | NO | 11/04/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 190921 | | 11/04/19 | NO | 11/05/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 190921 | [redacted] | 11/04/19 | NO | 11/05/19 | D BUILDING-DORM D600-BED D641- | NO |
| 190921 | | 11/04/19 | NO | 11/25/19 | A BUILDING-DORM K-BED K25- | NO |
| 190921 | | 11/04/19 | NO | 12/27/19 | A BUILDING-DORM A900a-BED A955a- | NO |
| 190921 | | 11/04/19 | NO | 12/27/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 190921 | | 11/04/19 | NO | 12/27/19 | A BUILDING-DORM A900a-BED A957a- | NO |
| 190921 | | 11/04/19 | NO | 12/30/19 | D BUILDING-DORM D700-BED D742- | NO |
| 203087 | | 08/01/19 | NO | 08/01/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 203087 | | 08/01/19 | NO | 08/13/19 | C BUILDING-DORM C800-BED C815- | NO |
| 216763 | | 05/23/20 | NO | 05/23/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 130322 | | 02/16/19 | NO | 08/17/19 | B BUILDING-DORM B100-BED B121- | NO |
| 130322 | | 02/16/19 | NO | 08/17/19 | B BUILDING-DORM B100-BED B131- | NO |
| 130322 | | 02/16/19 | NO | 08/18/19 | B BUILDING-DORM B100-BED B123- | NO |
| 130322 | | 08/04/20 | YES | 08/04/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 130322 | | 08/04/20 | YES | 08/05/20 | B BUILDING-DORM B200-BED B206- | YES |
| 217075 | | 06/21/20 | NO | 06/21/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 217753 | | 08/20/20 | NO | 08/20/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 210941 | | 06/28/19 | NO | 06/28/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 210941 | | 10/21/19 | NO | 10/21/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 210941 | | 04/17/20 | NO | 04/17/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 209371 | | 04/12/19 | NO | 04/12/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 209371 | | 04/12/19 | NO | 04/12/19 | D BUILDING-DORM D200-BED D209- | NO |
| 214487 | | 12/23/19 | NO | 12/23/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 214487 | | 12/23/19 | NO | 12/23/19 | D BUILDING-DORM D200-BED D205- | NO |
| 210389 | | 05/31/19 | NO | 05/31/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 210389 | | 05/31/19 | NO | 05/31/19 | D BUILDING-DORM D200-BED D213- | NO |
| 214073 | | 12/05/19 | NO | 12/05/19 | D BUILDING-DORM D200-BED D224- | NO |
| 206399 | | 06/05/19 | NO | 06/05/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 206399 | | 06/05/19 | NO | 06/06/19 | B BUILDING-DORM B200-BED B243- | NO |
| 207227 | | 03/08/20 | NO | 03/08/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 207227 | | 03/08/20 | NO | 03/10/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 207227 | | 03/08/20 | NO | 03/12/20 | C BUILDING-DORM C700-BED C743- | NO |
| 209231 | | 04/08/19 | NO | 04/08/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 209231 | | 04/08/19 | NO | 04/10/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 209231 | | 04/08/19 | NO | 04/16/19 | D BUILDING-DORM D300-BED D329- | NO |
| 209231 | | 04/08/19 | NO | 04/16/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |

# INMATE CELL MOVEMENT REPORT
Sorted By Last Name

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 214755 | [redacted] | 01/08/20 | NO | 01/08/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 215091 | [redacted] | 01/26/20 | NO | 01/26/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 215697 | [redacted] | 02/19/20 | NO | 02/19/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 215697 | [redacted] | 02/19/20 | NO | 02/20/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 215697 | [redacted] | 02/19/20 | NO | 03/01/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 215697 | [redacted] | 02/19/20 | NO | 03/03/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 216343 | [redacted] | 03/30/20 | NO | 03/30/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 216343 | [redacted] | 03/30/20 | NO | 03/30/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 23018 | [redacted] | 05/03/19 | NO | 05/03/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 23018 | [redacted] | 05/03/19 | NO | 05/07/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 23018 | [redacted] | 05/03/19 | NO | 05/09/19 | D BUILDING-DORM D300-BED D314- | NO |
| 23018 | [redacted] | 05/03/19 | NO | 05/12/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 23018 | [redacted] | 05/03/19 | NO | 05/12/19 | C BUILDING-DORM C600-BED C602- | NO |
| 23018 | [redacted] | 05/03/19 | NO | 06/27/19 | A BUILDING-RESTRICTIVE HOU-CELL A78- | NO |
| 23018 | [redacted] | 05/03/19 | NO | 07/22/19 | D BUILDING-DORM D400-BED D410- | NO |
| 23018 | [redacted] | 12/16/19 | NO | 12/16/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 176979 | [redacted] | 07/29/20 | NO | 07/29/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 176979 | [redacted] | 07/29/20 | NO | 07/31/20 | D BUILDING-DORM D400-BED D406- | NO |
| 176979 | [redacted] | 07/29/20 | NO | 08/07/20 | C BUILDING-DORM C700-BED C702- | YES |
| 212013 | [redacted] | 08/18/19 | NO | 08/18/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 208849 | BAQER, Ahmed AL. | 03/21/19 | NO | 03/21/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 208849 | BAQER, Ahmed AL. | 12/02/19 | NO | 12/02/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 208849 | BAQER, Ahmed AL. | 12/02/19 | NO | 12/03/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 208849 | BAQER, Ahmed AL. | 12/02/19 | NO | 12/17/19 | C BUILDING-DORM C100-BED C111- | NO |
| 214429 | [redacted] | 12/19/19 | NO | 12/19/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 214429 | [redacted] | 12/19/19 | NO | 12/20/19 | D BUILDING-DORM D200-BED D202- | NO |
| 203499 | [redacted] | 01/08/20 | NO | 01/08/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 203499 | [redacted] | 01/08/20 | NO | 01/08/20 | D BUILDING-DORM D200-BED D209- | NO |
| 214675 | [redacted] | 01/03/20 | NO | 01/03/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 214675 | [redacted] | 01/03/20 | NO | 01/03/20 | D BUILDING-DORM D200-BED D203- | NO |
| 214433 | [redacted] | 12/19/19 | NO | 12/19/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 214433 | [redacted] | 12/19/19 | NO | 12/20/19 | C BUILDING-DORM C300-BED C310- | NO |
| 8505 | [redacted] | 10/14/19 | NO | 10/14/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 204909 | [redacted] | 05/03/20 | NO | 05/03/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 216619 | [redacted] | 05/08/20 | NO | 05/08/20 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 124363 | [redacted] | 07/01/19 | NO | 07/01/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 124363 | [redacted] | 07/01/19 | NO | 07/01/19 | D BUILDING-DORM D800-BED D820- | NO |
| 124363 | [redacted] | 07/01/19 | NO | 07/24/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 124363 | [redacted] | 07/01/19 | NO | 07/24/19 | D BUILDING-DORM D500-BED D510- | NO |
| 124363 | [redacted] | 07/01/19 | NO | 09/05/19 | C BUILDING-DORM C200-BED C203- | NO |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 124363 | [redacted] | 07/01/19 | NO | 09/06/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 124363 | [redacted] | 07/01/19 | NO | 09/06/19 | D BUILDING-DORM D500-BED D545- | NO |
| 211393 | [redacted] | 07/22/19 | NO | 07/22/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 211393 | [redacted] | 07/22/19 | NO | 07/22/19 | A BUILDING-TIER A100-CELL A102-BUNK TOP- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 01/21/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 01/23/20 | C BUILDING-DORM C200-BED C229- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 02/02/20 | A BUILDING-RESTRICTIVE HOU-HALL ISOL RIGHT- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 02/04/20 | A BUILDING-RESTRICTIVE HOU-CELL A82- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 02/11/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 02/11/20 | C BUILDING-DORM C200-BED C223- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 02/14/20 | A BUILDING-RESTRICTIVE HOU-CELL A78- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 02/15/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 02/15/20 | A BUILDING-RESTRICTIVE HOU-CELL A45- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 08/16/20 | A BUILDING-RESTRICTIVE HOU-CELL A78- | NO |
| 215017 | [redacted] | 01/21/20 | NO | 08/18/20 | A BUILDING-RESTRICTIVE HOU-CELL A77- | YES |
| 216701 | [redacted] | 05/18/20 | NO | 05/18/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 117560 | [redacted] | 08/14/19 | NO | 08/14/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 117560 | [redacted] | 08/14/19 | NO | 08/15/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 180379 | [redacted] | 01/05/19 | NO | 04/05/19 | 8 to 4 Program-DORM 8 to 4-8 to 4- | NO |
| 180379 | [redacted] | 01/05/19 | NO | 06/20/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 180379 | [redacted] | 01/05/19 | NO | 06/26/19 | B BUILDING-DORM B100-BED B106- | NO |
| 180379 | [redacted] | 01/05/19 | NO | 07/06/19 | B BUILDING-DORM B100-BED B105- | NO |
| 194835 | [redacted] | 04/01/19 | NO | 04/01/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 194835 | [redacted] | 04/01/19 | NO | 04/01/19 | B BUILDING-DORM B200-BED B216- | NO |
| 194835 | [redacted] | 04/01/19 | NO | 04/04/19 | B BUILDING-DORM B100-BED B106- | NO |
| 203467 | [redacted] | 12/06/19 | NO | 12/06/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 203467 | [redacted] | 12/06/19 | NO | 12/06/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 203467 | [redacted] | 12/06/19 | NO | 12/18/19 | C BUILDING-DORM C100-BED C113- | NO |
| 207051 | [redacted] | 08/18/20 | NO | 08/18/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 137245 | [redacted] | 02/10/20 | NO | 02/10/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 137245 | [redacted] | 02/10/20 | NO | 02/13/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 137245 | [redacted] | 02/10/20 | NO | 02/16/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 214591 | [redacted] | 12/29/19 | NO | 12/29/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 49071 | [redacted] | 08/22/19 | NO | 08/22/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 49071 | [redacted] | 08/22/19 | NO | 09/04/19 | C BUILDING-DORM C500-BED C519- | NO |
| 49071 | [redacted] | 06/30/20 | NO | 07/01/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 49071 | [redacted] | 06/30/20 | NO | 07/01/20 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |

# INMATE CELL MOVEMENT REPORT

Sorted By Last Name

| INMATE ID | INMATE NAME | BOOKING DATE | HOLDS | ASSIGN. DATE | CURRENT CELL ASSIGNMENT | CURRENT |
|---|---|---|---|---|---|---|
| 49071 | [redacted] | 06/30/20 | NO | 07/02/20 | A BUILDING-TIER A100-CELL A101-BUNK BOTTOM- | NO |
| 49071 | [redacted] | 06/30/20 | NO | 07/07/20 | D BUILDING-DORM D400-BED D431- | NO |
| 49071 | [redacted] | 06/30/20 | NO | 07/14/20 | C BUILDING-DORM C700-BED C745- | NO |
| 104759 | [redacted] | 07/17/19 | NO | 07/17/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 104759 | [redacted] | 11/03/19 | NO | 11/03/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 104759 | [redacted] | 11/03/19 | NO | 11/05/19 | B BUILDING-DORM B200-BED B205- | NO |
| 127141 | [redacted] | 03/15/19 | NO | 03/15/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 127141 | [redacted] | 03/15/19 | NO | 03/21/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 127141 | [redacted] | 03/15/19 | NO | 03/25/19 | C BUILDING-DORM C700-BED C734- | NO |
| 127141 | [redacted] | 03/15/19 | NO | 04/17/19 | D BUILDING-DORM D600-BED D643- | NO |
| 127141 | [redacted] | 03/15/19 | NO | 04/24/19 | A BUILDING-DORM A900a-BED A943a- | NO |
| 144652 | [redacted] | 04/11/19 | NO | 04/11/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 144652 | [redacted] | 04/11/19 | NO | 04/18/19 | D BUILDING-DORM D100-BED D110- | NO |
| 144652 | [redacted] | 11/14/19 | NO | 11/14/19 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 144652 | [redacted] | 11/14/19 | NO | 11/14/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 144652 | [redacted] | 11/14/19 | NO | 11/20/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 144652 | [redacted] | 11/14/19 | NO | 11/26/19 | C BUILDING-DORM C500-BED C518- | NO |
| 144652 | [redacted] | 11/14/19 | NO | 11/29/19 | D BUILDING-DORM D300-BED D325- | NO |
| 144652 | [redacted] | 11/14/19 | NO | 01/02/20 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 144652 | [redacted] | 01/21/20 | YES | 01/21/20 | HOLDING CELL-MALE HOLDING-MALE HOLD2- | NO |
| 144652 | [redacted] | 01/21/20 | YES | 01/21/20 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 144652 | [redacted] | 01/21/20 | YES | 01/21/20 | D BUILDING-DORM D500-BED D536- | YES |
| 156927 | [redacted] | 03/18/19 | NO | 03/18/19 | HOLDING CELL-MALE HOLDING-MALE HOLD3- | NO |
| 156927 | [redacted] | 08/04/19 | NO | 08/04/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 193731 | [redacted] | 09/06/19 | NO | 09/06/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 193731 | [redacted] | 09/06/19 | NO | 09/06/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 193731 | [redacted] | 09/06/19 | NO | 09/22/19 | C BUILDING-DORM C600-BED C643- | NO |
| 193929 | [redacted] | 03/20/19 | NO | 03/20/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 1- | NO |
| 193929 | [redacted] | 03/20/19 | NO | 03/20/19 | HOLDING CELL-FEMALE HOLDING-FEMALE HOLD 2- | NO |
| 193929 | [redacted] | 03/20/19 | NO | 03/21/19 | B BUILDING-DORM B100-BED B101- | NO |
| 195609 | [redacted] | 04/03/19 | NO | 04/03/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 195609 | [redacted] | 04/03/19 | NO | 04/10/19 | C BUILDING-DORM C600-BED C602- | NO |
| 195609 | [redacted] | 04/03/19 | NO | 05/12/19 | D BUILDING-DORM D100-BED D136- | NO |
| 195609 | [redacted] | 04/03/19 | NO | 05/21/19 | HOLDING CELL-MALE HOLDING-MALE HOLD1- | NO |
| 195609 | [redacted] | 06/10/19 | NO | 06/10/19 | HOLDING CELL-MALE HOLDING-MALE HOLD4- | NO |
| 195609 | [redacted] | 06/10/19 | NO | 06/11/19 | D BUILDING-DORM D700-BED D717- | NO |