# Exhibit 2

## Qualifications of Counsel

Plaintiffs are represented by three law firms with experience in class actions, civil rights litigation, and trial advocacy. Counsel are pleased to provide additional information to the Court upon request.

***Romanucci & Blandin LLC.***

Romanucci & Blandin, LLC focuses a significant part of its practice on civil rights cases, including prison and police matters, and mass torts. Romanucci & Blandin, LLC also has extensive experience serving plaintiffs in federal and state class action cases. Romanucci & Blandin, LLC was appointed class- co-counsel in a red-light class action lawsuit against the City of Chicago. *See Willis v. City of Chicago*, 16 CH 14304 (Cook Cty. Cir. Ct.), The putative class included approximately 1.2 million individuals. The case recently settled for $38.5 million and $85 million in debt relief. Romanucci & Blandin, LLC served as co-counsel on the stop and frisk class action pending against the City of Chicago. *See, Smith, et al. v. City of Chicago*, *et al.*, 15 CV 3467 (N.D. Ill.). The proposed putative class of over 700,000 people. Romanucci & Blandin, LLC is also currently lead or co-counsel on the following: a proposed class action lawsuit against Southwest Airlines for violations of the Illinois Biometric Information Privacy Act, *Miller, et al. v. Southwest Airlines Co.*, 18 CV 86 (N.D. Ill.) (co-counsel); mass tort litigation on behalf of 80 plaintiffs arising from the Pulse Night Club Shooting *Colon, et al. v. G4S, et al.*, 502017CA003447 MB AG (lead counsel); mass tort litigation on behalf of up to 20,000 people) at the Mandalay Bay shooting in Las Vegas, Nevada (leadership committee); mass tort litigation against Sterigenics International, Inc. for toxic air pollution (co-counsel); mass tort litigation against manufacturers of vape pens; and mass tort litigation for Business Interruption Insurance.

**Antonio Romanucci** is the founding partner of Romanucci & Blandin. Mr. Romanucci has thirty-nine (39) years of legal experience. As lead counsel, Mr. Romanucci has obtained numerous significant verdicts and settlements, including a $17.6 million verdict against the City of Chicago; a $4.5 million settlement against the City of Chicago; a $2.3 million verdict in the Middle District of Florida; a $1.31 million settlement in the District Court of New Jersey; a $1.1 million settlement in a wrongful shooting case of a suicidal person in the Eastern District of Wisconsin; a $44.7 million verdict including a complex *Monell* claim against the City of Chicago; and most recently a $21.3 million verdict against the City of Chicago in a police pursuit case.

**Stephen H. Weil** is a Senior Attorney at Romanucci & Blandin LLC. Mr. Weil has practiced complex civil litigation with two nationally regarded defense firms, O'Melveny & Myers LLP in Washington D.C and Eimer Stahl LLP in Chicago. While at these firms Mr. Weil represented multiple clients in class action cases, including serving as part of a trial team representing Fidelity Investments in *Tussey v. ABB*, No. 06-cv-04305 (W.D. Mo.), in a month-long ERISA class action bench trial; and CITGO Petroleum in *New Hampshire v. Hess*, No. 03-c-550 (Sup. Ct. Merrimack Cty., N.H.), reputed to be the largest case in New Hampshire state court history. Hess was a *parens patriae* action that shares many of the complexities of class action litigation, and Mr. Weil was one of the principal drafters of briefs addressing the aggregating factors in that case.

Mr. Weil also has a depth of experience in civil rights class action litigation, based on service as a litigation fellow with the MacArthur Justice Center at Northwestern University Law School, and as a litigator with Loevy & Loevy, a national civil rights firm. While practicing with these organizations Mr. Weil represented a class of detainees at the Cook County Jail suing over the conditions of their confinement in *Hudson v. Preckwinkle*, No. 13-cv-8752 (N.D. Ill.); a class of detainees at Cook County Jail over COVID-19 protections during the pandemic in *Mays. v. Dart*, No. 20-cv-1792 (N.D. Ill.); and a class of juvenile detainees challenging their placement on lockdown in order to facilitate the filming of scenes for a commercial television show in *T.S. v. Twentieth Century Fox*, No. 16-cv-8303 (N.D. Ill.), where the district court appointed Mr. Weil as class counsel.

Mr. Weil received his undergraduate degree at the University of Chicago and his law degree from the University of Pennsylvania Law School. After law school he served as a law clerk to Judge Robert E. Payne of the United States District Court for the Eastern District of Virginia.

**Benjamin Berkman** is a Senior Attorney at Romanucci & Blandin, LLC. He has been an attorney for over 9 years, during which time he has clerked for federal judges, worked on complex litigation at Quinn Emanuel Urquhart & Sullivan, LLP, and worked as an attorney at the City of Chicago Office of Inspector General.

While an attorney at Quinn Emanuel from 2015-2016 and 2018-2021, Mr. Berkman worked on numerous mass actions, including: (1) a putative product liability class action lawsuit regarding an allegedly defective decking product; (2) a class action on behalf of health insurers against the United States for failure to make "risk corridor" payments under the Affordable Care Act; (3) mass arbitrations on behalf of

"gig economy" workers alleging misclassification as independent contractors; and (4) mass arbitrations on behalf of consumers alleging that a product violated applicable privacy laws. In addition, Mr. Berkman served as counsel for the plaintiff in a lawsuit in the United States District Court for the Northern District of Illinois alleging that prison medical staff were deliberately indifferent to an inmate's medical needs (*Ryburn v. Obaisi*, 14-cv-04308 (N.D. Ill.)).

Mr. Berkman served as an attorney in the City of Chicago Office of Inspector General from 2023 to 2025, initially as an Assistant Inspector General before being promoted to Chief Assistant Inspector General for Legal Counsel. At OIG, Mr. Berkman conducted investigations and led a team of attorneys who conducted investigations into government misconduct and abuse, including misconduct and abuse on the part of law enforcement. During his time at OIG, OIG investigations, audits, and evaluations resulted in the discipline of public employees and contractors who engaged in misconduct as well as changes to the municipal code and municipal policies aimed designed to correct systemic flaws.

Mr. Berkman attended the University of Chicago Law School, where he received a J.D. with honors in 2015. Mr. Berkman has completed clerkships for Judge Jill Pryor of the United States Court of Appeals for the Eleventh Circuit, Judge John Tharp of the United States District Court for the Northern District of Illinois, and Magistrate Judge Beth Jantz of the United States District Court for the Northern District of Illinois. Mr. Berkman is a member in good standing of the bars of the State of Illinois and the State of New York.

**Sam Harton** is an attorney at Romanucci & Blandin, LLC, in Chicago, Illinois, where she represents clients in complex civil rights cases and primarily litigates issues related to jail and prison conditions. This includes her role as lead counsel for plaintiffs in cases alleging deliberate indifference towards an incarcerated patient's risk of suicide inside of a mental health facility (*Berlin v. Guethle,* 3:23-cv-01912, Southern District of Illinois), an inmate's need for referral to a hospital to treat an infected wound (*Lee v. Henze, et al,* 25-cv-01772, Northern District of Illinois), and an incarcerated juvenile's need for treatment of a medical emergency (*Sluder, et al, v. Phillips, et al,* 4:24-cv-00181, Northern District of Georgia). She received her law degree in 2022 from the Ohio State University, during which time she served as a judicial extern for Justice Michael P. Donnelly of the Supreme Court of Ohio and received the College of Law's Dean's Highest Honors in Public Service. She is a

member in good standing of the bar of the State of Illinois. In the instant matter, she argued all five summary judgment motions before the Court on March 13, 2025.

***Jacob Litigation***.

**Devon Jacob** has been practicing law for 22 years. He previously served as a deputy attorney general for the Commonwealth of Pennsylvania, working extensively in civil rights cases. Mr. Jacob subsequently served as the head of civil litigation at a plaintiffs' law firm, supervising staff and overseeing a practice devoted largely to the prosecution of civil rights cases. Mr. Jacob has been principal of Jacob Litigation, a firm practicing civil rights law in jurisdictions across the country, since November of 2013. Mr. Jacob has served as lead counsel in civil rights cases in federal courts in twelve jurisdictions, and has obtained a verdict in excess of $4,000,000.00 in a federal civil rights matter. In 2019, Attorney Jacob recently conducted an eight-day federal jury trial, as lead counsel in the civil rights case of *L. Alicia Rascon, et al. v. Clinton H. Brookins*, No. CV-14-00749-PHX-JJT (D. AZ). He is an active member of the National Police Accountability Project (NPAP). Mr. Jacob is also an active member of the AAJ. In 2015, Attorney Jacob was elected Chair of the national civil rights section of AAJ. In 2017, the Honorable Richard A. Posner, former judge for the Seventh Circuit Court of Appeals selected Attorney Jacob to be the Director of Team Posner, Inc., a national *pro bono* organization created to assist *pro se* litigants for the Commonwealth of Pennsylvania. In July of 2018, Attorney Jacob was elected Chair of the national police misconduct litigation group of AAJ.

***Glorioso Law Firm.***

**Maria B. Glorioso**, managing partner of The Glorioso Law Firm, has been licensed in the State of Louisiana and practicing for 27 years and is admitted to practice in all Louisiana courts including all State District Courts, all Federal District Courts, Fifth Circuit Court of Appeals and the Louisiana Supreme Court. She has handled cases in state and federal courts involving complex litigation, multi-district litigation, mass tort and class actions, including but not limited to: asbestos litigation, breast implant litigation, pedicle screw litigation, Wal-Mart wage litigation, 3M Combat Ear Plug litigation, child car seat defect litigation, auto manufacturer defect litigation, and medical malpractice litigation. She has taught trial advocacy to lawyers and law students all over the country, and has co-chaired AAJ's Law School Trial Advocacy program for over 20 years.

**Vincent J. Glorioso, Jr.**, with the Glorioso Law Firm, has been practicing law for over 57 years. He is admitted to practice in all Louisiana state and U.S. District Courts, the Louisiana Supreme Court, the U..S. Supreme Court, the United States Court of Military Appeals, and the U.S. Court of Appeals for the Fifth Circuit. He has served on the faculty of the Tulane School of Law Trial Advocacy Program, as an adjunct professor of law at the Loyola School of Law, and a member of the faculty of the National College of Advocacy ("NCA") at Hastings School of Law, San Francisco, California. He chaired the NCA Advance College on proof of damages at Hastings College of Law. He has previously taught similar courses at Yale University, Stanford University and the National Judicial College at Reno, Nevada. Mr. Glorioso has been a lecturer for the Association of Trial Lawyers of America, Louisiana Trial Lawyers Association, Louisiana State Bar Association CLE, Tulane University Law School CLE, Loyola School of Law CLE programs and various state trial lawyers' association programs. He is a past president of the Southern Trial Lawyers Association and has received its prestigious War Horse Award for his extraordinary contributions to the trial bar of the nation. He has served on the President's Advisory Committee of the Louisiana Trial Lawyers Association since its inception, as well as on its Board of Governors. He is also the co-author of Trial Advocacy in Louisiana, National Business Institute (NBI). He has held leadership positions in the American Bar Association's Section of Tort and Insurance Practice (TIPS) including, Past Vice Chair of the Admiralty and Economics of Torts and Insurance Law Practice Committees.