**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980**<br>**(c/w 20-cv-1840-DJP-EJD)** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: "P" (3)** |

**ORDER**

Considering the foregoing motion of Plaintiffs, Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams, for admission of attorney Stephen H. Weil *pro hac vice* (R. Doc. 498),

**IT IS ORDERED** that the motion is **GRANTED**, and Stephen H. Weil is hereby admitted *pro hac vice* and enrolled as additional counsel of record for Plaintiffs, Kevin Louviere, Terry Matthew Hall, Jr., and Floyd Williams, in the above-captioned matter.

New Orleans, Louisiana, this 30th day of June 2025.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**