**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | * * * * * * * * * * * * * | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL<br><br>*This motion applies to ALL CASES* |

*****************************************************************************

**<u>PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO EXCEED PAGE LIMITATION</u>**

NOW COME the Plaintiffs, Ahmed Baqer, Floyd Williams, Kevin Louviere, Terry Matthew Hall, Jr. And Klabert Joseph Guillot, Sr., through their counsel of record, Romanucci & Blandin, LLC; Jacob Litigation, Inc.; and The Glorioso Law Firm, to respectfully file this Motion for Leave to Exceed Page Limitation.

On January 25, 2022, the Court denied Plaintiffs' initial motion for class certification in this matter. Dkt. 171. On March 28, 2025, the Court issued its opinion granting in part and denying in part Defendants' motions for summary judgment. Dkt. 457. The Court's opinion streamlined and narrowed the issues in this case. Specifically, the Court permitted Plaintiffs to proceed with claims that they were unconstitutionally denied recreation and exercise and humane sleeping accommodations due to defendant St. Tammany Parish Sheriff's Office's (STPSO)

decision to rent out large portions of St. Tammany Parish Jail to the state and federal governments.

With the benefit of the Court's narrowing of the live issues in this case, and pursuant to Federal Rule of Civil Procedure 23(c), Plaintiffs seek to file a renewed motion for class certification. Pursuant to Local Rule 7.7, Plaintiffs file this *ex parte* motion for leave to file a memorandum in support of their renewed motion for class certification that exceeds twenty-five pages. Plaintiffs' proposed memorandum, which is 40 pages, addresses complex areas of fact and law regarding certification. Plaintiffs respectfully submit that the discussion in the brief enabled by its increased size will assist the Court in adjudicating their request for class certification in this complex factual and legal setting. Plaintiffs' proposed renewed class certification motion is attached as Exhibit A to this motion. Plaintiffs' proposed memorandum in support of their renewed class certification motion and accompanying exhibits are attached as Exhibit B to this motion. Plaintiffs' proposed notice of its renewed class certification motion is attached as Exhibit C to this motion.

Respectfully,

/s/ Sam Harton
Date: June 30, 2025
Attorney for Plaintiffs

Devon M. Jacob (PA89182) (pro hac vice)
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055-0837

Tel: (717) 796-7733
djacob@jacoblitigation.com

Antonio M. Romanucci
Sam Harton
Josh Levin
Stephen Weil
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
sharton@rblaw.net
sweil@rblaw.net

Maria B. Glorioso (#24435), T.A.
Vincent J. Glorioso, Jr. (#6064)
THE GLORIOSO LAW FIRM
2716 Athania Parkway
Metairie, LA 70002
Tel: (504) 569-9999
Fax: (504) 569-9022
maria@gtorts.com