**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| AHMED BAQER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. TAMMANY PARISH GOVERNMENT, a/k/a/ ST. TAMMANY PARISH COUNCIL, et al.,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **CIVIL ACTION NO.: 20-00980-DJP-DPC (Consolidated with 20-1840-WBV-DPC)**<br><br>JUDGE PAPILLION<br><br>MAGISTRATE JUDGE PHILLIPS CURRAULT<br><br>JURY TRIAL<br><br>*This order applies to ALL CASES* |

******************************************************************************

**ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to Exceed Page Limitation:

Said Motion is HEREBY GRANTED and Plaintiffs' memorandum in support of their Renewed Motion for Class Certification shall be filed into the record.

NEW ORLEANS, LOUISIANA, this __day of , 2025.

______________________________

UNITED STATES DISTRICT JUDGE