**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980**<br>**(c/w 20-cv-1840-DJP-EJD)**<br>**REF: ALL CASES** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: "P" (3)** |

**ORDER**

Before the Court is Plaintiffs' Ex Parte Motion for Leave to Exceed Page Limitation (R. Doc. 502). Plaintiffs' motion seeks permission to file a renewed motion for class certification with a memorandum exceeding 25 pages. Pursuant to the Court's Order and Reasons (R. Doc. 503) staying this action pending resolution of Defendant Sheriff Randy Smith's Motion for Reconsideration (R. Doc. 464),

**IT IS ORDERED** that Plaintiffs' Ex Parte Motion for Leave to Exceed Page Limitation (R. Doc. 502) is **DENIED WITHOUT PREJUDICE**. This action remains stayed pending resolution of Defendant Sheriff Randy Smith's Motion for Reconsideration (R. Doc. 464).

New Orleans, Louisiana, this 1st day of July 2025.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**