**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH** ***Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br>**ALL CASES** |
| **Defendants** | * | |

## *EX PARTE* NOTICE OF CHANGE OF ATTORNEY ADDRESS

**NOW INTO COURT**, comes undersigned counsel for Defendant, Sheriff Randy Smith, in his official capacity, and hereby gives notice that undersigned is no longer practicing with Milling Benson Woodward, LLP and is now practicing with Capitelli Law Firm, LLC, with new attorney contact information as follows:

| | |
|---|---|
| **NAMES** | Andrew R. Capitelli (Bar No. 31649), Sarah F. Constantine (Bar No. 39881) and Kenneth R. Whittle (Bar No. 38640) |
| **FIRM NAME** | Capitelli Law Firm, LLC |
| **ADDRESS** | 220 Girod Street, Mandeville, Louisiana 70448 |
| **PHONE / FAX** | (985) 338-4172 / (985) 338-4121 |

**EMAIL** arc@cap-lawfirm.com
sfc@cap-lawfirm.com
krw@cap-lawfirm.com

Please make note of this change of address and contact details.

Respectfully submitted

**CAPITELLI LAW FIRM, LLC**

s/ Kenneth R. Whittle________
Andrew R. Capitelli (Bar No. 31649)
Sarah F. Constantine (Bar No. 39881)
Kenneth R. Whittle (Bar No. 38640)
220 Girod Street
Mandeville, Louisiana 70448
Telephone: (985) 338-4172
Facsimile: (985) 338-4121
arc@cap-lawfirm.com
sfc@cap-lawfirm.com
krw@cap-lawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on January 19, 2026, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established. Any unrepresented parties appearing are being sent a copy of the above and foregoing through the U.S. Mail, postage prepaid and properly addressed, on January 19, 2026.

___s/ Kenneth R. Whittle______________
**Kenneth R. Whittle**