**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-00980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br>**ALL CASES** |
| **Defendants** | * | |

**ORDER**

Considering the *Ex Parte Notice of Change of Attorney Address and Firm* filed by counsel for Defendant, Sheriff Randy Smith, in his official capacity, the Court hereby orders as follows:

**IT IS HEREBY ORDERED** that the address, firm, and contact information for petitioners be amended as follows:

| | |
|---|---|
| **NAMES** | Andrew R. Capitelli (Bar No. 31649), Sarah F. Constantine (Bar No. 39881) and Kenneth R. Whittle (Bar No. 38640) |
| **FIRM NAME** | Capitelli Law Firm, LLC |
| **ADDRESS** | 220 Girod Street, Mandeville, Louisiana 70448 |
| **PHONE / FAX** | (985) 338-4172 / (985) 338-4121 |

**EMAIL** arc@cap-lawfirm.com
sfc@cap-lawfirm.com
krw@cap-lawfirm.com

New Orleans, Louisiana, this ________ day of January 2026.

______________________________________
**HONORABLE DARREL J. PAPILLION**