**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * * * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * * | |
| **ST. TAMMANY PARISH GOVERNMENT,** | * | **MAGISTRATE CURRAULT** |
| **a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S** | * * | |
| **OFFICE, RANDY SMITH, in his official** | * | **JURY DEMAND** |
| **and individual capacity, RODNEY J. STRAIN, in his official and individual** | * * | |
| **capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual** | * * * | **COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC*** |
| **and individual capacity, and LACEY KELLY, in her official and individual** | * * | |
| **capacity** | * | **ALL CASES** |
| **Defendants** | | |

*************************************************************************

**MOTION TO WITHDRAW COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, come Defendant, St. Tammany Parish Sheriff Randy Smith, who moves this Honorable Court to allow the withdrawal of Bruce A. Cranner (#1796) from representation of Defendant in the above-captioned matter. Andrew R. Capitelli (#31649) and Sarah Fisher Constantine (#39881), shall remain as counsel for Defendant.

**Respectfully submitted,**

**CAPITELLI LAW FIRM LLC**

s/ Andrew R. Capitelli
Andrew R. Capitelli (#31649)
Sarah F. Constantine (#39881)
220 Girod St.
Mandeville, LA 70448 Type text here
Telephone: (985) 338-4172
Fax: (985) 338-4121
arc@cap-lawfirm.com
sfc@cap-lawfirm.com

*Counsel for Defendant*

And



Bruce A. Cranner (#1796)
Bradley Murchison Kelly & Shea LLC
1100 Poydras St. Ste 2700
New Orleans, LA 70163
Telephone: (504) 596-6300
bcranner@bradleyfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on May 13, 2026, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

s/ Andrew R. Capitelli
**Andrew R. Capitelli**