**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980** |
| **ST. TAMMANY PARISH GOVERNMENT ET AL.** | **SECTION: "P" (3)** |

# ORDER

Considering the Motion to Withdraw Counsel of Record (R. Doc. 509) filed by Defendant Randy Smith, the Sheriff of St. Tammany Parish,

**IT IS ORDERED** that the motion is **GRANTED**. Accordingly,

**IT IS FURTHER ORDERED** that Bruce A. Cranner (La. Bar No. 1796) is hereby **WITHDRAWN** as counsel of record for Defendant Randy Smith, the Sheriff of St. Tammany Parish, in the above-captioned matter.

New Orleans, Louisiana, this 18th day of May 2026.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**