**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | **JUDGE PAPILLION** |
| **VERSUS** | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT**<br>**JURY DEMAND**<br>**COMBINED WITH *Louviere v. St. Tammany Parish Government No. 2:20-cv-01840-WBV-DPC***<br>**ALL CASES** |
| **Defendants** | | |

*******************************************************************************

**MOTION TO WITHDRAW COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, St. Tammany Parish Sheriff Randy Smith, who moves this Honorable Court to allow the withdrawal of Henry M. Weber (#35374) from representation of Defendant in the above-captioned matter. Andrew R. Capitelli (#31649) and Sarah Fisher Constantine (#39881), shall remain as counsel for Defendant.

**Respectfully submitted,**

**CAPITELLI LAW FIRM LLC**

s/ Andrew R. Capitelli

Andrew R. Capitelli (#31649)
Sarah F. Constantine (#39881)
220 Girod St.
Mandeville, LA 70448
Telephone: (985) 338-4172
Fax: (985) 338-4121
arc@cap-lawfirm.com
sfc@cap-lawfirm.com

*Counsel for Defendant*

And

Henry M. Weber (#35374)
Galloway Johnson Tompkins Burr & Smith
701 Poydras St, Suite 4000
New Orleans, LA 70130
Telephone: (504) 525-802
hweber@gallowaylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on May 18, 2026, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

s/ Andrew R. Capitelli
**Andrew R. Capitelli**