**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** <br> **Plaintiffs** | * | **NO. 2020-CV-980** |
| **VERSUS** | * | **JUDGE PAPILLION** |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** <br> **Defendants** | * | **MAGISTRATE CURRAULT** <br> **JURY DEMAND** |

**************************************************************************

## *EX PARTE/CONSENT* MOTION TO CONTINUE ORAL ARGUMENT ON DEFENDANT'S MOTION FOR RECONSIDERATION

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sheriff Randy Smith in his official capacity, ("Defendant"), who respectfully requests that this Honorable Court continue the oral argument hearing on Defendant's Motion for Reconsideration, which is currently set for December 8, 2026, at 10:00 a.m. pursuant to the Court's September 4, 2026 Order.[1] In support of this motion, Defendant notes that both attorneys for Defendant are participating in a full day arbitration set on that same date.[2] Defendant requests that the oral argument hearing be reset for the next available hearing date for the Court and counsel.

[1] R. Doc. 464., R. Doc. 65.

[2] *St. Tammany Parish Hospital Service District No. 1 d/b/a St. Tammany Parish Hospital v. HMO Louisiana, Inc. d/b/a Blue Cross and Blue Shield of Louisiana HMO f/k/a Louisiana Health Service & Indemnity Company*, Case No. 01-26-0002-8186, American Arbitration Association.

Defendant has conferred with Plaintiffs' counsel regarding this request, and Plaintiffs' counsel has consented to the continuance. Defendant has also confirmed that all counsel are available for the hearing on December 14, 2026, December 15, 2026 and December 16, 2026. If the Court is unavailable during the proposed dates/times, Defendant respectfully requests that oral argument be reset to another date convenient for the Court and counsel.

**WHEREFORE,** Defendant prays that his motion be granted and that the oral argument set for December 8, 2026, at 10:00 a.m. be continued and reset to December 14, 2026, December 15, 2026 or December 16, 2026, or, if unavailable for the Court, for the Court's next available hearing date.

**Respectfully submitted,**

**CAPITELLI LAW FIRM LLC**

s/ Andrew R. Capitelli
Andrew R. Capitelli (#31649)
Sarah F. Constantine (#39881)
220 Girod St.
Mandeville, LA 70448
Telephone: (985) 338-4172
Fax: (985) 338-4121
arc@cap-lawfirm.com
sfc@cap-lawfirm.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on September 10, 2026, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

s/ Andrew R. Capitelli
**Andrew R. Capitelli**