**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AHMED BAQER, KLABERT JOSEPH GUILLOT, JR., and KLABERT JOSEPH GUILLOT, SR.** | * | **NO. 2020-CV-980** |
| **Plaintiffs** | * | |
| **VERSUS** | * | **JUDGE PAPILLION** |
| | * | |
| **ST. TAMMANY PARISH GOVERNMENT, a/k/a ST. TAMMANY PARISH COUNCIL, ST. TAMMANY PARISH SHERIFF'S OFFICE, RANDY SMITH, in his official and individual capacity, RODNEY J. STRAIN, in his official and individual capacity, GREG LONGINO, in his official and individual capacity, and LACEY KELLY, in her official and individual capacity** | * | **MAGISTRATE CURRAULT** **JURY DEMAND** |
| **Defendants** | * | |

**************************************************************************

**ORDER**

**CONSIDERING**, the *Ex Parte/Consent Motion to Continue Oral Argument on Defendant's Motion for Reconsideration,* filed by the Defendant, Sheriff Randy Smith in his official capacity,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that **ORAL ARGUMENT** on Defendant's Motion for Reconsideration is continued to the _________ day of

______________________. 202__, at __________ __.m. Each side will be allotted 30 minutes for argument, inclusive of rebuttal.

**IT IS FURTHER ORDERED** that, in connection with the Oral Argument, the movant shall have until and including _______________________, 2026 to file any supplemental briefing in support of its Motion to Reconsider, so long as briefing does not exceed 20 pages, and Plaintiffs shall have until and including ___________________, 2026, to file any supplemental or responsive briefing so long a briefing does not exceed 20 pages, and, if Plaintiffs file a supplemental or responsive brief, the movant may file a reply, not to exceed 10 pages, no later than ___________________, 2026. Counsel are cautioned that **no extensions** shall be granted to any party as to length or timing of supplemental briefing.

New Orleans, Louisiana, this ____ day of ____________________, 2026.

_________________________________________

**HONORABLE DARRELL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**