**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AHMED BAQER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-980**<br>**(c/w 20-1840)** |
| **ST. TAMMANY PARISH GOVERNMENT, ET AL.** | **SECTION: "P" (3)** |
| | **REFERENCE: ALL CASES** |

**ORDER**

Considering the foregoing Plaintiff's Ex Parte/Consent Motion for Extension of Time to File a Supplemental Memorandum in Opposition to Defendants' Motion for Reconsideration (R. Doc. 524) filed by Plaintiffs, and finding good cause therefor,

**IT IS ORDERED** that the Motion (R. Doc. 524) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline set in the Court's October 15, 2026 Minute Order (R. Doc. 519) for Plaintiffs to file their supplemental memorandum in opposition to the Sheriff's Motion for Reconsideration is hereby **EXTENDED**, and Plaintiffs shall have **until and including November 17, 2026**, to file their supplemental memorandum.

New Orleans, Louisiana, this 17th day of November 2025.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**